**MONIKA Y. LANGARICA** (SBN 308518)(mlangarica@aclusandiego.org)
**JONATHAN MARKOVITZ** (SBN 301767)(jmarkovitz@aclusandiego.org)
**KIMBERLY GRANO** (SBN 328298)(kgrano@aclusandiego.org)
**BARDIS VAKILI** (SBN 247783)(bvakili@aclusandiego.org)
**DAVID LOY** (SBN 229235)(davidloy@aclusandiego.org)
**ACLU FOUNDATION OF SAN DIEGO &
IMPERIAL COUNTIES**
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 398-4493

Counsel for Plaintiff-Petitioners

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Adrian RODRIGUEZ ALCANTARA, et. al.,<br><br>Plaintiffs-Petitioners,<br><br>v.<br><br>GREGORY J. ARCHAMBEAULT, San Diego Field Office Director, Immigration and Customs Enforcement, et. al.,<br><br>Defendant-Respondents. | Case No. '20CV0756 GPC AHG<br><br>**PLAINTIFF- PETITIONERS' NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION**<br><br>Date: TBD<br>Time: TBD<br>Courtroom: TBD<br>Judge: TBD |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that as soon as the matter may be heard before the judge assigned to this case at a date and time to be designated by the assigned judge, of which Plaintiff-Petitioners will serve notice, Plaintiff-Petitioners will and hereby do move this Court for an order granting class certification of two proposed classes, and a proposed subclass within each proposed class, defined as follows:

**Otay Mesa Class**: All civil immigration detainees incarcerated at the Otay Mesa Detention Center;

***Otay Mesa Medically Vulnerable Subclass***: All civil immigration detainees incarcerated at the Otay Mesa Detention Center who are age 45 years or older or who have medical conditions that place them at heightened risk of severe illness or death from COVID-19;

**Imperial Class**: All civil immigration detainees incarcerated at the Imperial Regional Detention Facility;

***Imperial Medically Vulnerable Subclass***: All civil immigration detainees incarcerated at the Imperial Regional Detention Facility who are age 45 years or older or who have medical conditions that place them at heightened risk of severe illness or death from COVID-19.[1]

Plaintiff-Petitioners also request this Court provisionally certify the Otay Mesa class and Otay Mesa Medically Vulnerable subclass for purposes of ordering the classwide temporary restraining order and writ of habeas corpus they seek by concurrently filed motion.

Plaintiff-Petitioner's Motion for Class Certification is based on: this Notice of Motion and Motion for Class Certification; the concurrently-filed Memorandum and Points of Authorities in Support of Plaintiff-Petitioners' Motion for Class Certification; the Declaration of Bardis Vakili in Support of Plaintiff-Petitioners' Motion for Class Certification and exhibits attached thereto; all papers, pleadings, records, and files in this case; all matters of which judicial notice may be taken; and such other argument and/or evidence as may be presented to this Court at a hearing on this Motion.

---

[1] Qualifying medical conditions for the medically vulnerable subclasses will be informed by standards set by the CDC. *See, e.g., People Who Are at Higher Risk for Severe Illness,* Ctrs. Disease Control and Prevention, https://www.cdc.gov/coronavirus/2019-ncov/specific-groups/people-at-higher-risk.html (last visited Apr. 20, 2020). Pregnancy should also qualify a detainee for subclass membership because the CDC acknowledges that "[p]regnant people have had a higher risk of severe illness when infected with viruses from the same family as COVID-19." *See Pregnancy and Breastfeeding*, Ctrs. Disease Control and Prevention, https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/pregnancy-breastfeeding.html (last visited Apr. 20, 2020).

Plaintiff-Petitioners respectfully request a hearing on this Motion.

Dated: April 21, 2020    Respectfully submitted,

<u>s/Bardis Vakili</u>
Bardis Vakili
ACLU FOUNDATION OF SAN DIEGO & IMPERIAL COUNTIES
Attorneys for Plaintiffs-Petitioners