**MONIKA Y. LANGARICA** (SBN 308518)(mlangarica@aclusandiego.org)
**JONATHAN MARKOVITZ** (SBN 301767)(jmarkovitz@aclusandiego.org)
**KIMBERLY GRANO** (SBN 328298)(kgrano@aclusandiego.org)
**BARDIS VAKILI** (SBN 247783)(bvakili@aclusandiego.org)
**DAVID LOY** (SBN 229235)(davidloy@aclusandiego.org)
**ACLU FOUNDATION OF SAN DIEGO &**
**IMPERIAL COUNTIES**
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 398-4493

Counsel for Plaintiff-Petitioners

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adrian RODRIGUEZ ALCANTARA; Yasmani OSORIO REYNA; Maria Flor CALDERON LOPEZ; Mary DOE; on behalf of themselves and all others similarly situated, <br><br> Plaintiff-Petitioners, <br><br> v. <br><br> Gregory J. ARCHAMBEAULT, San Diego Field Office Director, Immigration and Customs Enforcement; James DOBSON, Otay Mesa Detention Center Officer in Charge, Immigration and Customs Enforcement; Jesus REYNA, Calexico Assistant Field Office Director, Immigration and Customs Enforcement; Christopher J. LAROSE, Senior Warden, Otay Mesa Detention Center; Sixto MARRERO, Facility Administrator, Imperial Regional Detention Facility; Matthew T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director of Immigration and Customs Enforcement; Chad WOLF, Acting Secretary of Homeland Security, <br><br> Defendant-Respondents. | Case No. '20CV0756 GPC AHG <br><br><br> **DECLARATION OF DR. KATHERINE C. MCKENZIE** |

## DECLARATION OF DR. KATHERINE C. McKENZIE

1. I, Katherine C. McKenzie, make the following declaration based on my personal knowledge and declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

2. I am a faculty member at Yale School of Medicine and the Director of the Yale Center for Asylum Medicine (YCAM). I have practiced medicine at Yale for almost 25 years. I teach undergraduates, medical students and residents, and am a member of the Yale Refugee Health Program. I graduated from Boston University School of Medicine and completed my residency at Boston University Hospital. I am a Fellow of the American College of Physicians and have been certified with the American Board of Internal Medicine since 1995.

3. As Director of YCAM, I have completed almost two hundred forensic evaluations of asylum seekers at Yale and in detention facilities. My reviews, clinical cases, and opinion pieces on asylum medicine have been in publications including the New England Journal of Medicine, the Journal of General Internal Medicine, the British Medical Journal, the Journal of Forensic and Legal Medicine, Time magazine, and CNN, among others.[1] I teach and lecture extensively nationally and internationally on topics of asylum, detention and physician advocacy.

---

[1] McKenzie KC. 2019. Loud, Gray, and Arbitrary — The Compounding Trauma of Detention for Asylum Seekers. New England Journal of Medicine.380:807-809; McKenzie, K; Sugarman, K; Mishori, R. 2019. Physicians to Trump: Immigration detention centers must close. The Hill; McKenzie K and Venter H. 2019. Policymakers, provide adequate health care in prisons and detention centers. CNN, *available at*: https://www.cnn.com/2019/07/18/opinions/medical-care-prisons-detention-centers-mckenzie-venters/index.html (accessed Mar. 30, 2020).

4. I am an attending physician at the Yale School of Medicine and Yale New Haven Hospital, and I work with urban underserved patients, immigrants, and refugees. I routinely care for individuals who have experienced trauma, poverty or incarceration. I regularly assess their medical as well as psychosocial needs.

5. My CV is appended to this declaration.

6. All facts set forth herein are based on my personal knowledge, information, and belief, and if called upon to testify as to the contents of this Declaration, I could and would do so.

7. In my 25 years as an internist I have cared for thousands of patients with chronic medical illnesses and immunocompromised states. I spend most of my professional life managing both chronically and acutely ill patients and have cared for thousands of patients with viral infections.  Individuals with chronic medical illnesses and immunocompromised states are at the most risk for developing severe COVID-19 disease and death if infected with SARS-CoV-2.

8. The novel coronavirus, officially known as SARS-CoV-2, causes the disease known as COVID-19. The World Health Organization (WHO) declared COVID-19 to be a global pandemic on March 11, 2020.  SARS-CoV-2 passes from person to person primarily through respiratory droplets when an infected individual coughs or sneezes. It can also survive on hard surfaces for hours to days and the Centers for Disease Control and Prevention (CDC) recommends cleaning and disinfection of surfaces as best practice for decreasing the spread of the disease.[2]  COVID-19 is a highly infectious disease.

---

[2] *See, e.g.,* Centers for Disease Control and Prevention, "Cleaning and Disinfection for Households; Interim Recommendations for U.S. Households with Suspected or Confirmed Coronavirus Disease 2019 (COVID-19)," *available at*: https://www.cdc.gov/coronavirus/2019-ncov/prevent-getting-sick/cleaning-disinfection.html accessed Mar. 30, 2020 (at 3:00 PM EDT).

9. The transmission of COVID-19 is expected to grow exponentially. The CDC projects that over 200 million people in the United States could be infected with COVID-19 if effective public health measures are not adequately implemented. Current data indicates that the number of confirmed COVID-19 cases in the United States doubles approximately every four days.[3] Hospitals and health care systems in certain parts of the country are already being overwhelmed and are operating beyond capacity to provide intensive care as COVID-19 is becoming more widespread in communities.

10. COVID-19 can have devastating effects on individuals' physical health. The virus can cause severe damage to lung tissue, respiratory failure, heart failure, kidney failure, and death. Patients may show the first symptoms in just a few days after first exposure to COVID-19 and their condition can seriously deteriorate in just five days or even sooner. Older patients and patients with chronic underlying conditions are at a particularly high risk for severe cases and complications.[4] Data from the CDC suggests that some young people without any known chronic underlying conditions have experienced severe cases and even death as well.[5] Those in high-risk categories who do not die may have prolonged serious illness, likely requiring intensive and expensive hospital care, including ventilators that are likely to soon be in very short supply.

---

[3] Max Roser, Hannah Ritchie, and Esteban Ortiz-Ospina, "Coronavirus Disease (COVID-19) – Statistics and Research," updated Mar. 30, 2020, *available at*: https://ourworldindata.org/coronavirus, accessed April 18, 2020.

[4] Fei Zhou, et al., *Clinical Course and Risk Factors for Mortality of Adult Inpatients with COVID-19 in Wuhan, China*, The Lancet, published online Mar. 11, 2020, https://www.thelancet.com/journals/lancet/article/PIIS0140-6736(20)30566-3/fulltext accessed Mar. 30, 2020 (at 3:00 PM EDT).

[5] Centers for Disease Control and Prevention, "Severe Outcomes Among Patients with Coronavirus Disease 2019 (COVID-19) – United States, February 12, - March 16, 2020," Mar. 26, 2020, *available at*: https://www.cdc.gov/mmwr/volumes/69/wr/mm6912e2.htm#F2_down accessed Mar. 30, 2020 (at 3:00 PM EDT).

11. There is no vaccine to prevent COVID-19; a vaccine will likely not be available for widespread use for at least a year. There is no known cure nor definitive treatment for COVID-19 at this time.

12. Because there is no cure, it is crucial to implement strategies to mitigate against COVID-19.

13. Mitigation strategies include frequent and thorough hand washing and maintaining a safe distance from others – or "social distancing."

14. The risk posed by infectious diseases like COVID-19 is significantly higher in civil detention centers than it is in the community both in terms of risk of transmission and harm to individuals who become infected. [6] Detention centers are not isolated from exposure to infectious diseases. Many people enter and exit detention centers every day, including guards and other staff, visitors, and third-party contractors. Detainees also may be transferred between detention facilities and new detainees may enter the facility. Staff and contractors continue to come and go on a shift basis and new detainees arrive at some ICE detention facilities every day. With the introduction of these individuals into facilities comes the risk of spread of infectious diseases like COVID-19.

15. Detention centers often do not have access to important community health resources that can be crucial in identifying and protecting against the spread of infectious diseases. Test kits for COVID-19 are in short supply and detention centers may not have sufficient testing equipment or access to laboratories to identify the virus. Detention centers also often do not have adequate personal protective equipment (PPE), such as gloves, face masks, and

---

[6] Jaimie Meyer, et al. The Lancet Infectious Diseases. Published online April 15, 2020. COVID-19 and The Coming Epidemic in US Immigration Detention Centers. https://www.thelancet.com/journals/laninf/article/PIIS1473-3099(20)30295-4/fulltext. Accessed April 18, 2020.

eyewear.

16. In carceral settings, the detainees, guards, and other staff may not have the opportunity to practice social distancing the way they could in the community. Transmission is greater because people in detention centers live in close proximity with each other and must share dining halls, bathrooms, showers, and other common areas. Toilets, sinks, and showers are shared, oftentimes without being disinfected between uses. Ventilation in detention centers may be poor, which promotes highly efficient spread of diseases through respiratory droplets. Detainees often also share a small number of telephones or other devices to communicate with the outside world – their families and their lawyers.  Living in such a setting therefore dramatically reduces a person's ability to protect themselves from being exposed to and acquiring infectious diseases like COVID-19.

17. Detention centers also often provide inadequate hygiene products and inadequate opportunities to practice aggressive hygiene practices to protect against spread of infectious diseases. Detention centers have many surfaces that are frequently touched by multiple people (telephones to communicate within and outside of the jail, door knobs or lock systems, light switches, etc.) that should be disinfected frequently to prevent spread of highly infectious diseases, but this is not able to be done frequently enough in the setting of the COVID-19 pandemic.

18. The medical facilities at detention centers are almost never equipped to handle large outbreaks of infectious diseases, particularly an infectious disease like COVID-19 that can quickly cause severe deterioration of health. Some detention centers have no medical facilities at all or access is limited to certain hours in the day. To prevent transmission of droplet-borne infectious diseases, people who are infected and symptomatic need to be isolated in specialized negative pressure rooms. In the course of an infectious disease

outbreak, resources will become exhausted rapidly and any beds available will soon be at capacity.

19. If an infectious disease like COVID-19 is introduced into a detention facility it can spread quickly among the dense detainee population. Many people may become very sick quickly – including individuals who are high-risk and have underlying chronic conditions – overwhelming the health infrastructure inside of the facility. If people are transferred outside of the detention center to local hospitals it may contribute to strain on the community health system. Many hospitals are already being overwhelmed by cases of COVID-19, and communities where detention centers exist can easily be strained by an influx of detainees who become ill. Transmission of COVID-19 may skyrocket in the local community and among local healthcare workers if an outbreak occurred in a nearby detention center. An influx of new cases caused by a detention center outbreak requiring hospitalization would overwhelm local health care facilities and availability of resources that are already struggling to keep up with the needs posed by COVID-19.

20. I have reviewed the declaration of Adrian Rodriguez Alcantara. Mr. Rodriguez has been living with HIV since the age of 19. HIV is a chronic medical condition that requires attentive and specialized care. Health experts, including the U.S. Department of Health and Human Services, recommend that individuals on ART (antiretroviral therapy) have their viral load checked every three to six months.[7] The reason for this frequent monitoring is that the HIV virus is capable of rapidly mutating and developing resistance to medications. Interruptions in ART administration, and even administering medications

---

[7] Panel on Antiretroviral Guidelines for Adults and Adolescents. Guidelines for the use of antiretroviral agents in HIV-1-infected adults and adolescents. Department of Health and Human Services. Available at http://aidsinfo.nih.gov/contentfiles/lvguidelines/AdultandAdolescentGL.pdf (Accessed on April 19, 2020).

at inconsistent times, can lead to the development of resistance.[8] The development of resistance can lead to a precipitous drop in CD4 (T cells), an important component of an individual's immune system. Individuals with a low CD4 count are extremely vulnerable to infection, including viral infections such as COVID-19. HIV positive immigrants detained in ICE facilities across the country have shared concerning reports of interruptions in the provision of their ART, medication administered at inconsistent times, lack of access to HIV specialists, and insufficient disease monitoring.[9] This past week, I have personally reviewed the medical record of an HIV positive detainee with a history of ART resistance and significantly dropping CD4 count who had gone more than 6 months without a viral road test. These reports raise considerable doubt that individuals with HIV can be reliably monitored and treated while in ICE custody.

21. Because of the novelty of COVID-19, there are little data on the specific vulnerability of HIV positive people with well-controlled disease.  However, there is some very recent research from China showing that patients with COVID-19 can suffer from severe reductions in their CD4 counts.[10] This finding suggests that even HIV patients with stable disease could be especially vulnerable to illness. Because of this uncertainty, and the overall vulnerability of HIV positive patients to changes in their disease state without

---

[8] U.S., Dep't of Health and Human Services, Aids info, Drug Resistance, (March 16, 2020), https://aidsinfo.nih.gov/understanding-hiv-aids/fact-sheets/21/56/drug-resistance/ ; Immunodeficiency Clinic, Why Is It Important to Take Medications Regularly? https://hivclinic.ca/patient-information/frequently-asked-questions-on-taking-antiretrovirals/why-is-it-important-to-take-medications-regularly.

[9] Immigration Equality. HIV-Positive Asylum Seekers Who Receive Grossly Negligent Medical Care in Immigration Detention and Are Particularly Vulnerable to COVID-19 Must Be Released Immediately. Available at https://www.immigrationequality.org/wp-content/uploads/2020/03/Complaint-to-Office-of-Civil-RIghts-and-Civil-Liberties-Re-HIV-Care-in-Detention-Facilities.pdf (Accessed on April 19, 2020).

[10] Zheng H-Y, Zhang M, Yang C-X, Zhang N, Wang X-C, Yang X-P, et al. Elevated exhaustion levels and reduced functional diversity of T cells in peripheral blood may predict severe progression in COVID-19 patients. Cellular & Molecular Immunology. 2020; Diao B, Wang C, Tan Y, Chen X, Liu Y, Ning L, et al. Reduction and Functional Exhaustion of T Cells in Patients with Coronavirus Disease 2019 (COVID-19). Available at https://www.medrxiv.org/content/10.1101/2020.02.18.20024364v1 (Accessed on April 19, 2020).

careful and consistent monitoring, many experts have cautioned *all* individuals with HIV to do avoid exposure at all costs.  The Senior Medical Advisor for the Division of HIV/AIDS Prevention at the CDC warned that anyone with a detectable viral load (which includes many of those living with HIV in immigration detention) "are at higher risk of contracting COVID-19 and developing more serious illness as a result."[11] The White House Coronavirus Response Coordinator stated those with HIV "should do everything possible to not get exposed to the virus."[12] At Yale New Haven Hospital where I work, we are treating all patients with HIV, regardless of CD4 count, as immunocompromised and therefore high risk. We are initiating anti-viral COVID-19 therapy sooner than we would for patients without HIV.[13]

22. Given the overall uncertainty surrounding the vulnerability of HIV positive patients and the clear inconsistencies in providing adequate and reliable HIV care in ICE detention, Mr. Rodriguez is at increased risk of infection and severe illness from COVID-19 while in detention. In fact is unclear whether Mr. Rodriguez has had appropriate care of his HIV while he has been in detention. His CD4 count is not known and therefore it is not clear if his HIV is under control.

23. I have reviewed the declaration of Maria Flor Calderon Lopez.  Based on review of this information, it appears that Ms. Calderon Lopez has moderate-severe intermittent asthma. This is a chronic medical condition that increases her risk of severe COVID-19 disease as

---

[11] Liz Highleyman, UPDATED: What People With HIV Need to Know About the New Coronavirus, (March 13, 2020) https://www.poz.com/article/people-hiv-need-know-new-coronavirus.
[12] Grace Birnstengel, HIV/AIDS and Safety During COVID-19: The CDC has advised all people with HIV to take precautions, NEXT AVENUE (Mar. 15, 2020), https://www.nextavenue.org/hivaids-and-safety-during-covid-19/.
[13] Yale New Haven Hospital System. YNHHS Initial Treatment Algorithm for Hospitalized Adults with Non-Severe COVID-19. Available at file:///var/folders/l3/lywtbdb108738nh4pt9d_qdc0000gn/T/com.apple.iChat/Messages/Transfers/17a174e7-b181-429f-b9db-b7a0e21e9ce9.pdf (Accessed on April 19, 2020).

outlined by the CDC. [14] She is detained by ICE at the Otay Mesa Detention Center. If she is infected with SARS-CoV-2, her asthma increases her risk for developing severe COVID-19 disease and death. If she develops severe COVID-19, she would likely require hospitalization that may involve intensive care and the use of scarce resources such as ventilators. The CDC has outlined steps that can be taken to prevent infection and optimize care for individuals with asthma during the COVID-19 pandemic. [15] Many if not most of these recommendations cannot be followed by Ms. Calderon Lopez while she is in detention.

24. Mr. Rodriguez, Ms. Calderon Lopez and other detainees who fit the CDC guidelines for people who are at high risk for developing severe COVID-19 disease and death are not afforded the opportunity to practice any of the measures recommended by the CDC to prevent COVID-19 while in a detention center. If they become ill, they are at risk for severe infection. Because they are detained in a congregate environment, they are at heightened risk of contracting the virus and infecting other detainees and detention staff, who enter and leave the facility daily. This risk is particularly pronounced at the Otay Mesa Detention Center, which is currently the site of the largest immigration detention center COVID-19 outbreak in the county. Due the rapid nature of COVID-19 infection, this could result in a need for mass hospitalization among people in the detention center

---

[14] Centers for Disease Control and Prevention, Morbidity and Mortality Weekly Report (MMWR), Preliminary Estimates of the Prevalence of Selected Underlying Health Conditions Among Patients with Coronavirus Disease 2019 — United States, February 12–March 28, 2020. 2019, *available* at https://www.cdc.gov/mmwr/volumes/69/wr/mm6913e2.htm, accessed April 3, 2020 (at 1:51 EDT).

[15] Centers for Disease Control. People with Moderate to Severe Asthma. https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/asthma.html. Accessed April 18, 2020.

and in the surrounding community, which would contribute to overwhelming the local health care resources, including intensive care unit resources such as ventilators. For their personal health, the health of detention staff members and their families and the surrounding community it would be unequivocally beneficial to release them to the community where they can practice social distancing as the rest of the population is doing.

25. Detainees who are at increased risk for developing severe COVID-19 illness or death who may have been exposed to people who are infected with SARS-CoV-2 should be released to home quarantine or quarantine in housing identified by county health officials for 14 days. If testing is readily accessible, these individuals should be tested for SARS-CoV-2 according to local health officials' guidelines as soon as possible following release from custody. However, these individuals should be released from the detention facilities and permitted to self-quarantine regardless of whether testing is available. Home quarantine is dramatically more effective for preventing infection for individuals than detention. Preventing COVID-19 in detainees is highly likely to decrease transmission in surrounding communities and hospitals.

26. Executed this 18th day of April, 2020 at New Haven, Connecticut.

/s/Katherine C. McKenzie

Katherine C. McKenzie, MD, FACP
Director, Yale Center for Asylum
Medicine
Department of Internal Medicine
Yale School of Medicine
367 Cedar Street, Suite 402
New Haven, CT  06510
203-804-1528

## CURRICULUM VITAE

Katherine C. McKenzie, MD, FACP
Director, Yale Center for Asylum Medicine

Department of Internal Medicine
Yale School of Medicine                             203 804 1528 (p)
367 Cedar Street, Suite 402
New Haven, CT  06510

http://medicine.yale.edu/intmed/genmed/asylum/            katherine.mckenzie@yale.edu

## EDUCATION

B.A.        Univ. of Colorado, Molecular, Cellular and Developmental Biology, *cum laude*, 1987

M.D.        Boston University, 1992

## CAREER/ACADEMIC APPOINTMENTS

1992-1995    Intern and Resident, Internal Medicine, Boston University Hospital, Boston, MA

1995-2017    Internist, Yale Internal Medicine Associates (YIMA) and Yale Primary Care Center

1995-1997    Clinical Instructor, Yale University School of Medicine

1998-present  Assistant Professor, Yale University School of Medicine

## ADMINISTRATIVE POSITIONS

2007-present  Director, Yale Center for Asylum Medicine

2010-15      Director, YIMA Immersion Block

2000-02      Medical Director, Yale Corporate Medical Program

1998-99      Advisory Board, Yale Women's Health Program

## BOARD CERTIFICATION AND RECERTIFICATION

American Board of Internal Medicine, 1995, 2005, 2015

## PROFESSIONAL HONORS & RECOGNITION

2017-present  Fellow, American College of Physicians

2014-19      Top Doctors, Connecticut Magazine

2018        Leonard Tow Humanism in Medicine Award, Yale School of Medicine

2017-18      Yale Public Voices Fellow

Katherine C. McKenzie, MD

2013        Outstanding Faculty Vignette Poster, Society of General Internal Medicine New England Regional Meeting. "Case Studies of Asylum Seekers."

2010        Faculty Award for Achievement in Clinical Care, Department of Medicine, Yale School of Medicine

**INVITED SPEAKING ENGAGEMENTS, PRESENTATIONS, PRESS CONFERENCES AND SYMPOSIA**

2020        Invited Speaker, Detention Watch Network, Washington, DC (Zoom presentation due to COVID)

2020        Invited Speaker, Advocacy in Residency, Yale Traditional Residency Program, New Haven, Conn.

Invited speaker, "Yale Op-Ed Course for Residents." Yale Traditional Residency Program. New Haven, Conn.

Invited speaker, "Medical Evaluations of Asylum Seekers: The Role of the Clinician in Documenting Human Rights Abuses." University of Virginia School of Medicine, Charlottesville, Virginia

2019        Invited speaker, "Doctors for Camp Closure" rally, Washington, DC.

Symposium speaker, "Advocacy, Human Rights and the Role of Professional Organizations." Society of General Internal Medicine National Meeting. Washington, DC.

Plenary address, "Asylum Medicine: Standard and Best Practices." North American Refugee Healthcare Conference Annual Meeting. Toronto, Canada.

Plenary address, "The Clinician as Advocate: Speaking, Writing and Organizing in Support of Refugees and Asylum Seekers." North American Refugee Healthcare Conference. Toronto, Canada.

Symposium speaker. "Update in Asylum Law and Asylum Medicine." North American Refugee Healthcare Conference. Toronto, Canada

Invited speaker, Yale Topics in Global Health.  "Asylum Medicine: The Role of the Health Professional"

Panelist, Yale School of Public Health, *Conflict and Health* class

Invited speaker, Introduction to Physician Advocacy for Residents, Yale Traditional Residency Program

Panelist, "Advocating for Asylum Seekers in a Time of Record Forces Displacement: A Collaborative, Interdisciplinary Approach." Columbia University Teachers College Winter Roundtable

Katherine C. McKenzie, MD

2018     Panelist, "Working with Medical and Mental Health Experts in Asylum and Related Fear-of-Return Claims," Center for Gender and Refugee Studies

Grand Rounds, "Asylum Seekers in a Time of Record Forced Displacement:  The Role of the Clinician," Stony Brook University

Panelist, "Medical Advocacy on Behalf of Detained Immigrants," Physicians for Human Rights

Plenary address, "Asylum Seekers in a Time of Global Record Forced Displacement: The Role of the Clinician." North American Refuge Health Conference. Portland, Oregon.

Director and Presenter, North American Refugee Health Conference Asylum Training Course

Invited Speaker, Yale College Medical Professionals

Invited Speaker, Immigrant Health Panel, New Haven, Connecticut

Panelist, Yale School of Public Health, *Conflict and Health* class, New Haven, Connecticut

2017     Medical Grand Rounds, "Asylum Seekers in a Time of Record Forced Global Displacement: The Role of the Physician", New Haven, Connecticut

Invited speaker, "Medical Evaluations of Asylum Seekers", Yale Internal Medicine Noon Lecture Series

Invited speaker, Physicians for the Affordable Care Act Rally, New Haven, Connecticut

Invited Panelist, Yale MacMillan Center Symposium

Guest Lecturer, Yale College Global Health Scholars Program

Guest Lecturer, Global Health Justice Partnership

Panelist, Yale School of Public Health, *Conflict and Health* class

2016     Panelist, Yale Medical School Internal Medicine Career Advisory Night

Course Director and Speaker, *Introduction to Forensic Documentation of Trauma: Aiding Immigrant Survivors of Torture & Ill-Treatment Aiding Immigrant Survivors of Torture & Ill-Treatment.* New Haven, Conn.

Seminar leader, North American Refugee Health Annual Conference, Niagara Falls, NY

Katherine C. McKenzie, MD

Lead Trainer, Physicians for Human Rights, Asylum Network Training Conference, Los Angeles, CA

Northeastern Group on Educational Affairs (NEGEA) presentation and poster, Providence, RI

Panelist, Yale School of Public Health, *Conflict and Health* class

Symposium speaker, "Local Global Health: Evaluating Asylum Seekers, Caring for Refugees" SGIM New England Regional Meeting. New Haven, Conn.

2015          Invited Speaker, Weill Cornell Center for Human Rights, New York, NY

Invited Speaker, "Evaluating Asylum Seekers", International Institute of Connecticut

Panelist, The AYA Assembly *To {Y}our Health: Public Health at Yale in the 21st Century.* "The Global Refugee Crisis: How Should We Respond?'

Invited speaker, "Update on Asylum Seekers and Refugees", Yale Emergency Medicine Residency Program

Course Director and Speaker, *Introduction to Forensic Documentation of Trauma: Aiding Immigrant Survivors of Torture & Ill-Treatment,* New Haven, Conn.

2014          Invited speaker, "Medical Evaluations of Asylum Seekers", Yale Internal Medicine Noon Lecture Series.

2012          Panelist, Yale Resident Career Series, October 2012

2011          Invited speaker. "Medical Forensic Evaluations of Asylum Seekers," General Internal Medicine Educational Strategies & Faculty Development Conference, New Haven, CT.

**INVITED COMMENTARY**
2020          Long-awaited CBP plan for migrant health screenings is 'bare bones,' doctor says. Elizabeth Cohen. CNN. 2020

2019          Response to**:** Embedding an Immigration Legal Navigator in a Primary Care Clinic, Sarah Kimball, MD, Mehar Maju, Nausheen Singh, and Lily Sonis, Ann Fam Med March/April 2019 17:177; doi:10.1370/afm.2360.

**PEER-REVIEWED PRESENTATIONS**
2019          **"**When Torture Survivors Recover and Heal: Exploring the Human Capacity for Resilience." Poster. International Society for Traumatic Stress Studies. Boston, Massachusetts.

Katherine C. McKenzie, MD

"Compounded trauma while seeking refuge: a case of family separation in asylum medicine." Poster. SGIM Regional Meeting. Boston, Massachusetts.

"Incorporating Health and Human Rights into Medical Education." North American Refugee Healthcare Conference. Workshop. Toronto, Canada

2018    "Advocating for Asylum Seekers in a Time of Record Forces Displacement: A Collaborative, Interdisciplinary Approach." Workshop. International Society for Traumatic Stress Studies Annual Meeting. Washington, DC.

"Medical Evaluation of Asylum Seekers: Lessons from Two University-Based Models." Poster. Society of Teachers of Family Medicine Annual Meeting. Washington, DC.

Medical Education Day "An Innovative Approach to Teaching Asylum Medicine and Promote Resilience in Trainees Who Evaluate Torture Survivors: The Observership Model in a Simulation Center". Yale School of Medicine, New Haven, CT. Poster.

5th Annual Medical Education Day, "Demonstrating Resilience after Fleeing Persecution: A Man Tortured for His Political Opinion Is Granted Asylum". Yale School of Medicine, New Haven, CT, Poster.

"Resilience in Asylum, Immigrant, and Refugee Medicine: Self-Care and Support to Promote Long-Term Involvement and Well-Being of Clinicians". Society of General Internal Medicine (SGIM) Regional and National Meetings.Workshop.

"An Innovative Approach to Teaching Asylum Medicine and Promote Resilience in Trainees Who Evaluate Torture Survivors: The Observership Model in a Simulation Center". SGIM Regional Meeting. Boston, Mass. Oral Presentation.

"An Innovative Approach to Teaching Asylum Medicine and Promote Resilience in Trainees Who Evaluate Torture Survivors: The Observership Model in a Simulation Center", SGIM National Meeting. Washington. DC. Poster.

"Teaching Asylum Medicine: Five Models for Aligning Demand and Resources At Your Institution". SGIM National Meeting. Washington, DC. Poster.

"Engaging Students in the Evaluation of Asylum Seekers: Building Capacity, Teaching Service and Resilience". SGIM National Meeting. Washington, DC. Poster.

2017    "Demonstrating Resilience after Fleeing Persecution: A Man Tortured for His Political Opinion Is Granted Asylum." SGIM National Meeting. Washington, DC. Poster.

"A Woman Seeking Asylum Who Was Subjected to Female Genital Cutting". SGIM Regional and National Meetings. Poster.

2016    "Medical Evaluation of Asylum Seekers" Oral Presentation, North American Refugee Health Conference. Oral Presentation.

5

"Teaching Medical Students About Forensic Evaluations of Asylum Seekers: Five Clinical Models" NEGEA. Providence, Rhode Island. Poster.

"Teaching Asylum Medicine to Medical Students: Five Clinical Models". Yale Medical Education Day. Poster.

2014    "Teaching Cultural Sensitivity: Medical Evaluations of Asylum Seekers." NEGEA. New Haven, CT. Poster.

2013    "Case Studies of Asylum Seekers." SGIM Regional Meeting. New Haven, CT. Poster.

2012    "Medical Evaluations of Refugees and Asylum Seekers." SGIM National Meeting, Orlando, FL. Workshop.

## PROFESSIONAL SERVICE

### Professional Service for Professional Organizations

2019-present  Founder, Society of Asylum Medicine

2018-present  Member, Society of Refugee Healthcare Providers

2016-present  SGIM Global Health and Human Rights Interest Group

2014-present  Physician Evaluator, American Friends Service Committee

2013-present  Physician Evaluator, Connecticut Institute for Refugees and Immigrants

2010-present  Physician Evaluator, Physicians for Human Rights Asylum Network

2016    Physicians for Human Rights, Training of Trainers Workshop

2009-present  Physician Evaluator, HealthRight International

### Yale University Service

2019-present  Faculty Advisor, Yale Traditional Residency Advocacy Group

2016-2018    MacMillan Center Program on Refugees, Forced Displacement and Humanitarian Responses

2013-present  Faculty Advisor, Yale School of Medicine-Physicians for Human Rights Interest Group

1995-2019    Generalist Attending (General Medicine medical wards)

2015    Advisory Group, "Yale's Role in the Global Child Refugee Crisis"

Katherine C. McKenzie, MD

2015-16      Advisor, Yale Multi-Disciplinary Global Health Group

2015         Host, Violent Conflict and Health Group meeting

2010-present Faculty, PCC Refugee Clinic

2010-15      Director, YIMA Immersion Block

2013-present Attending Physician, Wednesday Evening Clinic

2002-11, 2018-present
             Intern Selection Committee, Department of Medicine

2000-07      Yale University Shadow Program

**BOARD MEMBERSHIP**
2019-present  Board member, Society of Refugee Healthcare Providers

2018-present  Board Member, Project Access New Haven

**PHYSICIAN ADVOCACY**
2019         Invited speaker, Doctors for Camp Closure rally

             Congressional lobbying for Doctors for Camp Closure, Washington, DC

2018         Invited speaker at press conference with Senator Richard Blumenthal press conference
             addressing family separation policy, Hartford, Connecticut

2017         Invited speaker, Rally to support the Affordable Care Act

**LEGAL ADVOCACY**
2020         Medical-legal declarations on emergency litigation regarding releasing asylum seekers
             from detention during the COVID-19 pandemic

**MEDIA**
2019         Radio interview, Hecho en California, "Doctors for Camp Closure"

             Advisor, CNN Investigates

2018         Doximity interview, A Physician's Impact Through Asylum Seeker Evaluations

             WNPR interview, More Doctors Needed in the Field of Asylum Medicine

2017         Featured profile, Physicians for Human Rights Annual Report

2015         NPR Weekend Edition, "Before Obtaining Asylum, Refugees Must Show the Scars
             Behind the Stories"

7

Yale News, "Doctors practicing asylum medicine look for scars of persecution"

Radio interview, "The Moncrieff Show" (Ireland) to discuss asylum medicine

Newspaper interview with The Yale Herald, "Confronting Crisis"

Consulting advisor for television program "Chicago Med"

## BIBLIOGRAPHY

1. Sharp, MB; Milewski, AR; Lamneck, C; **McKenzie, K**. Evaluating the Impact of Student-run Asylum Clinics in the US from 2016–2018. *Health & Human Rights*; 21:2. 2019.

2. Deluca, M; **McKenzie, K**. The flu shot saves lives. Why aren't migrants in US custody vaccinated? CNN.  2019.

3. **McKenzie K**, Sugarman, K; Mishori, R. Physicians to Trump: Immigration detention centers must close. The Hill. 2019.

4. **McKenzie KC** and Venter H. Policymakers, provide adequate health care in prisons and detention centers. CNN. 2019.

5. **McKenzie KC**, Mishori, R, Ferdowsian H. Twelve tips for incorporating the study of human rights into medical education. *Medical Teacher*.1-9.  2019.

6. Ferdowsian H**, McKenzie K**, Zeidan A. Asylum Medicine: Standard and Best Practices. *Health & Human Rights*; 21:215-225. 2019.

7. **McKenzie K**, Kimball, S., Kreinsen, C., Reynolds, P. Politics in the Exam Room: How Our Current Political Climate is Affecting the Most Vulnerable Patients. *SGIM Forum*. 42:6-7. 2019.

8. **McKenzie, K.** Loud, Gray, and Arbitrary---The Compounding Trauma of Detention on Asylum Seekers. *New England Journal of  Med*.  380:807-809. 2019.

9. Nguyen M, Handoko R, Asabor E, **McKenzie KC**. A gay Nigerian man's journey to asylum in the USA. *British Medical Journal Case Reports*. Apr 5;12. Epub 2019/04/08. 2019.

10. Chakravartula,  N, Lin, C, Lustig, S, **McKenzie, Katherine**.  "Working with Medical and Mental Health Experts in Asylum and Related Fear-of-Return Claims," *Bender's Immigration Bulletin*. 01 2019.

11. **McKenzie, K,** Bauer, J, Reynolds, P. Asylum Seekers in a Time of Record Forced Global Displacement: The Role of Physicians**.** *Journal of General Internal Medicine*. DOI: 10.1007/s11606-018-4524-5. 2019.

12. Kreinsen C., Reynolds, P, **McKenzie, K**, Comerci, T, Fein, O.  Position on Physician Participation in Torture. Position Statement. Society of General Internal Medicine. 2018.

Katherine C. McKenzie, MD

13. **McKenzie, K,** Mishori, R and Ottenheimer, D. Trump Administration Turns Its Back on the Most Vulnerable. CNN. 2018.

14. **McKenzie, K.** Millions Have Been Traumatized by Female Genital Mutilation. The Practice Must Be Stopped. STAT. 2018.

15. **McKenzie, K** and Castellani, C. We Should Oppose Gina Haspel's CIA Nomination Because of Her Torture Record. The Hill. 2018.

16. **McKenzie, K,** and Dembroff, R. He, She, They: Pediatricians Should Ask Kids About Gender Identity. Cognoscenti. 2018.

17. Ottenheimer, D. and **McKenzie, K**. FGM, Too. Ms. Magazine.  2018.

18. **McKenzie, KC** and Sanchez, T. #TheyToo: Women From Other Countries Must Be Able to Turn to the US. Garnet News. 2018.

19. **McKenzie, K.** The Most Important Part of A Doctor's Job Is Not Her Bedside Manner. Cognoscenti. 2018.

20. Arnaout, B and **McKenzie, K.** We Lament the Divisive Tone of MAGA but We Take the Opportunity to Examine What Unites Us. The Hill. 2018.

21. **McKenzie, KC.** Trump's Immigration Ban Hurts Doctors and Patients. Cognoscenti. 2017.

22. **McKenzie, K**. Paying monthly for insurance, but never getting to 'use' it is the ideal situation. The Hill. 2017.

23. **McKenzie, K**. Why I Became a Doctor Who Treats Torture Victims. Time Magazine. 2017.

24. Ottenheimer, D, Atkinson, H, **McKenzie, K**, Mishori, R, Musalo, K, Tavawalla, D, Young, J. When A Pinprick is Not Benign. The Epoch Times. 2017.

25. **McKenzie KC,** Thomas A. Assisting asylum seekers in a time of global forced displacement: Five clinical cases. *Journal of Forensic and Legal Medicine*. 49:37-41. 2017.

26. **McKenzie KC**. Supporting Human Rights, One Patient at a Time. *British Medical Journal*. 2016;355(i6798). 2016.

27. **McKenzie, KC**. A Modern *Ars Moriendi*. *New England Journal of Medicine*. 374:2107-09. 2016.

28. **McKenzie, KC**.  Medical Evaluation of Asylum Seekers. In: Annamalai, A, Ed. Refugee Health Care. Springer Science and Business Media New York, NY. 2014.

29. Barnes RC, Boeka AB, **McKenzie KC**, Genao I, Garcia R, Ellman MS, Ellis PE, Masheb RM, Grilo CM.  Metabolic syndrome in the obese patients with binge-eating disorder in primary care

clinics: a cross-sectional study.  Primary Care Companion for CNS Disorders. Published online: March 3, 2011

30. Grilo, CM , Masheb, RM, White, MA, Gueorguieva, R, Barnes, RD, Walsh, BT, **McKenzie, KC**, Genao, I, Garcia, R.  Treatment of binge eating disorder in racially and ethnically diverse obese patients in primary care: Randomized placebo-controlled clinical trial of self-help and medication. *Behavior Research and Therapy* 58;1-9, 2014.

31. **McKenzie, KC**, McCarthy, EP, Burns, RB and Freund, KM.  Domestic Violence in an Inpatient Population. *Journal of General Internal Medicine*. 13:277-279. 1998.