**MONIKA Y. LANGARICA** (SBN 308518)(mlangarica@aclusandiego.org)
**JONATHAN MARKOVITZ** (SBN 301767)(jmarkovitz@aclusandiego.org)
**KIMBERLY GRANO** (SBN 328298)(kgrano@aclusandiego.org)
**BARDIS VAKILI** (SBN 247783)(bvakili@aclusandiego.org)
**DAVID LOY** (SBN 229235)(davidloy@aclusandiego.org)
**ACLU FOUNDATION OF SAN DIEGO &**
**IMPERIAL COUNTIES**
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 398-4493

Counsel for Plaintiff-Petitioners

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adrian RODRIGUEZ ALCANTARA, et. al., | Case No. **'20 CV 0756 GPC AHG** |
| Plaintiff-Petitioners, | **PLAINTIFF-PETITIONERS' EMERGENCY EX PARTE MOTION  FOR SUBCLASS-WIDE EMERGENCY TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUCTION AND WRIT OF HABEAS CORPUS** |
| v. | |
| GREGORY J. ARCHAMBEAULT, San Diego Field Office Director, Immigration and Customs Enforcement, et. al., | |
| Defendant-Respondents. | Date: TBD Time: TBD Courtroom: TBD Judge: TBD |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Due to the urgent and imminent threat to the safety and lives of civil immigration detainees held captive in the Otay Mesa Detention Center ("Otay Mesa") in the  midst of an outbreak of the Coronavirus Disease 2019 ("COVID-19"), Plaintiff-Petitioners hereby move this Court ex parte for an emergency temporary restraining order and writ of habeas corpus to secure the immediate release of all medically vulnerable detainees in the facility. Specifically,Plaintiff-Petitioners respectfully request that the Court provisionally certify a class of civil immigration detainess at Otay Mesa and a subclass of medically vulnerable detainees in Otay Mesa and issue a classwide temporary restraining order directing Defendant-

1  Respondents to immediately refrain from maintaining in custody and release from
2  Otay Mesa all subclass members, defined as follows:

3       All civil immigration detainees incarcerated at the Otay Mesa Detention
        Center who are age 45 or over or who have medical conditions that place
4       them at heightened risk of severe illness or death from COVID-19.

5  Subclass members' age and underlying medical conditions and the conditions
6  under which they are confined place them at heightened risk of serious illness or
7  death from contracting the Coronavirus Disease 2019 ("COVID-19"), in violation of
8  their Due Process rights under the Fifth Amendment to the Constitution.

9       Plaintiff-Petitioners' Motion is based on this Motion; the concurrently-filed
10 accompanying Memorandum of Points and Authorities and declarations and
11 supporting documents attached thereto; on all papers, pleadings, records, and files in
12 this case, including the concurrently filed Motion for Class Certification; on all
13 matters of which judicial notice may be taken; and on such other argument and/or
14 evidence as may be presented to the Court at a hearing on this motion.

15      Due to the urgency of this matter, as explained in the accompanying
16 Memorandum of Points and Authorities and the Declaration of Monika Langarica
17 attached thereto, Plaintiff-Petitioners have not yet informed Defendant-Respondents
18 of this motion. CivLR 83.3(g)(2). Immediately upon filing this motion, Plaintiff-
19 Petitioners' counsel will email copies of all case filings to Katherine Parker, Chief,
20 Civil Division of the U.S. Attorney's Office for the Southern District of California at
21 Katherine.Parker@usdoj.gov.

22      Plaintiff-Petitioners respectfully request an immediate hearing on this Motion
23 at the soonest possible time the Court may hear it.

24
DATED: April 21, 2020                    Respectfully submitted,
25                                        ACLU FOUNDATION OF SAN
                                          DIEGO & IMPERIAL COUNTIES
26
27                                        **s/ Monika Y. Langarica**
                                          MONIKA Y. LANGARICA
28
                                          Attorneys for Plaintiff-Petitioners