ROBERT S. BREWER, JR.
United States Attorney
KATHERINE L. PARKER, SBN 222629
Chief, Civil Division
SAMUEL W. BETTWY, SBN 94918
Assistant U.S. Attorney
REBECCA G. CHURCH, SBN 259652
Assistant U.S. Attorney
STEVEN J. POLIAKOFF, SBN 188231
Assistant U.S. Attorney
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
619-546-9634/7125/7721 / 619-546-7751 (fax)

Attorneys for Respondents

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN RODRIGUEZ ALCANTARA, et al., <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> GREGORY J. ARCHAMBEAULT, San Diego Field Office Director, ICE, et al., <br><br> Defendants-Respondents. | Case No. 20cv0756 DMS AHG <br><br> **DECLARATION OF KELLEY BECKHELM ASSISTANT OFFICER IN CHARGE IMMIGRATION AND CUSTOMS ENFORCEMENT ENFORCEMENT AND REMOVAL OPERATIONS OTAY MESA DETENTION CENTER** |

I, Kelley A. Beckhelm, Assistant Officer in Charge, make the following statements under oath and subject to the penalty of perjury.

I am employed by U.S. Department of Homeland Security, Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO). I currently serve as the

Assistant Officer in Charge (AOIC) for the ICE ERO San Diego Field Office at the Otay Mesa Detention Center (OMDC) in Otay Mesa, California.

I am making this declaration at the request of the Office of the U.S. Attorney to assist the court regarding allegations that have been made in this case and other cases about operations at the Otay Mesa Detention Center (ODMC) and the Medical Facility there in response to the COVID-19 pandemic. It is my understanding that allegations are being made, generally, that OMDC and the Medical Facility are not complying with CDC guidelines and that they have not been taking reasonable steps to protect detainees and/or that they are not equipped to do so. I also understand that there are specific allegations that detainees are not being supplied with sanitation supplies such as soap and hand sanitizer, that they are not being supplied with personal protective equipment (PPE), and that CoreCivic employees are not performing cleaning services. There are also general allegations that OMDC has not been practicing proper screening, quarantining, treatment, and social distancing.

Below I explain that none of these allegations are accurate.

1. I provide this declaration based on my personal knowledge, belief, reasonable inquiry, and information obtained from various records, systems, databases, other DHS employees, employees of DHS contract facilities, and information portals maintained and relied upon by DHS in the regular course of business. As AOIC at OMDC, I work closely with ICE Health Services Corps (IHSC) and CoreCivic personnel at OMDC.

2. CoreCivic manages the overall Otay Mesa Detention Center facility operations, security and transportation under contract with ICE.

3. IHSC comprises a multidisciplinary workforce that consists of U.S. Public Health Service Commissioned Corps (USPHS) officers, federal civil servants, and contract health professionals. The Medical Facility at OMDC provides overall medical, dental and mental health care for the detained population, which includes both ICE detainees and U.S. Marshall (USMS) detainees.

4. Since the onset of reports of Coronavirus Disease 2019 (COVID-19), ICE epidemiologists have been tracking the outbreak, regularly updating infection prevention and control protocols, and issuing guidance to field staff on screening and management of potential exposure among detainees.[1]

5. In testing for COVID-19, IHSC is also following guidance issued by the Centers for Disease Control (CDC) to safeguard those in its custody and care.

6. On April 10, 2020, ICE ERO released its *ERO COVID-19 Pandemic Response Requirements* (PRR), a guidance document that builds upon previously issued guidance and sets forth specific mandatory requirements expected to be adopted by all detention facilities housing ICE detainees, as well as best practices for such facilities, to ensure that detainees are appropriately housed and that available mitigation measures are implemented during this pandemic.[2]

7. Each detainee is screened for disabilities upon admission by an IHSC medical provider. Identified disabilities are further evaluated and reasonable accommodations are provided as medically appropriate.

8. New admissions to OMDC have been suspended since approximately April 2, 2020, except for one case where there was a critical need. During the intake medical screenings, detainees are assessed for fever and respiratory illness, are asked to confirm if they have had close contact with a person with laboratory-confirmed COVID-19 in the past 14 days, and whether they have traveled from or through area(s) with sustained community transmission in the past two weeks.

---

[1] Specifically, ICE closely follows the CDC's *Interim Guidance on Management of Coronavirus 2019 (COVID-19) in Correctional and Detention Facilities* at https://www.cdc.gov/coronavirus/2019-ncov/community/correction-detention/guidance-correctional-detention.html, and its general public guidance at https://www.cdc.gov/coronavirus/2019-ncov/index.html.

[2] https://www.ice.gov/doclib/coronavirus/eroCOVID19responseReqsCleanFacilities.pdf.

9. The detainee's responses and the results of these assessments will dictate whether to monitor or isolate the detainee based on IHSC's recommendation. Those detainees who present symptoms compatible with COVID-19 will be placed in isolation, where they will be tested. If testing is positive, they will remain isolated and treated. In case of any clinical deterioration, they will be referred to a local hospital.

10. In cases of known exposure to a person with confirmed COVID-19, asymptomatic detainees are placed in cohorts with restricted movement for the duration of the most recent incubation period (14 days after most recent exposure to an ill detainee) and are monitored daily for fever and symptoms of respiratory illness. Per ICE policy, detainees diagnosed with any communicable disease who require isolation are placed in an appropriate setting in accordance with CDC or state and local health department guidelines.

11. The OMDC Medical Facility has the following medical capabilities:
The IHSC Medical Staff which manages both males and females, provides daily access to sick calls in a clinical setting and has an onsite medical infirmary, mental health and dental health services with the ability to admit patients at the local hospital for mental or medical health care.

12. CoreCivic supplies PPE masks to detainees and gloves to those performing sanitation duties.

13. The Otay Mesa Detention Center has a population within approved capacity and is not overcrowded. Because OMDC is not accepting new detainees, and because persons in high-risk groups are generally released, OMDC is now operating at about half capacity.

14. The Otay Mesa Detention Center has increased sanitation frequency and provides sanitation supplies as follows:

    a. CoreCivic – provides liquid and bar soap in every housing unit at the jail. The administration is encouraging both staff and the jail general population to use these tools often and liberally.

      b. CoreCivic – provides disinfectants to staff and cleaning crews and CDC recommended cleaning and disinfection above and beyond normal activity have been implemented.

      c. CoreCivic – Cleans and disinfects each housing unit daily with increased frequency.

15. The Otay Mesa Detention Center has limited professional visits to noncontact visits and suspended in person social visitation and facility tours.

16. The Otay Mesa Detention Center custody staff is screening all staff and vendors when they enter the facilities including body temperatures.

17. IHSC medical staff are screening all detainee intakes when they enter the facilities including travel histories, medical histories and checking body temperatures and have procedures to continue monitoring the populations' health.

18. IHSC medical staff provide education on COVID-19 to staff and detainees to include the importance of hand washing and hand hygiene, covering coughs with the elbow instead of with hands, and requesting to seek medical care if they feel ill. The facilities provide detainees daily access to sick call.

19. IHSC medical staff working with CoreCivic staff have identified housing units for the quarantine of patients who are suspected of or test positive for COVID-19 infection to be addressed as set forth above.

20. The Executive Office for Immigration Review (EOIR) continues to conduct immigration court, including bond and merit hearings through video-teleconference (VTC) from the downtown San Diego EOIR court.

21. ICE has reviewed its detained population of people who are "at higher risk for severe illness," as identified by the CDC,[3] to determine if detention remains appropriate,

---

[3] *See* https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/groups-at-higher-risk.html. The CDC includes in this list all individuals age 65 or older. ICE expanded this to include all detainees age 60 or older. *See Update Guidance: COVID-19 Detained Docket Review*, Apr. 4, 2020.

considering the detainee's health, public safety and mandatory detention requirements, and adjusted custody conditions, when appropriate, to protect health, safety and well-being of its detainees.

22. ICE continues to process bond and custody release documentation through the downtown San Diego ERO bond unit. Due to the current health and public safety concerns, the individuals are not released until they are medically cleared by IHSC. Medical clearance is conducted the same day bond or release orders are processed.

I declare, under penalty of perjury under 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge and based on information obtained from other individuals employed by ICE.

DATED: April 27, 2020

Kelley A. Beckhelm
Assistant Officer in Charge
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement