ROBERT S. BREWER, JR.
United States Attorney
KATHERINE L. PARKER, SBN 222629
Chief, Civil Division
SAMUEL W. BETTWY, SBN 94918
Assistant U.S. Attorney
REBECCA G. CHURCH, SBN 259652
Assistant U.S. Attorney
STEVEN J. POLIAKOFF, SBN 188231
Assistant U.S. Attorney
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
619-546-9634/7125/7721 / 619-546-7751 (fax)

Attorneys for Respondents

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN RODRIGUEZ ALCANTARA, et al., <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> GREGORY J. ARCHAMBEAULT, San Diego Field Office Director, ICE, et al., <br><br> Defendants-Respondents. | Case No. 20cv0756 DMS AHG <br><br> **DECLARATION OF CAPTAIN PHILIP FARABAUGH, MD, U.S. PUBLIC HEALTH SERVICE, DEPUTY MEDICAL DIRECTOR FOR ICE HEALTH SERVICE CORPS (IHSC)** |

I, Captain Philip Farabaugh (CAPT) make the following statements under oath and subject to the penalty of perjury:

1. I am employed by U.S. Department of Homeland Security, Immigration and Customs Enforcement (ICE), and currently serve as the Deputy Medical Director with ICE Health Service Corps (IHSC). I have held this position since April 18, 2016.

2. In my current position, I provide oversight of IHSC's Medical Services Unit, which comprises the agency's medical, dental, and pharmacy program components. These components provide and support direct patient care services to detainees in ICE custody at IHSC-staffed detention facilities. The Medical Service Unit program components also support the provision of medical, dental, and pharmacy care services at non-IHSC staffed facilities.

3. I supervise the IHSC Western Regional Clinical Director who advises on the medical care practices at the Otay Mesa Detention Center (OMDC). I am aware of OMDC's medical program; however, I do not work on-site at the facility or have first-hand knowledge of the daily operational functioning at the facility. IHSC staff work at OMDC providing care to ICE detainees and U.S. Marshal Service (USMS) detainees. I make my representations based on information provided to me by IHSC staff about OMDC's operation in the course of performing my official duties.

4. The Imperial Regional Detention Facility ("IRDF") is a non-IHSC-staffed detention facility housing only ICE detainees. IHSC staff do not work in this facility or direct their operations. IRDF employs their own medical staff to deliver and direct health care services to ICE detainees. An IHSC Field Medical Coordinator (FMC) serves as a medical liaison to IRDF to address detainee medical care concerns and has general awareness of IRDF's operation. I may become involved in medical care concerns at IRDF should the facility not be able to meet our detainee's care needs or if there is a significant adverse event. Otherwise, I do not supervise their medical operation and have no first-hand knowledge of their daily operational functioning at the facility. I make my representations based on information provided to me about IRDF's operation in the course of performing my official duties.

5. CoreCivic owns and manages OMDC and staffs the custodial elements of OMDC except for the medical staff. IHSC staffs the OMDC medical unit. CoreCivic provides security and transportation services under contract with ICE.

6. Management and Training Corporation (MTC) owns and staffs IRDF to include the medical staff. MTC provides security and transportation services under contract with ICE.

7. IHSC comprises a multidisciplinary workforce that consists of U.S. Public Health Service Commissioned Corps (USPHS) officers, federal civil servants, and contract health professionals.

8. Since the onset of reports of Coronavirus Disease 2019 (COVID-19), ICE epidemiologists have been tracking the outbreak, regularly updating infection

prevention and control protocols, and issuing guidance to IHSC field staff on screening and management of potential exposure among detainees. IHSC does not directly advise the medical care practices for non-IHSC-staffed detention facilities.

9. In testing for COVID-19, IHSC is following guidance issued by the Centers for Disease Control and Prevention (CDC) to safeguard those in its custody and care.

10. Each detainee is screened for disabilities upon admission by a member of the medical staff. Identified disabilities are further evaluated and reasonable accommodations are provided as medically appropriate.

11. At OMDC during intake medical screenings, detainees are assessed for fever and respiratory illness and are asked to confirm if they have had close contact with a person with laboratory-confirmed COVID-19 in the past 14 days.

12. The detainee's responses and the results of these assessments will dictate whether to monitor or isolate the detainee. Those detainees who present symptoms compatible with COVID-19 will be placed in isolation, where they will be tested. If testing is positive, they will remain isolated and treated. In case of any clinical deterioration, they will be referred to a local hospital.

13. At OMDC in cases of known exposure to a person with confirmed COVID-19, asymptomatic detainees are placed in cohorts with restricted movement for the duration of the most recent incubation period (14 days after most recent exposure to an ill detainee). Detainees who may have fever or other symptoms of COVID-19 are instructed to seek medical care for further evaluation and treatment.

14. Cohorting is an infection-prevention strategy which involves housing detainees together who were exposed to a person with an infectious organism but are asymptomatic. This practice lasts for the duration of the COVID-19 incubation period of 14 days, because individuals with COVID-19 and other communicable diseases can be contagious before they develop symptoms and can serve as undetected source patients. Those that show onset of fever and/or respiratory illness are referred to a medical provider for evaluation. Cohorting is discontinued when the 14-day incubation period completes with no new cases. Per ICE policy, detainees diagnosed with any communicable disease who require isolation are placed in an appropriate setting in accordance with CDC or state and local health department guidelines.

    o Both the OMDC and IRDF facilities provide medical care services for both male and female detainees, provide daily access to sick calls in a clinical setting, have an onsite medical housing unit, provide mental health and dental health services, and are able to transfer detainees to community

      hospitals and other community resources for mental or medical health care needs.

15. As of 3:00 p.m. on Friday, April 24, 2020, the following information was reported to me regarding OMDC:

   a. From April 1 to April 24, 2020, there were 66 ICE detainees who have tested positive for COVID-19.

   b. 27 COVID-19 test results were pending for ICE detainees.

   c. From April 1 to April 24, 2020, 20 ICE detainees who were suspected of having COVID-19 tested negative for COVID-19.

   d. One ICE detainee has refused testing for COVID-19.

   e. Six ICE detainees have been hospitalized. Four have been discharged and returned to the facility, and two are still hospitalized.

   f. None of the ICE detainees at OMDC have required intubation to treat their COVID-19 infection.

   g. No ICE detainee has died from COVID-19 infection.

   h. The OMDC medical housing unit can house 38 patients. Eleven patients are there for COVID-19 related care.

16. As of 3:00 p.m. on Friday, April 24, 2020, the following information was reported to me regarding IRDF: from April 1 to April 24, 2020, no ICE detainee has tested positive for COVID-19.

17. Per headquarters ICE instruction, both the OMDC and IRDF have limited professional visits to noncontact visits and suspended in person social visitation and facility tours.

18. Both the OMDC and IRDC custody staff are screening all staff and vendors when they enter the facilities including body temperatures.

19. OMDC IHSC medical staff screen all detainee intakes when they enter the facility to include inquiring about their medical history and checking their temperature, and have procedures to continue monitoring the populations' health.

20. OMDC IHSC medical staff provide education on COVID-19 to detainees to include the importance of hand washing and hand hygiene, covering coughs with the elbow instead of with hands, and requesting to seek medical care if they feel ill. The facilities provide detainees daily access to sick call and access to emergency medical care at any time.

21. IHSC medical staff working with CoreCivic staff at OMDC have identified housing units for the quarantine of patients who are suspected of or test positive for COVID-19 infection to be addressed as set forth in the paragraphs above.

I declare, under penalty of perjury under 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge and based on information obtained from other individuals employed by ICE in the course of performing my official duties.

DATED: April 27, 2020

*/s/ Philip Farabaugh*

Captain Philip Farabaugh, M.D.
Deputy Medical Director
ICE Health Service Corps
Enforcement and Removal Operations