ROBERT S. BREWER, JR.
United States Attorney
KATHERINE L. PARKER, SBN 222629
Chief, Civil Division
SAMUEL W. BETTWY, SBN 94918
Assistant U.S. Attorney
REBECCA G. CHURCH, SBN 259652
Assistant U.S. Attorney
STEVEN J. POLIAKOFF, SBN 188231
Assistant U.S. Attorney
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
619-546-9634/7125/7721 / 619-546-7751 (fax)

Attorneys for Respondents

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN RODRIGUEZ ALCANTARA, et al.,<br><br>Plaintiffs-Petitioners,<br><br>v.<br><br>GREGORY J. ARCHAMBEAULT, San Diego Field Office Director, ICE, et al.,<br><br>Defendants-Respondents. | Case No. 20cv0756 DMS AHG<br><br>**RESPONDENTS' MOTION TO FILE DOCUMENTS UNDER SEAL WITH THEIR RESPONSE IN OPPOSITION TO PETITIONERS' MOTION FOR TRO AND HABEAS PETITION** |

Respondents respectfully request that, given the inherent confidential and private nature of medical records, the unredacted version of Petitioner Alcantara's ICE Health Service Corps (IHSC) Medical Records at the Otay Mesa Detention Center (OMDC) be filed under seal. The unredacted version will be lodged for filing under seal and will be provided to Petitioners' counsel.

| | | |
|---|---|---|
| 1 | DATED: April 27, 2020 | Respectfully submitted, |
| 2 | | ROBERT S. BREWER JR. |
| 3 | | United States Attorney |
| 4 | | KATHERINE L. PARKER<br>Chief, Civil Division |
| 5 | | |
| 6 | | *s/ Samuel W. Bettwy*<br>SAMUEL. W. BETTWY<br>Assistant U.S. Attorney |
| 7 | | |
| 8 | | s/ *Rebecca G. Church*<br>REBECCA G. CHURCH<br>Assistant U.S. Attorney |
| 9 | | |
| 10 | | Attorneys for Respondents |

2