STRUCK LOVE BOJANOWSKI & ACEDO, PLC
Daniel P. Struck, AZ Bar #012377
*(admitted pro hac vice)*
Rachel Love, AZ Bar #019881
*(admitted pro hac vice)*
Nicholas D. Acedo, AZ Bar #021644
*(admitted pro hac vice)*
Jacob B. Lee, AZ Bar #030371
*(admitted pro hac vice)*
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Tel.:  (480) 420-1600
Fax:  (480) 420-1695
dstruck@strucklove.com
rlove@strucklove.com
nacedo@strucklove.com
jlee@strucklove.com

WITHAM MAHONEY & ABBOTT, LLP
Matt Mahoney, Esq., CA Bar # 211184
401 B Street, Suite 2220
San Diego, CA 92101
Tel.: (619) 407-0505
Fax: (619) 872-0711
mahoney@wmalawfirm.com

Attorneys for Defendant-Respondent LaRose

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adrian Rodriguez Alcantara, et al.,<br><br>    Plaintiffs-Petitioners,<br><br>v.<br><br>Gregory J. Archambeault, San Diego Field Office Director, Immigration and Customs Enforcement, et al.,<br><br>    Defendants-Respondents. | NO. 3:20-cv-00756-DMS-AHG<br><br>**CERTIFICATE OF SERVICE** |

I am a citizen of the United States and am over the age of eighteen years, and not a party to the within action.  My business address is Struck Love Bojanowski & Acedo, PLC, 3100 West Ray Road, Suite 300, Chandler, AZ 85226.  On April 27, 2020, I served the following document(s):

**RESPONDENTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION RE: OTAY MESA SUBCLASS and this CERTIFICATE OF SERVICE**

☐ **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Phoenix, Arizona addressed as set forth below.

☒ **BY ELECTRONIC SUBMISSION:** per Court Order, submitted electronically by CM/ECF to be posted to the website and notice given to all parties that the document(s) has been served.

Monika Yvette Langarica
Bardis Vakili
John David Loy
Jonathan Paul Markovitz
Kimberly Robin Grano
ACLU of San Diego & Imperial Counties
P.O. Box 87131
San Diego, CA 92108
Phone: 619-232-2121
Fax: 619-232-0036
mlangarica@aclusandiego.org
bvakili@aclusandiego.org
davidloy@aclusandiego.org
jmarkovitz@aclusandiego.org
kgrano@aclusandiego.org

*Attorneys for Plaintiffs-Petitioners*

U S Attorneys' Office Southern District of California
Civil Division
880 Front Street, Suite 6253
San Diego, CA 92101
Phone: 619-557-5662
Fax: 619-557-7122
Efile.dkt.civ@usdoj.gov

*Attorneys for Defendants-Respondents*

I declare that I am employed in the office of a member who is admitted pro hac vice in this Court at whose direction the service was made. I declare under penalty of perjury that the forgoing is true and correct.

Executed on April 27, 2020, at Chandler, Arizona.

s/ Daniel P. Struck