ROBERT S. BREWER, JR.
United States Attorney
KATHERINE L. PARKER, SBN 222629
Chief, Civil Division
SAMUEL W. BETTWY, SBN 94918
Assistant U.S. Attorney
REBECCA G. CHURCH, SBN 259652
Assistant U.S. Attorney
STEVEN J. POLIAKOFF, SBN 188231
Assistant U.S. Attorney
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
619-546-9634/7125/7721 / 619-546-7751 (fax)

Attorneys for Federal Respondents

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN RODRIGUEZ ALCANTARA, et al., <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> GREGORY J. ARCHAMBEAULT, San Diego Field Office Director, ICE, et al., <br><br> Defendants-Respondents. | Case No. 20cv0756 DMS AHG <br><br> **RESPONDENTS' NOTICE OF JOINDER TO:** <br><br> **(1) RESPONDENT LAROSES'S OPPOSITION TO MOTION FOR CLASS CERTIFICATION RE: OTAY MESA SUBCLASS [ECF No. 27];** <br><br> **AND** <br><br> **(2) RESPONDENT LAROSE'S OPPOSITION TO MOTION FOR TEMPORARY RESTRAINING ORDER RE: OTAY MESA SUBCLASS [ECF No. 26]** <br><br> Date: April 28, 2010 <br> Time: 1:30 p.m. <br> Courtroom: Telephonic <br> Judge: Honorable Dana M. Sabraw |

*Joinder to TRO Oppn and Class Cert Oppn*     20cv756 DMS (AHG)

**PLEASE TAKE NOTICE** that Respondents Matthew T. Albence, Gregory J. Archambeault, James Dobson, Jesus Reyna, and Chad Wolf ("Federal Respondents") hereby join in the following filings by Respondent Christopher J. LaRose:  (1) Respondent LaRose's Opposition to Motion for Class Certification Re: Otay Mesa Subclass [ECF No. 27]; and (2) Respondent LaRose's Opposition to Motion for Temporary Restraining Order Re: Otay Mesa Subclass [ECF No. 26], including the attached declarations and exhibits and other evidence submitted in support.

Joinder is proper as to the foregoing, because the allegations are alleged against the Federal Respondents and Respondent LaRose; therefore, the arguments advanced in response are equally applicable to both.

DATED: April 27, 2020						Respectfully submitted,

							ROBERT S. BREWER JR.
							United States Attorney

							KATHERINE L. PARKER
							Chief, Civil Division

							s/ *Samuel W. Bettwy*
							SAMUEL. W. BETTWY
							Assistant U.S. Attorney

							s/ *Rebecca G. Church*
							REBECCA G. CHURCH
							Assistant U.S. Attorney

							Attorneys for Federal Respondents