**MONIKA Y. LANGARICA** (SBN 308518)(mlangarica@aclusandiego.org)
**JONATHAN MARKOVITZ** (SBN 301767)(jmarkovitz@aclusandiego.org)
**KIMBERLY GRANO** (SBN 328298)(kgrano@aclusandiego.org)
**BARDIS VAKILI** (SBN 247783)(bvakili@aclusandiego.org)
**DAVID LOY** (SBN 229235)(davidloy@aclusandiego.org)
**ACLU FOUNDATION OF SAN DIEGO &**
**IMPERIAL COUNTIES**
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 398-4493

Counsel for Plaintiff-Petitioners

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adrian RODRIGUEZ ALCANTARA; Yasmani OSORIO REYNA; Maria Flor CALDERON LOPEZ; Mary DOE; on behalf of themselves and all others similarly situated,<br><br>Plaintiff-Petitioners,<br><br>v.<br><br>Gregory J. ARCHAMBEAULT, San Diego Field Office Director, Immigration and Customs Enforcement; James DOBSON, Otay Mesa Detention Center Officer in Charge, Immigration and Customs Enforcement; Jesus REYNA, Calexico Assistant Field Office Director, Immigration and Customs Enforcement; Christopher J. LAROSE, Senior Warden, Otay Mesa Detention Center; Sixto MARRERO, Facility Administrator, Imperial Regional Detention Facility; Matthew T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director of Immigration and Customs Enforcement; Chad WOLF, Acting Secretary of Homeland Security,<br><br>Defendant-Respondents. | Case No. 20cv756 DMS (AHG)<br><br>**SUPPLEMENTAL DECLARATION OF DR. JOSEPH J. AMON** |

**Supplemental Declaration of Joseph J. Amon, Ph.D. MSPH**

I, Joseph J. Amon, declare as follows:

**Background and Expertise**

1. I am an infectious disease epidemiologist, Director of Global Health and Clinical Professor in the department of Community Health and Prevention at the Drexel Dornsife School of Public Health. I also hold an appointment as an Associate in the department of epidemiology of the Johns Hopkins University Bloomberg School of Public Health. My Ph.D. is from the Uniformed Services University of the Health Sciences in Bethesda, Maryland and my Master of Science in Public Health (MSPH) degree in Tropical Medicine is from the Tulane University School of Public Health and Tropical Medicine.

2. Prior to my current position, I have worked for a range of non-governmental organizations and as an epidemiologist in the Epidemic Intelligence Service of the US Centers for Disease Control and Prevention. Between 2010 and 2018, I was a Visiting Lecturer at Princeton University, teaching courses on epidemiology and global health. I currently serve on advisory boards for UNAIDS and the Global Fund against HIV, TB and Malaria and have previously served on advisory committees for the World Health Organization.

3. I have published 60 peer-reviewed journal articles and more than 100 book chapters, letters, commentaries and opinion articles on issues related to public health and health policy.

4. One of my main areas of research focus relates to infectious disease control, clinical care, and obligations of government related to <u>individuals in detention settings</u>, in which I have published a number of reports assessing health issues in prison and detention settings and more than a dozen peer-reviewed articles. In 2015-2016, I was a co-editor of a special issue of the British journal, "The Lancet," on HIV, TB and hepatitis in prisons. I also serve on the editorial boards of two public health journals. My resume is attached as Exhibit A.

5. I have reviewed the declarations of K. Ivens, Kelly Beckhelm, Captain Philip Farabaugh submitted in *Alcantara et al., v. Archambeault, et al.*

**Response to Declaration of K. Ivens, M.D.**

6. **Screening** – The Declaration by Dr. Ivens, in paragraph ("para") 14, states that "All incoming detainees at OMDC are screened for multiple communicable diseases including, but not limited to, COVID-19 at the time of their arrival at the facility prior to booking." However, the declaration says nothing specific about what the screening protocol is or if it has changed over time reflecting the failure of past screening to ensure that the SARS-CoV-2 virus is prevented from being introduced into the facility.

7. **Cohorting** – The Declaration by Dr. Ivens, in para 15 states that "OMDC has implemented protective cohorting at the facility as a precautionary measure in response to the COVID-19 pandemic." The declaration further states that individuals at "***highest risk of infection*** [emphasis added] from COVID-19 due to age, heart disease, diabetes, lung disease, etc., but

have not been exposed to the virus, are moved into housing units/pods that are separate from the lower risk population."

a) This statement confuses basic epidemiological terms. The *risk of infection* is a function of close contact with someone who is contagious. The *risk of severe illness and death* due to COVID-19, by contrast, is a function of age and underlying health conditions.

b) Cohorting individuals at risk of severe illness and death does not, in and of itself, reduce risk to infection unless specific procedures are adopted to ensure that the cohort is protected from exposure, for example, strict daily screening of guards or new detainees, as well as physical distancing, which would reduce the efficiency of transmission. The declaration by Dr. Ivens does not specify whether and how social distancing is possible in cohorted units.

c) CDC guidelines on the management of COVID-19 in correctional facilities defines cohorting as follows:

   i. "Cohorting refers to the practice of isolating multiple laboratory-confirmed COVID-19 cases together as a group, or quarantining close contacts of a particular case together as a group."

   ii. The concept of "protective cohorting" is never defined or referred to in CDC guidance.

   iii. Guidance from ICE, updated on April 22, refers to cohorting only once: "Currently, the CDC advises self-monitoring at home for people in the community who meet epidemiologic risk criteria, and who do not have fever or symptoms of respiratory illness. In detention settings, cohorting serves as an alternative to self-monitoring at home."[1] This guidance is neither specific nor very meaningful, however again refers to individuals who are either confirmed positive, suspected cases or close contacts of a confirmed case.

d) In para 15 of Dr. Ivens declaration, he states that "This restricted area of the facility is considered a "protective area" but does not define what specific steps are taken to protect it. In para 16, the declaration states that "All meals, medical, recreation, and programming services are provided to these detainees on-unit… In addition, all detainees in a cohort units [sic] only attend recreation with detainees in the same cohort".

   i. While this reduces the potential for transmission between units, it falls short of the CDC guidelines describing the essential need to ensure physical distancing even while cohorting populations.

   ii. CDC guidance for correctional facilities refers to social distancing as a "cornerstone of reducing transmission of respiratory diseases such as COVID-19" and defines it as "the practice of increasing the space between individuals and decreasing the frequency of contact to reduce the risk of spreading a disease (ideally to maintain at least 6 feet between all individuals, even those who are asymptomatic)." Dr. Ivens' declaration does not include examples of any specific measures of social distancing within the cohort that are being implemented.

---

[1] https://www.ice.gov/coronavirus

       iii.   As I stated previously, no Plaintiffs have reported beds being moved around to accommodate more space between people while sleeping. Bathrooms are being shared. There is no indication that meals are staggered or that there are limits on how many people can sit at a table during meals to ensure proper distancing.

    e)  By contrast, the Declaration of Captain Farabough at para 14 refers to cohorting in entirely different terms, identifying cohorting as "housing detainees together who were exposed to a person with an infectious organism but are asymptomatic."

8.  **Individuals at risk** – In para 18, the declaration by Dr. Ivens questions whether individuals age 45 years or older are at heightened risk of serious illness. In my original declaration, I state: "Criteria for high-risk factors are not comprehensive and are constantly evolving based on new studies and data." I go on to cite data from U.S. COVID-19 cases published by the CDC that found a similar number of cases, and hospitalization, intensive care unit (ICU) admission, and case–fatality percentages, among individuals age 45-54 years and 55-64 years in the first published report for hospitalized COVID-19 patients in the United States (para 25 b). This report was cited not to highlight absolute risk but to underscore the potential for high disease burden across age ranges. The citation for this is not, as Dr. Ivens suggests, to the general CDC website, rather is to a Morbidity and Mortality Weekly Report ("MMWR") cited in my declaration.[2]

    a)  This study concluded that "These preliminary data also demonstrate that severe illness leading to hospitalization, including ICU admission and death, can occur in adults of any age with COVID-19."[3] This conclusion is consistent with data reported earlier from other countries, including China[4] and Italy.[5] As I state in paragraph 7 of my declaration, the World Health Organization has stated that: "The risk of severe disease gradually increases with age starting from around 40 years. It's important that adults in this age range protect themselves and in turn protect others that may be more vulnerable."[6] The Pan American Health Organization (PAHO), a regional office of the WHO that covers the Americas, makes the same claim.[7]

    b)  While there is no doubt that individuals with underlying health conditions have the highest rates of severe illness and death, it remains the case that criteria for high-risk factors are still evolving and that "adults of any age" are at risk. For example, recent reports have found that individuals in their 30s and 40s with COVID-19 are

---

[2] https://www.cdc.gov/mmwr/volumes/69/wr/mm6912e2.htm?s_cid=mm6912e2_w

[3] *Id.*

[4] https://www.thelancet.com/journals/laninf/article/PIIS1473-3099(20)30287-5/fulltext

[5] https://www.independent.co.uk/news/world/europe/coronavirus-italy-update-young-people-hospital-luca-lorini-bergamo-a9402531.html

[6] https://www.who.int/docs/default-source/coronaviruse/situation-reports/20200311-sitrep-51-covid-19.pdf?sfvrsn=1ba62e57_10

[7] https://reliefweb.int/sites/reliefweb.int/files/resources/PAHO%20COVID-19%20Response%20Donor%20Appeal_V2_25Mar.pdf

experiencing strokes.[8] As of April 17, the CDC reports 1,484 deaths among individuals 45-54 years due to COVID-19.[9]

    c)    The Ivens declaration further states in para 19: "Moreover, deaths from all causes in the 45-54 age group mirrored the COVID-19 percentage at 5%, suggesting that COVID-19 was no more significant a factor in deaths of this age group than any other cause of death." It is unclear what this means exactly. According to CDC data, the proportion of deaths from COVID-19 among individuals 85 years or older (30%) "mirror" the proportion of deaths from all causes among this age group (31%). That does not suggest that COVID-19 "was no more significant a factor in deaths of this age group than any other cause of death". For both age groups, the number of deaths is greater than would be expected compared to historical rates as a result of COVID-19. These are not deaths that one can assume would have resulted regardless of the COVID-19 pandemic. They result directly from the failure to implement appropriate prevention measures and the lack of an effective treatment or cure.

**Declaration of Captain Farabaugh (April 27, 2020) and Kelley A. Beckhelm (April 27, 2020)**

9.    **Physical Distancing –** Captain Farabaugh's declaration makes no mention of any efforts to implement any strategies for physical distancing as a means of protecting detainees from infection and slowing the transmission of the virus within the facility. The declaration by Ms. Beckhelm states that the allegations of "not practicing proper…social distancing" is not accurate, but does not use the term social distancing again or refer to effective strategies to ensure that detainees are separated from one another by a minimum of six feet as recommended by the CDC and the President's Coronavirus Task Force. Again, CDC guidance for correctional facilities refers to social distancing as a "cornerstone of reducing transmission of respiratory diseases such as COVID-19".[10]

10.    **Screening –** Neither the Declaration of Ms. Beckhelm nor the Declaration of Captain Farabaugh succinctly state the protocol in place for screening of staff, visitors or detainee intakes. From what is provided in paragraphs 11, 18 and 19 of Captain Farabaugh's declaration, it appears that: OMDC detainee intakes are assessed for fever and respiratory illness and are asked to confirm if they have had close contact with a person with laboratory-confirmed COVID-19 in the past 14 days." (para 11) They are also asked about their medical history (para 19). OMDC and IRDC custody staff and vendors are screened for fever (para 18).

    a)    As I state in my previous declaration (para 34 c), an effective screening process for detainee intakes, staff and vendors is critical as these individuals link the facility to the surrounding community. At a minimum, detainee intakes, staff and vendors answering affirmative to any of the following questions should be isolated or quarantined and seek medical care and monitoring:

---

[8] https://www.washingtonpost.com/health/2020/04/24/strokes-coronavirus-young-patients/
[9] https://www.cdc.gov/nchs/nvss/vsrr/covid19/index.htm
[10] https://www.cdc.gov/coronavirus/2019-ncov/downloads/guidance-correctional-detention.pdf

   i.   Have you experienced any symptoms of COVID-19 (fever, shortness of breath, sore throat, cough, temperature, loss of smell, loss of taste, myalgia, fatigue, nausea, diarrhea) since your last screening?

   ii.   Have you had any close contact with anyone diagnosed with COVID-19?

   iii.   Have you had any close contact with anyone displaying symptoms of COVID-19 (shortness of breath, cough, temperature, loss of smell, loss of taste, fatigue, sore throat, myalgia, nausea, and diarrhea)?

   iv.   Have you been in close contact with anyone who has been told to self-quarantine themselves?

b)   The need for screening to include more expansive assessment of symptoms beyond fever and respiratory illness is supported by the recent decision by the CDC to expand its list of common COVID-19 symptoms suggesting possible infection beyond cough and shortness of breath, to include at least two of these symptoms: fever, chills, repeated shaking with chills, muscle pain, headache, sore throat, new loss of taste or smell.[11]

c)   The Council of State and Territorial Epidemiologists has also revised their definition of a "probable" COVID-19 case to include the symptoms identified by the CDC as consistent with a possible case combined with one or more of the following exposures in the 14 days before onset of symptoms:

   i.   Close contact with a confirmed or probable case of COVID-19 disease;

   ii.   Close contact with a person with clinically compatible illness AND linkage to a confirmed case of COVID-19 disease;

   iii.   Travel to or residence in an area with sustained, ongoing community transmission of SARS-CoV2;

   iv.   Member of a risk cohort as defined by public health authorities during an outbreak. [12]

d)   As noted previously, in para 26a of my declaration "The entire state of California is listed as having "widespread" community transmission,[13] requiring enhanced screening."

e)   It is unclear how detainees who are identified as having had "known exposure to a person with confirmed COVID-19" and placed in a cohort are monitored. Para 13 of Captain Farabough's declaration states that this is done passively as "Detainees

---

[11] https://www.cdc.gov/coronavirus/2019-ncov/symptoms-testing/symptoms.html
[12] https://cdn.ymaws.com/www.cste.org/resource/resmgr/2020ps/interim-20-id-01_covid-19.pdf
[13] See https://www.cdc.gov/coronavirus/2019-ncov/cases-updates/cases-in-us.html?CDC_AA_refVal=https%3A%2F%2Fwww.cdc.gov%2Fcoronavirus%2F2019-ncov%2Fcases-in-us.html
accessed April 16, 2020

who may have fever or other symptoms of COVID-19 are instructed to seek medical care for further evaluation and treatment."

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day in April 2020 in Princeton, New Jersey.

Joseph J. Amon, PhD MSPH

# EXHIBIT A

# Joseph J. Amon, PhD, MSPH

ROOM 734, NESBITT HALL
3215 MARKET ST
PHILADELPHIA, PA 19104
jja88@drexel.edu

## EDUCATION

| | | |
|---|---|---|
| 08/1998-10/2002 | Dept. of Preventive Medicine/Biometrics, Uniformed Services University of the Health Sciences, F. Edward Hebert School of Medicine<br>*PhD, Dissertation: Molecular Epidemiology of Malaria in Kenya* | Bethesda, MD |
| 08/1991-12/1994 | Dept. of Parasitology and Tropical Medicine, Tulane University School of Public Health & Tropical Medicine<br>*MSPH, Tropical Medicine* | New Orleans, LA |
| 08/1987-05/1991 | Hampshire College<br>*BA, Interdisciplinary Studies* | Amherst, MA |

## ACADEMIC APPOINTMENTS

| | | |
|---|---|---|
| 9/2018 – Present | Dornsife School of Public Health, Drexel University<br>*Director, Global Health*<br>*Clinical Professor, Dept of Community Health and Prevention* | Philadelphia, PA |
| 01/2010 – Present | Dept. of Epidemiology and Center for Public Health and Human Rights, Bloomberg School of Public Health, Johns Hopkins<br>*Associate* | Baltimore, MD |
| 09/2010 – 06/2018 | Woodrow Wilson School of Public and International Affairs, Princeton University<br>*Visiting Lecturer* | Princeton, NJ |
| 01/2015 – 05/2018 | Dept. of Epidemiology, Mailman School of Public Health, Columbia University<br>*Adjunct Associate Professor* | New York, NY |
| 06/2014 – 07/2014 | School of Social Science, Institute for Advanced Study<br>*Short-term Visitor* | Princeton, NJ |
| 09/2012 – 12/2012 | Institut d'Études Politiques de Paris (SciencesPo)<br>*Distinguished Visiting Lecturer* | Paris, France |
| 01/2003–06/2007 | Dept. of Preventive Medicine, Hebert School of Medicine, Uniformed Services University of the Health Sciences<br>*Adjunct Assistant Professor* | Bethesda, MD |

## TEACHING EXPERIENCE

Professor

| 2019 - Present | Drexel University | Theory and Practice of Community Health (graduate)<br>Health and Human Rights (undergrad/graduate)<br>Community Health: Cuba (graduate) |
| --- | --- | --- |
| 2011 – 2018 | Princeton University | Health and Human Rights (undergraduate)<br>Epidemiology (undergraduate) |
| 09-12/2012 | SciencesPo | Health and Human Rights (graduate) |

Co-Instructor

| 2012-2013 | Global School of Socioeconomic Rights, Harvard University | Health Rights Litigation (graduate) |
| --- | --- | --- |

## COMMITTEES AND ADVISORY BOARD MEMBERSHIP

*Editorial*

| 09/2019 – Present | Senior Editor, Health and Human Rights Journal |
| --- | --- |
| 01/2010 – Present | Journal of the International AIDS Society, Editorial Board |
| 07/2012 – Present | Journal of the International AIDS Society, Ethics Committee |
| 01/2015 – 07/2016 | Co-Editor, The Lancet HIV Special Issue on HIV and Prisoners |
| 09/2017 – 06/2018 | Co-Editor, Health and Human Rights Journal Special Issue on NTDs and Human Rights |

Advisory

| 09/2016 – Present | The Global Fund, Working Group on Monitoring and Evaluating Programmes to Remove Human Rights Barriers to HIV, TB and Malaria Services |
| --- | --- |
| 12/2014 – Present | UNAIDS, Strategic and Technical Advisory Group |
| 07/2008 – Present | UNAIDS, HIV and Human Rights Reference Group (co-chair Aug 2014 – present) |
| 06/2012 – 6/2018 | Global Institute for Health and Human Rights, University at Albany, International Advisory Board |
| 02/2012 – 01/2016 | Founding member, Coalition for the Protection of Health Workers in Armed Conflict |
| 01/2014 – 01/2016 | Founding member: Robert Carr Award for Research on HIV and Human Rights |
| 07/2011 – 07/2012 | XIX International AIDS Conference, Scientific Programme Committee |
| 11/2009 – 09/2012 | WHO/STOP TB Partnership, TB and Human Rights Task Force |

## FULL-TIME WORK EXPERIENCE

| | |
|---|---|
| 09/2018-Present | **Drexel University, Dornsife School of Public Health,** *Philadelphia, PA.*<br>*- Director, Global Health*<br>*- Clinical Professor, Dept of Community Health and Prevention* |

02/2016–08/2018     **Helen Keller International,** *New York, NY.*
                                     *- Vice President, Neglected Tropical Diseases*

Provided strategic, technical and overall management for >$125m portfolio of work on NTDs. Led development of proposals resulting in >$80m in new projects.

08/2005–01/2016     **Human Rights Watch,** *New York, NY.*
*- Director, Health Division (Sept 2008 – Jan 2016)*
*- Founded Disability Rights Division (2013); Environment Division (2015)*
*- Director, HIV/AIDS Program (August 2005 – August 2008)*

Led research and advocacy division focused on human rights and health. Founded programs on disability rights and environment. Responsible for financial and personnel management, fundraising and communications.

07/2003–06/2005     **Centers for Disease Control and Prevention,** *Atlanta, GA.*
*- Epidemiologist, EIS Officer*

Led hepatitis outbreak investigations in US and overseas. Collaborated with U.S. and international academic and government researchers. Analyzed trends in hepatitis prevalence and vaccination rates in diverse populations.

07/2000–09/2002     **Walter Reed Army Institute of Research,** *Silver Spring, MD.*
*- Research Fellow*

Conducted molecular epidemiologic and immunologic research on malaria, examining host-parasite interaction, vaccine efficacy, and correlates of disease severity.

07/1995–06/1998     **Family Health International,** *Arlington, VA.*
*- Technical Officer (Jan – June 1998)*
*- Evaluation Officer (Aug 1996 – Dec 1997)*
*- Associate Evaluation Officer (July 1995 – July 1996)*

Designed and analyzed HIV behavioral research and program evaluation studies. Supervised field-based research and evaluation staff in U.S., Brazil, Jamaica, Dominican Republic, Kenya, Ghana, and Haiti.

09/1992–11/1994     **U.S. Peace Corps,** *Lomé, Togo.*
*- Volunteer*

Designed and implemented process monitoring system for national Guinea Worm eradication program. Conducted health education training. Supervised village health workers.

## SHORT-TERM AND CONSULTING EXPERIENCE

| | | |
|---|---|---|
| **Human Rights Watch**, *New York, NY.* | Provide technical review for research design, analysis and documents related to health and environment and human rights. | Sept 2018 – Present |
| **The Futures Group International**, *REACH Project, Washington DC.* | Co-investigator for HIV/AIDS operations research related to orphans and vulnerable children and adolescent-oriented HIV volunteer counseling and testing. | Mar 2002 – June 2003 |
| **Walter Reed Army Institute of Research,** *Silver Spring, MD.* | Developed database and provided statistical support to malaria vaccine clinical trial project. | Apr 2002 – June 2003 |
| **John Snow, Inc.**, *Arlington, VA.* | Developed curriculum and provided training on HIV/AIDS monitoring and evaluation to Ministry of Health staff from 8 countries. | Dec. 2002 – June 2003 |
| **TvT Associates**, *SYNERGY Project, Washington, DC.* | Designed $20+ million comprehensive HIV/AIDS strategy for USAID Ukraine and USAID Russia. | Dec. 2001 – April 2003 |
| **PACT,** *Washington, DC.* | Designed outcome and impact evaluation of HIV behavioral intervention project. | June 2002 |
| **Encompass LLC,** *Bethesda, MD.* | Designed evaluation of World Bank health sector reform training. | January – May 2002 |
| **U of Washington,** *Center for Health Education and Research.* | Developed guidelines and training materials for monitoring and evaluating HIV/AIDS programs. | April – May 2002 |
| **Family Health International,** *Arlington, VA.* | Analyzed HIV-related behavioral surveillance results from studies in Honduras, Nigeria, Ghana, and Senegal. | Sept 1998 – Mar 2002 |
| **Datex Inc.,** *Falls Church, VA.* | Provided expert review for USAID-funded HIV/AIDS behavioral intervention grants competition. | May– Jun 2001 Jan – Feb 2000 |
| **PLAN International** *Bamako, Mali and Arlington, VA.* | Designed and implemented quantitative and qualitative evaluation of HIV/AIDS program and developed $6 million follow-on program. | May – Dec 2000 |
| ***Ministry of Health***, *Kingston, Jamaica.* | Analyzed behavioral surveillance results and facilitated workshop examining HIV trends. | Oct 1998 |
| **Eli Lilly Foundation,** *Diabetes Control Program, Accra, Ghana.* | Designed and implemented outcome and impact evaluation of diabetes prevention and care program. | Sept 1996 |
| **Carter Center,** *Niger Guinea Worm Eradication Program, Zinder, Niger.* | Designed and implemented outcome and impact evaluation of guinea worm eradication program. | Mar – May 1995 |

## PEER REVIEW JOURNAL PUBLICATIONS

1. Kotellos KA, **Amon JJ**, Githens Benazerga W. *Field Experiences: measuring capacity building efforts in HIV/AIDS prevention programmes.* AIDS 1998; 12 (supl 2):109-17.

2. Figueroa JP, Brathwaite AR, Wedderburn M, Ward E, Lewis-Bell K, **Amon JJ**, Williams Y, Williams E. *Is HIV/STD control in Jamaica making a difference?* AIDS 1998; 12 (supl 2):S89-S98.

3. Hayman JR, Hayes SF, **Amon J**, Nash TE. *Developmental expression of two spore wall proteins during maturation of the microsporidian Encephalitozoon intestinalis.* Infect Immun 2001; 69(11):7057-66.

4. **Amon JJ**. *Preventing HIV Infections in Children and Adolescents in Sub-Saharan Africa through Integrated Care and Support Activities.* African Journal on AIDS Research. 2002; 1(2):143-9.

5. Gourley IS, Kurtis JD, Kamoun M, **Amon JJ**, Duffy PE. *Profound bias in interferon-gamma and interleukin-6 allele frequencies in an area of western Kenya where severe malarial anemia is common in children.* Journal of Infectious Disease. 2002; 186(7):1007-12.

6. Wheeler C, Vogt T, Armstrong GL, Vaughan G, Weltman A, Nainan OV, Dato V, Xia G, Waller K, **Amon J**, Lee TM, Highbaugh-Battle A, Hembree C, Evenson S, Ruta MA, Williams IT, Fiore AE, Bell BP. *A Foodborne Outbreak of Hepatitis A in Pennsylvania Associated with Green Onions.* New England Journal of Medicine 2005, 353(9):890-7.

7. **Amon JJ**, Nedsuwan S, Chantra S, Bell BP, Dowell SF, Olsen SJ, Wasley A. *Trends in Liver Cancer, Sa Kaeo Province, Thailand.* Asian Pacific Journal of Cancer Prevention 2005, 6(3):382-6.

8. **Amon JJ**, Devasia R, Xia G, Nainan OV, Hall S, Lawson B, Wolthuis JS, Macdonald PD, Shepard CW, Williams IT, Armstrong GL, Gabel JA, Erwin P, Sheeler L, Kuhnert W, Patel P, Vaughan G, Weltman A, Craig AS, Bell BP, Fiore A. *Molecular Epidemiology of Foodborne Hepatitis A Outbreaks in the United States, 2003.* Journal of Infectious Disease. 2005 Oct 15;192(8):1323-30.

9. **Amon JJ**, Drobeniuc J, Bower W, Magaña JC, Escobedo MA, Williams IT, Bell BP, Armstrong GL. *Locally Acquired Hepatitis E Virus Infection, El Paso, TX.* Journal of Medical Virology 2006, 78(6):741-6.

10. **Amon JJ**, Darling N, Fiore AE, Bell BP, Barker LE. *Factors Associated with Hepatitis A Vaccination among Children 24-35 Months in the U.S., 2003.* Pediatrics 2006, 117(1):30-3.

11. Ryan JR, Stoute JA, **Amon J**, Dunton RF, Mtalib R, Koros J, Owuor B, Luckhart S, Wirtz RA, Barnwell JW, Rosenberg R. *Evidence for Transmission of Plasmodium Vivax among a Duffy Antigen Negative Population in Western Kenya.* American Journal of Tropical Medicine and Hygiene. 2006 75(4):575-81.

12. Kippenberg J, Baptiste J, **Amon JJ**. *Detention of Insolvent Patients in Burundian Hospitals.* Health Policy and Planning. 2008; Jan;23(1):14-23.

13. **Amon JJ**. *Dangerous Medicines: Unproven AIDS Cures and Counterfeit Antiretroviral Drugs.* Globalization and Health. 2008; Feb 27;4:5.

14. **Amon JJ**, Garfein R, Adieh-Grant L, Armstrong GL, Ouellet LJ, Latka MH, Vlahov D, Strathdee SA, Hudson SM, Kerndt P, Des Jarlais D, Williams IT. *Prevalence of HCV infection among injecting drug users in 4 U.S. cities at 3 time periods, 1994 – 2004.* Clinical Infectious Diseases. 2008, Jun 15;46(12):1852-8.

15   Cohen JE and **Amon JJ**. *Health and human rights concerns of drug user in detention in Guangxi, China.* PLoS Medicine. 2008, Dec 9;5(12):e234.

16   **Amon JJ** and Todrys K. *Fear of Foreigners: HIV-related restrictions on entry, stay, and residence.* Journal of the International AIDS Society. 2008, Dec 16;11:8..

17   **Amon JJ** and Kasambala T. *Structural Barriers and Human Rights Related to HIV Prevention and Treatment in Zimbabwe.* Global Public Health. 2009, Mar 26:1-17.

18   **Amon JJ** and Todrys K. *Access to Antiretroviral Treatment for Migrant Populations in the Global South.* SUR: International Journal on Human Rights. 2009, 6 (10), 162-187.

19   Todrys K. and **Amon JJ**. *Within but Without: Human Rights and Access to HIV Prevention and Treatment for Internal Migrants.* Globalization and Health. 2009, 5, 17.

20   Hafkin J, Gammino VM, **Amon JJ**. *Drug Resistant Tuberculosis in Sub-Saharan Africa.* Current Infectious Disease Reports 2010, 12(1), 36-45.

21   Lohman D, Schleifer R, **Amon JJ**. *Access to Pain Treatment as a Human Right.* BMC Medicine. 2010 Jan 20;8(1):8.

22   Jurgens R, Csete J, **Amon JJ**, Baral S, Beyrer C. *People who use drugs, HIV, and human rights.* Lancet 2010 Aug 7;376(9739):475-85.

23   Thomas L, Lohman D, **Amon J**. *Access to pain treatment and palliative care: A human rights analysis.* Temple International and Comparative Law Journal. Spring 2010. 24, 365

24   Todrys K\*, **Amon JJ\***, Malembeka G, Clayton M. *Imprisoned and imperiled: access to HIV and TB prevention and treatment, and denial of human rights, in Zambian prisons.* Journal of the International AIDS Society 2011, 14:8. (\*co-first authors)

25   Todrys K, **Amon JJ**. *Health and human rights of women imprisoned in Zambia.* BMC International Health and Human Rights 2011, 11:8.

26   Todrys K, **Amon JJ.** *Human rights and health among juvenile prisoners in Zambia.* International Journal of Prisoner Health, 2011, 7(1):10-17.

27   Barr D, **Amon JJ**, Clayton M. *Articulating a rights-based approach to HIV treatment and prevention interventions.* Current HIV Research, 2011, 9, 396-404.

28   Granich R, Gupta S, Suthar AB, et al. (**Amon J**, as member of the ART in Prevention of HIV and TB Research Writing Group) *Antiretroviral therapy in prevention of HIV and TB: update on current research efforts.* Current HIV Research, 2011 9, 446-69.

29   Jones L, Akugizibwe P, Clayton M, **Amon JJ**, Sabin ML, Bennett R, Stegling C, Baggaley R, Kahn JG, Holmes CB, Garg N, Obermeyer CM, Mack CD, Williams P, Smyth C, Vitoria M, Crowley S, Williams B, McClure C, Granich R, Hirnschall G. *Costing human rights interventions as a part of universal access to HIV treatment and care in a Southern African setting.* Current HIV Research, 2011, 9, 416-428.

30   Todrys KW, **Amon JJ**. *Criminal Justice Reform as HIV and TB Prevention in African Prisons.* PLoS Medicine, 2012, 9(5): e1001215.

31   Biehl J, **Amon JJ,** Socal MP, Petryna A. *Between the court and the clinic: Lawsuits for medicines and the right to health in Brazil.* Health and Human Rights Journal. June 2012, 12(6).

32   **Amon JJ**, Beyrer C, Baral S., Kass N. *Human Rights Research and Ethics Review: Protecting Individuals or Protecting the State?* PLoS Med 9(10): e1001325. Oct 2012

33    Dekker AM, **Amon JJ**, le Roux KW, Gaunt CB. *What is Killing Me Most: Chronic Pain and the Need for Palliative Care in Eastern Cape, South Africa*. Journal of Pain and Palliative Care Pharmacotherapy. 2012;26:1–7.

34    **Amon JJ**, Buchanan J, Cohen J, Kippenberg J. *Child Labor and Environmental Health: Government Obligations and Human Rights*. International Journal Pediatrics. 2012, #938306

35    Cohen JE, **Amon JJ**. *China's Lead Poisoning Crisis.* Health and Human Rights Journal. 2012: Dec 15;14(2):74-86

36    Todrys KW, Howe E, **Amon JJ**. *Failing Siracusa: Governments' Obligations to Find the Least Restrictive Options for Tuberculosis Control.* Public Health Action. 2013: 3(1):7-10.

37    **Amon JJ**, Schleifer R, Pearshouse R, Cohen JE. *Compulsory Drug Detention Centers in China, Cambodia, Vietnam and Lao PDR: Health and Human Rights Abuses.* Health and Human Rights Journal. December 2013.

38    **Amon JJ**, Schleifer R, Pearshouse R, Cohen JE. *Compulsory Drug Detention in East and Southeast Asia: Evolving Government, UN and Donor Responses*. International Journal of Drug Policy 2014: 25(1):13-20.

39    Denholm JT, **Amon JJ**, O'Brien R et al. *Attitudes towards involuntary incarceration for tuberculosis: a survey of Union members.* International Journal of Tuberculosis and Lung Disease 2014: 18(2):155-9.

40    **Amon JJ**, Wurth M, McLemore M. *Evaluating Human Rights Advocacy: A Case Study on Criminal Justice, HIV and Sex Work.* Health and Human Rights Journal 17/1. March 2015.

41    Lohman D, **Amon JJ**. *Evaluating a Human Rights-Based Advocacy Approach to Expanding Access to Pain Medicines and Palliative Care: Global Advocacy and Case Studies from India, Kenya, and Ukraine.* Health and Human Rights Journal 17/2. Dec 2015.

42    Meier BM, Gelpi A, Kavanagh MM, Forman L, **Amon JJ**. *Employing Human Rights Frameworks to Realize Access to an HIV Cure.* J Int AIDS Soc. 18(1):20305.

43    Biehl J, Socal M, **Amon JJ**. *The Judicialization of Health and the Quest for State Accountability: Evidence from 1,262 Lawsuits for Access to Medicines in Southern Brazil.* Health and Human Rights Journal 18/1. June 2016.

44    Rich JD, Beckwith CG, Macmadu A, Marshall BD, Brinkley-Rubinstein L, **Amon JJ**, Milloy MJ, King MR, Sanchez J, Atwoli L, Altice FL. *Clinical care of incarcerated people with HIV, viral hepatitis, or tuberculosis.* The Lancet. 2016 Jul 14.

45    Dolan K, Wirtz AL, Moazen B, Ndeffombah M, Galvani A, Kinner SA, Courtney R, McKee M, **Amon JJ**, Maher L, Hellard M. *Global burden of HIV, viral hepatitis, and tuberculosis in prisoners and detainees.* The Lancet. 2016 Jul 14.

46    Rubenstein LS, **Amon JJ**, McLemore M, Eba P, Dolan K, Lines R, Beyrer C. *HIV, prisoners, and human rights.* The Lancet. 2016 Jul 14.

47    Telisinghe L, Charalambous S, Topp SM, Herce ME, Hoffmann CJ, Barron P, Schouten EJ, Jahn A, Zachariah R, Harries AD, Beyrer C, **Amon JJ**. *HIV and tuberculosis in prisons in sub-Saharan Africa.* The Lancet. 2016 Jul 14.

48    Beletsky L, Arredondo J, Werb D, Vera A, Abramovitz D, **Amon JJ**, Brouwer KC, Strathdee SA, Gaines TL. *Utilization of Google enterprise tools to georeference survey data among hard-to-reach groups: strategic application in international settings*. International Journal of Health Geographics. 2016 Jul 28;15(1):24.

49    Doyle KE, El Nakib SK, Rajagopal MR, S Babu, G Joshi, V Kumarasamy, P Kumari, P Chaudhri, S Mohanthy, D Jatua, D Lohman, **Amon JJ**, G Palat. *Predictors and prevalence of pain and its management in four regional cancer hospitals in India.* Journal of Global Oncology. (2017): JGO-2016.

50    Hamdi H, Ba O, Niang S, Ntizimira C, Mbengue M, Coulbary AS, Niang R, Parsons M, **Amon JJ**, Lohman D. *Palliative Care Need and Availability in Four Referral Hospitals in Senegal: Results from a Multi-Component Assessment.* Journal of Pain and Symptom Management. 2017 Dec 7.

51    Traoré L, Dembele B, Keita M, Reid S, Dembéle M, Mariko B, Coulibaly F, Goldman W, Traoré D, Coulibaly D, Guindo B, **Amon JJ**, Knieriemen M, Zhang Y. *Prevalence of trachoma in the Kayes region of Mali eight years after stopping mass drug administration.* PLoS neglected tropical diseases. Feb 2018;12(2):e0006289.

52    Biehl J, Socal MP, Gauri V, Diniz D, Medeiros M, Rondon G, **Amon JJ**. *Judicialization 2.0: Understanding right-to-health litigation in real time.* Global Public Health. May 2018 22:1-0.

53    Sun N and **Amon JJ**. *Addressing Inequity: Neglected Tropical Diseases and Human Rights.* Health and Human Rights Journal. June 2018.

54    **Amon JJ**, Addiss D. *"Equipping Practitioners": Linking Neglected Tropical Diseases and Human Rights.* Health and Human Rights Journal. June 2018.

55    Géopogui A, Badila CF, Baldé MS, Nieba C, Lamah L, Reid SD, Yattara ML, Tougoue JJ, Ngondi J, Bamba IF, **Amon JJ**. Baseline trachoma prevalence in Guinea: Results of national trachoma mapping in 31 health districts. PLoS neglected tropical diseases. June 2018; 12(6):e0006585.

56    Coltart CE, Hoppe A, Parker M, Dawson L, **Amon JJ**, Simwinga M, Geller G, Henderson G, Laeyendecker O, Tucker JD, Eba P. Ethical considerations in global HIV phylogenetic research. The Lancet HIV. Aug 2018

57    **Amon JJ**, Eba P, Sprague L, Edwards O, Beyrer C. Defining rights-based indicators for HIV epidemic transition. PLoS medicine. Dec 2018; 15(12):e1002720.

58    Bah YM, Bah MS, Paye J, Conteh A, Saffa S, Tia A, Sonnie M, Veinoglou A, **Amon JJ**, Hodges MH, Zhang Y. *Soil-transmitted helminth infection in school age children in Sierra Leone after a decade of preventive chemotherapy interventions.* Infectious diseases of poverty. 2019 Dec;8(1):41.

59    Addiss DG, **Amon JJ**. *Apology and Unintended Harm in Global Health.* Health and Human Rights. 2019 Jun;21(1):19.

60    Socal MP, **Amon JJ**, Biehl J. *Institutional Determinants of Right-to-Health Litigation: The Role of Public Legal Services on Access to Medicines in Brazil.* Global Public Health. (in press)

61    Ward E, Hannass-Hancock J, **Amon JJ**. *Invisible: The Exclusion of Persons with Disabilities from HIV Research and National Strategic Plans in East and Southern Africa.* (Article: submitted)


## BOOK CHAPTERS

1    **Amon J**. *Africa, Southern* in: Encyclopedia of AIDS, Ray Smith, ed. Chicago: Fitzroy Dearborn Publishers, 1998.

2    **Amon JJ**, Kotellos KA, Githens Benazerga W. *Evaluating Capacity Building.* HIV/AIDS Prevention and Control Synopsis Series. Family Health International, Arlington, VA: 1997.

3    **Amon JJ**, Saidel TJ, Mills S. *Behavioral Surveillance Survey Methodology: Experiences from Senegal and India.* WHO/UNAIDS Best Practices Series. WHO/UNAIDS. Geneva, June 2000.

4    **Amon J**, Brown T, Hogle J, MacNeil J, et al. *Behavioral Surveillance Surveys: Guidelines for repeated behavioral surveys in populations at risk of HIV*. FHI/IMPACT, USAID, DFID Publication. August 2000.

5    Kolars-Sow C, Saidel T, Hogle J, **Amon J**, Mills S. Indicators and questionnaires for behavioral surveys. In: Rehle T, Saidel T, Mills S, and Magnani R., (eds.) Evaluating Programs for HIV/AIDS Prevention and Care in Developing Countries: A Handbook for Program Managers and Decision Makers. Family Health International, Arlington, VA. August 2001.

6    **Amon JJ**, Bond KC, Brahmbhatt MN, *et al. Bellagio Principles on Social Justice and Influenza.* Johns Hopkins. Berman Institute of Bioethics. July 2006.

7    Cohen J. and **Amon J**. Governance, Human Rights and Infectious Disease: Theoretical, Empirical and Practical Perspectives. in: K.H. Mayer and H. F. Pizer, (eds.) Social Ecology of Infectious Diseases. New York: Academic Press. December 2007.

8    **Amon J**. *High Hurdles for Health.* In: M. Worden (ed.) China's Great Leap: The Beijing Games and Olympian Human Rights Challenges. Seven Stories Press. May 2008.

9    **Amon J.** *Preventing the Further Spread of HIV/AIDS: The Essential Role of Human Rights.* In: N. Sudarshan (ed.) HIV/AIDS, Health Care and Human Rights Approaches. Amicus Books. Jan 2009.

10   **Amon J.** *Abusing Patients.* In: Human Rights Watch, 2010 World Report. New York: Seven Stories Press. Jan 2010.

11   **Amon JJ** and Kasambala T. Structural barriers and human rights related to HIV prevention and treatment in Zimbabwe. In: M. Seglid and T. Pogge (eds) Health Rights. London: Ashgate. Oct 2010.

12   **Amon JJ.** *HIV and the Right to Know: Whose right to know what? The discourse of human rights in the global HIV response*. In: J. Biehl and A. Petryna (eds.) "When people come first: Anthropology and social innovation in global health". Princeton: Princeton University Press. July 2013.

13   **Amon JJ.** *Health Security and/or Human Rights?* In: S Rushton and J Youde (eds) "Routledge Handbook of Health Security". New York: Routeledge. August 2014.

14   **Amon JJ** and Friedman E. *Human Rights Advocacy for Global Health*. In: LO Gostin and BM Meier (eds) "Foundations of Global Health & Human Rights". New York: Oxford University Press. 2020

## EDITORIAL/COMMENT

1    **Amon J**. *The Continued Challenge Posed by HIV-Related Restrictions on Entry, Stay, and Residence.* HIV/AIDS Policy and Law Review. 2008, 13(2/3).

2    Biehl J, Petryna A, Gertner A, **Amon JJ**, Picon PD. *Judicialization of the Right to Health in Brazil*. Lancet. 2009, 373(9682):2182-4.

3    **Amon JJ**, Girard F, Keshavjee S. *Limitations on human rights in the context of drug-resistant tuberculosis: A reply to Boggio et al.* Health and Human Rights. 2009, 11(1).

4    Thomas L, Lohman D, **Amon J**. *Doctors take on the state: championing patients' right to pain treatment.* Int J Clin Pract. 2010, 64(12):1599-600.

5    **Amon J**. *HIV Treatment as Prevention – Human Rights Issues.* Journal of the International AIDS Society. 2010, 13(Suppl 4):O15

6    **Amon JJ**. *Hepatitis in Drug Users: Time for Attention, Time for Action.* Lancet, 2011, 378(9791):543-4

7    **Amon J**, Lohman D. *Denial of Pain Treatment and the Prohibition of Torture, Cruel, Inhuman or Degrading Treatment or Punishment.* Interrights Bulletin, 2011, Vol 16: 4.

8    **Amon J**. *Justice Delayed, Health Denied*. The Scientist. June, 2012.

9    Kyoma M, Todrys KW, **Amon JJ**. *Laws against sodomy and the HIV epidemic in African prisons.* Lancet, 2012, *380 (9839): 310 - 312*

10   Pearshouse R, **Amon JJ**. *The Ethics of Research in Compulsory Drug Detention Centers in Asia.* Journal of the International AIDS Society. 2012, 15:18491

11   Wurth MH, Schleifer R, McLemore M, Todrys KW, **Amon JJ**. *Condoms as Evidence of Prostitution in the US and the Criminalization of Sex Work.* Journal of the International AIDS Society. 16(1): 10.7448/IAS.16.1.18626.

12   **Amon JJ.** *Political Epidemiology of HIV.* Journal of the International AIDS Society. 2014, 17:19327

13   **Amon JJ.** *Law, Human Rights and Health Databases: A roundtable discussion.* Health and Human Rights Journal. September 2014.

14   Otremba M, Berland G, **Amon JJ.** *Hospitals as Debtor Prisons.* The Lancet Global Health. 3, 5: e253–e254, May 2015.

15   Beyrer C, Kamarulzaman A, McKee M, for the Lancet HIV in Prisoners Group (incl. **Amon JJ**). *Prisoners, prisons, and HIV: time for reform.* The Lancet. 2016 Jul 14.

16   **Amon JJ**. *The impact of climate change and population mobility on neglected tropical disease elimination*. International Journal of Infectious Diseases 53 (2016): 12.

17   **Amon JJ**. *WHO Focus on Human Rights: Will it Extend to Neglected Tropical Diseases?* Health and Human Rights Journal. Nov 2017.

18   Groves, A, Maman S, Stankard PH, Gebrekristos LT, **Amon JJ,** Moodley D. *Addressing the unique needs of adolescent mothers in the fight against HIV*. Journal of the International AIDS Society.

19   **Amon JJ**, Sun N. *Subverting Rights: Addressing the Increasing Barriers to Reproductive Rights.* Health and Human Rights Journal. May 2018.

20   Biehl J, **Amon JJ**. *The Right to Remedies: On Human Rights Critiques and Peoples' Recourses.* Humanity Journal. Oct 2019

21   Williams C, **Amon JJ**, Bassett MT, Roux AV, Farmer PE. *25 Years: Exploring the Health and Human Rights Journey*. Health and Human Rights. 2019 Dec;21(2):279.

22   **Amon JJ**, Sun N. *HIV, human rights and the last mile.* Journal of the International AIDS Society. 2019 Dec 1;22(12).

23   **Amon JJ**. *Ending discrimination in healthcare.* Journal of the International AIDS Society. 2020 Feb;23(2).

## LETTERS

1    **Amon JJ.** *The HIV/AIDS Epidemic in Ukraine: stable or still exploding?* Sexually Transmitted Infections. 2003 79(3):263-4.

2    Lohman D, **Amon JJ**. *HIV Testing*. Lancet. 2008 Feb 16;371(9612):557-8.

3    Root B, Levine I, **Amon JJ**. *Counting and Accountability*. Lancet. 2008 Jan 12;371(9607):113.

4    Tarantola D, **Amon J**, Zwi A, Gruskin S, Gostin L. *H1N1, public health security, bioethics, and human rights.* Lancet. 2009 Jun 20;373(9681):2107-8

5    Hsieh A, **Amon JJ**. *Ratification of human rights treaties: the beginning not the end.* Lancet. 2009 Aug 8;374(9688):447

6    **Amon J**, Lohman D, Thomas L. *Access to pain treatment a luxury for most.* Lancet 2009 Nov 14; 374:1676

7   **Amon J**. *Harm reduction and the Catholic Church.* Conscience. Winter 2010.

8   **Amon J**. *Human Rights Abuses, Ethics, and the Protection of Subjects When Conducting Research on Intravenous Drug Users in China.* JAIDS: Journal of Acquired Immune Deficiency Syndromes. June 2011.

9   Cohen EJ, **Amon JJ**. *Lead Poisoning in China.* Lancet, 2011, 378(9803):e3.

10  **Amon JJ**. *Chinese Addiction Study and Human Rights.* Science, 2012, 337:522-523.

11  Pearshouse R and **Amon JJ**. *Human Rights and HIV Interventions in Chinese Labour Camps.* Sex Transm Infect. doi:10.1136/sextrans-2015-052193

12  Biehl J, **Amon JJ**, Socal M, Petryna A. *The Challenging Nature of Gathering Evidence and Analyzing the Judicialization of Health in Brazil.* Cadernos de Saúde Pública. July 2016.

13  Biehl J, Socal M, **Amon JJ**. *On the Heterogeneity and Politics of the Judicialization of Health in Brazil.* Health and Human Rights Journal. Dec 2016.

14  **Amon J**. *Re: Attacks on Ebola Health Workers in the Democratic Republic of Congo.* New York Times. May 23, 2019.

15  Rubenstein L, **Amon JJ**. *Global health, human rights, and the law.* The Lancet. 2019 Nov 30;394(10213):1987-8.

## OPINION

1   Empowering Women and Realizing Rights. *Toronto Star.* August 11, 2006

2   Why We Need an International AIDS Conference. *Toronto Globe and Mail.* August 15, 2006

3   Curb HIV infection rates in Texas prisons. *Austin American Statesman.* May 10, 2007

4   Diagnosis and Prescriptions. *Foreign Affairs.* May/June 2007

5   The Bush Policy On AIDS. *Huffington Post.* July 26, 2007

6   Saudi Move on HIV/AIDS will make the epidemic worse. *Saudi Debate.* Oct 24, 2007

7   How not to fight HIV/Aids. *The Guardian.* Jan 28, 2008

8   Blaming Foreigners. *The Korea Times.* March 12, 2009

9   Progress against HIV at risk. *Phnom Penh Post.* November 16, 2009

10  HIV Travel Bans: Small Steps, Big Gaps. *Huffington Post.* January 11, 2010

11  Don't Improve Drug Detention: End It. *Huffington Post.* January 15, 2010

12  Torture in health care. *Huffington Post.* January 22, 2010

13  Treatment or punishment? *Bangkok Post.* January 24, 2010

14  Rights abuses threaten HIV risk. *Phnom Penh Post.* January 27, 2010

15  Cambodian drug rehab centers: Abusive, illegal, ineffective. *The Nation (Bangkok).* Jan 27 2010

16  Drug dependence is not a moral issue. *Phnom Penh Post.* January 29, 2010

17  Condoms and Bibles. *The National (PNG).* February 8, 2010

18  Chronic Pain and Torture. *Huffington Post.* February 23, 2010

19  Invisible Women. *Huffington Post.* March 8, 2010

20  How Not to Protect Children. *Phnom Penh Post.* March 8, 2010

21  Choam Chao needs independent investigation. *Phnom Penh Post.* March 24, 2010

22    March 24 Is World Tuberculosis Day. *Huffington Post.* March 24, 2010

23    Who Will Defend Children in Cambodian Drug Rehab Centres? *The Nation.* March 31, 2010

24    Holiday in Cambodia? *Huffington Post.* April 6, 2010

25    When the Government Sponsors Stigma. *Huffington Post.* April 27, 2010 (with M. McLemore)

26    Zambia's TB-ridden prisons. *The Guardian.* April 27, 2010

27    Chinese Corruption Is Hazardous to Your Health. *Asia Wall Street Journal.* May 13, 2010

28    Why the Vietnamese Don't Want to Go to Rehab. *Foreign Policy.* May 28, 2010

29    Aids and TB are breaking out of prisons. *East African.* June 7, 2010

30    Uganda AIDS Policy: from Exemplary to Ineffective. *The Observer* (Kampala) June 24, 2010

31    When a Problem Comes Along, You Must Whip It. *Huffington Post.* June 26, 2010

32    Action not Rhetoric on HIV and Human Rights. *Huffington Post.* July 2, 2010

33    The Truth About China's Response to HIV/AIDS. *Los Angeles Times.* July 11, 2010

34    HIV Behind Bars. *The Post* (Lusaka). July 11, 2010

35    HIV and Human Rights: Here and Now? *Huffington Post.* July 19, 2010

36    The HIV and TB Prison Crisis in Southern Africa. *Huffington Post.* July 23, 2010

37    Jailing TB patients not remedy for the disease. *The Star* (Nairobi). Sept 17, 2010

38    Rights and Health, Right Now, for Migrants. *Africa Now (Tokyo).* October 2010 (with Kanae Doi)

39    Why Democracies Don't Get Cholera. *Foreign Policy.* October 25, 2010.

40    The Beginning of the End for the War on Drugs? *San Francisco Chronicle.* November 21, 2010

41    Rights Abuses Belie Success in AIDS Fight. *South China Morning Post.* December 1, 2010

42    World AIDS Day: Prevention, Treatment for Prisoners. *Zambia Post.* December 1, 2010

43    Lead poisoning in Nigeria: unprecedented. *Global Post.* December 2, 2010

44    China is hurting its future by not acting on lead. *South China Morning Post.* June 20, 2011

45    Hard life in Ugandan prisons. *The Independent (Uganda).* July 8. 2011

46    'Utterly Irresponsible': Donor Funding in Drug 'Treatment' Centers. *Huff. Post.* Sept 14, 2011

47    National Cashew Day: More Than Nuts. *Global Post.* October 3, 2011

48    A centre for abuse and beating. *The Nation* (Bangkok). October 11, 2011

49    Laos' Murky War on Drugs. *The Diplomat.* October 12, 2011

50    One AIDS march that should end. *Washington Blade.* October 28, 2011

51    Seoul's Broken Promises on HIV Testing. *The Diplomat.* June 29, 2013

52    Drug treatment centres give more abuse than therapy. *Bangkok Post.* December 18, 2013

53    Enlightened drug policies emerge globally, Cambodia remains rigid. *Global Post.* Jan 9, 2014

54    Health Under Attack. HRW Dispatch. May 19, 2014 (with Jennifer Pierre)

55    Canada's prostitution bill a step in the wrong direction. *Ottawa Citizen.* June 18, 2014

55    In The HIV Response, Who is 'Hard to Reach'? HRW Dispatch. July 23, 2014

56    Defeating AIDS. HRW Dispatch. June 30, 2015

57    How not to handle Ebola. CNN. September 12, 2014

58    Taking Care of the Caregivers. HRW Dispatch. December 17, 2014

59    Alert in a Time of Cholera. HRW Dispatch. March 26, 2015

60    Stop Using Hospitals as Debtor Prisons. HRW Dispatch. April 14, 2015

61    COP21: The Impact of Climate Change on the World's Marginalized Populations: Turkana County, Kenya. Health and Human Rights Journal Blog. October 27, 2015. (with Katharina Rall)

62    An Important, but Imperfect, Agreement by an Unprecedented Coalition. *US News and World Report.* December 18, 2015

63    Health workers are under attack around the world. Here's how bad it's getting. *Philadelphia Inquirer.* May 28, 2019. (with Jennifer Taylor)

## INVITED PRESENTATIONS (SELECT)

1    *Surveillance design and evaluation approach of the Togo Guinea Worm Eradication Program.* III West African Guinea Worm Eradication Conference, Abidjan, Cote d'Ivoire, November 1993.

2    *Knowledge, attitudes and behaviors related to Guinea Worm Eradication, Togo.* IV West African Guinea Worm Eradication Conference, Ouagadougou, Burkina Faso, October 1994.

3    *Synthesis of evaluation results from the AIDSCAP project: 1992-1996.* HIV/STD/AIDS National Forum, Port-au-Prince, Haiti, June 3-5, 1996. Research and Evaluation Panel Chair.

4    *International Trends in HIV-Risk Related Behavior Change.* National Conference on HIV/AIDS, Kingston, Jamaica, November 25-26, 1996.

5    *HIV/AIDS and Adolescents in Ukraine.* Ukrainian-American Medical Society Annual Meeting. Philadelphia, PA, May 2003.

6    *Expanding HIV testing and respecting rights.* International conference on HIV/AIDS and Human Rights. Smolny College. St Petersburg, Russia. October 2005.

7    *HIV in Conflict Settings.* Joint Congressional Human Rights Caucus meeting. Washington DC. March 2006.

8    *Reflections and recollections.* Masters Internationalist - US Peace Corps Symposium. Washington DC. April 2006. (Keynote)

9    *Civil Society Participation in the Response to HIV/AIDS and Accountability.* Presented in panel 1: Breaking the cycle of infection for sustainable AIDS responses. United Nations General Assembly Special Session on HIV/AIDS. New York. June 2006.

10   *HIV testing and human rights.* Public Health Agency of Canada Meeting on HIV Testing. Toronto. August 2006.

11   *Hot Topics in Human Rights.* XVI International AIDS Conference. Toronto. August 2006.

12   *Burma, HIV and Human Rights.* Asia Society. New York. September 2007.

13   *HIV and Youth.* 12th Annual Herbert Rubin and Justice Rose Luttan Rubin International Law Symposium. New York University. New York. October 2007.

14   *HIV testing: human rights considerations.* Funders Network on Population, Reproductive Health and Rights. Annual Meeting, San Antonio, TX. October 2007.

15   *Human Rights and Epidemic Disease: TB control and constraints on rights.* Human Rights Funders Group. Annual Meeting. New York, NY. July 2008.

16   *Promoting Public Health and Human Rights in MDR-TB Care.* International Union against Lung and Tuberculosis Disease. Paris, France. October 2008.

17   *Public Health and Human Rights: Challenges around the World.* New York Academy of Sciences and Johns Hopkins School of Public Health Conference on Public Health and Human Rights. New York, NY. Dec 2008.

18    *Human Rights and Anti-Narcotics Policy.* UN General Assembly, Special Session on Drugs. Vienna, Austria. March 2009.

19    *Rights-based approaches to health.* Interaction Annual Meeting. Arlington, VA. July 2009. (panel moderator)

20    *Health and Human Rights: New orthodoxies and on-going conflicts in repressive states.* Stanford University, Palo Alto, CA. October 2010.

21    *HIV in Asia.* Asia Society. December 1, 2010.

22    *HIV Rights and Wrongs.* GlobeMed National Conference. Northwestern University, Chicago, IL. April 2011. (Keynote)

23    *Human Rights Perspective.* International Workshop on Treatment as Prevention. Vancouver, Canada. May 2011.

24    *Sustaining Environmental, Occupational and Public Health and Community Security: Lead Poisoning in China and Nigeria.* 12th National Conference on Science, Policy and the Environment. Washington, DC. January 2012.

25    *Health and Human Rights in Prisons.* European Infectious Disease meeting. Italy. September 2012. (Keynote)

26    *Measuring Violence against Children and the Effectiveness of Violence Prevention and Reduction Initiatives.* Columbia University. October 2013. (Panel Discussion Moderator)

27    *Political Epidemiology of HIV.* HIV 2014: Science, Community and Policy for Key Vulnerable Populations. New York Academy of Sciences. May 2014.

28    *On the Radar: Police Brutality, Politics & Public Health.* Princeton University. March 2015.

29    *Global Inequalities of Wealth and Health.* Bernstein Institute for Human Rights Annual Conference. New York University School of Law. April 2015.

30    *Environmental and occupational health and human rights.* Health and Human Rights Principles and Pedagogy. Florence, Italy. June 2015.

31    *Interviewing Victims of Human Rights Abuses.* Buzzfeed. New York. June 2015.

32    *Global Health and Governance.* Brookings Institution. May 2016.

33    *Access to pain medicine and human rights.* O'Neill Institute Health Rights Litigation. June 2016

33    *The Morbidity Management and Disability Prevention Project.* Global Alliance for Elimination of Trachoma 2020. Geneva, Switzerland. April 2017.

34    *Human Rights and Phylogenetic Analysis.* Ethics of Phylogenetics. Gates Foundation, UNAIDS, National Institutes for Health. London, UK. May 2017.

35    *Judicialization and access to medicines in Brazil.* O'Neill Institute Health Rights Litigation. Washington DC. June 2016.

36    *Implementing health related SDGs through a human rights perspective.* United Nations Social Forum. Geneva. October 2017.

37    *Indicators, Equity, Rights.* Making the end of AIDS real: Consensus building around what we mean by "epidemic control". Glion, Switzerland. October 2017.

## CONFERENCE PRESENTATIONS

1   Wedderburn M, **Amon J**, Samiel S, Brathwaite A, Figueroa P. *Knowledge, attitudes, beliefs and practices (KABP) about HIV/AIDS among male STD clinic attendees in Jamaica.* XI Latin American Congress on STIs/V Panamerican Conference on AIDS, Lima, Peru, December 3-7, 1997.

2   **Amon J**, Bolanos L, Gonzales MT, Zelaya A, Lopez C, Rodriguez J. *Knowledge of, availability, and use of condoms among commercial sex workers in four cities in Honduras.* XI Latin American Congress on STIs/V Panamerican Conference on AIDS, Lima, Peru, December 3-7, 1997.

3   Wedderburn M, **Amon J**, Samiel S, Brathwaite A, Figueroa P. *Knowledge, attitudes, beliefs and practices (KABP) about HIV/AIDS among youth aged 12-14 in Jamaica.* XII Int Conf AIDS. 1998; 12:191 (abstract no. 13527).

4   Wedderburn M, **Amon J,** Samiel S, Brathwaite A, Figueroa P. *Behavioral explanations for elevated prevalence of HIV in St. James Parish, Jamaica.* XII Int Conf AIDS. 1998; 12:216-7 (abstract no. 14171).

5   D'Angelo LA, **Amon J**, Lemos ME, Rebeiro MA, Gitchens W, Kotellos K. *Evaluating capacity building of implementing agencies in the AIDSCAP Brazil project.* XII Int Conf AIDS. 1998;12:945 (abstract no. 43503).

6   Saidel T, Mills S, **Amon J,** Rehle T. *Behavioral Surveillance Surveys (BSS) on specific target groups: a valuable complement to standardized general population surveys.* XII Int Conf AIDS. 1998;12:233 (abstract no.14256).

7   Essah  KAS, Jackson D, Attafuah JD, **Amon J**, Yeboah KG. *Findings from the 2000 behavioral surveillance survey in Ghana.* XIV International AIDS Conference: Abstract no. C11062

8   Chatterji M, Murray N, Dougherty L, Alkenbrack S, Winfrey B,  **Amon J**, Ventimiglia T, Mukaneza A. *Examining the impact of orphanhood on schoolleaving among children aged 6-19 in Rwanda, Zambia, and Cambodia.*  XV Int Conf on AIDS, 2004 (Abstract WePeD6602).

9   Murray NJ, Chatterji M, Dougherty L, Winfrey B, Buek K, **Amon J**, Mulenga Y, Jones A. *Examining the impact of orphanhood and duration of orphanhood on sexual initiation among adolescents ages 10-19 in Rwanda and Zambia.*  XV Int Conf on AIDS, 2004 (Abstract TuOrD1218).

10   **Amon J**, Devasia R, Xia G, *et al.  Molecular Epidemiologic Investigation of Hepatitis A Outbreaks, 2003.* 4th International Conference on Emerging Infectious Disease, Atlanta, GA, March 2004.

11   **Amon J**, Devasia R, Xia G, *et al. Multiple Hepatitis A Outbreaks Associated with Green Onions among Restaurant Patrons – Tennessee, Georgia, and North Carolina, 2003.* 53rd EIS Conference, Atlanta, GA, April 2004. (Winner, Mackel Award)

12   Chatterji M,  Murray N, Dougherty L,  Ventimiglia T, Mukaneza A, Buek K,  Winfrey B, **Amon J**. *Examining the impact of orphanhood on schoolleaving among children aged 6-19 in Rwanda, Zambia, and Cambodia.*  International Union for the Scientific Study of Population XXV International Population Conference Tours, France, July, 2005.

13   Murray NJ, Chatterji M, Dougherty L, Mulenga Y, Jones A, Buek K, Winfrey B, **Amon J**.. *Examining the impact of orphanhood and duration of orphanhood on sexual initiation among adolescents ages 10-19 in Rwanda and Zambia.*  International Union for the Scientific Study of Population. International Population Conference France, July, 2005.

14   Cohen J, Schleifer R, Richardson J, Kaplan K, Suwannawong P, Nagle J, **Amon J**. *Documenting Human Rights Violations Against Injection Drug Users: Advocacy for Health.* 17th International Conference on the Reduction of Drug Related Harm. May 2006. Vancouver.

15   Schleifer R, Cohen J, Nagle J, **Amon J.** *Injection Drug Users, Harm Reduction, and Human Rights in Ukraine.* 17th International Conference on the Reduction of Drug Related Harm. May 2006. Vancouver, Canada.

16   Bencomo C, **Amon J,** Iordache R, Schleifer R, Asandi S, Bohiltea A, Bucata C, Terragni C, Velica L. *How gaps in Romania's social support undermine HIV/AIDS prevention and treatment for children and youth.* XVI International AIDS Conference: Abstract no. MOPE0922. August 2006.

17   Tate T, Bencomo J,  Lisumbu J, Mafu Sasa R, Schleifer R, **Amon J**. *Local and cultural beliefs about HIV transmission fuel childrenïs rights abuses in the Democratic Republic of Congo (DRC).* XVI International AIDS Conference: Abstract no. CDE0086. August 2006.

18   Cohen J, Epstein H, **Amon J**. *Human rights implications of AIDS-affected children's unequal access to education.* XVI International AIDS Conference: Abstract no. TUAE0202. August 2006.

19   Schleifer R, Skala P, Lezhentsev K, **Amon J**. *Rhetoric and risk: human rights abuses impeding Ukraine's fight against HIV/AIDS.* XVI International AIDS Conference: Abstract no. THAE0302. August 2006.

20   **Amon, J**. *Using a Human Rights Framework to Examine HIV/AIDS Programs and Policies.* Abstract #139834. American Public Health Association Annual Meeting. November 2006. Boston, MA.

21   Ngonyama L, Lohman D, Clayton M, **Amon J**. *The Role of Lay Counselors in Expanding HIV Testing: Lesotho's Know Your Status Campaign.* Abstract 1631. 2008 HIV/AIDS Implementers Meeting. Kampala, Uganda. June 2008.

22   Lohman D, Ovchinnikova M, **Amon J**. *The role of Russia's drug dependence treatment system in fighting HIV.* XVII International AIDS Conference: Abstract no. TUAX0102. August 2008.

23   **Amon J**. *HIV-specific travel restrictions: human rights, legal and ethical considerations.* XVII International AIDS Conference: Abstract no. TUSS0406. August 2008.

24   Lohman D, Ngonyama L, Clayton M, **Amon J**. *Expanding HIV testing and human rights: Lesotho's Know Your Status Campaign.* XVII International AIDS Conference: Abstract no. TUPE0469. August 2008.

25   Cohen JE, **Amon J.** *Human Rights abuses and threats to health: recent experiences of Chinese drug users in detoxification and re-education through labor centers in Guangxi Province.* XVII International AIDS Conference: Abstract no. THPE1085. August 2008.

26   **Amon J**. Protecting the human rights of people at risk of and affected by TB. 3rd Stop TB Partners Forum, Rio March 2009

27   **Amon J.** *Undocumented Migrants and Drug Users in Asia: Tuberculosis Care and Human Rights.* 3rd Stop TB Partners Forum, Rio March 2009

28   **Amon J.** *Protecting the rights of drug users in China.* 20th International Conference of the International Harm Reduction Association meeting. April, 2009.

29   Lohman D, **Amon J.** *Pain and Policy: The Battle with Needless Suffering.* Unite for Sight, Yale University. April, 2009.

30   **Amon J.** *HIV testing for hard-to-reach populations.* In: New Strategies and Controversies in HIV Testing and Surveillance, International AIDS Society Conference. Cape Town, South Africa. July 2009.

31   **Amon J**. *Human Rights context of routine testing.* In: Maximizing the benefits of treatment for individuals and communities. International AIDS Society Conference. Cape Town, South Africa. July 2009.

32   **Amon J.** *Scaling up HIV testing through scaling up human rights protections.* In: Scaling up

Biomedical Prevention and Treatment Interventions - The Critical Role of Social Science, Law and Human Rights. International AIDS Society Conference. Cape Town, South Africa. July 2009.

33    **Amon J.** *HIV testing and human rights: competing claims and conflicting views.* American Anthropological Association. Philadelphia, PA. December 2009.

34    Pearshouse R, **Amon JJ**. *Engagement with compulsory drug detention centers: a legal and ethical framework.* 21st International Conference of the International Harm Reduction Association meeting. April, 2010.

35    Lohman D, Tymoshevska V, Rokhanski A, Kotenko G, Druzhinina A, Schleifer R, **Amon J**. *Availability and accessibility of opioid medications in Ukraine.* XVIII International AIDS Conference. July 2010. Abstract no. MOAF0202

36    Jones L, Akugizibwe P, **Amon J**, et al. *Human rights costing of ART for prevention.* XVIII International AIDS Conference. July 2010. Abstract no. TUPE1033

37    Lemmen K, Wiessner P, Haerry DHU, Todrys K, **Amon J**. *Deportation of HIV-positive migrants in 29 countries: impact on health and human rights.* XVIII International AIDS Conference. July 2010. Abstract no. TUAF0101

38    McLemore M, Winter M, **Amon J**. *Sentenced to stigma: segregation of HIV-positive prisoners.* XVIII International AIDS Conference. July 2010. Abstract no. THPE0942

39    Todrys K, Malembeka G, Clayton M, McLemore M, Shaeffer R, **Amon J**. *HIV and TB management in 6 Zambian prisons demonstrate improved but ongoing prevention, testing and treatment gaps.* XVIII International AIDS Conference. July 2010. Abstract no. THPDX105 (Awarded prize for best abstract on HIV/TB integration)

40    Pearshouse R, Cohen JE, **Amon J**. *Drug detention centers and HIV in China and Cambodia.* XVIII International AIDS Conference. July 2010. Abstract no. MOAF0203

41    Lohman D, Palat G, Nair S, **Amon J**, Schleifer R. *Palliative care: needs of and availability for people living with HIV in India.* XVIII International AIDS Conference. July 2010.

42    Kippenberg J, Thomas L, Lohman D, **Amon J**. *Children's access to HIV testing, treatment and palliative care in Kenya.* XVIII International AIDS Conference. July 2010.

43    Lohman D, Thomas L, **Amon J.** *Access to pain treatment and palliative care as a human right.* XVIII International AIDS Conference. July 2010. Abstract no. WEPE0982.

44    **Amon J.** *HIV and human rights.* XVIII International AIDS Conference. July 2010.

45    **Amon J.** *HIV treatment as prevention: human rights issues.* HIV10 Conference. Glasgow, Scotland. November 2010.

46    **Amon J.** *TB and human rights in Zambian prisons.* IULTB. Berlin, Germany. Nov 2010.

47    **Amon J.** *TB and Human Rights.* IULTB. Berlin, Germany. November 2010. (panel chair)

48    Todrys K, Kwon S-R, Burnett M, Lamia M, **Amon J.** *HIV and TB Prevention, Testing, and Treatment in 16 Ugandan Prisons.* 6th IAS Conference on HIV Pathogenesis, Treatment and Prevention. Rome, July, 2011.

49    Pearshouse R, **Amon J.** *Drug Detention Centers and HIV In Vietnam.* 10th International Congress on AIDS in Asia. August, 2011.

50    **Amon J.** *Reforms to protect health and rights in East African prisons.* IULTB. Lille, France. Oct. 2011.

51    **Amon J.** *Ethics and Human Rights in Publishing.* (Meet the Editors session).  XIX International AIDS Conference. July 2012.

52    **Amon J.** *Balance Between Justice System and Provision of Services.* XIX International AIDS Conference. Washington, DC. July 2012. (co-moderator)

53    **Amon J.** *Advancing global health through human rights accountability.* IV Consortium of

Universities for Global Health. Washington, DC. March 2013.

54   **Amon J.** *Enhanced HIV testing in the context of human rights*. 8th IAS Conference on HIV Pathogenesis, Treatment and Prevention. Vancouver, July 2015.

55   Beletsky L, Vera A, Gaines T, Arredondo J, Werb D, Bañuelos A, Rocha T, Rolon ML, Abramovitz D, **Amon J**, Brower K, Strathdee SA. *Utilization of Google Earth to Georeference Survey Data among People who Inject Drugs: Strategic Application for HIV Research.* 8th IAS Conference on HIV Pathogenesis, Treatment and Prevention. Vancouver, July 2015.

56   **Amon J.** *The impact of climate change and population mobility on neglected tropical disease elimination*. International Meeting on Emerging Diseases and Surveillance (IMED). Vienna, Nov 2016.

57   **Amon J.** *Getting to Zero: Lessons for NTD Elimination from Successful STH Control Programs.* Neglected Tropical Disease NGO Network Annual Meeting. Dakar, Senegal, Sept 2017. (moderator)

58   Hoppe A, Coltart C, Parker M, Dawson L, **Amon JJ,** et al. *Ethical Considerations in HIV Phylogenetic Research.* 2018 International AIDS Conference. Amsterdam, Netherlands.

59   **Amon J.** Epidemic transition: How will we achieve it while ensuring equity and quality? 2018 International AIDS Conference. Amsterdam, Netherlands.


## INVITED LECTURES

1   University of North Carolina School of Public Health (March 2006)

2   Duke University School of Public Policy (October 2006)

3   University of Chicago (October 2006)

4   University of Toronto Law School (November 2006)

5   Columbia University Law School (Dec 2006, 2007, 2009)

6   University of Denver School of International Affairs (March 2007)

7   Georgetown University Law School (April 2007)

8   Columbia University School of International and Public Affairs (Feb and Oct 2007)

9   University of Connecticut School of Law (April 2009)

10   New York University (January 2011, November 2014)

11   University of Zurich (September 2011)

12   Columbia University Mailman School of Public Health (Feb, Nov 2009; Dec 2013; Nov 2014,-15)

13   Yale University Law School (March 2013)

14   Johns Hopkins University Bloomberg School of Public Health (annually: May 2008-2019)

15   UCLA Law School (January 2014)

16   Stanford University Law & Medical Schools (January 2014)

17   University of Melbourne, Nossal Institute for Global Health (July 2014)

18   Fordham Law School (October 2014)

19   Northwestern University (November 2014; Nov 2015)

20   Dornsife School of Public Health, Drexel University (February 2018)

21   University of California San Diego (March 2018)

## AWARDS

Centers for Disease Control and Prevention, Epidemic Intelligence Service, Mackel Award (Apr 2004)
Department of Health and Human Services, Public Health Service, Unit Commendation (Oct 2004)
Department of Health and Human Services, Secretary's Award for Distinguished Service (Aug 2005)

## AD HOC REVIEWER

Journals:

New England Journal of Medicine, Lancet, International Journal of Epidemiology, STI, Global Public Health, Addiction, Hepatology, Health and Human Rights, Bulletin of the World Health Organization, Journal of the International AIDS Society, PLoS One, PLoS Medicine, Journal of the American Public Health Association, Anthropological Quarterly, Drug and Alcohol Dependence, Conflict and Health, BMC Public Health, Harm Reduction Journal, Law & Social Inquiry, Social Science and Medicine, Health and Human Rights Journal, International Journal of Drug Policy.

Grants:

Open Society Foundations, Public Health Program