UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN RODRIGUEZ ALCANTARA; YASMANI OSORIO REYNA; MARIA FLOR CALDERON LOPEZ; MARY DOE; on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs-Petitioners,<br><br>v.<br><br>GREGORY ARCHAMBEAULT, San Diego Field Office Director, Immigration and Customs Enforcement; et al.,<br><br>  Defendants-Respondents. | Case No.: 20cv0756 DMS (AHG)<br><br>**ORDER SETTING TELEPHONIC STATUS CONFERENCE** |

The Court is in receipt of Warden LaRose's supplemental brief, which states that the number of ICE detainees at Otay Mesa who may be at high risk for severe illness due to COVID-19 is in the range of 51-69, not the eight mentioned at yesterday's hearing. In light of this brief, a telephonic status conference shall be held on **April 30, 2020**, at **10:00 a.m.** The dial-in number for any counsel who wish to listen in only and members of the public is as follows.

　　a.　Dial the toll free number: **877-411-9748**;

　　b.　Enter the Access Code: **6246317** (Participants will be put on hold until the Court activates the conference call);

      c.      Enter the Participant Security Code **04300756** and Press # (The security code will be confirmed);

      d.      Once the Security Code is confirmed, participants will be prompted to Press 1 to join the conference or Press 2 to re-enter the Security Code.

All persons dialing in to the conference are reminded that Civil Local Rule 83.7(c) prohibits any recording of court proceedings.

**IT IS SO ORDERED**.

DATED: April 29, 2020

_____
DANA M. SABRAW
United States District Judge