**MONIKA Y. LANGARICA** (SBN 308518)(mlangarica@aclusandiego.org)
**JONATHAN MARKOVITZ** (SBN 301767)(jmarkovitz@aclusandiego.org)
**KIMBERLY GRANO** (SBN 328298)(kgrano@aclusandiego.org)
**BARDIS VAKILI** (SBN 247783)(bvakili@aclusandiego.org)
**DAVID LOY** (SBN 229235)(davidloy@aclusandiego.org)
**ACLU FOUNDATION OF SAN DIEGO &
IMPERIAL COUNTIES**
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 398-4493

Counsel for Plaintiff-Petitioners

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adrian RODRIGUEZ ALCANTARA, *et. al.*,<br><br>Plaintiff-Petitioners,<br><br>v.<br><br>Gregory J. ARCHAMBEAULT, San Diego Field Office Director, Immigration and Customs Enforcement, *et. al.*<br><br>Defendant-Respondents. | Case No. 20cv756 DMS (AHG)<br><br>**REDACTED DECLARATION OF JACQUELINE RAMOS** |

# DECLARATION OF JACQUELINE RAMOS

I, Jacqueline Ramos, hereby declare as follows:

1. I have personal knowledge of the facts set forth below and if called to testify, I could and would do so competently.

2. I am currently employed by the ACLU Foundation of San Diego & Imperial Counties as a Legal Investigator.

3. In the course of my work, I regularly receive information about people detained in Immigration and Customs Enforcement ("ICE") custody at Otay Mesa Detention Center ("Otay Mesa"). This information may come from detained people themselves, their family members, their lawyers, or other advocates who are in contact with them.

4. On April 29, 2020, I reviewed my notes documenting people who I know to be detained in Otay Mesa whose age or underlying medical condition place them at increased risk of serious illness or death due to COVID-19, according to Centers for Disease Control and Prevention ("CDC") guidelines.

5. I used the ICE Online Detainee Locator System to determine whether people previously identified to me as detained within Otay Mesa with an underlying medical condition were still detained there.[1] For some individuals, I also contacted the detained person or their point of contact to learn more information.

6. As of April 29, 2020, I have learned the following information:

    (a) ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ is 44 years old and from Mexico. His A number is ▓▓▓▓▓▓. On April 9, 2020 an advocate informed me that he was detained at Otay Mesa. On or about April 17, 2020 ▓▓▓'s sister informed me that ▓▓▓ suffers from diabetes and hypertension. On or about April 17, 2020 I spoke with ▓▓▓ and confirmed he was at the time detained in L pod. On April 28, 2020

---

[1] https://locator.ice.gov/odls/

1.

the ICE online locator indicated ▮ remained detained at Otay Mesa.

(b) ▮ is 51 years old and from Mexico. His A number is ▮. On April 9, 2020, an advocate informed me that ▮ was detained at Otay Mesa and suffers from diabetes. On April 13, 2020 ▮'s immigration attorney confirmed he suffers from diabetes. On April 29, 2020 I spoke with ▮'s sister who confirmed he remains detained in Otay Mesa in D pod. On April 29, 2020 the ICE online locator indicated ▮ remained detained at Otay Mesa.

(c) ▮ is a 58-year-old asylum seeker from Honduras. His A number is ▮. On April 13, 2020, an advocate informed me that ▮ was detained at Otay Mesa. He suffers from diabetes and was at the time detained in H pod. On April 28, 2020 the ICE online locator indicated ▮ remained detained at Otay Mesa.

(d) ▮ is 39 years old and originally from Mexico. He is currently seeking asylum. His A number is ▮. As of April 13, 2020, an advocate informed me that ▮ was detained at Otay Mesa and that he suffers from diabetes. On or about April 14, 2020 I spoke with ▮ and he informed he was at the time detained in H pod, has diabetes, high blood pressure, had previously suffered from two heart attacks and is on medication to manage his diabetes (metformin), high blood pressure and gastritis. On April 28, 2020 the ICE online locator indicated ▮ remained detained at Otay Mesa.

(e) ▮ is originally from Mexico. His date of

birth is ▇ 1969. On April 22, 2020 I was informed that ▇ was detained at Otay Mesa and suffers from diabetes and hypertension. On April 28, 2020, I spoke with ▇'s relative who informed he is detained in Q pod. She also informed that ▇ remained detained in Otay Mesa.

(f) ▇ is a 54-year-old detainee from Mexico. His A number is ▇. On March 26, 2020 an advocate informed me that ▇ was detained at Otay Mesa. On or about March 27, 2020 I spoke with ▇ and he informed me that he suffers from diabetes and was at the time detained in L pod. On April 29, 2020 I spoke with ▇'s daughter who confirmed he had been moved to an unknown pod on or about April 12, 2020. On April 29, 2020 the ICE online locator indicated ▇ remained detained at Otay Mesa.

(g) ▇ is originally from Mexico. Her A number is ▇. On April 28, 2020 I received a phone call from ▇ from inside Otay Mesa. ▇ informed that she was detained in pod C-1. She also informed that she uses an inhaler for her asthma and has previously suffered from bronchitis and pneumonia. On April 28, 2020 the ICE online locator indicated ▇ remained detained at Otay Mesa.

(h) ▇ is originally from Tonga. His A number is ▇. On April 16, 2020 advocates informed me that he was detained at Otay Mesa and suffers from cancer. They also informed that at the time he was detained in L pod. On April 29, 2020 the ICE locator confirmed ▇ remained detained in Otay Mesa.

(i) ▇ is originally from Haiti. His A number

3.

is ▮. On April 16, 2020 advocates informed me that ▮ was detained at Otay Mesa in L pod and suffers from asthma. On April 29, 2020 the ICE locator indicate ▮ remained detained in Otay Mesa.

(j) ▮ is originally from Mexico. His A number is ▮. On April 16, 2020 advocates informed me that ▮ was detained in V pod and suffers from hypertension and is over 60 years old. On April 29, 2020 the ICE locator indicated ▮ remained detained in Otay Mesa.

(k) ▮ is 60 years old. His A number is ▮. On April 29, 2020 his immigration attorneys informed me that ▮ was detained in Otay Mesa in K pod.

(l) ▮ is 51 years old and originally from Mexico. Her A number is ▮. On April 29, 2020 ▮ called me from detention and informed me that she suffers from diabetes and high blood pressure. At the time she was detained in pod C-1. On April 29, 2020 the ICE locator indicated she remained detained at Otay Mesa.

(m) ▮ is detained in Otay Mesa. Her A number is ▮. On April 29, 2020, her immigration lawyer informed our office that her health conditions include asthma, blood pressure and blood sugar issues, as well as a potential heart condition. The lawyer also stated that she is detained in pod A.

7. I have not visited detainees at Otay Mesa during the current pandemic. In addition to the stay at home order in place in California, doing so is potentially dangerous to me and to detained people there. If I were an asymptomatic carrier of COVID-19, I could bring the virus into the facility. Similarly, if a guard or staff

4.

member at the facility is an asymptomatic carrier, they could pass the virus to me. Most importantly, having a detainee moved out of their housing unit for a legal visit would expose them to anyone they may encounter during that movement, including guards, vendors, or other facility staff who may be asymptomatic carriers of COVID-19.

I declare under penalty of perjury of the laws of the United States of America that the foregoing statements are true and correct.

Dated: April 29, 2020

San Diego, California

                                      **/s/ Jacqueline Ramos**
                                      Jacqueline Ramos

5.