1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                       SOUTHERN DISTRICT OF CALIFORNIA

10   ADRIAN RODRIGUEZ ALCANTARA;          Case No.:  20cv0756 DMS (AHG)
     YASMANI OSORIO REYNA; MARIA
11   FLOR CALDERON LOPEZ; MARY
     DOE; on behalf of themselves and all   **ORDER GRANTING PLAINTIFF-**
12   others similarly situated,             **PETITIONERS' EMERGENCY EX**
                                            **PARTE MOTION FOR SUBCLASS-**
13                     Plaintiffs-Petitioners,   **WIDE TEMPORARY**
                                            **RESTRAINING ORDER**
14
     v.
15
     GREGORY ARCHAMBEAULT, San
16   Diego Field Office Director, Immigration
     and Customs Enforcement; et al.,
17
                     Defendants-Respondents.
18

19

20        After consideration of the briefs and arguments of counsel, the evidence filed in

21   support of and opposition to Plaintiffs-Petitioners' Emergency Motion for Subclass-wide

22   Temporary Restraining Order, Preliminary Injunction and Writ of Habeas Corpus

23   Regarding the Otay Mesa Medically Vulnerable Subclass, and being fully advised, the

24   Court finds that Plaintiff-Petitioners have met their burden of demonstrating a need for a

25   temporary restraining order.  Accordingly, IT IS HEREBY ORDERED THAT Plaintiffs-

26   Petitioners' Motion is GRANTED as follows:

27   1.    The Court provisionally certifies the Otay Mesa Medically Vulnerable subclass,

28   defined as follows:

                                          1

1   All civil immigration detainees incarcerated at the Otay Mesa Detention Center who are

2   age 60 or over or who have medical conditions that place them at heightened risk of severe

3   illness or death from COVID-19 as determined by CDC guidelines.

4   2.      The Court hereby appoints ACLU Foundation of San Diego & Imperial Counties

5   attorneys as class counsel.

6   3.      The Court HEREBY DECLARES that current conditions of confinement for Otay

7   Mesa Medically Vulnerable subclass members held at the Otay Mesa Detention Center are

8   unconstitutional under the Fifth Amendment because the conditions of their confinement

9   place subclass members at substantial risk of serious illness or death.

10  4.      The Court will issue a more detailed order setting out its reasoning for granting

11  certification of the subclass and issuance of the temporary restraining order.  Pending that

12  order, however, the Court orders as follows:

13          a.      Defendants shall immediately review subclass members for release, and

14          release all subclass members suitable for release in the discretion of Defendants after

15          considering the subclass members' health, public safety and mandatory detention

16          requirements, with appropriate conditions to protect the public, and the health, safety

17          and well being of each subclass member;

18          b.      By **10:30 a.m.** on **May 4, 2020**, Defendants shall identify and disclose to class

19          counsel a list, in a spreadsheet or comparable searchable format, of all Otay Mesa

20          Medically Vulnerable subclass members,  including, where practicable, every

21          subclass member's name, A number, age, underlying medical condition,

22          immigration lawyer or representative (if any), primary language, current housing

23          unit, prior custody determinations made by Defendants, and the names, relationship,

24          and contact information for any points of contact in the United States that subclass

25          members have provided Defendants in the course of their arrest, processing, and

26          detention, along with any other information that becomes relevant during the course

27          of implementation of this Order, subject to approval by the Court or magistrate judge

28          assigned to this case.  Although pregnant women are not included in the subclass,

1    Defendants shall also identify and provide to class counsel the information set out

2    above for any pregnant ICE detainees currently in Otay Mesa, if any;

3    c.      Immediately upon identifying Otay Mesa Medically Vulnerable subclass

4    members, Defendants shall release them in accordance with Paragraph 4.a. and in a

5    manner that comports with public health guidelines for self-quarantine (if necessary

6    due to infection or exposure), social distancing, and other recommendations of

7    public health departments in their destination cities or counties; the name and contact

8    information for the responsible adult at that location; information detailing their

9    travel plans to that location; and any other information this Court deems necessary

10   to ensure release plans comport with public health guidelines related to COVID-19;

11   d.      Defendants may not condition subclass members' release on paying a bond or

12   providing proof of a sponsor's legal status and/or a sponsor's financial documents

13   where release plans otherwise comport with public health guidelines related to

14   COVID-19;

15   e.      Release plans shall be appropriate to the individual circumstances of each

16   subclass member, including whether they have been tested for COVID-19 or have

17   been in close contact with confirmed cases of COVID-19, and a copy shall be

18   provided to class counsel promptly upon a subclass member's release;

19   f.      Release of subclass members shall begin immediately, with the expectation

20   that most subclass members will be released under appropriate conditions

21   determined by Defendants;

22   g.      Defendants shall provide to released subclass members a phone number and

23   email address at which subclass members can reach class counsel;

24   h.      If Defendants cannot determine adequate release plans for any Otay Mesa

25   Medically Vulnerable subclass members, or in exercising their discretion believe

26   that release is not appropriate, they shall provide to the Court and class counsel by

27   **10:30 a.m.** on **May 4, 2020**, the names of those subclass members and the reason(s)

28   why they have not been released;

20cv0756 DMS (AHG)

1      i.      Upon identification of any new or previously unidentified Otay Mesa

2              Medically Vulnerable subclass members following this Order, Defendants shall

3              promptly notify class counsel and release any such subclass members consistent with

4              the requirements of this Order;

5   5.  A further telephonic status conference shall be held at **noon** on **May 4, 2020**.  The

6   dial-in number for any counsel who wish to listen in only and members of the public is as

7   follows.

8      a.      Dial the toll free number: **877-411-9748**;

9      b.      Enter the Access Code: **6246317** (Participants will be put on hold until the

10             Court activates the conference call);

11     c.      Enter the Participant Security Code **05040756** and Press # (The security code

12             will be confirmed);

13     d.      Once the Security Code is confirmed, participants will be prompted to Press

14             1 to join the conference or Press 2 to re-enter the Security Code.

15  All persons dialing in to the conference are reminded that Civil Local Rule 83.7(c) prohibits

16  any recording of court proceedings.

17      **IT IS SO ORDERED**.

18  Dated:  April 30, 2020

19                                                      Hon. Dana M. Sabraw

20                                                      United States District Judge

21

22

23

24

25

26

27

28

4

20cv0756 DMS (AHG)