**MONIKA Y. LANGARICA** (SBN 308518)(mlangarica@aclusandiego.org)
**JONATHAN MARKOVITZ** (SBN 301767)(jmarkovitz@aclusandiego.org)
**KIMBERLY GRANO** (SBN 328298)(kgrano@aclusandiego.org)
**BARDIS VAKILI** (SBN 247783)(bvakili@aclusandiego.org)
**DAVID LOY** (SBN 229235)(davidloy@aclusandiego.org)
**ACLU FOUNDATION OF SAN DIEGO &
IMPERIAL COUNTIES**
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 398-4493

Counsel for Plaintiff-Petitioners

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adrian RODRIGUEZ ALCANTARA, *et. al.*, Plaintiff-Petitioners,<br><br>v.<br><br>Gregory J. ARCHAMBEAULT, San Diego Field Office Director, Immigration and Customs Enforcement, *et. al.*<br><br>Defendant-Respondents. | Case No. 20cv756 DMS (AHG)<br><br>**PLAINTIFF-PETITIONERS' NOTICE OF MOTION FOR LEAVE TO PROCEED TO FILE DOCUMENT UNDER SEAL** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff-Petitioners will and hereby do move this Court for an order granting Leave to File the Unredacted Declaration of Jacqueline Ramos Under Seal.

Plaintiff-Petitioners' Motion is based on this Notice of Motion and Motion; the concurrently-filed supporting Memorandum of Points and Authorities, and declaration attached thereto; on all papers, pleadings, records and files in this case; on all matters of which judicial notice may be taken; and on such other argument and/or evidence as may be presented to this Court.

| | |
|---|---|
| | Respectfully submitted, |
| DATED: May 1, 2020 | ACLU FOUNDATION OF SAN DIEGO & IMPERIAL COUNTIES |
| | **s/ Kimberly Grano** <br> KIMBERLY GRANO |
| | Attorney for Plaintiff-Petitioners |