ROBERT S. BREWER JR.
United States Attorney
KATHERINE L. PARKER, SBN 222629
Chief, Civil Division
SAMUEL W. BETTWY, SBN 94918
Assistant U.S. Attorney
REBECCA G. CHURCH, SBN 259652
Assistant U.S. Attorney
STEVEN J. POLIAKOFF, SBN 188231
Assistant U.S. Attorney
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
619-546-9634/7125/7721 / 619-546-7751 (fax)

Attorneys for Federal Respondents

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN RODRIGUEZ ALCANTARA, et al.,<br><br>Plaintiffs-Petitioners,<br><br>v.<br><br>GREGORY J. ARCHAMBEAULT, San Diego Field Office Director, ICE, et al.,<br><br>Defendants-Respondents. | Case No. 20cv0756 DMS AHG<br><br>**LODGMENT OF ORDERS OF THE SAN DIEGO COUNTY HEALTH OFFICER** |

Per the order of this Court and the nationwide injunction in the *Fraihat* class action, Immigration and Customs Enforcement (ICE) has been diligently identifying high-risk detainees at Otay Mesa Detention Center and is, in most cases, processing them for release. Part of that process is to notify the San Diego County Health and Human Services Agency.

Respondents hereby lodge the accompanying orders of the San Diego County Health Officer, dated April 7, 2020, and April 17, 2020, relating to mandated "quarantine of persons exposed to COVID-19" and mandated "isolation of all persons with or likely to have COVID-19." Violation of either order is a misdemeanor.

DATED: May 3, 2020

ROBERT S. BREWER, JR.
United States Attorney

s/ *Samuel W. Bettwy*
SAMUEL W. BETTWY
Assistant U.S. Attorney

*s/Rebecca G. Church*
REBECCA G. CHURCH
Assistant U.S. Attorney

Attorneys for Federal Respondents