

# County of San Diego

| | | |
|---|---|---|
| **NICK MACCHIONE, FACHE**<br>AGENCY DIRECTOR | **HEALTH AND HUMAN SERVICES AGENCY**<br>PUBLIC HEALTH SERVICES<br>3851 ROSECRANS STREET, MAIL STOP P-578<br>SAN DIEGO, CA 92110-3134<br>(619) 531-5800 • FAX (619) 542-4186 | **WILMA J. WOOTEN, M.D.**<br>PUBLIC HEALTH OFFICER |

## ORDER OF THE HEALTH OFFICER
(Quarantine of Persons Exposed to COVID-19)

The spread of COVID-19 is a substantial threat to the public's health. San Diego County is currently subject to a declared local health emergency and a proclaimed local emergency due to the COVID-19 pandemic, and the Governor of the State of California proclaimed a state of emergency. Everyone is at risk for becoming ill with COVID-19, but some people are more vulnerable to serious illness due to age or underlying health conditions. In order to slow the spread of COVID-19, and prevent the healthcare system in San Diego County from being overwhelmed, it is necessary for the Health Officer of the County of San Diego (Health Officer) to require the quarantine of persons exposed to COVID-19.

Household contacts, intimate partners, caregivers, and any other person who have been in close contact with a person either diagnosed with COVID-19, or likely to have COVID-19 (COVID-19 Patient), must quarantine themselves. A "close contact" is a contact with a COVID-19 Patient that occurs anywhere between 48 hours before the COVID-19 Patient's symptoms began, and until the COVID-19 Patient is no longer required to be isolated, and where they:
1. Were within 6 feet of a COVID-19 Patient for more than 10 minutes; or
2. Had unprotected contact with the body fluids and/or secretions (including, but not limited to, being coughed on or sneezed on, sharing utensils, or drinking out of the same container) of a COVID-19 Patient.

The Health Officer therefore **ORDERS** pursuant to California Health and Safety Code sections, 101040, 101030, 120175, 120215, 120220, and 120225:

**All persons who have had close contact with a COVID-19 Patient must immediately take the following actions:**
1. Quarantine themselves in their home or another residence for 14 days after the last close contact with a COVID-19 Patient. If quarantined in a congregate setting, hotel or multi-unit setting, the person may not enter any other units within that setting. Persons may leave their place of quarantine to receive necessary medical care. Essential workers needed to maintain continuity of operations of sectors designated in the document available at: https://covid19.ca.gov/img/EssentialCriticalInfrastructureWorkers.pdf, may report to work if they have notified their employer about the close contact, have no symptoms of COVID-19, and wear appropriate personal protective equipment as required by their job/position.
2. Carefully review and closely follow all requirements of the Health Officer and medical provider.
3. Unless otherwise authorized by this Order, a person under quarantine may not come within 6 feet of any person, excluding a treating medical professional, a law enforcement officer enforcing this

Health Officer Order-Quarantine
Page 2

Order, a representative of the Health Officer, any other person specifically authorized by the Health Officer, or a caretaker.

Violation of, or failure to comply with this Order is a misdemeanor punishable by imprisonment, fine, or both (California Health and Safety Code sections 120275 and 120295). This Order may be enforced by any law enforcement officer within an area subject to their jurisdiction for the purpose of preventing the spread of a contagious, infectious, or communicable disease (California Government Code sections 26602 and 41601, and California Health and Safety Code section 101029).

**IT IS SO ORDERED.**

*[signature]*                                                        Dated: April 7, 2020

Wilma J. Wooten, M.D., M.P.H.
Public Health Officer
County of San Diego