

**NICK MACCHIONE, FACHE**
AGENCY DIRECTOR

**HEALTH AND HUMAN SERVICES AGENCY**
PUBLIC HEALTH SERVICES
3851 ROSECRANS STREET, MAIL STOP P-578
SAN DIEGO, CA 92110-3134
(619) 531-5800 • FAX (619) 542-4186

**WILMA J. WOOTEN, M.D.**
PUBLIC HEALTH OFFICER

# ORDER OF THE HEALTH OFFICER
(Isolation of All Persons with or Likely to have COVID-19)

The spread of COVID-19 is a substantial threat to the public's health. San Diego County is currently subject to a declared local health emergency and a proclaimed local emergency due to the COVID-19 pandemic, and the Governor of the State of California proclaimed a state of emergency. Everyone is at risk for becoming ill with COVID-19, but some people are more vulnerable to serious illness due to age or underlying health conditions.  In order to slow the spread of COVID-19 and prevent the healthcare system in San Diego County from being overwhelmed, it is necessary for the Health Officer of the County of San Diego (Health Officer) to require the isolation of persons diagnosed with, or likely to have COVID-19.

The Health Officer therefore **ORDERS** pursuant to California Health and Safety Code sections, 101040, 120130, 120175, 120215, 120220, and 120225:

1. **All persons who have been diagnosed with, or are likely to have COVID-19, must immediately take the following actions:**
   a. Isolate in their home or another residence.  If isolated in a congregate setting, hotel or multi-unit setting, the person may not enter any other units within that setting.  Persons may only leave their place of isolation to receive necessary medical care.
   b. Carefully review and closely follow all requirements of the Health Officer and medical provider.
   c. Notify all persons in close contact that they should quarantine themselves for 14 days after the last contact.  (A copy of the Public Health Officer's Quarantine Order is accessible through the County's COVID-19 webpage: https://www.sandiegocounty.gov/content/sdc/hhsa/programs/phs/community_epidemiology/dc/2019-nCoV/health-order.html). A person is considered to be a close contact of a person diagnosed with, or likely to have COVID-19, if within 48 hours before that person's symptoms began and until that person is no longer required to be isolated, they:
      i. Were within 6 feet of a person who has or is likely to have COVID-19 for more than 10 minutes; or
      ii. Had unprotected contact with the body fluids and/or secretions (including but not limited to being coughed on or sneezed on, sharing utensils or drinking out of the same container) of a person who has or is likely to have COVID-19.
   d. Not come within 6 feet of any person, excluding a treating medical professional, a law enforcement officer enforcing this Order, a representative of the Health Officer, any other person specifically authorized by the Health Officer, or a caretaker.

2. **Individuals are required to isolate themselves because they have, or are likely to have, COVID-19. Isolation is immediately required if a person meets one or more of the following criteria:**
   a. A positive lab test for COVID-19; <u>or</u>
   b. Signs and symptoms that are consistent with COVID-19 (e.g., fever, cough, shortness of breath or trouble breathing); <u>or</u>
   c. A physician has informed the individual that they are likely to have COVID-19.

   Such persons are required to be isolated because a person infected with, or likely to have COVID-19, can easily spread the virus to others. Isolation separates these persons from others to prevent the spread of COVID-19 and protects those at higher risk for serious illness such as older adults and people with weakened immune systems.

   The person shall cooperate with any physician, Health Officer representative, or other persons authorized by the Health Officer to perform medical observation during the period of isolation.

3. **Isolation under this Order shall continue until the occurrence of one of the following:**
   a. At least 3 days (72 hours) have passed since recovery, defined as resolution of fever without use of fever-reducing medications and improvement of respiratory symptoms (e.g., cough and shortness of breath), and at least 7 days since symptoms first appeared.
   b. Receipt of at least two negative results from an FDA authorized test for COVID-19 from consecutive nasopharyngeal swab specimens collected at least 24 hours apart.
   c. A person with laboratory confirmed COVID-19 who has not had any symptoms may discontinue isolation when at least 7 days have passed since the date of their first positive COVID-19 diagnostic test and have had no subsequent illness. For 3 days following discontinuation of isolation, these persons should continue to limit contact with others.

   Until this time, they may not leave their place of isolation or enter any other public or private place, except to receive necessary medical care.

4. Violation of or failure to comply with this Order is a misdemeanor punishable by imprisonment, fine, or both (California Health and Safety Code sections 120275 and 120295). This Order may be enforced by any law enforcement officer within an area subject to their jurisdiction for the purpose of preventing the spread of a contagious, infectious, or communicable disease (California Government Code sections 26602 and 41601, and California Health and Safety Code section 101029).

**IT IS SO ORDERED.**

*[signature]*
Wilma J. Wooten, M.D., M.P.H.
Public Health Officer
County of San Diego

Dated: April 17, 2020