STRUCK LOVE BOJANOWSKI & ACEDO, PLC
Daniel P. Struck, AZ Bar #012377
*(admitted pro hac vice)*
Rachel Love, AZ Bar #019881
*(admitted pro hac vice)*
Nicholas D. Acedo, AZ Bar #021644
*(admitted pro hac vice)*
Jacob B. Lee, AZ Bar #030371
*(admitted pro hac vice)*
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Tel.: (480) 420-1600
Fax: (480) 420-1695
dstruck@strucklove.com
rlove@strucklove.com
nacedo@strucklove.com
jlee@strucklove.com

WITHAM MAHONEY & ABBOTT, LLP
Matt Mahoney, Esq., CA Bar # 211184
401 B Street, Suite 2220
San Diego, CA 92101
Tel.: (619) 407-0505
Fax: (619) 872-0711
mahoney@wmalawfirm.com

Attorneys for Defendant-Respondent LaRose

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adrian Rodriguez Alcantara, et al.,<br><br>Plaintiffs-Petitioners,<br><br>v.<br><br>Gregory J. Archambeault, San Diego Field Office Director, Immigration and Customs Enforcement, et al.,<br><br>Defendants-Respondents. | NO. 3:20-cv-00756-DMS-AHG<br><br>**DECLARATION OF DANIEL P. STRUCK** |

I, DANIEL P. STRUCK, make the following Declaration:

1. I am over the age of 18 years and am competent to testify to the matters set forth in this Declaration.

2. I am counsel for Respondent C. LaRose in this matter.

3.     On April 21, 2020, Petitioners filed their Emergency Ex Parte Motion for Subclass-Wide Emergency Temporary Restraining Order and Motion for Class Certification (collectively "Motions").

4.     On Monday, April 27, 2020, Respondent LaRose filed Oppositions to both Motions. *See* Dkt. 26, 27.

5.     On Wednesday, April 29, 2020, the Honorable Dana M. Sabraw orally granted both Motions.

6.     On Thursday, April 30, 2020, Judge Sabraw issued a written Order granting Petitioners' request for a Temporary Restraining Order and certifying the Otay Mesa Medically Vulnerable Subclass. *See* Dkt. 38.

7.     On Friday, May 1, 2020, Judge Sabraw issued a written Order setting forth an explanation for the Temporary Restraining Order and certifying the Otay Mesa Medically Vulnerable Subclass. *See* Dkt. 41.

8.     On Monday, May 4, 2020, Respondent LaRose filed a Motion for Reconsideration of these Orders.

9.     The Exhibits submitted in support of the Motion for Reconsideration were not submitted with Respondent LaRose's Oppositions to Petitioners' Motions. The Supplemental Declaration by Respondent LaRose provides information sought by Judge Sabraw at the April 29 hearing regarding the housing location of the Subclass members and measures taken to protect them. The Supplemental Declaration by Dr. Ivens provides information in response to Judge Sabraw's May 1 Order regarding Petitioner Rodriguez Alcantara's membership in the Subclass. Neither Declaration could be submitted at the time Respondent LaRose filed his Oppositions to the Motions.

10.    Counsel for Respondent LaRose notified counsel for Petitioners, at approximately 10:33 a.m. on May 4, 2020, that the Motion for Reconsideration would be filed ex parte in this case later that afternoon.

1. I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED this 4th day of May, 2020, in Chandler, Arizona.

          s/ Daniel P. Struck
          DANIEL P. STRUCK

3701805.1