1  STRUCK LOVE BOJANOWSKI & ACEDO, PLC
   Daniel P. Struck, AZ Bar #012377
2  *(admitted pro hac vice)*
   Rachel Love, AZ Bar #019881
3  *(admitted pro hac vice)*
   Nicholas D. Acedo, AZ Bar #021644
4  *(admitted pro hac vice)*
   Jacob B. Lee, AZ Bar #030371
5  *(admitted pro hac vice)*
   3100 West Ray Road, Suite 300
6  Chandler, Arizona 85226
   Tel.: (480) 420-1600
7  Fax: (480) 420-1695
   dstruck@strucklove.com
8  rlove@strucklove.com
   nacedo@strucklove.com
9  jlee@strucklove.com

10 WITHAM MAHONEY & ABBOTT, LLP
   Matt Mahoney, Esq., CA Bar # 211184
11 401 B Street, Suite 2220
   San Diego, CA 92101
12 Tel.: (619) 407-0505
   Fax: (619) 872-0711
13 mahoney@wmalawfirm.com

14 Attorneys for Defendant-Respondent LaRose

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adrian Rodriguez Alcantara, et al., | NO. 3:20-cv-00756-DMS-AHG |
| Plaintiffs-Petitioners, | **SUPPLEMENTAL DECLARATION OF K. IVENS, M.D., F.A.C.C.P.** |
| v. | |
| Gregory J. Archambeault, San Diego Field Office Director, Immigration and Customs Enforcement, et al., | |
| Defendants-Respondents. | |

I, K. IVENS, M.D., make the following Declaration:

1. I am over the age of 18 years and competent to testify to the matters set forth in this Declaration.

2. I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, could testify competently thereto.

3. I am a Medical Doctor, and am currently licensed to practice medicine in Tennessee, Arizona, California, Indiana, Michigan, Mississippi, Colorado, Kansas, Montana, Wyoming, New Jersey, Ohio, New Mexico, and Oklahoma.

4. I hold an undergraduate degree from Michigan State University in Physiology. I performed my graduate studies at Howard University, Department of Anatomy, in cell and molecular biology. My main focus was working as a biochemist developing antibodies for research in different disease states. I received my medical degree from Stanford University School of Medicine. I did my surgical residency at the University of Southern California from 1992-1995.

5. I am past President of the American College of Correctional Physicians and am on the Board of Trustees of the National Commission of Correctional Health Care. I am on the Board of Directors of the Correctional Medical Institute, the Academy of Correctional Healthcare Professionals, and the American Telemedicine Association. I am a Fellow of the American College of Correctional Physicians.

6. I have been actively providing health care to inmates and detainees in jails, prisons, and detention facilities since 1995. I have held such positions as Medical Director for the Indiana Department of Corrections; Western Regional Medical Director for Prison Health Services, providing health care at Alameda County Jail; and East Coast Medical Director for Prison Health Services in the Delaware Department of Corrections. My curriculum vitae has previously been submitted to the Court. *See.* Dkt. 26-3 at 11-16.

7. I have been employed by CoreCivic, Inc. since 2007.

8. From 2007–2014, I served as CoreCivic's Regional Medical Director, overseeing the provision of medical care to the detainee and prisoner populations at several CoreCivic facilities.

9. I am currently the Chief Medical Officer ("CMO") for CoreCivic, a position I have held since 2014. As CMO, I oversee the medical services at 71 jail, detention, correctional, and re-entry facilities throughout the United States, including Otay Mesa Detention Center ("OMDC").

10. As the CMO for CoreCivic, I am familiar with the appropriate methods to treat and contain contagious illness in a detention setting, including tuberculosis, influenza, mumps, measles, varicella, scabies, and COVID-19.

11. Since the outbreak of COVID-19, I have been working closely with infectious disease specialists and correctional medical professionals on the most up-to-date protocols and practices to prevent the spread of this illness in the jails, detention centers and correctional facilities owned and/or operated by CoreCivic. This also includes monitoring updates and information from the Centers for Disease Control and Prevention ("CDC"), which updates statistical information on a daily basis and promulgates appropriate protocols for managing this illness in a detention setting, such as OMDC. I monitor the CDC information on a daily basis.

12. I am responsible for ensuring the overall practices and procedures at the Medical Units in facilities where CoreCivic provides health care are in compliance with evolving CDC guidelines and recommendations, including intake screening, quarantine, isolation, cohorting measures, personal protection equipment ("PPE"), COVID-19 testing, and treatment of the virus should any detainee at the facility test positive.

13. I have been provided and asked to review the IHSC medical records of Adrian Rodriguez Alcantara, A#213-200-155, which I understand to have been lodged under seal in these proceedings.

14. According to the CDC, "people with HIV" are at higher risk for "getting very sick" from COVID-19, if they have: (1) a "low CD4 cell count, and" (2) they are "not on HIV treatment (antiretroviral therapy or ART)." *See*, https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/hiv.html.

15. Neither of these criteria apply to this patient. He has a normal CD4 count and takes antiretroviral medications.

16. According to the National Institutes of Health, "[t]he CD4 count is the most important laboratory indicator of immune function in patients with HIV." *See,* https://aidsinfo.nih.gov/guidelines/html/1/adult-and-adolescent-arv/458/plasma-hiv-1-rna--viral-load--and-cd4-count-monitoring.

17. While at Otay Mesa, Mr. Rodriguez Alcantara had three CD4 studies. The normal range for absolute CD4 values is from 359 to 1519. CD4 values resulted were 1053, 739, and 977, resulted on January 23, January 24, and April 21, 2020, respectively. All of these reports were normal, and indicate that Mr. Rodriquez Alcantara is immunocompetent.

18. While there are many markers of health in an HIV patient, the next most frequently used is viral load. "Viral load is a marker of response to ART [antiretroviral therapy]. A patient's pre-ART viral load level … provide prognostic information about the probability of disease progression. The key goal of ART is to achieve and maintain durable viral suppression. Thus, the most important use of viral load is to monitor the effectiveness of therapy after initiation of ART." *See,* https://aidsinfo.nih.gov/guidelines/html/1/adult-and-adolescent-arv/458/plasma-hiv-1-rna--viral-load--and-cd4-count-monitoring.

19. While at Otay Mesa, Mr. Rodriguez Alcantara had two viral load studies. The first study was drawn soon after arriving showing measurable virus (50 copies/mL) in his blood. After six weeks of taking antiretroviral medications at Otay Mesa, a repeat test on March 9, 2020 resulted in an undetectable viral load.

20. It is my opinion to a reasonable degree of medical certainty, based upon the lab results provided, that Mr. Rodriguez Alcantara is not immunocompromised and, as evidence by the subsequent undetectable viral load, his state of health improved under the care of IHSC at Otay Mesa. His is not at a higher risk for COVID-19 infection.

I declare under penalty of perjury under the laws of the United States and the State of New Mexico that the foregoing is true and correct to the best of my knowledge.

EXECUTED this third day of May 2020 at Albuquerque, New Mexico.

*Keith W. Ivens, M.D.*
K. IVENS, M.D.