# INDEX TO ATTACHMENTS
## SUPPLEMENTAL
## DECLARATION OF C. LaROSE

*Alcantara, et al. v. Archambeault, et al.*
No. 3:20-cv-0756-GPC-AHG

| ATTACH. | DESCRIPTION | BATES NOS. |
|---|---|---|
| 1 | Photographs A-Pod | CORECIVIC-ARA000186-250 |
| 2 | Photographs C1-Pod | CORECIVIC-ARA000251-284 |
| 3 | Photographs C2-Pod | CORECIVIC-ARA000285-294 |
| 4 | Photographs D-Pod | CORECIVIC-ARA000295-313 |
| 5 | Photographs F-Pod | CORECIVIC-ARA000314-341 |
| 6 | Photographs J-Pod | CORECIVIC-ARA000342-411 |
| 7 | Photographs K-Pod | CORECIVIC-ARA000412-482 |
| 8 | Photographs L-Pod | CORECIVIC-ARA000483-516 |
| 9 | Photographs M-Pod | CORECIVIC-ARA000517-536 |
| 10 | Photographs N-Pod | CORECIVIC-ARA000537-572 |
| 11 | Photographs P-Pod | CORECIVIC-ARA000573-605 |
| 12 | Photographs R-Pod | CORECIVIC-ARA000606-625 |