# ATTACHMENT 1
# Supplemental Declaration of C. LaRose
# (Part 1)

**OPPOSITE GENDER MUST
ANNOUNCE UPON ENTRY.**

A100





PER CDC, THE
FOLLOWING PPE ARE
REQUIRED IN THIS
AREA

POD

A

# PER CDC, THE FOLLOWING PPE ARE REQUIRED IN THIS AREA:

**FACEMASK**

**EYE PROTECTION**

**GLOVES**



CORECIVIC-AHA000187



# BE MINDFUL OF SOCIAL DISTANCING



## PLEASE REMAIN 6' APART

Mantener Distancia Social
保持社交距離 Bǎochí shèjiāo jùlí
Kenbe Distans Sosyal
Держите социальную дистанцию
Derzhite sotsial'nuyu distantsiyu
Rike nesa da zamantakewa

CORECIVIC-ARA000169



# Coronavirus Prevention and Symptoms

The novel coronavirus, or COVID-19, is a severe respiratory illness, and we all need to do our part to keep our facility healthy and safe.

## SYMPTOMS INCLUDE A COMBINATION OF:

**One of these:**
- Coughing
- Shortness of breath

 **OR**

**Two or more of these:**
- Fever
- Chills
- Repeated shaking
- Muscle pain
- Headache
- Sore throat
- Recent loss of taste or smell

## COVID-19 SPREADS THROUGH



Close contact (about 6 feet)



Coughing and sneezing

## WAYS TO PREVENT COVID-19

← KEEP 6 FEET DISTANCE →

- Avoid close contact with people who are sick.
- Don't touch your eyes, nose, or mouth with un-washed hands.
- Cover your cough or sneeze with a tissue, then throw the tissue away.

- Wear a cloth or surgical paper mask
- Wash your hands often with soap and water for at least 20 seconds, especially before eating, and after going to the bathroom, blowing your nose, coughing, or sneezing.

If you start to feel any of the **symptoms** listed, **let someone know immediately.**

Revised April 30, 2020

CORECIVIC-ARA000190

# BE MINDFUL OF SOCIAL DISTANCING



## PLEASE REMAIN 6' APART

Mantener Distancia Social
保持社交距離 Bǎochí shèjiāo jùlí
Kenbe Distans Sosyal
Держите социальную дистанцию
Derzhite sotsial'nuyu distantsiyu
Rike nesa da zamantakewa

CORECIVIC-ABA000191



# CoreCivic

# Coronavirus: Prevencion y Sintomas

El nuevo coronavirus, o COVID-19, es una enfermedad respiratoria grave, y todos debemos hacer nuestra parte para mantener nuestras instalaciones sanas y seguras

## LOS SÍNTOMAS INCLUYEN UNA COMBINACIÓN DE:

**Uno de estos:**
- Tos
- Dificultad para respirar

 **O**

**Dos o más de estos:**
- Fiebre
- Resfriado
- Sacudidas repetidas
- Dolor muscular

- Dolor de cabeza
- Dolor de garganta
- Pérdida reciente de sabor u olor

## SE PROPAGA A TRAVÉS DE:



Contacto cercano (aproximada-mente 6 pies)



Toser y estornudar

## FORMAS DE EVITAR CONTRAER COVID-19 :

← MANTENGA UNA DISTANCIA DE 6 PIES →

- Evitar el contacto cercano con personas que están enfermas
- No toque sus ojos, nariz o boca con las manos sin lavar
- Cubra su tos o estornude con un pañuelo desechable , y después de usarlo, bótelo

- Use un paño o una máscara de papel quirúrgica
- Lávese las manos con frecuencia con agua y jabón durante al menos 20 segundos, especialmente antes de comer y después de ir al baño, sonarse la nariz, toser o estornudar

Si comienza a sentir alguno de los **síntomas** enumerados, **avísele a alguien de inmediato.**

Revised April 30, 2020

CORECIVIC-AR4A000192





# BE MINDFUL OF SOCIAL DISTANCING



## PLEASE REMAIN 6' APART

Mantener Distancia Social
保持社交距離 Bǎochí shèjiāo jùlí
Kenbe Distans Sosyal
Держите социальную дистанцию
Derzhite sotsial'nuyu distantsiyu
Rike nesa da zamantakewa

እጅዎን ይታጠቡ
Amharic

Ntxuav koj txhais tes
Hmong

اغسل يديك
Arabic

Lávese las manos
Spanish

COREC0051-A0000705

 **CoreCivic**

# COVID-19
# Information for Inmates and Detainees

The **novel coronavirus, or COVID-19,** is a respiratory illness that is easily transmissible through the air and on surfaces if prevention measures are not followed. We all need to do our part to keep our facility safe and healthy.

## SYMPTOMS OF COVID-19


Fever


Coughing


Shortness of breath

## COVID-19 SPREADS THROUGH


Close contact (about 6 feet)


Coughing and sneezing


Touching a contaminated surface and then touching your eyes, nose or mouth

## HOW TO PREVENT COVID-19

←——————— KEEP 6 FEET DISTANCE ———————→

- Avoid close contact with people who are sick
- Don't touch your eyes, nose, or mouth
- Cover your cough or sneeze with a sleeve, not your hand

- Wash your hands often with soap and water for at least 20 seconds, especially before eating, and after going to the bathroom, blowing your nose, coughing, or sneezing

If you start to feel any of the **symptoms** listed, fill out a **sick call request immediately.** Alert a staff member if you notice someone else looking unwell. Requests consistent with the symptoms of COVID-19 will be prioritized.

# COVID 19
CORONAVIRUS DISEASE

# STOP THE SPREAD OF GERMS

### Help prevent the spread of respiratory diseases like COVID-19.

Avoid close contact with people who are sick.



Cover your cough or sneeze with a tissue, then throw the tissue in the trash.

Avoid touching your eyes, nose, and mouth.

Clean and disinfect frequently touched objects and surfaces.

Stay home when you are sick, except to get medical care.



Wash your hands often with soap and water for at least 20 seconds.



CDC

For more information: www.cdc.gov/COVID19

CORECIVIC-AB4000197



Wash your hands often with soap
and water for at least 20 seconds.

**CDC**

For more information: www.cdc.gov/COVID19

CS314915-A

# BE MINDFUL OF SOCIAL DISTANCING



## PLEASE REMAIN 6' APART

Mantener Distancia Social
保持社交距離 Bǎochí shèjiāo jùlí
Kenbe Distans Sosyal
Держите социальную дистанцию
Derzhite sotsial'nuyu distantsiyu
Rike nesa da zamantakewa

CORECIVIC-ABA000198