# ATTACHMENT 1
# Supplemental Declaration of C. LaRose
# (Part 2)





# BE MINDFUL OF SOCIAL DISTANCING

## PLEASE REMAIN 6' APART

Mantener Distancia Social
保持社交距離 Bǎochí shèjiāo jùlí
Kenbe Distans Sosyal
Держите социальную дистанцию
Derzhite sotsial'nuyu distantsiyu
Rike nesa da zamantakewa

CORECIVIC-ARA000200

A003

PHONE CALLS ARE SUBJECT TO MONITORING.
IF YOU NEED AN UNMONITORED CALL TO A LEGAL
REPRESENTATIVE YOU NEED TO CONTACT THE UNIT STAFF
TELEPHONES ARE AVAILIBLE 5:00 AM TO 10:00 PM

CADA LLAMA PUEDE SER ESCUCHADA Y GRABADA. SI NECESITA
HACER UNA LLAMADA LEGAL TIENE QUE CONTACTAR AL
PERSONAL DE LA UNIDAD

CORECIVIC-ARA000201



# CoreCivic

## Inmate/Resident Use of Cloth or Surgical Paper Masks

You will soon be provided with a cloth or surgical paper face mask you may voluntarily wear inside the facility. Here are a few answers to common questions regarding the use of these masks.

**WHAT MASK CAN I WEAR?**
You have the option to immediately begin wearing a cloth or paper mask provided to you by CoreCivic. These masks should not be altered in any way, including adding designs, coloring, or lettering.

**CAN I KEEP THE MASK ON ALL THE TIME?**
You can wear your mask as long as you aren't being asked to remove it to provide positive identification.

**HOW DO I WEAR THE MASK?**
Make sure the mask covers both your nose and mouth at all times, and adjusted as needed. Keep it below your eyes and out of your field of vision, and don't let it hang down below your neck.

**WHEN SHOULDN'T I WEAR A MASK?**
Don't wear a mask if it impairs your ability to breathe, fogs up your eye glasses, or impairs your vision.

**HOW SHOULD I TAKE MY MASK OFF IF I WANT TO REUSE IT?**
Act as though the front of the mask is contaminated. Wash your hands thoroughly and remove the mask slowly and carefully using the ear loops on the side. Visually inspect it for contamination, or distortion in shape or form. Don't lay the mask on a surface as it may contaminate the surface.

**WHAT SHOULD I DO IF THE MASK IS DAMAGED?**
Any mask that is soiled, torn, or saturated should be thrown away in standard garbage bin as long as you don't show any of the symptoms of COVID-19. If you are symptomatic, contact health services, and follow the current medical policies and procedures.

**HOW LONG CAN I CONTINUE TO WEAR A MASK?**
You can continue to wear a cloth or paper mask as long as a State of Emergency is in effect for the COVID-19 outbreak in your state. However, permission may be revoked at the discretion of CoreCivic if necessary in order to comply with applicable state or federal orders, partner directives, to ensure the orderly operation of CoreCivic institutions, or to promote the health and safety of inmates and staff.

**REMEMBER**
Even if you use a cloth or surgical paper mask, you should still follow all CDC issued guidelines to prevent the spread of COVID-19, including social distancing, frequent hand washing, and avoiding skin to skin contact with others.

CORECIVIC-ARA000202

You can continue to wear a cloth or paper... COVID-19 outbreak in your state. However, permission may be revoked at the discretion... ic if necessary in order to comply with applicable state or federal orders, partner directives, to ensure the orderly operation of CoreCivic institutions, or to promote the health and safety of inmates and staff.

**REMEMBER**
Even if you use a cloth or surgical paper mask, you should still follow all CDC issued guidelines to prevent the spread of COVID-19, including social distancing, frequent hand washing, and avoiding skin to skin contact with others.



# CoreCivic

## Uso de Máscaras de tela o de papel quirúrgicas para Reos/Residentes

Pronto se le proporcionará con un paño o una mascarilla quirúrgica de papel que puede usar de forma voluntaria dentro de la instalación. Aquí hay algunas respuestas a preguntas comunes sobre el uso de estas máscaras.

**¿QUÉ MÁSCARA PUEDO USAR?**
Tiene la opción de comenzar a usar inmediatamente un paño o una máscara de papel que CoreCivic le proporcionó. Estas mascaras no deben de alterarse de ninguna manera, ni agregar diseños, colores, o letras.

**¿PUEDO MANTENER LA MÁSCARA TODO EL TIEMPO?**
Puede usar su máscara siempre que no le pidan que se la quite para proporcionar una identificación positiva.

**¿CÓMO ME PONGO LA MÁSCARA?**
Asegúrese de que la máscara cubra su nariz y boca en todo momento, y ajústela según sea necesario. Manténgalo debajo de sus ojos y fuera de su campo de visión, y no permita que cuelgue debajo de su cuello.

**¿CUÁNDO NO DEBERÍA USAR UNA MÁSCARA?**
No use una mascara si deteriora su capacidad de respirar, empaña sus ojos, o deteriora su visión.

**¿CÓMO DEBO QUITARME LA MÁSCARA SI QUIERO REUTILIZARLA?**
Actúa como si el frente de la máscara estuviera contaminado. Lávese bien las manos y quítese la máscara lentamente y con cuidado usando los ganchos para los oídos a los lados. Inspeccione la mascara visualmente por contaminación o distorsion. No coloque la máscara sobre una superficie, ya que puede contaminarla.

**¿QUÉ DEBO HACER SI LA MÁSCARA ESTÁ DAÑADA?**
Cualquier máscara que esté sucia, rasgada o saturada debe tirarse a la basura estándar siempre que no muestre ninguno de los síntomas de COVID-19. Si usted tiene síntomas contacte a los servicios de salud, y siga las políticas y procedimientos de médicos actuales.

**¿CUÁNTO TIEMPO PUEDO SEGUIR USANDO UNA MÁSCARA?**
Puede continuar usando una máscara de tela o papel siempre y cuando exista un estado de emergencia para el brote de COVID-19 en su estado. Sin embargo, se puede revocar el permiso a discreción de CoreCivic si es necesario para cumplir con las órdenes estatales o federales aplicables, las directivas de los socios, para garantizar el funcionamiento ordenado de las instituciones de CoreCivic o para promover la salud y la seguridad de los reclusos y el personal.

**RECUERDA**
Si usa una máscara de tela o papel quirúrgica, debe seguir todas las direcciones de la CDC publicadas para prevenir la propagación de COVID-19, incluyendo el distanciamiento social, lavado frecuente de manos y evitar el contacto piel a piel con otros.

Revised April 13, 2020

CORECIVIC-ARA000203



CORECIVIC-ARA000204



CORECIVIC-ARA000205





CORECIVIC-ARA000207


CORECIVIC-ARA000208





# BE MINDFUL OF SOCIAL DISTANCING



## PLEASE REMAIN 6' APART

Mantener Distancia Social
保持社交距離 Bǎochí shèjiāo jùlí
Kenbe Distans Sosyal
Держите социальную дистанцию
Derzhite sotsial'nuyu distantsiyu
Rike nesa da zamantakewa

CORECIVIC-ARA000211