# ATTACHMENT 1
# Supplemental Declaration
# of C. LaRose
# (Part 4)

# BE MINDFUL OF SOCIAL DISTANCING



## PLEASE REMAIN 6' APART

Mantener Distancia Social
保持社交距離 Bǎochí shèjiāo jùlí
Kenbe Distans Sosyal
Держите социальную дистанцию
Derzhite sotsial'nuyu distantsiyu
Rike nesa da zamantakewa



BE MINDFUL
OF SOCIAL
DISTANCING

FIRE
VALVE

CORECIVIC-ARN000226

# BE MINDFUL OF SOCIAL DISTANCING



## PLEASE REMAIN 6' APART

Mantener Distancia Social

保持社交距離 Bǎochí shèjiāo jùlí

Kenbe Distans Sosyal

Держите социальную дистанцию

Derzhite sotsial'nuyu distantsiyu

Rike nesa da zamantakewa

CORECIVIC-AB4000109

 **CoreCivic**

# COVID-19
# Information for Inmates and Detainees

The **novel coronavirus, or COVID-19,** is a respiratory illness that is easily transmissible through the air and on surfaces if prevention measures are not followed. We all need to do our part to keep our facility safe and healthy.

## SYMPTOMS OF COVID-19


Fever


Coughing


Shortness of breath

## COVID-19 SPREADS THROUGH


Close contact (about 6 feet)


Coughing and sneezing


Touching a contaminated surface and then touching your eyes, nose or mouth

## HOW TO PREVENT COVID-19

← KEEP 6 FEET DISTANCE →

- Avoid close contact with people who are sick
- Don't touch your eyes, nose, or mouth
- Cover your cough or sneeze with a sleeve, not your hand

- Wash your hands often with soap and water for at least 20 seconds, especially before eating, and after going to the bathroom, blowing your nose, coughing, or sneezing

If you start to feel any of the **symptoms** listed, fill out a **sick call request immediately.** Alert a staff member if you notice someone else looking unwell. Requests consistent with the symptoms of COVID-19 will be prioritized.

CORECIVIC-ABA000230



 **CoreCivic**

# COVID-19
# Information for Inmates and Detainees

The **novel coronavirus, or COVID-19,** is a respiratory illness that is easily transmissible through the air and on surfaces if prevention measures are not followed. We all need to do our part to keep our facility safe and healthy.

## SYMPTOMS OF COVID-19

  

Fever        Coughing        Shortness of breath

## COVID-19 SPREADS THROUGH

  

Close contact (about 6 feet)        Coughing and sneezing        Touching a contaminated surface and then touching your eyes, nose or mouth

## HOW TO PREVENT COVID-19

←————————————— KEEP 6 FEET DISTANCE —————————————→

- Avoid close contact with people who are sick
- Don't touch your eyes, nose, or mouth
- Cover your cough or sneeze with a sleeve, not your hand

- Wash your hands often with soap and water for at least 20 seconds, especially before eating, and after going to the bathroom, blowing your nose, coughing, or sneezing

If you start to feel any of the **symptoms** listed, fill out a **sick call request immediately.** Alert a staff member if you notice someone else looking unwell. Requests consistent with the symptoms of COVID-19 will be prioritized.

CORECIVIC-ABA000232

# BE MINDFUL OF SOCIAL DISTANCING



## PLEASE REMAIN 6' APART

Mantener Distancia Social

保持社交距離 Bǎochí shèjiāo jùlí

Kenbe Distans Sosyal

Держите социальную дистанцию

Derzhite sotsial'nuyu distantsiyu

Rike nesa da zamantakewa

CORECIVIC-ARA000233



A 107

Dorm
of
The Week

A-107

CORECIVIC-ARNOLD0234

# BE MINDFUL OF SOCIAL DISTANCING



## PLEASE REMAIN 6' APART

Mantener Distancia Social
保持社交距離 Bǎochí shèjiāo jùlí
Kenbe Distans Sosyal
Держите социальную дистанцию
Derzhite sotsial'nuyu distantsiyu
Rike nesa da zamantakewa

CORECIVIC-ABA000235

# BE MINDFUL OF SOCIAL DISTANCING



## PLEASE REMAIN 6' APART

Mantener Distancia Social
保持社交距離 Bǎochí shèjiāo jùlí
Kenbe Distans Sosyal
Держите социальную дистанцию
Derzhite sotsial'nuyu distantsiyu
Rike nesa da zamantakewa

CORECIVIC-ARA000256



CORECIVIC-ARANO0237

# BE MINDFUL OF SOCIAL DISTANCING



## PLEASE REMAIN 6' APART

Mantener Distancia Social

保持社交距離 Bǎochí shèjiāo jùlí

Kenbe Distans Sosyal

Держите социальную дистанцию

Derzhite sotsial'nuyu distantsiyu

Rike nesa da zamantakewa

CORECIVIC-ABA000238

# BE MINDFUL OF SOCIAL DISTANCING



## PLEASE REMAIN 6' APART

Mantener Distancia Social

保持社交距離 Bǎochí shèjiāo jùlí

Kenbe Distans Sosyal

Держите социальную дистанцию

Derzhite sotsial'nuyu distantsiyu

Rike nesa da zamantakewa

COREEUIVIC-ARAD00239

# BE MINDFUL OF SOCIAL DISTANCING



## PLEASE REMAIN 6' APART

Mantener Distancia Social

保持社交距離 Bǎochí shèjiāo jùlí

Kenbe Distans Sosyal

Держите социальную дистанцию

Derzhite sotsial'nuyu distantsiyu

Rike nesa da zamantakewa

CORECIVIC-ABA000240

**No Sharing items**

**Keep social distance (6 feet)**

Không có mục chia sẻ

**Giữ khoảng cách xã hội (6 feet)**

没有共享项目

保持社交距离（6英尺）

Méiyǒu gòngxiǎng xiàngmù
bǎochí shèjiāo jùlí (6 yīngchǐ)

Pa gen atik pataje
Kenbe distans sosyal (6 pye)

No compartir elementos
Mantenga la distancia social (6
pies)

CORECIVIC-ARA000241