# ATTACHMENT 1
# Supplemental Declaration
# of C. LaRose
# (Part 5)



CORECIVIC-ARN0002142





 **CoreCivic**

## Uso de Máscaras de tela o de papel quirúrgicas para Reos/Residentes

Pronto se le proporcionará con un paño o una mascarilla quirúrgica de papel que puede usar de forma voluntaria dentro de la instalación . Aquí hay algunas respuestas a preguntas comunes sobre el uso de estas máscaras.

### ¿QUÉ MÁSCARA PUEDO USAR?

Tiene la opción de comenzar a usar inmediatamente un paño o una máscara de papel que CoreCivic le proporcionó. Estas mascaras no deben de alterarse de ninguna manera, ni agregar diseños, colores, o letras.

### ¿PUEDO MANTENER LA MÁSCARA TODO EL TIEMPO?

Puede usar su máscara siempre que no le pidan que se la quite para proporcionar una identificación positiva.

### ¿CÓMO ME PONGO LA MÁSCARA?

Asegúrese de que la máscara cubra su nariz y boca en todo momento, y ajústela según sea necesario. Manténgalo debajo de sus ojos y fuera de su campo de visión, y no permita que cuelgue debajo de su cuello.

### ¿CUÁNDO NO DEBERÍA USAR UNA MÁSCARA?

No use una mascara si deteriora su capacidad de respirar, empaña sus ojos, o deteriora su visión.

### ¿CÓMO DEBO QUITARME LA MÁSCARA SI QUIERO REUTILIZARLA?

Actúa como si el frente de la máscara estuviera contaminado. Lávese bien las manos y quítese la máscara lentamente y con cuidado usando los ganchos para los oídos a los lados. Inspeccione la mascara visualmente por contaminación o distorsion. No coloque la máscara sobre una superficie, ya que puede contaminarla.

### ¿QUÉ DEBO HACER SI LA MÁSCARA ESTÁ DAÑADA?

Cualquier máscara que esté sucia, rasgada o saturada debe tirarse a la basura estándar siempre que no muestre ninguno de los síntomas de COVID-19 . Si usted tiene síntomas contacte a los servicios de salud, y siga las políticas y procedimientos de médicos actuales.

### ¿CUÁNTO TIEMPO PUEDO SEGUIR USANDO UNA MÁSCARA?

Puede continuar usando una máscara de tela o papel siempre y cuando exista un estado de emergencia para el brote de COVID-19 en su estado. Sin embargo, se puede revocar el permiso a discreción de CoreCivic si es necesario para cumplir con las órdenes estatales o federales aplicables, las directivas de los socios, para garantizar el funcionamiento ordenado de las instituciones de CoreCivic o para promover la salud y la seguridad de los reclusos y el personal.

---

**RECUERDA**

Si usa una máscara de tela o papel quirúrgica , debe seguir todas las direcciones de la CDC publicadas para prevenir la propagación de COVID-19, incluyendo el distanciamiento social, lavado frecuente de manos y evitar el contacto piel a piel con otros.

Revised April 13, 2020

CORECIVIC-ABA000245

 **CoreCivic**

# Inmate/Resident Use of Cloth or Surgical Paper Masks

You will soon be provided with a cloth or surgical paper face mask you may voluntarily wear inside the facility. Here are a few answers to common questions regarding the use of these masks.

---

**WHAT MASK CAN I WEAR?**

You have the option to immediately begin wearing a cloth or paper mask provided to you by CoreCivic. These masks should not be altered in any way, including adding designs, coloring, or lettering.

**CAN I KEEP THE MASK ON ALL THE TIME?**

You can wear your mask as long as you aren't being asked to remove it to provide positive identification.

**HOW DO I WEAR THE MASK?**

Make sure the mask covers both your nose and mouth at all times, and adjusted as needed. Keep it below your eyes and out of your field of vision, and don't let it hang down below your neck.

**WHEN SHOULDN'T I WEAR A MASK?**

Don't wear a mask if it impairs your ability to breathe, fogs up your eye glasses, or impairs your vision.

**HOW SHOULD I TAKE MY MASK OFF IF I WANT TO REUSE IT?**

Act as though the front of the mask is contaminated. Wash your hands thoroughly and remove the mask slowly and carefully using the ear loops on the side. Visually inspect it for contamination, or distortion in shape or form. Don't lay the mask on a surface as it may contaminate the surface.

**WHAT SHOULD I DO IF THE MASK IS DAMAGED?**

Any mask that is soiled, torn, or saturated should be thrown away in standard garbage bin as long as you don't show any of the symptoms of COVID-19. If you are symptomatic, contact health services, and follow the current medical policies and procedures.

**HOW LONG CAN I CONTINUE TO WEAR A MASK?**

You can continue to wear a cloth or paper mask as long as a State of Emergency is in effect for the COVID-19 outbreak in your state. However, permission may be revoked at the discretion of CoreCivic if necessary in order to comply with applicable state or federal orders, partner directives, to ensure the orderly operation of CoreCivic institutions, or to promote the health and safety of inmates and staff.

**REMEMBER**

Even if you use a cloth or surgical paper mask, you should still follow all CDC issued guidelines to prevent the spread of COVID-19, including social distancing, frequent hand washing, and avoiding skin to skin contact with others.

Revised April 13, 2020

CORECIVIC-ARA000246



# CoreCivic

## Otay Mesa Detention Center
## Town Hall Meeting Record

| Unit | A-Pod | Time Started | 1015 |
|---|---|---|---|
| Date of Meeting | 12-11-2019 | Time Ended | 1055 |

| Staff Attending Meeting | R. Ayers | Title | Unit Manager |
|---|---|---|---|
| | P. Blas | | Case Manager |
| | | | |
| | | | |
| | | | |

**Subject Covered by Unit Management Team:**

1. Medical will be starting a new procedure on Wednesday December 18. If you sign up for sick call or called to medical for any reason you will need to make sure you know the new procedures. You will have to go to either the appointment or pill call or report to sign the refusal. If you fail to report, you will be receiving disciplinary action for refusal. You must report to medical to sign the refusal medical officers will notify medical you are here sign the paperwork.

2. PREA: You are not allowed to be touched by anyone in a sexual manner, by staff or anyone else in this facility. It is not allowed and you have many ways to report this through the use of the phone, contacting staff, write a request to ICE or Core Civic. It does not manner the way it is just important that you report.

3. Fire Drills: You will need to make sure that you are quite, line up, and follow the directives of staff. It is important that we get everyone out in the event of a fire.

4. Get Down: Staff will blow the whistle and you will then set on the floor quietly until told to move. The ERT will be arriving and will need to access the area. Please remain quiet and follow the staff directives.

5. We are in the holiday season; this is not a happy time for everyone. We need to recognize that we sometimes are depressed and have feeling that make us feel down, or depressed or just need someone to talk too. It is very important that we keep our eyes open and support each other. This is for the detainees as well as staff. Please if you see, someone having a hard time remember that you need to say something. There is nothing wrong in speaking with staff, medical, at any time. We are here to assist your needs

6. Make sure that you are decorating for the season. We will be doing Christmas around the world so that everyone has an opportunity to participate. You will be receiving supplies to decorate. Make sure that help each other and have fun. ADO staff will be making the discussion on the winner. Good Luck

**Concerns brought up by the inmates/detainees:**

1. Detainees asked about the Christmas dinner and wanted to know if it was going to have tamales? No the meal will be the same as Thanksgiving.

2. Detainees asked about having contact visit on Christmas Day? They were told that this visit occurs on the scheduled day only.

**Comments: NONE**

| Warden | | Date | 12-17-2019 |
|---|---|---|---|
| Assist. Warden Programs | | Date | 12-17-2019 |
| Assist. Warden Operations | | Date | 12-17-2019 |

this.

CORECIVIC-AMA000247



# Otay Mesa Detention Center
# Town Hall Meeting Record

| Unit | A | Time Started | 1030 |
|---|---|---|---|
| Date of Meeting | 11-23-2019 | Time Ended | 1120 |

| Staff Attending Meeting | R. Ayers | Title | Unit Manager |
| | P. Blas | | Case Manager |
| | | | |
| | | | |

**Subject Covered by Unit Management Team:**

1. Being respectful of the other detainees and do not be bullying each other.
2. Be respectful to the staff and follow the directives that are given.
3. Make sure that you are making your bed and keeping yourself clean.
4. PREA: Do not touch anyone and do not allow anyone to touch you in a sexual way. This is not allowed. It is against the law. Report to staff any concerns, or call the PREA hotline the phone number are listed on the phones and PREA posters in the facility. You have a right to be safe.
5. Fighting and horseplay are disciplinary reports that will result in you being placed into segregation. If the disciplinary Officer gives you 30 or 60 days ICE has stated you will do the whole time. No early release. The report will follow you to your judge. Be on your best behavior.
6. Hygiene items are given out on Tuesday with full issue and Friday you will receive toilet paper and shampoo. You will be required to trade the empty containers. The soap in the gallon jug is body wash and shampoo. Please make sure that you are not hording the items.
7. No visiting cell to cell, visit in the dayroom. Make sure that you are making your bed by 0930 hours everyday.
8. Get down process is when the officer calls an emergency and blows the whistle then set down on the ground. Stay until told to move.
9. You must have your shirt tucked in and your identification card on your shirt when you leave the unit. Remember that you are to be on your best behavior in the corridors especially.
10. Sick call is at 0500 hours you need to sign up if you are sick. Do not wait sign up.
11. Fire drills held and will be practiced just as we would conduct a real fire drill. You will be quite listen for directives and move either from the entrance or from the exit. We will need to make sure that we are listening. All you will need is yourself and your identification card. Everything in this building is replaceable except you and my staff.
12. Make sure that you are performing your job duties, I am impressed with the way you keep the unit clean. Continue to do so.

**Concerns brought up by the inmates/detainees:**

1. Can we please have 3 microwaves? No two microwaves are sufficient for the needs of this Unit. Remember that we do not line up bowl and cups or argue over the microwave.
2. How long does it take to see LOP or go to court? This question that will need to be addressed with ICE on their forms.
3. How do we get a special diet? If it is a religious issue then you will need to submit a request to the chaplain. If it is a medical issue then you will need to seek medical assistance with this.

Case 3:20-cv-00774-JAG-SKC   Document #59   Filed 09/28/23   Page 9 of 10   Page 9 of 10



CORECIVIC-ARA000249

