# ATTACHMENT 2
# Supplemental Declaration
# of C. LaRose

OPPOSITE GENDER MUST
ANNOUNCE UPON ENTRY.



CORECIVIC-ARA000251



CORECIVIC-ARA000252

 **CoreCivic**

# Otay Mesa Detention Center
# Town Hall Meeting Record

| Unit | All Pods | Time Started | 0930 |
|---|---|---|---|
| Date of Meeting | 4/24/20 | Time Ended | 1630 |
| | Sawyer | | Chief of Unit Management |
| | Torres, M. | | Unit Manager |
| Staff Attending Meeting | Hogue | Title | Unit Manager |
| | Handsbur | | Unit Manager |
| | Hawkins | | Unit Manager |

## Subject Covered by Unit Management Team:

**Corona Virus/ COVID 19 Facility Update:**

- There are 24 staff members at OMDC that have been tested positive for Covid-19.
- There are 98 detainees at OMDC that have been tested positive for Covid-19.
- Our goal is to get information out to detainees every day as long as necessary through the town hall process as well as postings on the bulletin board.
- Reminder, we are following all CDC precautionary steps to minimize internal and external exposures to our staff and the detainee population.
- We encourage any of you that have a fever, chest congestion, or difficulty breathing to let staff know immediately. All unit and security staff has been instructed to contact medical immediately, do not wait if you miss sick call, and notify a staff member immediately.
- We are going to do everything we can to isolate this and any future cases, but it depends on you as much as us. We are one team on this fight and buy-in to that idea is what is going to keep this from becoming worse than it needs to be. **DO NOT** share clothes, hygiene items, sporks, or cups.
- This is not an OMDC issue, it is a world issue, and everyone in here knows by now what we need to be doing to mitigate this virus – **hand washing, social distancing, facility sanitation, etc.**
- We will be cohorting every pod and continue to satellite feeding moving forward.
- To minimize any exposure, as many services as possible will continue to be conducted within the pods. Sick call/pill call, religious services, meals, library services, etc.
- Legal representation access, court procedures, medical appointments, transfers, releases, and any other movement in and out of the facility will be dictated on a case-by-case basis by ICE, USMS, and medical staff.
- If you have, questions beyond this get them to the unit manager and we will answer them individually or in future town halls if it is facility wide concern.

**Hostility:** I want to reiterate **hostility** towards any staff, medical staff or other detainees will not be tolerated, this includes during town hall announcements. It is everyone's responsibility to be respectful and professional with each other and staff alike. If the hostility continues, we will no longer hold town meetings, and all information will be relayed in the pods by postings only.

**Mask:** We will be handing mask out today for anyone that would like one.

**Welfare check:** This is a very trying time for everyone. The Unit team and medical staff have heard that there are many detainees that are sick and they are staying in their rooms to avoid being moved. The Unit team and Security we be conducting welfare checks to ensure everyone is ok. Please remember If you are sick, you need to go to medical. As staff, conduct welfare checks and staff see that you are sick you will be referred to medical.

**Sanitation:** Sanitation is a have too!!! Please continue to keep your cells and dayroom clean. We have to continue the hourly dayroom sanitation going.

CORECIVIC-ARA000253

 CoreCivic

# Otay Mesa Detention Center
# Town Hall Meeting Record

| Unit | ICE- Pods | Time Started | 1005 |
|---|---|---|---|
| Date of Meeting | 04-20-2020 | Time Ended | 1454 |
| **Staff Attending Meeting** | Sawyer | **Title** | Chief of Unit Management |
| | Miranda | | Medical Staff- IHSC |
| | Torres, M | | Unit Manager |
| | Gallina | | Case Manager |
| | Privette | | Case Manager |

## Subject Covered by Unit Management Team:
**Corona Virus/ COVID 19**

- Spreads via droplets, such as surfaces – keep all surfaces clean, tables, and clean the phone after each use
- Preventative measures- wash hands frequently, before and after eating, and after using the restroom.
- Social Distancing- distance from each other when possible
- Cover all coughing/ wear a mask if coughing
- REPORT TO MEDICAL if Symptoms are present: Chest Congestion, fever, body aches, coughing, diarrhea
- Sign up for sick call if symptoms are present,
- Test: mild to no symptoms will not be tested, due to the shortage of test available.  However, more and more test are becoming available to test those that meet the criteria for testing.
- A small percentage show severe symptoms.
- Sick call: for those showing symptoms, the oxygen levels are being checked and temperatures
- There are currently 35 positive detainee cases, and all are being monitored.

## Concerns brought up by the inmates/detainees:

**Staff:** What about staff who come in and out of the facility?

**ICE-** What is the status of being released?

**Kitchen:** Can Trinity come and talk to the unit about the food portions in the meal?

**Movement:** Why is H-pod moving to N-pod?

**Medical:**

1. Who is being tested and what is the criteria (aka why can't I be tested?)
2. What happened to those who test positive?
   a. What if I am cellmate of someone who tested positive, should I e tested?
3. Are all detainees having their temperature taken daily?
4. What if I have symptoms, may I sign up for sick call?
5. What about specialty care appointments? (I have a broken finger, of the chronic condition), will U get referred for outside care?
6. Who provides masks to detainees?
7. How long may I wear a surgical mask?
8. Can I/we get N-95 masks?
9. If we have underlying medical condition that place us at greater risk in we contract the COVID-19, can we get medically recommendation for release?
10. The CDC and the state of CA recommends 6feet + social distances; and no more than 10 people gathered, how are we able to maintain that here?
11. What is the procedure/protocol for transferring detainee for outside appointment in order to reduce potential exposure?
   a. What if that person was exposed in the community and now bought back to our pod ( even medically compromised pod)

Page 1 of 2

CORECIVIC-ARA000254

| Unit | | | | |
|---|---|---|---|---|
| **Date of Meeting** | 04-13-2020 | | | |
| **Staff Attending Meeting** | Torres, M./ Handsbur/ Hogue | | **Title** | **Unit Manager** |
| | Lakatos/ Malakhova/ Bruklier | | | **Medical Staff- IHSC** |
| | | | | |
| | | | | |

## Subject Covered by Unit Management Team:

**Corona Virus/ COVID 19**

- Spreads via droplets, such as surfaces – keep all surfaces clean, tables, and clean the phone after each use
- Preventative measures- wash hands frequently, before and after eating, and after using the restroom.
- Social Distancing- distance from each other when possible
- Cover all coughing/ wear a mask if coughing
- REPORT TO MEDICAL if Symptoms are present: Chest Congestion, fever, body aches, coughing
- Sign up for sick call if symptoms are present
- Test: mild symptoms will not be tested, due to the shortage of test available.
- A small percentage show severe symptoms.
- Sick call: for those showing symptoms, the oxygen levels are being checked and temperatures
- There are currently 22 positive detainee cases, and all are being monitored.

## Concerns brought up by the inmates/detainees:

**Staff**: What about staff who come in and out of the facility?

**ICE**- What is the status of being released?

## Comments:

**Staff:** Preventative measures are being taken to ensure staff with symptoms does not come into the facility.

**ICE-** Question referred to IDR ICE request form.

| Warden | | Date | |
|---|---|---|---|
| **Assist. Warden Programs** | | Date | |
| **Assist. Warden Operations** | | Date | |
| **Chief of Unit Management** | | Date | |
| **Chief of Security** | | Date | |

CORECIVIC-ARA000255

| Unit | All Pods | Time Started | 0930 |
|---|---|---|---|
| Date of Meeting | 04/10/20 | Time Ended | 1145 |
| Staff Attending Meeting | Sawyer | | Chief of Unit Management |
| | Torres, M. | | Unit Manager |
| | Hogue | Title | Unit Manager |
| | Handsbur | | Unit Manager |
| | Miranda | | IHSC |

**Subject Covered by Unit Management Team:**

**Corona Virus/ COVID 19 Facility Update:**
- There are 8 staff members at OMDC that have been tested positive for Covid-19.
- There are 15 detainees at OMDC that have been tested positive for Covid-19.
- Our goal is to get information out to detainees every day as long as necessary through the town hall process as well as postings on the bulletin board.
- Reminder, we are following all CDC precautionary steps to minimize internal and external exposures to our staff and the detainee population.
- We encourage any of you that have a fever, chest congestion, or difficulty breathing to let staff know immediately. All unit and security staff has been instructed to contact medical immediately, do not wait if you miss sick call, and notify a staff member immediately.
- We are going to do everything we can to isolate this and any future cases, but it depends on you as much as us. We are one team on this fight and buy-in to that idea is what is going to keep this from becoming worse than it needs to be. **DO NOT** share clothes, hygiene items, sporks, or cups.
- This is not an OMDC issue, it is a world issue, and everyone in here knows by now what we need to be doing to mitigate this virus – hand washing, social distancing, facility sanitation, etc.
- We will be cohorting every pod and continue to satellite feeding moving forward.
- To minimize any exposure, as many services as possible will continue to be conducted within the pods. Sick call/pill call, religious services, meals, library services, etc.
- Legal representation access, court procedures, medical appointments, transfers, releases, and any other movement in and out of the facility will be dictated on a case-by-case basis by ICE, USMS, and medical staff.
- If you have, questions beyond this get them to the unit manager and we will answer them individually or in future town halls if it is facility wide concern.

**Hostility:** Towards any staff or detainee will not be tolerated, this includes during town hall announcements. It is everyone's responsibility to be respectful and professional with each other and staff alike. If the hostility continues, we will no longer hold town meetings, and all information will be relayed in the pods by postings only.

**Mask:** Have been ordered for all detainees, upon their arrival they will be issued. Once they are received, they will be issued.

**Mail:** All IDR/ICE request forms are to be submitted with the mail, they are to be folded in half and stapled to ensure privacy. Updated mail procedures will be posted, indicating the process.

| Concerns brought up by the inmates/detainees: |
|---|
| 1. Have those with symptoms recovered? |
| 2. What is the alternative to being quarantine to being with those who may be infected? |
| 3. What if someone else has it? |
| 4. Would it be best to keep everyone in his or her cells? |
| 5. Are people getting better? |

Page 1 of 2

CORECIVIC-ARA000256

| Unit | All Pods | Time Started | 1630 |
|---|---|---|---|
| Date of Meeting | 04/03/20 | Time Ended | 1730 |

| | | | |
|---|---|---|---|
| **Staff Attending Meeting** | Sawyer | **Title** | **Chief of Unit Management** |
| | Torres, M. | | Unit Manager |
| | Hogue | | Unit Manager |
| | Hawkins | | Unit Manager |
| | Handsbur | | Unit Manager |

## Subject Covered by Unit Management Team:

### Corona Virus/ COVID 19 Facility Update:

- A staff member at OMDC was tested for Covid-19 and the results have come back positive.
- The staff member has been off work and has not worked as a Pod officer for several weeks.
- Our goal is to get information out to detainees every day as long as necessary through the town hall process as well as postings on the bulletin board.
- We are following all CDC precautionary steps to minimize internal and external exposures to our staff and the detainee population.
- We encourage any of you that have a fever, chest congestion, or difficulty breathing to let staff know immediately. All unit and security staff has been instructed to contact medical immediately, do not wait if you miss sick call, and notify a staff member immediately.
- We are going to do everything we can to isolate this and any future cases, but it depends on you as much as us. We are one team on this fight and buy-in to that idea is what is going to keep this from becoming worse than it needs to be.
- This is not an OMDC issue, it is a world issue, and everyone in here knows by now what we need to be doing to mitigate this virus – hand washing, social distancing, facility sanitation, etc.
- We will be cohorting every pod and satellite feeding moving forward.
- To minimize any exposure, as many services as possible will continue to be conducted within the pods. Sick call/pill call, religious services, meals, library services, etc.
- Legal representation access, court procedures, medical appointments, transfers, releases, and any other movement in and out of the facility will be dictated on a case-by-case basis by ICE, USMS, and medical staff.
- If you have, questions beyond this get them to the unit manager and we will answer them individually or in future town halls if it is facility wide concern.

**Symptoms:** Consist of coughing, fevers, and shortness of breath.

**Staff:** Preventative measures are being taken to ensure staff with symptoms does not come into the facility.

**Prevention:** It is everyone's responsibility to be mindful of the preventative measures being taken, to ensure the reduction of contamination. High-risk detainees have been removed from the population for their protection and prevention for the population. It is important keep all surfaces clean, tables, and clean the phone after each use

**Sharing:** DO NOT share clothes, hygiene items, sporks, or cups.

### Concerns brought up by the inmates/detainees:

**MAIL:** How will mail be dropped off?

**Kitchen:** Can the people working in the kitchen come from the same area?

**Supplies:** Can we have more gloves? Can we have more chemicals? Can we have a mask?

**Court/ Releases/ Transfers:** Will court proceedings be cancelled? Will deportation, releases, or transfers be cancelled?

CORECIVIC-ARA000257

 **CoreCivic**

## Otay Mesa Detention Center
## Town Hall Meeting Record

| Unit | All Pods | Time Started | 0903 |
|---|---|---|---|
| Date of Meeting | 03-31-2020 | Time Ended | 1704 |

| Staff Attending Meeting | Sawyer | Title | Chief of Unit Management |
|---|---|---|---|
| | Torres, M. | | Unit Manager |
| | Hogue | | Unit Manager |
| | Hawkins | | Unit Manager |
| | Handsbur | | Unit Manager |
| | | | |

### Subject Covered by Unit Management Team:

**Corona Virus/ COVID 19 Facility Update:**

- A staff member at OMDC was tested for Covid-19 and the results have come back positive.
- The staff member has been off work and has not worked as a Pod officer for several weeks.
- Our goal is to get information out to detainees every day as long as necessary through the town hall process as well as postings on the bulletin board.
- We are following all CDC precautionary steps to minimize internal and external exposures to our staff and the detainee population.
- We encourage any of you that have a fever, chest congestion, or difficulty breathing to let staff know immediately. All unit and security staff has been instructed to contact medical immediately, do not wait if you miss sick call, and notify a staff member immediately.
- We are going to do everything we can to isolate this and any future cases, but it depends on you as much as us. We are one team on this fight and buy-in to that idea is what is going to keep this from becoming worse than it needs to be.
- This is not an OMDC issue, it is a world issue, and everyone in here knows by now what we need to be doing to mitigate this virus – hand washing, social distancing, facility sanitation, etc.

**Symptoms:** Consist of coughing, fevers, and shortness of breath.

**Staff:** Preventative measures are being taken to ensure staff with symptoms does not come into the facility.

**Prevention**: It is everyone's responsibility to be mindful of the preventative measures being taken, to ensure the reduction of contamination. High-risk detainees have been removed from the population for their protection and prevention for the population. It is important keep all surfaces clean, tables, and clean the phone after each use

**Sharing:** DO NOT share clothes, hygiene items, sporks, or cups.

### Concerns brought up by the inmates/detainees:

**COVID19:** Does anyone in the facility have the Coronavirus? How do we know we have not been infected?

**Kitchen:** Can the people working in the kitchen come from the same area?

**Feeding/ Chow hall:** Why do we continue to go to the chow hall? The trays and sporks are not clean when trays are issued, we can become infected

**Supplies:** Can we have more gloves? Can we have more chemicals? Can we have a mask?

**Medical Questions:** How many days before you start showing symptoms? How long does it take to get results? Why is medical not wearing mask, since they treat all of us? Can we all be tested?

**Court/ Releases/ Transfers:** Will court proceedings be cancelled? Will deportation, releases, or transfers be cancelled?

**Transport:** Why are pregnant females being mixed in with GP for transport to court or doctor's appointment?

**Pat Downs:** Why are officers patting detainees down wearing gloves and not changing them?

CORECIVIC-ARA000258



# Otay Mesa Detention Center
# Town Hall Meeting Record

| Unit | All Pods | Time Started | 0900 |
|---|---|---|---|
| Date of Meeting | 03-27-2020 | Time Ended | 1300 |

| | Torres, M./ Handsbur/ Hawkins | | Unit Manager |
|---|---|---|---|
| Staff Attending Meeting | Miranda/ Tagliafarri | | Medical Staff- IHSC |
| | | Title | |
| | | | |
| | | | |

## Subject Covered by Unit Management Team:

### Corona Virus/ COVID 19

- Spreads via droplets, such as surfaces – keep all surfaces clean, tables, and clean the phone after each use
- Preventative measures- wash hands frequently, before and after eating, and after using the restroom.
- Social Distancing- distance self-2 arm lengths away from each other when possible
- Cover all coughing/ wear a mask if persistent coughing present
- Sign up for sick call if symptoms are present.

**Symptoms:** Consist of coughing, fevers, and shortness of breath.

**Posters/signs:** Are being posted in English, Spanish, and Chinese with tips on hand washing. Such as washing the hands for 20 seconds with soap and water.

**Staff:** Preventative measures are being taken to ensure staff with symptoms does not come into the facility.

**Prevention:** It is everyone's responsibility to be mindful of the preventative measures being taken, to ensure the reduction of contamination. High-risk detainees have been removed from the population for their protection and prevention for the population.

**Sharing:** Do not share clothes or cups.

## Concerns brought up by the inmates/detainees:

**COVID19:** Does anyone in the facility have the Coronavirus?

**Request:** Can we get hand sanitizer? Can we feed in the unit? Can we get something in writing?

**Kitchen:** Can the people working in the kitchen come from the same area?

**Other:** When will this end? Why do we continue to go to the chow hall?

## Comments:

**COVID19:** There are no cases in the facility at this time. Preventative measures are being taken facility wide.

**Request:** Hand sanitizer is not necessary, soap and water work best. Feeding in the units is being discussed. Flyers with information are posted in every unit, and information will be given every week.

**Kitchen:** Those working in the kitchen come from various units, as to provide more options for feeding the facility. All kitchen workers are required to wear protective equipment when working in the kitchen and handling food.

**Other:** The end of the COVID-19 is unknown at this time. Chow hall feeding is being discussed to possibly feed in the units in the coming weeks.

| Warden | | Date | |
|---|---|---|---|
| Assist. Warden Programs | | Date | |
| Assist. Warden Operations | | Date | |
| Chief of Unit Management | | Date | |
| Chief of Security | | Date | |

Page 1 of 1

CORECIVIC-ARA000259



# Otay Mesa Detention Center
## Town Hall Meeting Record

| Unit | All ICE Housing Units | Time Started | 1350 |
|---|---|---|---|
| Date of Meeting | March 23, 2020 | Time Ended | 1651 |
| | | | |
| Staff Attending Meeting | V. Sawyer | | COUM |
| | B. Handsbur | | Unit Manager |
| | K. Hawkins | | (Acting) Unit Manager |

**Subject Covered by Unit Management Team:**

1. **Facility schedules and procedural changes:**
   At this time, we have no programs that involve any outside volunteers, HISET classes, ESL classes, religious, LOP ect... There is a change in the chow hall process only three (3) detainees sitting at each table instead of four (4).

2. **Personal hygiene and sanitation in cells and common areas:**
   It is very important that all detainees take regular showers and wash their hands frequently using soap and water for 20 seconds. Make sure all of you are following your laundry schedule. Wash your sheets at least once or twice a week. Keep you cells clean and sanitize by spraying down your mattress, bed rails, toilet, tables and chairs with HDQ. We will continue to follow the sanitation procedures for the common areas. It's important that we all do our parts to ensure we live in a safe and clean environment.

3. **Warning Signs (COVID 19 symptoms) and sick call procedures:**
   Fever, cough, and difficulty breathing are ten most common symptoms of the COVID 19 virus. If you are experiencing these symptoms, please use your sick call procedures or notify staff for assistance.

4. **Social Distancing:**
   No more than three sitting at a table in the chow hall, keep your distances at least arm length away from others. Avoid talking and being in each other's face. Do not share personal items, cups, sporks, clothes etc....

**Concerns brought up by the inmates/detainees:**

1. When will we they know about our court/are they having court
2. When will we know our release date
3. Can we get the play-station
4. Why can't they split us up, move some to the empty housing units
5. Why is "J" pod locked down
6. Why can't we have a mask
7. Why are some people(Staff) wearing mask
8. Why are we close when sitting in the Chapel
9. Staff have an attitude when asking for soap
10. Is the virus in the facility
11. Why can't we keep the Rec-open all day
12. Why no ICE Officer coming to the pods
13. When will we be able to see our family
14. Library needs to be wipe down (books, keyboard)
15. What about Officer's searching us, they are too close to us

| Comments: | | | |
|---|---|---|---|
| Warden | | Date | |

CORECIVIC-ARA000260

**CoreCivic**

## Otay Mesa Detention Center
## Town Hall Meeting Record

| Unit | C1-J-K PODS | Time Started | 0953 |
|---|---|---|---|
| Date of Meeting | 03-13-2020 | Time Ended | 1218 |
| | Torres, M. | | Unit Manager |
| | Williams, L. | | Case Manager's |
| Staff Attending Meeting | Adams, B. | Title | Detention Counselor's |
| | Linares, E., Fay, K., Johnson, C. | | Detention Officer's |
| | | | |

### Subject Covered by Unit Management Team:

**1. PREA-** must be reported immediately to staff, and all allegations will be taken seriously.

**2. ID's:** Having ID's attached to their shirt whenever they leave the housing units. Shirts must be tucked in.

**3. Fire drills:** All are to exit the unit immediately. Use of the microwave will not be allowed.

**4. Feeding:** Detainees must fill in each row of tables before moving to the next row. Once seated, there will be no standing up for more drinks or changing tables. Feeding rules are to be followed when going to the chow hall as noted on page 6 of the detainee handbook.

**5. Dayroom:** Items not in use must be put away or they will be confiscated, per page 41 of the detainee handbook.

**6. Count:** All detainees are to stand up for both counting officers for the 1530 and 2200 count.

**7. Cell Compliance:** Personal items cannot be blocking light fixtures, vents, windows or officers view. No clotheslines are allowed or any items may not obstruct the officer's view as stated in the detainee handbook.

**8. Clothing Compliance:** Reminder Clothing Compliance will take place Wednesday's, refer to the unit calendar for scheduled date.

**9. Cell Assignments:** Cell movements will only be made by the unit team only. Detainees may not move themselves; doing so will result in disciplinary action and loss of privileges.

**10. Respect:** Respect one another, bullying will not be allowed. Per the detainee handbook, no one detainee is allowed to supervise or tell another detainee what to do.

**11. Personal Hygiene/ Cleanliness:** With the ongoing news on COVID-19, the following are strongly encouraged. (1)When washing our hands, when using the restroom and before eating is paramount. (2) When coughing, cover our facial area with our elbows versus our hands to prevent the spread of germs. (3) Porters will be hired to clean every hour common areas (phones, kiosk, computers, door handles/knobs, microwaves, showers) every hour.

**12. Mental Health:** Services are available to all detainees; let a staff member know if services are needed. All concerns will be taken seriously. To include suicidal thoughts and ideations. If you see, something says something-all detainee care, welfare, and safety is our concern.

### 13. Visitation- Effective immediately:

- Social visitation (contact and non-contact visits) is canceled.
- All volunteer activities are canceled and volunteer access to the facility is restricted.
- Attorney visitation:
  - Non-contact visitation should be offered first to limit exposure to the detainees.
  - If the attorney declines non-contact visitation, the attorney will be allowed a contact visit, but staff will reinforce that the non-contact visitation is to protect the detainee and population from exposure to the virus. If the purpose of the contact visit is to facilitate the review of documents or to sign documents, the facility can facilitate sharing the documents in a non-contact setting.
- Court procedures are being discussed with EOIR at this time.

### Concerns brought up by the inmates/detainees:

Visitation: When will visitation resume?

Deportation/Transfers: Will deportation and transfers be cancelled?

CORECIVIC-ARA000261

Utay Mesa Detention Center

# Town Hall Meeting Record

| Unit | C-1 | Time Started | 1405 |
|---|---|---|---|
| Date of Meeting | 12-16-2019 | Time Ended | 1440 |

| Staff Attending Meeting | R. Ayers | Title | Unit Manager |
|---|---|---|---|
| | P. Blas | | Case Manager |
| | | | |
| | | | |
| | | | |

**Subject Covered by Unit Management Team:**

1. Medical will be starting a new procedure on Wednesday December 18. If you sign up for sick call or called to medical for any reason you will need to make sure you know the new procedures. You will have to go to either the appointment or pill call or report to sign the refusal. If you fail to report, you will be receiving disciplinary action for refusal. You must report to medical to sign the refusal medical officers will notify medical you are here sign the paperwork.

2. PREA: You are not allowed to be touched by anyone in a sexual manner, by staff or anyone else in this facility. It is not allowed and you have many ways to report this through the use of the phone, contacting staff, write a request to ICE or Core Civic. It does not manner the way it is just important that you report.

3. Fire Drills: You will need to make sure that you are quite, line up, and follow the directives of staff. It is important that we get everyone out in the event of a fire.

4. Get Down: Staff will blow the whistle and you will then set on the floor quietly until told to move. The ERT will be arriving and will need to access the area. Please remain quiet and follow the staff directives.

5. We are in the holiday season; this is not a happy time for everyone. We need to recognize that we sometimes are depressed and have feeling that make us feel down, or depressed or just need someone to talk too. It is very important that we keep our eyes open and support each other. This is for the detainees as well as staff. Please if you see, someone having a hard time remember that you need to say something. There is nothing wrong in speaking with staff, medical, at any time. We are here to assist your needs

6. Make sure that you are decorating for the season. We will be doing Christmas around the world so that everyone has an opportunity to participate. You will be receiving supplies to decorate. Make sure that help each other and have fun. ADO staff will be making the discussion on the winner. Good Luck

**Concerns brought up by the inmates/detainees:**

1. Asked about additional adult coloring pages--- Where told they would be delivered on Wed. of this week.

2. Detainee asked about math problems ---Will be receiving those on Wednesday also.

**Comments:**

Detainee were asked again about exercise class and this time stated yes, Blas would work on this. Class for unlock your thinking was to be taught on the 13th but the counselor was posted this will happen this week.

CORECIVIC-ARA000262

## Otay Mesa Detention ~~Center~~

## Town Hall Meeting Record

| Unit | C-1 | Time Started | 0950 |
|------|-----|--------------|------|
| Date of Meeting | 11-23-2019 | Time Ended | 1025 |

| | | | |
|-------------------------|-----------|-------|----------------|
| **Staff Attending Meeting** | R. Ayers | **Title** | **Unit Manager** |
| | P. Blas | | **Case Manager** |
| | | | |
| | | | |
| | | | |

**Subject Covered by Unit Management Team:**

1. Being respectful of the other detainees and do not be bullying each other.
2. Be respectful to the staff and follow the directives that are given.
3. Make sure that you are making your bed and keeping yourself clean.
4. PREA: Do not touch anyone and do not allow anyone to touch you in a sexual way. This is not allowed. It is against the law. Report to staff any concerns, or call the PREA hotline the phone number are listed on the phones and PREA posters in the facility. You have a right to be safe.
5. Fighting and horseplay are disciplinary reports that will result in you being placed into segregation. If the disciplinary Officer gives you 30 or 60 days ICE has stated you will do the whole time. No early release. The report will follow you to your judge. Be on your best behavior.
6. Hygiene items are given out on Tuesday with full issue and Friday you will receive toilet paper and shampoo. You will be required to trade the empty containers. The soap in the gallon jug is body wash and shampoo. Please make sure that you are not hording the items.
7. No visiting cell to cell, visit in the dayroom. Make sure that you are making your bed by 0930 hours everyday.
8. Get down process is when the officer calls an emergency and blows the whistle then set down on the ground. Stay until told to move.
9. You must have your shirt tucked in and your identification card on your shirt when you leave the unit. Remember that you are to be on your best behavior in the corridors especially.
10. Sick call is at 0500 hours you need to sign up if you are sick. Do not wait sign up.
11. Fire drills held and will be practiced just as we would conduct a real fire drill. You will be quite listen for directives and move either from the entrance or from the exit. We will need to make sure that we are listening. All you will need is yourself and your identification card. Everything in this building is replaceable except you and my staff.
12. Make sure that you are performing your job duties, I am impressed with the way you keep the unit clean. Continue to do so.

**Concerns brought up by the inmates/detainees:**

1. Can we please get a new Ice chest this one is broken? Yes we will be able to order a new one
2. Can we get the temperature of the water adjusted? I will have Maintenance check the pod and the water temperature.

**Comments:**

CORECIVIC-ARA000263

## Town Hall Meeting Record

| Unit | C1 | | |
|---|---|---|---|
| Date of Meeting | 10/15/2019 | Time Started | 1719 |
| | | Time Ended | 1740 |
| Staff Attending Meeting | Torres, M. | Title | Unit Manager |
| | Gonzalez, M. | | Detention Counselor |
| | Allen, S. | | Detention Officer |
| | | | |

**Subject Covered by Unit Management Team:**

1. PREA- must be reported immediately to staff; all allegations will be taken seriously and investigated.
2. Respect: All ladies are to respect one another and stay out of each other's business.
3. Count: All detainees are to stand up for both counting officers for the 1530 and 2200 count.
4. Unit Counselor: Detention Counselor Gonzalez will be the new counselor for C-1 pod.
5. Clothing: issues and request will be handles by D/C Gonzalez.

**Concerns brought up by the inmates/detainees:**

1. TV's: Not working- the sound is hard to hear on the radios

**Comments:**

1. TV's: The sound will be allowed, so long it does not interfere with the officers duties.

| Unit Manager | | Date | 10/15/19 |
|---|---|---|---|

CORECIVIC-ARA000264



CORECIVIC-ARA000265

**CoreCivic**

# Inmate/Resident Use of Cloth or Surgical Paper Masks

You will soon be provided with a cloth or surgical paper face mask you may voluntarily wear inside the facility. Here are a few answers to common questions regarding the use of these masks.

## WHAT MASK CAN I WEAR?
You have the option to immediately begin wearing a cloth or paper mask provided to you by CoreCivic. These masks should not be altered in any way, including adding designs, coloring, or lettering.

## CAN I KEEP THE MASK ON ALL THE TIME?
You can wear your mask as long as you aren't being asked to remove it to provide positive identification.

## HOW DO I WEAR THE MASK?
Make sure the mask covers both your nose and mouth at all times, and adjusted as needed. Keep it below your eyes and out of your field of vision, and don't let it hang down below your neck.

## WHEN SHOULDN'T I WEAR A MASK?
Don't wear a mask if it impairs your ability to breathe, fogs up your eye glasses, or impairs your vision.

## HOW SHOULD I TAKE MY MASK OFF IF I WANT TO REUSE IT?
Act as though the front of the mask is contaminated. Wash your hands thoroughly and remove the mask slowly and carefully using the ear loops on the side. Visually inspect it for contamination, or distortion in shape or form. Don't lay the mask on a surface as it may contaminate the surface.

## WHAT SHOULD I DO IF THE MASK IS DAMAGED?
Any mask that is soiled, torn, or saturated should be thrown away in standard garbage bin as long as you don't show any of the symptoms of COVID-19. If you are symptomatic, contact health services, and follow the current medical policies and procedures.

## HOW LONG CAN I CONTINUE TO WEAR A MASK?
You can continue to wear a cloth or paper mask as long as a State of Emergency is in effect for the COVID-19 outbreak in your state. However, permission may be revoked at the discretion of CoreCivic if necessary in order to comply with applicable state or federal orders, partner directives, to ensure the orderly operation of CoreCivic institutions, or to promote the health and safety of inmates and staff.

## REMEMBER
Even if you use a cloth or surgical paper mask, you should still follow all CDC issued guidelines to prevent the spread of COVID-19, including social distancing, frequent hand washing, and avoiding skin to skin contact with others.

CORECIVIC-ARA000266

 **CoreCivic**

# Uso de Máscaras de tela o de papel quirúrgicas para Reos/Residentes

Pronto se le proporcionará con un paño o una mascarilla quirúrgica de papel que puede usar de forma voluntaria dentro de la instalación . Aquí hay algunas respuestas a preguntas comunes sobre el uso de estas máscaras.

### ¿QUÉ MÁSCARA PUEDO USAR?

Tiene la opción de comenzar a usar inmediatamente un paño o una máscara de papel que CoreCivic le proporcionó. Estas mascaras no deben de alterarse de ninguna manera, ni agregar diseños, colores, o letras.

### ¿PUEDO MANTENER LA MÁSCARA TODO EL TIEMPO?

Puede usar su máscara siempre que no le pidan que se la quite para proporcionar una identificación positiva.

### ¿CÓMO ME PONGO LA MÁSCARA?

Asegúrese de que la máscara cubra su nariz y boca en todo momento, y ajústela según sea necesario. Manténgalo debajo de sus ojos y fuera de su campo de visión, y no permita que cuelgue debajo de su cuello.

### ¿CUÁNDO NO DEBERÍA USAR UNA MÁSCARA?

No use una mascara si deteriora su capacidad de respirar, empaña sus ojos, o deteriora su visión.

### ¿CÓMO DEBO QUITARME LA MÁSCARA SI QUIERO REUTILIZARLA?

Actúa como si el frente de la máscara estuviera contaminado. Lávese bien las manos y quítese la máscara lentamente y con cuidado usando los ganchos para los oídos a los lados. Inspeccione la mascara visualmente por contaminación o distorsion. No coloque la máscara sobre una superficie, ya que puede contaminarla.

### ¿QUÉ DEBO HACER SI LA MÁSCARA ESTÁ DAÑADA?

Cualquier máscara que esté sucia, rasgada o saturada debe tirarse a la basura estándar siempre que no muestre ninguno de los síntomas de COVID-19 . Si usted tiene síntomas contacte a los servicios de salud, y siga las políticas y procedimientos de médicos actuales.

### ¿CUÁNTO TIEMPO PUEDO SEGUIR USANDO UNA MÁSCARA?

Puede continuar usando una máscara de tela o papel siempre y cuando exista un estado de emergencia para el brote de COVID-19 en su estado. Sin embargo, se puede revocar el permiso a discreción de CoreCivic si es necesario para cumplir con las órdenes estatales o federales aplicables, las directivas de los socios, para garantizar el funcionamiento ordenado de las instituciones de CoreCivic o para promover la salud y la seguridad de los reclusos y el personal.

### RECUERDA

Si usa una máscara de tela o papel quirúrgica , debe seguir todas las direcciones de la CDC publicadas para prevenir la propagación de COVID-19, incluyendo el distanciamiento social, lavado frecuente de manos y evitar el contacto piel a piel con otros.

Revised April 13, 2020

CORECIVIC-ARA000267



CORECIVIC-ARA000268

 **CoreCivic**

# COVID-19
## Información para reclusos y detenidos

El **nuevo coronavirus, o COVID-19,** es una enfermedad respiratoria que se transmite fácilmente a través del aire y en las superficies si no se siguen las medidas de prevención. Todos debemos hacer nuestra parte para mantener nuestras instalaciones seguras y saludables.

### SÍNTOMAS DE COVID-19



Fiebre



Tos



Falta de aliento

### COVID-19 SE PROPAGA A TRAVÉS DE



Contacto cercano
(aproximadamente 6 pies)



Toser y
estornudar



Tocar una superficie contaminada y luego tocarse los ojos, la nariz o la boca

### CÓMO PREVENIR COVID-19

← MANTENGA UNA DISTANCIA DE 6 PIES →

- Evitar el contacto cercano con personas que están enfermas
- No toque sus ojos, nariz o boca
- Cubra su tos o estornudo con una manga, no con la mano

- Lávese las manos con frecuencia con agua y jabón durante al menos 20 segundos, especialmente antes de comer y después de ir al baño, sonarse la nariz, toser o estornudar.

Si comienza a sentir alguno de los **síntomas** enumerados, complete una **solicitud de llamada por enfermedad de inmediato.** Alerte a un miembro del personal si nota que alguien más se ve mal. Se priorizarán las solicitudes consistentes con los síntomas de COVID-19.

**CoreCivic**

CORECIVIC ARA000269

 **CoreCivic**

# COVID-19
# Information for Inmates and Detainees

The **novel coronavirus, or COVID-19,** is a respiratory illness that is easily transmissible through the air and on surfaces if prevention measures are not followed. We all need to do our part to keep our facility safe and healthy.

## SYMPTOMS OF COVID-19



Fever



Coughing



Shortness of breath

## COVID-19 SPREADS THROUGH



Close contact
(about 6 feet)



Coughing
and sneezing



Touching a contaminated
surface and then touching
your eyes, nose or mouth

## HOW TO PREVENT COVID-19

←——————— KEEP 6 FEET DISTANCE ———————→

- Avoid close contact with people who are sick
- Don't touch your eyes, nose, or mouth
- Cover your cough or sneeze with a sleeve, not your hand

- Wash your hands often with soap and water for at least 20 seconds, especially before eating, and after going to the bathroom, blowing your nose, coughing, or sneezing

If you start to feel any of the **symptoms** listed, fill out a **sick call request immediately.** Alert a staff member if you notice someone else looking unwell. Requests consistent with the symptoms of COVID-19 will be prioritized.

CORECIVIC-ARA000270



# STOP THE SPREAD OF GERMS

**Help prevent the spread of respiratory diseases like COVID-19.**



Avoid close contact with people who are sick.

Cover your cough or sneeze with a tissue, then throw the tissue in the trash.



Avoid touching your eyes, nose, and mouth.

Clean and disinfect frequently touched objects and surfaces.



Stay home when you are sick, except to get medical care.



Wash your hands often with soap and water for at least 20 seconds.

For more information: www.cdc.gov/COVID19

CS314915-A

CORECIVIC-ARA0002713



# BE MINDFUL OF SOCIAL DISTANCING

## PLEASE REMAIN 6' APART

Mantener Distancia Social

保持社交距離 Bǎochí shèjiāo jùlí

Kenbe Distans Sosyal

Держите социальную дистанцию

Derzhite sotsial'nuyu distantsiyu

Rike nesa da zamantakewa

CORECIVIC-ARA000272



CORECIVIC-ARA000273



# STOP THE SPREAD OF GERMS

### Help prevent the spread of respiratory diseases like COVID-19.

Avoid close contact with people who are sick.

Cover your cough or sneeze with a tissue, then throw the tissue in the trash.

Avoid touching your eyes, nose, and mouth.

Clean and disinfect frequently touched objects and surfaces.

Stay home when you are sick, except to get medical care.

Wash your hands often with soap and water for at least 20 seconds.



For more information: www.cdc.gov/COVID19

CORECIVIC-ARA000274



CORECIVIC-ARA000275

 CoreCivic

## Otay Mesa Detention Center
## Town Hall Meeting Record

| Unit | ALL PODS | Time Started | |
|---|---|---|---|
| Date of Meeting | 4/17/20 | Time Ended | 0910 |
| | | | 1445 |
| | Sawyer | | |
| | Torres, M. | | Chief of Unit Management |
| Staff Attending Meeting | Handsbur | | Unit Manager |
| | Hogue | Title | Unit Manager |
| | | | Unit Manager |

**Subject Covered by Unit Management Team:**

**Corona Virus/ COVID 19 Facility Update:**

- There are 14 staff members at OMDC that have been tested positive for Covid-19.
- There are 27 detainees at OMDC that have been tested positive for Covid-19.

**Repeated:**

- Our goal is to get information out to detainees every day as long as necessary through the town hall process as well as postings on the bulletin board.
- Reminder, we are following all CDC precautionary steps to minimize internal and external exposures to our staff and the detainee population.
- We encourage any of you that have a fever, chest congestion, or difficulty breathing to let staff know immediately. All unit and security staff has been instructed to contact medical immediately, do not wait if you miss sick call, and notify a staff member immediately.
- We are going to do everything we can to isolate this and any future cases, but it depends on you as much as us. We are one team on this fight and buy-in to that idea is what is going to keep this from becoming worse than it needs to be. DO NOT share clothes, hygiene items, sporks, or cups.
- This is not an OMDC issue, it is a world issue, and everyone in here knows by now what we need to be doing to mitigate this virus – hand washing, social distancing, facility sanitation, etc.
- We will be cohorting every pod and continue to satellite feeding moving forward.
- To minimize any exposure, as many services as possible will continue to be conducted within the pods. Sick call/pill call, religious services, meals, library services, etc.
- Legal representation access, court procedures, medical appointments, transfers, releases, and any other movement in and out of the facility will be dictated on a case-by-case basis by ICE, USMS, and medical staff.
- If you have, questions beyond this get them to the unit manager and we will answer them individually or in future town halls if it is facility wide concern.

**Hostility:** Towards any staff or detainee will not be tolerated, this includes during town hall announcements. It is everyone's responsibility to be respectful and professional with each other and staff alike.

**Temporary Menu Plan:** there is no detainee preparing the food. It limits preparation of contact with the food. This plan is for the next two weeks, longer if deem necessary. The new menu will start Monday 4/20/20 and it is posted for you to review.

**Mail:** Legal mail is only sent back if the detainee is no longer here at the facility. The only delay in the mail is if the mail contains contraband or is sent to STG for review.

**Information from Dr. Malakhova:**

- Medical gets directions from the CDC
- There is not enough test-to-test all of the sick people, you have to meet the criteria.
- Many people have a mild case of COVID-19.sore throat, cough, headache, body aches, chills, stomach issues

Page 1 of 2

CORECIVIC-ARA000276



# Inmate/Resident Use of Cloth or Surgical Paper Masks

You will soon be provided with a cloth or surgical paper face mask you may voluntarily wear inside the facility. Here are a few answers to common questions regarding the use of these masks.

## WHAT MASK CAN I WEAR?

You have the option to immediately begin wearing a cloth or paper mask provided to you by CoreCivic. These masks should not be altered in any way, including adding designs, coloring, or lettering.

## CAN I KEEP THE MASK ON ALL THE TIME?

You can wear your mask as long as you aren't being asked to remove it to provide positive identification.

## HOW DO I WEAR THE MASK?

Make sure the mask covers both your nose and mouth at all times, and adjusted as needed. Keep it below your eyes and out of your field of vision, and don't let it hang down below your neck.

## WHEN SHOULDN'T I WEAR A MASK?

Don't wear a mask if it impairs your ability to breathe, fogs up your eye glasses, or impairs your vision.

## HOW SHOULD I TAKE MY MASK OFF IF I WANT TO REUSE IT?

Act as though the front of the mask is contaminated. Wash your hands thoroughly and remove the mask slowly and carefully using the ear loops on the side. Visually inspect it for contamination, or distortion in shape or form. Don't lay the mask on a surface as it may contaminate the surface.

## WHAT SHOULD I DO IF THE MASK IS DAMAGED?

Any mask that is soiled, torn, or saturated should be thrown away in standard garbage bin as long as you don't show any of the symptoms of COVID-19. If you are symptomatic, contact health services, and follow the current medical policies and procedures.

## HOW LONG CAN I CONTINUE TO WEAR A MASK?

You can continue to wear a cloth or paper mask as long as a State of Emergency is in effect for the COVID-19 outbreak in your state. However, permission may be revoked at the discretion of CoreCivic if necessary in order to comply with applicable state or federal orders, partner directives, to ensure the orderly operation of CoreCivic institutions, or to promote the health and safety of inmates and staff.

### REMEMBER

Even if you use a cloth or surgical paper mask, you should still follow all CDC issued guidelines to prevent the spread of COVID-19, including social distancing, frequent hand washing, and avoiding skin to skin contact with others.

Revised April 19, 2020

CORECIVIC-ARA000277



## Uso de Máscaras de tela o de papel quirúrgicas para Reos/Residentes

Pronto se le proporcionará con un paño o una mascarilla quirúrgica de papel que puede usar de forma voluntaria dentro de la instalación . Aquí hay algunas respuestas a preguntas comunes sobre el uso de estas máscaras.

### ¿QUÉ MÁSCARA PUEDO USAR?
Tiene la opción de comenzar a usar inmediatamente un paño o una máscara de papel que CoreCivic le proporcionó. Estas mascaras no deben de alterarse de ninguna manera, ni agregar diseños, colores, o letras.

### ¿PUEDO MANTENER LA MÁSCARA TODO EL TIEMPO?
Puede usar su máscara siempre que no le pidan que se la quite para proporcionar una identificación positiva.

### ¿CÓMO ME PONGO LA MÁSCARA?
Asegúrese de que la máscara cubra su nariz y boca en todo momento, y ajústela según sea necesario. Manténgalo debajo de sus ojos y fuera de su campo de visión, y no permita que cueigue debajo de su cuello.

### ¿CUÁNDO NO DEBERÍA USAR UNA MÁSCARA?
No use una mascara si deteriora su capacidad de respirar, empaña sus ojos, o deteriora su visión.

### ¿CÓMO DEBO QUITARME LA MÁSCARA SI QUIERO REUTILIZARLA?
Actúa como si el frente de la máscara estuviera contaminado. Lávese bien las manos y quítese la máscara lentamente y con cuidado usando los ganchos para los oídos a los lados. Inspeccione la mascara visualmente por contaminación o distorsion. No coloque la máscara sobre una superficie, ya que puede contaminarla.

### ¿QUÉ DEBO HACER SI LA MÁSCARA ESTÁ DAÑADA?
Cualquier máscara que esté sucia, rasgada o saturada debe tirarse a la basura estándar siempre que no muestre ninguno de los síntomas de COVID-19 . Si usted tiene síntomas contacte a los servicios de salud, y siga las políticas y procedimientos de médicos actuales.

### ¿CUÁNTO TIEMPO PUEDO SEGUIR USANDO UNA MÁSCARA?
Puede continuar usando una máscara de tela o papel siempre y cuando exista un estado de emergencia para el brote de COVID-19 en su estado. Sin embargo, se puede revocar el permiso a discreción de CoreCivic si es necesario para cumplir con las órdenes estatales o federales aplicables, las directivas de los socios, para garantizar el funcionamiento ordenado de las instituciones de CoreCivic o para promover la salud y la seguridad de los reclusos y el personal.

### RECUERDA
Si usa una máscara de tela o papel quirúrgica , debe seguir todas las direcciones de la CDC publicadas para prevenir la propagación de COVID-19, incluyendo el distanciamiento social, lavado frecuente de manos y evitar el contacto piel a piel con otros.

CORECIVIC-ARA000278



CORECIVIC-ARA000279



CORECIVIC-ARA000280



CORECIVIC-ARA000281



CORECIVIC-ARA000282



CORECIVIC-ARA000283



CORECIVIC-ARA000284

# ATTACHMENT 3
# Supplemental Declaration
# of C. LaRose

OPPOSITE GENDER MUST
ANNOUNCE UPON ENTRY.

C120

POD
C2

CORECIVIC-ARA000285



CORECIVIC-ARA000286



CORECIVIC-ARA000287



CORECIVIC-ARA000288



CORECIVIC-ARA000289

# COVID-19

## VIRUS INFORMATION FOR DETAINED INDIVIDUALS

ICE is monitoring COVID-19 and continues to follow the Centers for Disease Control and Prevention (CDC) guidelines, including:

- Screening all new detainees who arrive at facilities for symptoms and risk of exposure to COVID-19.
- Housing separately and monitoring detainees with symptoms for a period of 14 days.
- ICE personnel and facility staff who have been exposed to the virus are instructed to report exposure and to practice self-quarantine protocols per CDC guidance.
- ICE will continue to share information on COVID-19 cases in your facility and post it on the ICE website as it becomes available.

### WHAT CAN YOU DO?

If you feel ill or have reason to believe you have been exposed to someone with COVID-19, you are encouraged to submit a medical request form as soon as possible.

### WASH HANDS

If additional hygiene supplies are needed, complete a Detainee Request Form.

### LÁVESE LAS MANOS

Si se necesitan suministros de higiene adicionales, rellene un Formulario de Solicitud de Detenido.

### SOCIAL DISTANCING

Visitation with family members has been suspended temporarily at all detention facilities to mitigate the potential transmission of COVID-19, however ICE is taking steps to facilitate communication with families via extended access to telephones and tablets, where available. You can submit a Detainee Request Form for extended access to telephones/tablets.

### DISTANCIAMIENTO SOCIAL

Las visitas con los miembros de la familia se han suspendido temporalmente en todos los centros de detención para mitigar la posible transmisión de COVID-19, sin embargo, el ICE está tomando medidas para facilitar la comunicación con las familias a través de ampliación de acceso a teléfonos y tabletas, cuando estén disponibles. Puede enviar un Formulario de Solicitud de Detenido para ampliación de acceso a teléfonos/tabletas.

### QUESTIONS ABOUT ATTORNEY VISITATION?

Non-contact legal visitation (e.g. Skype or teleconference) will be encouraged as a first option to limit the facility's exposure to COVID-19. If an in-person legal visit is required, all legal visitors will be required to provide and wear personal protective equipment (PPE) (e.g., gloves, N-95 masks, and eye protection) and undergo the same medical screening procedures as facility staff members. If you need to speak with your attorney, you can submit a Detainee Request Form.

### ¿PREGUNTAS SOBRE LA VISITA DEL ABOGADO?

Se fomentarán las visitas de ámbito legal sin contacto (por ejemplo, Skype o teleconferencia) como primera opción para limitar la exposición de la instalación al COVID-19. Si se requiere una visita de ámbito legal en persona, todos los visitantes jurídicos deberán proporcionar y usar equipo de protección personal (EPP) (por ejemplo, guantes, máscaras N-95 y protección ocular) y someterse a los mismos procedimientos de detección médica que los miembros del personal de la instalación. Si necesita hablar con su abogado, puede enviar un Formulario de Solicitud de Detenido.

## INFORMACION DE VIRUS PARA INDIVIDUOS DETENIDOS

ICE está monitoreando el COVID-19 y continúa siguiendo las pautas de los Centros para el Control y la Prevención de Enfermedades (CDC, por sus siglas en inglés), incluyendo:

- Exámenes de detección a todos los nuevos detenidos que llegan a las instalaciones con síntomas y riesgo de exposición al COVID-19.
- Alojamiento por separado y monitoreo de detenidos con síntomas por un período de 14 días.
- Instrucción al personal del ICE y al personal de las instalaciones que han estado expuestos al virus para que informen de la exposición y practiquen los protocolos de cuarentena según las indicaciones de los CDC.
- ICE continuará compartiendo información sobre los casos de COVID-19 en sus instalaciones y la publicará en el sitio web de ICE a medida que esté disponible.

### ¿QUÉ PUEDE HACER?

Si se siente enfermo o tiene razones para creer que ha estado expuesto a alguien con el COVID-19, se le anima a enviar un formulario de solicitud médica tan pronto como sea posible.



20 SECONDS
SEGUNDOS



U.S. Immigration and Customs Enforcement

In addition to reaching out to staff at your facility, detainees can call the Detention Reporting Information Line (DRIL): SPEED DIAL 9116# (on Free Call Platform). For information about your immigration hearing, call: SPEED DIAL 111# (on Free Call Platform).

Además de ponerse en contacto con el personal de su instalación, los detenidos pueden llamar a la Línea de Información de Detención (DRIL, por sus siglas en inglés): MARCACIÓN RÁPIDA 9116# (en la plataforma de llamadas gratuitas). Para obtener información acerca de su audiencia de inmigración, llame a: MARCACIÓN RÁPIDA 111# (en la plataforma de llamadas gratuitas).

CORECIVIC-ARA000290

## Effective immediately

**The following restrictions are being implemented as a preventative measure to limit exposure to ICE detainees to the COVID-19 virus:**

- *Social visitation (contact and non-contact visits) is canceled.*
- *All volunteer activities are canceled and volunteer access to the facility is restricted.*
- *Attorney visitation:*
  - *Non-contact visitation should be offered first to limit exposure to the detainees.*
  - *If the attorney declines non-contact visitation, the attorney will be allowed a contact visit, but staff will reinforce that the non-contact visitation is to protect the detainee and population from exposure to the virus. If the purpose of the contact visit is to facilitate the review of documents or to sign documents, the facility can facilitate sharing the documents in a non-contact setting.*
- *Court procedures are being discussed with EOIR at this time.*
  - *Attorneys and witnesses would be allowed to enter but no visitors who are not an integral part of the proceedings.*
  - *Non-Detained cases will not be heard at OMDC during these restrictions.*

CORECIVIC-ARA000291

## Imediatamente Efectivo

**Hasta nuevo aviso, las siguientes restricciones se están implementando como una medida preventiva para limitar la exposición a los detenidos del Servicio de Alguaciles de EE. UU al virus COVID-19:**

- Se cancelan todas las visitas sociales (tanto de contacto como sin contacto).
- Todas las actividades voluntarias se cancelan y el acceso voluntario a las instalaciones está restringido.
- Visitas de abogados:
  - Las visitas sin contacto se deben ofrecer primero para limitar la exposición al detenido.
  - Si el abogado rechaza las visitas sin contacto, se le permitirá una visita de contacto, pero el personal reforzará que la visita sin contacto es para proteger al detenido y a la población de la exposición al virus. Si el propósito de la visita de contacto es facilitar la revisión de documentos o firmar documentos, la instalación puede facilitar el intercambio de documentos en un entorno sin contacto.
- Visitas de abogados: Los procedimientos con relacion a la corte estan en discussion con EOIR por el momento.
  - Abogados y testigos seran autorizados para entrar pero no los visitants que no formen parte integral de los procedimientos.
  - Casos de no detenidos, no seran escuchados en OMDC durantes estas restricciones.

CORECIVIC-ARA000292



CORECIVIC-ARA000293



CORECIVIC-ARA000294

# ATTACHMENT 4
# Supplemental Declaration
# of C. LaRose

CORECIVIC-ARA000295

PER CDC, THE
FOLLOWING PPE ARE
REQUIRED IN THIS
AREA:

FACEMASK

EYE PROTECTION

GLOVES

CORECIVIC-ARA000296



CORECIVIC-ARA000297



CORECIVIC-ARA000298



CORECIVIC-ARA000299

## Imediatamente Efectivo

**Hasta nuevo aviso, las siguientes restricciones se están implementando como una medida preventiva para limitar la exposición a los detenidos del Servicio de Alguaciles de EE. UU al virus COVID-19:**

- Se cancelan todas las visitas sociales (tanto de contacto como sin contacto).
- Todas las actividades voluntarias se cancelan y el acceso voluntario a las instalaciones está restringido.
- Visitas de abogados:
  - Las visitas sin contacto se deben ofrecer primero para limitar la exposición al detenido.
  - Si el abogado rechaza las visitas sin contacto, se le permitirá una visita de contacto, pero el personal reforzará que la visita sin contacto es para proteger al detenido y a la población de la exposición al virus.  Si el propósito de la visita de contacto es facilitar la revisión de documentos o firmar documentos, la instalación puede facilitar el intercambio de documentos en un entorno sin contacto.

- Visitas de abogados: Los procedimientos con relacion a la corte estan en discussion con EOIR por el momento.

  - Abogados y testigos seran autorizados para entrar pero no los visitants que no formen parte integral de los procedimientos.
  - Casos de no detenidos, no seran escuchados en OMDC durantes estas restricciones.

**Effective immediately**

The following restrictions are being implemented as a preventative measure to limit exposure to ICE detainees to the COVID-19 virus:

- Social visitation (contact and non-contact visits) is canceled.
- All volunteer activities are canceled and volunteer access to the facility is restricted.
- Attorney visitation:
  - Non-contact visitation should be offered first to limit exposure to the detainees.
  - If the attorney declines non-contact visitation, the attorney will be allowed a contact visit, but staff will reinforce that the non-contact visitation is to protect the detainee and population from exposure to the virus.  If the purpose of the contact visit is to facilitate the review of documents or to sign documents, the facility can facilitate sharing the documents in a non-contact setting.
- Court procedures are being discussed with EOIR at this time.
  - Attorneys and witnesses would be allowed to enter but no visitors who are not an integral part of the proceedings.
  - Non-Detained cases will not be heard at OMDC during these restrictions.



CORECIVIC-ARA000302

**⌐oreCivic**




# Social Distancing 101

**Social distancing** means remaining out of congregate settings, avoiding mass gatherings, and maintaining distance (approximately 6 feet or 2 meters) from others when possible.

◄—————————— 6 FEET DISTANCE ——————————►



### INDIVIDUALS AND FAMILY
- Stay home and do not go out in public when you are sick
- Avoid medical settings unless necessary
- Avoid handshakes
- Avoid public transportation or go early or late to avoid rush-hour overcrowding
- Avoid large gatherings such as sporting events, concerts and movie theaters
- Practice good personal hygiene habits



### AT WORK
- Work in ways that minimize close contact with people
- Minimize groups over 10 people
- Avoid in-person meetings; use online conferencing
- Unavoidable in-person meetings should be short and in a large meeting room where people can sit at least three feet from each other
- Eliminate unnecessary travel and cancel or postpone nonessential meetings, gatherings, workshops and training sessions
- Do not congregate in work rooms, copier rooms or other areas where people socialize



### THOSE AT HIGHER RISK
Health officials recommend that people with higher risk of severe illness should stay home and away from large groups of people. Those at higher risk include people:
- Over 60 years of age
- With underlying health conditions
- With weakened immune systems
- Who are pregnant

## REMEMBER TO TAKE EVERYDAY PRECAUTIONS
- Wash your hands for at least 20 seconds with soap and water
- Avoid touching your face, nose and eyes
- Avoid close contact with sick people
- Stay home if you are sick
- Cover your nose or mouth when you cough or sneeze

CORECIVIC-ARA000303



CORECIVIC-ARA000304

# PER CDC, THE FOLLOWING PPE ARE REQUIRED IN THIS AREA:

**N95 RESPIRATOR**

**EYE PROTECTION**

**GLOVES**

**GOWN/COVERALLS**

CORECIVIC-ARA000305



PER CDC, THE
FOLLOWING PPE ARE
REQUIRED IN THIS
AREA:

N95 RESPIRATOR
EYE PROTECTION
GLOVES
GOWN/COVERALLS

CORECIVIC ARA000306

# PER CDC, THE FOLLOWING PPE ARE REQUIRED IN THIS AREA:

**N95 RESPIRATOR**

**EYE PROTECTION**

**GLOVES**

**GOWN/COVERALLS**

CORECIVIC-ARA000307



CORECIVIC-ARA000308

# PER CDC, THE FOLLOWING PPE ARE REQUIRED IN THIS AREA:

## N95 RESPIRATOR

## EYE PROTECTION

## GLOVES

## GOWN/COVERALLS

CORECIVIC-ARA000309



CORECIVIC-ARA000310



CORECIVIC-ARA000311



CORECIVIC-ARA000312



CORECIVIC-ARA000313