# ATTACHMENT 5
# Supplemental Declaration of C. LaRose



CORECIVIC-ARA000314

# PER CDC, THE FOLLOWING PPE ARE REQUIRED IN THIS AREA:



FACEMASK

EYE PROTECTION

GLOVES

CORECIVIC-ARA000315



CORECIVIC-ARA000316


**CoreCivic**

# Coronavirus Prevention and Symptoms

The novel coronavirus, or COVID-19, is a severe respiratory illness, and we all need to do our part to keep our facility healthy and safe.

## SYMPTOMS INCLUDE A COMBINATION OF:

**One of these:**
- Coughing
- Shortness of breath


**OR**

**Two or more of these:**
- Fever
- Chills
- Repeated shaking
- Muscle pain

- Headache
- Sore throat
- Recent loss of taste or smell

## COVID-19 SPREADS THROUGH



Close contact
(about 6 feet)



Coughing
and sneezing

## WAYS TO PREVENT COVID-19

← KEEP 6 FEET DISTANCE →

- Avoid close contact with people who are sick.
- Don't touch your eyes, nose, or mouth with unwashed hands.
- Cover your cough or sneeze with a tissue, then throw the tissue away.

- Wear a cloth or surgical paper mask
- Wash your hands often with soap and water for at least 20 seconds, especially before eating, and after going to the bathroom, blowing your nose, coughing, or sneezing.

If you start to feel any of the **symptoms** listed, **let someone know immediately.**

CORECIVIC-ARA000317

 **CoreCivic**

# Coronavirus: Prevencion y Sintomas

El nuevo coronavirus, o COVID-19, es una enfermedad respiratoria grave, y todos debemos hacer nuestra parte para mantener nuestras instalaciones sanas y seguras.

## LOS SÍNTOMAS INCLUYEN UNA COMBINACIÓN DE:

**Uno de estos:**
- Tos
- Dificultad para respirar

 O

**Dos o más de estos:**
- Fiebre
- Resfriado
- Sacudidas repetidas
- Dolor muscular

- Dolor de cabeza
- Dolor de garganta
- Pérdida reciente de sabor u olor

## SE PROPAGA A TRAVÉS DE:



Contacto cercano (aproximadamente 6 pies)



Toser y estornudar

## FORMAS DE EVITAR CONTRAER COVID-19 :

MANTENGA UNA DISTANCIA DE 6 PIES

- Evitar el contacto cercano con personas que están enfermas
- No toque sus ojos, nariz o boca con las manos sin lavar
- Cubra su tos o estornude con un pañuelo desechable , y después de usarlo, bótelo

- Use un paño o una máscara de papel quirúrgica
- Lávese las manos con frecuencia con agua y jabón durante al menos 20 segundos, especialmente antes de comer y después de ir al baño, sonarse la nariz, toser o estornudar

Si comienza a sentir alguno de los **síntomas** enumerados, **avísele a alguien de inmediato.**

Revised April 30, 2020

CORECIVIC-ARA000318

## Effective immediately

**The following restrictions are being implemented as a preventative measure to limit exposure to ICE detainees to the COVID-19 virus:**

- Social visitation (contact and non-contact visits) is canceled.
- All volunteer activities are canceled and volunteer access to the facility is restricted.
- Attorney visitation:
  - Non-contact visitation should be offered first to limit exposure to the detainees.
  - If the attorney declines non-contact visitation, the attorney will be allowed a contact visit, but staff will reinforce that the non-contact visitation is to protect the detainee and population from exposure to the virus. If the purpose of the contact visit is to facilitate the review of documents or to sign documents, the facility can facilitate sharing the documents in a non-contact setting.
- Court procedures are being discussed with EOIR at this time.
  - Attorneys and witnesses would be allowed to enter but no visitors who are not an integral part of the proceedings.
  - Non-Detained cases will not be heard at OMDC during these restrictions.

CORECIVIC-ARA000319

## Imediatamente Efectivo

**Hasta nuevo aviso, las siguientes restricciones se están implementando como una medida preventiva para limitar la exposición a los detenidos del Servicio de Alguaciles de EE. UU al virus COVID-19:**

- Se cancelan todas las visitas sociales (tanto de contacto como sin contacto).
- Todas las actividades voluntarias se cancelan y el acceso voluntario a las instalaciones está restringido.
- Visitas de abogados:
  - Las visitas sin contacto se deben ofrecer primero para limitar la exposición al detenido.
  - Si el abogado rechaza las visitas sin contacto, se le permitirá una visita de contacto, pero el personal reforzará que la visita sin contacto es para proteger al detenido y a la población de la exposición al virus.  Si el propósito de la visita de contacto es facilitar la revisión de documentos o firmar documentos, la instalación puede facilitar el intercambio de documentos en un entorno sin contacto.
- Visitas de abogados:Los procedimientos con relacion a la corte estan en discussion con EOIR por el momento.
  - Abogados y testigos seran autorizados para entrar pero no los visitants que no formen parte integral de los procedimientos.
  - Casos de no detenidos, no seran escuchados en OMDC durante estas restricciones.

 **CoreCivic**

# Inmate/Resident Use of Cloth or Surgical Paper Masks

You will soon be provided with a cloth or surgical paper face mask you may voluntarily wear inside the facility. Here are a few answers to common questions regarding the use of these masks.

### WHAT MASK CAN I WEAR?

You have the option to immediately begin wearing a cloth or paper mask provided to you by CoreCivic. These masks should not be altered in any way, including adding designs, coloring, or lettering.

### CAN I KEEP THE MASK ON ALL THE TIME?

You can wear your mask as long as you aren't being asked to remove it to provide positive identification.

### HOW DO I WEAR THE MASK?

Make sure the mask covers both your nose and mouth at all times, and adjusted as needed. Keep it below your eyes and out of your field of vision, and don't let it hang down below your neck.

### WHEN SHOULDN'T I WEAR A MASK?

Don't wear a mask if it impairs your ability to breathe, fogs up your eye glasses, or impairs your vision.

### HOW SHOULD I TAKE MY MASK OFF IF I WANT TO REUSE IT?

Act as though the front of the mask is contaminated. Wash your hands thoroughly and remove the mask slowly and carefully using the ear loops on the side. Visually inspect it for contamination, or distortion in shape or form. Don't lay the mask on a surface as it may contaminate the surface.

### WHAT SHOULD I DO IF THE MASK IS DAMAGED?

Any mask that is soiled, torn, or saturated should be thrown away in standard garbage bin as long as you don't show any of the symptoms of COVID-19. If you are symptomatic, contact health services, and follow the current medical policies and procedures.

### HOW LONG CAN I CONTINUE TO WEAR A MASK?

You can continue to wear a cloth or paper mask as long as a State of Emergency is in effect for the COVID-19 outbreak in your state. However, permission may be revoked at the discretion of CoreCivic if necessary in order to comply with applicable state or federal orders, partner directives, to ensure the orderly operation of CoreCivic institutions, or to promote the health and safety of inmates and staff.

### REMEMBER

Even if you use a cloth or surgical paper mask, you should still follow all CDC issued guidelines to prevent the spread of COVID-19, including social distancing, frequent hand washing, and avoiding skin to skin contact with others.

Revised April 13, 2020

CORECIVIC-ARA000321



# Uso de Máscaras de tela o de papel quirúrgicas para Reos/Residentes

Pronto se le proporcionará con un paño o una mascarilla quirúrgica de papel que puede usar de forma voluntaria dentro de la instalación . Aquí hay algunas respuestas a preguntas comunes sobre el uso de estas máscaras.

### ¿QUÉ MÁSCARA PUEDO USAR?
Tiene la opción de comenzar a usar inmediatamente un paño o una máscara de papel que CoreCivic le proporcionó. Estas mascaras no deben de alterarse de ninguna manera, ni agregar diseños, colores, o letras.

### ¿PUEDO MANTENER LA MÁSCARA TODO EL TIEMPO?
Puede usar su máscara siempre que no le pidan que se la quite para proporcionar una identificación positiva.

### ¿CÓMO ME PONGO LA MÁSCARA?
Asegúrese de que la máscara cubra su nariz y boca en todo momento, y ajústela según sea necesario. Manténgalo debajo de sus ojos y fuera de su campo de visión, y no permita que cuelgue debajo de su cuello.

### ¿CUÁNDO NO DEBERÍA USAR UNA MÁSCARA?
No use una mascara si deteriora su capacidad de respirar, empaña sus ojos, o deteriora su visión.

### ¿CÓMO DEBO QUITARME LA MÁSCARA SI QUIERO REUTILIZARLA?
Actúa como si el frente de la máscara estuviera contaminado. Lávese bien las manos y quítese la máscara lentamente y con cuidado usando los ganchos para los oídos a los lados. Inspeccione la mascara visualmente por contaminación o distorsion. No coloque la máscara sobre una superficie, ya que puede contaminarla.

### ¿QUÉ DEBO HACER SI LA MÁSCARA ESTÁ DAÑADA?
Cualquier máscara que esté sucia, rasgada o saturada debe tirarse a la basura estándar siempre que no muestre ninguno de los síntomas de COVID-19 . Si usted tiene síntomas contacte a los servicios de salud, y siga las políticas y procedimientos de médicos actuales.

### ¿CUÁNTO TIEMPO PUEDO SEGUIR USANDO UNA MÁSCARA?
Puede continuar usando una máscara de tela o papel siempre y cuando exista un estado de emergencia para el brote de COVID-19 en su estado. Sin embargo, se puede revocar el permiso a discreción de CoreCivic si es necesario para cumplir con las órdenes estatales o federales aplicables, las directivas de los socios, para garantizar el funcionamiento ordenado de las instituciones de CoreCivic o para promover la salud y la seguridad de los reclusos y el personal.

### RECUERDA
Si usa una máscara de tela o papel quirúrgica , debe seguir todas las direcciones de la CDC publicadas para prevenir la propagación de COVID-19, incluyendo el distanciamiento social, lavado frecuente de manos y evitar el contacto piel a piel con otros.

Revised April 19, 2020

CORECIVIC-ARA000322

 **CoreCivic**

# COVID-19
# Información para reclusos y detenidos

El **nuevo coronavirus, o COVID-19,** es una enfermedad respiratoria que se transmite fácilmente a través del aire y en las superficies si no se siguen las medidas de prevención. Todos debemos hacer nuestra parte para mantener nuestras instalaciones seguras y saludables.

## SÍNTOMAS DE COVID-19



Fiebre



Tos



Falta de aliento

## COVID-19 SE PROPAGA A TRAVÉS DE



Contacto cercano (aproximadamente 6 pies)



Toser y estornudar



Tocar una superficie contaminada y luego tocarse los ojos, la nariz o la boca

## CÓMO PREVENIR COVID-19

←——————— MANTENGA UNA DISTANCIA DE 6 PIES ———————→

- Evitar el contacto cercano con personas que están enfermas
- No toque sus ojos, nariz o boca
- Cubra su tos o estornudo con una manga, no con la mano

- Lávese las manos con frecuencia con agua y jabón durante al menos 20 segundos, especialmente antes de comer y después de ir al baño, sonarse la nariz, toser o estornudar.

Si comienza a sentir alguno de los **síntomas** enumerados, complete una **solicitud de llamada por enfermedad de inmediato.** Alerte a un miembro del personal si nota que alguien más se ve mal. Se priorizarán las solicitudes consistentes con los síntomas de COVID-19.

CORECIVIC-ARA000323

 **CoreCivic**

# COVID-19
# Information for Inmates and Detainees

The **novel coronavirus, or COVID-19,** is a respiratory illness that is easily transmissible through the air and on surfaces if prevention measures are not followed. We all need to do our part to keep our facility safe and healthy.

## SYMPTOMS OF COVID-19



Fever



Coughing



Shortness of breath

## COVID-19 SPREADS THROUGH



Close contact
(about 6 feet)



Coughing
and sneezing



Touching a contaminated
surface and then touching
your eyes, nose or mouth

## HOW TO PREVENT COVID-19

KEEP 6 FEET DISTANCE

- Avoid close contact with people who are sick
- Don't touch your eyes, nose, or mouth
- Cover your cough or sneeze with a sleeve, not your hand

- Wash your hands often with soap and water for at least 20 seconds, especially before eating, and after going to the bathroom, blowing your nose, coughing, or sneezing

If you start to feel any of the **symptoms** listed, fill out a **sick call request immediately.** Alert a staff member if you notice someone else looking unwell. Requests consistent with the symptoms of COVID-19 will be prioritized.

CORECIVIC-ARA000324

# COVID-19

## VIRUS INFORMATION FOR DETAINED INDIVIDUALS

ICE is monitoring COVID-19 and continues to follow the Centers for Disease Control and Prevention (CDC) guidelines, including:



- Screening all new detainees who arrive at facilities for symptoms and risk of exposure to COVID-19.
- Housing separately and monitoring detainees with symptoms for a period of 14 days.
- ICE personnel and facility staff who have been exposed to the virus are instructed to report exposure and to practice self-quarantine protocols per CDC guidance.
- ICE will continue to share information on COVID-19 cases in your facility and post it on the ICE website as it becomes available.

### WHAT CAN YOU DO?
If you feel ill or have reason to believe you have been exposed to someone with COVID-19, you are encouraged to submit a medical request form as soon as possible.

### WASH HANDS
If additional hygiene supplies are needed, complete a Detainee Request Form.

### LÁVESE LAS MANOS
Si se necesitan suministros de higiene adicionales, rellene un Formulario de Solicitud de Detenido.

### SOCIAL DISTANCING
Visitation with family members has been suspended temporarily at all detention facilities to mitigate the potential transmission of COVID-19, however ICE is taking steps to facilitate communication with families via extended access to telephones and tablets, where available. You can submit a Detainee Request Form for extended access to telephones/tablets.

### DISTANCIAMIENTO SOCIAL
Las visitas con los miembros de la familia se han suspendido temporalmente en todos los centros de detención para mitigar la posible transmisión de COVID-19, sin embargo, el ICE está tomando medidas para facilitar la comunicación con las familias a través de ampliación de acceso a teléfonos y tabletas, cuando estén disponibles. Puede enviar un Formulario de Solicitud de Detenido para ampliación de acceso a teléfonos/tabletas.

### QUESTIONS ABOUT ATTORNEY VISITATION?
Non-contact legal visitation (e.g. Skype or teleconference) will be encouraged as a first option to limit the facility's exposure to COVID-19. If an in-person legal visit is required, all legal visitors will be required to provide and wear personal protective equipment (PPE) (e.g., gloves, N-95 masks, and eye protection) and undergo the same medical screening procedures as facility staff members. If you need to speak with your attorney, you can submit a Detainee Request Form.

### ¿PREGUNTAS SOBRE LA VISITA DEL ABOGADO?
Se fomentarán las visitas de ámbito legal sin contacto (por ejemplo, Skype o teleconferencia) como primera opción para limitar la exposición de la instalación al COVID-19. Si se requiere una visita de ámbito legal en persona, todos los visitantes jurídicos deberán proporcionar y usar equipo de protección personal (EPP) (por ejemplo, guantes, máscaras N-95 y protección ocular) y someterse a los mismos procedimientos de detección médica que los miembros del personal de la instalación. Si necesita hablar con su abogado, puede enviar un Formulario de Solicitud de Detenido.

## INFORMACION DE VIRUS PARA INDIVIDUOS DETENIDOS

ICE está monitoreando el COVID-19 y continúa siguiendo las pautas de los Centros para el Control y la Prevención de Enfermedades (CDC, por sus siglas en inglés), incluyendo:

- Exámenes de detección a todos los nuevos detenidos que llegan a las instalaciones con síntomas y riesgo de exposición al COVID-19.
- Alojamiento por separado y monitoreo de detenidos con síntomas por un período de 14 días.
- Instrucción al personal del ICE y al personal de las instalaciones que han estado expuestos al virus para que informen de la exposición y practiquen los protocolos de cuarentena según las indicaciones de los CDC.
- ICE continuará compartiendo información sobre los casos de COVID-19 en sus instalaciones y la publicará en el sitio web de ICE a medida que esté disponible.

### ¿QUÉ PUEDE HACER?
Si se siente enfermo o tiene razones para creer que ha estado expuesto a alguien con el COVID-19, se le anima a enviar un formulario de solicitud médica tan pronto como sea posible.



## 20 SECONDS SEGUNDOS





In addition to reaching out to staff at your facility, detainees can call the Detention Reporting Information Line (DRIL): SPEED DIAL 9116# (on Free Call Platform). For information about your immigration hearing, call: SPEED DIAL 111# (on Free Call Platform).

Además de ponerse en contacto con el personal de su instalación, los detenidos pueden llamar a la Línea de Información de Detención (DRIL, por sus siglas en inglés): MARCACIÓN RÁPIDA 9116# (en la plataforma de llamadas gratuitas). Para obtener información acerca de su audiencia de inmigración, llame a: MARCACIÓN RÁPIDA 111# (en la plataforma de llamadas gratuitas).

CORECIVIC-ARA000325



CORECIVIC-ARA000326

# 阻止病毒传播

帮助预防呼吸道病毒如 **COVID-19** 的传播。

避免与患病的人近距离接触。



咳嗽和打喷嚏时，用纸巾遮住口鼻，然后将纸巾扔进封闭的垃圾箱。



避免触碰自己的眼睛、鼻子和嘴巴。

对频繁接触的物体和表面进行清洁和消毒。

生病时请留在家中，除非要接受医疗救治。



经常用肥皂和水洗手，每次至少20秒钟。



CDC

**cdc.gov/COVID19-ch**

CORECIVIC-ARA000327



CORECIVIC-ARA000328



CORECIVIC-ARA000329

# COVER YOUR COUGH
## Stop the spread of germs!



Use tissue to cover your
mouth and nose when
you cough or sneeze



Throw your tissue in
the waste basket



or cover your cough
or sneeze with your
upper sleeve,
*not your hands*



# Clean Your Hands



After coughing or sneezing
wash for 20 seconds with
soap and warm water or
clean with hand sanitizer



Reorder: NHE-13120 www.ComplianceSigns.com

CORECIVIC-ARA000330



CORECIVIC-ARA000331

## ¡Detenga los microbios! ¡Manténgase sano! Lávese las manos

### ¿CUÁNDO?

- Antes, durante y después de preparar la comida.
- Antes de comer.
- Antes y después de atender a alguien que esté enfermo.
- Antes y después de tratar una cortadura o herida.
- Después de usar el baño.
- Después de cambiarle los pañales a un niño o limpiarlo después de que haya ido al baño.
- Después de sonarse la nariz, toser o estornudar.
- Después de tocar animales, sus alimentos o excrementos.
- Después de manipular alimento o golosinas para mascotas.
- Después de tocar basura.

Mantener las manos limpias es una de las cosas más importantes que podemos hacer para detener la propagación de los microbios y mantenernos sanos.

### ¿CÓMO?

- **Mójese** las manos con agua corriente limpia (tibia o fría) y enjabónelas después de cerrar el grifo.
- **Frote** sus manos con el jabón hasta que haga espuma. Asegúrese de enjabonar las manos enteras; el dorso, entre los dedos y debajo de las uñas.
- **Restriegue** las manos durante al menos 20 segundos. ¿Necesita un reloj? Tararee dos veces la canción del "Feliz cumpleaños" de principio a fin.
- **Enjuáguese** bien las manos con agua corriente limpia.
- **Séqueselas** con una toalla limpia o al aire libre.



Para obtener información más detallada sobre el lavado de manos, visite el sitio web de los CDC sobre este tema www.cdc.gov/handwashing



**CDC**

U.S. Department of Health and Human Services
Centers for Disease Control and Prevention



CORECIVIC-ARA000332

# ¡Detenga los microbios! ¡Manténgase sano! Lávese las manos

## ¿CUÁNDO?

- Antes, durante y después de preparar la comida.
- Antes de comer.
- Antes y después de atender a alguien que esté enfermo.
- Antes y después de tratar una cortadura o herida.
- Después de usar el baño.
- Después de cambiarle los pañales a un niño o limpiarlo después de que haya ido al baño.
- Después de sonarse la nariz, toser o estornudar.
- Después de tocar animales, sus alimentos o excrementos.
- Después de manipular alimento o golosinas para mascotas.
- Después de tocar basura.

Mantener las manos limpias es una de las cosas más importantes que podemos hacer para detener la propagación de los microbios y mantenernos sanos.

## ¿CÓMO?

- **Mójese** las manos con agua corriente limpia (tibia o fría) y enjabónelas después de cerrar el grifo.
- **Frote** sus manos con el jabón hasta que haga espuma. Asegúrese de enjabonar las manos enteras: el dorso, entre los dedos y debajo de las uñas.
- **Restriegue** las manos durante al menos 20 segundos. ¿Necesita un reloj? Tararee dos veces la canción del "feliz cumpleaños" de principio a fin.
- **Enjuáguese** bien las manos con agua corriente limpia.
- **Séqueselas** con una toalla limpia o al aire libre.



Para obtener información más detallada sobre el lavado de manos, visite el sitio web de los CDC sobre este tema www.cdc.gov/handwashing

**CDC**

U.S. Department of Health and Human Services
Centers for Disease Control and Prevention



CORECIVIC-ARA000334



CORECIVIC-ARA000335



CORECIVIC-ARA000336



CORECIVIC-ARA000337



CORECIVIC-ARA000338



CORECIVIC-ARA000339

*...a ... loop is missing, the Housing Officer will verify with the laundry officer to make sure ... ... ... ... If the laundry ...*

 CoreCivic

# Otay Mesa Detention Center
## Town Hall Meeting Record

| Unit | ALL PODS | Time Started | 0910 |
|---|---|---|---|
| Date of Meeting | 4/17/20 | Time Ended | 1445 |
| Staff Attending Meeting | Sawyer | | Chief of Unit Management |
| | Torres, M. | | Unit Manager |
| | Handsbur | Title | Unit Manager |
| | Hogue | | Unit Manager |
| | | | |

## Subject Covered by Unit Management Team:

### Corona Virus/ COVID 19 Facility Update:

- There are 14 staff members at OMDC that have been tested positive for Covid-19.
- There are 27 detainees at OMDC that have been tested positive for Covid-19.

**Repeated:**

- Our goal is to get information out to detainees every day as long as necessary through the town hall process as well as postings on the bulletin board.
- Reminder, we are following all CDC precautionary steps to minimize internal and external exposures to our staff and the detainee population.
- We encourage any of you that have a fever, chest congestion, or difficulty breathing to let staff know immediately. All unit and security staff has been instructed to contact medical immediately, do not wait if you miss sick call, and notify a staff member immediately.
- We are going to do everything we can to isolate this and any future cases, but it depends on you as much as us. We are one team on this fight and buy-in to that idea is what is going to keep this from becoming worse than it needs to be. DO NOT share clothes, hygiene items, sporks, or cups.
- This is not an OMDC issue, it is a world issue, and everyone in here knows by now what we need to be doing to mitigate this virus – hand washing, social distancing, facility sanitation, etc.
- We will be cohorting every pod and continue to satellite feeding moving forward.
- To minimize any exposure, as many services as possible will continue to be conducted within the pods. Sick call/pill call, religious services, meals, library services, etc.
- Legal representation access, court procedures, medical appointments, transfers, releases, and any other movement in and out of the facility will be dictated on a case-by-case basis by ICE, USMS, and medical staff.
- If you have, questions beyond this get them to the unit manager and we will answer them individually or in future town halls if it is facility wide concern.

**Hostility:** Towards any staff or detainee will not be tolerated, this includes during town hall announcements. It is everyone's responsibility to be respectful and professional with each other and staff alike.

**Temporary Menu Plan:** there is no detainee preparing the food. It limits preparation of contact with the food. This plan is for the next two weeks, longer if deem necessary. The new menu will start Monday 4/20/20 and it is posted for you to review.

**Mail:** Legal mail is only sent back if the detainee is no longer here at the facility. The only delay in the mail is if the mail contains contraband or is sent to STG for review.

**Information from Dr. Malakhova:**

- Medical gets directions from the CDC
- There is not enough test-to-test all of the sick people, you have to meet the criteria.
- Many people have a mild case of COVID-19.sore throat, cough, headache, body aches, chills, stomach issues.

Page 1 of 2

CORECIVIC-ARA000340

12. If a laundry loop is missing ... left in the laundry. If the laundry loop is verified missing, then the POD WILL BE

Case 3:20-cv-00756-DMS-AHG   Document 49-11   Filed 05/04/20   PageID.1313   Page 29 of 29

 **CoreCivic**

## Otay Mesa Detention Center
## Town Hall Meeting Record

| Unit | All Pods | Time Started | 0930 |
|---|---|---|---|
| Date of Meeting | 4/24/20 | Time Ended | 1630 |

| Staff Attending Meeting | | Title | |
|---|---|---|---|
| | Sawyer | | Chief of Unit Management |
| | Torres, M. | | Unit Manager |
| | Hogue | | Unit Manager |
| | Handsbur | | Unit Manager |
| | Hawkins | | Unit Manager |

**Subject Covered by Unit Management Team:**

**Corona Virus/ COVID 19 Facility Update:**

- There are 24 staff members at OMDC that have been tested positive for Covid-19.
- There are 98 detainees at OMDC that have been tested positive for Covid-19.
- Our goal is to get information out to detainees every day as long as necessary through the town hall process as well as postings on the bulletin board.
- Reminder, we are following all CDC precautionary steps to minimize internal and external exposures to our staff and the detainee population.
- We encourage any of you that have a fever, chest congestion, or difficulty breathing to let staff know immediately. All unit and security staff has been instructed to contact medical immediately, do not wait if you miss sick call, and notify a staff member immediately.
- We are going to do everything we can to isolate this and any future cases, but it depends on you as much as us. We are one team on this fight and buy-in to that idea is what is going to keep this from becoming worse than it needs to be. **DO NOT** share clothes, hygiene items, sporks, or cups.
- This is not an OMDC issue, it is a world issue, and everyone in here knows by now what we need to be doing to mitigate this virus – **hand washing, social distancing, facility sanitation, etc.**
- We will be cohorting every pod and continue to satellite feeding moving forward.
- To minimize any exposure, as many services as possible will continue to be conducted within the pods. Sick call/pill call, religious services, meals, library services, etc.
- Legal representation access, court procedures, medical appointments, transfers, releases, and any other movement in and out of the facility will be dictated on a case-by-case basis by ICE, USMS, and medical staff.
- If you have, questions beyond this get them to the unit manager and we will answer them individually or in future town halls if it is facility wide concern.

**Hostility:** I want to reiterate **hostility** towards any staff, medical staff or other detainees will not be tolerated, this includes during town hall announcements. It is everyone's responsibility to be respectful and professional with each other and staff alike. If the hostility continues, we will no longer hold town meetings, and all information will be relayed in the pods by postings only.

**Mask:** We will be handing mask out today for anyone that would like one.

**Welfare check:** This is a very trying time for everyone. The Unit team and medical staff have heard that there are many detainees that are sick and they are staying in their rooms to avoid being moved. The Unit team and Security we be conducting welfare checks to ensure everyone is ok. Please remember If you are sick, you need to go to medical. As staff, conduct welfare checks and staff see that you are sick you will be referred to medical.

**Sanitation:** Sanitation is a have too!!! Please continue to keep your cells and dayroom clean. We have to continue the hourly dayroom sanitation going.

Page 1 of 2

CORECIVIC-ARA000341