# ATTACHMENT 7
# Supplemental Declaration of C. LaRose



CORECIVIC-ARA000412

# PER CDC, THE FOLLOWING PPE ARE REQUIRED IN THIS AREA:

**N95 RESPIRATOR**

**EYE PROTECTION**

**GLOVES**

**GOWN/COVERALLS**

CORECIVIC-ARA000413

# SANITIZE EYE PROTECTION WITH hdqC2 BEFORE AND AFTER USE

CORECIVIC-ARA000414



CORECIVIC-ARA000415

 **CoreCivic**

# Inmate/Resident Use of Cloth or Surgical Paper Masks

You will soon be provided with a cloth or surgical paper face mask you may voluntarily wear inside the facility. Here are a few answers to common questions regarding the use of these masks.

---

### WHAT MASK CAN I WEAR?
You have the option to immediately begin wearing a cloth or paper mask provided to you by CoreCivic. These masks should not be altered in any way, including adding designs, coloring, or lettering.

### CAN I KEEP THE MASK ON ALL THE TIME?
You can wear your mask as long as you aren't being asked to remove it to provide positive identification.

### HOW DO I WEAR THE MASK?
Make sure the mask covers both your nose and mouth at all times, and adjusted as needed. Keep it below your eyes and out of your field of vision, and don't let it hang down below your neck.

### WHEN SHOULDN'T I WEAR A MASK?
Don't wear a mask if it impairs your ability to breathe, fogs up your eye glasses, or impairs your vision.

### HOW SHOULD I TAKE MY MASK OFF IF I WANT TO REUSE IT?
Act as though the front of the mask is contaminated. Wash your hands thoroughly and remove the mask slowly and carefully using the ear loops on the side. Visually inspect it for contamination, or distortion in shape or form. Don't lay the mask on a surface as it may contaminate the surface.

### WHAT SHOULD I DO IF THE MASK IS DAMAGED?
Any mask that is soiled, torn, or saturated should be thrown away in standard garbage bin as long as you don't show any of the symptoms of COVID-19. If you are symptomatic, contact health services, and follow the current medical policies and procedures.

### HOW LONG CAN I CONTINUE TO WEAR A MASK?
You can continue to wear a cloth or paper mask as long as a State of Emergency is in effect for the COVID-19 outbreak in your state. However, permission may be revoked at the discretion of CoreCivic if necessary in order to comply with applicable state or federal orders, partner directives, to ensure the orderly operation of CoreCivic institutions, or to promote the health and safety of inmates and staff.

### REMEMBER
Even if you use a cloth or surgical paper mask, you should still follow all CDC issued guidelines to prevent the spread of COVID-19, including social distancing, frequent hand washing, and avoiding skin to skin contact with others.

Revised April 13, 2020

CORECIVIC-ARA000416



## Uso de Máscaras de tela o de papel quirúrgicas para Reos/Residentes

Pronto se le proporcionará con un paño o una mascarilla quirúrgica de papel que puede usar de forma voluntaria dentro de la instalación . Aquí hay algunas respuestas a preguntas comunes sobre el uso de estas máscaras.

### ¿QUÉ MÁSCARA PUEDO USAR?
Tiene la opción de comenzar a usar inmediatamente un paño o una máscara de papel que CoreCivic le proporcionó. Estas mascaras no deben de alterarse de ninguna manera, ni agregar diseños, colores, o letras.

### ¿PUEDO MANTENER LA MÁSCARA TODO EL TIEMPO?
Puede usar su máscara siempre que no le pidan que se la quite para proporcionar una identificación positiva.

### ¿CÓMO ME PONGO LA MÁSCARA?
Asegúrese de que la máscara cubra su nariz y boca en todo momento, y ajústela según sea necesario. Manténgalo debajo de sus ojos y fuera de su campo de visión, y no permita que cuelgue debajo de su cuello.

### ¿CUÁNDO NO DEBERÍA USAR UNA MÁSCARA?
No use una mascara si deteriora su capacidad de respirar, empaña sus ojos, o deteriora su visión.

### ¿CÓMO DEBO QUITARME LA MÁSCARA SI QUIERO REUTILIZARLA?
Actúa como si el frente de la máscara estuviera contaminado. Lávese bien las manos y quítese la máscara lentamente y con cuidado usando los ganchos para los oídos a los lados. Inspeccione la mascara visualmente por contaminación o distorsion. No coloque la máscara sobre una superficie, ya que puede contaminarla.

### ¿QUÉ DEBO HACER SI LA MÁSCARA ESTÁ DAÑADA?
Cualquier máscara que esté sucia, rasgada o saturada debe tirarse a la basura estándar siempre que no muestre ninguno de los síntomas de COVID-19 . Si usted tiene síntomas contacte a los servicios de salud, y siga las políticas y procedimientos de médicos actuales.

### ¿CUÁNTO TIEMPO PUEDO SEGUIR USANDO UNA MÁSCARA?
Puede continuar usando una máscara de tela o papel siempre y cuando exista un estado de emergencia para el brote de COVID-19 en su estado. Sin embargo, se puede revocar el permiso a discreción de CoreCivic si es necesario para cumplir con las órdenes estatales o federales aplicables, las directivas de los socios, para garantizar el funcionamiento ordenado de las instituciones de CoreCivic o para promover la salud y la seguridad de los reclusos y el personal.

### RECUERDA
Si usa una máscara de tela o papel quirúrgica , debe seguir todas las direcciones de la CDC publicadas para prevenir la propagación de COVID-19, incluyendo el distanciamiento social, lavado frecuente de manos y evitar el contacto piel a piel con otros.

CORECIVIC-ARA000417

 **CoreCivic**

# COVID-19
# Information for Inmates and Detainees

The **novel coronavirus, or COVID-19,** is a respiratory illness that is easily transmissible through the air and on surfaces if prevention measures are not followed. We all need to do our part to keep our facility safe and healthy.

## SYMPTOMS OF COVID-19



Fever



Coughing



Shortness of breath

## COVID-19 SPREADS THROUGH



Close contact
(about 6 feet)



Coughing
and sneezing



Touching a contaminated
surface and then touching
your eyes, nose or mouth

## HOW TO PREVENT COVID-19

← KEEP 6 FEET DISTANCE →

- Avoid close contact with people who are sick
- Don't touch your eyes, nose, or mouth
- Cover your cough or sneeze with a sleeve, not your hand

- Wash your hands often with soap and water for at least 20 seconds, especially before eating, and after going to the bathroom, blowing your nose, coughing, or sneezing

If you start to feel any of the **symptoms** listed, fill out a **sick call request immediately.** Alert a staff member if you notice someone else looking unwell. Requests consistent with the symptoms of COVID-19 will be prioritized.

CORECIVIC-ARA000418



# BE MINDFUL OF SOCIAL DISTANCING

## PLEASE REMAIN 6' APART

Mantener Distancia Social
保持社交距離 Bǎochí shèjiāo jùlí
Kenbe Distans Sosyal
Держите социальную дистанцию
Derzhite sotsial'nuyu distantsiyu
Rike nesa da zamantakewa

CORECIVIC-ARA000419



CORECIVIC-ARA000420

## Effective immediately

### The following restrictions are being implemented as a preventative measure to limit exposure to ICE detainees to the COVID-19 virus:

- Social visitation (contact and non-contact visits) is canceled.
- All volunteer activities are canceled and volunteer access to the facility is restricted.
- Attorney visitation:
  - Non-contact visitation should be offered first to limit exposure to the detainees. If the attorney declines non-contact visitation, the attorney will be allowed a contact visit, but staff will reinforce that the non-contact visitation is to protect the detainee and population from exposure to the virus. If the purpose of the contact visit is to facilitate the review of documents or to sign documents, the facility can facilitate sharing the documents in a non-contact setting.
- Court procedures are being discussed with EOIR at this time.
  - Attorneys and witnesses would be allowed to enter but no visitors who are not an integral part of the proceedings.
  - Non-Detained cases will not be heard at OMDC during these restrictions.

CORECIVIC-ARA000421

## Imediatamente Efectivo

Hasta nuevo aviso, las siguientes restricciones se están implementando como una medida preventiva para limitar la exposición a los detenidos del Servicio de Alguaciles de EE. UU al virus COVID-19:

- Se cancelan todas las visitas sociales (tanto de contacto como sin contacto).
- Todas las actividades voluntarias se cancelan y el acceso voluntario a las instalaciones está restringido.
- Visitas de abogados:
  - Las visitas sin contacto se deben ofrecer primero para limitar la exposición al detenido.
  - Si el abogado rechaza las visitas sin contacto, se le permitirá una visita de contacto, pero el personal reforzará que la visita sin contacto es para proteger al detenido y a la población de la exposición al virus.  Si el propósito de la visita de contacto es facilitar la revisión de documentos o firmar documentos, la instalación puede facilitar el intercambio de documentos en un entorno sin contacto.
- Visitas de abogados:Los procedimientos con relacion a la corte estan en discussion con EOIR por el momento.
  - Abogados y testigos seran autorizados para entrar pero no los visitants que no formen parte integral de los procedimientos.
  - Casos de no detenidos, no seran escuchados en OMDC durantes estas restricciones.

CORECIVIC-ARA000422



# BE MINDFUL OF SOCIAL DISTANCING

## PLEASE REMAIN 6' APART

Mantener Distancia Social
保持社交距離 Bǎochí shèjiāo jùlí
Kenbe Distans Sosyal
Держите социальную дистанцию
Derzhite sotsial'nuyu distantsiyu
Rike nesa da zamantakewa

CORECIVIC-ARA000423



CORECIVIC-ARA000424

# COVID-19

## VIRUS INFORMATION FOR DETAINED INDIVIDUALS

ICE is monitoring COVID-19 and continues to follow the Centers for Disease Control and Prevention (CDC) guidelines, including:

- Screening all new detainees who arrive at facilities for symptoms and risk of exposure to COVID-19.
- Housing separately and monitoring detainees with symptoms for a period of 14 days.
- ICE personnel and facility staff who have been exposed to the virus are instructed to report exposure and to practice self-quarantine protocols per CDC guidance.
- ICE will continue to share information on COVID-19 cases in your facility and post it on the ICE website as it becomes available.

### WHAT CAN YOU DO?

If you feel ill or have reason to believe you have been exposed to someone with COVID-19, you are encouraged to submit a medical request form as soon as possible.

### WASH HANDS

If additional hygiene supplies are needed, complete a Detainee Request Form.

### LÁVESE LAS MANOS

Si se necesitan suministros de higiene adicionales, rellene un Formulario de Solicitud de Detenido.

### SOCIAL DISTANCING

Visitation with family members has been suspended temporarily at all detention facilities to mitigate the potential transmission of COVID-19, however ICE is taking steps to facilitate communication with families via extended access to telephones and tablets, where available. You can submit a Detainee Request Form for extended access to telephones/tablets.

### DISTANCIAMIENTO SOCIAL

Las visitas con los miembros de la familia se han suspendido temporalmente en todos los centros de detención para mitigar la posible transmisión de COVID-19, sin embargo, el ICE está tomando medidas para facilitar la comunicación con las familias a través de ampliación de acceso a teléfonos y tabletas, cuando estén disponibles. Puede enviar un Formulario de Solicitud de Detenido para ampliación de acceso a teléfonos/tabletas.

### QUESTIONS ABOUT ATTORNEY VISITATION?

Non-contact legal visitation (e.g. Skype or teleconference) will be encouraged as a first option to limit the facility's exposure to COVID-19. If an in-person legal visit is required, all legal visitors will be required to provide and wear personal protective equipment (PPE) (e.g., gloves, N-95 masks, and eye protection) and undergo the same medical screening procedures as facility staff members. If you need to speak with your attorney, you can submit a Detainee Request Form.

### ¿PREGUNTAS SOBRE LA VISITA DEL ABOGADO?

Se fomentarán las visitas de ámbito legal sin contacto (por ejemplo, Skype o teleconferencia) como primera opción para limitar la exposición de la instalación al COVID-19. Si se requiere una visita de ámbito legal en persona, todos los visitantes jurídicos deberán proporcionar y usar equipo de protección personal (EPP) (por ejemplo, guantes, máscaras N-95 y protección ocular) y someterse a los mismos procedimientos de detección médica que los miembros del personal de la instalación. Si necesita hablar con su abogado, puede enviar un Formulario de Solicitud de Detenido.

## INFORMACION DE VIRUS PARA INDIVIDUOS DETENIDOS

ICE está monitoreando el COVID-19 y continúa siguiendo las pautas de los Centros para el Control y la Prevención de Enfermedades (CDC, por sus siglas en inglés), incluyendo:

- Exámenes de detección a todos los nuevos detenidos que llegan a las instalaciones con síntomas y riesgo de exposición al COVID-19.
- Alojamiento por separado y monitoreo de detenidos con síntomas por un período de 14 días.
- Instrucción al personal del ICE y al personal de las instalaciones que han estado expuestos al virus para que informen de la exposición y practiquen los protocolos de cuarentena según las indicaciones de los CDC.
- ICE continuará compartiendo información sobre los casos de COVID-19 en sus instalaciones y la publicará en el sitio web de ICE a medida que esté disponible.

### ¿QUÉ PUEDE HACER?

Si se siente enfermo o tiene razones para creer que ha estado expuesto a alguien con el COVID-19, se le anima a enviar un formulario de solicitud médica tan pronto como sea posible.



20 SECONDS SEGUNDOS



U.S. Immigration and Customs Enforcement

In addition to reaching out to staff at your facility, detainees can call the Detention Reporting Information Line (DRIL): SPEED DIAL 9116# (on Free Call Platform). For information about your immigration hearing, call: SPEED DIAL 111# (on Free Call Platform).

Además de ponerse en contacto con el personal de su instalación, los detenidos pueden llamar a la Línea de Información de Detención (DRIL, por sus siglas en inglés): MARCACIÓN RÁPIDA 9116# (en la plataforma de llamadas gratuitas). Para obtener información acerca de su audiencia de inmigración, llame a: MARCACIÓN RÁPIDA 111# (en la plataforma de llamadas gratuitas).

CORECIVIC-ARA000425

# Stop Germs! Stay Healthy!
## Wash Your Hands

Keeping hands clean is one of the most important things we can do to stop the spread of germs and stay healthy.

**N?**

re, d ring, and after preparing food

re eating food

ore and after caring for someone
o is

ore and after treating a cut or wound

er using the toilet

er changing diapers or cleaning up
hild who has used the toilet

ter blowing your nose, coughing,
sneezing

ter touching an animal, animal feed, or
nimal waste

fter handling pet food or pet treats

fter touching garbage

**W?**

**Wet** your hands with clean, running water
warm or cold), turn off the tap, and apply soap.

**Lather** your hands by rubbing them together
with the soap. Be sure to lather the backs of
your hands, between your fingers, and under
your nails.

**Scrub** your hands for at least 20 seconds. Need
a timer? Hum the "Happy Birthday" song from
beginning to end twice.

**Rinse** hands well under clean, running water.

**Dry** hands using a clean towel or air dry them.



For more details
on handwashing,
visit CDC's Handwashing
Website at
www.cdc.gov/handwashing

CDC

U.S. Department of Health and Human Services
Centers for Disease Control and Prevention

CS245253A

CORECIVIC-ARA000426

# ¡Detenga los microbios! ¡Manténgas sano! Lávese las manos

## ¿CUÁNDO?

- Antes, durante y después de preparar la comida.

- Antes de comer.

- Antes y después de atender a alguien que esté enfermo.

- Antes y después de tratar una cortadura o herida.

- Después de usar el baño.

- Después de cambiarle los pañales a un niño o limpiarlo después de que haya ido al baño.

- Después de sonarse la nariz, toser o estornudar.

- Después de tocar animales, sus alimentos o excrementos.

- Después de manipular alimento o golosinas para mascotas.

- Después de tocar basura.

Mantener las manos limpias es una de las cosas más importantes que podemos hacer para detener la propagación de los microbios y mantenernos sanos.

## ¿CÓMO?

- **Mójese** las manos con agua corriente limpia (tibia o fría) y enjabónelas después de cerrar el grifo.

- **Frote** sus manos con el jabón hasta que haga espuma. Asegúrese de enjabonar las manos enteras: el dorso, entre los dedos y debajo de las uñas.

- **Restriegue** las manos durante al menos 20 segundos. ¿Necesita un reloj? Tararee dos veces la canción del "Feliz cumpleaños" de principio a fin.

- **Enjuáguese** bien las manos con agua corriente limpia.

- **Séqueselas** con una toalla limpia o al aire libre.



Para obtener información más detallada sobre el lavado de manos, visite el sitio web de los CDC sobre este tema www.cdc.gov/handwashing



U.S. Department of Health and Human Services
Centers for Disease Control and Prevention

CS251281A

CORECIVIC-ARA000427

Почта: официальная почта отправляется обратно только в том случае, если задержанного больше нет здесь на объекте. Единственная задержка в почте – если письмо содержит контрабанду или отправлено в STG для проверки.

Информация от доктора Малахова:

• Медицинский получает указания от CDC
• Недостаточно тестов для тестирования всех больных людей, вы должны соответствовать критериям.
• У многих людей наблюдается легкое заболевание COVID-19. Боль в горле, кашель, головная боль, боли в теле, озноб, проблемы с желудком.
• Дополнительные тесты становятся доступными. Больше больных людей проходят тестирование.

• Больше больных заключенных с COVID-19 становятся лучше.


## TURKISH

Corona Virus / COVID 19 Tesis Güncellemesi:
• OMDC'de Covid-19 için pozitif test edilen 14 personel bulunmaktadır.
• OMDC'de Covid-19 için pozitif test edilen 27 tutuklu var.

Tekrarlanan:
• Amacımız, belediye binası süreci ve bülten tahtasındaki ilanlar aracılığıyla tutuklulara her gün gerektiği kadar bilgi vermektir.
• Hatırlatma, personelimize ve tutuklu nüfusuna iç ve dış maruziyeti en aza indirmek için tüm CDC önlem adımlarını izliyoruz.
• Ateş, göğüs tıkanıklığı veya nefes almakta zorluk çeken herhangi birinizi personelin derhal haberdar etmesini teşvik ediyoruz. Tüm birim ve güvenlik personeline derhal doktora başvurmaları, hasta çağrısını kaçırmanız durumunda beklemeyin ve derhal bir personele haber verin.
• Bunu ve gelecekteki vakaları izole etmek için elimizden geleni yapacağız, ancak bu bizim kadar size bağlı. Biz bu dövüşte bir takımız ve bu fikre alışmak, bunun olması gerekenden daha kötü olmasını engelleyecek şey. Giysileri, hijyen ürünlerini, sporları veya bardakları KESİNLİKLE paylaşmayın.
• Bu bir OMDC sorunu değil, bir dünya meselesidir ve buradaki herkes şu anda bu virüsü azaltmak için ne yapmamız gerektiğini biliyor – el yıkama, sosyal mesafe, tesis sanitasyonu vb.
• Her kapsülü birlikte kullanacağız ve uydu beslemesine ilerlemeye devam edeceğiz.
• Herhangi bir maruziyeti en aza indirmek için, kapsüller içinde mümkün olduğunca çok sayıda hizmet yürütülmeye devam edilecektir. Hasta çağrı / hap çağrısı, dini hizmetler, yemekler, kütüphane hizmetleri vb.
• Yasal temsil erişimi, mahkeme prosedürleri, tıbbi randevular, transferler, sürümler ve tesisin içindeki ve dışındaki diğer hareketler ICE, USMS ve sağlık personeli tarafından duruma göre belirlenecektir.

• Varsa, bunun ötesindeki sorular bunları birim yöneticisine iletir ve tesis genelinde endişe duyuyorsa bunları bireysel olarak veya gelecekteki belediye salonlarında cevaplayacağız.

Düşmanlık: Herhangi bir personele veya gözaltına alınan kişiye hoşgörü gösterilmeyecektir, buna belediye binası duyuruları da dahildir. Birbirlerine ve personeline saygılı ve profesyonel olmak herkesin sorumluluğundadır.

Geçici Menü Planı: Yiyecekleri hazırlayan tutuklu yoktur. Gıda ile temas hazırlığını sınırlar. Bu plan, önümüzdeki iki hafta için gerekli görülürse daha uzundur. Yeni menü 4/20/20 Pazartesi günü başlayacak ve incelemeniz için gönderilecektir.

Posta: Yasal posta sadece tutuklu artık tesiste değilse geri gönderilir. Postadaki tek gecikme, postada kaçak bant bulunması veya incelenmek üzere STG'ye gönderilmesidir.

Dr. Malakhova'dan bilgi:
• Medikal CDC'den yol tarifi alır
• Tüm hasta insanları test etmek için yeterli test-testi yoktur, kriterleri karşılamanız gerekir.

• Birçok insanın hafif COVID-19 vakası vardır. Boğaz ağrısı, öksürük, baş ağrısı, vücut ağrıları, titreme, mide sorunları.
• Daha fazla test mevcut hale geliyor. Daha hasta insanlar test ediliyor.
• COVID-19 ile daha fazla tutuklu daha iyileşiyor.

Ḍā. Malākhōvā tōṁ jāṇakārī:
• Maidīkala nū sī ḍi sī tōṁ disā niradēśa miladē hana
Āll sārē bimāra lōkāṁ dī jān̄ca karana la'ī lōṛīndā ṭaisaṭa naniṁ hudā, tuhānū māpadaḍa pūrē karanē paindē hana.
• Bahuta sārē vi'akatī'āṁ vica kōviḍa ~19 dē halakē kēsa hudē hana.
• Vadhērē ṭaisaṭa upalabadha hō rahē hana. Vadhērē bimāra lōkāṁ dī jān̄ca kītī jā rahī hai.
CO COVID 19 dē nāla vadhērē bimāra nazarabadī'āṁ bihatara hō rahī'āṁ hana.

# Hatian Creo

Viris Corona / COVID 19 Mizajou Etablisman:
• Gen 14 manm pèsonèl nan OMDC ki te teste pozitif pou Covid-19.
• Gen 27 pwizonye nan OMDC ki te teste pozitif pou Covid-19.
Repete:
• Objektif nou se jwenn enfòmasyon sou prizonye yo chak jou osi lontan ke li nesesè nan pwosesis sal vil la ansamm ak afich sou tablo afichaj la.
• Rapèl, nou swiv tout etap prekosyon CDC yo pou minimize ekspozisyon entèn ak ekstèn pou anplwaye nou yo ak popilasyon prizonye yo.
• Nou ankouraje nenpòt nan ou ki gen yon lafyèv, pwent konjesyon, oswa difikilte pou l respire kite anplwaye konnen imedyatman. Tout anplwaye inite ak sekirite te resevwa enstriksyon pou kontakte medikal imedyatman, pa tann si ou rate apèl malad, epi avize yon manm pèsonèl la imedyatman.
• Nou pral fè tout sa nou kapab pou izole sa ak nenpòt ka nan lavni, men li depann de ou otan ke nou. Nou se yon sèl ekip sou sa a batay ak achte-nan lide sa a se sa ki pral kenbe sa a soti nan vin pi mal pase sa li bezwen yo dwe. PA pataje rad, atik ijyèn, sporks, oswa tas.
• Sa a se pa yon pwoblèm OMDC, li se yon pwoblèm nan lemonn, e tout moun isit la konnen koulye a kisa nou bezwen fè pou bese viris sa a - lave men, distans sosyal, sanitasyon etablisman, elatriye.
• Nou pral cohorting chak pod epi kontinye manje satelit k ap deplase pi devan.
• Pou minimize nenpòt ki ekspoze, tout sèvis ke posib yo ap kontinye fèt nan gous yo. Rele rele / grenn apèl, sèvis relijye, manje, sèvis bibliyotèk, elatriye.
• Aksè reprezantasyon legal, pwosedi nan tribinal, randevou medikal, transfè, degaje, ak nenpòt ki lòt mouvman nan ak soti nan etablisman an pral dikte sou yon ka-pa-ka pa ICE, USMS, ak pèsonèl medikal yo.

• Si ou genyen, kesyon pi lwen pase sa a jwenn yo bay manadjè a inite ak nou pral reponn yo endividyèlman oswa nan tanp nan pwochen vil si li se enkyetid etablisman lajè.

Ostilite: Nan direksyon pou nenpòt ki anplwaye oswa prizonye pa pral tolere, sa a gen ladan pandan anons vil Hall. Se responsablite tout moun yo dwe respè ak pwofesyonèl youn ak lòt ak anplwaye menm jan.
Plan Menu Tanporè: pa gen okenn prizonye ki prepare manje a. Li limite preparasyon kontak ak manje a. Plan sa a se pou de semèn kap vini yo, ankò si yo konsidere li nesesè. Nouvo meni an ap kòmanse Lendi 4/20/20 epi li afiche sou revize yo oswa revize.
Mail: Se lapòs legal sèlman voye tounen si prizonye a se pa isit la nan etablisman an. Reta a sèlman nan lapòs la se si lapòs la gen kontrebann oswa se voye bay STG pou revizyon.
Enfòmasyon nan men Dr. Malakhova:
• Medikal resevwa direksyon CDC yo
• Pa gen ase tès pou teste tout moun malad yo, ou dwe satisfè kritè yo.
• Anpil moun gen yon ka twò grav COVID-19.pou gòj, tous, maltèt, doulè nan kò, frison, pwoblèm nan vant.
• Plis tès yo vin disponib. Yo teste plis moun ki malad.

• Plis prizonye ki malad ak COVID-19 ap vin pi bon.

# SPANISH

CORECIVIC-ARA000429

actualización de la instalación de Corona Virus / COVID 19:
... miembros del personal en OMDC que han resultado positivos para Covid-19.
... en OMDC que han resultado positivos para Covid-19.

**SPANISH**

Actualización de la instalación de Corona Virus / COVID 19:
- Hay 14 miembros del personal en OMDC que han resultado positivos para Covid-19.
- Hay 27 detenidos en OMDC que han resultado positivos para Covid-19.

Repetido:
- Nuestro objetivo es transmitir información a los detenidos todos los días, durante el tiempo que sea necesario, a través del proceso del ayuntamiento, así como a través de publicaciones en el tablón de anuncios.
- Recuerde, estamos siguiendo todos los pasos de precaución de los CDC para minimizar la exposiciones internas y externas a nuestro personal y la población detenida.
- Alentamos a cualquiera de ustedes que tenga fiebre, congestión en el pecho o dificultad para respirar a informar al personal de inmediato. Se le ha ordenado a todo el personal de unidad y de seguridad que se comunique con el médico de inmediato, no espere si pierde una llamada por enfermedad y notifique a un miembro del personal inmediatamente.
- Haremos todo lo posible para aislar este y cualquier caso futuro, pero depende tanto de usted como de nosotros. Somos un equipo en esta lucha y la aceptación de esa idea es lo que va a evitar que esto empeore de lo necesario. NO comparta ropa, artículos de higiene, sport o tazas.
- Este no es un problema de OMDC, es un problema mundial, y todos aquí saben lo que debemos hacer para mitigar este virus: lavado de manos, distanciamiento social, saneamiento de instalaciones, etc.
- Estaremos agrupando cada cápsula y continuaremos con la alimentación por satélite en el futuro.
- Para minimizar cualquier exposición, se seguirán realizando tantos servicios como sea posible dentro de las cápsulas. Llamada por enfermedad / llamada de píldora, servicios religiosos, comidas, servicios de biblioteca, etc.
- El acceso a la representación legal, los procedimientos judiciales, las citas médicas, las transferencias, las liberaciones y cualquier otro movimiento dentro y fuera de las instalaciones serán dictados caso por caso por ICE, USMS y el personal médico.

- Si tiene preguntas, más allá de esto, se las enviará al gerente de la unidad y las responderemos individualmente o en futuros ayuntamientos si es una preocupación de toda la instalación.

Hostilidad: hacia cualquier miembro del personal o detenido no será tolerado, esto incluye durante los anuncios del ayuntamiento. Es responsabilidad de todos ser respetuosos y profesionales entre sí y con el personal por igual.

Plan de menú temporal: no hay detenidos preparando la comida. Limita la preparación del contacto con los alimentos. Este plan es para las próximas dos semanas, más largo sí lo considera necesario. El nuevo menú comenzará el lunes 20/04/20 y está publicado para que lo revise.

Correo: El correo legal solo se envía de regreso si el detenido ya no está aquí en la instalación. El único retraso en el correo es si el correo contiene contrabando o se envía a STG para su revisión.

Información del Dr. Malakhova:
- Medical recibe instrucciones de los CDC
- No hay suficientes exámenes para evaluar a todas las personas enfermas, debe cumplir con los criterios.
- Muchas personas tienen un caso leve de COVID-19. dolor de garganta, tos, dolor de cabeza, dolor de cuerpo, escalofríos, problemas estomacales.
- Más pruebas están disponibles. Más personas enfermas están siendo evaluadas.

- Más detenidos enfermos con el COVID-19 están mejorando.

**RUSSIAN**

Обновление Corona Virus / COVID 19:
- В OMDC 14 сотрудников с положительным результатом на Covid-19.
- В OMDC содержится 27 заключенных с положительным результатом на Covid-19.

- Наша цель состоит в том, чтобы каждый день поставлять задержанным информацию в течение всего необходимого времени с помощью процесса работы мэрии, а также размещения объявлений на доске объявлений.
- Напоминаем, что мы следуем всем мерам предосторожности CDC, чтобы минимизировать внутреннее и внешнее воздействие на наш персонал и задержанное население.
- Мы призываем любого из вас, у которого есть температура, заложенность грудной клетки или затрудненное дыхание, немедленно сообщить об этом персоналу. Весь персонал подразделения и службы безопасности был проинструктирован немедленно связаться с врачом, не ждите, если вы пропустите вызов по болезни, и немедленно уведомить сотрудника.
- Мы сделаем все, что же, как и от нас, чтобы изолировать это и любые будущие случаи, но это зависит от вас не позволит этому стать хуже, чем должно быть. НЕ делитесь...

В OMDC 14 сотрудников с положительным результатом на Covid-19.

В OMDC содержится 27 заключенных с положительным результатом на Covid-19.

• Наша цель состоит в том, чтобы каждый день доставлять задержанным информацию в всего необходимого времени с помощью процесса работы мэрии, а также размещения об доске объявлений.

• Напоминаем, что мы следуем всем мерам предосторожности CDC, чтобы минимизировать и внешнее воздействие на наш персонал и задержанное население.

• Мы призываем любого из вас, у которого есть температура, заложенность грудной кле затрудненное дыхание, немедленно сообщить об этом персоналу. Весь персонал подразде службы безопасности был проинструктирован немедленно связаться с врачом, не ждать, пропустите вызов по болезни, и немедленно уведомить сотрудника.

• Мы сделаем все от нас зависящее, чтобы изолировать это и любые будущие случаи, но зависит от вас так же, как и от нас. Мы – одна команда в этой борьбе, и мы согласны с идеей, которая не позволит этому стать хуже, чем должно быть. НЕ делитесь одеждой, пр гигиены, sporks или чашками.

• Это не проблема OMDC, это мировая проблема, и все здесь уже знают, что нам нужно дел чтобы смягчить этот вирус – мытье рук, социальное дистанцирование, санитария учреждении д.

• Мы будем сопровождать каждую капсулу и продолжим спутниковую подачу вперед.

• Чтобы свести к минимуму любое воздействие, как можно больше услуг будет продолжаться в капсулах. Больные / таблетки, религиозные службы, судебные процедуры, библиотечные услуги и т. д.

• Доступ к юридическому представительству, питание, назначение на прием к врач переводы, освобождение и любые другие перемещения в и из учреждения будут продиктованы в каждом конкретном случае ICE, USMS и медицинским персоналом.

• Если у вас есть вопросы, не связанные с этим, передайте их руководителю подразделения, и ответим на них индивидуально или в будущих ратушах, если это будет касаться объекта.

Obnovleniye Corona Virus / COVID 19

• V OMDC 14 sotrudnikov s polozhitel'nym rezul'tatom na Covid-19.
• V OMDC soderzhitsya 27 zaklyuchennykh s polozhitel'nym rezul'tatom na Covid-19.

Povtornyye:
• Nasha tsel' sostoit v tom, chtoby kazhdyy den' dostavlyat' zaderzhannym informatsiyu v techeniye vsego neobkhodimogo vremeni s pomoshch'yu protsessa raboty merii, a takzhe razmeshcheniya ob"yavleniy na doske ob"yavleniy.

• Napominayem, chto my sleduyem vsem meram predostorozhnosti CDC, chtoby minimizirovat' vnutrenneye i vneshneye vozdeystviye na nash personal i zaderzhannoye naseleniye.

• My prizyvayem lyubogo iz vas, u kotorogo yest' temperatura, zalozhennost' grudnoy kletki ili zatrudnennoye dykhaniye, nemedlenno soobshchit' ob etom personalu. Ves' personal podrazdeleniya i sluzhby bezopasnosti byl proinstruktirovan nemedlenno svyazat'sya s vrachom, ne zhdat', yesli vy propustite vyzov po bolezni, i nemedlenno uvedomit' sotrudnika.

• My sdelayem vse ot nas zavisyashcheye, chtoby izolirovat' eto i lyubyye budushchiye sluchai, no eto zavisit ot vas tak zhe, kak i ot nas. My – odna komanda v etoy bor'be, i my soglasny s etoy ideyey, kotoraya ne pozvolit etomu stat' khuzhe, chem dolzhno byt'. NE delites' odezhdoy, predmetami gigiyeny, sporks ili chashkami.

• Eto ne problema OMDC, eto mirovaya problema, i vse zdes' uzhe znayut, chto nam nuzhno delat', chtoby smyagchit' etot virus – myt'ye ruk, sotsial'noye distantsirovaniye, sanitariya uchrezhdeniy i t. D.

• My budem soprovozhdat' kazhduyu kapsulu i prodolzhim sputnikovuyu podachu vpered.
• Chtoby svesti k minimumu lyuboye vozdeystviye, kak mozhno bol'she uslug budet prodolzhat'sya v kapsulakh. Bol'nyye / tabletki, religioznyye sluzhby, pitaniye, bibliotechnyye uslugi i t. D.

• Dostup k yuridicheskomu predstavitel'stvu, sudebnyye protsedury, naznacheniye na priyem k vrachu, perevody, osvobozhdeniye i lyubyye drugiye peremeshcheniya v i iz uchrezhdeniya budut prodiktovany v kazhdom konkretnom sluchaye ICE, USMS i meditsinskim personalom.

• Yesli u vas yest' voprosy, ne svyazannyye s etim, peredayte ikh rukovoditelyu podrazdeleniya, i my otvetim na nikh individual'no ili v budushchikh ratushakh, yesli eto budet kasat'sya ob"yekta.

• Vazhnebost': k lyubomu personalu ili zaderzhannomu ne dopuskayutsya, eto otnositsya k hai ... i ... ... ... ... ... Kazhdyy obyazan byt' uvazhitel'nym i professional'nym po otnosheniyu drug k  
...vleniyam v ratushe ...  
...nogu ... k personalu.  
... vremennogo menyu: net zaderzhannogo, gotovyashchego yedu. Eto ogranichivayet prigotovleniye  
...ujaka s pishchyej. Etot plan rasschitan na sleduyushchie dve nedeli, dol'she, yesli sochtet  
...bkhodimym. Novoye menyu otkroyetsya v ponedel'nik 20.04.20 i budet opublikovano dlya  
...nakomleniya.

ਸੇਵਾਵਾਂ   �randomਰ,   ਪ੍ਰਚ ਤੇ ਏਥੇ ਸੇਵਾਵਾਂ ਫੱਲਾਂ ਦੇ ਅੰਦਰ ਜਾਰੀ ਰੱਖੀਆਂ ਜਾਣਗੀਆਂ, ਬੀਮਾਰ ਵਾਲ / ਗੋਲ

• ਕਾਨੂੰਨੀ ਨੁਮਾਇੰਦਗੀ ਦੀ ਪਹੁੰਚ, ਅਦਾਲਤ ਦੀਆਂ ਪ੍ਰਕਿਰਿਆਵਾਂ, ਡਾਕਟਰੀ ਨਿਯੁਕਤੀਆਂ, ਤਬਾਦਲੇ, ਰਿਹਾਈ, ਅਤੇ ਕਿਸੇ ਵੀ ਹੋਰ ਲਹਿਰ ਨੂੰ

ਅੰਦਰ ਜਾਂ ਬਾਹਰ ਲਿਆਉਣ ਲਈ ਆਈਸੀਈ, ਯੂਐਸਐਮਐਸ ਅਤੇ ਮੈਡੀਕਲ ਸਟਾਫ ਦੁਆਰਾ ਕੇਸ ਦਰ ਕੇਸ ਅਧਾਰਤ ਨਿਰਧਾਰਤ ਕੀਤਾ ਜਾਵੇਗਾ।

• ਜੇ ਤੁਹਾਡੇ ਕੇਲ ਹੈ, ਤਾਂ ਇਸ ਤੋਂ ਪਰੇ ਪ੍ਰਸਨ ਉਨ੍ਹਾਂ ਨੂੰ ਯੂਨਿਟ ਮੈਨੇਜਰ ਕੋਲ ਲੈ ਜਾਣਗੇ ਅਤੇ ਜੇ ਅਸੀਂ ਇਸ ਦੀ ਵਿਆਪਕ ਚਿੰਤਾ ਕਰ ਰਹੇ ਹਾਂ ਤਾਂ ਅਸੀਂ

ਤੌਰ 'ਤੇ ਜਾਂ ਭਵਿੱਖ ਦੇ ਟਾ haਨ ਹਾਲਾਂ ਵਿਚ ਜਵਾਬ ਦੇਵਾਂਗੇ।

Kōrōnā vā'irasa/ kōviḍa 19 suvidhā apaḍēṭa:

O ō.Aima.Ḍī.Sī. Vikhē 14 saṭapha maimbara hana jinhāṁ dā kōviḍa -19 la'ī sakārātamal
kītā gi'ā hai.
O ō.Aima.Ḍī.Sī. Vikhē 27 nazarabadī'āṁ hana jinhāṁ dā kōviḍa -19 la'ī sakārātamaka ṭ
kītā gi'ā hai.
Duharā'i'ā:
• Sāḍā udēśa hara rōza nazarabada lōkāṁ nū ṭauna hāla prakiri'ā dē nāla nāla bulēṭina
bōraḍa'tē pōsaṭigam rāhīṁ jāṇakārī prāpata karanā hai.
Inder yāda divā'uṇa vālē, asīṁ āpaṇē saṭapha atē nazarabada ābādī dē adarūnī atē bāhari
saparaka nū ghaṭā'uṇa la'ī sārē sī dī sī sāvadhānī vālē kadamāṁ dī pālaṇā kara rahē hāṁ
• Asīṁ tuhāḍē vicōṁ kisē nū bukhāra, chātī dī bhīṛa, jāṁ sāha laiṇa vica muśakala hōṇa v
lōkāṁ nū utāśāhita karadē hāṁ tāṁ jō saṭapha nū turata patā laga sakē. Sārē yūniṭa atē
surakhi'ā jē tusīṁ bimāra kāla tōṁ khujha jāndē hō, atē turata saṭapha maimbara nū sūcita karō
karō jē tusīṁ bimāra kāla tōṁ khujha jāndē hō, atē turata saṭapha maimbara nū sūcita karō, itazā
• Asīṁ isa nū atē bhavikha dē kisē vī kēsa nū alaga karana la'ī asīṁ sabha kujha karana j
rahē hāṁ, para iha sāḍē'tē tuhāḍē' tē nirabhara karadā hai. Asīṁ isa laṛā'ī'tē ika ṭīma hā
atē isa vicāra nū kharīdaṇa la'ī uha kī hai jō isa nū bada tōṁ badatara baṇana tōṁ bacā'un
dī zarūrata hai isa dī zarūrata hai. Kapaṛē, saphā'ī dī'āṁ cīzāṁ, saprakasa jāṁ kāpa sān'j
nā karō.
• Iha ō'aimaḍīsī dā mudā nahīṁ hai, iha ika viśava mudā hai, atē ithē dē sārē lōka jānadē
hana ki sānū isa vā'irasa nū ghaṭā'uṇa la'ī kī karana dī zarūrata hai - hatha dhōṇā, samājak
dūrī'āṁ, sahūlatāṁ dī savachatā ādi.
• Asīṁ harēka pōḍa dī samarathana karāṅgē atē saiṭēlā'Iṭa phiḍiga nū agē vadhā'undē rahāṅgē.
Any kisē vī aikasapōjara nū ghaṭa tōṁ ghaṭa karana la'ī, vadha tōṁ vadha sēvāvāṁ phalī'āṁ dē
adara jārī rakhī'āṁ jānagī'āṁ. Bīmāra kāla/ gōlī kāla, dhāramika sēvāvāṁ, bhōjana, lā'ibrērī
sēvāvāṁ, ādi.
• Kānūnī numā'idagī dī pahuca, adālata dī'āṁ prakiri'āvāṁ, ḍākaṭarī niyukatī'āṁ, tabādalē,
rihā'I, atē kisē vī hōra lahira nū suvidhā dē adara jāṁ bāhara li'a'uṇa la'ī ā'isī'I,
yū'aisa'aima'aisa atē maiḍikala saṭapha du'ārā kēsa dara kēsa adhārata niradhārata kītā
jāvēgā.
• Jē tuhāḍē kōla hai, tāṁ isa tōṁ parē praśana unhāṁ nū yūniṭa mainējara kōla lai jāṅagē atē
hana hālāṁ vica javāba dēvāṅgē.

ਦੁਸਾਮਨੀ: ਕਿਸੇ ਵੀ ਸਟਾਫ ਜਾਂ ਨਜ਼ਰਬੰਦ ਨੂੰ ਬਰਦਾਸ਼ਤ ਨਹੀਂ ਕੀਤਾ ਜਾਵੇਗਾ, ਇਸ ਵਿੱਚ ਟਾ halਨ ਹਾਲ ਦੀਆਂ ਘੋਸਣਾਵਾਂ ਦੇ ਦੌਰਾਨ ਸ਼ਾਮਲ ਹਨ, ਇਕ ਦੂਸਰੇ ਅਤੇ
ਸਟਾਫ ਨਾਲ ਇਕ ਨਿਰਾ ਸਹਿਕਾਰ ਅਤੇ ਪੇਸ਼ੇਵਰ ਹੋਣ ਹਰ ਇੱਕ ਵੀ ਜ਼ਿੰਮੇਵਾਰੀ ਹੈ।

ਆਤਸ਼ਬਾਜ਼ੀ ਮੀਨੂ ਯੋਜਨ: ਭੋਜਨ ਤਿਆਰ ਕਰਨ ਵਾਲਾ ਕੋਈ ਨਜ਼ਰਬੰਦ ਨਹੀਂ ਹੁੰਦਾ। ਇਹ ਭੋਜਨ ਦੇ ਨਾਲ ਸੰਪਰਕ ਦੀ ਤਿਆਵੜੀ ਨੂੰ ਸੀਮਤ ਕਰਦਾ ਹੈ। ਇਹ ਯੋਜਨਾ ਅਗਲੇ
ਦੋ ਹਫਤਿਆਂ ਲਈ ਹੈ, ਜੇ ਜਰੂਰੀ ਸਮਝੇ, ਨਵਾਂ ਮੀਨੂ ਸੋਮਵਾਰ 4/20/20 ਤੋਂ ਸ਼ੁਰੂ ਹੋਵੇਗਾ ਅਤੇ ਇਹ ਤੁਹਾਨੂੰ ਸਮੇਂ ਸਿਰ ਪੋਸਟ ਕੀਤਾ ਗਿਆ ਹੈ।
ਮੇਲ: ਕਾਨੂੰਨੀ ਮੇਲ ਤਾਂ ਹੀ ਵਾਪਸ ਭੇਜਿਆ ਜਾਂਦਾ ਹੈ ਜੇ ਨਜ਼ਰਬੰਦੀ ਹੁਣ ਸਹੂਲਤ ਤੇ ਨਹੀਂ ਹੈ। ਮੇਲ ਵਿਚ ਸਿਰਫ ਇਕ ਦੇਰੀ ਇਹ ਹੁੰਦੀ ਹੈ ਕਿ ਜੇ ਮੇਲ ਵਿਚ ਪ੍ਰਤੀਬੰਧ ਹੈ ਜਾਂ
ਐਸਟੀਜੀਲ ਨੂੰ ਸਮੀਖਿਆ ਲਈ ਭੇਜਿਆ ਜਾਂਦਾ ਹੈ।

ਡਾ. ਮਲਮੇਯਾ ਤੋਂ ਜਾਣਕਾਰੀ:
• ਮੈਡੀਕਲ ਨੂੰ ਸੀ ਡੀ ਸੀ ਤੇ ਇਹਾ ਨਿਰਦੇਸ਼ ਮਿਲਦੇ ਹਨ
All ਸਾਰੇ ਬਿਮਾਰ ਲੋਕਾਂ ਦੀ ਜਾਂਚ ਕਰਨ ਲਈ ਲੋੜੀਂਦਾ ਟੈਸਟ ਨਹੀਂ ਹੁੰਦ, ਤੁਹਾਨੂੰ ਮਾਪਦੰਡ ਪੂਰੇ ਕਰਨੇ ਪੈਣੇ ਹਨ।
• ਬਹੁਤ ਟੈਸਟ ਉਪਲਬਧ ਹੋ ਰਹੇ ਹਨ, ਵਧੇਰੇ ਬਿਮਾਰ ਲੋਕਾਂ ਦੀ ਜਾਂਚ ਕੀਤੀ ਜਾ ਰਹੀ ਹੈ।
CO COVID 19 ਦੇ ਨਾਲ ਵਧੇਰੇ ਬਿਮਾਰ ਨਜ਼ਰਬੰਦੀਆਂ ਬਿਹਤਰ ਹੋ ਰਹੀਆਂ ਹਨ।
Dusamaqī: Kisē vī saṭapha jāṁ nazarabada nū baradāsata nahīṁ kītā jāvēgā, isa vica tā halina
hāla dī'āṁ ghōśaṇāvāṁ dē daurāna śāmala hana. Ika dūsarē atē saṭapha nāla ikō jihā satikara
atē pēśēvara hōṇā hara ika dī zimēvārī hai.
Asathā'ī mīnū yōjana: bhōjana ti'āra karana vālā kō'ī nazarabada nahīṁ hudā. Iha bhōjana dē
nāla saparaka dī ti'āri nū sīmata karadā hai. Iha yōjanā agalē dō hafati'āṁ la'ī hai, jē
zarūrī samajhō. Navāṁ mīnū sōmavāra 4/20/20 tōṁ śurū hōvēgā atē iha tuhānū samikhi'ā karana
la'ī pōsaṭa kītā gi'ā hai.
Mēla: vica samikhi'ā la'ī bhēji'ā jāndā hai.
samikhi'ā la'ī bhēji'ā jāndā hai.

将从20[...]以供审查。

仅当被拘留者不在此地时才发送合法邮件。邮件中唯一的延迟是邮件包含违禁品或发送给STG进行审查。

...khova博士提供的信息：

从疾病预防控制中心获得指示

有足够的测试方法来测试所有患病者，您必须满足标准。

多人患有轻度的COVID-19。喉咙痛、咳嗽、头痛、身体酸痛、发冷、胃部不适。

来越多的测试可用。更多的病人正在接受测试。

来越多使用COVID-19的生病的被拘留者越来越好。

...yì: Duì rénhé gōngzuò rényuán huò bèi jūliú zhě bù róngrěn, bāokuò zài shìzhèng tíng xuānbù
...jiān. Bǐcǐ hē yuángōng zhī jiān hùxiāng zūnzhòng hé zhuānyè shì měi gèrén de zérèn.
...nshì cáidàn jìhuà: Měiyóu bèi jūliú zhě zhǔnbèi shìwù. Tā xiànzhìle yǔ shìwù jiēchù de
...ùnbèi. Gāi jìhuà shìyòng yú jiē xiàlái de liǎng zhōu, rúguǒ xūyào dehuà, kěyǐ yánchǎng. Xīn
...idàn jiāng cóng 20 nián 4 yuè 20 rì xīngqī yī kāishǐ, bìngqiě yǐ fābù, yǐ gōng nín chákàn.
...ujiàn: Jǐn dāng bèi jūliú zhě bùzài cǐdì shí cái fāsòng héfǎ yóujiàn. Yóujiàn zhòng wéiyī
...e yánchí shì yóujiàn bāohán wéijìn pǐn huò fāsòng gěi STG jìnxíng shěnchá.
...lakhova bóshì tígōng de xìnxī:
...íliào cóng jíbìng yùfáng kòngzhì zhōngxīn huòdé zhǐshì
...měiyǒu zúgòu de cèshì fāngfǎ lái cèshì suǒyǒu huàn bìng zhě, nín bìxū mǎnzú biāozhǔn.
...Xǔduō rén huàn yǒu qīng dù de COVID-19. Hóulóng tòng, késòu, tóutòng, shēntǐ suāntòng, fā
...ěng, wèi bù bùshì.
...Yuè lái yuè duō de cèshì kěyòng. Gèng duō de bìngrén zhèngzài jiēshòu cèshì.
...Yuè lái yuè duō shìyòng COVID-19 de shēngbìng de bèi jūliú zhě yuè lái yuè hǎo.

## PUNJABI

ਕੋਰੋਨਾ ਵਾਇਰਸ / ਕੋਵਿਡ 19 ਸੁਵਿਧਾ ਅਪਡੇਟ:

o ਈ.ਐੱਮ.ਡੀ.ਸੀ. ਵਿਖੇ 14 ਸਟਾਫ ਮੈਂਬਰ ਹਨ ਜਿਨ੍ਹਾਂ ਦਾ ਕੋਵਿਡ -19 ਲਈ ਸਕਾਰਾਤਮਕ ਟੈਸਟ ਕੀਤਾ ਗਿਆ ਹੈ.

o ਈ.ਐੱਮ.ਡੀ.ਸੀ. ਵਿਖੇ 27 ਨਜ਼ਰਬੰਦੀਆਂ ਹਨ ਜਿਨ੍ਹਾਂ ਦਾ ਕੋਵਿਡ -19 ਲਈ ਸਕਾਰਾਤਮਕ ਟੈਸਟ ਕੀਤਾ ਗਿਆ ਹੈ.

ਦੁਹਰਾਇਆ:

• ਸਾਡਾ ਉਦੇਸ਼ ਹਰ ਰੋਜ਼ ਨਜ਼ਰਬੰਦ ਲੋਕਾਂ ਨੂੰ ਟੈਨ ਹਾਲ ਪ੍ਰਕਿਰਿਆ ਦੇ ਨਾਲ ਨਾਲ ਬੁਲੇਟਿਨ ਬੋਰਡ 'ਤੇ ਪੋਸਟਿੰਗਾਂ ਰਾਹੀਂ ਜਾਣਕਾਰੀ ਪ੍ਰਾਪਤ ਕਰਨਾ ਹੈ.

..Inder ਯਾਦ ਦਿਵਾਉਣ ਵਾਲੇ, ਅਸੀਂ ਆਪਣੇ ਸਟਾਫ ਅਤੇ ਨਜ਼ਰਬੰਦ ਆਬਾਦੀ ਦੇ ਅੰਦਰੂਨੀ ਅਤੇ ਬਾਹਰੀ ਸੰਪਰਕ ਨੂੰ ਘਟਾਉਣ ਲਈ ਸਾਰੇ ਸੀ ਡੀ ਸੀ ਸਾਵਧਾਨੀ ਵਾਲੇ ਕਦਮ ਦੀ ਪਾਲਣਾ ਕਰ ਰਹੇ ਹਾਂ.

• ਅਸੀਂ ਤੁਹਾਡੇ ਵਿੱਚੋਂ ਕਿਸੇ ਨੂੰ ਬੁਖਾਰ, ਛਾਤੀ ਦੀ ਭੀੜ, ਜਾਂ ਸਾਹ ਲੈਣ ਵਿੱਚ ਮੁਸ਼ਕਲ ਹੋਣ ਵਾਲੇ ਲੋਕਾਂ ਨੂੰ ਉਤਸ਼ਾਹਿਤ ਕਰਦੇ ਹਾਂ ਤਾਂ ਜੇ ਸਟਾਫ ਨੂੰ ਤੁਰੰਤ ਪਤਾ ਲੱਗ ਸਕੇ. ਸਾਰੇ ਯੁਨਿਟ ਅਤੇ ਸੁਰੱਖਿਆ ਸਟਾਫ ਨੂੰ ਹਦਾਇਤ ਕੀਤੀ ਗਈ ਹੈ ਕਿ ਡਾਕਟਰੀ ਨਾਲ ਤੁਰੰਤ ਸੰਪਰਕ ਕਰੇ, ਇੰਤਜ਼ਾਰ ਨਾ ਕਰੇ ਜੇ ਤੁਸੀਂ ਬਿਮਾਰ ਕਾਲ ਤੋਂ ਖੁੰਝ ਜਾਂਦੇ ਹੋ, ਅਤੇ ਤੁਰੰਤ ਸਟਾਫ ਮੈਂਬਰ ਨੂੰ ਸੂਚਿਤ ਕਰੋ.

• ਅਸੀਂ ਇਸ ਨੂੰ ਅਤੇ ਭਵਿੱਖ ਦੇ ਕਿਸੇ ਵੀ ਕੇਸ ਨੂੰ ਅਲੱਗ ਕਰਨ ਲਈ ਅਸੀਂ ਸਭ ਕੁਝ ਕਰਨ ਜਾ ਰਹੇ ਹਾਂ, ਪਰ ਇਹ ਸਾਡੇ 'ਤੇ ਤੁਹਾਡੇ' ਤੇ ਨਿਰਭਰ ਕਰਦਾ ਹੈ. ਅਸੀਂ ਇਸ ਲੜਾਈ 'ਤੇ ਇਕ ਟੀਮ ਹਾਂ ਅਤੇ ਇਸ ਵਿਚਾਰ ਨੂੰ ਮਹੀਦੇ ਲਈ ਉਹ ਕੀ ਹੈ ਜੋ ਇਸ ਨੂੰ ਬਦ ਤੋਂ ਬਦਤਰ ਬਣਨ ਤੋਂ ਬਚਾਉਣ ਦੀ ਜ਼ਰੂਰਤ ਹੈ ਇਸ ਦੀ ਜ਼ਰੂਰਤ ਹੈ. ਕਪੜੇ, ਸਫਾਈ ਦੀਆਂ ਚੀਜ਼ਾਂ, ਸਪਰਕਸ ਜਾਂ ਕੱਪ ਸਾਂਝਾ ਨਾ ਕਰੋ.

• ਇਹ ਉਮੀਮੇਡੀਸੀ ਦਾ ਮੁੱਦਾ ਨਹੀਂ ਹੈ, ਇਹ ਇਕ ਵਿਸ਼ਵ ਮੁੱਦਾ ਹੈ, ਅਤੇ ਇੱਥੇ ਦੇ ਸਾਰੇ ਲੋਕ ਜਾਣਦੇ ਹਨ ਕਿ ਸਾਨੂੰ ਇਸ ਵਾਇਰਸ ਨੂੰ ਘਟਾਉਣ ਲਈ ਕੀ ਕਰਨ ਦੀ ਜ਼ਰੂਰਤ ਹੈ - ਹੱਥ ਧੋਣਾ, ਸਮਾਜਕ ਦੂਰੀਆਂ, ਸਫਾਈ ਦੀ ਸਵੱਛਤਾ ਆਦਿ.

• ਅਸੀਂ ਹਰੇਕ ਪੌਡ ਦਾ ਸਮਰਥਨ ਕਰਾਂਗੇ ਅਤੇ ਸੈਟੇਲਾਈਟ ਫੀਡਿੰਗ ਨੂੰ �440 ਜਾਰੀ ਰਹਾਂਗੇ. Any ਕਿਸੇ ਵੀ ਐਕਸਪੋਜਰ ਨੂੰ ਘੱਟ ਤੋਂ ਘੱਟ ਕਰਨ ਲਈ, ਵੱਧ ਤੋਂ ਵੱਧ ਸੇਵਾਵਾਂ ਫਲੀਆਂ ਦੇ ਅੰਦਰ ਜਾਰੀ ਰੱਖੀਆਂ ਜਾਣਗੀਆਂ. ਬੀਮਾਰ ਕਾਲ / ਗੋਲੀ ਕਾਲ, ਪਾਰਮਿਕ ਸੇਵਾਵਾਂ, ਭੋਜਨ, ਲਾਇਬ੍ਰੇਰੀ ਸੇਵਾਵਾਂ, ਆਦਿ.

• ਕਾਨੂੰਨੀ ਨੁਮਾਇੰਦਿਆਂ ਦੀ ਪਹੁੰਚ, ਅਦਾਲਤ ਦੀਆਂ ਪ੍ਰਕਿਰਿਆਵਾਂ, ਡਾਕਟਰੀ ਨਿਯੁਕਤੀਆਂ, ਤਬਾਦਲੇ, ਰਿਹਾਈ, ਅਤੇ ਕਿਸੇ ਵੀ ਹੋਰ ਲਹਿਰ ਨੂੰ ਸੁਵਿਧਾ ਦੇ ਅੰਦਰ ਜਾਂ ਬਾਹਰ ਲਿਆਉਣ ਲਈ ਆਧੀਸੀਸੀ, ਯੂਐਸਐਮਐਮਐਸ ਅਤੇ ਮੈਡੀਕਲ ਸਟਾਫ ਦੁਆਰਾ ਕੇਸ ਦਰ ਕੇਸ ਅਧਾਰਤ ਨਿਰਧਾਰਤ ਕੀਤਾ ਜਾਵੇਗਾ.

• ਜੇ ਤੁਹਾਡੇ ਕੋਲ ਹੈ, ਤਾਂ ਇਸ ਤੋਂ ਪਹਿ ਪ੍ਰਸ਼ਨ ਉਨ੍ਹਾਂ ਨੂੰ ਯੂਨਿਟ ਮੈਨੇਜਰ ਕੋਲ ਲੈ ਜਾਵੇਗੀ ਅਤੇ ਜੇ ਅਸੀਂ ਇਸ ਦੀ ਵਿਆਪਕ ਚਿੰਤਾ ਕਰ ਰਹੇ ਹਾਂ ਤਾਂ ਅਸੀਂ ਉਨ੍ਹਾਂ ਦਾ ਨਿਸੀ ਤੌਰ 'ਤੇ ਜਵਾਬ ਦੇ ਹਾਂ ਹਾਲ ਵਿਚ ਜਵਾਬ ਦੇਵਾਂਗੇ.

Korōna vā'irasa/ kōviḍa 19 suvidhā apaḍēṭa:

CORECIVIC-ARA000433

## MANDARIN

Corona Virus / COVID 19设施更新：

• OMDC中有14名工作人员的Covid-19测试结果呈阳性。

• OMDC有27名被拘留者经测试对Covid-19呈阳性。

重复：

• 我们的目标是每天通过市政府程序以及在布告栏上张贴信息，每天向被拘留者提供信息。

• 提醒一下，我们正在遵循CDC的所有预防措施，以最大程度地减少内部和外部员工和被拘留者的暴露。

• 我们鼓励任何发烧、胸充血或呼吸困难的人立即告知工作人员。已指示所有单位和安全人员立即联系医疗人员，如果呎病假电话，请不要等待，并立即通知工作人员。

• 我们将竭尽所能隔离这种情况以及将来的任何情况，但这取决于您和我们有多一样。我们是一个团队，在这场斗争中谁一想法的目的是防止这种情况变得比实际情况更糟。请勿共享衣服，卫生用品，雪纺鞋或杯子。

• 这不是OMDC的问题，而是世界性的问题，并且这里的每个人现在都知道减轻该病毒需要采取的措施-洗手，疏远社交生等。

• 我们将组建每个吊舱，并继续推进卫星馈电。

• 为了最大程度地减少暴露，将继续在豆荚内进行尽可能多的服务。病假/服药电话、宗教服务、膳食，图书馆服务等。

• ICE，USMS和医务方将视情况决定法律访问，法院程序，医疗任命，转移，释放以及任何进出设施的其他动向。

• 如果您有其他问题，可以将其发送给部门经理，如果涉及到整个机构，我们将单独或在以后的市政厅中回答。

Corona Virus/ COVID 19 shèshī gēngxīn：
• OMDC zhōng yǒu 14 míng gōngzuò rényuán de Covid-19 cèshì jiéguǒ chéng yángxìng.
• OMDC yǒu 27 míng bèi jūliú zhě jīng cèshì duì Covid-19 chéng yángxìng.

Chóngfù：
• Wǒmen de mùbiāo shì měitiān tōngguò shìzhèng tīng chéngxù yǐjí zài bùgào lán shàng zhāng xìnxī, měitiān xiàng bèi jūliú zhě tígōng xìnxī.
• Tíxǐng yīxià, wǒmen zhèngzài zūnxún CDC de suǒyǒu yùfáng cuòshī, yǐ zuìdà chéngdù de jiǎnshǎo nèibù hé wàibù yuángōng hé bèi jūliú zhě de bàolù.
• Wǒmen gǔlì rènhé fāshāo, xiōng chōngxuè huò hūxī kùnnán de rén lìjí gàozhī gōngzuò rény Yǐ zhǐshì suǒyǒu dānwèi hé ānquán rényuán lìjí liánxì yīliáo rényuán, rúguǒ nín wèi jiè bìngjià diànhuà, qǐng bùyào děngdài, bìng lìjí tōngzhī gōngzuò rényuán.
• Wǒmen jiāng jiéjìn suǒ néng lái gélí zhè zhǒng qíngkuàng yǐjí jiānglái de rènhé qíngkuà dàn zhè qǔjué yú nín hé wǒmen yīyàng duō. Wǒmen shì yīgè tuánduì, zài zhè chǎng dòuzhēng zhōng, jiānchí zhè yī xiǎngfǎ de mùdì shì fángzhǐ zhè zhǒng qíngkuàng biàn dé bǐ shíjì qíngkuàng gèng zāo. Qǐng wù gòngxiǎng yīfú, wèishēng yòngpǐn, xuě fǎng xié huò bēizi.
• Zhè bùshì OMDC de wèntí, ér shì shìjiè xìng de wèntí, bìngqiě zhèlǐ de měi gèrén xiànzà zhīdào jiǎnqīng gāi bìngdú xūyào cǎiqǔ de cuòshī-xǐshǒu, shūyuán shèjiāo, shèshī wèishēn děng.
• Wǒmen jiāng zǔjiàn měi gè diào cāng, bìng jìxù tuījìn wèixīng kuì diǎn.
• Wèile zuìdà chéngdù de jiǎnshǎo bàolù, jiāng jìxù zài dòujiá nèi jìnxíng jǐn kěnéng duǒ fúwù. Bìngjià/fúyào diànhuà, zōngjiào fúwù, shànshí, túshū guǎn fúwù děng.
• ICE,USMS hé yīwù rényuán jiāng shì qíngkuàng juédìng fǎlǜ fǎngwèn, fǎyuàn chéngxù, yīlì rènmìng, zhuǎnyí, shìfàng yǐjí rènhé jìnchū shèshī de qítā dòngxiàng.
• Rúguǒ nín yǒu qítā wèntí, kěyǐ jiāng qí fāsòng gěi bùmén jīnglǐ, rúguǒ shèjí dào zhěngg jīgòu, wǒmen jiāng dāndú huò zài yǐhòu de shìzhèng tīng zhōng huídá.

敌意：对任何工作人员或被拘留者不容忍，包括在市政厅宣布期间。彼此和员工之间互相尊重和专业是每个人的责任。

临时菜单计划：没有被拘留者准备食物。它限制了与食物接触的准备。该计划适用于接下来的两周，如果需要的话－可以新菜单将从20年4月20日星期一开始，并且已发布，以供您查看。

邮件：仅当被拘留者不在此地时才发送合法邮件。邮件中唯一的延迟是邮件包含违禁品或发送给STG进行审查。

Malakhova 博士提供的信息：

• 医疗从疾病预防控制中心获得指示

CORECIVIC-ARA000434



CORECIVIC-ARA000435



# BE MINDFUL OF SOCIAL DISTANCING

## PLEASE REMAIN 6' APART

Mantener Distancia Social
保持社交距離 Bǎochí shèjiāo jùlí
Kenbe Distans Sosyal
Держите социальную дистанцию
Derzhite sotsial'nuyu distantsiyu
Rike nesa da zamantakewa

CORECIVIC-ARA000436



CORECIVIC-ARA000437

 **CoreCivic**

# Coronavirus Prevention and Symptoms

The novel coronavirus, or COVID-19, is a severe respiratory illness, and we all need to do our part to keep our facility healthy and safe.

## SYMPTOMS INCLUDE A COMBINATION OF:

**One of these:**
- Coughing
- Shortness of breath

 **OR**

**Two or more of these:**
- Fever
- Chills
- Repeated shaking
- Muscle pain

- Headache
- Sore throat
- Recent loss of taste or smell

## COVID-19 SPREADS THROUGH



Close contact
(about 6 feet)



Coughing
and sneezing

## WAYS TO PREVENT COVID-19

←————————————— KEEP 6 FEET DISTANCE —————————————→

- Avoid close contact with people who are sick.
- Don't touch your eyes, nose, or mouth with un-washed hands.
- Cover your cough or sneeze with a tissue, then throw the tissue away.

- Wear a cloth or surgical paper mask
- Wash your hands often with soap and water for at least 20 seconds, especially before eating, and after going to the bathroom, blowing your nose, coughing, or sneezing.

If you start to feel any of the **symptoms** listed, **let someone know immediately.**

Revised April 30, 2020

CORECIVIC-ARA000438

 **CoreCivic**

# COVID-19
# Information for Inmates and Detainees

The **novel coronavirus, or COVID-19,** is a respiratory illness that is easily transmissible through the air and on surfaces if prevention measures are not followed. We all need to do our part to keep our facility safe and healthy.

## SYMPTOMS OF COVID-19



Fever



Coughing



Shortness of breath

## COVID-19 SPREADS THROUGH



Close contact
(about 6 feet)



Coughing
and sneezing



Touching a contaminated
surface and then touching
your eyes, nose or mouth

## HOW TO PREVENT COVID-19

KEEP 6 FEET DISTANCE

- Avoid close contact with people who are sick
- Don't touch your eyes, nose, or mouth
- Cover your cough or sneeze with a sleeve, not your hand

- Wash your hands often with soap and water for at least 20 seconds, especially before eating, and after going to the bathroom, blowing your nose, coughing, or sneezing

If you start to feel any of the **symptoms** listed, fill out a **sick call request immediately.** Alert a staff member if you notice someone else looking unwell. Requests consistent with the symptoms of COVID-19 will be prioritized.

CORECIVIC-ARA000439

# 阻止使您和他人患病的細菌傳播·!

## 咳嗽時
遮掩
## 口鼻。



當您咳嗽或
打噴嚏時，
用紙巾遮掩口鼻。

或者
咳嗽或打噴嚏
到上衣袖中，
而非到手上。

將用過的紙巾
放入垃圾筒。

## 咳嗽和打噴嚏後
## 洗手。



請用肥皂
及溫水洗手

或者
用以酒精為主要
成分的洗手液洗手

   

CORECIVIC-ARA000440



# BE MINDFUL OF SOCIAL DISTANCING

## PLEASE REMAIN 6' APART

Mantener Distancia Social
保持社交距離 Bǎochí shèjiāo jùlí
Kenbe Distans Sosyal
Держите социальную дистанцию
Derzhite sotsial'nuyu distantsiyu
Rike nesa da zamantakewa

CORECIVIC-ARA000441

 **CoreCivic**

# COVID-19
## Información para reclusos y detenidos

El **nuevo coronavirus, o COVID-19,** es una enfermedad respiratoria que se transmite fácilmente a través del aire y en las superficies si no se siguen las medidas de prevención. Todos debemos hacer nuestra parte para mantener nuestras instalaciones seguras y saludables.

### SÍNTOMAS DE COVID-19



Fiebre



Tos



Falta de aliento

### COVID-19 SE PROPAGA A TRAVÉS DE



Contacto cercano (aproximadamente 6 pies)



Toser y estornudar



Tocar una superficie contaminada y luego tocarse los ojos, la nariz o la boca

### CÓMO PREVENIR COVID-19

MANTENGA UNA DISTANCIA DE 6 PIES

- Evitar el contacto cercano con personas que están enfermas
- No toque sus ojos, nariz o boca
- Cubra su tos o estornudo con una manga, no con la mano

- Lávese las manos con frecuencia con agua y jabón durante al menos 20 segundos, especialmente antes de comer y después de ir al baño, sonarse la nariz, toser o estornudar.

Si comienza a sentir alguno de los **síntomas** enumerados, complete una **solicitud de llamada por enfermedad de inmediato.** Alerte a un miembro del personal si nota que alguien más se ve mal. Se priorizarán las solicitudes consistentes con los síntomas de COVID-19.

CORECIVIC-ARA000442



CORECIVIC-ARA000443

Trinity Services Group

Otay Mesa Detention Center 12358 CC    Regular

| Friday | Saturday | Sunday | Monday | Tuesday | Wedn |
|--------|----------|--------|--------|---------|------|
| Breakfast 8 | 9 | 10 | 11 | 12 | 13 |

Otay Mesa Covid 19 Temporary Menu Plan

Trinity has put together a plan for kitchen operations at Otay Mesa during the Covid-19 pandemic that requires no detainee labor to be used. In addition CoreCivic staff outside of the Kitchen officer (tools) and Utility officers for meal transport will not be necessary. Trinity has sourced box meals that will be served for breakfast, lunch, and dinner, see the attached menu. When meals like this have been used in the past (they were used at Otay Mesa when the account opened), they have been very well received by the detainees.

The lunch and dinner meals will be supplemented with "High value" hot entrees. These include personal pizzas, hamburgers, hot dogs, smoked sausages, and tamales. Trinity staff will prepare the hot entrees, they will be wrapped in a deli wrap (no Styrofoam trays) and they will be delivered to the units in insulated containers on the same cart as the box meals. Each detainee will be given a box meal and the supplemental item(s) that goes with that meal. Breakfast will be supplemented with PBJ bites(similar to Uncrustables), muffins, or fresh fruit as well as a coffee packet. Milk will continue to be served on the weekend breakfast as is current practice. Both the PBJ bites and the muffins are coming to us prewrapped.

Trinity staff will prepare on site, the meals that meet the needs of the common fare/halal, kosher and medical diets. Our dietician has provided direction for these meals, and we are working with purchasing to source needed products.

Trinity is sourcing a freezer truck to hold the meals, as current capacity at Otay Mesa is not adequate.

Carts will be loaded in the kitchen, with special diets clearly labeled. Core Civic staff will pick up the carts, sign for them, and then distribute to the housing units. All trash will need to be disposed of at the housing units, not returned to food service. Carts will be cleaned and sanitized upon their return to food service.

CORECIVIC-ARA000444

inity Services Group | Otay Mesa Detention Center 12358 CC | Regular

| Friday | Saturday | Sunday | Monday | Tuesday | Wedn |
|---|---|---|---|---|---|
| Breakfast | | | | | |

### Otay Mesa Covid 19 Temporary Menu Plan

Trinity has put together a plan for kitchen operations at Otay Mesa during the Covid-19 pandemic that requires no detainee labor to be used. In addition CoreCivic staff outside of the Kitchen officer (tools) and Utility officers for meal transport will not be necessary. Trinity has sourced box meals that will be served for breakfast, lunch, and dinner, see the attached menu. When meals like this have been used in the past (they were used at Otay Mesa when the account opened), they have been very well received by the detainees.

The lunch and dinner meals will be supplemented with "High value" hot entrees. These include personal pizzas, hamburgers, hot dogs, smoked sausages, and tamales. Trinity staff will prepare the hot entrees, they will be wrapped in a deli wrap (no Styrofoam trays) and they will be delivered to the units in insulated containers on the same cart as the box meals. Each detainee will be given a box meal and the supplemental item(s) that goes with that meal. Breakfast will be supplemented with PBJ bites(similar to Uncrustables), muffins, or fresh fruit as well as a coffee packet. Milk will continue to be served on the weekend breakfast as is current practice. Both the PBJ bites and the muffins are coming to us prewrapped.

Trinity staff will prepare on site, the meals that meet the needs of the common fare/halal, kosher and medical diets. Our dietician has provided direction for these meals, and we are working with purchasing to source needed products.

Trinity is sourcing a freezer truck to hold the meals, as current capacity at Otay Mesa is not adequate.

Carts will be loaded in the kitchen, with special diets clearly labeled. Core Civic staff will pick up the carts, sign for them, and then distribute to the housing units. All trash will need to be disposed of at the housing units, not returned to food service. Carts will be cleaned and sanitized upon their return to food service.

CORECIVIC-ARA000445



# Uso de Máscaras de tela o de papel quirúrgicas para Reos/Residentes

Pronto se le proporcionará con un paño o una mascarilla quirúrgica de papel que puede usar de forma voluntaria dentro de la instalación . Aquí hay algunas respuestas a preguntas comunes sobre el uso de estas máscaras.

### ¿QUÉ MÁSCARA PUEDO USAR?

Tiene la opción de comenzar a usar inmediatamente un paño o una máscara de papel que CoreCivic le proporcionó. Estas mascaras no deben de alterarse de ninguna manera, ni agregar diseños, colores, o letras.

### ¿PUEDO MANTENER LA MÁSCARA TODO EL TIEMPO?

Puede usar su máscara siempre que no le pidan que se la quite para proporcionar una identificación positiva.

### ¿CÓMO ME PONGO LA MÁSCARA?

Asegúrese de que la máscara cubra su nariz y boca en todo momento, y ajústela según sea necesario. Manténgalo debajo de sus ojos y fuera de su campo de visión, y no permita que cuelgue debajo de su cuello.

### ¿CUÁNDO NO DEBERÍA USAR UNA MÁSCARA?

No use una mascara si deteriora su capacidad de respirar, empaña sus ojos, o deteriora su visión.

### ¿CÓMO DEBO QUITARME LA MÁSCARA SI QUIERO REUTILIZARLA?

Actúa como si el frente de la máscara estuviera contaminado. Lávese bien las manos y quítese la máscara lentamente y con cuidado usando los ganchos para los oídos a los lados. Inspeccione la mascara visualmente por contaminación o distorsion. No coloque la máscara sobre una superficie, ya que puede contaminarla.

### ¿QUÉ DEBO HACER SI LA MÁSCARA ESTÁ DAÑADA?

Cualquier máscara que esté sucia, rasgada o saturada debe tirarse a la basura estándar siempre que no muestre ninguno de los síntomas de COVID-19 . Si usted tiene síntomas contacte a los servicios de salud, y siga las políticas y procedimientos de médicos actuales.

### ¿CUÁNTO TIEMPO PUEDO SEGUIR USANDO UNA MÁSCARA?

Puede continuar usando una máscara de tela o papel siempre y cuando exista un estado de emergencia para el brote de COVID-19 en su estado. Sin embargo, se puede revocar el permiso a discreción de CoreCivic si es necesario para cumplir con las órdenes estatales o federales aplicables, las directivas de los socios, para garantizar el funcionamiento ordenado de las instituciones de CoreCivic o para promover la salud y la seguridad de los reclusos y el personal.

#### RECUERDA

Si usa una máscara de tela o papel quirúrgica , debe seguir todas las direcciones de la CDC publicadas para prevenir la propagación de COVID-19, incluyendo el distanciamiento social, lavado frecuente de manos y evitar el contacto piel a piel con otros.

Revised April 13, 2020

 **CoreCivic**

# mate/Resident Use of Cloth or Surgical Paper Masks

u will soon be provided with a cloth or surgical paper face mask you may voluntarily wear inside e facility. Here are a few answers to common questions regarding the use of these masks.

## WHAT MASK CAN I WEAR?
You have the option to immediately begin wearing a cloth or paper mask provided to you by CoreCiv-c. These masks should not be altered in any way, including adding designs, coloring, or lettering.

## CAN I KEEP THE MASK ON ALL THE TIME?
You can wear your mask as long as you aren't being asked to remove it to provide positive identifica-tion.

## HOW DO I WEAR THE MASK?
Make sure the mask covers both your nose and mouth at all times, and adjusted as needed. Keep it below your eyes and out of your field of vision, and don't let it hang down below your neck.

## WHEN SHOULDN'T I WEAR A MASK?
Don't wear a mask if it impairs your ability to breathe, fogs up your eye glasses, or impairs your vision.

## HOW SHOULD I TAKE MY MASK OFF IF I WANT TO REUSE IT?
Act as though the front of the mask is contaminated. Wash your hands thoroughly and remove the mask slowly and carefully using the ear loops on the side. Visually inspect it for contamination, or distortion in shape or form. Don't lay the mask on a surface as it may contaminate the surface.

## WHAT SHOULD I DO IF THE MASK IS DAMAGED?
Any mask that is soiled, torn, or saturated should be thrown away in standard garbage bin as long as you don't show any of the symptoms of COVID-19. If you are symptomatic, contact health services, and follow the current medical policies and procedures.

## HOW LONG CAN I CONTINUE TO WEAR A MASK?
You can continue to wear a cloth or paper mask as long as a State of Emergency is in effect for the COVID-19 outbreak in your state. However, permission may be revoked at the discretion of CoreCiv-ic if necessary in order to comply with applicable state or federal orders, partner directives, to ensure the orderly operation of CoreCivic institutions, or to promote the health and safety of inmates and staff.

### REMEMBER
Even if you use a cloth or surgical paper mask, you should still follow all CDC issued guidelines to prevent the spread of COVID-19, including social distancing, frequent hand washing, and avoiding skin to skin contact with others.

CORECIVIC-ARA000447



CORECIVIC-ARA000448



CORECIVIC-ARA000449



CORECIVIC-ARA000450



CORECIVIC-ARA000451



sinks after shaving.





CORECIVIC-ARA000452

FOOD AND HOUSING DIVISION
COUNTY OF SAN DIEGO - DEPARTMENT OF ENVIRONMENTAL HEALTH
P.O. BOX 129261, SAN DIEGO CA 92112-9261 (858) 505-6900 (800) 253-9933

DEH:FH-281 (Rev. 2/11)

# 阻止病毒传播

## 帮助预防呼吸道病毒如 **COVID-19** 的传播。

避免与患病的人近距离接触。

咳嗽和打喷嚏时，用纸巾遮住口鼻，然后将纸巾扔进封闭的垃圾箱。



避免触碰自己的眼睛、鼻子和嘴巴。

对频繁接触的物体和表面进行清洁和消毒。

生病时请留在家中，除非要接受医疗救治。

经常用肥皂和水洗手，每次至少 20 秒钟。



cdc.gov/COVID19-ch

CORECIVIC-ARA000453

 **CoreCivic**

# COVID-19
# Información para reclusos y detenidos

El **nuevo coronavirus, o COVID-19,** es una enfermedad respiratoria que se transmite fácilmente a través del aire y en las superficies si no se siguen las medidas de prevención. *Todos* debemos hacer nuestra parte para mantener nuestras instalaciones seguras y saludables.

## SÍNTOMAS DE COVID-19



Fiebre



Tos



Falta de aliento

## COVID-19 SE PROPAGA A TRAVÉS DE



Contacto cercano
(aproximada-
mente 6 pies)



Toser y
estornudar



Tocar una superficie con-
taminada y luego tocarse
los ojos, la nariz o la boca

## CÓMO PREVENIR COVID-19

MANTENGA UNA DISTANCIA DE 6 PIES

- Evitar el contacto cercano con personas que están enfermas
- No toque sus ojos, nariz o boca
- Cubra su tos o estornudo con una manga, no con la mano

- Lávese las manos con frecuencia con agua y jabón durante al menos 20 segundos, especialmente antes de comer y después de ir al baño, sonarse la nariz, toser o estornudar.

Si comienza a sentir alguno de los **síntomas** enumerados, complete una **solicitud de llamada por enfer-
medad de inmediato.** Alerte a un miembro del personal si nota que alguien más se ve mal. Se priorizarán las solicitudes consistentes con los síntomas de COVID-19.

CORECIVIC-ARA000454

 **CoreCivic**

# COVID-19
# Information for Inmates and Detainees

The **novel coronavirus, or COVID-19,** is a respiratory illness that is easily transmissible through the air and on surfaces if prevention measures are not followed. We all need to do our part to keep our facility safe and healthy.

## SYMPTOMS OF COVID-19



Fever



Coughing



Shortness of breath

## COVID-19 SPREADS THROUGH



Close contact
(about 6 feet)



Coughing
and sneezing



Touching a contaminated
surface and then touching
your eyes, nose or mouth

## HOW TO PREVENT COVID-19

← KEEP 6 FEET DISTANCE →

- Avoid close contact with people who are sick
- Don't touch your eyes, nose, or mouth
- Cover your cough or sneeze with a sleeve, not your hand

- Wash your hands often with soap and water for at least 20 seconds, especially before eating, and after going to the bathroom, blowing your nose, coughing, or sneezing

If you start to feel any of the **symptoms** listed, fill out a **sick call request immediately.** Alert a staff member if you notice someone else looking unwell. Requests consistent with the symptoms of COVID-19 will be prioritized.

CORECIVIC-ARA000455



# 阻止病毒传播

帮助预防呼吸道病毒如 **COVID-19** 的传播。

免与患病的人近距离接触。

咳嗽和打喷嚏时，用纸巾遮住口鼻，然后将纸巾扔进封闭的垃圾箱。

避免触碰自己的眼睛、鼻子和嘴巴。

对频繁接触的物体和表面进行清洁和消毒。

生病时请留在家中，除非要接受医疗救治。

经常用肥皂和水洗手，每次至少 20 秒钟。

cdc.gov/COVID19-ch

CDC

CORECIVIC-ARA000456



CORECIVIC-ARA000457



# BE MINDFUL OF SOCIAL DISTANCING



## PLEASE REMAIN 6' APART

Mantener Distancia Social
保持社交距離 Bǎochí shèjiāo jùlí
Kenbe Distans Sosyal
Держите социальную дистанцию
Derzhite sotsial'nuyu distantsiyu
Rike nesa da zamantakewa

CORECIVIC-ARA000459

# Wash Your Hands!



Wet

Get Soap

Scrub

Dry

Clean!

Centers for Disease
Control and Prevention
National Center for Emerging
and Zoonotic Infectious Diseases

www.cdc.gov/handwashing

CS267057-A

CORECIVIC-ARA000460



CORECIVIC-ARA000461

# Spreading germs is OUT.
# Handwashing is IN!











Handwashing is one of the most important things we can do
to avoid getting sick and spreading germs to others.



Centers for Disease
Control and Prevention
National Center for Emerging
and Zoonotic Infectious Diseases

www.cdc.gov/handwashing

CS267337-A

CORECIVIC-ARA000462



CORECIVIC-ARA000463



# Couvrez
## votre bouche lorsque vous
## toussez



Couvrez-vous la bouche
et le nez avec un
mouchoir en papier
lorsque vous toussez ou
éternuez

ou

toussez ou éternuez
dans le haut de votre
manche, et non dans
vos mains.



Jetez votre mouchoir en
papier à la poubelle.



# Nettoyez
## vos
## mains après avoir toussé ou éternué.



Lavez-vous les mains à
l'eau chaude et au
savon pendant 20
secondes ou

nettoyez-les à l'aide
d'un nettoyant pour
les mains à base
d'alcool.



    

CORECIVIC-ARA000464

K104



CORECIVIC-ARA000465



# BE MINDFUL OF SOCIAL DISTANCING

## PLEASE REMAIN 6' APART

Mantener Distancia Social
保持社交距離 Bǎochí shèjiāo jùlí
Kenbe Distans Sosyal
Держите социальную дистанцию
Derzhite sotsial'nuyu distantsiyu
Rike nesa da zamantakewa

CORECIVIC-ARA000466



# BE MINDFUL OF SOCIAL DISTANCING

## PLEASE REMAIN 6' APART

Mantener Distancia Social
保持社交距離 Bǎochí shèjiāo jùlí
Kenbe Distans Sosyal
Держите социальную дистанцию
Derzhite sotsial'nuyu distantsiyu
Rike nesa da zamantakewa

CORECIVIC-ARA000467



CORECIVIC-ARA000468



CORECIVIC-ARA000469

# BE MINDFUL OF SOCIAL DISTANCING



## PLEASE REMAIN 6' APART

Mantener Distancia Social

保持社交距離 Bǎochí shèjiāo jùlí

Kenbe Distans Sosyal

Держите социальную дистанцию

Derzhite sotsial'nuyu distantsiyu

Rike nesa da zamantakewa

CORECIVIC-ARA000470

# अपने आपको गलगण्ड से सुरक्षित रखें



**MMR टीकाकरण गलगण्ड की रोकथाम के लिए सबसे अच्छा तरीका है!**

अगर आपको गलगण्ड होता है तो उसके लिए कोई उपचार नहीं है

## गलगण्ड को फैलने से रोकें

    

उन चीजों को साझा न करें जिन पर लार है

अपनी खांसी और छींक को कवर करें

बीमार होने पर घर पर रहें

अपने हाथों को अक्सर साबुन और पानी से धोएँ

साफ और कीटाणुरहित सतहें

## गलगण्ड के संकेत और लक्षण

   

बुखार   सरदर्द   भूख की कमी

 

फूले हुए गाल और सूजे हुए जबड़े से गलगण्ड को पहचाना जाता है जिसके कारण ये है

मांसपेशियों में दर्द   थकान



## टीकाकरण गलगण्ड के कारण होने वाली जटिलताओं को रोकने में भी मदद करता है



**जटिलताओं** में इनकी सूजन शामिल हो सकती है:

- अंडकोष
- अंडाशय
- स्तन
- अन्न्याशय
- मस्तिष्क
- रीढ़ की हड्डी का ऊतक

**यदि आपको लक्षण दिखाई देते हैं, तो घर में रहें और दूसरों से दूर रहें. अपने संस्थान के अपने डॉक्टर या स्वास्थ्य सेवाओं से संपर्क करें.**

802946 Hindi 2019

CORECIVIC-ARA000471

 **CoreCivic**

# COVID-19
# Information for Inmates and Detainees

The **novel coronavirus, or COVID-19,** is a respiratory illness that is easily transmissible through the air and on surfaces if prevention measures are not followed. We all need to do our part to keep our facility safe and healthy.

## SYMPTOMS OF COVID-19



Fever



Coughing



Shortness of breath

## COVID-19 SPREADS THROUGH



Close contact
(about 6 feet)



Coughing
and sneezing



Touching a contaminated
surface and then touching
your eyes, nose or mouth

## HOW TO PREVENT COVID-19

◀——————————— KEEP 6 FEET DISTANCE ———————————▶

- Avoid close contact with people who are sick
- Don't touch your eyes, nose, or mouth
- Cover your cough or sneeze with a sleeve, not your hand

- Wash your hands often with soap and water for at least 20 seconds, especially before eating, and after going to the bathroom, blowing your nose, coughing, or sneezing

If you start to feel any of the **symptoms** listed, fill out a **sick call request immediately.** Alert a staff member if you notice someone else looking unwell. Requests consistent with the symptoms of COVID-19 will be prioritized.

CORECIVIC-ARA000472



CORECIVIC-ARA000473



CORECIVIC-ARA000474



CORECIVIC-ARA000475



CORECIVIC-ARA000476

 **CoreCivic**

# COVID-19
# Information for Inmates and Detainees

The **novel coronavirus, or COVID-19,** is a respiratory illness that is easily transmissible through the air and on surfaces if prevention measures are not followed. We all need to do our part to keep our facility safe and healthy.

## SYMPTOMS OF COVID-19



Fever



Coughing



Shortness of breath

## COVID-19 SPREADS THROUGH



Close contact
(about 6 feet)



Coughing
and sneezing



Touching a contaminated
surface and then touching
your eyes, nose or mouth

## HOW TO PREVENT COVID-19

KEEP 6 FEET DISTANCE

- Avoid close contact with people who are sick
- Don't touch your eyes, nose, or mouth
- Cover your cough or sneeze with a sleeve, not your hand

- Wash your hands often with soap and water for at least 20 seconds, especially before eating, and after going to the bathroom, blowing your nose, coughing, or sneezing

If you start to feel any of the **symptoms** listed, fill out a **sick call request immediately.** Alert a staff member if you notice someone else looking unwell. Requests consistent with the symptoms of COVID-19 will be prioritized.

CORECIVIC-ARA000477



CORECIVIC-ARA000478



CORECIVIC-ARA000479



# BE MINDFUL OF SOCIAL DISTANCING

## PLEASE REMAIN 6' APART

Mantener Distancia Social
保持社交距離 Bǎochí shèjiāo jùlí
Kenbe Distans Sosyal
Держите социальную дистанцию
Derzhite sotsial'nuyu distantsiyu
Rike nesa da zamantakewa

CORECIVIC-ARA000480



CORECIVIC-ARA000481



CORECIVIC.ARA000482