# ATTACHMENT 8
# Supplemental Declaration of C. LaRose



CORECIVIC-ARA000483

# PER CDC, THE FOLLOWING PPE ARE REQUIRED IN THIS AREA:

**N 95 RESPIRATOR**

**EYE PROTECTION**

**GLOVES**

**GOWN/COVERALLS**

CORECIVIC-ARA000484

# SANITIZE EYE PROTECTION WITH hdqC2 BEFORE AND AFTER USE

CORECIVIC-ARA000485



CORECIVIC-ARA000486

## Effective immediately

**The following restrictions are being implemented as a preventative measure to limit exposure to ICE detainees to the COVID-19 virus:**

- Social visitation (contact and non-contact visits) is canceled.
- All volunteer activities are canceled and volunteer access to the facility is restricted.
- Attorney visitation:
  - Non-contact visitation should be offered first to limit exposure to the detainees.
  - If the attorney declines non-contact visitation, the attorney will be allowed a contact visit, but staff will reinforce that the non-contact visitation is to protect the detainee and population from exposure to the virus.  If the purpose of the contact visit is to facilitate the review of documents or to sign documents, the facility can facilitate sharing the documents in a non-contact setting.
- Court procedures are being discussed with EOIR at this time.
  - Attorneys and witnesses would be allowed to enter but no visitors who are not an integral part of the proceedings.
  - Non-Detained cases will not be heard at OMDC during these restrictions.

Imediatamente Efectivo

CORECIVIC-ARA000487

## Imediatamente Efectivo

**Hasta nuevo aviso, las siguientes restricciones se están implementando como una medida preventiva para limitar la exposición a los detenidos del Servicio de Alguaciles de EE. UU al virus COVID-19:**

- Se cancelan todas las visitas sociales (tanto de contacto como sin contacto).
- Todas las actividades voluntarias se cancelan y el acceso voluntario a las instalaciones está restringido.
- Visitas de abogados:
  - Las visitas sin contacto se deben ofrecer primero para limitar la exposición al detenido.
  - Si el abogado rechaza las visitas sin contacto, se le permitirá una visita de contacto, pero el personal reforzará que la visita sin contacto es para proteger al detenido y a la población de la exposición al virus. Si el propósito de la visita de contacto es facilitar la revisión de documentos o firmar documentos, la instalación puede facilitar el intercambio de documentos en un entorno sin contacto.
- Visitas de abogados:Los procedimientos con relacion a la corte estan en discussion con EOIR por el momento.
  - Abogados y testigos seran autorizados para entrar pero no los visitants que no formen parte integral de los procedimientos.
  - Casos de no detenidos, no seran escuchados en OMDC durantes estas restricciones.

CORECIVIC-ARA000488



CORECIVIC-ARA000489



CORECIVIC-ARA000490



CORECIVIC-ARA000491



CORECIVIC-ARA000492



CORECIVIC-ARA000493

CORECIVIC-ARA000494

# 阻止病毒传播

帮助预防呼吸道病毒如 **COVID-19** 的传播。

避免与患病的人近距离接触。

咳嗽和打喷嚏时，用纸巾遮住口鼻，然后将纸巾扔进封闭的垃圾箱。

避免触碰自己的眼睛、鼻子和嘴巴。

对频繁接触的物体和表面进行清洁和消毒。

生病时请留在家中，除非要接受医疗救治。

经常用肥皂和水洗手，每次至少 20 秒钟。




cdc.gov/COVID19-ch

CORECIVIC-ARA000495



CORECIVIC-ARA000496

A partir del Miércoles, 18 de Diciembre de 2019, todos los detenidos serán responsables de asistir a todas las citas médicas y de citas de píldoras programadas.

Si tiene una cita médica programada y desea rechazar la atención médica, debe formarse para la cita medica para firmar un rechazo. Informe al oficial que está allí para firmar el rechazo, de modo que el personal de enfermería pueda ser notificado de inmediato.

Si no asiste para firmar un rechazo de la cita medica, se tomarán medidas disciplinarias.

# COVID-19

## VIRUS INFORMATION FOR DETAINED INDIVIDUALS

ICE is monitoring COVID-19 and continues to follow the Centers for Disease Control and Prevention (CDC) guidelines, including:

- Screening all new detainees who arrive at facilities for symptoms and risk of exposure to COVID-19.
- Housing separately and monitoring detainees with symptoms for a period of 14 days.
- ICE personnel and facility staff who have been exposed to the virus are instructed to report exposure and to practice self-quarantine protocols per CDC guidance.
- ICE will continue to share information on COVID-19 cases in your facility and post it on the ICE website as it becomes available.

### WHAT CAN YOU DO?

If you feel ill or have reason to believe you have been exposed to someone with COVID-19, you are encouraged to submit a medical request form as soon as possible.

### WASH HANDS

If additional hygiene supplies are needed, complete a Detainee Request Form.

### LÁVESE LAS MANOS

Si se necesitan suministros de higiene adicionales, rellene un Formulario de Solicitud de Detenido.

### SOCIAL DISTANCING

Visitation with family members has been suspended temporarily at all detention facilities to mitigate the potential transmission of COVID-19, however ICE is taking steps to facilitate communication with families via extended access to telephones and tablets, where available. You can submit a Detainee Request Form for extended access to telephones/tablets.

### DISTANCIAMIENTO SOCIAL

Las visitas con los miembros de la familia se han suspendido temporalmente en todos los centros de detención para mitigar la posible transmisión de COVID-19, sin embargo, el ICE está tomando medidas para facilitar la comunicación con las familias a través de ampliación de acceso a teléfonos y tabletas, cuando estén disponibles. Puede enviar un Formulario de Solicitud de Detenido para ampliación de acceso a teléfonos/tabletas.

### QUESTIONS ABOUT ATTORNEY VISITATION?

Non-contact legal visitation (e.g. Skype or teleconference) will be encouraged as a first option to limit the facility's exposure to COVID-19. If an in-person legal visit is required, all legal visitors will be required to provide and wear personal protective equipment (PPE) (e.g., gloves, N-95 masks, and eye protection) and undergo the same medical screening procedures as facility staff members. If you need to speak with your attorney, you can submit a Detainee Request Form.

### ¿PREGUNTAS SOBRE LA VISITA DEL ABOGADO?

Se fomentarán las visitas de ámbito legal sin contacto (por ejemplo, Skype o teleconferencia) como primera opción para limitar la exposición de la instalación al COVID-19. Si se requiere una visita de ámbito legal en persona, todos los visitantes jurídicos deberán proporcionar y usar equipo de protección personal (EPP) (por ejemplo, guantes, máscaras N-95 y protección ocular) y someterse a los mismos procedimientos de detección médica que los miembros del personal de la instalación. Si necesita hablar con su abogado, puede enviar un Formulario de Solicitud de Detenido.

## INFORMACION DE VIRUS PARA INDIVIDUOS DETENIDOS

ICE está monitoreando el COVID-19 y continúa siguiendo las pautas de los Centros para el Control y la Prevención de Enfermedades (CDC, por sus siglas en inglés), incluyendo:

- Exámenes de detección a todos los nuevos detenidos que llegan a las instalaciones con síntomas y riesgo de exposición al COVID-19.
- Alojamiento por separado y monitoreo de detenidos con síntomas por un período de 14 días.
- Instrucción al personal del ICE y al personal de las instalaciones que han estado expuestos al virus para que informen de la exposición y practiquen los protocolos de cuarentena según las indicaciones de los CDC.
- ICE continuará compartiendo información sobre los casos de COVID-19 en sus instalaciones y la publicará en el sitio web de ICE a medida que esté disponible.

### ¿QUÉ PUEDE HACER?

Si se siente enfermo o tiene razones para creer que ha estado expuesto a alguien con el COVID-19, se le anima a enviar un formulario de solicitud médica tan pronto como sea posible.



## 20 SECONDS SEGUNDOS



In addition to reaching out to staff at your facility, detainees can call the Detention Reporting Information Line (DRIL): SPEED DIAL 9116# (on Free Call Platform). For information about your immigration hearing, call: SPEED DIAL 1116 (on Free Call Platform).

Además de ponerse en contacto con el personal de su instalación, los detenidos pueden llamar a la Línea de Información de Detención (DRIL, por sus siglas en inglés): MARCACIÓN RÁPIDA 9116# (en la plataforma de llamadas gratuitas). Para obtener información acerca de su audiencia de inmigración, llame a: MARCACIÓN RÁPIDA 1116 (en la plataforma de llamadas gratuitas).

CORECIVIC-ARA000497



# Handwashing
## at Home, at Play, and Out and About

Germs are everywhere! They can get onto your hands and items you touch throughout the day. Washing hands at key times with soap and water is one of the most important steps you can take to get rid of germs and avoid spreading germs to those around you.

## How can washing your hands keep you healthy?

Germs can get into the body through our eyes, nose, and mouth and make us sick. Handwashing with soap removes germs from hands and helps prevent sickness. Studies have shown that handwashing can prevent 1 in 3 diarrhea-related sicknesses and 1 in 5 respiratory infections, such as a cold or the flu.



### Handwashing helps prevent infections for these reasons:

 People often touch their eyes, nose, and mouth without realizing it, introducing germs into their bodies.

 Germs from unwashed hands may get into foods and drinks when people prepare or consume them. Germs can grow in some types of foods or drinks and make people sick.

 Germs from unwashed hands can be transferred to other objects, such as door knobs, tables, or toys, and then transferred to another person's hands.

## What is the right way to wash your hands?

1. Wet your hands with clean running water (warm or cold) and apply soap.
2. Lather your hands by rubbing them together with the soap.
3. Scrub all surfaces of your hands, including the palms, backs, fingers, between your fingers, and under your nails. Keep scrubbing for at least 20 seconds. Need a timer? Hum the "Happy Birthday" song twice.
4. Rinse your hands under clean, running water.
5. Dry your hands using a clean towel or air dry them.

Centers for Disease Control and Prevention
National Center for Emerging and Zoonotic Infectious Diseases

CORECIVIC-ARA000498

# Lavado de manos
## en casa, en donde jugamos y cuando salimos



¡Los microbios están en todas partes! Pueden llegar a sus manos y a los objetos que toca a lo largo de todo el día. Lavarse las manos con agua y jabón en momentos clave es una de las medidas más importantes que puede tomar para librarse de los microbios y evitar transmitirlos a quienes lo rodean.

### ¿Cómo es que lavarse las manos lo mantiene sano?

Los microbios pueden entrar al cuerpo a través de los ojos, la nariz y la boca, y enfermarnos. Lavarse las manos con jabón elimina los microbios que estén en ellas y ayuda a prevenir las enfermedades. Los estudios han mostrado que lavarse las manos puede prevenir 1 de cada 3 enfermedades diarreicas y 1 de cada 5 infecciones respiratorias, como el resfriado o la influenza (gripe).

### Lavarse las manos ayuda a prevenir infecciones por estas razones:

 Con frecuencia, las personas se tocan los ojos, la nariz y la boca sin darse cuenta, y de ese modo introducen microbios en el cuerpo.

 Los microbios de las manos que no se lavaron pueden llegar a los alimentos y a las bebidas cuando las personas los preparan o los consumen. Los microbios pueden multiplicarse en algunos tipos de alimentos o bebidas y causarles enfermedades a las personas.

 Los microbios de las manos sin lavar pueden transferirse a otros objetos, como las manijas de las puertas, las mesas o los juguetes y, luego, transferirse a las manos de otra persona.

### ¿Cuál es la forma correcta de lavarse las manos?

1. Mójese las manos con agua corriente limpia (tibia o fría) y enjabónelas.

2. Frótese las manos con jabón, formando espuma.

3. Frote todas las superficies, incluidos los dedos, entre los dedos, debajo de las uñas, las palmas y el dorso de las manos. Siga frotándose las manos por al menos 20 segundos. ¿Necesita un reloj? Tararee dos veces la canción "Cumpleaños feliz".

4. Enjuáguese las manos con agua corriente limpia.

5. Séquese las manos con una toalla limpia o al aire.

Centers for Disease
Control and Prevention
National Center for Emerging and

CDC

CORECIVIC-ARA000499

# Handwashing

 **CoreCivic**

# Inmate/Resident Use of Cloth or Surgical Paper Masks

You will soon be provided with a cloth or surgical paper face mask you may voluntarily wear inside the facility. Here are a few answers to common questions regarding the use of these masks.

## WHAT MASK CAN I WEAR?
You have the option to immediately begin wearing a cloth or paper mask provided to you by CoreCivic. These masks should not be altered in any way, including adding designs, coloring, or lettering.

## CAN I KEEP THE MASK ON ALL THE TIME?
You can wear your mask as long as you aren't being asked to remove it to provide positive identification.

## HOW DO I WEAR THE MASK?
Make sure the mask covers both your nose and mouth at all times, and adjusted as needed. Keep it below your eyes and out of your field of vision, and don't let it hang down below your neck.

## WHEN SHOULDN'T I WEAR A MASK?
Don't wear a mask if it impairs your ability to breathe, fogs up your eye glasses, or impairs your vision.

## HOW SHOULD I TAKE MY MASK OFF IF I WANT TO REUSE IT?
Act as though the front of the mask is contaminated. Wash your hands thoroughly and remove the mask slowly and carefully using the ear loops on the side. Visually inspect it for contamination, or distortion in shape or form. Don't lay the mask on a surface as it may contaminate the surface.

## WHAT SHOULD I DO IF THE MASK IS DAMAGED?
Any mask that is soiled, torn, or saturated should be thrown away in standard garbage bin as long as you don't show any of the symptoms of COVID-19. If you are symptomatic, contact health services, and follow the current medical policies and procedures.

## HOW LONG CAN I CONTINUE TO WEAR A MASK?
You can continue to wear a cloth or paper mask as long as a State of Emergency is in effect for the COVID-19 outbreak in your state. However, permission may be revoked at the discretion of CoreCivic if necessary in order to comply with applicable state or federal orders, partner directives, to ensure the orderly operation of CoreCivic institutions, or to promote the health and safety of inmates and staff.

## REMEMBER
Even if you use a cloth or surgical paper mask, you should still follow all CDC issued guidelines to prevent the spread of COVID-19, including social distancing, frequent hand washing, and avoiding skin to skin contact with others.

Revised April 19, 2020

CORECIVIC-ARA000500

# CoreCivic

## Uso de Máscaras de tela o de papel quirúrgicas para Reos/Residentes

Pronto se le proporcionará con un paño o una mascarilla quirúrgica de papel que puede usar de forma voluntaria dentro de la instalación . Aquí hay algunas respuestas a preguntas comunes sobre el uso de estas máscaras.

### ¿QUÉ MÁSCARA PUEDO USAR?

Tiene la opción de comenzar a usar inmediatamente un paño o una máscara de papel que CoreCivic le proporcionó. Estas mascaras no deben de alterarse de ninguna manera, ni agregar diseños, colores, o letras.

### ¿PUEDO MANTENER LA MÁSCARA TODO EL TIEMPO?

Puede usar su máscara siempre que no le pidan que se la quite para proporcionar una identificación positiva.

### ¿CÓMO ME PONGO LA MÁSCARA?

Asegúrese de que la máscara cubra su nariz y boca en todo momento, y ajústela según sea necesario. Manténgalo debajo de sus ojos y fuera de su campo de visión, y no permita que cuelgue debajo de su cuello.

### ¿CUÁNDO NO DEBERÍA USAR UNA MÁSCARA?

No use una mascara si deteriora su capacidad de respirar, empaña sus ojos, o deteriora su visión.

### ¿CÓMO DEBO QUITARME LA MÁSCARA SI QUIERO REUTILIZARLA?

Actúa como si el frente de la máscara estuviera contaminado. Lávese bien las manos y quítese la máscara lentamente y con cuidado usando los ganchos para los oídos a los lados. Inspeccione la mascara visualmente por contaminación o distorsion. No coloque la máscara sobre una superficie, ya que puede contaminarla.

### ¿QUÉ DEBO HACER SI LA MÁSCARA ESTÁ DAÑADA?

Cualquier máscara que esté sucia, rasgada o saturada debe tirarse a la basura estándar siempre que no muestre ninguno de los síntomas de COVID-19 . Si usted tiene síntomas contacte a los servicios de salud, y siga las políticas y procedimientos de médicos actuales.

### ¿CUÁNTO TIEMPO PUEDO SEGUIR USANDO UNA MÁSCARA?

Puede continuar usando una máscara de tela o papel siempre y cuando exista un estado de emergencia para el brote de COVID-19 en su estado. Sin embargo, se puede revocar el permiso a discreción de CoreCivic si es necesario para cumplir con las órdenes estatales o federales aplicables, las directivas de los socios, para garantizar el funcionamiento ordenado de las instituciones de CoreCivic o para promover la salud y la seguridad de los reclusos y el personal.

### RECUERDA

Si usa una máscara de tela o papel quirúrgica , debe seguir todas las direcciones de la CDC publicadas para prevenir la propagación de COVID-19, incluyendo el distanciamiento social, lavado frecuente de manos y evitar el contacto piel a piel con otros.

Revised April 13, 2020

CORECIVIC-ARA000501

Si comienza a sentir alguno de los **síntomas** enumerados, **avísele a alguien de inmediato.**

Revised April 30, 2020

 **CoreCivic**

# Coronavirus Prevention and Symptoms

The novel coronavirus, or COVID-19, is a severe respiratory illness, and we all need to do our part to keep our facility healthy and safe.

## SYMPTOMS INCLUDE A COMBINATION OF:

**One of these:**
- Coughing
- Shortness of breath

 **OR**

**Two or more of these:**
- Fever
- Chills
- Repeated shaking
- Muscle pain

- Headache
- Sore throat
- Recent loss of taste or smell

## COVID-19 SPREADS THROUGH



Close contact
(about 6 feet)



Coughing
and sneezing

## WAYS TO PREVENT COVID-19

KEEP 6 FEET DISTANCE

- Avoid close contact with people who are sick.
- Don't touch your eyes, nose, or mouth with un-washed hands.
- Cover your cough or sneeze with a tissue, then throw the tissue away.

- Wear a cloth or surgical paper mask
- Wash your hands often with soap and water for at least 20 seconds, especially before eating, and after going to the bathroom, blowing your nose, coughing, or sneezing.

If you start to feel any of the **symptoms** listed, **let someone know immediately.**

Revised April 30, 2020

CORECIVIC-ARA000502



# Coronavirus: Prevencion y Sintomas

El nuevo coronavirus, o COVID-19, es una enfermedad respiratoria grave, y todos debemos hacer nuestra parte para mantener nuestras instalaciones sanas y seguras.

## LOS SÍNTOMAS INCLUYEN UNA COMBINACIÓN DE:

**Uno de estos:**
- Tos
- Dificultad para respirar

 O

**Dos o más de estos:**
- Fiebre
- Resfriado
- Sacudidas repetidas
- Dolor muscular
- Dolor de cabeza
- Dolor de garganta
- Pérdida reciente de sabor u olor

## SE PROPAGA A TRAVÉS DE:



Contacto cercano
(aproximada-
mente 6 pies)



Toser y
estornudar

## FORMAS DE EVITAR CONTRAER COVID-19 :

MANTENGA UNA DISTANCIA DE 6 PIES

- Evitar el contacto cercano con personas que están enfermas
- No toque sus ojos, nariz o boca con las manos sin lavar
- Cubra su tos o estornude con un pañuelo desechable , y después de usarlo, bótelo

- Use un paño o una máscara de papel quirúrgica
- Lávese las manos con frecuencia con agua y jabón durante al menos 20 segundos, especialmente antes de comer y después de ir al baño, sonarse la nariz, toser o estornudar

Si comienza a sentir alguno de los **síntomas** enumerados, **avísele a alguien de inmediato.**

Revised April 30, 2020

CORECIVIC-ARA000503



CORECIVIC-ARA000504

 **CoreCivic**

# COVID-19
# Información para reclusos y detenidos

El **nuevo coronavirus, o COVID-19,** es una enfermedad respiratoria que se transmite fácilmente a través del aire y en las superficies si no se siguen las medidas de prevención. Todos debemos hacer nuestra parte para mantener nuestras instalaciones seguras y saludables.

## SÍNTOMAS DE COVID-19



Fiebre



Tos



Falta de aliento

## COVID-19 SE PROPAGA A TRAVÉS DE



Contacto cercano
(aproximadamente 6 pies)



Toser y
estornudar



Tocar una superficie contaminada y luego tocarse los ojos, la nariz o la boca

## CÓMO PREVENIR COVID-19

MANTENGA UNA DISTANCIA DE 6 PIES

- Evitar el contacto cercano con personas que están enfermas
- No toque sus ojos, nariz o boca
- Cubra su tos o estornudo con una manga, no con la mano

- Lávese las manos con frecuencia con agua y jabón durante al menos 20 segundos, especialmente antes de comer y después de ir al baño, sonarse la nariz, toser o estornudar.

Si comienza a sentir alguno de los **síntomas** enumerados, complete una **solicitud de llamada por enfermedad de inmediato.** Alerte a un miembro del personal si nota que alguien más se ve mal. Se priorizarán las solicitudes consistentes con los síntomas de COVID-19.

CORECIVIC-ARA000505

CORECIVIC-ARA000506

 **CoreCivic**

# Social Distancing 101

**Social distancing** means remaining out of congregate settings, avoiding mass gatherings, and maintaining distance (approximately 6 feet or 2 meters) from others when possible.




6 FEET DISTANCE



### INDIVIDUALS AND FAMILY
- Stay home and do not go out in public when you are sick
- Avoid medical settings unless necessary
- Avoid handshakes
- Avoid public transportation or go early or late to avoid rush-hour overcrowding
- Avoid large gatherings such as sporting events, concerts and movie theaters
- Practice good personal hygiene habits



### AT WORK
- Work in ways that minimize close contact with people
- Minimize groups over 10 people
- Avoid in-person meetings; use online conferencing
- Unavoidable in-person meetings should be short and in a large meeting room where people can sit at least three feet from each other
- Eliminate unnecessary travel and cancel or postpone nonessential meetings, gatherings, workshops and training sessions
- Do not congregate in work rooms, copier rooms or other areas where people socialize



### THOSE AT HIGHER RISK
Health officials recommend that people with higher risk of severe illness should stay home and away from large groups of people. Those at higher risk include people:
- Over 60 years of age
- With underlying health conditions
- With weakened immune systems
- Who are pregnant

## REMEMBER TO TAKE EVERYDAY PRECAUTIONS

- Wash your hands for at least 20 seconds with soap and water
- Avoid touching your face, nose and eyes
- Avoid close contact with sick people
- Stay home if you are sick
- Cover your nose or mouth when you cough or sneeze

 **CoreCivic**

# Social Distancing 101

**Social distancing** means remaining out of congregate settings, avoiding mass gatherings, and maintaining distance (approximately 6 feet or 2 meters) from others when possible.

6 FEET DISTANCE



### INDIVIDUALS AND FAMILY
- Stay home and do not go out in public when you are sick
- Avoid medical settings unless necessary
- Avoid handshakes
- Avoid public transportation or go early or late to avoid rush-hour overcrowding
- Avoid large gatherings such as sporting events, concerts and movie theaters
- Practice good personal hygiene habits



### AT WORK
- Work in ways that minimize close contact with people
- Minimize groups over 10 people
- Avoid in-person meetings; use online conferencing
- Unavoidable in-person meetings should be short and in a large meeting room where people can sit at least three feet from each other
- Eliminate unnecessary travel and cancel or postpone nonessential meetings, gatherings, workshops and training sessions
- Do not congregate in work rooms, copier rooms or other areas where people socialize



### THOSE AT HIGHER RISK
Health officials recommend that people with higher risk of severe illness should stay home and away from large groups of people. Those at higher risk include people:
- Over 60 years of age
- With underlying health conditions
- With weakened immune systems
- Who are pregnant

## REMEMBER TO TAKE EVERYDAY PRECAUTIONS
- Wash your hands for at least 20 seconds with soap and water
- Avoid touching your face, nose and eyes
- Avoid close contact with sick people
- Stay home if you are sick
- Cover your nose or mouth when you cough or sneeze

CORECIVIC-ARA000508



CORECIVIC-ARA000509



CORECIVIC-ARA000510

 **CoreCivic**



# Social Distancing 101

**Social distancing** means remaining out of congregate settings, avoiding mass gatherings, and maintaining distance (approximately 6 feet or 2 meters) from others when possible.



◄──────── 6 FEET DISTANCE ────────►



### INDIVIDUALS AND FAMILY
- Stay home and do not go out in public when you are sick
- Avoid medical settings unless necessary
- Avoid handshakes
- Avoid public transportation or go early or late to avoid rush-hour overcrowding
- Avoid large gatherings such as sporting events, concerts and movie theaters
- Practice good personal hygiene habits



### AT WORK
- Work in ways that minimize close contact with people
- Minimize groups over 10 people
- Avoid in-person meetings; use online conferencing
- Unavoidable in-person meetings should be short and in a large meeting room where people can sit at least three feet from each other
- Eliminate unnecessary travel and cancel or postpone nonessential meetings, gatherings, workshops and training sessions
- Do not congregate in work rooms, copier rooms or other areas where people socialize



### THOSE AT HIGHER RISK
Health officials recommend that people with higher risk of severe illness should stay home and away from large groups of people. Those at higher risk include people:
- Over 60 years of age
- With underlying health conditions
- With weakened immune systems
- Who are pregnant

## REMEMBER TO TAKE EVERYDAY PRECAUTIONS

- Wash your hands for at least 20 seconds with soap and water
- Avoid touching your face, nose and eyes
- Avoid close contact with sick people
- Stay home if you are sick
- Cover your nose or mouth when you cough or sneeze

CORECIVIC-ARA000511



CORECIVIC-ARA000512



CORECIVIC-ARA000513



CORECIVIC-ARA000514

 **CoreCivic**

# Otay Mesa Detention Center
## Town Hall Meeting Record

| Unit | ICE- Pods | Time Started | 1005 |
|---|---|---|---|
| Date of Meeting | 04-20-2020 | Time Ended | 1454 |
| Staff Attending Meeting | Sawyer | Title | Chief of Unit Management |
| | Miranda | | Medical Staff- IHSC |
| | Torres, M | | Unit Manager |
| | Gallina | | Case Manager |
| | Privette | | Case Manager |

## Subject Covered by Unit Management Team:

**Corona Virus/ COVID 19**
- Spreads via droplets, such as surfaces – keep all surfaces clean, tables, and clean the phone after each use
- Preventative measures- wash hands frequently, before and after eating, and after using the restroom.
- Social Distancing- distance from each other when possible
- Cover all coughing/ wear a mask if coughing
- REPORT TO MEDICAL if Symptoms are present: Chest Congestion, fever, body aches, coughing, diarrhea
- Sign up for sick call if symptoms are present,
- Test: mild to no symptoms will not be tested, due to the shortage of test available. However, more and more test are becoming available to test those that meet the criteria for testing.
- A small percentage show severe symptoms.
- Sick call: for those showing symptoms, the oxygen levels are being checked and temperatures
- There are currently 35 positive detainee cases, and all are being monitored.

## Concerns brought up by the inmates/detainees:

**Staff:** What about staff who come in and out of the facility?

**ICE-** What is the status of being released?

**Kitchen:** Can Trinity come and talk to the unit about the food portions in the meal?

**Movement:** Why is H-pod moving to N-pod?

**Medical:**
1. Who is being tested and what is the criteria (aka why can't I be tested?)
2. What happened to those who test positive?
   a. What if I am cellmate of someone who tested positive, should I e tested?
3. Are all detainees having their temperature taken daily?
4. What if I have symptoms, may I sign up for sick call?
5. What about specialty care appointments? (I have a broken finger, of the chronic condition), will U get referred for outside care?
6. Who provides masks to detainees?
7. How long may I wear a surgical mask?
8. Can I/we get N-95 masks?
9. If we have underlying medical condition that place us at greater risk in we contract the COVID-19, can we get medically recommendation for release?
10. The CDC and the state of CA recommends 6feet + social distances; and no more than 10 people gathered, how are we able to maintain that here?
11. What is the procedure/protocol for transferring detainee for outside appointment in order to reduce potential exposure?
   a. What if that person was exposed in the community and now bought back to our pod ( even medically compromised pod)

CORECIVIC-ARA000515

# CoreCivic   Otay Mesa Detention Center
## Town Hall Meeting Record

| | | | 0910 |
|---|---|---|---|
| Unit | ALL PODS | Time Started | 1445 |
| Date of Meeting | 4/17/20 | Time Ended | |
| | | | Chief of Unit Management |
| | Sawyer | | Unit Manager |
| | Torres, M. | | Unit Manager |
| Staff Attending Meeting | Handsbur | Title | Unit Manager |
| | Hogue | | |
| | | | |
| | | | |

**Subject Covered by Unit Management Team:**

**Corona Virus/ COVID 19 Facility Update:**
- There are 14 staff members at OMDC that have been tested positive for Covid-19.
- There are 27 detainees at OMDC that have been tested positive for Covid-19.

**Repeated:**
- Our goal is to get information out to detainees every day as long as necessary through the town hall process as well as postings on the bulletin board.
- Reminder, we are following all CDC precautionary steps to minimize internal and external exposures to our staff and the detainee population.
- We encourage any of you that have a fever, chest congestion, or difficulty breathing to let staff know immediately. All unit and security staff has been instructed to contact medical immediately, do not wait if you miss sick call, and notify a staff member immediately.
- We are going to do everything we can to isolate this and any future cases, but it depends on you as much as us. We are one team on this fight and buy-in to that idea is what is going to keep this from becoming worse than it needs to be. DO NOT share clothes, hygiene items, sporks, or cups.
- This is not an OMDC issue, it is a world issue, and everyone in here knows by now what we need to be doing to mitigate this virus – hand washing, social distancing, facility sanitation, etc.
- We will be cohorting every pod and continue to satellite feeding moving forward.
- To minimize any exposure, as many services as possible will continue to be conducted within the pods. Sick call/pill call, religious services, meals, library services, etc.
- Legal representation access, court procedures, medical appointments, transfers, releases, and any other movement in and out of the facility will be dictated on a case-by-case basis by ICE, USMS, and medical staff.
- If you have, questions beyond this get them to the unit manager and we will answer them individually or in future town halls if it is facility wide concern.

**Hostility:** Towards any staff or detainee will not be tolerated, this includes during town hall announcements. It is everyone's responsibility to be respectful and professional with each other and staff alike.

**Temporary Menu Plan:** there is no detainee preparing the food. It limits preparation of contact with the food. This plan is for the next two weeks, longer if deem necessary. The new menu will start Monday 4/20/20 and it is posted for you to review.

**Mail:** Legal mail is only sent back if the detainee is no longer here at the facility. The only delay in the mail is if the mail contains contraband or is sent to STG for review.

**Information from Dr. Malakhova:**
- Medical gets directions from the CDC
- There is not enough test-to-test all of the sick people, you have to meet the criteria.
- Many people have a mild case of COVID-19. sore throat, cough, headache, body aches, chills, stomach issues.

Page 1 of 2

CORECIVIC-ARA000516

# ATTACHMENT 9
# Supplemental Declaration
# of C. LaRose



CORECIVIC-ARA000517

# PER CDC, THE FOLLOWING PPE ARE REQUIRED IN THIS AREA:



FACEMASK

EYE PROTECTION

GLOVES

CORECIVIC-ARA000518

GLOVES

SANITIZE EYE
PROTECTION
WITH hdqC2
BEFORE AND
AFTER USE

CORECIVIC-ARA000519



CORECIVIC-ARA000520

 **CoreCivic**

# COVID-19
# Information for Inmates and Detainees

The **novel coronavirus, or COVID-19,** is a respiratory illness that is easily transmissible through the air and on surfaces if prevention measures are not followed. We all need to do our part to keep our facility safe and healthy.

## SYMPTOMS OF COVID-19



Fever



Coughing



Shortness of breath

## COVID-19 SPREADS THROUGH



Close contact
(about 6 feet)



Coughing
and sneezing



Touching a contaminated
surface and then touching
your eyes, nose or mouth

## HOW TO PREVENT COVID-19

◄—————————————————————————►
KEEP 6 FEET DISTANCE

- Avoid close contact with people who are sick
- Don't touch your eyes, nose, or mouth
- Cover your cough or sneeze with a sleeve, not your hand

- Wash your hands often with soap and water for at least 20 seconds, especially before eating, and after going to the bathroom, blowing your nose, coughing, or sneezing

If you start to feel any of the **symptoms** listed, fill out a **sick call request immediately.** Alert a staff member if you notice someone else looking unwell. Requests consistent with the symptoms of COVID-19 will be prioritized.

CORECIVIC-ARA000521



M-Pod Rules Reglas de Unidad M

1) Stand up and Face to Roster counts requires you to stand and face both Officers that are counting and Lig are to be on.....Cuenta levantado y cara a lista requiere que te levantes y mires a ambos oficiales que están contando y las luces estaran encendidas.

2) Detaines are not permitted to be in any cell but their own.....No estara permitido que los detenidos estén ninguna celda más que la propia....

3) Uniform compliance both in and out of the unit.(Shirt tucked in, ID on pocket, no shower shoes in dayroom or outside the pod).....El cumplimiento del uniforme sera dentro y fuera de la unidad.(Camisa fajada, ID en el bolsillo, no calzado para la regadera en la sala o fuera de la unidad).

4) Keep room and yourself clean, bunk is to be made everyday before you leave your cell Mantener tu cuarto y tu persona limpios. La cama sera hecha todos los días antes de que dejes tu celda.

5) No plastic chair are allowed in the showers, on the Rec. yard or in the cells. Las sillas de plastico no seran permitidas en las regaderas, patios o en las celdas.

MICROWAVE RULES

CORECIVIC-ARA000522

 **CoreCivic**

# Coronavirus: Prevencion y Sintomas

El nuevo coronavirus, o COVID-19, es una enfermedad respiratoria grave, y todos debemos hacer nuestra parte para mantener nuestras instalaciones sanas y seguras.

## LOS SÍNTOMAS INCLUYEN UNA COMBINACIÓN DE:

**Uno de estos:**
- Tos
- Dificultad para respirar

 O

**Dos o más de estos:**
- Fiebre
- Resfriado
- Sacudidas repetidas
- Dolor muscular

- Dolor de cabeza
- Dolor de garganta
- Pérdida reciente de sabor u olor

## SE PROPAGA A TRAVÉS DE:



Contacto cercano
(aproximada-
mente 6 pies)



Toser y
estornudar

## FORMAS DE EVITAR CONTRAER COVID-19 :

← MANTENGA UNA DISTANCIA DE 6 PIES →

- Evitar el contacto cercano con personas que están enfermas
- No toque sus ojos, nariz o boca con las manos sin lavar
- Cubra su tos o estornude con un pañuelo desechable , y después de usarlo, bótelo

- Use un paño o una máscara de papel quirúrgica
- Lávese las manos con frecuencia con agua y jabón durante al menos 20 segundos, especial-mente antes de comer y después de ir al baño, sonarse la nariz, toser o estornudar

Si comienza a sentir alguno de los **síntomas** enumerados, **avísele a alguien de inmediato.**

Revised April 30, 2020

 **CoreCivic**

# Coronavirus Prevention and Symptoms

The novel coronavirus, or COVID-19, is a severe respiratory illness, and we all need to do our part to keep our facility healthy and safe.

## SYMPTOMS INCLUDE A COMBINATION OF:

**One of these:**
- Coughing
- Shortness of breath

 **OR**

**Two or more of these:**
- Fever
- Chills
- Repeated shaking
- Muscle pain

- Headache
- Sore throat
- Recent loss of taste or smell

## COVID-19 SPREADS THROUGH



Close contact
(about 6 feet)



Coughing
and sneezing

## WAYS TO PREVENT COVID-19

←——————————— KEEP 6 FEET DISTANCE ———————————→

- Avoid close contact with people who are sick.
- Don't touch your eyes, nose, or mouth with un-washed hands.
- Cover your cough or sneeze with a tissue, then throw the tissue away.

- Wear a cloth or surgical paper mask
- Wash your hands often with soap and water for at least 20 seconds, especially before eating, and after going to the bathroom, blowing your nose, coughing, or sneezing.

If you start to feel any of the **symptoms** listed, **let someone know immediately.**

Revised April 30, 2020

CORECIVIC-ARA000524



CORECIVIC-ARA000525

 **CoreCivic**

# COVID-19
# Información para reclusos y detenidos

El **nuevo coronavirus, o COVID-19,** es una enfermedad respiratoria que se transmite fácilmente a través del aire y en las superficies si no se siguen las medidas de prevención. Todos debemos hacer nuestra parte para mantener nuestras instalaciones seguras y saludables.

## SÍNTOMAS DE COVID-19



Fiebre



Tos



Falta de aliento

## COVID-19 SE PROPAGA A TRAVÉS DE



Contacto cercano
(aproximadamente 6 pies)



Toser y
estornudar



Tocar una superficie contaminada y luego tocarse los ojos, la nariz o la boca

## CÓMO PREVENIR COVID-19

MANTENGA UNA DISTANCIA DE 6 PIES

- Evitar el contacto cercano con personas que están enfermas
- No toque sus ojos, nariz o boca
- Cubra su tos o estornudo con una manga, no con la mano

- Lávese las manos con frecuencia con agua y jabón durante al menos 20 segundos, especialmente antes de comer y después de ir al baño, sonarse la nariz, toser o estornudar.

Si comienza a sentir alguno de los **síntomas** enumerados, complete una **solicitud de llamada por enfermedad de inmediato.** Alerte a un miembro del personal si nota que alguien más se ve mal. Se priorizarán las solicitudes consistentes con los síntomas de COVID-19.

CORECIVIC-ARA000526

## Effective immediately

**The following restrictions are being implemented as a preventative measure to limit exposure to ICE detainees to the COVID-19 virus:**

- Social visitation (contact and non-contact visits) is canceled.
- All volunteer activities are canceled and volunteer access to the facility is restricted.
- Attorney visitation:
  - Non-contact visitation should be offered first to limit exposure to the detainees.
  - If the attorney declines non-contact visitation, the attorney will be allowed a contact visit, but staff will reinforce that the non-contact visitation is to protect the detainee and population from exposure to the virus.  If the purpose of the contact visit is to facilitate the review of documents or to sign documents, the facility can facilitate sharing the documents in a non-contact setting.
- Court procedures are being discussed with EOIR at this time.
  - Attorneys and witnesses would be allowed to enter but no visitors who are not an integral part of the proceedings.
  - Non-Detained cases will not be heard at OMDC during these restrictions.

CORECIVIC-ARA000527

 **CoreCivic**

# COVID-19
# Information for Inmates and Detainees

The **novel coronavirus, or COVID-19,** is a respiratory illness that is easily transmissible through the air and on surfaces if prevention measures are not followed. We all need to do our part to keep our facility safe and healthy.

## SYMPTOMS OF COVID-19



Fever



Coughing



Shortness of breath

## COVID-19 SPREADS THROUGH



Close contact (about 6 feet)



Coughing and sneezing



Touching a contaminated surface and then touching your eyes, nose or mouth

## HOW TO PREVENT COVID-19

◄——————————— KEEP 6 FEET DISTANCE ———————————►

- Avoid close contact with people who are sick
- Don't touch your eyes, nose, or mouth
- Cover your cough or sneeze with a sleeve, not your hand

- Wash your hands often with soap and water for at least 20 seconds, especially before eating, and after going to the bathroom, blowing your nose, coughing, or sneezing

If you start to feel any of the **symptoms** listed, fill out a **sick call request immediately.** Alert a staff member if you notice someone else looking unwell. Requests consistent with the symptoms of COVID-19 will be prioritized.

CORECIVIC-ARA000528

 **CoreCivic**

# Coronavirus Prevention and Symptoms

The novel coronavirus, or COVID-19, is a severe respiratory illness, and we all need to do our part to keep our facility healthy and safe.

## SYMPTOMS INCLUDE A COMBINATION OF:

**One of these:**
- Coughing
- Shortness of breath

 **OR**

**Two or more of these:**
- Fever
- Chills
- Repeated shaking
- Muscle pain

- Headache
- Sore throat
- Recent loss of taste or smell

## COVID-19 SPREADS THROUGH



Close contact
(about 6 feet)



Coughing
and sneezing

## WAYS TO PREVENT COVID-19

KEEP 6 FEET DISTANCE

- Avoid close contact with people who are sick.
- Don't touch your eyes, nose, or mouth with un-washed hands.
- Cover your cough or sneeze with a tissue, then throw the tissue away.

- Wear a cloth or surgical paper mask
- Wash your hands often with soap and water for at least 20 seconds, especially before eating, and after going to the bathroom, blowing your nose, coughing, or sneezing.

If you start to feel any of the **symptoms** listed, **let someone know immediately.**

Revised April 30, 2020

CORECIVIC-ARA000529


**CoreCivic**

# Coronavirus: Prevencion y Sintomas

El nuevo coronavirus, o COVID-19, es una enfermedad respiratoria grave, y todos debemos hacer nuestra parte para mantener nuestras instalaciones sanas y seguras.

## LOS SÍNTOMAS INCLUYEN UNA COMBINACIÓN DE:

**Uno de estos:**
- Tos
- Dificultad para respirar

 O

**Dos o más de estos:**
- Fiebre
- Resfriado
- Sacudidas repetidas
- Dolor muscular

- Dolor de cabeza
- Dolor de garganta
- Pérdida reciente de sabor u olor

## SE PROPAGA A TRAVÉS DE:



Contacto cercano (aproximadamente 6 pies)



Toser y estornudar

## FORMAS DE EVITAR CONTRAER COVID-19 :

← MANTENGA UNA DISTANCIA DE 6 PIES →

- Evitar el contacto cercano con personas que están enfermas
- No toque sus ojos, nariz o boca con las manos sin lavar
- Cubra su tos o estornude con un pañuelo desechable , y después de usarlo, bótelo

- Use un paño o una máscara de papel quirúrgica
- Lávese las manos con frecuencia con agua y jabón durante al menos 20 segundos, especialmente antes de comer y después de ir al baño, sonarse la nariz, toser o estornudar

Si comienza a sentir alguno de los **síntomas** enumerados, **avísele a alguien de inmediato.**

Revised April 30, 2020

CORECIVIC-ARA000530

 **CoreCivic**

### Otay Mesa Detention Center
### Town Hall Meeting Record

| Unit | All Pods | Time Started | 0903 |
|---|---|---|---|
| Date of Meeting | 03-31-2020 | Time Ended | 1704 |

| Staff Attending Meeting | Sawyer | Title | Chief of Unit Management |
|---|---|---|---|
| | Torres, M. | | Unit Manager |
| | Hogue | | Unit Manager |
| | Hawkins | | Unit Manager |
| | Handsbur | | Unit Manager |

**Subject Covered by Unit Management Team:**

**Corona Virus/ COVID 19 Facility Update:**
- A staff member at OMDC was tested for Covid-19 and the results have come back positive.
- The staff member has been off work and has not worked as a Pod officer for several weeks.
- Our goal is to get information out to detainees every day as long as necessary through the town hall process as well as postings on the bulletin board.
- We are following all CDC precautionary steps to minimize internal and external exposures to our staff and the detainee population.
- We encourage any of you that have a fever, chest congestion, or difficulty breathing to let staff know immediately. All unit and security staff has been instructed to contact medical immediately, do not wait if you miss sick call, and notify a staff member immediately.
- We are going to do everything we can to isolate this and any future cases, but it depends on you as much as us. We are one team on this fight and buy-in to that idea is what is going to keep this from becoming worse than it needs to be.
- This is not an OMDC issue, it is a world issue, and everyone in here knows by now what we need to be doing to mitigate this virus – hand washing, social distancing, facility sanitation, etc.

**Symptoms:** Consist of coughing, fevers, and shortness of breath.

**Staff:** Preventative measures are being taken to ensure staff with symptoms does not come into the facility.

**Prevention:** It is everyone's responsibility to be mindful of the preventative measures being taken, to ensure the reduction of contamination. High-risk detainees have been removed from the population for their protection and prevention for the population. It is important keep all surfaces clean, tables, and clean the phone after each use

**Sharing:** DO NOT share clothes, hygiene items, sporks, or cups.

**Concerns brought up by the inmates/detainees:**

**COVID19:** Does anyone in the facility have the Coronavirus? How do we know we have not been infected?

**Kitchen:** Can the people working in the kitchen come from the same area?

**Feeding/ Chow hall:** Why do we continue to go to the chow hall? The trays and sporks are not clean when trays are issued, we can become infected

**Supplies:** Can we have more gloves? Can we have more chemicals? Can we have a mask?

**Medical Questions:** How many days before you start showing symptoms? How long does it take to get results? Why is medical not wearing mask, since they treat all of us? Can we all be tested?

**Court/ Releases/ Transfers:** Will court proceedings be cancelled? Will deportation, releases, or transfers be cancelled?

**Transport:** Why are pregnant females being mixed in with GP for transport to court or doctor's appointment?

**Pat Downs:** Why are officers patting detainees down wearing gloves and not changing them?

CORECIVIC-ARA000531



CORECIVIC-ARA000532



CORECIVIC-ARA000533



CORECIVIC-ARA000534



CORECIVIC-ARA000535



CORECIVIC-ARA000536