UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN RODRIGUEZ ALCANTARA; YASMANI OSORIO REYNA; MARIA FLOR CALDERON LOPEZ; MARY DOE; on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs-Petitioners,<br><br>v.<br><br>GREGORY ARCHAMBEAULT, San Diego Field Office Director, Immigration and Customs Enforcement; et al.,<br><br>    Defendants-Respondents. | Case No.:  20cv0756 DMS (AHG)<br><br>**ORDER FOLLOWING TELEPHONIC STATUS CONFERENCE** |

A telephonic status conference was held on May 4, 2020. After consulting with counsel, IT IS HEREBY ORDERED:

1. The deadline for Defendants' opposition brief on the remaining class certification issues is continued to **May 15, 2020**. Plaintiffs' reply brief shall be filed on or before **May 19, 2020**. The hearing shall remain as scheduled on May 22, 2020.

2. Counsel shall meet and confer on the attorney-client communication and sponsorship issues discussed during the status conference, and the detainees identified for continued detention, including how those detainees will be cared for while in OMDC.

3. On or before **10:30 a.m.** on **May 8, 2020**, Defendants shall submit to the Court, in camera, an updated spreadsheet of the medically vulnerable ICE detainees in OMDC, including an explanation as to why those detainees recommended for release have not yet been released, if any.

4. A further telephonic status conference shall be held on **May 8, 2020**, at **12:00 noon** The dial-in number for any counsel who wish to listen in only and members of the public is as follows.

    a. Dial the toll free number: **877-411-9748**;

    b. Enter the Access Code: **6246317** (Participants will be put on hold until the Court activates the conference call);

    c. Enter the Participant Security Code **05080756** and Press # (The security code will be confirmed);

    d. Once the Security Code is confirmed, participants will be prompted to Press 1 to join the conference or Press 2 to re-enter the Security Code.

All persons dialing in to the conference are reminded that Civil Local Rule 83.7(c) prohibits any recording of court proceedings.

    **IT IS SO ORDERED**.

DATED: May 4, 2020

                                          DANA M. SABRAW
                                          United States District Judge