ROBERT S. BREWER, JR.
United States Attorney
KATHERINE L. PARKER, SBN 222629
Chief, Civil Division
SAMUEL W. BETTWY, SBN 94918
Assistant U.S. Attorney
REBECCA G. CHURCH, SBN 259652
Assistant U.S. Attorney
STEVEN J. POLIAKOFF, SBN 188231
Assistant U.S. Attorney
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
619-546-9634/7125/7721 / 619-546-7751 (fax)

Attorneys for Federal Respondents

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN RODRIGUEZ ALCANTARA, et al., <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> GREGORY J. ARCHAMBEAULT, San Diego Field Office Director, ICE, et al., <br><br> Defendants-Respondents. | Case No. 20cv0756 DMS AHG <br><br> **FEDERAL RESPONDENTS' EX PARTE APPLICATION FOR CONFIRMATION OF PROTECTIVE ORDER** <br><br> Judge: Honorable Dana M. Sabraw |

The parties have continued to be unable to reach an agreement on a joint protective order.

Because the parties were unable to reach an agreement initially, on May 4, 2020, Federal Respondents filed an Ex Parte Motion for Protective Order regarding the spreadsheet that this Court ordered produced by 10:30 a.m. ECF No. 42. That same morning, this Court issued an Order Granting Ex Parte Motion for Protective Order. ECF No. 47.

The Protective Order provides in part:

> [C]onfidential information" will mean and include information contained or disclosed in any spreadsheets, lists, materials, and other documents including documents, portions of documents, materials produced on May 4, 2020, in response to court order, including data, summaries, and compilations derived therefrom that is deemed to be confidential information by any party to which it belongs.

*Id.* at ¶ 1.

On May 4, 2020, this Court ordered an updated spreadsheet including some additional information to be submitted, *in camera*, by Friday, May 8, 2020. *See* ECF No. 50.

As discussed during the status conference, the spreadsheet is a working document and it appears that there may be a desire for subsequent updates to be provided during this case. Although the Protective Order references the May 4, 2020 spreadsheet specifically, it includes "complications derived therefrom" which likely covers subsequent spreadsheets ordered by the Court. However, because the Court requested some additional information in the next spreadsheet, and out of an abundance of caution, Federal Respondents seek an order confirming that the Protective Order (ECF No. 47) applies to all spreadsheets ordered to be submitted in this litigation relating to the provisionally certified Otay Mesa Medically Vulnerable subclass. *See* ECF Nos. 38, 41.

//
//
//

Federal Respondents have conferred with Petitioners' counsel, and they have advised that they oppose this request for confirmation of Protective Order.

DATED: May 5, 2020            Respectfully submitted,

ROBERT S. BREWER JR.
United States Attorney

KATHERINE L. PARKER
Chief, Civil Division

*s/ Samuel W. Bettwy*
SAMUEL. W. BETTWY
Assistant U.S. Attorney

s/ *Rebecca G. Church*
REBECCA G. CHURCH
Assistant U.S. Attorney

Attorneys for Federal Respondents