**MONIKA Y. LANGARICA** (SBN 308518)(mlangarica@aclusandiego.org)
**JONATHAN MARKOVITZ** (SBN 301767)(jmarkovitz@aclusandiego.org)
**KIMBERLY GRANO** (SBN 328298)(kgrano@aclusandiego.org)
**BARDIS VAKILI** (SBN 247783)(bvakili@aclusandiego.org)
**DAVID LOY** (SBN 229235)(davidloy@aclusandiego.org)
**ACLU FOUNDATION OF SAN DIEGO & IMPERIAL COUNTIES**
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 398-4493

Counsel for Plaintiff-Petitioners

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adrian RODRIGUEZ ALCANTARA, et al.,<br><br>Plaintiffs-Petitioners,<br><br>v.<br><br>Gregory J. ARCHAMBEAULT, San Diego Field Office Director, Immigration and Customs Enforcement, et al.,<br><br>Defendant-Respondents. | Case No. Case No. 20cv756 DMS (AHG)<br><br>**PLAINTIFF-PETITIONERS' EX PARTE APPLICATION TO MODIFY MAY 4 PROTECTIVE ORDER AND OPPOSITION TO DEFENDANT-RESPONDENTS' EX PARTE APPLICATION FOR CONFIRMATION OF PROTECTIVE ORDER** |

Plaintiff-Petitioners Adrian Rodriguez Alcantara et al., through their attorney of record, Bardis Vakili, respectfully apply to this Court *ex parte* for modification of the protective order entered in this case on May 4, 2020. Because Defendants-Respondents' Ex Parte Application for Confirmation of Protective Order raises similar issues, Plaintiff-Petitioners also oppose that application through the brief accompanying their request for modification.

1.

This application is supported by the concurrently-filed supporting Memorandum of Points and Authorities, and the declaration attached thereto; on all papers, pleadings, records, and filed in this case; on all matters of which judicial notice may be taken; and on such other argument and/or evidence as may be presented to this Court at a hearing on this application.

Plaintiff-Petitioners have informed opposing counsel of this application and opposition.

Respectfully submitted,

DATED: May 5, 2020

ACLU FOUNDATION OF SAN DIEGO & IMPERIAL COUNTIES

**s/ Bardis Vakili**
BARDIS VAKILI

Attorneys for Plaintiff-Petitioners