**MONIKA Y. LANGARICA** (SBN 308518)(mlangarica@aclusandiego.org)
**JONATHAN MARKOVITZ** (SBN 301767)(jmarkovitz@aclusandiego.org)
**KIMBERLY GRANO** (SBN 328298)(kgrano@aclusandiego.org)
**BARDIS VAKILI** (SBN 247783)(bvakili@aclusandiego.org)
**DAVID LOY** (SBN 229235)(davidloy@aclusandiego.org)
**ACLU FOUNDATION OF SAN DIEGO &
IMPERIAL COUNTIES**
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 398-4493

Counsel for Plaintiff-Petitioners

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Adrian RODRIGUEZ ALCANTARA, et al., <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> Gregory J. ARCHAMBEAULT, San Diego Field Office Director, Immigration and Customs Enforcement, et al., <br><br> Defendant-Respondents. | Case No. 20cv756 DMS (AHG) <br><br> **DECLARATION OF BARDIS VAKILI** |

1.

I, Bardis Vakili, hereby declare as follows:

1. I am an attorney licensed to practice in California and before this Court. I am a Senior Staff Attorney with the ACLU of San Diego & Imperial Counties and counsel of record for Plaintiff-Petitioners. I have personal knowledge of the facts set forth below and if called to testify, I could and would do so competently.

2. I am aware of my obligations regarding ex parte applications under Local Rule 83.3(g). On May 5, 2020, I informed opposing counsel via email of Plaintiff-Petitioners' intent to file an ex parte application for modification of the May 4 protective order.

I declare under penalty of perjury of the laws of the State of California and the United States of American that the foregoing statements are true and correct.

Executed this 5th Day of May 2020 in San Diego, California.

                                          s/ Bardis Vakili
                                          Bardis Vakili