**MONIKA Y. LANGARICA** (SBN 308518)(mlangarica@aclusandiego.org)
**JONATHAN MARKOVITZ** (SBN 301767)(jmarkovitz@aclusandiego.org)
**KIMBERLY GRANO** (SBN 328298)(kgrano@aclusandiego.org)
**BARDIS VAKILI** (SBN 247783)(bvakili@aclusandiego.org)
**DAVID LOY** (SBN 229235)(davidloy@aclusandiego.org)
**ACLU FOUNDATION OF SAN DIEGO & IMPERIAL COUNTIES**
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 398-4493

Counsel for Plaintiff-Petitioners

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adrian RODRIGUEZ ALCANTARA, et al., <br><br> Plaintiff-Petitioners, <br><br> v. <br><br> Gregory J. ARCHAMBEAULT, San Diego Field Office Director, Immigration and Customs Enforcement, et al., <br><br> Defendant-Respondents. | Case No. 20cv756 DMS (AHG) <br><br> **NOTICE OF SUPPLEMENTAL FACTS** |

1

Plaintiff-Petitioners respectfully submit this notice to provide the Court with an update on a factual development relevant to this case.

On May 6, 2020, a member of the medically vulnerable subclass at Otay Mesa Detention Center died from COVID-19 complications. *See* Kate Morrissey, *First ICE detainee dies from COVID-19 after being hospitalized from Otay Mesa Detention Center*, The San Diego Union Tribune, May 6, 2020, https://www.sandiegouniontribune.com/news/immigration/story/2020-05-06/first-ice-detainee-dies-from-covid-19-after-being-hospitalized-from-otay-mesa-detention-center, and attached as Exhibit A.[1] This unfortunate development only underscores the urgency of releasing those who are medically vulnerable from Otay Mesa.

According to the report, the man who died yesterday, after spending days on a ventilator, was originally hospitalized due to COVID-19 in late April, several weeks after ICE first confirmed COVID-19 had entered the facility.

Dated: May 07, 2020                     Respectfully submitted,

                                              ACLU FOUNDATION OF SAN DIEGO & IMPERIAL COUNTIES

                                              **s/Monika Y. Langarica**

                                              Attorney for Plaintiff-Petitioners

---

[1] The individual identified in the Union Tribune article appears on Defendants' May 4, 2020 disclosure at line 45.

# Exhibit A



ADVERTISEMENT

IMMIGRATION

# First ICE detainee dies from COVID-19 after being hospitalized from Otay Mesa Detention Center



Carlos Ernesto Escobar Mejia with two of his nephews about 20 years ago. (Courtesy Rosa Escobar)

Ex. A
002

# Carlos Ernesto Escobar Mejia had been hospitalized for a little over a week before he died

By KATE MORRISSEY

MAY 6, 2020 | 4:29 PM

Hospitalized and on a ventilator for a little over a week, a detainee from Otay Mesa Detention Center on Wednesday became the first in immigration custody nationwide to die from COVID-19.

Carlos Ernesto Escobar Mejia died around 2:15 a.m., according to his sister, Maribel Escobar. Her brother, known to her by the nickname "Netio," would have turned 58 later this month, Escobar said.

She remembered her brother as very kind, someone who helped people, in particular doing everything he could to support their sister Rosa, with whom he lived in the Los Angeles area.

"My brother was a one-of-a-kind person," Maribel Escobar said.

ADVERTISEMENT

He was a good person and a good brother, Rosa Escobar said. She says she felt like a second mother to him, especially after their mother died a few years ago.

"Why is there so much injustice in this world?" Rosa said in Spanish, crying in an interview in the days before her brother's death.

Rosa and her brother, the youngest of five siblings, came from El Salvador with their mother in 1980 during the country's civil war to join Maribel, who was already in the United States. Rosa said she had lived with her brother ever since.

Ex. A
003

Her brother was the only one in the family who hadn't been able to get a green card. Both sisters are now U.S. citizens.

ADVERTISEMENT



Carlos Ernesto Escobar Mejia with his sister Rosa Escobar (left) and their mother shortly after coming to the United States. (Courtesy Rosa Escobar)

Escobar Mejia had been at Otay Mesa Detention Center since January. That facility has become the biggest hot spot for the coronavirus among immigration detention centers nationwide.

Ex. A
004

As of Tuesday afternoon, 202 people in custody there had tested positive — 136 Immigration and Customs Enforcement detainees and 66 U.S. Marshals Service inmates — according to facility records obtained by The San Diego Union-Tribune.

Detainees have complained that the facility was not adequately protecting them from the novel coronavirus. Erik Mercado said he met Escobar Mejia in segregated housing — also known as solitary confinement — when Escobar Mejia was brought in for participating in a hunger strike over the facility's conditions.

ADVERTISEMENT

"It was all about his sister," Mercado said in an interview. "He wanted to get home and help her out."

ICE and CoreCivic, the private company responsible for the facility, didn't respond to a request for comment in time for publication.

In a lawsuit recently filed by the American Civil Liberties Union, a federal judge ordered ICE to review cases of detainees who are medically vulnerable to the coronavirus and to release as many as possible. Escobar Mejia was on ICE's list, but he was already in the hospital.

An attorney representing ICE told the judge on Monday that Escobar Mejia was in serious condition and suggested praying for him.

ADVERTISEMENT

Before being detained, Escobar Mejia, who had diabetes, had undergone several operations that left him without his right foot because of complications with that condition.

Ex. A
005

When he died, he had been in the hospital for a little over a week and had been on a ventilator, his sisters said. He received a blood transfusion on Tuesday, but his body had already been too weakened by the virus.

Just weeks before, on April 15, he had a bond hearing in front of Judge Lee O'Connor, Rosa said, but O'Connor didn't let him out.

Rosa said it was because the judge was waiting for more information about a domestic violence charge that showed up in his record that had been a case of mistaken identity. In that criminal case, the judge dismissed the charge when he realized that police had arrested the wrong person, Rosa said. Escobar's former attorney, Joan Del Valle, confirmed from her records that he had been acquitted.

ADVERTISEMENT

"All of this anguish because of the judge," Rosa said, "because on April 15, my brother was still well."

Maribel tried to mail a letter to O'Connor last week to express her frustration at his decision.

"I want you to know that it was on your hands to save his life," Maribel wrote.

The letter, which had been addressed to the detention center, came back to her on Wednesday. She says she's going to try sending it again.

ADVERTISEMENT

A spokeswoman for the Executive Office for Immigration Review, which employs immigration judges, did not immediately respond to a request for comment.

Ex. A
006

Rosa is also frustrated with the attorney she hired to help her brother once he was at Otay Mesa.

Del Valle is based in Los Angeles. She had represented Escobar Mejia since 2012 but couldn't commute to south San Diego to keep helping him with his case for free, Del Valle said, so she advised Rosa to find someone local for the case.

That attorney wouldn't take her calls, Rosa said, when she was trying to help her brother get out of the facility as his sponsor.

ADVERTISEMENT

When she found out her brother was hospitalized, it was through Del Valle, whom ICE called when its officer couldn't get in touch with the new attorney.

The San Diego attorney did not respond to attempts by the Union-Tribune to contact him.

Her brother wasn't perfect, Maribel said. When he was younger, he got in trouble from drinking, she said. Because of that, he hadn't been able to get his green card.

Del Valle confirmed that Escobar Mejia had a couple of convictions that were about three decades old, including a DUI. He had an arrest for possession of a controlled substance in 2012, which was later expunged, she said.

ADVERTISEMENT

The attorney said that when she took his case, she made him promise her to stay out of trouble, and he did.

He realized that he had been hanging out with the "wrong crowd," Del Valle said. She thinks his family motivated him to live a positive life.

Ex. A
007

"He adored his mom when she was alive and his sister. He lived for them," Del Valle said. "That was the center of his life."



Carlos Ernesto Escobar Mejia (second from right) with his mother (right) and two of his siblings at Disneyland. (Courtesy Rosa Escobar)

ADVERTISEMENT

Del Valle got him released from an immigration detention facility near Los Angeles when she took his case in 2012. Because of a judge retiring and other administrative lags, his trial was supposed to take place in October 2020, she said.

Then, in January, Escobar Mejia was arrested by immigration officers while he was in a car with a friend. Because of his foot operation, he couldn't drive, so a friend was driving his

Ex. A
008

car. The two were in Chula Vista when they were stopped, according to his sisters. Further details about the detention weren't available.

Both ended up at Otay Mesa, but the driver was later released on bond, the sisters said. Their brother was not.

"If that hadn't happened, my brother would be here with me," Rosa said, her voice full of grief.

ADVERTISEMENT

She doesn't want any other family to have to go through what her family is feeling now.

On Wednesday evening she received a call to make arrangements for his body. She was told she has no option but to arrange for a direct cremation because of the virus. She said she was told she would have to pay $1,700 for the cremation.

**IMMIGRATION**    **LATEST**    **IMMIGRATION DETENTION**    **CORONAVIRUS**



## Get Essential San Diego, weekday mornings

**Get a special coronavirus news summary from the Union-Tribune in your inbox weekday mornings along with other top news headlines.**

Enter Email Address

**SIGN ME UP**

**You may occasionally receive promotional content from the San Diego Union-Tribune.**