UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN RODRIGUEZ ALCANTARA; YASMANI OSORIO REYNA; MARIA FLOR CALDERON LOPEZ; MARY DOE; on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　Plaintiffs-Petitioners,<br><br>v.<br><br>GREGORY ARCHAMBEAULT, San Diego Field Office Director, Immigration and Customs Enforcement; et al.,<br><br>　　　　　　　　Defendants-Respondents. | Case No.: 20cv0756 DMS (AHG)<br><br>**ORDER FOLLOWING TELEPHONIC STATUS CONFERENCE** |

A telephonic status conference was held on May 15, 2020. After consulting with counsel, IT IS HEREBY ORDERED:

1. For the twenty-nine individuals Plaintiffs have identified as seeking membership in the Subclass, Defendants shall provide to Plaintiffs on or before **May 20, 2020**, (1) a decision as to whether those individuals will be included in the Subclass, or (2) if that determination cannot be made based on the records in Defendants' possession, identify what further documentation is necessary to make that decision.

2. For the individuals on the spreadsheet identified for continued detention, counsel shall continue to meet and confer and be prepared to provide the Court with an update at the May 22, 2020 hearing.

3. On or before **10:30 a.m.** on **May 21, 2020**, Defendants shall submit to the Court, in camera, an updated spreadsheet of the medically vulnerable ICE detainees in OMDC.

4. The May 22, 2020 hearing shall be held at **11:00 a.m.**  The dial-in number for any counsel who wish to listen in only and members of the public is as follows.

    a. Dial the toll free number: **877-411-9748**;

    b. Enter the Access Code: **6246317** (Participants will be put on hold until the Court activates the conference call);

    c. Enter the Participant Security Code **05220756** and Press # (The security code will be confirmed);

    d. Once the Security Code is confirmed, participants will be prompted to Press 1 to join the conference or Press 2 to re-enter the Security Code.

All persons dialing in to the conference are reminded that Civil Local Rule 83.7(c) prohibits any recording of court proceedings.

**IT IS SO ORDERED**.

DATED: May 15, 2020

_____
DANA M. SABRAW
United States District Judge