1  ROBERT S. BREWER JR.
   United States Attorney
2  KATHERINE L. PARKER, SBN 222629
   Chief, Civil Division
3  BETSEY BOUTELLE, SBN 299754
   Assistant U.S. Attorney
4  CAROLINE C. PRIME, SBN 220000
   Assistant U.S. Attorney
5  Office of the U.S. Attorney
   880 Front Street, Room 6293
6  San Diego, CA 92101-8893
   619-546-8764/7183 619-546-7751 (fax)
7
8  Attorneys for Respondents

9              UNITED STATES DISTRICT COURT

10           SOUTHERN DISTRICT OF CALIFORNIA

11
12 CRISTIAN GUTIERREZ VENTURA,          Case No. 20cv0963 GPC AGS

13            Petitioner,

14       v.                            SUPPLEMENTAL DECLARATION OF
                                        SIXTO MARRERO IN SUPPORT OF
15 GREGORY J. ARCHAMBEAULT, San         RETURN TO PETITION FOR
   Diego Field Office Director, Immigration   WRIT OF HABEAS CORPUS
16 and Customs Enforcement, et. al.,

17            Respondents.

18
19
20
21
22
23
24
25
26
27
28

I, Sixto Marrero, make the following Declaration:

1.      I am over the age of 18 years and am competent to testify to the matters set forth in this Declaration.

2.      I am currently employed by Management & Training Corporation ("MTC") as the Facility Administrator of the Imperial Regional Detention Center ("IRDF") in Calexico, California, which MTC operates pursuant to a contract with Immigration & Customs Enforcement ("ICE"). I have held this position since February 18, 2020.

3.      Prior to becoming the Facility Administrator at IRDF I was employed as Deputy Warden at the Otero County Prison Facility ("OCPF"), which MTC operates pursuant to a contract with the New Mexico Department of Corrections. I became the Deputy Warden at OCPF in September 2018.

4.      From April to July 2018, I served as an independent consultant to MTC, advising on matters relating to a request for proposal to bid on services for the Puerto Rico Department of Corrections & Rehabilitation.

5.      From December 2013 to August 2015, I was hired by Pacific Architects and Engineers Corp. (PAE) as a Subject Matter Expert on Correctional Accreditation and was assigned to work in Mexico, under the Merida Initiative, US Department of State. As the contract evolved, I continued my services as an independent contractor to Blueforce Inc., performing the same duties through January of 2016.

6.      Prior to my time as an independent consultant, I was employed by the Puerto Rico Department of Corrections for 30 years, retiring in 2013.

7.      All document exhibits attached hereto are true and accurate copies of documents generated and/or maintained in the normal course of MTC's business operating the IRDF, and are documents with which I am familiar and have reviewed.

## COVID-19 Protocols

8.      As Facility Administrator at IRDF, my primary objective is to maintain the health and safety of IRDF detainees and staff.

9.     MTC/IRDF recognizes the unique and exceptional nature of the current COVID-19 pandemic, and takes seriously its responsibility to protect the safety and security of the detainees in its facilities, its staff, its governmental partners' employees, and the public as a whole.

10.     MTC/IRDF is taking reasonable and appropriate measures to protect IRDF detainees from COVID-19 exposure and infection.

11.     The MTC Medical Health Services Administrator at IRDF is required to track international, national, regional, and local COVID-19 trends, identify and maintain Imperial County Public Health Department contacts for COVID-19 (including 24/7 contact information), communicate with the local health department and discuss collaboration on COVID-19 preparedness, identify and update any ICE, local or state requirements for COVID-19, and identify and update laboratories capable of processing COVID-19 cultures.

12.     On March 17, 2020, IRDF adopted a Coronavirus Disease (COVID-19) Response Plan, which it revised on April 14, 2020 and again on May 15, 2020. A true and correct copy of the plan revised as of May 15, 2020 is attached hereto as **Exhibit 1**.

*Staff and Detainee Training on COVID-19*

13.     IRDF posts signage throughout the facility promoting good health habits and reporting procedures in the event someone presents with symptoms of COVID-19. Samples of such signage are attached hereto as **Exhibit 2**.

14.     Staff receives initial and annual training relating to blood borne pathogens (i.e., how disease is transmitted, exposure control, work place controls, engineering controls, universal precautions, PPE clothing and equipment, reporting procedures for exposure, and immunization protection), biohazard waste disposal, cardio pulmonary resuscitation (CPR) and basic first aid, health related emergencies, practicing good health habits (i.e., regular hand washing, respiratory etiquette (coughing or sneezing into a sleeve or tissue) and avoiding touching one's eyes, nose or mouth).

15.     In addition to this general training, staff receives COVID-19 specific training as information is updated and becomes available from the WHO, CDC, Public Health Department, MTC Medical,[1] and/or ICE.

16.     During the detainee intake process and on a continual basis throughout a detainee's stay, IRDF and MTC Medical provide training and emphasizes to detainees the need to practice social distancing and good health habits (i.e., regular hand washing, respiratory etiquette, and avoiding touching one's eyes, nose or mouth).[2]

17.     MTC Medical staff recorded a video, in English and Spanish, covering good health habits (including demonstrations) and identifying the possible symptoms of COVID-19 and the reporting procedures in the event the detainee demonstrates signs and symptoms of infection. A true and correct copy of the video is contained on the CD lodged herewith as **Exhibit 3**. This video is played during detainee orientation upon admission to the facility, and throughout the housing units during each meal period. Housing unit officers are instructed to turn on the televisions during breakfast, lunch and dinner periods to ensure the COVID-19 video is playing. The housing unit officers are instructed to make an appropriate entry into the logbook reflecting that the video was played during the applicable meal period.

18.     All unit and security staff have been instructed to contact MTC Medical personnel immediately if COVID-19 symptoms are reported by detainees or observed. If IRDF staff are advised of, observe, or suspect that any detainee/detainee may be symptomatic of potential COVID-19 infection, they are expected to immediately contact MTC Medical, who will respond appropriately.

/ / /

---

[1] MTC Medical, LLC is a wholly owned subsidiary of MTC, and provides the medical care at IRDF.

[2] IRDF utilizes a language line service in order to provide translation for detainees who need to communicate with staff but do not understand English or Spanish. In March 2020, the language line was utilized by detainees/staff 9 times, in April 2020, the language line was utilized 3 times, and in May 2020, the language line was utilized 3 times.

20cv0963 GPC AGS

*Medical Screening Procedures for Staff and Visitors*

19.     Staff and visitors are educated not to come to the facility if they have flu-like symptoms. Signage is posted at all entrances to the facility encouraging all staff and visitors not to enter the facility and to return home if they are demonstrating any of the following symptoms: fever; body aches; cough; or shortness of breath.  Samples of such signage are attached hereto as **Exhibit 2**.

20.     Staff assigned to the lobby and back gate conduct basic screenings of all persons (staff and visitors) before allowing anyone to enter into the facility. Anyone refusing the medical screening is not allowed to enter the facility.

21.     For staff, the screening consists of a non-invasive temperature check, and a response to the following questions:

> 1.     Have you had close contact with anyone diagnosed with COVID-19 (Coronavirus) illness within the past 14 days?
>
> 2.     Do you have a dry cough?
>
> 3.     Do you have a fever?
>
> 4.     Are you experiencing shortness of breath, or have signs and symptoms of respiratory illness?
>
> 5.     Are you experiencing body aches?

22.     For visitors, the screening consists of a non-invasive temperature check and completion of the COVID-19 Visitors Screening Form, a true and correct copy of which is attached hereto as **Exhibit 4**.

23.     No one (staff or visitor) with a temperature of 100.4 or above is allowed to enter the facility.

24.     Personnel performing the medical screening are required to perform hand hygiene and put on a face mask, eye protection (goggles or disposable face shield that fully covers the front and sides of the face), gown/coveralls, and a single pair of disposable gloves. Screeners are required to put on a new pair of gloves between each temperature check. Where a disposable or non-contact thermometer cannot be used, screeners are

4

required to thoroughly clean the thermometer. At the conclusion of their shift, screeners are expected to remove and discard PPE and perform hand hygiene.

*Facility Cleaning and Sanitation*

25.    MTC revised its Facility House Keeping Plan in response to the COVID-19 pandemic. A true and correct copy of the revised plan is attached hereto as **Exhibit 5**.

26.    MTC maintains a robust supply of the following chemical cleaning supplies for use at IDRF:

a.    All-purpose cleaner (for general cleaning).

b.    Hospital grade germicidal detergents and/or wipes (for disinfecting and sanitizing all surfaces).

c.    Clean laundered rags. To prevent cross contamination, rags are identified for use in various areas, with each area having its own designated rags (i.e., A-Unit, B-Unit, etc.), and each area also has designated rags for use in specified spaces (i.e., restrooms, showers, tables, microwave, bunk areas, etc.).

d.    Hospital grade germicidal detergents specific for mopping.

e.    Clean mop heads. To prevent cross contamination, mop heads must be identified for use in various areas, with each area having its own designated mop heads (i.e., A-Unit, B-Unit, etc.), and each area also has designated mop heads for use in specified spaces (i.e., restrooms, common areas and bunk areas, etc.). Mop heads used in the medical observation cells are not to be used in other areas of the medical department.

f.    Laundry detergents and dissolvable biohazard bags.

g.    Trash can liners (bags), biohazard bags, sharps containers, and clean up kits.

27.    IRDF has developed a COVID-19 Sanitation Checklist and COVID-19 Sanitation Checklist for Transportation to guide and document the minimum required sanitation requirements. True and correct copies of these sanitation checklists are attached hereto as **Exhibit 6**.

5

28.     IDRF staff is instructed on the following procedures to obtain a high standard of general cleanliness and sanitation at the facility:

a.     At least twice per shift, all horizontal surfaces (i.e., desks/tables, sinks, toilets, drinking fountains, phones, privacy walls/panels, recreation equipment, windows, computers, seats/chairs, showers, janitorial equipment, tablets, food carts, microwaves, trashcans, etc.) should be damp dusted with an approved germicidal solution. The surface should remain wet for 10 minutes before it is wiped dry.

b.     At least three times per shift, all frequently touched areas (i.e., doorknobs, tablets, phones, light switches, faucets, toilets, sinks, intercoms, etc.) should be damp dusted daily with an approved germicidal solution. The surface should remain wet for 10 minutes before it is wiped dry. Telephones and tablets should be appropriately sanitized after each use.

c.     Windows, window frames, and windowsills that can be reached should be cleaned daily.  Those out of reach should be scheduled for regular cleaning.

d.     Furniture and fixtures should be cleaned and disinfected daily with an approved germicidal solution.

e.     Hard surface floors should be mopped and sanitized at least once per shift and when soiled, using the double-bucket mopping technique. A hospital disinfectant-detergent solution mixed according to the manufacturer's directions should be utilized. A clean mop head should be used each time the floors are mopped, and staff should designate separate mops to be used in the common areas and in the restroom/showers.

f.     Carpeted areas should be vacuumed once per day.

g.     Waste containers should be non-porous and lined with plastic bags. The liner is changed and the trash receptacle is cleaned and sanitized after each meal, or as often as otherwise needed.

h.     All hold rooms should be cleaned and disinfected immediately after the last detainee is removed, with the cleaning and sanitization logged in the Hold Room Log. This includes, at a minimum, the floor and all horizontal surfaces (i.e., phones, privacy

6

panels, doors, benches, sinks, toilets, drinking fountains, etc.). All trash receptacles in the hold room should be cleaned and sanitized.

   i.   All visitation areas should be cleaned and disinfected immediately after each detainee visit and/or interview. At a minimum, all horizontal surfaces touched during the visit (i.e., phones, privacy panels, doors/door knobs, light switches, chairs, sinks, toilets, drinking fountains, vending machines, etc.) should be sanitized, and the cleaning and sanitization should be logged in the Visitation Officer's Logbook.

   29.   If surfaces are dirty, they should be cleaned using CorrectPac All-Purpose Detergent (green), or with soap and water prior to disinfection. CorrectPac Germicidal Detergent (pink) should be used for disinfection. Diluted household bleach solutions (at least 1000ppm sodium hypochlorite) should be used, if appropriate for the surface.

   30.   For soft (porous) surfaces such as carpeted floor, rugs, and drapes, any visible contamination should be removed and the surface should be cleaned with appropriate cleaners. After cleaning, if the item can be laundered, it should be laundered in accordance with the manufacturer's instructions using the warmest appropriate water setting for the items and then dried completely. Otherwise, staff should use products that are suitable for porous surfaces and EPA-approved for use against the virus that causes COVID-19.

   31.   For electronic devices (i.e., tablets, touch screens, keyboards, remote controls, ATM machines, etc.), any visible contamination should be removed. The items should then be disinfected based on manufacturer instructions. If no manufacturer guidance is available, alcohol-based wipes or sprays containing at least 70% alcohol should be used to disinfect the device. When available, wipe-able covers should be used for electronics.

   32.   IRDF transportation staff should keep transportation vehicles clean and sanitary at all times. After each transportation detail, the Transportation Officers in charge of the detail is expected to thoroughly clean and disinfect the vehicle.

   33.   IDRF staff is instructed to clean shared equipment (i.e., radios, service weapons, keys, handcuffs) several times a day and on a conclusion of use basis.

34.     In order to minimize the possibility of dispersing virus through the air, staff is instructed not to shake dirty laundry. Items should be washed as appropriate in accordance with the manufacturer's instructions, using the warmest appropriate water setting for the items whenever possible. Hampers and other carts used to transport laundry should be cleaned and disinfected according to the above guidance for hard or soft surfaces.

35.     Cleaning and sanitation supplies are maintained in each housing unit, and are provided to detainees upon request to the housing unit officer.

*Personal Hygiene*

36.     MTC maintains a robust supply of the following personal hygiene items for detainee and staff use:

       a.     Hand soap and/or refills (staff).

       b.     All-in-one soap bottles and dispenser refills (detainees).

       c.     Paper towels.

       d.     Hand sanitizing stations (strategically located throughout the facility) and refills.

       e.     Toilet paper.

37.     Each of the open bed housing units has a minimum of 11 soap dispensers that are continually filled with an all-in-one soap, shampoo, conditioner product.

38.     Detainees in closed cell housing units are provided a personal bottle of the all-in-one soap, shampoo and conditioner product. Replenishment of individual personal hygiene items for detainees in close cell housing units is conducted each Saturday and on an as needed basis, one empty container for one full container.

39.     IDRF staff is instructed to ensure adequate personal hygiene supplies are on hand at all times to prevent delays in replenishment.

*Social Distancing*

40.     IRDF does not have a central dining hall. Meals are delivered to detainees in their individual housing units.

20cv0963 GPC AGS

41.     During meals, detainees sleeping on bottom bunks consume their meals at their bunk, while detainees sleeping on top bunks consume their meals at tables. No more than two detainees are allowed to sit at the same table and they are required to sit across from each other.

42.     The housing unit officer controls the distribution of meal trays, summoning no more than ten (10) detainees at one time to retrieve their trays.

43.     Staff encourages detainees within each housing unit to practice social distancing, at a minimum of six (6) feet apart.  When social distancing may not be attainable (e.g., socializing, playing games, attending self-led religious services, etc.), staff requires detainees to wear face masks. The size of groups attending activities outside of the housing units (i.e., religious services, educational classes, etc.) have been limited to maximize social distancing.

44.     All detainees sleeping on a top bunk are instructed to sleep with their heads opposite of the detainee sleeping on the bottom bunk.

45.     All programing (i.e., recreation in the main yard, religious services, educational, etc.) has been modified to prevent more than one unit in attendance at a time.

46.     The physical law library has been closed, and library computers have been distributed to each unit.  The facility librarian is available to assist detainees in their housing units.

47.     Housing unit officers ensure that the occupancy of the mini-recreation areas do not exceed twenty detainees.

48.     All detainee movement throughout the facility is controlled and officers providing escort emphasize social distancing. Detainee movement is limited to ten detainees at a time.

49.     Detainees are required to wear their face masks at all times while outside their assigned housing unit.

20cv0963 GPC AGS

50.     All voluntary detainee workers (i.e., facility porters, food service and laundry workers) have been placed into a single housing unit, and the admission of new arrivals to that housing unit has been minimized.

51.     The number of detainees in holding areas have been limited to maximize social distancing. For instance, the medical waiting room may not have more than 4 detainees at any one given time.

52.     Detainees housed in closed cell housing units are housed in single/individual cells to the greatest extent possible.

53.     The Mail Clerk uses a UV light box to sanitize all incoming mail.

*Personal Protective Equipment (PPE)*

54.     MTC follows CDC guidelines on the issuance of PPE. Cleaning, care, and regular replacement of PPE is in accordance with current CDC recommendations and/or manufacturer's specifications. Where an ICE directive requires a guideline more stringent than that set forth in the plan, IRDF complies with the directive provided.

55.     As of June 3, 2020, IRDF had the following supply of PPE:

> 201 Face Shields
>
> 6.     42 Eye Protection
>
> 7.     948 Coveralls
>
> 8.     813 N95 Masks
>
> 2015 KN 95 Masks
>
> 4730 Surgical Masks
>
> 9.     795 Boxes of Gloves (50 count)

56.     Face masks have been provided to all detainees. Detainees are required to wear their mask any time they depart their assigned housing unit. Detainees are also required to wear a mask anytime a detainee approaches a staff member such that minimum social distancing requirements cannot be maintained (e.g., during pill line, mail distribution, when communicating with staff).

57.     Face masks have been issued to all staff, who are required to wear them at all times. Staff are required to wear disposable gloves any time they enter the following areas: Reception & Discharge (R&D), Medical Observation, Special Management Unit, and any other housing unit.

58.     Staff and detainees who require respiratory protection (e.g., N95s) for their work responsibilities are trained and fit-tested in the context of California's respiratory protection program, as defined by the Occupational Safety and Health Administration's (OSHA) Respiratory Protection Standard (29 CFR 1910.134).

*Detainee Admissions*

59.     MTC Medical staff is required to conduct a basic health assessment on all detainee(s) immediately upon their arrival at the facility, and before they enter R&D. The health assessment consists, at a minimum, of a temperature check and a response to the following questions:

> Today or in the past 24 hours, have you had any of the following symptoms?
>> Do you have a cough?
>> Do you have a fever, felt feverish, or had chills?
>> Are you experiencing shortness of breath, having difficulty breathing, or have signs and symptoms of a respiratory illness?
>
> In the past 14 days, have you had contact with a person known to be infected with COVID-19 where you were not wearing the recommended proper PPE?

60.     The health assessment is conducted at the transportation vehicle. Detainees exit the vehicle one at a time for the medical screening and, once cleared, return to the vehicle. If any detainee presents with a fever, or does not otherwise clear the health assessment, all detainees will remain in the vehicle and ICE is notified. Only after all detainees in the vehicle have cleared the required health assessment and temperature check will they be allowed to enter R&D.

61.     During the admissions process, R&D staff dons the appropriate PPE, and ensures the detainee is wearing a face mask. Staff and detainees are instructed not to shake,

20cv0963 GPC AGS

abruptly move, or throw items about at any time during the process. R&D staff carefully search a detainee's person and property. All funds, valuables, and property is appropriately inventoried, tagged and sealed in bags, and kept separate from all other property for a minimum of 72 hours.

62.     To the greatest extent possible, new admissions are quarantined for 14 days before they enter the general population. The preference is to quarantine new detainees in individual cells, either in C-Unit or the Medical Observation Unit. If those units are at full capacity, however, IRDF may have to cohort new detainees in a designated housing unit or area prior to placement into the general population. Where it is necessary to cohort new detainees, IRDF will cohort those new detainees arriving on the same day and in the same vehicle, so as to avoid potential cross-contamination.

63.     Since May 1, 2020, 53 detainees have been admitted to IRDF.

64.     If a new detainee has had close contact with a known COVID-19 case or has traveled to an affected area (but has no COVID-19 symptoms), the detainee will be quarantined and monitored for symptoms twice per day, for 14 days.

*Detainee Release*

65.     Upon notification of a detainee's pending release from IRDF, MTC Medical conducts a temperature screening. Temperature checks are completed no more than 12 hours prior to the detainee's departure from the facility, and documented in the detainee medical record and transfer summary. Temperature checks must be completed and documented before ICE is provided with transfer summary documents.

66.     When considering the release of detainees into the United States who have been exposed to an individual with a confirmed or suspected COVID-19, or who are under monitoring for having epidemiologic risk of exposure to COVID-19, the following applies:

        a.      If the detainee is to be released prior to completion of the recommended medical isolation or monitoring period, the state or local health department will be notified of the detainee's release. The health department will be provided with the detainee's name, intended address, email address, and all available telephone numbers.

12

b.     The facility provides information regarding any potential community resources to promote continuity of care, attempt to facilitate transportation coordination through a family member or friend, and advise the detainee to avoid public transportation, commercial ride sharing (e.g. UBER, Lyft), or taxis.

c.     The facility provides the detainee with the CDC's *Prevent the Spread of COVID-19 If You Are Sick* and *Stop the Spread of Germs* fact sheets.  Samples of these fact sheets are attached hereto as **Exhibit 7**.

67.     In addition to any other required documentation for transfers, releases, or removals, and as mandated by ICE, staff completes the ICE provided Covid-19 Detainee Checklist for Transfers, Removals & Releases on each detainee released from the facility. A true and correct copy of the checklist is attached hereto as **Exhibit 8**. MTC Medical completes questions #1 through #3, and R&D completes questions #4 through #5. A copy of the completed checklist is placed in the detainee's detention file, and the original is attached to the transfer/release documentation.

*Visitation*

68.     Effective March 13, 2020, IRDF suspended social visits to/with detainees until further notice.

69.     IRDF allows non-contact legal visitation only, unless the attorney believes the legal visit requires contact. Prior to the in-person visit, the legal representative must undergo the same screening required for staff entry into the facility.

70.     Volunteer visits to the IRDF are suspended, unless approved by the ICE Assistant Directors for Field Operations and Custody Management.

71.     Facility tours are suspended, excluding Members of Congress, Congressional Member Delegations (CODELs), and Congressional Staff Delegations (STAFFDELs) who are allowed to access the facility for the purposes of conducting oversight.

72.     To safeguard visitors, detainees, ICE and facility staff, congressional visitors may be subject to the special screening procedures, including undergoing testing similar to that administered to facility employees. Congressional visitors may also be required to wear

20cv0963 GPC AGS

PPE, are advised of standard hygiene practices to help prevent the spread of disease (i.e., washing hands and avoiding close contact), and are made aware of available washrooms within the facility.

73.    If there is an articulable concern that any visitor may transmit COVID-19 to detainees, the Facility Administrator may ask them to leave, require them to wear PPE, and/or require them to go through the same medical screening as employees.

74.    Legal representatives, CODELs, and STAFFDELs seeking an in-person meeting with one or more detainees must wear PPE. If he or she does not have his or her own PPE, IRDF will provide the PPE free of charge, based on availability.

*Isolation and Quarantine of Detainees with Suspected or Known Cases of COVID-19*

75.    Upon admission, if a detainee is believed to have a contagious/infectious disease, staff will immediately isolate the detainee in isolation units.

76.    All detainees housed in isolation wear face masks at all times when outside of their individual isolation space, and whenever another individual enters an isolation room. Masks are changed at least daily, and when visibly soiled or wet.

77.    Each isolated detainee is assigned to his or her own housing space and bathroom to the greatest extent possible. Cohorting is practiced only if there are no other available options. Only individuals with a laboratory confirmed COVID-19 case will be isolated as a cohort. Suspected cases or case contacts will not be cohorted with suspected cases unless necessary.

78.    Detainees with high risk of severe illness will not be cohorted with other infected detainees.  If it becomes necessary to cohort high risk detainees, IRDF will make all possible accommodations to prevent transmission of other infectious diseases to the higher risk detainee (e.g. allocate more space for a higher risk detainee within a shared isolation room/area).

79.    Per CDC criteria, isolation is maintained until (i) the detainee has been free from fever for 72 hours without the use of fever-reducing medications, (ii) the detainee's other symptoms (e.g., cough, shortness of breath) have improved, (iii) the detainee has

1  tested negative in at least two consecutive respiratory specimens collected at least 24 hours
2  apart, and (iv) at least 14 days have passed since the date of the detainee's first positive
3  COVID-19 test and the detainee has had no subsequent illness.

4      80.    Before caring for patients with confirmed or suspected COVID-19, MTC
5  Medical personnel and supervisory staff receive comprehensive training on when and what
6  PPE is necessary, how to don (put on) and doff (take off) PPE, the limitations on PPE, and
7  the proper care, maintenance, and disposal of PPE. Medical staff must be able to
8  demonstrate competency in performing appropriate infection control practices and
9  procedures.

10     81.    The primary isolation unit is in Medical Observation. The secondary isolation
11  unit is C-Unit. E-Unit will be used as a staging unit for those who are released from
12  isolation.

13     82.    IRDF reinforces staff education and infection control procedures to follow
14  when caring for isolated detainees. IRDF assures adequate infection-control supplies and
15  PPE (i.e., gowns, face masks/goggles, respirators, and gloves, are available). Precaution
16  signs are posted on the doors of all isolation units.  Samples of such signage is attached
17  hereto as **Exhibit 1**.

18     83.    Staff assigned to the isolation units are designated and assigned to 12-hour
19  shifts to reduce the number of personnel in the area.

20     84.    Staff interacting with isolated detainees don the appropriate PPE, in
21  accordance with CDC guidelines and as directed by MTC policy *Personal Protective*
22  *Equipment – COVID-19 Pandemic Plan 904D.02* (a true and correct copy of which is
23  attached hereto as **Exhibit 9**).

24     85.    PPE must be donned correctly before entering the patient area (e.g., the
25  isolation room or unit, if cohorting). PPE must remain in place and be worn correctly for
26  the duration of work in potentially contaminated areas. PPE should not be adjusted (e.g.,
27  retying gown, adjusting respirator or facemask) during patient care/duration of work. PPE
28  must be doffed slowly and deliberately in a sequence that prevents self-contamination.

15

86.     Based on available supplies, and at my direction, the facility may be required to reuse or extend the use of PPE. Staff follows CDC approved protocols for donning and doffing PPE to maximize the ability for reuse, as set forth on pages 23-25 of the Coronavirus Disease (COVID-19) Response Plan. IRDF has also adopted an amendment to the Coronavirus Disease (COVID-19) Response Plan to specifically address reuse of PPE, a true and correct copy of which is attached hereto as **Exhibit 10**.

87.     Isolation cells are marked with red tape on the inside and outside to establish safe social distancing for staff and detainees. Staff utilize the red tape markings at all times and instruct detainees to step back to the cell where the red tape mark prior to opening any cell door or food port. Once the officer has established detainee compliance, they open the food port and place any items of necessity on the food port. The officer then steps back away from the cell door to the red tape, and steps to the right or left of the cell door, keeping site of the detainee through the cell windows. Once the detainee removes the items form the food port, the officer instructs the detainee to return to the red tape mark in the cell and establishes a safe distance to close and secure the food port.

88.     For medical visits, the officer is required to use the same methods described in paragraph 86, above, instructing the detainee to comply with the red tape markings in the cell, prior to opening the door. The officer opens the cell door permitting medical personnel to enter the cell. The officer utilizes the door as a shield/barrier between the officer and the cell, meaning the officer should be standing behind the door watching medical personnel through the cell windows. In the event of an emergency situation, the officer provides immediate assistance. Once medical personnel have completed their assessment/task, the officer instructs the detainee with the same protocols, stepping to the back of the cell or to the red tape. Medical exits the cell and the officer secures the cell door. The officer does not need to enter the cell or impede the medical personnel's interview or medical discussions with the detainee.

89.     Officers assigned to the isolation units will, at scheduled times, provide detainees the opportunity to obtain supplies to clean and sanitize their own areas/cells. All

16

equipment, i.e. spray bottles, brooms, mops, toilet brushes, etc. is cleaned and sanitized between each use. If required for cleaning and disinfecting, only clean laundered clothes/rags will be distributed to each cell. The officer will use the same safety red tape protocols, during the distribution and collection of the cleaning supplies

90.     Officers are also provided sanitizing equipment for their safety and work sites.

91.     Prior to leaving any isolation area, staff must appropriately remove all PPE. The PPE must be placed in contamination bags and double bagged for disposal. Employee(s) assigned to isolation units may utilize the nearest restroom after temporarily removing PPE to decontaminate themselves with soap, water or sanitizing equipment. At no time will any employee assigned to these posts be permitted to walk about in their PPE.

92.     Supervisory staff continues to conduct required PREA, Health, Safety and Security checks as required in the isolation units. Supervisory staff entering these isolated areas are required to don the appropriate PPE.

93.     The facility makes a concerted effort to provide detainees who are isolated with access to court, asylum interviews, and legal visitation to the greatest extent possible. Immediately upon receiving notification that an isolated detainee has a scheduled court hearing, asylum interview or legal visit, staff consults with MTC Medical to determine the best course of action to be taken. In the event MTC Medical advises against a detainee attending a court hearing, asylum interview or legal visitation, staff immediately notifies the Facility Administrator. Only the Facility Administrator, in consultation with ICE, may cancel a detainee's court hearing, asylum interview or legal visit.

94.     For cancelled court appearances, the Judge will be notified, in advance, that the detainee is currently isolated due to possible exposure of COVID-19, and of MTC Medical's recommendations regarding the detainee's attendance in court. Should the Judge nonetheless require the detainee's attendance, staff ensures the detainee remains isolated from other detainees and that all required PPE is worn at all times. Prior to moving an isolated detainee to Court, staff ensures the route to and from the isolated area and court room are clear. Immediately following the hearing, and if applicable, as the detainee is

17

moved from one area to another area, all areas occupied by the isolated detainee are sanitized. The sanitizing takes place prior to any other person occupying the area.

95.    For cancelled asylum hearings, the Asylum Officer will be notified, in advance, that the detainee(s) is currently isolated due to the possible exposure of COVID-19, and of MTC Medical's recommendations regarding the detainee(s) attendance in the interview. Should the Asylum Officer require the detainee's attendance, staff ensures the detainee remains isolated from other detainees and all required PPE is worn at all times. Prior to moving an isolated detainee, staff will ensure the route to and from the isolated area and interview area are clear. Immediately following the interview, and if applicable, as the detainee is moved from one area to another area, all areas occupied by the isolated detainee is sanitized. The sanitizing takes place prior to any other person occupying the area.

96.    For cancelled legal visits, the legal representative will be notified that the detainee is currently isolated due to the possible exposure of COVID-19, and of MTC Medical's recommendations regarding the detainee's attendance in a legal visit. Staff will encourage a non-contact visit (i.e., video visitation by tablet, telephone, etc.). If the legal representative believes the legal visit requires contact, staff will ensure the detainee remains isolated from other detainees and that all required PPE is worn at all times. Prior to moving an isolated detainee, staff will ensure the route to and from the isolated area and visitation area are clear. Immediately following the visit/interview, and if applicable, as the detainee is moved from one area to another area, all areas occupied by the isolated detainee are sanitized. The sanitizing takes place prior to any other person occupying the area.

97.    If at all possible, MTC Medical conducts their visits and sick call with isolated detainees in the isolation area. In the event it becomes necessary to have an isolated detainee report to medical for a visit/sick call, the visit will require the approval of either the Health Services Administrator, physician, nurse practitioner, or Director of Nursing. Prior to moving an isolated detainee, staff will ensure the route to and from the isolation area and the medical exam area are clear. Staff also ensures that the detainee remains isolated from other detainees and that all required PPE is worn at all times. Immediately following the

20cv0963 GPC AGS

exam, and if applicable, as the detainee is moved from one area to another area, all areas occupied by the isolated detainee are sanitized. The sanitizing takes place prior to any other person occupying the area.

### IRDF Detainee Population and COVID-19 Statistics

98.   IRDF has a design capacity of 782 detainees.  As of June 4, 2020, the facility was operating at 46.68% capacity, with only 365 detainees (339 male and 26 female) housed at the facility).

99.   As of June 4, 2020, 61 detainees have been tested for COVID-19 at IRDF. Only 2 detainees have tested positive, while 59 detainees had tested negative. To date, no IRDF detainees have died of COVID-19 related illness.

100.   As of June 4, 2020, 9 IRDF employees have tested positive for COVID-19, 6 of whom have already recovered. Employees who have tested positive for COVID-19 are returned to work in accordance with MTC Policy 9.04D.03 "Return to Work Post COVID-19 Exposure – Corrections", a true and correct copy of which is attached hereto as **Exhibit 12**.

101.   Of the 365 detainees on-site at IRDF as of June 4, 2020, 316 detainees were assigned to general population (at varying custody levels) and 17 detainees were assigned to the Special Management Unit ("SMU") due to safety and security issues that preclude assignment of these detainees to general population. The remaining 32 detainees were housed in Medical Observation or C-Unit, which is being used as an extended medical segregation unit.

102.   As of June 4, 2020, detainees were housed in the following locations, at the following housing unit occupancy rates:

| Housing Unit | Gender | Custody Level(s) | Total Capacity | Total Assigned | Occupancy Rate (%) | Unit Design[3] |
|---|---|---|---|---|---|---|

---

[3] Open sleeping bays have four double bunks and can house up to 8 detainees.

20cv0963 GPC AGS

| A-Unit | M | Special Management Unit | 64 | 17 | 26.56 | Closed Cell |
| B-Unit | M | High | 64 | 24 | 37.50 | Closed Cell |
| C-Unit | M | Extended Medical Isolation | 64 | 22 | 34.38 | Closed Cell |
| D-Unit | M | Medium low & Low | 64 | 49 | 76.56 | 2-Tier Sleeping Bays |
| E-Unit | M | Medium low & Low | 64 | 14 | 21.88 | 2-Tier Sleeping Bays |
| F-Unit | F | Medium low & Low | 64 | 26 | 40.62 | 2-Tier Sleeping Bays |
| G-Unit | M | Medium low & Low | 64 | 0 | 0.00 | 2-Tier Sleeping Bays |
| H-Unit | M | Medium low & Low | 64 | 50 | 78.12 | 2-Tier Sleeping Bays |
| J-Unit | M | Medium low & Low | 64 | 48 | 75.00 | 2-Tier Sleeping Bays |
| K-Unit | M | Medium low & Low | 64 | 48 | 75.00 | 2-Tier Sleeping Bays |
| L-Unit | M | Medium low & Low | 64 | 25 | 39.06 | 2-Tier Sleeping Bays |
| M-Unit | M | Medium low & Low | 64 | 32 | 50.00 | 2-Tier Sleeping Bays |
| Medical Observation | M/F | All levels | 14 | 10 | 71.43 | Closed Cell |

103.   The specifics as to the housing unit occupancy rates and design are as follows:

20cv0963 GPC AGS

### A-Unit

104.   As of June 4, 2020, A-Unit was at 25.56% capacity. A-Unit is a closed cell design housing unit, serving as the Special Management Unit. Each cell is 54.5 square feet and houses 2 detainees, with beds affixed to the walls. Each cell in A-Unit has its own shower and bathroom facilities. Staff who enter Housing Unit A wear appropriate PPE, including face masks and gloves. The general COVID-19 operating procedures set forth in paragraphs 25-63, above, apply in A-Unit.

### B-Unit

105.   As of June 4, 2020, B-Unit was at 37.50% capacity. B-Unit is a closed cell design housing unit, housing high risk detainees. Each cell is 74 square feet and houses 2 detainees, with beds affixed to the walls. Each cell in B-Unit has its own shower and bathroom facilities. Staff who enter B-Unit wear appropriate PPE, including face masks and gloves. The general COVID-19 operating procedures set forth in paragraphs 25-63, above, apply in B-Unit.

### C-Unit

106.   As of June 4, 2020, C-Unit was at 34.38% capacity. C-Unit is a closed cell design housing unit, currently serving as an expanded medical observation unit. Each cell is 83.7 square feet and houses 2 detainees, with beds affixed to the walls. Each cell in C-Unit has its own shower and bathroom facilities. Staff who enter C-Unit wear appropriate PPE, including face masks, eye protection, gowns, and gloves. The general COVID-19 operating procedures set forth in paragraphs 25-63, above, along with the enhanced COVID-19 isolation procedures set forth in paragraphs 74-96, above, apply in C-Unit.

### D-Unit

107.   As of June 4, 2020, D-Unit was at 76.56% capacity. It is a two-level, open sleeping bay design pod with a dayroom area containing 16 affixed tables with 4 stools each, televisions, telephones, tablets, and an attached outdoor recreation area. The square footage of the dormitory is 3812.2 square feet. There are 8 total sleeping bays, with each bay sleeping up to 8 detainees (in double bunks). Detainees housed in D-Unit use communal toilets and sinks. Staff who enter D-Unit wear appropriate PPE, including face masks and

gloves. The general COVID-19 operating procedures set forth in paragraphs 25-63, above, apply in D-Unit.

### E-Unit

108.   As of June 4, 2020, E-Unit was at 21.88% capacity. It is a two-level, open sleeping bay design pod with a dayroom area containing 16 affixed tables with 4 stools each, televisions, telephones, tablets, and an attached outdoor recreation area. The square footage of the dormitory is 3812.2 square feet. There are 8 total sleeping bays, with each bay sleeping up to 8 detainees (in double bunks). Detainees housed in D-Unit use communal toilets and sinks. Staff who enter E-Unit wear appropriate PPE, including face masks and gloves. The general COVID-19 operating procedures set forth in paragraphs 25-63, above, apply in E-Unit.

### F-Unit

109.   As of June 4, 2020, F-Unit was at 40.62% capacity. It is a two-level, open sleeping bay design pod with a dayroom area containing 16 affixed tables with 4 stools each, televisions, telephones, tablets, and an attached outdoor recreation area. The square footage of the dormitory is 3812.2 square feet. There are 8 total sleeping bays, with each bay sleeping up to 8 detainees (in double bunks). Detainees housed in F-Unit use communal toilets and sinks. Staff who enter F-Unit wear appropriate PPE, including face masks and gloves. The general COVID-19 operating procedures set forth in paragraphs 25-63, above, apply in F-Unit.

### G-Unit

110.   As of June 4, 2020, G-Unit was at 0% capacity. It is a two-level, open sleeping bay design pod with a dayroom area containing 16 affixed tables with 4 stools each, televisions, telephones, tablets, and an attached outdoor recreation area. The square footage of the dormitory is 3812.2 square feet. There are 8 total sleeping bays, with each bay sleeping up to 8 detainees (in double bunks). Detainees housed in G-Unit use communal toilets and sinks. Staff who enter G-Unit wear appropriate PPE, including face masks and

gloves. The general COVID-19 operating procedures set forth in paragraphs 25-63, above, apply in G-Unit.

### H-Unit

111. As of June 4, 2020, H-Unit was at 78.12% capacity. It is a two-level, open sleeping bay design pod with a dayroom area containing 16 affixed tables with 4 stools each, televisions, telephones, tablets, and an attached outdoor recreation area. The square footage of the dormitory is 3812.2 square feet. There are 8 total sleeping bays, with each bay sleeping up to 8 detainees (in double bunks). Detainees housed in H-Unit use communal toilets and sinks. Staff who enter H-Unit wear appropriate PPE, including face masks and gloves. The general COVID-19 operating procedures set forth in paragraphs 25-63, above, apply in H-Unit.

### J-Unit

112. As of June 4, 2020, J-Unit was at 75% capacity. It is a two-level, open sleeping bay design pod with a dayroom area containing 16 affixed tables with 4 stools each, televisions, telephones, tablets, and an attached outdoor recreation area. The square footage of the dormitory is 3812.2 square feet. There are 8 total sleeping bays, with each bay sleeping up to 8 detainees (in double bunks). Detainees housed in J-Unit use communal toilets and sinks. Staff who enter J-Unit wear appropriate PPE, including face masks and gloves. The general COVID-19 operating procedures set forth in paragraphs 25-63, above, apply in J-Unit.

### K-Unit

113. As of June 4, 2020, K-Unit was at 75% capacity. It is a two-level, open sleeping bay design pod with a dayroom area containing 16 affixed tables with 4 stools each, televisions, telephones, tablets, and an attached outdoor recreation area. The square footage of the dormitory is 3812.2 square feet. There are 8 total sleeping bays, with each bay sleeping up to 8 detainees (in double bunks). Detainees housed in K-Unit use communal toilets and sinks. Staff who enter K-Unit wear appropriate PPE, including face masks and

gloves. The general COVID-19 operating procedures set forth in paragraphs 25-63, above, apply in K-Unit.

### L-Unit

114.   As of June 4, 2020, L-Unit was at 30.06% capacity. It is a two-level, open sleeping bay design pod with a dayroom area containing 16 affixed tables with 4 stools each, televisions, telephones, tablets, and an attached outdoor recreation area. The square footage of the dormitory is 3812.2 square feet. There are 8 total sleeping bays, with each bay sleeping up to 8 detainees (in double bunks). Detainees housed in L-Unit use communal toilets and sinks. Staff who enter L-Unit wear appropriate PPE, including face masks and gloves. The general COVID-19 operating procedures set forth in paragraphs 25-63, above, apply in L-Unit.

### M-Unit

115.   As of June 4, 2020, E-Unit was at 50.00% capacity. It is a two-level, open sleeping bay design pod with a dayroom area containing 16 affixed tables with 4 stools each, televisions, telephones, tablets, and an attached outdoor recreation area. The square footage of the dormitory is 3812.2 square feet. There are 8 total sleeping bays, with each bay sleeping up to 8 detainees (in double bunks). Detainees housed in M-Unit use communal toilets and sinks. Staff who enter M-Unit wear appropriate PPE, including face masks and gloves. The general COVID-19 operating procedures set forth in paragraphs 25-63, above, apply in M-Unit.

### Medical Observation

116.   As of June 4, 2020, the Medical Observation unit was at 71.43% capacity. The Medical Observation unit consists of 14 individual cells. Each cell houses a single detainee with beds affixed to the walls. Each cell in the Medical Observation unit has its own shower and bathroom facilities. Staff who enter Medical Observation unit cells wear appropriate PPE, including face masks, eye protection, gowns, and gloves. The general COVID-19 operating procedures set forth in paragraphs 25-63, above, along with the enhanced

COVID-19 isolation procedures set forth in paragraphs 74-96, above, apply in the Medical Observation unit.

### Petitioner Ventura's Housing Assignments

117.    On May 13, 2020, Petitioner Cristian Gutierrez Ventura was assigned to B-Unit. On that date, one detainee was moved to B-unit, after spending 15-days in quarantine. No other detainees were moved to B-Unit on May 13, 2020.

118.    Mr. Ventura is currently housed in A-Unit, in a single occupancy cell. Mr. Ventura was placed in A-Unit on June 4, 2020 due to a disciplinary report that he was in possession of detainee manufactured alcohol. Mr. Ventura is serving 30-days in disciplinary segregation, through July 3, 2020.

### Ongoing Operational Response

119.    Like the nation at large, both MTC and IRDF are continually adjusting to the rapid changes brought about by the COVID-19 pandemic, including the adaption of its practices and policies in accordance with guidance from health experts, particularly the CDC, to ensure the health and safety of detainees, staff, and the community.

120.    As the CDC updates symptoms of COVID-19, IRDF detainees and staff are verbally advised of the same (detainees through town hall meetings) and updated COVID-19 educational flyers were posted throughout the facility and in all housing pods in March 2020.

### CDC Interim Guidance on Management of COVID-19 in Correctional and Detention Facilities

121.    I am familiar with CDC Interim Guidance on Management of COVID-19 in Correctional and Detention Facilities issued on March 23, 2020 ("CDC Interim Guidance"), a copy of which are attached hereto as **Exhibit 11**.)

122.    IRDF operations are guided by and in adherence with CDC's Interim Guidance.

123.    As set forth herein, IRDF follows CDC Interim Guidance on Operational Preparedness/Communication and Coordination because the facility is:

20cv0963 GPC AGS

- Coordinating and sharing information with local health authorities;
- Disseminating critical information to staff and detainees;
- Communicating with MTC leadership and other facilities to share information;
- Reviewing and implementing pandemic operational responses to COVID-19 to include cohort and quarantine plans;
- Encouraging and educating staff and detainees on social distancing;
- Facilitating video court appearances;
- Reducing population numbers, as directed by ICE;
- Posting signage throughout the facility communicating COVID-19 symptoms and hand washing instructions;
- Instructing detainees to report symptoms to staff; and
- Ensuring staff stay at home when sick or symptomatic.

124.   As set forth herein, IRDF follows CDC Interim Guidelines on Operational Preparedness/Personnel Practice because the facility is:

- Encouraging staff to stay at home if they are sick and employing personnel policies that support the same;
- Screening staff for COVID-19 symptoms or risk factors before starting shift; and
- Initiating staffing plans to address employee absences.

125.   As set forth herein, IRDF follows CDC Interim Guidance on Operational Preparedness/Operations and Supplies because the facility is:

- Ensuring sufficient stocks of hygiene and cleaning supplies, and PPE;
- Providing the detainee population with ample supply of soap free of charge, as well as hand drying supplies to allow for frequent hand washing;
- Providing disinfectant for disinfection of detainee sleeping bays, dayrooms, and showers/restrooms;
- Allowing staff to bring in a small amount of alcohol-based hand sanitizer for personal use in response to COVID-19;

20cv0963 GPC AGS

- Providing N95 respirator/masks, gloves, eye protection, and gowns/coveralls for staff working with COVID-19 positive detainees;
- Instructing staff and detainees on how to appropriately wear, don, doff, and handle face masks.

126. As set forth herein, IRDF follows CDC Interim Guidance on Prevention/Operations where the facility is:

- Communicating with MTC, other MTC facilities, MTC Medical, and local health departments;
- Communicating with the public, staff, and detainees regarding restrictions on visitation;
- Restricting detainee new intakes and transfers except for necessary medical transfers and extenuating circumstances to prevent overcrowding, as determined by ICE;
- Facilitating video court appearances; and
- Screening all persons entering the facility for COVID-19.

127. As set forth herein, IRDF follows CDC Interim Guidance on Prevention/Cleaning, Disinfecting and Hygiene Practices because the facility is:

- Mandating intensified cleaning and disinfecting procedures to include cleaning and disinfecting frequently touched surfaces several times a day;
- Mandating intensified cleaning and disinfecting of staff shared equipment several times a day;
- Utilizing EPA-registered disinfectants effective against viruses and COVID-19;
- Ensuring adequate cleaning and disinfecting supplies are available to staff and detainees;
- Providing hygiene items to detainees twice a week with no restriction on obtaining bar soap;
- Providing soap to detainees in communal restroom areas;
- Providing verbal instruction and/or signage to staff and detainees regarding hygiene practices, COVID-19 symptoms, and social distancing;

- Providing staff and detainee access to soap, water, hand drying supplies at no charge;
- Allowing staff to carry alcohol-based hand sanitizer for personal use while on shift.

128.   As set forth herein, IRDF follows CDC Interim Guidance on Prevention Practices for Detainees/Staff//Contractors because the facility is:

- Screening new admits and transport return detainees for COVID-19 symptoms, including temperature taking;
- Quarantining new admits and transport return detainees for a period of 14 days before transfer into general population unless positive for COVID-19 or showing symptoms of the same;
- Quarantining COVID-19 positive detainees and requiring staff entering COVID-19 positive housing locations to wear PPE;
- Placing housing pods that have had a detainee test positive for COVID-19 on a 14-day cohort status pending release if no additional detainees are pending testing or test positive;
- Implementing social distancing strategies by single celling, reducing the number of detainees assigned to open sleeping bays where possible; instructing and encouraging detainees to socially distance themselves in the ample space provided in housing units; restricting internal movement; limiting the size of group activities/programming; continuing satellite feeding measures; and suspending social visitation;
- Providing detainees with verbal education and posting of signage regarding up to date COVID-19 symptoms;
- Screening staff/visitors for COVID-19 symptoms upon entry to the facility, educating regarding COVID-19 symptoms, encouraging staff who are exhibiting symptoms to stay home, and performing contact analysis for employees who test positive;
- Restricting social visitation (telephone and written correspondence opportunities remain for social visitation, and video conferencing is also available through our tablet devices) but allowing legal visitation (offering no-contact visitation options, requiring contact visitors to bring and wear their own PPE, and disinfecting visitation areas after use); and

20cv0963 GPC AGS

- Suspending volunteer entry; suspending tours (other than legal and Congressional), and restricting vendor entry to essential vendors only.

129. As set forth herein, IRDF follows CDC Interim Guidance on Prevention Practices for Medical Isolation/Cleaning/Quarantining strategies because the facility is:

- Screening new admits and transport return detainees for COVID-19 symptoms, including temperature taking;

- Quarantining new admits and transport return detainees for a period of 14 days before transfer into general population unless positive for COVID-19 or showing symptoms of same;

- Quarantining COVID-19 positive detainees and requiring staff entering COVID-19 positive housing locations to wear PPE;

- Placing housing units that have had a detainee test positive for COVID-19 on a 14-day cohort status pending release from cohort status if no additional detainees are pending testing or test positive;

- Maintaining quarantine status for COVID-19 positive detainees until CDC criteria have been met for determining recovery status;

- Assessing detainees for COVID-19 testing provided by MTC Medical providers;

- Providing routine medical care services in unit for COVID-19 detainees and sending them to the hospital when higher levels of care are required;

- Separating housing for detainees suspected of COVID-19 infection and those that are confirmed positive for COVID-19 infection;

- Providing single-cell living conditions for those detainees who are confirmed positive for COVID-19 infection (solid walls and solid door cell design);

- Requiring staff working in COVID-19 positive housing locations wear PPE to include N95 or similar respirators, eye protection, gloves, and coveralls/gowns;

- Requiring staff having contact with non-positive detainees to wear facial mask and gloves;

- Minimizing movement/housing transfer of COVID-19 positive detainees;

20cv0963 GPC AGS

1

2
- Requiring detainees who leave their housing locations to wear facial masks;

3
- Thoroughly disinfecting and cleaning the Medical Observation and COVID-19 isolation units frequently;

4
- Feeding all detainees on Styrofoam/disposable serving supplies;

5

6
- Laundering all detainee laundry in accordance with CDC Guidelines including instruction to not shake dirty laundry and requiring mask/glove use for those performing laundry services; and

7
- Providing face masks for all detainees.

8
I declare under penalty of perjury under the laws of the United States and the State

9
of California that the foregoing is true and correct to the best of my knowledge.

10

11
EXECUTED this 9th day of June, 2020, in Calexico, California.

12

13
*/s/ Sixto Marrero*
Sixto Marrero

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

30

1   DATED: June 9, 2020                    Respectfully submitted,

2
                                           ROBERT S. BREWER JR.
3                                          United States Attorney

4                                          KATHERINE L. PARKER
                                           Chief, Civil Division
5
                                           *s/ Betsey Boutelle*
6                                          BETSEY BOUTELLE
                                           Assistant U.S. Attorney
7
                                           *s/ Caroline C. Prime*
8                                          CAROLINE C. PRIME
                                           Assistant U.S. Attorney
9
10                                         Attorneys for Respondents

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ROBERT S. BREWER JR.
United States Attorney
KATHERINE L. PARKER, SBN 222629
Chief, Civil Division
BETSEY BOUTELLE, SBN 299754
Assistant U.S. Attorney
CAROLINE C. PRIME, SBN 220000
Assistant U.S. Attorney
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
619-546-8764/7183, 619-546-7751 (fax)

Attorneys for Respondents

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTIAN GUTIERREZ VENTURA,<br><br>          Petitioner,<br><br>     v.<br><br>GREGORY J. ARCHAMBEAULT, San Diego Field Office Director, Immigration and Customs Enforcement, et. al.,<br><br>          Respondents. | Case No. 20cv0963 GPC AGS<br><br>EXHIBITS TO SUPPLEMENTAL DECLARATION OF SIXTO MARRERO IN SUPPORT OF RETURN TO PETITION FOR WRIT OF HABEAS CORPUS |

| No. | Exhibit | Pages |
|---|---|---|
| 1 | IRDF's Coronavirus Disease (COVID-19) Response Plan | 3-32 |
| 2 | IRDF Covid-19 Signage | 33-76 |
| 3 | MTC Medical Video Regarding COVID-19 and Good Health Habits | To be lodged with Clerk of Court |
| 4 | COVID-19 Visitors Screening Form | 77 |
| 5 | Facility Housekeeping Plan | 78-89 |
| 6 | COVID-19 Sanitation Checklists | 90-91 |
| 7 | CDC's *Prevent the Spread of COVID-19 If You Are Sick* and *Stop the Spread of Germs* fact sheets | 92-94 |

1

| 8 | Covid-19 Detainee Checklist for Transfers, Removals & Releases | 95 |
|---|---|---|
| 9 | MTC policy Personal Protective Equipment – COVID-19 Pandemic Plan 904D.02 | 96-99 |
| 10 | Amendment to the Coronavirus Disease (COVID-19) Response Plan – PPE Reuse Guidance | 100-101 |
| 11 | CDC Interim Guidance on Management of COVID-19 in Correctional and Detention Facilities issued on March 23, 2020 | 102-127 |
| 12 | Policy re Return to Work Post COVID-19 Exposure – Corrections | 128-130 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



IMPERIAL REGIONAL
DETENTION FACILITY

**CORONAVIRUS DISEASE (COVID-19) RESPONSE PLAN**
*REVISION 3 – MAY 15, 2020*

## PURPOSE

The Coronavirus Disease (COVID-19) Response Plan is designed to provide guidance and delineate standard operating procedures in the event of a pandemic and/or outbreak crisis. The goal of the plan is to minimize illness and deaths related to an outbreak, while continuing to maintain continuity of operations. This plan is intended to supplement agency contract requirements and related healthcare guidelines.

## PANDEMIC

As of March 11, 2020 the World Health Organization (WHO) has assessed and characterized the (COVID-19) as a pandemic. A pandemic is an outbreak of a disease, in this case COVID-19, that occurs over a wide geographic area and affects an exceptionally high proportion of the population.

## OUTBREAK

According to the WHO, a disease outbreak is the occurrence of disease cases in excess of normal expectancy. The number of cases varies according to the disease-causing agent, and the size and type of previous and existing exposure to the agent. Disease outbreaks are usually caused by an infection, transmitted through person-to-person contact, animal-to-person contact, or from the environment or other media.

### How COVID-19 spreads

Person-to-person spread

The virus is thought to spread mainly from person-to-person.

- Between people who are in close contact with one another (within about 6 feet)
- Through respiratory droplets produced when an infected person coughs or sneezes

These droplets can land in the mouths or noses of people who are nearby or possibly be inhaled into the lungs.

Can someone spread the virus without being sick?

- People are thought to be most contagious when they are most symptomatic (the sickest).
- Some spread might be possible before people show symptoms; there have been reports of this occurring with this new coronavirus, but this is not thought to be the main way the virus spreads.

Spread from contact with contaminated surfaces or objects

It may be possible that a person can get COVID-19 by touching a surface or object that has the virus on it and then touching their own mouth, nose, or possibly their eyes, but this is not thought to be the main way the virus spreads. https://www.cdc.gov/coronavirus/2019-ncov/about/transmission.html



**CORONAVIRUS DISEASE (COVID-19) RESPONSE PLAN**
*REVISION 3 – MAY 15, 2020*

## People at higher Risk

According to the Centers for Disease Control and Prevention (CDC), early information out of China, where COVID-19 first started, shows that some people are at higher risk of getting very sick from this illness include:

- Older adults
- People of all ages with underlying medical conditions, particularly if not well controlled, including:

  - Heart disease
  - Diabetes
  - Lung disease
  - Severe obesity (body mass index [BMI] of 40 or higher)
  - Chronic kidney disease undergoing dialysis
  - Liver disease

Being prepared, acting promptly and implementing multiple layers of protection could lessen the spread and effect of a disease.
https://www.cdc.gov/coronavirus/2019-ncov/specific-groups/high-risk-complications.html

## Symptoms

Reported illnesses have ranged from mild symptoms to severe illness and death for confirmed coronavirus disease 2019 (COVID-19) cases.

The following symptoms may appear 2-14 days after exposure.*

- Fever
- Chills
- Cough
- Shortness of breath
- New loss of taste or smell
- Sore throat
- Muscle pain

*This is based on what has been seen previously as the incubation period of MERS-CoV viruses.
https://www.cdc.gov/coronavirus/2019-ncov/about/symptoms.html

## Stop the Spread of Germs

<u>Take steps to protect yourself</u>

- Wash your hands often with soap and water for at least 20 seconds especially after you have been in a public place, or after blowing your nose, coughing, or sneezing



Imperial Regional
Detention Facility

CORONAVIRUS DISEASE (COVID-19) RESPONSE PLAN
*REVISION 3 – MAY 15, 2020*

- If soap and water are not readily available, use a hand sanitizer that contains at least 60% alcohol. Cover all surfaces of your hands and rub them together until they feel dry

- Avoid touching your eyes, nose, and mouth with unwashed hands

- Practice social distancing by limiting exposure to crowds, avoid handshaking and other personal contact with others

Avoid close contact

- Avoid close contact with people who are sick

- Put distance between yourself and other people if COVID-19 is spreading in your community. This is especially important for people who are at higher risk of getting very sick

Take steps to protect others

- Stay home if you're sick

    Stay home if you are sick, except to get medical care. Learn what to do if you are sick

- Cover coughs and sneezes

    Cover your mouth and nose with a tissue when you cough or sneeze or use the inside of your elbow

    Throw used tissues in the trash

    Immediately wash your hands with soap and water for at least 20 seconds. If soap and water are not readily available, clean your hands with a hand sanitizer that contains at least 60% alcohol

- Wear a facemask if you are sick

    *If you are sick:* You should wear a facemask when you are around other people (e.g., sharing a room or vehicle) and before you enter a healthcare provider's office. If you are not able to wear a facemask (for example, because it causes trouble breathing), then you should do your best to cover your coughs and sneezes, and people who are caring for you should wear a facemask if they enter your room. Learn what to do if you are sick.

    *If you are not sick:* You do not need to wear a facemask unless you are caring for someone who is sick (and they are not able to wear a facemask). Facemasks may be in short supply and they should be saved for caregivers.

- Clean and Disinfect

    Clean and disinfect frequently touched surfaces daily. This includes tables, doorknobs, light switches, countertops, handles, desks, phones, keyboards, toilets, faucets, and sinks.

    If surfaces are dirty, clean them: Use detergent or soap and water prior to disinfection.
    https://www.cdc.gov/coronavirus/2019-ncov/prepare/prevention.html



**Imperial Regional
Detention Facility**

CORONAVIRUS DISEASE (COVID-19) RESPONSE PLAN
*REVISION 3 – MAY 15, 2020*

## A.  PLAN IMPLEMENTATION

The Facility Administrator has designated the following department heads, who will establish a support team to assist in the planning and execution of this plan:

- Assistant Facility Administrator
- Chief of Security
- Health Services Administrator
- Clinical Medical Authority
- Human Resources
- Finance Manager

- Director of Nursing
- Risk/Safety Officer
- Food Service Manager
- Maintenance Supervisor
- Receiving and Discharge Supervisor
- Compliance Coordinator

The COVID-19 pandemic is a fluid situation, and the plan may evolve based on recommendations and directives from the CDC or other agency, i.e. the Immigration and Customs Enforcement, Imperial County Health Department, Immigration and Customs Enforcement Health Services Corps (ICEHSC), etc.

During the implementation of this plan, staff should consider ways to prevent and/or minimize the introduction of COVID-19 to the facility. In the event a detainee or staff member begins to demonstrate signs and symptoms of an illness, what precautions should we take to minimize the exposure and transmission of the virus? Somethings to consider, should include but not be limited to:

a.   Ways to increase social distancing
b.   Activate the staff care team
c.   Ensure ventilation throughout the facility is adequate
d.   Possibly using smoke extractors to create negative pressure, if appropriate
e.   Use of ultra violet lights, if appropriate
f.   Avenues of cross contamination, i.e. janitorial equipment, food carts/trays, laundry, staff, etc.
g.   Primary and secondary quarantine areas
h.   Decontamination zones for isolation areas
i.   Notifications to the public, staff, detainees, volunteers etc.
j.   Increase indoor recreation activities and programing for the population
k.   Maintaining supplies at adequate levels
l.   Bundling of maintenance repairs into affected areas to prevent exposure
m.   Contacts with the CDC, public health departments
n.   Cleaning procedures
o.   Appropriate personnel protective equipment, when and where it should be used (staff and detainees)
p.   Ensuring the disinfectants and sanitizers are appropriate for covid-19
q.   Modifying visitation, volunteer, recreation and library schedules
r.   Bundling care to limit the number of entries into affected areas
s.   Posting signage and possibly creating a video which can be played in key areas reminding staff, detainees and visitors the need to practice social distancing, and good health habits, i.e. regular hand washing, respiratory etiquette (coughing or sneezing into a sleeve or tissue) and avoiding touching one's eyes, nose, or mouth.
t.   Required legal postings, e.g. Privacy Notice for Employees and Applicants (if retaining records i.e. temperature checks)



**Imperial Regional
Detention Facility**

CORONAVIRUS DISEASE (COVID-19) RESPONSE PLAN
*REVISION 3 – MAY 15, 2020*

Staffing

The facility shall consider ways to mitigate the introduction and transmission of COVID-19. For example:

a.   Review sick leave policies to ensure that staff can stay home when sick and determine which officials will have the authority to send symptomatic staff home. Staff who report for work with symptoms of COVID-19 must be sent home and advised to follow CDC recommended steps for persons exhibiting COVID-19 symptoms

b.   Staff who test positive for COVID-19 must inform their workplace and personal contacts immediately. If a staff member has a confirmed COVID-19 infection, the relevant employers will inform other staff of their possible exposure to COVID-19 in the workplace consistent with any legal limitations on the sharing of such information. Exposed employees must then self-monitor for symptoms (i.e., fever, cough, or shortness of breath)

c.   Identify staff whose duties would allow them to work from home and allow them to work from home in order to promote social distancing and further reduce the risk of COVID-19 transmission

d.   Determine minimum levels of staff in all categories required for the facility to function safely

e.   Consider modifying staffing patterns, running extended shifts, etc.

f.   Follow the Public Health Recommendations for Community-Related Exposure

The aforementioned designated team shall review the facility emergency plans, policies and procedures for adequacy in regards to the COVID-19 pandemic.

B.  PREPARATION

1.  Supplies:

A pandemic could be taxing to the local community, as well as the Imperial Regional Detention Facility's (IRDF's) ability to receive supplies. During a pandemic the use of some supplies, which provide a layer of protection, i.e. personal protective equipment (PPE), personal hygiene items, cleaning supplies and disinfectants, may increase substantially. Therefore, it is important that every department maintain all supplies at a level that would sustain the facility to operate at maximum capacity for a minimum of six weeks.

The following are examples of supplies that the various departments shall maintain:

a)   Personal protective equipment (PPE). As directed by MTC policy "*Personal Protective Equipment – Covid-19 Pandemic Plan 904D.02*", the following is to allow for and ensure the proper distribution and use of Personal Protective Equipment (PPE) in accordance with Center for Disease Control (CDC) Guidance for Corrections and Detention Facilities, and in accordance with contract agency directives during a pandemic such as COVID-19.



**Imperial Regional Detention Facility**

CORONAVIRUS DISEASE (COVID-19) RESPONSE PLAN
*REVISION 3 – MAY 15, 2020*

The following are definitions that are intended to be in context of this plan:

Personal Protective Equipment – generally defined as equipment worn to minimize exposure to hazards that cause serious injuries and illnesses, and specific to this policy, COVID-19 related illnesses.

Filtering Face-piece Respirator (FFR) (N95 or equivalent) – a type of respirator, which removes particles from the air that are breathed through it. These respirators filter out at least 95% of very small (0.3 micron) particles. FFRs (such as N95) are capable of filtering out all types of particles, including bacteria and viruses. FFRs requires a fit-test prior to use.

Face mask – loose-fitting and provide only barrier protection against droplets, including large respiratory particles. No fit testing or seal check is necessary with facemasks. Most facemasks do not effectively filter small particles from the air and do not prevent leakage around the edge of the mask when the user inhales.

Gloves – Nonsterile disposable patient examination gloves, which are used for routine patient care in healthcare settings, are appropriate for the care of patients with suspected or confirmed COVID-19.

Eye protection – goggles or disposable face shield that fully covers the front and sides of the face.

Gown – Nonsterile, disposable patient isolation gowns, which are used for routine patient care in healthcare settings, are appropriate for use by patients with suspected or confirmed COVID-19. Disposable medical isolation gown should have sufficient overlap of the fabric so that it wraps around the body to cover the back (ensuring that if the wearer squats or sits down, the gown still protects the back area of the body).

Coveralls – Nonsterile, disposable coveralls designed to cover the whole body, including the back and lower legs, and sometimes the head and feet as well.

The PPE inventory (generally as defined by CDC, but may include related items, such as thermometers) for each site should be identified in a systematic way, and based on anticipated need. The anticipated need should be based on current detection practices (i.e. employee/visitor screening), the number of detainees under quarantine for having contact with a COVID-19 case, the number of suspected/confirmed detainee cases of COVID-19, and the trend lines set forth via data collection/analysis.

A minimum baseline PPE inventory at the IRDF shall be established at what would be required to equip 30% of all custody staff for two weeks. Additional projection shall be based on daily usage rates due to entrance screening, number of asymptomatic/quarantined cases and their supervision and medical care needs, number of suspected/confirmed/symptomatic cases and their supervision and medical care needs. Situational need shall be based on the below table, with additional customer or jurisdiction requirements documented accordingly.

Additionally, each PPE's rate of disposable/exchange after use (such as in the case of N95s, masks, gloves and gowns/coveralls), or reusable after disinfecting (such as eye protection), shall be considered. While eye protection can be reused, the number needed is still affected by the number of situations in which they would be required, and the number of staff assigned to affected areas, such as having direct contact with or offering medical care to suspected/confirmed COVID-19 cases.



**Inventory Control and Issuance**

1)  The IRDF shall keep an accurate inventory of all PPE. Inventory shall have rigid control factors, such as distribution records, regular inventory verification and secure storage.

2)  Issuance of PPE to staff and detainees shall be consistent with below table and as approved by the Regional Vice President (RVP).

3)  The RVP shall regularly provide Corporate Procurement with facility inventories of PPE. Corporate-wide inventories of PPE shall be maintained by Corporate Procurement.

4)  Inter-facility PPE transfers shall be approved and managed by the RVPs. Transfers from the Corporate inventory to facilities shall be approved and managed by the by the RVPs and the Corporate Procurement Office.

**Training and Fit-Testing**

1)  Staff and detainees who require respiratory protection (e.g., N95s) for their work responsibilities shall be trained and fit-tested in the context of the jurisdiction's respiratory protection program, as defined by the Occupational Safety and Health Administration's (OSHA) Respiratory Protection Standard (29 CFR 1910.134).

2)  Before caring for patients with confirmed or suspected COVID-19, healthcare personnel (HCP) must and supervisory staff shall receive comprehensive training on when and what PPE is necessary, how to don (put on) and doff (take off) PPE, limitations of PPE, and proper care, maintenance, and disposal of PPE. They shall also be able to demonstrate competency in performing appropriate infection control practices and procedures.

**Use of PPE**

The use of PPE shall be in accordance with current CDC guidance and applicable agency directives. At a minimum MTC will utilize Table A (attached) to determine what situations warrant the use of PPE.

**Cleaning, Care, and Replacement of PPE**

Cleaning, care, and regular replacement of PPE will be in accordance with current CDC recommendations and/or manufacturer's specifications.

**Agency Directives**

At a minimum, the IRDF will follow the guidelines as outlined in this plan for the use of PPE. Where an ICE directive(s) requires a more stringent guideline, the IRDF shall comply with the directive(s) provided.



Imperial Regional
Detention Facility

**CORONAVIRUS DISEASE (COVID-19) RESPONSE PLAN**
*REVISION 3 – MAY 15, 2020*

==Employee Use of Personally Acquired PPE==

==MTC will follow CDC guidelines on the issuance of PPE to individuals as required.==

==Employees who do not meet CDC criteria, and choose to don personally acquired PPE may do so only when it does not conflict with customer agency directives.==

b) Chemicals:

- All Purpose cleaner (for general cleaning)
- Hospital grade germicidal detergents and/or wipes (for disinfecting and sanitizing all surfaces)
- Clean laundered rags for cleaning (NOTE: to prevent cross contamination, rags must be identified for use in various areas, e.g. each area should have their own designated rags i.e. A-Unit, B-Unit, etc., and each area should have designated rags for the various areas, i.e. restrooms, showers, tables, microwave, bunk areas, etc.)
- Hospital grade germicidal detergents specific for mopping
- Clean mops heads (Note: to prevent cross contamination, mop heads must be identified for use in various areas, e.g. each area should have their own designated mop heads, i.e. A-Unit, B-Unit, etc., and each area should have designated mop heads for the various areas, i.e. restrooms, common areas and bunk areas, etc. In medical the mops used in the medical observation cells should not be used for other areas of the medical department.)
- Laundry detergents and dissolvable biohazard bags

c) Personal hygiene supplies

- Hand soap and/or refills (staff)
- All-in-one soap bottles and dispenser refills (detainees)
- Paper towels
- Hand sanitizing stations (strategically located throughout the facility)
- Hand sanitizing station refills
- Toilet paper

d) Trash can liners (bags), biohazard bags, sharps containers, clean up kits

e) 30-day minimum supply of food, (disposable plates, cups and utensils for isolated detainees)

f) Prescription and non-prescription medication i.e. pain relievers, stomach remedies, cough and cold medicines, electrolytes and vitamins, etc.

g) Clothing and linen inventory that is 200 percent of the maximum funded detainee capacity for unforeseen circumstances

h) Signage throughout the facility promoting good health habits and reporting procedures in the event of someone presenting symptoms



Imperial Regional
Detention Facility

**CORONAVIRUS DISEASE (COVID-19) RESPONSE PLAN**
*REVISION 3 – MAY 15, 2020*

2.  Staff Training

At a minimum, staff receive initial and annual training in the following subjects. Staff will immediately receive additional training regarding COVID-19, as information is updated and becomes available from the WHO, CDC, Public Health Department, and/or ICE.

1.  Blood Bourne Pathogens: how disease is transmitted, exposure control, work place controls, engineering controls, universal precautions, PPE clothing and equipment, reporting procedures for exposure and immunization protection

2.  Biohazard waste disposal

3.  Cardio pulmonary resuscitation (CPR) and basic first aid

4.  Health related emergencies

5.  Practicing good health habits, i.e. regular hand washing, respiratory etiquette (coughing or sneezing into a sleeve or tissue) and avoiding touching one's eyes, nose, or mouth

6.  Staff shall receive training, and signage shall be posted throughout the facility covering the symptoms of COVID-19 and how to respond if they develop symptoms

3.  Detainee Training

Training

During the intake process and on a continual basis throughout a detainee's stay, Medical shall provide training and emphasize to the detainees the need to practice social distancing, and good health habits, i.e. regular hand washing, respiratory etiquette (coughing or sneezing into a sleeve or tissue) and avoiding touching one's eyes, nose, or mouth.

Medical staff shall record a video, in English and Spanish that covers good health habits (to include demonstrations), identifying possible symptoms of COVID-19, and the reporting procedures in the event the detainee is demonstrating signs and symptoms. This video shall be played during detainee orientation upon admission into the facility, and throughout the housing units during each meal period. During breakfast, lunch and dinner, the housing unit officers will turn televisions to channel 2 and ensure the COVID-19 video is playing. The housing unit officer will ensure an appropriate log entry is made into the logbook, reflecting the video was played during the meal period.

4.  Facility Cleanliness and Sanitation:

The IRDF staff will adhere to the following and maintain a high standard of general cleanliness and sanitation:

1.  All horizontal surfaces and frequently touched areas, i.e. doorknobs, tablets, phones, light switches, faucets, toilets, sinks, intercoms, etc., shall be damp dusted daily with an approved germicidal solution. The surface must remain wet for 10 minutes, prior to wiping the surface off.



**Imperial Regional**
**Detention Facility**

CORONAVIRUS DISEASE (COVID-19) RESPONSE PLAN
*REVISION 3 – MAY 15, 2020*

2.  Windows, window frames, and windowsills that can be reached will be cleaned daily; those out of reach will be scheduled for regular cleaning.

3.  Furniture and fixtures shall be cleaned and disinfected daily with an approved germicidal solution.

4.  Floors shall be mopped daily, and when soiled, using the double-bucket mopping technique. A hospital disinfectant-detergent solution mixed according to the manufacturer's directions will be utilized.

5.  A clean mop head shall be used each time the floors are mopped, staff shall designate mops to be used in the common areas, and those to be used in the restrooms and showers.

6.  Waste containers will be non-porous and lined with plastic bags: the liner shall be changed after each meal, or as needed.

7.  The container itself shall be washed and disinfected daily, or as needed when it becomes soiled.

All transportation vehicles shall be kept clean and sanitary at all times. After <u>each</u> transportation detail, the Transportation Officers in charge of the detail shall thoroughly clean and disinfect the vehicle.

All hold rooms shall be cleaned and disinfected immediately after the last detainee(s) is removed.

5.  **Identify Resources for COVID-19 Surveillance and Control:**

The Health Services Administrator shall:

1.  Track international, national, regional, and local COVID-19 trends

2.  Identify Imperial County Public Health Department contacts for COVID-19 (including 24/7 contact information)

3.  Communicate with your local health department and discuss collaboration on COVID-19 preparedness

4.  Identify any ICE, local or state reporting requirements for COVID-19

5.  Identify laboratories capable of processing COVID-19 cultures

C.  **DURING A PANDEMIC**

In the event the IRDF receives a notification from the Center for Disease Control (CDC), Immigration and Customs Enforcement (ICE), Imperial County Health Department or other legitimate source that a pandemic is imminent, the Facility Administrator shall:

1.  Reinforce staff and detainee education regarding infection control. Emphasize good health habits: hand hygiene, respiratory etiquette, and not touching the eyes, nose, and mouth.



Imperial Regional
Detention Facility

CORONAVIRUS DISEASE (COVID-19) RESPONSE PLAN
*REVISION 3 – MAY 15, 2020*

2. Consider placing hand sanitizing stations/dispensers or temporary handwashing stations in key areas, i.e. entrance and exits to the facility, library, visitation, court, etc. Provide adequate tissues/paper towels and no-touch receptacles for disposal. At the direction of the Facility Administrator, all staff and visitors may be required to wash their hands upon facility entry and exit.

3. Require all persons within the facility to maintain good hand hygiene by regularly washing their hands with soap and water for at least 20 seconds, especially after coughing, sneezing, or blowing their nose; after using the bathroom; before eating or preparing food; before taking medication; and after touching garbage.

   Detainees housed in cell type housing i.e. Medical Observation, A-Unit, B-Unit and C-Unit shall receive and retain an extra bottle of the all-in-one shampoo/soap.

   Staff will ensure adequate personal hygiene supplies are on hand at all times to prevent delays in replenishment. Replenishment of personal hygiene for detainees shall be conducted each Saturday and on an as needed basis one empty container for one full container.

4. Increase facility cleaning and sanitation

   Several times a day using appropriate detergents and disinfectants, clean and disinfect surfaces and objects that are frequently touched, especially in common areas (e.g., doorknobs, light switches, sink handles, countertops, toilets, toilet handles, and recreation equipment).

   Staff should clean shared equipment several times per day and on a conclusion of use basis (e.g., radios, service weapons, keys, handcuffs).

   <u>CDC Recommended Cleaning Tips</u>

   Hard (Non-porous) Surfaces

   a. If surfaces are dirty, they should be cleaned using CorrectPac All-purpose Detergent (green), or soap and water prior to disinfection.

   b. For disinfection, the CorrectPac Germicidal Detergent (pink) is effective.

      1) Follow the manufacturer's instructions for all cleaning and disinfection products for concentration, application method and contact time, etc.

      2) Additionally, diluted household bleach solutions (at least 1000ppm sodium hypochlorite) can be used if appropriate for the surface. Follow manufacturer's instructions for application, ensuring a contact time of at least 1 minute, and allowing proper ventilation during and after application. Check to ensure the product is not past its expiration date. Never mix household bleach with ammonia or any other cleanser. Unexpired household bleach will be effective against coronaviruses when properly diluted.



3)  Prepare a bleach solution by mixing:

- 5 tablespoons (1/3 cup) bleach per gallon of water or
- 4 teaspoons bleach per quart of water

Soft (Porous) Surfaces

a.  For soft (porous) surfaces such as carpeted floor, rugs, and drapes, remove visible contamination if present and clean with appropriate cleaners indicated for use on these surfaces. After cleaning:

- If the items can be laundered, launder items in accordance with the manufacturer's instructions using the warmest appropriate water setting for the items and then dry items completely.
- Otherwise, use products that are EPA-approved for use against the virus that causes COVID-19 and that are suitable for porous surfaces.

Electronics

a.  For electronics such as tablets, touch screens, keyboards, remote controls, and ATM machines, remove visible contamination if present.

- Follow the manufacturer's instructions for all cleaning and disinfection products
- Consider use of wipe-able covers for electronics
- If no manufacturer guidance is available, consider the use of alcohol-based wipes or sprays containing at least 70% alcohol to disinfect touch screens. Dry surfaces thoroughly to avoid pooling of liquids

Linens, Clothing, and Other Items That Go in the Laundry

a.  In order to minimize the possibility of dispersing virus through the air, do not shake dirty laundry

b.  Wash items as appropriate in accordance with the manufacturer's instructions. If possible, launder items using the warmest appropriate water setting for the items and dry items completely. Dirty laundry that has been in contact with an ill person can be washed with other people's items

c.  Clean and disinfect hampers or other carts for transporting laundry according to guidance above for hard or soft surfaces

Increased facility cleaning and sanitation requirements:

All staff shall ensure that all areas of the facility, to include transportation vehicles, are cleaned and sanitized in accordance to the facility's Coronavirus Disease (COVID-19) Response Plan and House Keeping Plan. A COVID-19 Sanitation Checklist and COVID-19 Sanitation Checklist – Transportation, have been created to guide and document the following minimum requirements in all areas:



**CORONAVIRUS DISEASE (COVID-19) RESPONSE PLAN**
*REVISION 3 – MAY 15, 2020*

### Facility Areas

Floors – At a minimum hard surfaces must be mopped and sanitized once per shift or when soiled, and carpeted areas must be vacuumed once per day.

Horizontal Surfaces/Equipment – All horizontal surfaces must be cleaned and sanitized a minimum of twice per shift, or when soiled. Horizontal surfaces include but are not limited to: desk/tables, sinks, toilets, drinking fountains, phones, privacy walls/panels, recreation equipment, windows, computers, seats/chairs, showers, janitorial equipment, tablets, food carts, microwaves, trashcans, etc.

Frequently Touched Surfaces – All frequently touched surfaces shall be sanitized at a minimum of three times per shift, or when soiled. Frequently touched surfaces include but are not limited to: light switches, door knobs, handles, intercom buttons, shower curtains, buttons/handles on the drinking fountains, sinks, toilets and showers, and staff equipment i.e. radios, restraints, keys, tools, touch pads, community computers and printers/copiers, etc.

Trash Receptacles – At a minimum, all trash receptacles shall be emptied after each meal, cleaned and sanitized.

Staff shall ensure all telephones and tablets are appropriately sanitized after each use and regularly as indicated above.

### Transportation Vehicles

Floors – At a minimum hard surfaces must be mopped/cleaned and sanitized after each transportation detail.

Surfaces/Equipment – All surfaces/equipment must be cleaned and sanitized after each transportation detail. Surfaces/equipment include but are not limited to: desk/tables, sinks, toilets, water containers, privacy panels and/or caging, windows, seats/chairs, communication equipment, restraints, keys, door handles, driver and passenger areas and instruments, trash receptacles, etc.

### Hold Rooms

Receiving and Discharge staff shall ensure that all hold rooms are immediately cleaned and sanitized after the last detainee is removed. This shall include at a minimum: the floor, all horizontal surfaces, i.e. phones, privacy panels, doors, benches, sinks, toilets, drinking fountains, etc. All trash receptacles shall be cleaned and sanitized. This cleaning and sanitizing shall be documented with in the Hold Room Log.

### Visitation Areas

After each detainee visit and/or interview staff shall ensure to sanitize the area in which the visit or interview was conducted. At a minimum, all horizontal surfaces touched during the visit, i.e. phones, privacy panels, doors/door knobs, light switches, chairs, sinks, toilets, drinking fountains, vending machine, etc. shall be sanitized. The sanitizing of these areas shall be annotated within the Visitation Officer's Logbook.



**CORONAVIRUS DISEASE (COVID-19) RESPONSE PLAN**
*REVISION 3 – MAY 15, 2020*

5. Educate employees and visitors not to come to the facility if they have flu-like symptoms. At the direction of the Facility Administrator, staff shall post signage at all entrances to the facility encouraging all staff and visitors to not enter the facility and return home if they are demonstrating any of the following symptoms: fever, body aches, cough or shortness of breath.

6. Staff and Visitor Screenings

   <u>Visitors</u>

   At the direction of the Facility Administrator, in order prevent and/or minimize the introduction of COVID-19 to the facility, staff assigned in the Lobby and Back Gate shall conduct a basic screening of all persons before allowing entry into the facility. This screening shall consist of a non-invasive temperature check, and the COVID-19 Visitors Screening Form (visitors). The COVID-19 Visitors Screening Form is available on the Compliance shared drive, "<u>G:\Compliance Shared\6. Forms\COVID-19 Screening Form</u>".

   In the event a person answers yes to any of the questions on the COVID-19 Visitors Screening Form, or has a temperature of 100.4 or above, he/she will not be allowed to enter the facility. The staff shall politely inform the person that he/she does not meet the facility's criteria to enter the facility, as indicated on the signs posted on the front door and entry gate. The staff shall then politely ask the person to depart the facility, and not return until they have been symptom free for 14-days.

   <u>Staff</u>

   Any staff experiencing any of the following symptoms, shall immediately report them to his/her immediate supervisor:

   - Have you had close contact with anyone diagnosed with the COVID-19 (Coronavirus) illness within the last 14 days?
   - Do you have a dry cough?
   - Do you have a fever?
   - Are you experiencing shortness of breath, or have signs and symptoms of a respiratory illness?
   - Are you experiencing body aches?

   Upon reporting for duty, all staff will be required to have a non-invasive body temperature check before entering the facility past the Lobby. No one with a temperature of 100.4 or above will be allowed to enter the facility.

   <u>Staff/Visitor Screenings *(During Sustained Community Transmission*)</u>

   As directed by ICE, enhanced health screening of both ICE and facility staff shall be implemented by the IRDF, if the geographic area has "<u>sustained community transmission</u>", *as defined by the Centers for Disease Control and Prevention (CDC).*



CORONAVIRUS DISEASE (COVID-19) RESPONSE PLAN
*REVISION 3 – MAY 15, 2020*

The IRDF's Health Services Administrator, in conjunction with the facility's Clinical Medical Authority shall maintain surveillance of the geographic area and contacts with the local public health department. The Facility Administrator shall collaborate with the Health Services Administrator to designate and train a staff member on all shifts to conduct verbal screenings and record temperature checks. It is not required that the trained staff member be medical personnel. However, the staff member must have documented training and protect the privacy of those being screened.

Given the public health emergency, staff who refuse the enhanced health screening shall be denied entry to the facility. If staff register an oral temperature of greater than or equal to 100.4 degrees (Fahrenheit), they should be denied entry to the facility and placed on leave.

The following enhanced screening protocol is to safely check an individual's temperature during sustained community transmission:

a.  Perform hand hygiene

b.  Put on a face mask, eye protection (goggles or disposable face shield that fully covers the front and sides of the face), gowns/coveralls, and a single pair of disposable gloves

c.  Check the individual's temperature

d.  If performing a temperature check on multiple individuals, ensure that a clean pair of gloves is used for each individual and that the thermometer has been thoroughly cleaned in between each check. If disposable or non-contact thermometers are used and the screener did not have physical contact with an individual, gloves do not need to be changed before the next check. If non-contact thermometers are used, they should be cleaned routinely as recommended by CDC for infection control.

e.  Remove and discard PPE

f.  Perform hand hygiene

7.  Detainee Screenings (Admission/Release)

    <u>Admission</u>

    In order to minimize possible exposure and the spread of COVID-19, medical staff shall conduct a basic health assessment of all detainee(s), immediately upon arrival and before entering Receiving and Discharge (R&D). This health assessment shall be conducted at the transportation vehicle. Staff will have the detainee(s) exit the vehicle one at a time, once cleared, the detainee shall return to the vehicle.

    This health assessment, at a minimum, shall consist of a series of questions noted below, and a temperature check. As established by the CDC, anyone presenting with a temperature of 100.4 or above is considered to have a fever. If any detainee presents with a fever, or does not clear the health assessment, all detainees will remain in the vehicle and staff will immediately notify ICE. No detainee(s) will be accepted without ICE authorization.



Imperial Regional
Detention Facility

**CORONAVIRUS DISEASE (COVID-19) RESPONSE PLAN**
*REVISION 3 – MAY 15, 2020*

a.  Verbal screening for symptoms of COVID-19 and contact with COVID-19 cases should include the following questions based on CDC's Interim Guidance: Managing COVID-19 in Correctional/Detention Facilities:

1)  Today or in the past 24 hours, have you had any of the following symptoms?

   ▪  Do you have cough?
   ▪  Do you have a fever, felt feverish, or had chills?
   ▪  Are you experiencing shortness of breath, having difficulty breathing, or have signs and symptoms of a respiratory illness?

2)  In the past 14 days, have you had contact with a person known to be infected with COVID-19 where you were not wearing the recommended proper PPE?

Only after detainee(s) have cleared the required health assessment and temperature check will they be allowed to enter R&D.

The facility shall make a concerted effort to quarantine all new admissions for 14 days before they enter the general population. To do this the facility may cohort detainees in a designated area prior to placement into general population.

Upon admission, if a detainee is believed to have a contagious/infectious disease, staff will immediately isolate detainees with influenza-like illness in "Isolation Units." If a detainee has had close contact of a known COVID-19 case or has traveled to an affected area (but has no COVID-19 symptoms); the detainee shall be quarantined and monitored for symptoms two times per day for 14 days.

All detainees housed in isolation, shall wear a face mask at all times when outside of the isolation space, and whenever another individual enters the isolation room. Masks should be changed at least daily, and when visibly soiled or wet.

Each isolated detainee should be assigned their own housing space and bathroom where possible. The cohort of detainees should only be practiced if there are no other available options. Only individuals who are laboratory confirmed COVID-19 cases should be isolated as a cohort. Do not cohort confirmed cases with suspected cases or case contacts.

Detainees with higher risk of severe illness, ideally should not be cohort with other infected detainees. If it becomes necessary to cohort high risk detainees, make all possible accommodations to prevent transmission of other infectious diseases to the higher risk detainee, e.g. allocate more space for a higher risk detainee within a shared isolation room/area.

Isolation shall be maintained until all CDC criteria has been met:

a.  The individual has been free from fever for 72 hours without the use of fever-reducing medications

b.  The individual's other symptoms have improved (e.g., cough, shortness of breath)



CORONAVIRUS DISEASE (COVID-19) RESPONSE PLAN
*REVISION 3 – MAY 15, 2020*

c.  The individual has tested negative in at least two consecutive respiratory specimens collected at least 24 hours apart

d.  At least 14 days have passed since the date of the individual's first positive COVID-19 test and he or she has had no subsequent illness

==In order to mitigate the spread and transmission of COVID-19 during the admission process, the Receiving and Discharge (R&D) staff will ensure the appropriate PPE is donned, and ensure the detainee is wearing a face mask.== In order to minimize the possibility of dispersing a potential virus through the air, the staff and detainee shall not shake, abruptly move, or throw items about at any time. R&D staff shall carefully search a detainee's person and property carefully. All funds, valuables, and property shall be appropriately inventoried, tagged and sealed in bag; and kept separate from all other property for a minimum of 72-hours.

<u>Release</u>

Upon notification of a detainee's pending release, a qualified health care provider will conduct a temperature screening:

a.  Temperature checks will be completed no more than 12 hours prior to facility departure and documented in the detainee medical record and transfer summary.

b.  Temperature checks must be completed and documented prior to providing ICE with transfer summary documents.

When considering the release of detainees into the United States with confirmed or suspected COVID-19, the following must be addressed for detainees exposed to an individual with confirmed or suspected COVID-19 or detainees under monitoring for having epidemiologic risk of exposure to COVID-19:

a.  If the detainee will be released prior to completion of the recommended medical isolation, cohort, or monitoring period, the state or local health department in the facility's jurisdiction should be notified of the detainee's release:

   1)  The health department should be provided with the detainee's name, intended address, email address, and all available telephone numbers

b.  The facility shall facilitate safe transport, continued shelter, and medical care, as part of release planning:

   1)  Provide information regarding any potential community resources to promote continuity of care

   2)  Attempt to facilitate transportation coordination through a family or friend

   3)  Advise the detainee to avoid public transportation, commercial ride sharing e.g., Uber, Lyft, and taxis

c.  Provide the detainee the CDC's Prevent <u>The Spread Of COVID-19 If You Are Sick</u> and <u>Stop the Spread of Germs</u> fact sheets.



Imperial Regional
Detention Facility

CORONAVIRUS DISEASE (COVID-19) RESPONSE PLAN
*REVISION 3 – MAY 15, 2020*

As mandated by ICE/ERO, staff shall complete the ICE/ERO provided COVID-19 Detainee Checklist for (Transfers, Removals, & Releases). *This checklist is in addition to and does not replace any other required documentation for transfers, releases or removals.* Medical shall complete questions #1 through #3, and Receiving and Discharge (R&D) staff shall complete questions #4 through #5. A copy of the completed checklist shall be placed in the detainee's detention file, and the original shall be attached to the transfer/release documentation. *Transportation Officers must ensure they are in possession of a completed ICE/ERO COVID-19 Checklist for each detainee being removed or transferred. Detainees being transferred or removed by way of ICE Air Operations, will not be allowed to board the flight without a completed ICE/ERO COVID-19 Checklist.*

8.  As of March 13, 2020, social visits to/with ICE detainees at all detention facilities are suspended until further notice in order to mitigate the potential transmission of COVID-19. As directed by ICE, currently the IRDF is allowing non-contact legal visitation only. In the event that an attorney believes the legal visit requires contact, the IRDF should permit the visit. Prior to the in-person visit, the legal representative must undergo the same screening required for staff entry into the facility. The overall authority to approve legal visits lies with the Facility Administrator; however, the facility should notify its local Field Office Director as soon as possible of any denied legal visits.

    Volunteer visits to the IRDF are suspended until further notice unless approved by the Assistant Directors for Field Operations and Custody Management.

    Facility tours are suspended until further notice, excluding Members of Congress, Congressional Member Delegations (CODELs), and Congressional Staff Delegations (STAFFDELs) who will not be prevented from accessing facilities for the purpose of conducting oversight. To safeguard visitors, detainees, ICE and facility staff, congressional visitors may be subject to special screening procedures, including undergoing testing similar to that administered to facility employees. Congressional visitors may also be required to wear protective equipment and should be advised of standard hygiene practices to help prevent the spread of disease (i.e., washing hands and avoiding close contact) and should be made aware of available washrooms within the facility.

    For any visitor, if there is an articulable concern that the visitor or visitors may transmit COVID-19 to detainees, the Facility Administrator may ask them to leave, require them to wear PPE and/or require them to go through similar testing as employees of the facility.

    ▪ Legal representatives, CODELs and STAFFDELs seeking to enter the facility may be subject to additional, enhanced screening procedures.

    ▪ Legal representatives, CODELs and STAFFDELs in the facility who exhibit symptoms of respiratory illness may be asked to leave at any time.

    ▪ Legal representatives, CODELs and STAFFDELs seeking an in-person meeting with one or more detainees must wear PPE. If he or she does not have his or her own PPE, the facility should provide the PPE free of charge, based on availability.



Imperial Regional
Detention Facility

CORONAVIRUS DISEASE (COVID-19) RESPONSE PLAN
*REVISION 3 – MAY 15, 2020*

- Anyone entering the facility should be advised of standard hygiene practices to help prevent the spread of disease, i.e. washing hands and avoiding close contact, and should be made aware of available washrooms within the facility.

Staff shall ensure that all non-contact visitation surfaces and telephones are sanitized before and after each visit.

In the event legal visitation is canceled, it may be necessary to setup areas that detainees can use telephones/tablets to conduct telephonic/video visitation with their legal representatives. These areas should be private and easily disinfected after each use. Please ensure all such calls are logged into the facility's Telephone Access Log, this helps track the usage and prevents accusations regarding the lack of access to their legal representatives.

9. Consider posting signs at the entrance of the facility and in the visitation area.

10. Assess the adequacy of all supplies and review their distribution.

11. Conduct active surveillance looking for those experiencing influenza like illnesses, i.e., medical records, sick calls, staff absences, etc.

12. Provide staff with training in identifying possible symptoms and reporting procedures.

13. Provide training to staff who may have contact with detainees who are infected, i.e., Receiving and Discharge, Medical Observation, Transportation Officers, etc.

14. Review possible measures to increase "social distancing."

14. The IRDF shall make a timely effort to identify indigent detainees to ensure indigent detainees are afforded the same telephone access and telephone-related privileges as other detainees. A detainee is considered "indigent" if he/she has less than $15.00 in his/her account for 10 days. The IRDF shall ensure all detainees are able to make calls to the ICE provided list of free legal service providers and consulate at no charge to the detainee or the receiving party. The IRDF shall ensure that indigent detainees may request a call to immediate family, or others in personal or family emergencies, or on an as-needed basis to maintain community ties.

15. Government-sponsored Legal Orientation Programs (LOPs) carried out by the Department of Justice Executive Office of Immigration Review (EOIR) and authorized by congressional appropriations currently operate at a limited number of detention sites and may continue to make presentations to detainees. No more than four LOP presenters may be allowed in the IRDF at any time and they will need to undergo screening using the same procedures as staff. **Non-LOP legal rights group presentations offered by volunteers are suspended until further notice**.

16. Contractors performing essential services or maintenance on essential systems in the IRDF must continue to be provided facility access, and should be screened prior to entry by the same screening procedures used for staff. Examples of essential services include medical and mental health services, telephone access, cleaning, laundry, waste disposal, and critical infrastructure repairs.



**Imperial Regional Detention Facility**

**CORONAVIRUS DISEASE (COVID-19) RESPONSE PLAN**
*REVISION 3 – MAY 15, 2020*

17. Staff Training, All staff licenses and certifications are required to be up to date.

18. The IRDF, shall implement modified operations to maximize social distancing and to mitigate the transmission of COVID-19 in the facility, as much as practicable. The following modifications include, but are limited to:

   a. Providing all staff and detainees with PPE for general use, with the exception of required PPE for cleaning and work details, food services, medical services, isolation areas, etc., staff and detainees shall wear the PPE as follows:

   Detainees:  All detainees have been provided a face mask. Staff shall encourage detainees within each housing unit to practice social distancing which is a minimum of six (6) feet apart. At times social distancing may not be attainable, e.g. socializing, playing games, attending self-lead religious services, etc. During these times staff shall require the detainees to wear their face mask. Anytime a detainee departs the housing unit he/she will be required to wear their face mask at all times. Anytime a detainee approaches a staff member in which the minimum social distancing requirement is not attainable, e.g. during pill line, mail distribution, when communicating with staff, the detainee shall be required to wear his/her face mask

   Staff:  All staff have been issued a face mask, and shall be required to wear them at all times. Staff are required to wear disposable gloves any time they enter the following areas, Receiving and Discharge, Medical Observation, Special Management Unit and all housing units. Disposable gloves can be obtained from the Shift Supervisor.

   b. All detainees sleeping on the top bunks should sleep with their heads opposite of the detainee sleeping on the bottom bunks

   c. Satellite feeding, detainees sleeping on the bottom bunks shall consume their meals at their bunk, and detainees sleeping on the top bunks shall consume their meals at the tables. There shall be no more the two detainees sitting at a table and they shall sit across from each other. The housing unit officer shall control the distribution of the meal trays, summonsing no more than ten (10) detainees at a time to retrieve their trays

   d. All programming i.e. recreation in the main yard, library, religious services, educational, etc. shall be modified to prevent more than one unit in attendance at a time, e.g. the Law Library computers will be distributed to each unit

   e. Housing unit officers shall ensure that the occupancy of the mini-recreation areas do not exceed twenty (20) detainees

   f. All detainee movement throughout the facility shall be controlled and officers providing escort shall emphasize social distancing, detainee movement shall be limited to ten (10) detainees at a time. All detainees are required to wear their face mask at all times while outside the housing unit.

   g. Limit the size of groups attending activities outside the housing units, i.e. religious services, educational classes, etc. to maximize social distancing



Imperial Regional
Detention Facility

CORONAVIRUS DISEASE (COVID-19) RESPONSE PLAN
*REVISION 3 – MAY 15, 2020*

h.  Place all voluntary workers, i.e. facility porters, food service and laundry workers, into one housing unit, and minimize the admission of new arrivals to that unit

i.  Limit detainees in holding areas to maximize the social distancing, e.g. the medical waiting room shall not have more than 4 detainees at any one given time

j.  Detainees housed in cells, e.g. A-Unit, B-Unit, and C-Unit, should be housed in individual rooms, *to the extent possible*

k.  Any community service projects should also be suspended until further notice. Anyone entering the facility should be advised of standard hygiene practices to help prevent the spread of disease (i.e., washing hands and avoiding close contact) and should be made aware of available washrooms within the facility

19. In order to mitigate the introduction and transmission of COVID-19 through the incoming mail, the Mail Clerk shall use a UV light box, to sanitize all incoming mail.

20. Required Notifications

As mandated by the United States Immigration and Custom Enforcement/Enforcement and Removal Operations (ICE/ERO) "*ERO COVID-19 Pandemic Response Requirements (Version 1.0, April 10, 2020)*", the facility shall report all confirmed and suspected COVID-19 cases to the local ERO Field Office Director (or designee), Field Medical Coordinator, and local health department immediately.

Notify both the local ERO Field Office Director (or designee) and the Field Medical Coordinator as soon as practicable, but in no case more than 12 hours after identifying any detainee who meets the CDC's identified populations potentially being at higher-risk for serious illness from COVID-19, including:

a.  People aged 65 and older
b.  People of all ages with underlying medical conditions, particularly if not well controlled, including:

  ▪  People with chronic lung disease or moderate to severe asthma
  ▪  People who have serious heart conditions
  ▪  People who are immunocompromised
    ➢  Many conditions can cause a person to be immunocompromised, including cancer treatment, smoking, bone marrow or organ transplantation, immune deficiencies, poorly controlled HIV or AIDS, and prolonged use of corticosteroids and other immune weakening medications
  ▪  People with severe obesity (body mass index [BMI] of 40 or higher)
  ▪  People with diabetes
  ▪  People with chronic kidney disease undergoing dialysis
  ▪  People with liver disease

Notification shall be made via e-mail from the facility's Health Services Administrator (HSA) (or equivalent) and contain the following subject line for ease of identification: "Notification of COVID-19 High Risk Detainee (A-Number)." At a minimum the Health Services Administrator (HSA) will provide the following information:



Imperial Regional
Detention Facility

**CORONAVIRUS DISEASE (COVID-19) RESPONSE PLAN**
*REVISION 3 – MAY 15, 2020*

    a.   Detainee name
    b.   Detention location
    c.   Current medical issues as well as medications currently prescribed
    d.   Facility medical Point of Contact (POC) and phone number

21.  Review and develop options for designated isolation and quarantine units.

==Immediately after a suspected pandemic case is diagnosed in the facility, the Facility Administrator shall:==

1.   Immediately isolate detainees with influenza-like illness in "Isolation Units." Each isolated detainee should be assigned their own housing space and bathroom where possible. The cohort of detainees should only be practiced if there are no other available options. Only individuals who are laboratory confirmed COVID-19 cases should be isolated as a cohort.  Detainees with higher risk of severe illness, ideally should not be cohort with other infected detainees. If it becomes necessary to cohort high risk detainees, make all possible accommodations to prevent transmission of other infectious diseases to the higher risk detainee, e.g. allocate more space for a higher risk detainee within a shared isolation room/area. The Facility Administrator in conjunction with the Clinical Medical Authority have identified that primary isolation unit is Medical Observation, the secondary isolation unit will be C-Unit, and E-Unit will be used as a staging unit for those who are released from isolation.

    a.   Reinforce staff education on infection control procedures to follow when caring for patients

    b.   ==Assure that adequate infection-control supplies and personal protective equipment, i.e., gowns, face masks/goggles, respirators, and gloves, are available==

    c.   Place precaution signs on the doors of isolation units

==**Isolation Units (Medical Observation/C – Unit) Protocol**==

In order to mitigate the transmission of COVID-19, the facility's cells in Medical Observation (primary) and C – Unit (secondary) will be used as isolation cells. Staff assigned to this position shall be designated and assigned to 12 hour shifts to reduce the number of personnel in the area.

There will be no staff entrance permitted through the main medical corridor door leading into medical, near the Central Control Area, or into C-Unit. *These areas are closed off to all IRDF/ICE/Law Enforcement Personnel, NO EXCEPTIONS.* The restrictions imposed are due to the areas being identified as the facility's COVID-19 isolation areas. The flow of traffic to Receiving and Discharge (R&D) is restricted to door SK101C, which is next to the Transportation Office. *Under no circumstances will IRDF/ICE/Law Enforcement use the Medical Department as a short cut to R&D. Central Control, Medical Personnel and IRDF Staff shall be notified of these restrictions.*

==As directed by MTC policy "Personal Protective Equipment – Covid-19 Pandemic Plan 904D.02", and in accordance with the CDC's Guidance for Corrections and Detention Facilities and resources.==



CORONAVIRUS DISEASE (COVID-19) RESPONSE PLAN
*REVISION 3 – MAY 15, 2020*

Staff shall use "Table A" below as guidance to select and don/put on the correct PPE, please remember:

- PPE must be donned correctly before entering the patient area (e.g., isolation room, unit if cohorting).
- PPE must remain in place and be worn correctly for the duration of work in potentially contaminated areas.
- PPE should not be adjusted (e.g., retying gown, adjusting respirator/facemask) during patient care/duration of work.
- PPE must be doffed/removed slowly and deliberately in a sequence that prevents self-contamination.

In the event of PPE shortages, the following CDC images depict the "Preferred PPE-Use" and the "Acceptable Alternative PPE-Use" when caring for patients with confirmed or suspected COVID-19:



*Based on supplies, and at the direction of the Facility Administrator, the facility may be required to reuse or extended the use of PPE. As indicated by the CDC the following donning and doffing procedures are crucial for the reuse and/or extended use of PPE. Staff must adhere to the following donning and doffing procedures:

Donning (putting on the PPE):

a.   Identify and gather the proper PPE to don.

b.   Perform hand hygiene by washing your hands, the use of hand sanitizer is acceptable as a last resort.

c.   Put on isolation gown. Tie all of the ties on the gown. Assistance may be needed by another staff member.



**CORONAVIRUS DISEASE (COVID-19) RESPONSE PLAN**
*REVISION 3 – MAY 15, 2020*

d.  Put on NIOSH-approved N95 filtering facepiece respirator or higher (use a facemask if a respirator is not available). If the respirator has a nosepiece, it should be fitted to the nose with both hands, not bent or tented. Do not pinch the nosepiece with one hand. Respirator/facemask should be extended under chin. Both your mouth and nose should be protected. Do not wear respirator/facemask under your chin or store in scrubs pocket between patients.*

- ▪ Respirator: Respirator straps should be placed on crown of head (top strap) and base of neck (bottom strap). Perform a user seal check each time you put on the respirator.

- ▪ Facemask: Mask ties should be secured on crown of head (top tie) and base of neck (bottom tie). If mask has loops, hook them appropriately around your ears.

e.  Put on face shield or goggles. Face shields provide full face coverage. Goggles also provide excellent protection for eyes, but fogging is common.

f.  Perform hand hygiene before putting on gloves. Gloves should cover the cuff (wrist) of gown.

g.  Staff may now enter patient room/contaminated area.

Doffing (taking off the PPE):

a.  Remove gloves. Ensure glove removal does not cause additional contamination of hands. Gloves can be removed using more than one technique (e.g., glove-in-glove or bird beak).

b.  Remove gown. Untie all ties (or unsnap all buttons). Some gown ties can be broken rather than untied. Do so in gentle manner, avoiding a forceful movement. Reach up to the shoulders and carefully pull gown down and away from the body. Rolling the gown down is an acceptable approach. Dispose in trash receptacle.*

c.  Staff may now exit patient room.

d.  Perform hand hygiene.

e.  Remove face shield or goggles. Carefully remove face shield or goggles by grabbing the strap and pulling upwards and away from head. Do not touch the front of face shield or goggles.

f.  Remove and discard respirator (or facemask if used instead of respirator).*Do not touch the front of the respirator or facemask.

- ▪ Respirator: Remove the bottom strap by touching only the strap and bring it carefully over the head. Grasp the top strap and bring it carefully over the head, and then pull the respirator away from the face without touching the front of the respirator.

- ▪ Facemask: Carefully untie (or unhook from the ears) and pull away from face without touching the front.



**Imperial Regional Detention Facility**

**CORONAVIRUS DISEASE (COVID-19) RESPONSE PLAN**
*REVISION 3 – MAY 15, 2020*

g.   Perform hand hygiene after removing the respirator/facemask and before putting it on again if your workplace is practicing reuse.

If required, and as directed by the Facility Administrator, staff may be required to save their respirator/facemask. If this is the case, once the respirator/facemask is properly removed; the staff member shall place the respirator/facemask into a paper sack. The sack shall identify the staff member and date the respirator/facemask was issued.

Cloth face coverings should be worn by detainees and staff (when PPE supply is limited) to help slow the spread of COVID-19. Cloth face masks should:

- fit snugly but comfortably against the side of the face
- be secured with ties or ear loops where possible or securely tied
- include multiple layers of fabric
- allow for breathing without restriction
- be able to be laundered and machine dried without damage or change to shape

Soiled PPE and other items should be disposed in leak-proof plastic bags that are tied at the top and not re-opened. Bags can be disposed of in the regular solid waste stream.

Isolation protocols, limited safe cell contact:

The employee is to utilize the red taped areas identified on the floor of the cell and in front of the cell doors. As the employee conducts his/her security checks or formal counts they will utilize the red tape markings in the negative pressure corridors as their social distancing line of view for the confirmation of detainees presence inside of the cell.

a.   The isolation cells have been marked with red tape on the inside and outside of the cells establishing a safe social distancing for staff and detainees

b.   Staff are to utilize the red tape markings at all times and instruct the detainee to step back to the cell where the red tape mark, prior to opening any cell door or food port

c.   Once the officer has established the detainee has complied with his/her instructions, they are to open the food port and place any items of necessity on the food port

d.   The officer will then step and back away from the cell door to the red tape for their safety and step to the right or left side of the cell door, keeping site of the detainee through the cell windows

e.   Once the detainee removes the items from the food port, the officer will instruct the detainee to return to the red tape marked in the cell and establish a safe distance to close and secure the food port



**CORONAVIRUS DISEASE (COVID-19) RESPONSE PLAN**
*REVISION 3 – MAY 15, 2020*

f.   Medical Personnel protocols include the following:

1)   The officer using the same methods as described above will instruct the detainee to comply with the <u>red tape</u> markings in the cell, prior to opening the cell door

2)   The officer will then open the cell door permitting medical personnel to enter the cell

3)   The officer will utilize the door as a shield/barrier between him/her and the cell. This means the officer should be standing behind the door watching medical personnel through the cell windows. In the event of an emergency situation, the officer will provide immediate assistance

4)   Once medical personnel has completed their assessment/task, the officer will then instruct the detainee with the same protocols, stepping to the back of the cell or to the <u>red tape</u>

5)   Medical will exit the cell and staff will then secure the cell door

6)   The officer does not need to enter the cell and impede with medical personnel's interview or medical discussions with the detainee

7)   No employee is not to discuss any personal discussions or medical information of a detainee

8)   Officers assigned to these areas will, at scheduled times, provide detainees the opportunity to obtain supplies to clean and sanitize their own areas/cells. All equipment, i.e. spray bottles, brooms, mops, toilet brushes, etc. shall be cleaned and sanitized between each use. If required for cleaning and disinfecting, only clean laundered clothes/rags will be distributed to each cell. The officer will use the same safety <u>red tape</u> protocols, during the distribution and collection of the cleaning supplies

9)   Officers will be provided with sanitizing equipment for their safety and work sites

10)  Prior to leaving any isolation area, staff must appropriately remove all PPE. The PPE must be placed in contamination bags and double bagged for disposal.

Supervisory staff shall continue to conduct their required PREA, Health, Safety and Security checks as required. Supervisory staff entering these isolated areas shall be required to don the appropriate PPE.

The employee(s) assigned to these areas, may utilize the nearest restroom after temporarily removing the PPE and decontaminating themselves with soap, water or sanitizing equipment. They must notify the supervisor on shift of their request. At no time will any employee assigned to these post be permitted to walk about in their PPE.



**Imperial Regional
Detention Facility**

**CORONAVIRUS DISEASE (COVID-19) RESPONSE PLAN**
*REVISION 3 – MAY 15, 2020*

Court, Asylum and Legal Visitation Protocols for Isolated Detainees

The facility shall make a concerted effort to provide detainees who are isolated with access to court, asylum interviews and legal visitation to the extent possible. As each detainees' case differs, immediately upon receiving notification that an isolated detainee has a scheduled court hearing, asylum interview or legal visit, staff shall consult with Medical to determine the best course of action to be taken. In the event that Medical advises against a detainee attending a court hearing, asylum interview or legal visitation, staff will immediately notify the Facility Administrator. Only the Facility Administrator, in consultation with ICE, may cancel a detainee's court hearing, asylum interview or legal visit.

Court:    The Judge shall be notified, in advance, that the detainee(s) is currently isolated due to possible exposure of COVID-19, and Medical's recommendations regarding the detainee(s) attendance in court. Should the Judge require the detainee's attendance staff shall ensure the detainee remains isolated from other detainees and all required PPE, as indicated in Table A, is worn at all times. Prior to moving an isolated detainee, staff will ensure the route to and from the isolated area and court room are clear. Immediately following the hearing, and if applicable, as the detainee(s) is move from one area to another area, all areas occupied by the isolated detainee(s) shall be sanitized. The sanitizing shall take place prior to any other person occupying the area(s).

Asylum:   The Asylum Officer will be notified, in advance, that the detainee(s) is currently isolated due to the possible exposure of COVID-19, and Medical's recommendations regarding the detainee(s) attendance in the interview. Should the Asylum Officer require the detainee's attendance staff shall ensure the detainee remains isolated from other detainees and all required PPE, as indicated in Table A, is be worn at all times. Prior to moving an isolated detainee, staff will ensure the route to and from the isolated area and interview area are clear. Immediately following the interview, and if applicable, as the detainee(s) is move from one area to another area, all areas occupied by the isolated detainee(s) shall be sanitized. The sanitizing shall take place prior to any other person occupying the area(s).

Legal Visits:    The legal representative will be notified that the detainee(s) is currently isolated due to the possible exposure of COVID-19, and Medical's recommendations regarding the detainee(s) attendance in a legal visit. Staff shall encourage a non-contact visit i.e. video visitation by tablet, telephone, etc. In the event that legal representative believes the legal visit requires contact. The staff shall ensure the detainee remains isolated from other detainees and all required PPE, as indicated in Table A, is worn at all times. Prior to moving an isolated detainee, staff will ensure the route to and from the isolated area and visitation area are clear. Immediately following the hearing, and if applicable, as the detainee(s) is move from one area to another area, all areas occupied by the isolated detainee(s) shall be sanitized. The sanitizing shall take place prior to any other person occupying the area(s).



CORONAVIRUS DISEASE (COVID-19) RESPONSE PLAN
*REVISION 3 – MAY 15, 2020*

Sick Call

If at all possible, Medical shall conduct their visits and sick call with the detainee(s) in the isolated area(s). In the event it becomes necessary to have an isolated detainee report to Medical for a visit/sick call, it will require the approval of either the Health Services Administrator, Doctor, Nurse Practitioners or Director of Nursing. Prior to moving an isolated detainee, staff will ensure the route to and from the isolated area and medical exam area are clear. The staff shall ensure the detainee remains isolated from other detainees and all required PPE, as indicated in Table A, is worn at all times.  Immediately following the exam, and if applicable, as the detainee is moved from one area to another area, all areas occupied by the isolated detainee shall be sanitized. The sanitizing shall take place prior to any other person occupying the area(s).

Staff Shower Availability

Officers are authorized to bring civilian clothing in a clear plastic bag (***appropriate clothing only, no inappropriate or revealing clothing permitted, no open toes shoes***) to their work site, secured in a locked cabinet from detainees.

Officers may upon completion of their shift, should they choose, will be permitted to shower and/or change into their civilian clothing in the designated staff restrooms, in the main corridor. *NOTE: **This is not a requirement***.

The IRDF staff must bring their own towels, hygiene and other items necessary to successfully complete their own self decontamination, shelving has been provided in the shower area for convenience.

Staff in civilian clothing will place their soiled uniforms inside of their clear plastic bag and immediately exit the facility towards the front lobby area. The employee(s) may not walk about the facility for any reason.

2. Ensure the Medical Department performs a triage of sick-calls to rapidly identify detainees with flu like symptoms and implement procedures for separating the sick from the well

3. Conduct contact investigations of the initial cases that have been identified, and quarantine their contacts. Place quarantine precaution sign on the doors and assure adequate supplies of PPE are available. Implement daily temperature, and signs and symptoms checks. Immediately isolate any detainee that develops influenza-like illness symptoms

   Note:   If there are multiple pandemic cases in multiple housing units, implementing contact investigations and quarantine may be inappropriate and abandoned as a strategy.

4. Implement measures to increase social distancing

5. Review and identify appropriate control measures

6. Continue staff and detainee training on infection control

7. Monitor adherence to infection control guidelines



Imperial Regional
Detention Facility

**CORONAVIRUS DISEASE (COVID-19) RESPONSE PLAN**
*REVISION 3 – MAY 15, 2020*

8.   Monitor daily use of infection control supplies and conduct daily inventory control

## D. RECOVERY

Previous pandemics have been associated with subsequent "waves" after the initial wave resolves. After an initial pandemic outbreak, subsequent outbreaks are likely. The recovery period will involve both recovering from the pandemic emergency, evaluating the IRDF's response to it, and preparing for subsequent waves of the pandemic.

The Facility Administrator shall ensure the facility:

1.   Maintains surveillance for influenza-like illnesses (to detect subsequent waves of pandemic cases)

2.   Evaluate the effectiveness of surveillance and infection-control measures during the pandemic and summarize observations

3.   Evaluate the adequacy of infection control supplies and the need for restocking

4.   Restock infection control supplies upon availability

Facility Administrator

May 15, 2020

Date



Imperial Regional
Detention Facility

**CORONAVIRUS DISEASE (COVID-19) RESPONSE PLAN**
*REVISION 3 – MAY 15, 2020*

Table A

| TABLE A<br>Classification of Individual Wearing PPE | N95 Respirator | Face Mask | Eye Protection | Gloves | Gown/Coveralls |
|---|---|---|---|---|---|
| **Detainees** | | | | | |
| Asymptomatic detainees (under quarantine as possible close contacts of a COVID-19 case*) | Apply face masks for source control as feasible based on local supply, especially if housed as a cohort | | | | |
| Detainees who are confirmed or suspected COVID-19 cases, or showing symptoms of COVID-19 | | X | | | |
| Detainees in a work placement handling laundry or used food service items from a COVID-19 case or case contact | | X | | X | X |
| Detainees in a work placement cleaning areas where a COVID-19 case has spent time | | X | | X | X |
| **Staff** | | | | | |
| Staff having direct contact with asymptomatic detainees under quarantine as possible or reported close contacts of a COVID-19 case* (but not performing temperature checks or providing medical care) | | X | | X | |
| Normal Unit/Dorm Supervision when Supervising persons/units where there are detainees with no symptoms and no known exposures to COVID-19 | | | | | |
| Staff performing entry screening, e.g. temperature checks, on any group of people (staff, visitors, or detainees), or providing medical care to asymptomatic quarantined persons | | X | X | X | X |
| Staff having direct contact with (including transport) or offering medical care to confirmed or suspected COVID-19 cases (see CDC infection control guidelines) | X** | | X | X | X |
| Staff present during a procedure on a confirmed or suspected COVID-19 case that may generate respiratory aerosols (see CDC infection control guidelines) | X | | X | X | X |
| Staff handling laundry or used food service items from a COVID-19 case or case contact | | X | | X | X |
| Staff cleaning an area where a COVID-19 case has spent time | | X | | X | X |

\* If a facility chooses to routinely quarantine all new intakes (without symptoms or known exposure to a COVID-19 case) before integrating into the facility's general population, face masks are not necessary.

\*\* A NIOSH-approved N95 is preferred. However, based on local and regional situational analysis of PPE supplies, face masks are an acceptable alternative when the supply chain of respirators cannot meet the demand. During this time, available respirators should be prioritized for procedures that are likely to generate respiratory aerosols, which would pose the highest exposure risk to staff.

# COVID-19 Entrance Notifications
# (posted on all facility entrances)

# STAFF NOTICE
## CORONAVIRUS DISEASE (COVID-19) UPDATE

Due to the County of Imperial Executive Office & Imperial County Public Health Department Joint Statement issued on April 9, 2020, *"Health Officer Order Requires use of Face Coverings in Public Spaces".*
All persons must wear a mask when entering the facility.  No one will be allowed to enter without a mask.

Based on recommendations from the California Department of Health, "*One method to slow the spread of respiratory virus infections, including COVID-19, is by increasing social distancing (reduce close contact)*".

In order to minimize exposure and possible transmission of COVID-19, *any staff member* that has or is experiencing any of the following, shall immediately report them to his/her immediate supervisor:

- Have you traveled and returned from China, Iran, Italy, or South Korea within the last 14 days?

- Have you had close contact with anyone diagnosed with the COVID-19 (Coronavirus) illness within the last 14 days?

- Do you have a dry cough?

- Do you have a fever?

- Are you experiencing a shortness of breath, or have signs or symptoms of a respiratory illness?

- Are you experiencing body aches?

Upon reporting for duty, all staff will be required wash their hands with soap and water for 20 seconds, and have a non-invasive body temperature check before entering the facility past the Lobby. No one with a temperature of 100.4 or above will be allowed to enter the facility.

In this time of crisis, the facility is diligently working to keep operations as close to normal as possible. We ask for everyone's patience and understanding during this time. Thank you!

**34**

# NOTICE
# CORONAVIRUS DISEASE (COVID-19) UPDATE

Due to the County of Imperial Executive Office & Imperial County Public Health Department Joint Statement issued on April 9, 2020, *"Health Officer Order Requires use of Face Coverings in Public Spaces"*.
<mark>All persons must wear a mask when entering the facility.  No one will be allowed to enter without a mask.</mark>

Based on recommendations from the California Department of Health, "*One method to slow the spread of respiratory virus infections, including COVID-19, is by increasing social distancing (reduce close contact)*".

To minimize exposure and possible transmission of COVID-19, the Imperial Regional Detention Facility is taking the following steps:

1. If you are/or have experienced any of the following, we respectfully ask that you depart the facility and not return until you have been symptom free for 14-days:

   - Have you traveled and returned from China, Iran, Italy, or South Korea within the last 14 days?
   - Have you had close contact with anyone diagnosed with the COVID-19 (Coronavirus) illness within the last 14 days?
   - Do you have a dry cough?
   - Do you have a fever?
   - Are you experiencing a shortness of breath, or have signs or symptoms of a respiratory illness?
   - Are you experiencing body aches?

2. All visitors entering the facility will be asked screening questions and have a non-invasive body temperature check. Only after the visitor passes the facility's screening criteria, will the visitor be allowed to enter. <mark>No one with a temperature of 100.4 or above will be allowed to enter the facility.</mark> If you do not meet the facility's screening criteria, you will be asked to depart the facility and not return until you have been symptom free for 14-days. All visitors will be required to wash their hands with soap and water for 20 seconds before entering the facility.

3. Effective immediately, in order to minimize the possible exposure and transmission of COVID-19, the U.S. Immigration and Customs Enforcement (ICE) has temporarily suspended social/family visits. Currently the facility is only allowing non-contact legal visitation. As the COVID-19 pandemic is rapidly evolving, the facility may be required to temporarily suspend legal visitations in the future. The facility's population will immediately be made aware of any changes regarding visitation.

In this time of crisis, the facility is diligently working to keep operations as close to normal as possible. We ask for everyone's patience and understanding during this time. Thank you!

**35**

# AVISO
# ACTUALIZACIÓN DE ENFERMEDAD DE CORONAVIRUS (COVID-19)

Basado en la Declaración Conjunta de la Oficina Ejecutiva del Condado de Imperial y el Departamento de Salud Pública del Condado de Imperial, "*LA ORDEN DEL MEDICO OFICIAL DE SALUD REQUIERE EL USO DE CUBREBOCAS EN LUGARES PUBLICOS*". Todas las personas deberán usar cubrebocas al ingresar las instalaciones.  No se le permitirá entrar sin cubrebocas.

Según las recomendaciones del Departamento de Salud de California, "Un método para retrasar la propagación de las infecciones por virus respiratorios, incluido COVID-19, es aumentar el distanciamiento social (reducir el contacto cercano)".

Para minimizar exposición y posible transmisión de COVID-19, el Imperial Regional Detention Facility está tomando las siguientes medidas:

1. Si usted tiene / o ha experimentado alguno de los siguientes síntomas, le pedimos respetuosamente que abandone las instalaciones y no regrese hasta que haya estado libre de síntomas durante 14 días:

   - ¿Ha viajado usted y regresado de China, Irán, Italia o Corea del Sur en los últimos 14 días?
   - ¿Ha tenido usted contacto cercano con alguien diagnosticado con la enfermedad COVID-19 (Coronavirus) en los últimos 14 días?
   - ¿Tiene usted tos seca?
   - ¿Tiene usted fiebre?
   - ¿Experimenta usted dificultad para respirar o tiene usted signos o síntomas de una enfermedad respiratoria?
   - ¿Está usted experimentando dolores en el cuerpo?

2. A todos los visitantes que ingresen a las instalaciones se les harán preguntas de detección y se les realizará un control no invasivo de la temperatura corporal. Solo después de que el visitante pase los criterios de evaluación de la instalación, se le permitirá ingresar. Nadie con una temperatura de 100.4 o superior podrá ingresar a la instalación. Si no cumple con los criterios de evaluación del centro, se le pedirá que abandone el centro y que no regrese hasta que haya estado libre de síntomas durante 14 días. Se requerirá que todos los visitantes se laven las manos con agua y jabón durante 20 segundos antes de ingresar a las instalaciones.

3. Con vigencia inmediata, para minimizar la posible exposición y transmisión de COVID-19, el Servicio de Inmigración y Control de Aduanas (ICE) de USA ha suspendido temporalmente las visitas sociales / familiares. Actualmente, la instalación solo permite visitas legales sin contacto. A medida que la pandemia de COVID-19 está evolucionando rápidamente, es posible que se requiera que la instalación suspenda temporalmente las visitas legales en el futuro. La población de la instalación será informada inmediatamente de cualquier cambio relacionado con las visitas.

En este momento de crisis, la instalación está trabajando diligentemente para mantener las operaciones lo más cerca posible de lo normal. Les pedimos paciencia y comprensión a todos durante este tiempo. ¡Gracias!

# STOP THE SPREAD OF GERMS

COVID CORONAVIRUS DISEASE 19

## Help prevent the spread of respiratory diseases like COVID-19.



Avoid close contact with people who are sick.

Cover your cough or sneeze with a tissue, then throw the tissue in the trash.



Avoid touching your eyes, nose, and mouth.

Clean and disinfect frequently touched objects and surfaces.



Stay home when you are sick, except to get medical care.

Wash your hands often with soap and water for at least 20 seconds.

CDC

For more information: www.cdc.gov/COVID19

CS314915-A

# COVID 19
ENFERMEDAD DEL CORONAVIRUS

# DETENGA LA PROPAGACIÓN DE LOS MICROBIOS

## Ayude a prevenir la propagación de virus respiratorios como el nuevo COVID-19.



Evite el contacto cercano con las personas enfermas.



Cúbrase la nariz y la boca con un pañuelo desechable al toser o estornudar y luego bótelo a la basura.



Evite tocarse los ojos, la nariz y la boca.



Limpie y desinfecte los objetos y las superficies que se tocan frecuentemente.



Quédese en casa si está enfermo, excepto para buscar atención médica.



Lávese las manos frecuentemente con agua y jabón por al menos 20 segundos.

Para obtener más información: www.cdc.gov/COVID19-es

CDC

38

CS314915-B



# COUNTY OF IMPERIAL  EXECUTIVE OFFICE & IMPERIAL COUNTY PUBLIC HEALTH DEPARTMENT JOINT STATEMENT



**FOR IMMEDIATE RELEASE**

**CONTACT:**
Linsey Dale, Public Information Officer
Imperial County Executive Office
linseydale@co.imperial.ca.us
TEL: (442) 265-1018

Andrea Bowers, Public Information Officer
Imperial County Public Health Department
andreabowers@co.imperial.ca.us
TEL: (442) 265-1348

**DATE:** Thursday  April 9, 2020

## HEALTH OFFICER ORDER REQUIRES USE OF FACE COVERINGS  IN PUBLIC SPACES

*Hospital grade masks will continue to be reserved for front-line health workers.*

Imperial County Officials have issued a new Health Officer Order requiring all residents and visitors of Imperial County to wear cloth face coverings when leaving their homes or shelters and are likely to come in contact with other members of the public at places such as grocery stores, department stores such as warehouse and hardware stores, pharmacies, restaurants and other businesses that allow public access.  The use of face coverings is also required for all critical infrastructure workers, who while working at their respective places of employment, are likely to have direct contact with other members of the public, or for whatever reason are unable to maintain a minimum of six feet separation with other coworkers at all time. The new order is in addition to the previously released orders. The order is scheduled to take effect on April 10, 2020, with an amended effective time of 11:59 pm. The order will remain in effect until further notice.

Imperial County Officials do not recommend that the public use medical masks (N-95s and surgical masks) which are in short supply and must be reserved for frontline healthcare providers. It is important to note that violation of this order is considered a misdemeanor punishable by a fine up to $1,000 and/or by a jail term up to 90 days, for each violation.

"What we know about COVID-19 continues to evolve. This new order is based on updated CDC guidance which shows that the use of face coverings may help reduce the spread of the illness by those who are infected but have not yet started to feel sick."  Dr. Munday went on to emphasize, "Social distancing and frequent handwashing still remain the most effective way to slow the spread of COVID-19. The use of a face covering is an added safety measure and not a replacement for those practices."

Chairman of the Board and District 2 Supervisor, Luis A. Plancarte stated, "The decision to require all residents and visitors to wear face coverings is meant to protect our community from the potential spread of COVID-19.  I ask that everyone continue to stay home, but if you must leave, remember to use a face covering."

Recommended face coverings include any type of breathable material, such as bandanas, scarves, t-shirts, sweatshirts or towels that can be used to cover the nose and mouth. Face coverings should be washed after each use with detergent and hot water and dried on a hot cycle. Ideally, after each use, face coverings should be placed in dedicated laundry bag or bin until washed.  Per Centers for Disease Control and Prevention (CDC), cloth face coverings should not be placed on young children younger than 2 years of age, anyone who has trouble breathing, or is unable to remove the cover without assistance

Tutorials and directions on how to make a face covering may be found at the following websites:
- https://espanol.cdc.gov/enes/coronavirus/2019-ncov/prevent-getting-sick/diy-cloth-face-coverings.html
- https://www.youtube.com/watch?v=tPx1yqvJqf4

The best defense against COVID-19 is:
- Stay at home and do not leave except for essential activities (i.e., grocery shopping, picking up medication, attending medical appointments).
- Wash your  hands with soap and water for at least 20 seconds
- Cover your cough or sneeze with a tissue or your arm
- Clean and disinfect frequently touched objects and surfaces
- Maintain a safe social distance of 6 feet from others that are not in your immediate household.

For general questions or information about COVID-19 and precautions currently recommended by the Imperial County Public Health Department, the community may call the Department's information line at 442-265-6700 or visit www.icph.org

# # #

**Find us on Facebook, follow us on Twitter**

 




## DECLARACIÓN CONJUNTA DE LA OFICINA EJECUTIVA DEL CONDADO DE IMPERIAL Y EL DEPARTAMENTO DE SALUD PÚBLICA DEL CONDADO IMPERIAL

**PARA DIFUNSIÓN INMEDIATA**

**CONTACTO:**
Linsey Dale, Oficial de Información Pública
**Imperial County Executive Office**
linseydale@co.imperial.ca.us
TEL: (442) 265-1018

Andrea Bowers, Oficial de Información Pública
**Imperial County Public Health Department**
andreabowers@co.imperial.ca.us
TEL:   (442) 265-1349

**FECHA:** jueves 9 de abril del 2020

## LA ORDEN DEL MEDICO OFICIAL DE SALUD REQUIERE EL USO DE CUBREBOCAS EN LUGARES PÚBLICOS

*Las mascarillas de grado hospitalario seguirán reservadas para los trabajadores de salud de primera línea.*

Los funcionarios del Condado Imperial han emitido una nueva Orden del Médico Oficial de Salud la cual requiere que todos los residentes y visitantes del Condado Imperial usen cubrebocas de tela al salir de sus hogares o refugios y cuando exista la posibilidad que entren en contacto con otros miembros del público en lugares como supermercados, farmacias, restaurantes y otros espacios que permiten el acceso público. El uso de cubrebocas también es necesario para todos los trabajadores de infraestructura críticos, que mientras trabajan en sus respectivos lugares de empleo, tengan contacto directo con otros miembros del público, o por cualquier razón no puedan mantener una separación mínima de seis pies con otros compañeros de trabajo en todo momento. La nueva orden es adicional a la orden que anteriormente se había emitido, y entrará en vigor el viernes 10 de abril del 2020, con la hora enmendada de 11:59 pm y permanecerá vigente hasta nuevo aviso.

Los funcionarios del Condado Imperial no recomiendan que el público use mascarillas médicas (N-95s y mascarillas quirúrgicas), ya que son escasas y deben reservarse para los proveedores de atención médica de primera línea. Es importante tener en cuenta que el quebrantamiento de esta orden se considera un delito menor castigable con una multa de hasta $1,000 y/o una pena de prisión de hasta 90 días, por cada quebrantamiento.

"Lo que sabemos sobre COVID-19 continúa evolucionando. Esta nueva orden se basa en pautas de los CDC que muestra que el uso de cubrebocas puede ayudar a reducir la propagación de la enfermedad por parte de quienes están infectados, pero aún no han comenzado a sentirse enfermos." El Medico Oficial de Salud Pública, el Dr. Munday continuó enfatizando: "El distanciamiento social y el lavado frecuente de manos siguen siendo la forma más efectiva de reducir la propagación de COVID-19. El uso de cubrebocas es una medida de seguridad adicional y no es un reemplazo para esas prácticas."

El Presidente de la Junta de Supervisores y Supervisor del Distrito 2, Luis A. Plancarte, declaró: "La decisión de exigir a todos los residentes y visitantes que usen cubrebocas está destinada a proteger a nuestra comunidad de la posible propagación de COVID-19. Pido que todos continúen quedándose en casa, pero si deben salir, recuerden usar un cubrebocas".

Los cubrebocas recomendados incluyen cualquier tipo de material transpirable, como pañuelos, bufandas, camisetas, sudaderas o toallas que se pueden usar para cubrir la nariz y la boca. Los cubrebocas deben lavarse después de cada uso con detergente y agua caliente y secarse en un ciclo caliente. Idealmente, después de cada uso, los cubrebocas deben colocarse en una bolsa de ropa especial o en un contenedor hasta que se laven. Según los Centros para el Control y la Prevención de Enfermedades (CDC por sus siglas en ingles), los niños menores de 2 años, personas con problemas para respirar, o aquellas personas que no puedan quitarse el cubrebocas sin ayuda no deberían usarlo.

Se pueden encontrar tutoriales e instrucciones sobre cómo hacer cubrebocas en los siguientes sitios web:

- https://espanol.cdc.gov/enes/coronavirus/2019-ncov/prevent-getting-sick/diy-cloth-face-coverings.html
- https://www.youtube.com/watch?v=tPx1yqvJqf4

La mejor defensa contra COVID-19 es:

- Quedarse en casa y no salir al menos que sea para actividades esenciales (es decir, comprar comestibles, recoger medicamentos, asistir a citas médicas).
- Lavarse las manos con agua y jabón durante al menos 20 segundos.
- Cubrirse al toser o estornudar con un pañuelo desechable o su brazo.
- Limpiar y desinfectar objetos y superficies que se tocan con frecuencia.
- Mantener una distancia social segura de 6 pies de otros que no están en su hogar inmediato.

Para preguntas generales o información sobre COVID-19 y las precauciones recomendadas actualmente por el Departamento de Salud Pública del Condado Imperial, la comunidad puede comunicarse a la línea de información del Departamento al 442-265-6700 o visitar www.icphd.org.

### # # #

**Encuéntrenos en Facebook, y síganos en Instagram y Twitter**

  

# Housing Unit Signage

# PROTECT YOURSELF AND OTHERS PRACTICE SOCIAL DISTANCING



# 6 FEET

# The distance between you and COVID-19 is 6 FEET

# Protégete a ti mismo y a los demás
# PRACTICA DISTANCIA SOCIAL



# 6 PIES

# La distancia entre usted y
# COVID-19 es 6 PIES

**45**

# STOP THE SPREAD OF GERMS

COVID 19 CORONAVIRUS DISEASE

## Help prevent the spread of respiratory diseases like COVID-19.



Avoid close contact with people who are sick.



Cover your cough or sneeze with a tissue, then throw the tissue in the trash.



Avoid touching your eyes, nose, and mouth.



Clean and disinfect frequently touched objects and surfaces.



Stay home when you are sick, except to get medical care.



Wash your hands often with soap and water for at least 20 seconds.

CDC

For more information: www.cdc.gov/COVID19

46

CS314915-A



# 阻止病毒传播

## 帮助预防呼吸道病毒如 COVID-19 的传播。



避免与患病的人近距离接触。



咳嗽和打喷嚏时，用纸巾遮住口鼻，然后将纸巾扔进封闭的垃圾箱。



避免触碰自己的眼睛、鼻子和嘴巴。



对频繁接触的物体和表面进行清洁和消毒。



生病时请留在家中，除非要接受医疗救治。



经常用肥皂和水洗手，每次至少 20 秒钟。

详细信息请参见：www.cdc.gov/COVID19-ch

47

CS314915-C

# DETENGA LA PROPAGACIÓN DE LOS MICROBIOS

**COVID 19** ENFERMEDAD DEL CORONAVIRUS

## Ayude a prevenir la propagación de virus respiratorios como el nuevo COVID-19.



Evite el contacto cercano con las personas enfermas.

Cúbrase la nariz y la boca con un pañuelo desechable al toser o estornudar y luego bótelo a la basura.



Evite tocarse los ojos, la nariz y la boca.

Limpie y desinfecte los objetos y las superficies que se tocan frecuentemente.





Quédese en casa si está enfermo, excepto para buscar atención médica.

Lávese las manos frecuentemente con agua y jabón por al menos 20 segundos.



Para obtener más información: **www.cdc.gov/COVID19-es**

48

CS314915-B

# PLEASE WASH YOUR HANDS

Frequent hand washing helps maintain high standards of personal hygiene and prevents the spread of diseases. To protect you and everyone around you, be sure to wash your hands as follows:

- Before starting work
- After work
- After using the restroom
- After taking out the trash
- Before eating
- After eating
- After coughing, sneezing, or using a handkerchief or a tissue

- After touching unsanitary areas of your body, i.e. face, hair, etc.
- After touching anything soiled
- After performing any cleaning details
- After touching anything where there is a chance of contamination, i.e. phones, tablets, recreation equipment, etc.

## Proper Hand Washing Technique:



**Rinse**



**Rub**



**Lather**
20 seconds



**Rinse**



**Dry**
your hands

# POR FAVOR LÁVESE SUS MANOS

El lavado frecuente de manos ayuda a mantener altos estándares de higiene personal y previene la propagación de enfermedades. Para protegerlo a usted y a todos los que le rodean, asegúrese de lavarse las manos de la siguiente manera:

- Antes de comenzar a trabajar
- Después del trabajo
- Después de usar el baño
- Después de sacar la basura
- Antes de comer
- Después de comer
- Después de toser, estornudar o usar un pañuelo o un papel higiénico

- Después de tocar áreas insalubres de su cuerpo, es decir, cara, cabello, etc.
- Después de tener contacto con cualquier superficie sucia
- Después de realizar los detalles de limpieza
- Después de tocar cualquier cosa donde existe la posibilidad de contaminación, es decir, teléfonos, tabletas, equipos de recreación, etc.

## Técnica adecuada de lavado de manos:



**Mojarse**



**Enjabonarse**



**Hacer espuma**
20 segundos



**Enjuagarse**



**Secarse**
las manos

**49**

እጆዎን ይታጠቡ
Amharic

Ntxuav koj txhais tes
Hmong

اِغْسِـلْ يَدَيْكَ
Arabic

Lávese las manos
Spanish

လက်တွေဆေးပါ။
Burmese

Nawa Mikono
Swahili

Hugasan ang iyong mga kamay
Tagalog

Bitte Hände waschen
German

Помойте Ваши Руки
Russian

ត្រូវលាងដៃរបស់អ្នក ។
Khmer

Wash

अपने हाथ धोएं।
Hindi

ລ້າງມືຂອງເຈົ້າ
Laotian

손을 씻으십시오
Korean

Your

Harka kee dhiqadhu
Oromo

हात धुनुहोस्
Nepali

Maydh gacmahaaga
Somail

Hands
English

သ့နစ့တဖၣ်တက့ၢ်.
KaRen

לשטוף
ידים
Hebrew

Lavez-vous les mains
French

gi zii bii gi nin jiin
Ojibwe

xin rửa tay
Vietnamese

ล้างมือให้สะอาด
Thai

洗手
Chinese (Mandarin)

**50**

sulfate

# COVID-19

## VIRUS INFORMATION FOR DETAINED INDIVIDUALS

ICE is monitoring COVID-19 and continues to follow the Centers for Disease Control and Prevention (CDC) guidelines, including:

- Screening all new detainees who arrive at facilities for symptoms and risk of exposure to COVID-19.
- Housing separately and monitoring detainees with symptoms for a period of 14 days.
- ICE personnel and facility staff who have been exposed to the virus are instructed to report exposure and to practice self-quarantine protocols per CDC guidance.
- ICE will continue to share information on COVID-19 cases in your facility and post it on the ICE website as it becomes available.



### WHAT CAN YOU DO?
If you feel ill or have reason to believe you have been exposed to someone with COVID-19, you are encouraged to submit a medical request form as soon as possible.

### WASH HANDS
If additional hygiene supplies are needed, complete a Detainee Request Form.

### LÁVESE LAS MANOS
Si se necesitan suministros de higiene adicionales, rellene un Formulario de Solicitud de Detenido.

### SOCIAL DISTANCING
Visitation with family members has been suspended temporarily at all detention facilities to mitigate the potential transmission of COVID-19, however ICE is taking steps to facilitate communication with families via extended access to telephones and tablets, where available. You can submit a Detainee Request Form for extended access to telephones/tablets.

### DISTANCIAMIENTO SOCIAL
Las visitas con los miembros de la familia se han suspendido temporalmente en todos los centros de detención para mitigar la posible transmisión de COVID-19, sin embargo, el ICE está tomando medidas para facilitar la comunicación con las familias a través de ampliación de acceso a teléfonos y tabletas, cuando estén disponibles. Puede enviar un Formulario de Solicitud de Detenido para ampliación de acceso a teléfonos/tabletas.

### QUESTIONS ABOUT ATTORNEY VISITATION?
Non-contact legal visitation (e.g. Skype or teleconference) will be encouraged as a first option to limit the facility's exposure to COVID-19. If an in-person legal visit is required, all legal visitors will be required to provide and wear personal protective equipment (PPE) (e.g., gloves, N-95 masks, and eye protection) and undergo the same medical screening procedures as facility staff members. If you need to speak with your attorney, you can submit a Detainee Request Form.

### ¿PREGUNTAS SOBRE LA VISITA DEL ABOGADO?
Se fomentarán las visitas de ámbito legal sin contacto (por ejemplo, Skype o teleconferencia) como primera opción para limitar la exposición de la instalación al COVID-19. Si se requiere una visita de ámbito legal en persona, todos los visitantes jurídicos deberán proporcionar y usar equipo de protección personal (EPP) (por ejemplo, guantes, máscaras N-95 y protección ocular) y someterse a los mismos procedimientos de detección médica que los miembros del personal de la instalación. Si necesita hablar con su abogado, puede enviar un Formulario de Solicitud de Detenido.

## INFORMACIÓN DE VIRUS PARA INDIVIDUOS DETENIDOS

ICE está monitoreando el COVID-19 y continúa siguiendo las pautas de los Centros para el Control y la Prevención de Enfermedades (CDC, por sus siglas en inglés), incluyendo:

- Exámenes de detección a todos los nuevos detenidos que llegan a las instalaciones con síntomas y riesgo de exposición al COVID-19.
- Alojamiento por separado y monitoreo de detenidos con síntomas por un período de 14 días.
- Instrucción al personal del ICE y al personal de las instalaciones que han estado expuestos al virus para que informen de la exposición y practiquen los protocolos de cuarentena según las indicaciones de los CDC.
- ICE continuará compartiendo información sobre los casos de COVID-19 en sus instalaciones y la publicará en el sitio web de ICE a medida que esté disponible.

### ¿QUÉ PUEDE HACER?
Si se siente enfermo o tiene razones para creer que ha estado expuesto a alguien con el COVID-19, se le anima a enviar un formulario de solicitud médica tan pronto como sea posible.



20 SECONDS SEGUNDOS





U.S. Immigration and Customs Enforcement

In addition to reaching out to staff at your facility, detainees can call the Detention Reporting Information Line (DRIL): SPEED DIAL 9116# (on Free Call Platform). For information about your immigration hearing, call: SPEED DIAL 111# (on Free Call Platform).

Además de ponerse en contacto con el personal de su instalación, los detenidos pueden llamar a la Línea de Información de Detención (DRIL, por sus siglas en inglés): MARCACIÓN RÁPIDA 9116# (en la plataforma de llamadas gratuitas). Para obtener información acerca de su audiencia de inmigración, llame: MARCACIÓN RÁPIDA 111# (en la plataforma de llamadas gratuitas).

51

# Facility Signage (Corridors)

# COVID-19

## VIRUS INFORMATION FOR DETAINED INDIVIDUALS

ICE is monitoring COVID-19 and continues to follow the Centers for Disease Control and Prevention (CDC) guidelines, including:

- Screening all new detainees who arrive at facilities for symptoms and risk of exposure to COVID-19.
- Housing separately and monitoring detainees with symptoms for a period of 14 days.
- ICE personnel and facility staff who have been exposed to the virus are instructed to report exposure and to practice self-quarantine protocols per CDC guidance.
- ICE will continue to share information on COVID-19 cases in your facility and post it on the ICE website as it becomes available.



### WHAT CAN YOU DO?
If you feel ill or have reason to believe you have been exposed to someone with COVID-19, you are encouraged to submit a medical request form as soon as possible.

### WASH HANDS
If additional hygiene supplies are needed, complete a Detainee Request Form.

### LÁVESE LAS MANOS
Si se necesitan suministros de higiene adicionales, rellene un Formulario de Solicitud de Detenido.

### SOCIAL DISTANCING
Visitation with family members has been suspended temporarily at all detention facilities to mitigate the potential transmission of COVID-19, however ICE is taking steps to facilitate communication with families via extended access to telephones and tablets, where available. You can submit a Detainee Request Form for extended access to telephones/tablets.

### DISTANCIAMIENTO SOCIAL
Las visitas con los miembros de la familia se han suspendido temporalmente en todos los centros de detención para mitigar la posible transmisión de COVID-19, sin embargo, el ICE está tomando medidas para facilitar la comunicación con las familias a través de ampliación de acceso a teléfonos y tabletas, cuando estén disponibles. Puede enviar un Formulario de Solicitud de Detenido para ampliación de acceso a teléfonos/tabletas.

### QUESTIONS ABOUT ATTORNEY VISITATION?
Non-contact legal visitation (e.g. Skype or teleconference) will be encouraged as a first option to limit the facility's exposure to COVID-19. If an in-person legal visit is required, all legal visitors will be required to provide and wear personal protective equipment (PPE) (e.g., gloves, N-95 masks, and eye protection) and undergo the same medical screening procedures as facility staff members. If you need to speak with your attorney, you can submit a Detainee Request Form.

### ¿PREGUNTAS SOBRE LA VISITA DEL ABOGADO?
Se fomentarán las visitas de ámbito legal sin contacto (por ejemplo, Skype o teleconferencia) como primera opción para limitar la exposición de la instalación al COVID-19. Si se requiere una visita de ámbito legal en persona, todos los visitantes jurídicos deberán proporcionar y usar equipo de protección personal (EPP) (por ejemplo, guantes, máscaras N-95 y protección ocular) y someterse a los mismos procedimientos de detección médica que los miembros del personal de la instalación. Si necesita hablar con su abogado, puede enviar un Formulario de Solicitud de Detenido.

## INFORMACIÓN DE VIRUS PARA

## INFORMACIÓN DE VIRUS PARA INDIVIDUOS DETENIDOS

ICE está monitoreando el COVID-19 y continúa siguiendo las pautas de los Centros para el Control y la Prevención de Enfermedades (CDC, por sus siglas en inglés), incluyendo:

- Exámenes de detección a todos los nuevos detenidos que llegan a las instalaciones con síntomas y riesgo de exposición al COVID-19.
- Alojamiento por separado y monitoreo de detenidos con síntomas por un período de 14 días.
- Instrucción al personal del ICE y al personal de las instalaciones que han estado expuestos al virus para que informen de la exposición y practiquen los protocolos de cuarentena según las indicaciones de los CDC.
- ICE continuará compartiendo información sobre los casos de COVID-19 en sus instalaciones y la publicará en el sitio web de ICE a medida que esté disponible.

### ¿QUÉ PUEDE HACER?
Si se siente enfermo o tiene razones para creer que ha estado expuesto a alguien con el COVID-19, se le anima a enviar un formulario de solicitud médica tan pronto como sea posible.



**20 SECONDS SEGUNDOS**





In addition to reaching out to staff at your facility, detainees can call the Detention Reporting Information Line (DRIL): SPEED DIAL 9116# (on Free Call Platform). For information about your immigration hearing, call: SPEED DIAL 111# (on Free Call Platform).

Además de ponerse en contacto con el personal de su instalación, los detenidos pueden llamar a la Línea de Información de Detención (DRIL, por sus siglas en inglés): MARCACIÓN RÁPIDA 9116# (en la plataforma de llamadas gratuitas). Para obtener información acerca de su audiencia de inmigración, llame: MARCACIÓN RÁPIDA 111# (en la plataforma de llamadas gratuitas).

U.S. Immigration and Customs Enforcement

53

# PROTECT YOURSELF AND OTHERS PRACTICE SOCIAL DISTANCING



## 6 FEET

# The distance between you and COVID-19 is 6 FEET

# STOP THE SPREAD OF GERMS

**Help prevent the spread of respiratory diseases like COVID-19.**



Avoid close contact with people who are sick.

Cover your cough or sneeze with a tissue, then throw the tissue in the trash.



Avoid touching your eyes, nose, and mouth.

Clean and disinfect frequently touched objects and surfaces.



Stay home when you are sick, except to get medical care.

Wash your hands often with soap and water for at least 20 seconds.

For more information: www.cdc.gov/COVID19

CS314915-A

# Share Facts About COVID-19

**Know the facts about coronavirus disease 2019 (COVID-19) and help stop the spread of rumors.**

**FACT 1**

**Diseases can make anyone sick regardless of their race or ethnicity.**

Fear and anxiety about COVID-19 can cause people to avoid or reject others even though they are not at risk for spreading the virus.

**FACT 2**

**For most people, the immediate risk of becoming seriously ill from the virus that causes COVID-19 is thought to be low.**

Older adults and people of any age with underlying health conditions, such as diabetes, lung disease, or heart disease, are at greater risk of severe illness from COVID-19.

**FACT 3**

**Someone who has completed quarantine or has been released from isolation does not pose a risk of infection to other people.**

For up-to-date information, visit CDC's coronavirus disease 2019 web page.

**FACT 4**

**There are simple things you can do to help keep yourself and others healthy.**

- Wash your hands often with soap and water for at least 20 seconds, especially after blowing your nose, coughing, or sneezing; going to the bathroom; and before eating or preparing food.

- Avoid touching your eyes, nose, and mouth with unwashed hands.

- Stay home when you are sick.

- Cover your cough or sneeze with a tissue, then throw the tissue in the trash.

**FACT 5**

**You can help stop COVID-19 by knowing the signs and symptoms:**

- Fever
- Cough
- Shortness of breath

Seek medical advice if you

- Develop symptoms

AND

- Have been in close contact with a person known to have COVID-19 or if you live in or have recently been in an area with ongoing spread of COVID-19.



CS 315446-A   03/13/2020

For more information: **www.cdc.gov/COVID19**



# SYMPTOMS OF CORONAVIRUS DISEASE 2019

**Patients with COVID-19 have experienced mild to severe respiratory illness.**

**Symptoms\* can include**



**FEVER**

**COUGH**

\***Symptoms may appear 2-14 days after exposure.**



**SHORTNESS OF BREATH**

Seek medical advice if you develop symptoms, and have been in close contact with a person known to have COVID-19 or if you live in or have recently been in an area with ongoing spread of COVID-19.



CS 315252-A  03/03/2020

# STAFF NOTICE
## CORONAVIRUS DISEASE (COVID-19) UPDATE

Due to the County of Imperial Executive Office & Imperial County Public Health Department Joint Statement issued on April 9, 2020, *"Health Officer Order Requires use of Face Coverings in Public Spaces"*.
All persons must wear a mask when entering the facility.  No one will be allowed to enter without a mask.

Based on recommendations from the California Department of Health, "*One method to slow the spread of respiratory virus infections, including COVID-19, is by increasing social distancing (reduce close contact)*".

In order to minimize exposure and possible transmission of COVID-19, *any staff member* that has or is experiencing any of the following, shall immediately report them to his/her immediate supervisor:

- Have you traveled and returned from China, Iran, Italy, or South Korea within the last 14 days?

- Have you had close contact with anyone diagnosed with the COVID-19 (Coronavirus) illness within the last 14 days?

- Do you have a dry cough?

- Do you have a fever?

- Are you experiencing a shortness of breath, or have signs or symptoms of a respiratory illness?

- Are you experiencing body aches?

Upon reporting for duty, all staff will be required wash their hands with soap and water for 20 seconds, and have a non-invasive body temperature check before entering the facility past the Lobby. No one with a temperature of 100.4 or above will be allowed to enter the facility.

In this time of crisis, the facility is diligently working to keep operations as close to normal as possible. We ask for everyone's patience and understanding during this time. Thank you!

**58**

# NOTICE
# CORONAVIRUS DISEASE (COVID-19) UPDATE

Due to the County of Imperial Executive Office & Imperial County Public Health Department Joint Statement issued on April 9, 2020, *"Health Officer Order Requires use of Face Coverings in Public Spaces"*.
<mark>All persons must wear a mask when entering the facility.  No one will be allowed to enter without a mask.</mark>

Based on recommendations from the California Department of Health, *"One method to slow the spread of respiratory virus infections, including COVID-19, is by increasing social distancing (reduce close contact)"*.

To minimize exposure and possible transmission of COVID-19, the Imperial Regional Detention Facility is taking the following steps:

1. If you are/or have experienced any of the following, we respectfully ask that you depart the facility and not return until you have been symptom free for 14-days:

   - Have you traveled and returned from China, Iran, Italy, or South Korea within the last 14 days?
   - Have you had close contact with anyone diagnosed with the COVID-19 (Coronavirus) illness within the last 14 days?
   - Do you have a dry cough?
   - Do you have a fever?
   - Are you experiencing a shortness of breath, or have signs or symptoms of a respiratory illness?
   - Are you experiencing body aches?

2. All visitors entering the facility will be asked screening questions and have a non-invasive body temperature check. Only after the visitor passes the facility's screening criteria, will the visitor be allowed to enter. <mark>No one with a temperature of 100.4 or above will be allowed to enter the facility.</mark> If you do not meet the facility's screening criteria, you will be asked to depart the facility and not return until you have been symptom free for 14-days. All visitors will be required to wash their hands with soap and water for 20 seconds before entering the facility.

3. Effective immediately, in order to minimize the possible exposure and transmission of COVID-19, the U.S. Immigration and Customs Enforcement (ICE) has temporarily suspended social/family visits. Currently the facility is only allowing non-contact legal visitation. As the COVID-19 pandemic is rapidly evolving, the facility may be required to temporarily suspend legal visitations in the future. The facility's population will immediately be made aware of any changes regarding visitation.

In this time of crisis, the facility is diligently working to keep operations as close to normal as possible. We ask for everyone's patience and understanding during this time. Thank you!

# Hand Washing Signage
# (Staff Restrooms & Washbasins)

# PLEASE WASH YOUR HANDS

Frequent hand washing helps maintain high standards of personal hygiene and prevents the spread of diseases in the work place. To protect you, your teammates, and our guests, be sure to wash your hands as follows:

- Before starting work
- After using the restroom
- After taking out the trash
- Before eating
- After eating
- After taking breaks

- After coughing, sneezing, or using a handkerchief or a tissue
- After touching unsanitary areas of your body, i.e. face, hair, etc.
- After touching anything soiled
- After performing any cleaning detail
- After touching anything where there is a chance of contamination

## Proper Hand Washing Technique:



**Rinse**



**Rub**



**Lather**
20 seconds



**Rinse**



**Dry**
with paper towel



**Turn off**
faucet with paper towel

# Visitation, & Receiving & Discharge Signage

# COVID-19

## VIRUS INFORMATION FOR DETAINED INDIVIDUALS

ICE is monitoring COVID-19 and continues to follow the Centers for Disease Control and Prevention (CDC) guidelines, including:

- Screening all new detainees who arrive at facilities for symptoms and risk of exposure to COVID-19.
- Housing separately and monitoring detainees with symptoms for a period of 14 days.
- ICE personnel and facility staff who have been exposed to the virus are instructed to report exposure and to practice self-quarantine protocols per CDC guidance.
- ICE will continue to share information on COVID-19 cases in your facility and post it on the ICE website as it becomes available.



### WHAT CAN YOU DO?
If you feel ill or have reason to believe you have been exposed to someone with COVID-19, you are encouraged to submit a medical request form as soon as possible.

### WASH HANDS
If additional hygiene supplies are needed, complete a Detainee Request Form.

### LÁVESE LAS MANOS
Si se necesitan suministros de higiene adicionales, rellene un Formulario de Solicitud de Detenido.

### SOCIAL DISTANCING
Visitation with family members has been suspended temporarily at all detention facilities to mitigate the potential transmission of COVID-19, however ICE is taking steps to facilitate communication with families via extended access to telephones and tablets, where available. You can submit a Detainee Request Form for extended access to telephones/tablets.

### DISTANCIAMIENTO SOCIAL
Las visitas con los miembros de la familia se han suspendido temporalmente en todos los centros de detención para mitigar la posible transmisión de COVID-19, sin embargo, el ICE está tomando medidas para facilitar la comunicación con las familias a través de ampliación de acceso a teléfonos y tabletas, cuando estén disponibles. Puede enviar un Formulario de Solicitud de Detenido para ampliación de acceso a teléfonos/tabletas.

### QUESTIONS ABOUT ATTORNEY VISITATION?
Non-contact legal visitation (e.g. Skype or teleconference) will be encouraged as a first option to limit the facility's exposure to COVID-19. If an in-person legal visit is required, all legal visitors will be required to provide and wear personal protective equipment (PPE) (e.g., gloves, N-95 masks, and eye protection) and undergo the same medical screening procedures as facility staff members. If you need to speak with your attorney, you can submit a Detainee Request Form.

### ¿PREGUNTAS SOBRE LA VISITA DEL ABOGADO?
Se fomentarán las visitas de ámbito legal sin contacto (por ejemplo, Skype o teleconferencia) como primera opción para limitar la exposición de la instalación al COVID-19. Si se requiere una visita de ámbito legal en persona, todos los visitantes jurídicos deberán proporcionar y usar equipo de protección personal (EPP) (por ejemplo, guantes, máscaras N-95 y protección ocular) y someterse a los mismos procedimientos de detección médica que los miembros del personal de la instalación. Si necesita hablar con su abogado, puede enviar un Formulario de Solicitud de Detenido.

## INFORMACIÓN DE VIRUS PARA INDIVIDUOS DETENIDOS

ICE está monitoreando el COVID-19 y continúa siguiendo las pautas de los Centros para el Control y la Prevención de Enfermedades (CDC, por sus siglas en inglés), incluyendo:

- Exámenes de detección a todos los nuevos detenidos que llegan a las instalaciones con síntomas y riesgo de exposición al COVID-19.
- Alojamiento por separado y monitoreo de detenidos con síntomas por un período de 14 días.
- Instrucción al personal del ICE y al personal de las instalaciones que han estado expuestos al virus para que informen de la exposición y practiquen los protocolos de cuarentena según las indicaciones de los CDC.
- ICE continuará compartiendo información sobre los casos de COVID-19 en sus instalaciones y la publicará en el sitio web de ICE a medida que esté disponible.

### ¿QUÉ PUEDE HACER?
Si se siente enfermo o tiene razones para creer que ha estado expuesto a alguien con el COVID-19, se le anima a enviar un formulario de solicitud médica tan pronto como sea posible.



20 SECONDS SEGUNDOS





**U.S. Immigration and Customs Enforcement**

**In addition to reaching out to staff at your facility, detainees can call the Detention Reporting Information Line (DRIL): SPEED DIAL 9116# (on Free Call Platform). For information about your immigration hearing, call: SPEED DIAL 111# (on Free Call Platform).**

**Además de ponerse en contacto con el personal de su instalación, los detenidos pueden llamar a la Línea de Información de Detención (DRIL, por sus siglas en inglés): MARCACIÓN RÁPIDA 9116# (en la plataforma de llamadas gratuitas). Para obtener información acerca de su audiencia de inmigración, llame: MARCACIÓN RÁPIDA 111# (en la plataforma de llamadas gratuitas).**

63

# PROTECT YOURSELF AND OTHERS PRACTICE SOCIAL DISTANCING



## 6 FEET

# The distance between you and COVID-19 is 6 FEET

# Protégete a ti mismo y a los demás
# PRACTICA DISTANCIA SOCIAL



# 6 PIES

# La distancia entre usted y
# COVID-19 es <u>6 PIES</u>

# COVID 19
CORONAVIRUS DISEASE

# STOP THE SPREAD OF GERMS

**Help prevent the spread of respiratory diseases like COVID-19.**



Avoid close contact with people who are sick.



Cover your cough or sneeze with a tissue, then throw the tissue in the trash.



Avoid touching your eyes, nose, and mouth.



Clean and disinfect frequently touched objects and surfaces.



Stay home when you are sick, except to get medical care.



Wash your hands often with soap and water for at least 20 seconds.

CDC

For more information: www.cdc.gov/COVID19

66

CS314915-A

# 阻止病毒传播

## 帮助预防呼吸道病毒如 COVID-19 的传播。


避免与患病的人近距离接触。


咳嗽和打喷嚏时，用纸巾遮住口鼻，然后将纸巾扔进封闭的垃圾箱。


避免触碰自己的眼睛、鼻子和嘴巴。


对频繁接触的物体和表面进行清洁和消毒。


生病时请留在家中，除非要接受医疗救治。


经常用肥皂和水洗手，每次至少 20 秒钟。

详细信息请参见：www.cdc.gov/COVID19-ch

CS314915-C

# COVID 19
**ENFERMEDAD DEL CORONAVIRUS**

# DETENGA LA PROPAGACIÓN DE LOS MICROBIOS

## Ayude a prevenir la propagación de virus respiratorios como el nuevo COVID-19.



Evite el contacto cercano con las personas enfermas.

Cúbrase la nariz y la boca con un pañuelo desechable al toser o estornudar y luego bótelo a la basura.



Evite tocarse los ojos, la nariz y la boca.

Limpie y desinfecte los objetos y las superficies que se tocan frecuentemente.



Quédese en casa si está enfermo, excepto para buscar atención médica.



Lávese las manos frecuentemente con agua y jabón por al menos 20 segundos.

CDC

Para obtener más información: **www.cdc.gov/COVID19-es**

CS314915-B





# SYMPTOMS OF CORONAVIRUS DISEASE 2019

## Patients with COVID-19 have experienced mild to severe respiratory illness.

**Symptoms* can include**

**FEVER**



**COUGH**

*Symptoms may appear 2-14 days after exposure.*

Seek medical advice if you develop symptoms, and have been in close contact with a person known to have COVID-19 or if you live in or have recently been in an area with ongoing spread of COVID-19.

**SHORTNESS OF BREATH**





CS 315252-A   03/03/2020

For more information: **www.cdc.gov/COVID19-symptoms**

69



# 冠状病毒疾病 2019 的症状

**COVID-19 患者有轻度至重度的呼吸系统疾病。**



症状\*可能包括

发烧

咳嗽

\*症状可能在暴露后 **2-14** 天出现。

呼吸困难

如果您出现症状，并与确诊 **COVID-19** 的人密切接触或居住在或最近曾到过 **COVID-19** 疫区，请就诊。



详细信息请参见：**www.cdc.gov/COVID19-ch**

315252-C

# SÍNTOMAS DE LA ENFERMEDAD
# DEL CORONAVIRUS 2019

## Los pacientes con COVID-19 han presentado enfermedad respiratoria de leve a grave.



**Los síntomas\* pueden incluir**

**FIEBRE**

**TOS**

\*Los síntomas pueden aparecer de 2 a 14 días después de la exposición.

**DIFICULTAD PARA RESPIRAR**

Consulte a un médico si presenta síntomas y ha estado en contacto cercano con una persona que se sepa que tiene el COVID-19, o si usted vive o ha estado recientemente en un área en la que haya propagación en curso del COVID-19.



CS 315252-B  03/04/2020

# Share Facts About COVID-19

**Know the facts about coronavirus disease 2019 (COVID-19) and help stop the spread of rumors.**

## FACT 1
**Diseases can make anyone sick regardless of their race or ethnicity.**

Fear and anxiety about COVID-19 can cause people to avoid or reject others even though they are not at risk for spreading the virus.

## FACT 2
**For most people, the immediate risk of becoming seriously ill from the virus that causes COVID-19 is thought to be low.**

Older adults and people of any age with underlying health conditions, such as diabetes, lung disease, or heart disease, are at greater risk of severe illness from COVID-19.

## FACT 3
**Someone who has completed quarantine or has been released from isolation does not pose a risk of infection to other people.**

For up-to-date information, visit CDC's coronavirus disease 2019 web page.

## FACT 4
**There are simple things you can do to help keep yourself and others healthy.**

- Wash your hands often with soap and water for at least 20 seconds, especially after blowing your nose, coughing, or sneezing; going to the bathroom; and before eating or preparing food.

- Avoid touching your eyes, nose, and mouth with unwashed hands.

- Stay home when you are sick.

- Cover your cough or sneeze with a tissue, then throw the tissue in the trash.

## FACT 5
**You can help stop COVID-19 by knowing the signs and symptoms:**

- Fever
- Cough
- Shortness of breath

Seek medical advice if you

- Develop symptoms

AND

- Have been in close contact with a person known to have COVID-19 or if you live in or have recently been in an area with ongoing spread of COVID-19.



CS 315446-A   03/13/2020

For more information: **www.cdc.gov/COVID19**

# COMPARTA LA INFORMACIÓN SOBRE EL COVID-19

**Infórmese sobre la enfermedad del coronavirus 2019 (COVID-19) y ayude a detener los rumores.**

## DATO 1
**Las enfermedades pueden afectar a cualquier persona, sin importar su raza o grupo étnico.**

El miedo y la ansiedad relacionados con el COVID-19 pueden provocar que la gente evite o rechace a otras personas aun cuando no estén en riesgo de propagar el virus.

## DATO 2
**Para la mayoría de las personas, se piensa que el riesgo inmediato de enfermarse gravemente por el virus que causa el COVID-19 es bajo.**

Los adultos mayores y las personas de cualquier edad que tengan afecciones graves subyacentes podrían tener un mayor riesgo de presentar complicaciones más graves a causa del COVID-19.

## DATO 3
**Alguien que haya completado el periodo de cuarentena o que ya salió del aislamiento no presenta un riesgo de infección para las demás personas.**

Para obtener información actualizada, visite la página web de los CDC sobre la enfermedad del coronavirus 2019.

## DATO 4
**Hay cosas simples que puede hacer para ayudar a que usted y los demás se mantengan sanos.**

- Lávese las manos frecuentemente con agua y jabón por al menos 20 segundos, especialmente después de sonarse la nariz, toser o estornudar; después de ir al baño; y antes de comer o preparar la comida.

- Evite tocarse los ojos, la nariz y la boca con las manos sin lavar.

- Quédese en casa si está enfermo.

- Cúbrase la nariz y la boca con un pañuelo desechable al toser o estornudar y luego bótelo a la basura.

## DATO 5
**Usted puede ayudar a detener el COVID-19 conociendo los signos y los síntomas:**

- Fiebre
- Tos
- Dificultad para respirar

Consulte a un médico si le ocurre lo siguiente:

- Tiene síntomas

Y

- Ha estado en contacto cercano con una persona que se sepa que tiene el COVID-19, o si usted vive o ha estado recientemente en un área con propagación en curso del COVID-19.



CS 315446-B  03/18/2020

**cdc.gov/COVID-19-es** 73



# 分享 COVID-19 有关的事实

了解冠状病毒疾病 2019 (COVID-19) 有关的事实，帮助遏制谣言传播。

**事实 1**
无论是何种族或族群，任何人均有可能感染。

亚裔人（包括华裔美国人）感染 COVID-19 的可能性并非比其他任何美国人更大。让人们知道亚裔人不会增加感染或传播 COVID-19 的几率有助于阻止恐慌。

**事实 2**
目前在美国感染 COVID-19 的风险很低。

卫生官员可能会监测居住在或最近去过有许多人感染 COVID-19 的地方的人员，以保护他们和该社区内其他人的健康。

**事实 3**
完成隔离或解除隔离的人不会对其他人构成感染风险。

有关最新信息，请访问美国疾病控制和预防中心（CDC）的冠状病毒疾病 2019 (COVID-19) 网页。

**事实 4**
了解下列体征和症状有助于遏制 COVID-19：

- 发烧
- 咳嗽
- 呼吸困难

如果您有下列情况，请就诊

- 出现症状

和

- 与确诊 COVID-19 的人密切接触或如果您居住在或最近曾到过 COVID-19 正在传播的地区。

**事实 5**
您可以通过简单的事情来帮助让自己和他人保持健康。

- 用肥皂和水洗手至少 20 秒，特别是在擤鼻涕、咳嗽或打喷嚏后；上洗手间后；以及吃饭或做饭前。
- 避免用未清洗过的手触碰眼睛、鼻子和嘴巴。
- 生病时待在家里。
- 咳嗽或打喷嚏时用纸巾遮住，然后将纸巾丢进垃圾桶。



详细信息请参见：www.cdc.gov/COVID19-ch

**74**

CS 315446-C  03/04/2020

# PLEASE WASH YOUR HANDS

Frequent hand washing helps maintain high standards of personal hygiene and prevents the spread of diseases. To protect you and everyone around you, be sure to wash your hands as follows:

- Before starting work
- After work
- After using the restroom
- After taking out the trash
- Before eating
- After eating
- After coughing, sneezing, or using a handkerchief or a tissue

- After touching unsanitary areas of your body, i.e. face, hair, etc.
- After touching anything soiled
- After performing any cleaning details
- After touching anything where there is a chance of contamination, i.e. phones, tablets, recreation equipment, etc.

## Proper Hand Washing Technique:


**Rinse**


**Rub**


**Lather**
20 seconds


**Rinse**


**Dry**
your hands

# POR FAVOR LÁVESE SUS MANOS

El lavado frecuente de manos ayuda a mantener altos estándares de higiene personal y previene la propagación de enfermedades. Para protegerlo a usted y a todos los que le rodean, asegúrese de lavarse las manos de la siguiente manera:

- Antes de comenzar a trabajar
- Después del trabajo
- Después de usar el baño
- Después de sacar la basura
- Antes de comer
- Después de comer
- Después de toser, estornudar o usar un pañuelo o un papel higiénico

- Después de tocar áreas insalubres de su cuerpo, es decir, cara, cabello, etc.
- Después de tener contacto con cualquier superficie sucia
- Después de realizar los detalles de limpieza
- Después de tocar cualquier cosa donde existe la posibilidad de contaminación, es decir, teléfonos, tabletas, equipos de recreación, etc.

## Técnica adecuada de lavado de manos:


**Mojarse**


**Enjabonarse**


**Hacer espuma**
20 segundos


**Enjuagarse**


**Secarse**
las manos

**75**



**CORONAVIRUS DISEASE (COVID-19) SCREENING FORM**

The Coronavirus Disease (COVID-19) Screening Form shall be used to screen ALL individuals requesting entry to the facility.

Name: _____ Title: _____ Agency: _____ Date: _____

Staff shall ask and document the following questions:

| | |
|---|---|
| ☐ Yes ☐ No | 1. Have you traveled and returned from China, Iran, Italy, or South Korea within the last 14 days? |
| ☐ Yes ☐ No | 2. Have you had close contact with anyone diagnosed with the COVID-19 (Coronavirus) illness within the last 14 days? |
| ☐ Yes ☐ No | 3. Do you have a dry cough? |
| ☐ Yes ☐ No | 4. Do you have a fever? |
| ☐ Yes ☐ No | 5. Are you experiencing shortness of breath, or have signs or symptoms of a respiratory illness? |
| ☐ Yes ☐ No | 6. Are you experiencing body aches? |
| **Staff shall use the infrared thermometer to take and document the individuals temperature:** | Temp:_____ |
| **If a repeat reading is done with an oral thermometer by an RN, document the individuals temperature and initial:** | Temp:_____ RN:_____ |

In the event the individual answers yes to any of the questions, #1 - #6 above, on the COVID-19 Screening Form, the visitor shall be denied access to the facility. The staff member shall politely inform the individual that he/she did not meet the facility's screening criteria as indicated on the signs posted on the front door and entry gate. The staff shall then politely ask the individual to exit the facility, and not return until they have been symptom free for 14-days.

All visitors and staff shall have a non-invasive temperature check conducted and documented above with an infrared thermometer. If the individuals have a reading of 99.4° or above, the staff shall contact Medical ASAP to reevaluate the temperature with an oral thermometer. If the reading on the oral thermometer is 100.4° or higher, the individual will be denied access to the facility and will be asked to exit. The staff shall politely inform the individual that he/she did not meet the facility's screening criteria as indicated on the signs posted on the front door and entry gate. The staff shall then politely ask the individual to exit the facility, and not return until they have been symptom free for 14-days.

_____          _____
RN Signature (Only of Oral Temp is needed)          Date and Time



**Imperial Regional
Detention Facility**

**FACILITY HOUSE KEEPING PLAN**

## PURPOSE

The Facility House Keeping Plan is designed to provide staff guidance, and to delineate facility cleaning and sanitation procedures. This plan will assist in protecting detainees, staff, volunteers and contractors from illnesses, by maintaining high facility standards of cleanliness and sanitation.

## SAFETY

1.  **Safety Data Sheets (SDS)**

    SDS are produced by manufacturers and provide vital information on individual substances, including instructions on safe handling, storage and disposal, prohibited interactions, etc.

    Staff and detainees shall have ready and continuous access to the SDS for the substances with which they are working. The IRDF shall strive to maintain SDSs in multiple languages, as available from the manufacture. Staff and detainees who cannot read the provided SDS, shall not be authorized to work with these materials.

2.  **Personal Protective Equipment (PPE)**

    The shift supervisor will make available protector(s) suitable for the work to be performed.  Protectors include but are not limited to: gloves, hearing protection, eye protection, respirator, etc.

    PPE will be required where there is a reasonable probability of injury that can be prevented.  In such cases, the staff member performing the work is responsible for requesting the proper protector.  Staff supervising detainee workers will ensure the detainee workers are properly wearing the required protector(s).

3.  **Container Labels**

    All containers shall bear a legible label that identifies the contents of the container. Any container not properly labeled, will be taken out of service.

4.  **Slip/Trip Hazards**

    Slips, trips, and falls are a major causes of preventable injuries in the workplace. Identifying slip, trip and fall hazards is the first step in the prevention of a potential injury. Staff must keep all floors clean and free of debris and excess water.

    a.  Staff and/or detainees must use wet floor cones/signs while mopping floors, washing down areas and cleaning up spills. The wet floor cones/signs must remain in plain sight until the floor/area is completely dry. Place signs on both sides of a wet floor/spill/area. Try forming a triangle around the hazard area. If the wet floor is near a blind corner, place the sign on the other side of the turn, as it will warn people of the hazard.



**FACILITY HOUSE KEEPING PLAN**

b.  Staff and/or detainees utilizing equipment with long cords, extension cords or water hoses must:

- Use the equipment, cord or water hose for the shortest amount of time possible
- If possible keep the cord(s) and water hoses out of high traffic areas and against the wall
- Use cones/signs to warn people of the hazard

c.  Staff and/or detainees must immediately return tools upon completion of the detail. Long handled tools i.e. brooms, mops and dusters leaning against walls or lying on the ground create trip hazards.

## GENERAL HOUSE KEEPING

As required per the Performance Based National Detention Standard 1.2 Environmental Health and Safety, the facility cleanliness and sanitation must be maintained at the highest level. When possible, the use of non-toxic cleaning supplies will be used.

### Detergents

General-purpose detergents are to be used to clean areas that are soiled, and germicidal detergents/disinfectants will then be used to sanitize and disinfect the area. For example, all toilets, showers, wash basins, drinking fountains, etc. should:

1. be thoroughly cleaned and scrubbed using the general-purpose detergent, and then
2. sanitized and disinfected using the appropriate germicidal detergent

### Cross Contamination Prevention

Each area of the facility should have cleaning/janitorial equipment designated for that area, e.g. equipment in B-Unit should not be utilized in A-Unit, and equipment used in the medical cells should not be used anywhere other than the medical cells.

In order to prevent cross contamination, equipment i.e. mops, rags/scrub pads, toilet brushes, dusters, etc., should be:

1. used as the tool is intended, e.g. a toilet brush is only to be used for toilets, and dusters are only to be used to dust
2. mops used in restrooms, isolation or medical cells shall be designated for those areas and shall not be used in any other area
3. rags/scrubbing pads used in restrooms, isolation or medical cells shall be designated for those areas only and shall not be used in any other area
4. all cleaning and sanitizing shall be done from high to low, e.g. all tables should be cleaned and sanitized before the floor below them is mopped and sanitized

The following identifies the facility areas, and the frequency for which items/zones in the various areas shall be cleaned and sanitized.



**Imperial Regional Detention Facility**

**FACILITY HOUSE KEEPING PLAN**

1. Administration Areas – Offices, Classrooms, Chapel, Library, Visit/Lobby, Corridors and Emergency Exits

Daily (on Day Shift and Swing Shift)

- All horizontal surfaces, furniture and fixtures (i.e., counters, desks, chairs, telephones, light switches and door knobs) shall be cleaned/damp dusted **daily** with an approved germicidal solution used according to the manufacturer's directions.

- Windows, window frames and windowsills shall be cleaned on a **daily** schedule. Windows will be sprayed with glass cleaner according to manufacturer's directions and wiped off with a clean cloth or paper towels. Window sills will be cleaned with a damp cloth.

- Floors shall be mopped **daily** or where applicable, vacuumed. When the floor is soiled, the double-bucket mopping technique shall be used with a hospital disinfectant-detergent solution mixed according to the manufacturer's directions. A clean mop head shall be used each time the floors are mopped.

- Drinking fountains will be cleaned **daily** using an approved germicidal solution. Germicidal shall be sprayed according to the manufacturer's directions and drinking fountain shall be wiped down with scrub pad/cloth ensuring the spout is cleaned and solution is rinsed.

- Sinks, toilets, urinals, toilet partitions, and showers shall be cleaned **daily**. All areas shall be cleaned, scrubbed and wiped with general-purpose cleaner, and then disinfected and sanitized with the germicidal detergent. All detergents shall be used in accordance with the manufactures instructions.

- Chairs and tables shall be cleaned and disinfected **daily** using the germicidal solution to wipe down with a clean sponge/cloth. Germicidal solution shall be used according to the manufacturer's directions.

- Waste containers shall weigh less than 50 lbs., be non-porous and lined with plastic bags; the liner shall be changed **daily**.

Weekly

- Waste containers shall be washed and sanitized **weekly** at a minimum, or as needed when they become soiled.

Bi-Monthly

- Vents shall be dusted **bi-monthly** with the expandable duster. Vents requiring heavy cleaning shall be sprayed with all-purpose cleaning solution and wiped down with a sponge/cloth, when needed.

Quarterly

- Areas with carpeting, shall have the carpet cleaned and shampooed or steam cleaned **quarterly**, and as needed when soiled.



Imperial Regional
Detention Facility

**FACILITY HOUSE KEEPING PLAN**

Clean computers by utilizing disinfecting wipes as needed. Do not spray liquid cleaners directly on device. Alternatively, spray liquid cleaner onto a soft terry cloth. Do not over-saturate the cloth. Carefully wipe the device down. If drying is required, use a clean soft terry cloth. Do not use paper towels or abrasive cloths to wipe or dry the device.

Cleaning of walls, blinds or curtains is required when visibly soiled.

2.  **Housing Units**

    Daily (on Day Shift and Swing Shift)

    ▪ All horizontal surfaces, furniture and fixtures (i.e., desks, tables, chairs, telephones, light switches and door handles/knobs) shall be cleaned/damp dusted **daily** with an approved germicidal solution used according to the manufacturer's directions.

    ▪ Windows, window frames and windowsills shall be cleaned on a **daily** schedule.  Windows will be sprayed with glass cleaner according to manufacturer's directions and wiped off with a clean cloth or paper towels.  Window sills will be cleaned with a damp cloth. Windows that cannot be reached for daily cleaning, shall be scheduled for cleaning each quarter.

    ▪ Floors shall be mopped **daily**. When the floor is soiled, the double-bucket mopping technique shall be used with a hospital disinfectant-detergent solution mixed according to the manufacturer's directions.  A clean mop head shall be used each time the floors are mopped.

    ▪ Drinking fountains will be cleaned **daily** using an approved germicidal solution. Germicidal shall be sprayed according to the manufacturer's directions and drinking fountain shall be wiped down with sponge/cloth ensuring the spout is cleaned and solution is rinsed.

    ▪ Sinks, toilets, urinals, toilet partitions, showers and mirrors shall be cleaned **daily**.  All areas shall be cleaned, scrubbed and wiped with general-purpose cleaner, and then disinfected and sanitized with the germicidal detergent. All detergents shall be used in accordance with the manufactures instructions.

    ▪ Porter Closets floor shall be swept and mopped. Sinks shall be scrubbed and to remove all scum. Any debris must be removed from the drain.  Empty and clean all mop buckets before storing.

    ▪ Waste containers shall weigh less than 50 lbs., be non-porous and lined with plastic bags; the liner shall be changed **daily** after every meal.

    ▪ Clean all floor drains on a **daily** basis, floor drains must be free of debris, organic matter and pest.

    Note:  Daily cleaning must include all multi-purpose rooms and staff restrooms in select housing units.

    Weekly

    ▪ Waste containers shall be washed **weekly** at a minimum, or as needed when they become soiled.



**FACILITY HOUSE KEEPING PLAN**

- Walls in high contact areas, (i.e., foyer, restrooms, etc.) will be disinfected **<u>weekly</u>** (more often as necessary). Walls must be sprayed with germicidal solution according to manufacturer's directions and wiped off with a clean cloth.

<u>Bi-Monthly</u>

- Vents shall be dusted **<u>bi-monthly</u>** with the expandable duster.  Vents requiring heavy cleaning shall be sprayed with all-purpose cleaning solution and wiped down with a sponge/cloth, when needed.

<u>Monthly</u>

- Mattresses and bed frames shall be cleaned and disinfected **<u>monthly,</u>** or at any time a bunk becomes vacated, i.e., bunk move, rehoused, or final release. Use germicidal solution and a clean cloth to wipe down both sides of the mattress and the bed frame.  Let the mattress dry and air out before using. All detergents shall be used in accordance with the manufactures instructions.

- Shower curtains shall be swapped out and laundered **<u>monthly</u>**, or as needed.

<u>Quarterly</u>

- Showers shall be pressure washed and sanitized **<u>quarterly</u>**.

High maintenance cleaning (i.e., high ceilings, unreachable vents, walls, windows etc.) shall be scheduled for proper cleaning on a quarterly basis.

Buffing and Waxing Floors shall be conducted on a monthly basis or as needed basis.

3.  Service Areas – Barbershop, Laundry, Recreation, Receiving and Discharge, Warehouse

<u>Daily (</u>on Day Shift and Swing Shift)

- All horizontal surfaces, furniture and fixtures (i.e., desks, tables, chairs, telephones, light switches and door handles/knobs) shall be cleaned/damp dusted **<u>daily</u>** with an approved germicidal solution used according to the manufacturer's directions.

- Windows, window frames and windowsills shall be cleaned **<u>daily</u>** (as needed).  Windows will be sprayed with glass cleaner according to manufacturer's directions and wiped off with a clean cloth or paper towels.  Window sills will be cleaned with a damp cloth.

- Floors shall be mopped **<u>daily</u>**.  When the floor is soiled, the double-bucket mopping technique shall be used with a hospital disinfectant-detergent solution mixed according to the manufacturer's directions.  A clean mop head shall be used each time the floors are mopped.



**FACILITY HOUSE KEEPING PLAN**

- Drinking fountains will be cleaned **daily** using an approved germicidal solution. Germicidal shall be sprayed according to the manufacturer's directions and drinking fountain shall be wiped down with sponge/cloth ensuring the spout is cleaned and solution is rinsed.

- Sinks, toilets, urinals, toilet partitions, and mirrors shall be cleaned **daily**. All areas shall be cleaned, scrubbed and wiped with general-purpose cleaner, and then disinfected and sanitized with the germicidal detergent. All detergents shall be used in accordance with the manufactures instructions.

- Waste containers shall weigh less than 50 lbs., be non-porous and lined with plastic bags; the liner shall be changed **daily** after every meal.

- Porter Closet floor shall be swept and mopped **daily**. Sinks shall be scrubbed and to remove all scum. Any debris must be removed from the drain. Empty and clean all mop buckets before storing.

- If applicable, laundry machines will be cleaned **daily** by spraying and wiping down the outside of the laundry machines.

- If applicable, clean lint from dryers **twice a day,** and as needed. Remove dryer lint cover and vacuum all lint from the area.

- If applicable, clean all floor drains on a **daily** basis, floor drains must be free of debris, organic matter and pest.

Weekly

- Waste containers shall be washed **weekly** at a minimum, or as needed when they become soiled.

- Walls in high contact areas, (i.e., foyer, restrooms, etc.) will be disinfected **weekly** (more often as necessary). Walls must be sprayed with germicidal solution according to manufacturer's directions and wiped off with a clean cloth.

Bi-Monthly

- Vents shall be dusted **bi-monthly** with the expandable duster. Vents requiring heavy cleaning shall be sprayed with all-purpose cleaning solution and wiped down with a sponge/cloth (as needed).

Monthly

- Cubicle curtains shall be swapped out and laundered **monthly** or during terminal cleaning following treatment of an infectious patient.

**MTC** Imperial Regional
Detention Facility

**FACILITY HOUSE KEEPING PLAN**

4.  Control Centers – Central Control; SMU Control

     Daily (on Day Shift and Swing Shift)

▪  All horizontal surfaces, furniture and fixtures (i.e., desks, tables, chairs, telephones, light switches and door handles/knobs) shall be cleaned/damp dusted **daily** with an approved germicidal solution used according to the manufacturer's directions.

▪  Floors shall be mopped **daily**.  When the floor is soiled, the double-bucket mopping technique shall be used with a hospital disinfectant-detergent solution mixed according to the manufacturer's directions.  A clean mop head shall be used each time the floors are mopped.

▪  Sinks, toilets, urinals, toilet partitions, and mirrors shall be cleaned **daily**.  All areas shall be cleaned, scrubbed and wiped with general-purpose cleaner, and then disinfected and sanitized with the germicidal detergent. All detergents shall be used in accordance with the manufactures instructions.

▪  Waste containers shall weigh less than 50 lbs., be non-porous and lined with plastic bags; the liner shall be changed **daily** after every meal.

▪  Electronic fixtures shall be cleaned **daily**. Clean computers by utilizing disinfecting wipes. Do not spray liquid cleaners directly on device.  Alternatively, spray liquid cleaner onto a soft terry cloth.  Do not over-saturate the cloth. To reduce excess fluid, squeeze or ring out the wipe. Carefully wipe the device down. If drying is required, use a clean soft terry cloth.  Do not use paper towels or abrasive cloths to wipe or dry monitors.

     Weekly

▪  Windows, window frames and windowsills shall be cleaned on a **weekly** schedule.  Windows will be sprayed with glass cleaner according to manufacturer's directions and wiped off with a clean cloth or paper towels. Window sills will be cleaned with a damp cloth.

▪  Waste containers shall be washed **weekly** at a minimum, or as needed when they become soiled.

5.  Electronics – Computers, Tablets, Time Clocks/Touch ID Biometric Reader
.

▪  Electronic fixtures shall be cleaned daily. Clean computers by utilizing disinfecting wipes. Do not spray liquid cleaners directly on device.  Alternatively, spray liquid cleaner onto a soft terry cloth.  Do not over-saturate the cloth.  To reduce excess fluid, squeeze or ring out the wipe.  Carefully wipe the device down.  If drying is required, use a clean soft terry cloth.  Do not use paper towels or abrasive cloths to wipe or dry the device.

▪  Touch ID biometric reader shall be cleaned by spraying a glass cleaner onto a soft, lint free cloth.  Do not use paper towels.  Do not spray cleaner or water directly on the device.



Imperial Regional
Detention Facility

**FACILITY HOUSE KEEPING PLAN**

- Clean the badge reader by lightly dampening a clean paper towel with water or isopropyl (rubbing) alcohol. Do not use a cloth. Do not spray water or alcohol directly on the reader. Wrap the dampened paper towel around an inactive badge and swipe the badge through the reader 3-5 times. Wrap a dry paper towel around the badge and swipe through the reader 3-5 times. Important to only use water or isopropyl alcohol to clean the bar code or magnetic badge reader of the device.

- Use disinfecting wipes to disinfect the device. Do not spray liquid cleaners directly on device. Alternatively, spray liquid cleaner onto a sort terry cloth. Do not oversaturate the cloth. Carefully wipe down the device. Do not let liquid pool, especially in the corners near the touch screen. Use a clean soft terry cloth for drying. Do not use paper towels or abrasive cloths to wipe or dry the device.

## MEDICAL

As required per the Performance Based National Detention Standard 1.2 Environmental Health and Safety, environmental cleanliness shall reduce, control and prevent nosocomial infections due to contaminated environmental surfaces. The HSA or designee is responsible for ensuring the cleanliness of the medical facility.

All surfaces touched by detainees or staff shall be cleaned using fresh solutions of appropriate disinfectant products, applied with clean cloths, mops or wipes. Cleaned surfaces need not be monitored microbiologically since the results of such tests have been shown not to correlate with infection risk.

Horizontal surfaces in detainee care areas are cleaned on a regular basis, when soiling or spills occur. Additionally, short-stay units are cleaned when a detainee is discharged.

The Director of Nursing is responsible for training all staff and detainees in using proper housekeeping procedures and proper handling of hazardous materials and chemicals.

1. General Cleaning

   <u>Daily</u> (on Day Shift and Swing Shift)

   - All horizontal surfaces, furniture and fixtures (i.e., desks, tables, chairs, telephones, light switches and door handles/knobs) shall be cleaned/damp dusted **<u>daily</u>** with an approved germicidal solution used according to the manufacturer's directions.

   - Windows, window frames and windowsills shall be cleaned **<u>daily</u>**. Windows will be sprayed with glass cleaner according to manufacturer's directions and wiped off with a clean cloth or paper towels. Window sills will be cleaned with a damp cloth.

   - Floors shall be mopped **<u>daily</u>**. When the floor is soiled, the double-bucket mopping technique shall be used with a hospital disinfectant-detergent solution mixed according to the manufacturer's directions. A clean mop head shall be used each time the floors are mopped.



FACILITY HOUSE KEEPING PLAN

- Drinking fountains will be cleaned **daily** using an approved germicidal solution. Germicidal shall be sprayed according to the manufacturer's directions and drinking fountain shall be wiped down with sponge/cloth ensuring the spout is cleaned and solution is rinsed.

- Sinks, toilets, urinals, toilet partitions, showers and mirrors shall be cleaned **daily**.  All areas shall be cleaned, scrubbed and wiped with general-purpose cleaner, and then disinfected and sanitized with the germicidal detergent. All detergents shall be used in accordance with the manufactures instructions.

- Porter closet floor shall be swept and mopped. Sinks shall be scrubbed and to remove all scum **daily**. Any debris must be removed from the drain.  Empty and clean all mop buckets before storing.

- Waste containers shall weigh less than 50 lbs., be non-porous and lined with plastic bags; the liner shall be changed **daily**.

  Note:   Daily cleaning must include all, offices, break room, cells, medical exam rooms, waiting room, and staff and detainee restrooms within the medical department.

<u>Weekly</u>

- Waste containers shall be washed **weekly** at a minimum, or as needed when they become soiled.

<u>Monthly</u>

- Cubicle curtains shall be laundered **monthly** or during terminal cleaning following treatment of an infectious patient.

a.  Isolation Cleaning (on Day Shift and Swing Shift)

- An approved germicidal detergent solution shall be freshly prepared in accordance with the manufacturer's specifications for each cleaning.

- After cleaning the isolation room, mops and cleaning cloths shall be laundered before being reused.

- Dirty water and used disinfecting solutions shall be discarded and the buckets and basins disinfected before being refilled. **Items used in cleaning a contaminated isolation room shall never be taken into another area.**

- Linens shall be carefully removed from the bed and double-bagged for transport.

- All waste materials shall be double-bagged and disposed of as contaminated waste.

NOTE:  Medical Observation/Isolation cells shall be cleaned and sanitized immediately after becoming vacated; or as directed by the HSA.



Imperial Regional
Detention Facility

**FACILITY HOUSE KEEPING PLAN**

b.  Terminal Cleaning (after death)

- Every item in the room must be cleaned with an approved hospital germicidal solution used according to the manufacturer's directions.

- When applicable, linen shall be stripped from the bed, with care taken not to shake the linen. Linen shall be folded away from the person and folded inward into a bundle, then removed with minimal agitation.

- When applicable, all reusable receptacles (e.g., drainage bottles, urinals, bedpans, water pitchers) shall be emptied and rinsed with germicidal solutions used according to the manufacturer's directions.

- All equipment that is not to be discarded (e.g., IV poles, respirators, suction machines) shall be washed with an approved germicidal solution following manufacturer's guidelines for cleaning the specific piece of equipment.

- When applicable, mattresses and pillows covered with durable plastic covers shall be washed thoroughly with the approved germicidal solution used according to the manufacturer's directions.

- When applicable, beds shall be washed thoroughly, using a small brush soaked in germicidal solution to gain access to small holes and crevices, to areas between the springs and to the casters.

- All furniture shall be washed with a germicidal detergent solution used according to the manufacturer's directions. Use a small brush if necessary. Outside and underside as well as legs and casters must also be washed.

- Wastebaskets shall be thoroughly washed with a germicidal solution used according to the manufacturer's directions after trash and liner have been removed.

- Telephones shall be thoroughly cleaned with a clean cloth soaked in the germicidal solution used according to the manufacturer's directions. The earpiece and mouthpiece shall be unscrewed, scrubbed, dried and replaced.

- Walls and ceilings need not be washed entirely, but areas that are soiled shall be washed with germicidal solution used according to the manufacturer's directions.

Choice of Disinfecting Materials Hospital-grade disinfectant detergent formulations registered by the Environmental Protection Agency (EPA) may be used for environmental surface cleaning, but the physical removal of microorganisms by scrubbing is as imperative as any antimicrobial effect of the cleaning agent used. Cost, safety and acceptance by staff shall be the criteria for selecting any such registered agent. The manufacturer's instructions for use shall be followed exactly.

**MTC**   Imperial Regional
Detention Facility

**FACILITY HOUSE KEEPING PLAN**

## 2. Blood and Body Fluid Clean-up

Spills of blood and body fluids shall be cleaned up and the surface decontaminated in such a manner as to minimize the possibility of workers becoming exposed to infectious organisms, including HIV and HBV. A suitable cleanup kit shall be maintained for use in cases of spills of blood and body fluids.

**Instructions on preparing Clean-Up Kit are located in PBNDS 2011 Environmental Health and Safety 1.2**

a.   **Instructions for Use of Clean-Up Kit**

1)   Open the bag and remove the supplies

2)   Put on one pair of gloves

3)   Depending on the type of disinfectant in the kit, take out bottle of "hospital disinfectant", or prepare a dilute solution of sodium hypochlorite. To prepare a 1:10 dilution of 5.25% sodium hypochlorite, mix 1 part of 5.25% sodium hypochlorite (common household bleach) with 10 parts water.

4)   Open the large clear plastic bag and the large bag marked "Contaminated". Place them next to each other.

5)   Use paper towels to absorb as much of the spilled fluid as possible; then place soiled paper towels in the large clear plastic bag.

6)   Pour the solution carefully onto the spill area. Dispose of the empty bottle in the large, clear plastic bag. Leave disinfectant in place for 15 minutes.

7)   Use the rags to clean the area, and place rags in the large clear plastic bag.

8)   Tie off the clear plastic bag and place it inside the large bag marked "Contaminated".

9)   Remove gloves carefully and place them in the plastic bag marked "Contaminated".

10)  Put on the second pair of gloves and tie the "Contaminated" trash bag closed.

11)  Properly dispose of the "Contaminated" trash bag in a contaminated-waste receptacle.

12)  Properly dispose of the second pair of gloves in the contaminated-waste receptacle.

13)  Wash your hands.

14)  Prepare a new clean-up kit.

**NOTE:  Do not place linen or non-disposable articles in the "Contaminated" trash bag.**

MTC   Imperial Regional
      Detention Facility

**FACILITY HOUSE KEEPING PLAN**

b. **Hazardous and Infectious Waste Disposal**

Infectious and hazardous waste generated at the IRDF shall be stored and disposed of safely and in accordance with all applicable federal and state regulations.

For identified wastes that represent sufficient risk of causing infection or injury during handling and disposal, the following precautions shall be applied.

1) **Definitions**

Hazardous or infectious waste is defined as: microbiology laboratory waste; human blood and blood products; sharps; laboratory and other chemicals; or certain drugs such as antineoplastic.

Miscellaneous biomedical waste is defined as waste materials that are not specifically defined as infectious waste. Such waste includes bandages, dressings, casts, catheters and disposable pads.

Waste from detainees in isolation is not considered to be infectious waste unless it falls within the specific definition of infectious waste as stated above.

2) **Collection and Storage**

Infectious waste must be separated from the general waste stream and clearly labeled as infectious, adhering to the following practices:

a) Infectious waste shall be double-bagged and tied and labeled "Infectious Waste".

b) The bags used must be impermeable, commercially supplied red bags intended specifically for biohazardous waste storage.

c) Miscellaneous biomedical waste shall be double-bagged and tied but need not be labeled as infectious.

3) **Treatment and Disposal**

Blood products and designated body fluids shall be poured slowly and carefully down a toilet to prevent splash.  Compacting of untreated infectious waste is prohibited. The waste disposal contractor must meet all state and local requirements for transportation and disposal.

_____          3/24/2020
Facility Administrator                  Date



**COVID-19 SANITATION CHECKLIST - TRANSPORTATION**

Transportation staff shall ensure all vehicles are cleaned and sanitized after <u>each</u> transportation detail in accordance to the facility's Coronavirus Disease (COVID-19) Response Plan and Standard Operation Procedure Transportation by Land. This checklist shall be used as a guide and verification of appropriate cleaning and sanitation.

**Transportation Officer's Name:** _____  **Shift:** _____

**Transportation Officer's Name:** _____  **Shift:** _____

**Vehicle #:** _____  **Date of Transportation Detail:** _____

**Floors** – At a minimum hard surfaces must be mopped/cleaned and sanitized after each transportation detail.

**Surfaces/Equipment** – All surfaces/equipment must be cleaned and sanitized after each transportation detail. Surfaces/equipment include but are not limited to: desk/tables, sinks, toilets, water containers, privacy panels and/or caging, windows, seats/chairs, communication equipment, restraints, keys, door handles, driver and passenger areas and instruments, trash receptacles, etc.

**Time the detail commenced:** _____  **Time the detail concluded:** _____

**Date and time the vehicle was cleaned and sanitized:** _____

The Transportation Officer's and supervisor shall sign below certifying that all required cleaning and sanitizing of the vehicle has been completed in accordance to the facility's Coronavirus Disease (COVID-19) Response Plan and Standard Operation Procedure Transportation by Land. All completed COVID-19 Sanitation Checklist shall be forwarded to the Chief of Security with the daily Shift Report.

_____        _____        _____
Transportation Officer's Name (print)        Transportation Officer's (signature)        Date

_____        _____        _____
Transportation Officer's Name (print)        Transportation Officer's (signature)        Date

_____        _____        _____
Supervisor Name (print)        Supervisor (signature)        Date



**COVID-19 SANITATION CHECKLIST**

All staff shall ensure all areas of the facility are cleaned and sanitized in accordance to the facility's Coronavirus Disease (COVID-19) Response Plan and House Keeping Plan. This checklist shall be used as a guide and verification of appropriate cleaning and sanitation.

Staff Member Name: _____     Shift: _____

Location: _____     Date: _____

**Floors** – At a minimum hard surfaces must be mopped and sanitized once per shift or when soiled, and carpeted areas must be vacuumed once per day:

Time completed: _____     Time completed: _____     Time completed: _____

**Horizontal Surfaces/Equipment** – All horizontal surfaces must be cleaned and sanitized a *__minimum of twice per shift__*, or when soiled. Horizontal surfaces include but are not limited to: desk/tables, sinks, toilets, drinking fountains, phones, privacy walls/panels, recreation equipment, windows, computers, seats/chairs, showers, janitorial equipment, tablets, food carts, microwaves, trashcans, etc.

Time completed: _____     Time completed: _____     Time completed: _____

**Frequently Touched Surfaces** – All frequently touched surfaces shall be sanitized at a *__minimum of three times per shift__*, or when soiled. Frequently touched surfaces include but are not limited to: light switches, door knobs, handles, intercom buttons, shower curtains, buttons/handles on the drinking fountains, sinks, toilets and showers, and staff equipment i.e. radios, restraints, keys, tools, touch pads, community computers and printers/copiers, etc.

Time completed: _____     Time completed: _____     Time completed: _____

**Trash Receptacles** – At a minimum, all trash receptacles shall be emptied after each meal, cleaned and sanitized.

Time completed: _____     Time completed: _____     Time completed: _____

**NOTE:** Staff shall ensure all telephones and tablets are appropriately sanitized after each use and regularly as indicated above.

The staff member and supervisor shall sign below certifying that all daily required cleaning and sanitizing has been completed in accordance to the facility's Coronavirus Disease (COVID-19) Response Plan and House Keeping Plan. All completed COVID-19 Sanitation Checklist shall be forwarded to the Chief of Security with the daily Shift Report.

_____     _____     _____
Staff Member Name (print)          Staff Member Name (signature)          Date

_____     _____     _____
Supervisor Name (print)            Supervisor (signature)              Date

Compliance 20200421

**91**

# 10 things you can do to manage your COVID-19 symptoms at home

Accessible Version: https://www.cdc.gov/coronavirus/2019-ncov/if-you-are-sick/steps-when-sick.html

## If you have possible or confirmed COVID-19:

**1.** **Stay home** from work and school. And stay away from other public places. If you must go out, avoid using any kind of public transportation, ridesharing, or taxis.



**2.** **Monitor your symptoms** carefully. If your symptoms get worse, call your healthcare provider immediately.



**3.** **Get rest and stay hydrated.**



**4.** If you have a medical appointment, **call the healthcare provider** ahead of time and tell them that you have or may have COVID-19.



**5.** For medical emergencies, call 911 and **notify the dispatch personnel** that you have or may have COVID-19.



**6.** **Cover your cough and sneezes.**



**7.** **Wash your hands often** with soap and water for at least 20 seconds or clean your hands with an alcohol-based hand sanitizer that contains at least 60% alcohol.



**8.** As much as possible, **stay** in a specific room and **away from other people** in your home. Also, you should use a separate bathroom, if available. If you need to be around other people in or outside of the home, wear a facemask.



**9.** **Avoid sharing personal items** with other people in your household, like dishes, towels, and bedding.



**10.** **Clean all surfaces** that are touched often, like counters, tabletops, and doorknobs. Use household cleaning sprays or wipes according to the label instructions.





CS 315822-A   05/11/2020

# 10 maneras de manejar los síntomas respiratorios en casa

**Si tiene fiebre, tos o dificultad para respirar, llame a su proveedor de atención médica. Es posible que le recomienden manejar el cuidado de su salud en casa. Siga estos consejos:**

**1.** **Quédese en casa**, no vaya al trabajo ni a la escuela, y evite visitar otros lugares públicos. Si debe salir, evite usar transporte público, vehículos compartidos o taxis.



**2.** **Monitoree sus síntomas** con mucha atención. Si sus síntomas empeoran, llame de inmediato a su proveedor de atención médica.



**3.** **Descanse y manténgase hidratado.**



**4.** Si tiene una cita médica, **llame al proveedor de atención médica** antes de ir, e infórmele que tiene o podría tener COVID-19.



**5.** Si tiene una emergencia médica, llame al 911 y **avísele a la operadora** que tiene o podría tener COVID-19.



**6.** **Cúbrase la nariz y la boca al toser o estornudar.**



**7.** **Lávese las manos frecuentemente** con agua y jabón por al menos 20 segundos o límpieselas con un desinfectante de manos que contenga al menos un 60 % de alcohol.



**8.** En la medida de lo posible, **quédese** en una habitación específica y **alejado de las demás personas** que viven en su casa. Además, de ser posible, debería utilizar un baño separado. Si debe estar en contacto con otras personas dentro o fuera de su casa, use una mascarilla.



**9.** **Evite compartir artículos personales** con las demás personas en su casa, como platos, vasos, cubiertos, toallas y ropa de cama.



**10.** **Limpie todas las superficies** que se tocan frecuentemente, como los mesones, las mesas y las manijas de las puertas. Utilice limpiadores de uso doméstico, ya sea en rociador o toallitas, según las instrucciones de la etiqueta.





MP 315822-A  03/12/2020

Para obtener más información: **www.cdc.gov/COVID19-es**

93

# Stop the Spread of Germs

**Help prevent the spread of respiratory diseases like COVID-19.**



**Stay at least 6 feet (about 2 arms' length) from other people.**



**Cover your cough or sneeze with a tissue, then throw the tissue in the trash and wash your hands.**



**When in public, wear a cloth face covering over your nose and mouth.**



**Do not touch your eyes, nose, and mouth.**



**Clean and disinfect frequently touched objects and surfaces.**



**Stay home when you are sick, except to get medical care.**



**Wash your hands often with soap and water for at least 20 seconds.**



**cdc.gov/coronavirus**

94

316917-A May 13, 2020 11:00 AM



# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

ICE | ERO

**DIRECTIONS:** This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|

**1)** Verify the detainee's current health status and exposure history. ☐ ☐

**2)** Is the detainee currently:

- In medical isolation? ☐ ☐
- Experiencing symptoms commonly associated with COVID-19? ☐ ☐
- Awaiting COVID-19 test results? ☐ ☐
- Cohorted due to COVID-19 exposure? ☐ ☐

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

**a.** For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:
_____ ☐ ☐ ☐

**b.** Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. ☐ ☐ ☐

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _____ ☐ ☐

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. ☐ ☐

For **transfers and removals only**, is the detainee medically cleared to travel? ☐ ☐

Record method of travel:   Ground ☐   ICE Air ☐   Commercial flight- ☐ ☐ ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

**a.** Steps to Help Prevent the Spread of COVID-19 if You are Sick; and ☐ ☐

**b.** Stop the Spread of Germs. ☐ ☐

**5)** For **released aliens** only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

**a.** Did ICE provide transportation? If yes, where was the alien transported to? _____ ☐ ☐

**b.** Did a family member or friend provide transportation? ☐ ☐

**c.** Was the alien provided with a personal protective equipment mask upon release? ☐ ☐

**d.** Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? ☐ ☐ ☐

**e.** Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? ☐ ☐ ☐

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| | | |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| | | |

**95**

| | Serial No. | Effective Date | Page |
|---|---|---|---|
| **MANAGEMENT & TRAINING CORPORATION** | 904D.02 | 07 April 2020 | 1 of 4 |
| | Approved | | |

Title

## PERSONAL PROTECTIVE EQUIPMENT – COVID-19 PANDEMIC PLAN

MTC 210

**A.   POLICY**

It is the policy of Management & Training Corporation (MTC) to allow for and ensure the proper distribution and use of Personal Protective Equipment (PPE) in accordance with Center for Disease Control (CDC) Guidance for Corrections and Detention Facilities and in accordance with contract agency directives during a pandemic such as COVID-19. This policy applies to MTC correctional, detention and civil commitment facilities, and MTC Medical. It does not apply to medical vendors and their supplies and equipment.

**B.   DEFINITIONS**

These definitions are intended to be in the context of this policy.

Personal Protective Equipment – generally defined as equipment worn to minimize exposure to hazards that cause serious injuries and illnesses, and specific to this policy, COVID-19 related illnesses.

Filtering Face-piece Respirator (N95 or equivalent) – a type of respirator, which removes particles from the air that are breathed through it. These respirators filter out at least 95% of very small (0.3 micron) particles. FFRs (such as N95) are capable of filtering out all types of particles, including bacteria and viruses. FFRs requires a fit-test prior to use.

Face mask – loose-fitting and provide only barrier protection against droplets, including large respiratory particles. No fit testing or seal check is necessary with facemasks. Most facemasks do not effectively filter small particles from the air and do not prevent leakage around the edge of the mask when the user inhales.

Gloves – Nonsterile disposable patient examination gloves, which are used for routine patient care in healthcare settings, are appropriate for the care of patients with suspected or confirmed COVID-19.

Eye protection – goggles or disposable face shield that fully covers the front and sides of the face.

Gown – Nonsterile, disposable patient isolation gowns, which are used for routine patient care in healthcare settings, are appropriate for use by patients with suspected or confirmed COVID-19. Disposable medical isolation gown should have sufficient overlap of the fabric so that it wraps around the body to cover the back (ensuring that if the wearer squats or sits down, the gown still protects the back area of the body).

Coveralls – Nonsterile, disposable coveralls designed to cover the whole body, including the back and lower legs, and sometimes the head and feet as well.

**C.   PROCEDURE**

1.   Projected Need

The PPE inventory (generally as defined by CDC, but may include related items, such as thermometers) for each site should be identified in a systematic way, and based on anticipated need. The anticipated need should be based on current detection practices (i.e. employee/visitor screening), the number of Inmates/Detainees/Clients (IDCs) under quarantine

**96**

| MANAGEMENT & TRAINING CORPORATION | Serial No. | Effective Date | Page |
|---|---|---|---|
| | 904D.02 | 07 April 2020 | 2 of 4 |

Title

## PERSONAL PROTECTIVE EQUIPMENT – COVID-19 PANDEMIC PLAN

MTC 210

for having contact with a COVID-19 case, the number of suspected/confirmed IDC cases of COVID-19, and the trend lines set forth via data collection/analysis.

a. A <u>minimum</u> baseline PPE inventory at each facility shall be established at what would be required to equip 30% of all custody staff for two weeks. Additional projection shall be based on daily usage rates due to entrance screening, number of asymptomatic/quarantined cases and their supervision and medical care needs, number of suspected/confirmed/symptomatic cases and their supervision and medical care needs. Situational need shall be based on the below table, with additional customer or jurisdiction requirements documented accordingly.

b. Additionally, each PPE's rate of disposable/exchange after use (such as in the case of N95s, masks, gloves and gowns/coveralls), or reusable after disinfecting (such as eye protection), shall be considered. While eye protection can be reused, the number needed is still affected by the number of situations in which they would be required, and the number of staff assigned to affected areas, such as having direct contact with or offering medical care to suspected/confirmed COVID-19 cases.

2. Production

a. Regional Vice Presidents (RVPs) shall determine the feasibility of production of certain PPE, such as face masks at identified correctional facilities. The rate of production and sustainability shall be determined by labor, equipment and material capacity, which will inform the extent the product can be distributed beyond the facility where it is produced.

3. Acquisition

a. Each facility shall be responsible for managing their own PPE procurement process, identifying PPE on hand, on order but pending delivery, and inventory deficits.

b. Corporate Procurement shall source and provide each RVP's region with frequent updates of vendors selling needed PPE items that may be ordered by each facility. Each facility may also utilize those they have sourced themselves.

c. Requests for procurement assistance beyond the individual facility's capabilities will be forwarded to the MTC Corporate Procurement Office. When feasible, and available, procurement may utilize an enterprise approach to procure items that promotes cost-efficiency and meets facility needs.

4. Inventory Control and Issuance

a. Each facility shall keep an accurate inventory of all PPE. Inventory shall have rigid control factors, such as distribution records, regular inventory verification and secure storage.

b. Issuance of PPE to staff and inmates shall be consistent with below table and as approved by the respective Regional Vice President (RVP).

c. RVPs shall regularly provide Corporate Procurement with facility inventories of PPE. Corporate-wide inventories of PPE shall be maintained by Corporate Procurement.

d. Inter-facility PPE transfers shall be approved and managed by the RVPs. Transfers from the Corporate inventory to facilities shall be approved and managed by the by the RVPs and the Corporate Procurement Office.

5. Training and Fit-Testing

a. Staff and IDCs who require respiratory protection (e.g., N95s) for their work responsibilities shall be trained and fit-tested in the context of the jurisdiction's respiratory protection

**97**

| MANAGEMENT & TRAINING CORPORATION | Serial No. | Effective Date | Page |
|---|---|---|---|
| | 904D.02 | 07 April 2020 | 3 of 4 |

Title

## PERSONAL PROTECTIVE EQUIPMENT – COVID-19 PANDEMIC PLAN

MTC 210

program, as defined by the Occupational Safety and Health Administration's (OSHA) Respiratory Protection Standard (29 CFR 1910.134).

    b.  Before caring for patients with confirmed or suspected COVID-19, healthcare personnel (HCP) must and supervisory staff shall receive comprehensive training on when and what PPE is necessary, how to don (put on) and doff (take off) PPE, limitations of PPE, and proper care, maintenance, and disposal of PPE. They shall also be able to demonstrate competency in performing appropriate infection control practices and procedures.

6.  Use of PPE

    a.  The use of PPE shall be in accordance with current CDC guidance and applicable agency directives. At a minimum MTC will utilize Table A (attached) to determine what situations warrant the use of PPE.

7.  Cleaning, Care, and Replacement of PPE

    a.  Cleaning, care, and regular replacement of PPE will be in accordance with current CDC recommendations and/or manufacturer's specifications.

8.  Agency Directives

    a.  At a minimum, each facility will follow the guidelines as outlined in this policy for the use of PPE.

    b.  When customer agency directive requires more stringent guidelines, each facility will comply with the directives provided by the customer agency.

9.  Employee Use of Personally Acquired PPE

    a.  MTC will follow CDC guidelines on the issuance of PPE to individuals as required.

    b.  Employees who do not meet CDC criteria, and choose to don personally acquired PPE may do so only when it does not conflict with customer agency directives.

| MANAGEMENT & TRAINING CORPORATION | Serial No. | Effective Date | Page |
|---|---|---|---|
| | 904D.02 | 07 April 2020 | 4 of 4 |

Title

## PERSONAL PROTECTIVE EQUIPMENT – COVID-19 PANDEMIC PLAN

MTC 210

| TABLE A<br>Classification of Individual Wearing PPE | N95<br>Respirator | Face<br>Mask | Eye<br>Protection | Gloves | Gown/<br>Coveralls |
|---|---|---|---|---|---|
| **Inmates/Detainees/Clients** | | | | | |
| Asymptomatic IDCs (under quarantine as possible close contacts of a COVID-19 case*) | Apply face masks for source control as feasible based on local supply, especially if housed as a cohort | | | | |
| IDCs who are confirmed or suspected COVID-19 cases, or showing symptoms of COVID-19 | | X | | | |
| IDCs in a work placement handling laundry or used food service items from a COVID-19 case or case contact | | X | | X | X |
| IDCs in a work placement cleaning areas where a COVID-19 case has spent time | | X | | X | X |
| **Staff** | | | | | |
| Staff having direct contact with asymptomatic IDCs under quarantine as possible or reported close contacts of a COVID-19 case* (but not performing temperature checks or providing medical care) | | X | | X | |
| Normal Unit/Dorm Supervision when Supervising persons/units where there are inmates with no symptoms and no known exposures to COVID-19 | | | | | |
| Staff performing entry screening, e.g. temperature checks, on any group of people (staff, visitors, or IDCs), or providing medical care to asymptomatic quarantined persons | | X | X | X | X |
| Staff having direct contact with (including transport) or offering medical care to confirmed or suspected COVID-19 cases (see CDC infection control guidelines) | X** | | X | X | X |
| Staff present during a procedure on a confirmed or suspected COVID-19 case that may generate respiratory aerosols (see CDC infection control guidelines) | X | | X | X | X |
| Staff handling laundry or used food service items from a COVID-19 case or case contact | | X | | X | X |
| Staff cleaning an area where a COVID-19 case has spent time | | X | | X | X |

* If a facility chooses to routinely quarantine all new intakes (without symptoms or known exposure to a COVID-19 case) before integrating into the facility's general population, face masks are not necessary.

** A NIOSH-approved N95 is preferred. However, based on local and regional situational analysis of PPE supplies, face masks are an acceptable alternative when the supply chain of respirators cannot meet the demand. During this time, available respirators should be prioritized for procedures that are likely to generate respiratory aerosols, which would pose the highest exposure risk to staff.

**99**



Imperial Regional
Detention Facility

**OFFICE OF THE FACILITY ADMINISTRATOR**

Date:          June 2, 2020

From:          Sixto Marrero,
               Facility Administrator

To:            All IRDF Staff

**SUBJECT:      CORONAVIRUS DISEASE (COVID-19) RESPONSE PLAN AMENDMENT – REUSE
               GUIDANCE**

If required, and as directed by the Facility Administrator, staff may be required to save their respirator/facemask. If this is the case, once the respirator/facemask is properly removed, the staff member shall place the respirator/facemask into a paper sack. The sack shall identify the staff member and date the respirator/facemask was issued. Staff shall store their respirator/facemask between uses so that they do not become damaged or deformed.

As reflected on the CDC's website "Pandemic Planning", there are a number of factors that impact the safe reuse of a filtering face-piece respirators. Because of this, "*There is no way of determining the maximum possible number of safe reuses for an N95 respirator as a generic number to be applied in all cases.*" The following recommendations shall provide staff with guidance on the reuse of filtering face-piece respirators (FFR):

- Staff shall limit the number of reuses to no more than five uses per FFR to ensure an adequate safety margin.
- Discard FFRs following use during aerosol generating procedure.
- Discard FFRs contaminated with blood, respiratory or nasal secretions, or other bodily fluids from detainees.
- Discard FFRs following close contact with any detainee co-infected with an infectious disease requiring contact precautions.
- Staff shall use of a cleanable face shield over an FFR, this will help mitigate the possible surface contamination of the FFR.
- Staff shall ensure that the detainees are wearing a face mask.
- Clean hands with soap and water or an alcohol-based hand sanitizer before and after touching or adjusting the respirator (if necessary for comfort or to maintain fit).
- Avoid touching the inside of the FFR. If inadvertent contact is made with the inside of the FFR, discard the FFR and perform hand hygiene as described above.
- Use a pair of clean (non-sterile) gloves when donning a used FFR and performing a user seal check.
- Discard gloves after the FFR is donned and any adjustments are made to ensure the respirator is sitting comfortably on your face with a good seal.
- Staff may keep the same FFR on during encounters with several detainees without removing the FFR between encounters.
- Staff and supervisors must ensure that the FFRs are kept clean, sanitary, and in good working order at all times.

Page **1** of 2

**Legend:**
Yellow Highlight =          language added to the policy
Red Font with Strike Through =   language removed from the policy

**100**

 Imperial Regional
Detention Facility

## OFFICE OF THE FACILITY ADMINISTRATOR

- Staff shall inspect their FFR between each use for physical damage, i.e. the straps stretched out so much that they no longer provide enough tension for the respirator to seal to the face, the nosepiece or other fit enhancements broken, etc. Staff shall discard and replace any FFR that is obviously damaged or becomes hard to breathe through.

The Chief of Security or designee shall maintain the Filtering Face-piece Respirator (FFR) Exchange Log which, at a minimum, identifies the following information:

Employee identification number and name
Date fit tested
FFR size and type
Fit testing outcome
Date the FFR(s) have been exchanged

The Chief of Security or designee shall ensure that all FFR replacements/exchanges are documented within the FFR Exchange Log. The Chief of Security or designee shall ensure that all FFRs are exchanged/replaced with an FFR that the employee has been fit tested for and passed.

_____          6/2/2020
Sixto Marrero,                                          Date
Facility Administrator

Legend:
Yellow Highlight = language added to the policy
Red Font with Strike Through = language removed from the policy

101

# Interim Guidance on Management of Coronavirus Disease 2019 (COVID-19) in Correctional and Detention Facilities

This interim guidance is based on what is currently known about the transmission and severity of coronavirus disease 2019 (COVID-19) as of **March 23, 2020**.

The US Centers for Disease Control and Prevention (CDC) will update this guidance as needed and as additional information becomes available. Please check the following CDC website periodically for updated interim guidance: https://www.cdc.gov/coronavirus/2019-ncov/index.html.

This document provides interim guidance specific for correctional facilities and detention centers during the outbreak of COVID-19, to ensure continuation of essential public services and protection of the health and safety of incarcerated and detained persons, staff, and visitors. Recommendations may need to be revised as more information becomes available.

## In this guidance

- Who is the intended audience for this guidance?
- Why is this guidance being issued?
- What topics does this guidance include?
- Definitions of Commonly Used Terms
- Facilities with Limited Onsite Healthcare Services
- COVID-19 Guidance for Correctional Facilities
- Operational Preparedness
- Prevention
- Management
- Infection Control
- Clinical Care of COVID-19 Cases
- Recommended PPE and PPE Training for Staff and Incarcerated/Detained Persons
- Verbal Screening and Temperature Check Protocols for Incarcerated/Detained Persons, Staff, and Visitors

## Who is the intended audience for this guidance?



This document is intended to provide guiding principles for healthcare and non-healthcare administrators of correctional and detention facilities (including but not limited to federal and state prisons, local jails, and detention centers), law enforcement agencies that have custodial authority for detained populations (i.e., US Immigration and Customs Enforcement and US Marshals Service), and their respective health departments, to assist in preparing for potential introduction, spread, and mitigation of COVID-19 in their facilities. In general, the document uses terminology referring to correctional environments but can also be applied to civil and pre-trial detention settings.

This guidance will not necessarily address every possible custodial setting and may not use legal terminology specific to individual agencies' authorities or processes. **The guidance may need to be adapted based on individual facilities' physical space, staffing, population, operations, and other resources and conditions.** Facilities should contact CDC or their state, local, territorial, and/or tribal public health department if they need assistance in applying these principles or addressing topics that are not specifically covered in this guidance.



**cdc.gov/coronavirus**

102

CS 316182-A   03/27/2020

# Why is this guidance being issued?

Correctional and detention facilities can include custody, housing, education, recreation, healthcare, food service, and workplace components in a single physical setting. The integration of these components presents unique challenges for control of COVID-19 transmission among incarcerated/detained persons, staff, and visitors. Consistent application of specific preparation, prevention, and management measures can help reduce the risk of transmission and severe disease from COVID-19.

- Incarcerated/detained persons live, work, eat, study, and recreate within congregate environments, heightening the potential for COVID-19 to spread once introduced.

- In most cases, incarcerated/detained persons are not permitted to leave the facility.

- There are many opportunities for COVID-19 to be introduced into a correctional or detention facility, including daily staff ingress and egress; transfer of incarcerated/detained persons between facilities and systems, to court appearances, and to outside medical visits; and visits from family, legal representatives, and other community members. Some settings, particularly jails and detention centers, have high turnover, admitting new entrants daily who may have been exposed to COVID-19 in the surrounding community or other regions.

- Persons incarcerated/detained in a particular facility often come from a variety of locations, increasing the potential to introduce COVID-19 from different geographic areas.

- Options for medical isolation of COVID-19 cases are limited and vary depending on the type and size of facility, as well as the current level of available capacity, which is partly based on medical isolation needs for other conditions.

- Adequate levels of custody and healthcare staffing must be maintained to ensure safe operation of the facility, and options to practice social distancing through work alternatives such as working from home or reduced/alternate schedules are limited for many staff roles.

- Correctional and detention facilities can be complex, multi-employer settings that include government and private employers. Each is organizationally distinct and responsible for its own operational, personnel, and occupational health protocols and may be prohibited from issuing guidance or providing services to other employers or their staff within the same setting. Similarly, correctional and detention facilities may house individuals from multiple law enforcement agencies or jurisdictions subject to different policies and procedures.

- Incarcerated/detained persons and staff may have medical conditions that increase their risk of severe disease from COVID-19.

- Because limited outside information is available to many incarcerated/detained persons, unease and misinformation regarding the potential for COVID-19 spread may be high, potentially creating security and morale challenges.

- The ability of incarcerated/detained persons to exercise disease prevention measures (e.g., frequent handwashing) may be limited and is determined by the supplies provided in the facility and by security considerations. Many facilities restrict access to soap and paper towels and prohibit alcohol-based hand sanitizer and many disinfectants.

- Incarcerated persons may hesitate to report symptoms of COVID-19 or seek medical care due to co-pay requirements and fear of isolation.

CDC has issued separate COVID-19 guidance addressing healthcare infection control and clinical care of COVID-19 cases as well as close contacts of cases in community-based settings. Where relevant, community-focused guidance documents are referenced in this document and should be monitored regularly for updates, but they may require adaptation for correctional and detention settings.

This guidance document provides additional recommended best practices specifically for correctional and detention facilities. **At this time, different facility types (e.g., prison vs. jail) and sizes are not differentiated. Administrators and agencies should adapt these guiding principles to the specific needs of their facility.**

## What topics does this guidance include?

The guidance below includes detailed recommendations on the following topics related to COVID-19 in correctional and detention settings:

√   Operational and communications preparations for COVID-19

√   Enhanced cleaning/disinfecting and hygiene practices

√   Social distancing strategies to increase space between individuals in the facility

√   How to limit transmission from visitors

√   Infection control, including recommended personal protective equipment (PPE) and potential alternatives during PPE shortages

√   Verbal screening and temperature check protocols for incoming incarcerated/detained individuals, staff, and visitors

√   Medical isolation of confirmed and suspected cases and quarantine of contacts, including considerations for cohorting when individual spaces are limited

√   Healthcare evaluation for suspected cases, including testing for COVID-19

√   Clinical care for confirmed and suspected cases

√   Considerations for persons at higher risk of severe disease from COVID-19

## Definitions of Commonly Used Terms

**Close contact of a COVID-19 case**—In the context of COVID-19, an individual is considered a close contact if they a) have been within approximately 6 feet of a COVID-19 case for a prolonged period of time or b) have had direct contact with infectious secretions from a COVID-19 case (e.g., have been coughed on). Close contact can occur while caring for, living with, visiting, or sharing a common space with a COVID-19 case. Data to inform the definition of close contact are limited. Considerations when assessing close contact include the duration of exposure (e.g., longer exposure time likely increases exposure risk) and the clinical symptoms of the person with COVID-19 (e.g., coughing likely increases exposure risk, as does exposure to a severely ill patient).

**Cohorting**—Cohorting refers to the practice of isolating multiple laboratory-confirmed COVID-19 cases together as a group, or quarantining close contacts of a particular case together as a group. Ideally, cases should be isolated individually, and close contacts should be quarantined individually. However, some correctional facilities and detention centers do not have enough individual cells to do so and must consider cohorting as an alternative. See Quarantine and Medical Isolation sections below for specific details about ways to implement cohorting to minimize the risk of disease spread and adverse health outcomes.

**Community transmission of COVID-19**—Community transmission of COVID-19 occurs when individuals acquire the disease through contact with someone in their local community, rather than through travel to an affected location. Once community transmission is identified in a particular area, correctional facilities and detention centers are more likely to start seeing cases inside their walls. Facilities should consult with local public health departments if assistance is needed in determining how to define "local community" in the context of COVID-19 spread. However, because all states have reported cases, all facilities should be vigilant for introduction into their populations.

**Confirmed vs. Suspected COVID-19 case—**A confirmed case has received a positive result from a COVID-19 laboratory test, with or without symptoms. A suspected case shows symptoms of COVID-19 but either has not been tested or is awaiting test results. If test results are positive, a suspected case becomes a confirmed case.

**Incarcerated/detained persons—**For the purpose of this document, "incarcerated/detained persons" refers to persons held in a prison, jail, detention center, or other custodial setting where these guidelines are generally applicable. The term includes those who have been sentenced (i.e., in prisons) as well as those held for pre-trial (i.e., jails) or civil purposes (i.e, detention centers). Although this guidance does not specifically reference individuals in every type of custodial setting (e.g., juvenile facilities, community confinement facilities), facility administrators can adapt this guidance to apply to their specific circumstances as needed.

**Medical Isolation—**Medical isolation refers to confining a confirmed or suspected COVID-19 case (ideally to a single cell with solid walls and a solid door that closes), to prevent contact with others and to reduce the risk of transmission. Medical isolation ends when the individual meets pre-established clinical and/or testing criteria for release from isolation, in consultation with clinical providers and public health officials (detailed in guidance below). In this context, isolation does NOT refer to punitive isolation for behavioral infractions within the custodial setting. Staff are encouraged to use the term "medical isolation" to avoid confusion.

**Quarantine—**Quarantine refers to the practice of confining individuals who have had close contact with a COVID-19 case to determine whether they develop symptoms of the disease. Quarantine for COVID-19 should last for a period of 14 days. Ideally, each quarantined individual would be quarantined in a single cell with solid walls and a solid door that closes. If symptoms develop during the 14-day period, the individual should be placed under medical isolation and evaluated for COVID-19. If symptoms do not develop, movement restrictions can be lifted, and the individual can return to their previous residency status within the facility.

**Social Distancing—**Social distancing is the practice of increasing the space between individuals and decreasing the frequency of contact to reduce the risk of spreading a disease (ideally to maintain at least 6 feet between all individuals, even those who are asymptomatic). Social distancing strategies can be applied on an individual level (e.g., avoiding physical contact), a group level (e.g., canceling group activities where individuals will be in close contact), and an operational level (e.g., rearranging chairs in the dining hall to increase distance between them). Although social distancing is challenging to practice in correctional and detention environments, it is a cornerstone of reducing transmission of respiratory diseases such as COVID-19. Additional information about social distancing, including information on its use to reduce the spread of other viral illnesses, is available in this CDC publication.

**Staff—**In this document, "staff" refers to all public sector employees as well as those working for a private contractor within a correctional facility (e.g., private healthcare or food service). Except where noted, "staff" does not distinguish between healthcare, custody, and other types of staff including private facility operators.

**Symptoms—**Symptoms of COVID-19 include fever, cough, and shortness of breath. Like other respiratory infections, COVID-19 can vary in severity from mild to severe. When severe, pneumonia, respiratory failure, and death are possible. COVID-19 is a novel disease, therefore the full range of signs and symptoms, the clinical course of the disease, and the individuals and populations most at risk for disease and complications are not yet fully understood. Monitor the CDC website for updates on these topics.

## Facilities with Limited Onsite Healthcare Services

Although many large facilities such as prisons and some jails usually employ onsite healthcare staff and have the capacity to evaluate incarcerated/detained persons for potential illness within a dedicated healthcare space, many smaller facilities do not. Some of these facilities have access to on-call healthcare staff or providers who visit the facility every few days. Others have neither onsite healthcare capacity nor onsite medical isolation/quarantine space and must transfer ill patients to other correctional or detention facilities or local hospitals for evaluation and care.

The majority of the guidance below is designed to be applied to any correctional or detention facility, either as written or with modifications based on a facility's individual structure and resources. However, topics related to healthcare evaluation and clinical care of confirmed and suspected COVID-19 cases and their close contacts may not apply directly to facilities with limited or no onsite healthcare services. It will be especially important for these types of facilities to coordinate closely with their state, local, tribal, and/or territorial health department when they encounter confirmed or suspected cases among incarcerated/detained persons or staff, in order to ensure effective medical isolation and quarantine, necessary medical evaluation and care, and medical transfer if needed. The guidance makes note of strategies tailored to facilities without onsite healthcare where possible.

Note that all staff in any sized facility, regardless of the presence of onsite healthcare services, should observe guidance on recommended PPE in order to ensure their own safety when interacting with confirmed and suspected COVID-19 cases. Facilities should make contingency plans for the likely event of PPE shortages during the COVID-19 pandemic.

## COVID-19 Guidance for Correctional Facilities

Guidance for correctional and detention facilities is organized into 3 sections: Operational Preparedness, Prevention, and Management of COVID-19. Recommendations across these sections can be applied simultaneously based on the progress of the outbreak in a particular facility and the surrounding community.

- **Operational Preparedness**. This guidance is intended to help facilities prepare for potential COVID-19 transmission in the facility. Strategies focus on operational and communications planning and personnel practices.

- **Prevention.** This guidance is intended to help facilities prevent spread of COVID-19 from outside the facility to inside. Strategies focus on reinforcing hygiene practices, intensifying cleaning and disinfection of the facility, screening (new intakes, visitors, and staff), continued communication with incarcerated/detained persons and staff, and social distancing measures (increasing distance between individuals).

- **Management.** This guidance is intended to help facilities clinically manage confirmed and suspected COVID-19 cases inside the facility and prevent further transmission. Strategies include medical isolation and care of incarcerated/detained persons with symptoms (including considerations for cohorting), quarantine of cases' close contacts, restricting movement in and out of the facility, infection control practices for individuals interacting with cases and quarantined contacts or contaminated items, intensified social distancing, and cleaning and disinfecting areas visited by cases.

## Operational Preparedness

Administrators can plan and prepare for COVID-19 by ensuring that all persons in the facility know the symptoms of COVID-19 and how to respond if they develop symptoms. Other essential actions include developing contingency plans for reduced workforces due to absences, coordinating with public health and correctional partners, and communicating clearly with staff and incarcerated/detained persons about these preparations and how they may temporarily alter daily life.

### Communication & Coordination

√  **Develop information-sharing systems with partners.**

    o  Identify points of contact in relevant state, local, tribal, and/or territorial public health departments before cases develop. Actively engage with the health department to understand in advance which entity has jurisdiction to implement public health control measures for COVID-19 in a particular correctional or detention facility.

    o  Create and test communications plans to disseminate critical information to incarcerated/detained persons, staff, contractors, vendors, and visitors as the pandemic progresses.

**106**

o   Communicate with other correctional facilities in the same geographic area to share information including disease surveillance and absenteeism patterns among staff.

o   Where possible, put plans in place with other jurisdictions to prevent confirmed and suspected COVID-19 cases and their close contacts from being transferred between jurisdictions and facilities unless necessary for medical evaluation, medical isolation/quarantine, clinical care, extenuating security concerns, or to prevent overcrowding.

o   Stay informed about updates to CDC guidance via the CDC COVID-19 website as more information becomes known.

√   **Review existing pandemic flu, all-hazards, and disaster plans, and revise for COVID-19.**

o   Ensure that physical locations (dedicated housing areas and bathrooms) have been identified to isolate confirmed COVID-19 cases and individuals displaying COVID-19 symptoms, and to quarantine known close contacts of cases. (Medical isolation and quarantine locations should be separate). The plan should include contingencies for multiple locations if numerous cases and/or contacts are identified and require medical isolation or quarantine simultaneously. See Medical Isolation and Quarantine sections below for details regarding individual medical isolation and quarantine locations (preferred) vs. cohorting.

o   Facilities without onsite healthcare capacity should make a plan for how they will ensure that suspected COVID-19 cases will be isolated, evaluated, tested (if indicated), and provided necessary medical care.

o   Make a list of possible social distancing strategies that could be implemented as needed at different stages of transmission intensity.

o   Designate officials who will be authorized to make decisions about escalating or de-escalating response efforts as the epidemiologic context changes.

√   **Coordinate with local law enforcement and court officials.**

o   Identify lawful alternatives to in-person court appearances, such as virtual court, as a social distancing measure to reduce the risk of COVID-19 transmission.

o   Explore strategies to prevent over-crowding of correctional and detention facilities during a community outbreak.

√   **Post signage throughout the facility communicating the following:**

o   **For all:** symptoms of COVID-19 and hand hygiene instructions

o   **For incarcerated/detained persons:** report symptoms to staff

o   **For staff:** stay at home when sick; if symptoms develop while on duty, leave the facility as soon as possible and follow CDC-recommended steps for persons who are ill with COVID-19 symptoms including self-isolating at home, contacting their healthcare provider as soon as possible to determine whether they need to be evaluated and tested, and contacting their supervisor.

o   Ensure that signage is understandable for non-English speaking persons and those with low literacy, and make necessary accommodations for those with cognitive or intellectual disabilities and those who are deaf, blind, or low-vision.

## Personnel Practices

√   **Review the sick leave policies of each employer that operates in the facility.**

o   Review policies to ensure that they actively encourage staff to stay home when sick.

o   If these policies do not encourage staff to stay home when sick, discuss with the contract company.

o   Determine which officials will have the authority to send symptomatic staff home.

**107**

√ **Identify staff whose duties would allow them to work from home. Where possible, allowing staff to work from home can be an effective social distancing strategy to reduce the risk of COVID-19 transmission.**

  o Discuss work from home options with these staff and determine whether they have the supplies and technological equipment required to do so.

  o Put systems in place to implement work from home programs (e.g., time tracking, etc.).

√ **Plan for staff absences.** Staff should stay home when they are sick, or they may need to stay home to care for a sick household member or care for children in the event of school and childcare dismissals.

  o Allow staff to work from home when possible, within the scope of their duties.

  o Identify critical job functions and plan for alternative coverage by cross-training staff where possible.

  o Determine minimum levels of staff in all categories required for the facility to function safely. If possible, develop a plan to secure additional staff if absenteeism due to COVID-19 threatens to bring staffing to minimum levels.

  o Consider increasing keep on person (KOP) medication orders to cover 30 days in case of healthcare staff shortages.

√ **Consider offering revised duties to staff who are at** higher risk of severe illness with COVID-19**.** Persons at higher risk may include older adults and persons of any age with serious underlying medical conditions including lung disease, heart disease, and diabetes. See CDC's website for a complete list, and check regularly for updates as more data become available to inform this issue.

  o Facility administrators should consult with their occupational health providers to determine whether it would be allowable to reassign duties for specific staff members to reduce their likelihood of exposure to COVID-19.

√ **Offer the seasonal influenza vaccine to all incarcerated/detained persons (existing population and new intakes) and staff throughout the influenza season.** Symptoms of COVID-19 are similar to those of influenza. Preventing influenza cases in a facility can speed the detection of COVID-19 cases and reduce pressure on healthcare resources.

√ **Reference the Occupational Safety and Health Administration website for recommendations regarding worker health.**

√ **Review** CDC's guidance for businesses and employers to identify any additional strategies the facility can use within its role as an employer.

## Operations & Supplies

√ **Ensure that sufficient stocks of hygiene supplies, cleaning supplies, PPE, and medical supplies (consistent with the healthcare capabilities of the facility) are on hand and available, and have a plan in place to restock as needed if COVID-19 transmission occurs within the facility.**

  o Standard medical supplies for daily clinic needs

  o Tissues

  o Liquid soap when possible. If bar soap must be used, ensure that it does not irritate the skin and thereby discourage frequent hand washing.

  o Hand drying supplies

  o Alcohol-based hand sanitizer containing at least 60% alcohol (where permissible based on security restrictions)

  o Cleaning supplies, including EPA-registered disinfectants effective against the virus that causes COVID-19

- o Recommended PPE (facemasks, N95 respirators, eye protection, disposable medical gloves, and disposable gowns/one-piece coveralls). See PPE section and Table 1 for more detailed information, including recommendations for extending the life of all PPE categories in the event of shortages, and when face masks are acceptable alternatives to N95s.
- o Sterile viral transport media and sterile swabs to collect nasopharyngeal specimens if COVID-19 testing is indicated

√ **Make contingency plans for the probable event of PPE shortages during the COVID-19 pandemic, particularly for non-healthcare workers.**

- o See CDC guidance optimizing PPE supplies.

√ **Consider relaxing restrictions on allowing alcohol-based hand sanitizer in the secure setting where security concerns allow.** If soap and water are not available, CDC recommends cleaning hands with an alcohol-based hand sanitizer that contains at least 60% alcohol. Consider allowing staff to carry individual-sized bottles for their personal hand hygiene while on duty.

√ **Provide a no-cost supply of soap to incarcerated/detained persons, sufficient to allow frequent hand washing.** (See Hygiene section below for additional detail regarding recommended frequency and protocol for hand washing.)

- o Provide liquid soap where possible. If bar soap must be used, ensure that it does not irritate the skin and thereby discourage frequent hand washing.

√ I**f not already in place, employers operating within the facility should establish a respiratory protection program as appropriate, to ensure that staff and incarcerated/detained persons are fit tested for any respiratory protection they will need within the scope of their responsibilities.**

√ **Ensure that staff and incarcerated/detained persons are trained to correctly don, doff, and dispose of PPE that they will need to use within the scope of their responsibilities.** See Table 1 for recommended PPE for incarcerated/detained persons and staff with varying levels of contact with COVID-19 cases or their close contacts.

## Prevention

Cases of COVID-19 have been documented in all 50 US states. Correctional and detention facilities can prevent introduction of COVID-19 from the community and reduce transmission if it is already inside by reinforcing good hygiene practices among incarcerated/detained persons, staff, and visitors (including increasing access to soap and paper towels), intensifying cleaning/disinfection practices, and implementing social distancing strategies.

Because many individuals infected with COVID-19 do not display symptoms, the virus could be present in facilities before cases are identified. Both good hygiene practices and social distancing are critical in preventing further transmission.

## Operations

√ **Stay in communication with partners about your facility's current situation.**

- o State, local, territorial, and/or tribal health departments
- o Other correctional facilities

√ **Communicate with the public about any changes to facility operations, including visitation programs.**

√ **Restrict transfers of incarcerated/detained persons to and from other jurisdictions and facilities unless necessary for medical evaluation, medical isolation/quarantine, clinical care, extenuating security concerns, or to prevent overcrowding.**

  o Strongly consider postponing non-urgent outside medical visits.

  o If a transfer is absolutely necessary, perform verbal screening and a temperature check as outlined in the Screening section below, before the individual leaves the facility. If an individual does not clear the screening process, delay the transfer and follow the protocol for a suspected COVID-19 case— including putting a face mask on the individual, immediately placing them under medical isolation, and evaluating them for possible COVID-19 testing. If the transfer must still occur, ensure that the receiving facility has capacity to properly isolate the individual upon arrival. Ensure that staff transporting the individual wear recommended PPE (see Table 1) and that the transport vehicle is cleaned thoroughly after transport.

√ **Implement lawful alternatives to in-person court appearances where permissible.**

√ **Where relevant, consider suspending co-pays for incarcerated/detained persons seeking medical evaluation for respiratory symptoms.**

√ **Limit the number of operational entrances and exits to the facility.**

## Cleaning and Disinfecting Practices

√ **Even if COVID-19 cases have not yet been identified inside the facility or in the surrounding community, begin implementing intensified cleaning and disinfecting procedures according to the recommendations below. These measures may prevent spread of COVID-19 if introduced.**

√ **Adhere to** CDC recommendations for cleaning and disinfection during the COVID-19 response. Monitor these recommendations for updates.

  o Several times per day, clean and disinfect surfaces and objects that are frequently touched, especially in common areas. Such surfaces may include objects/surfaces not ordinarily cleaned daily (e.g., doorknobs, light switches, sink handles, countertops, toilets, toilet handles, recreation equipment, kiosks, and telephones).

  o Staff should clean shared equipment several times per day and on a conclusion of use basis (e.g., radios, service weapons, keys, handcuffs).

  o Use household cleaners and EPA-registered disinfectants effective against the virus that causes COVID-19 as appropriate for the surface, following label instructions. This may require lifting restrictions on undiluted disinfectants.

  o Labels contain instructions for safe and effective use of the cleaning product, including precautions that should be taken when applying the product, such as wearing gloves and making sure there is good ventilation during use.

√ **Consider increasing the number of staff and/or incarcerated/detained persons trained and responsible for cleaning common areas to ensure continual cleaning of these areas throughout the day.**

√ **Ensure adequate supplies to support intensified cleaning and disinfection practices, and have a plan in place to restock rapidly if needed.**

## Hygiene

√   **Reinforce healthy hygiene practices, and provide and continually restock hygiene supplies throughout the facility, including in bathrooms, food preparation and dining areas, intake areas, visitor entries and exits, visitation rooms and waiting rooms, common areas, medical, and staff-restricted areas (e.g., break rooms).**

√   **Encourage all persons in the facility to take the following actions to protect themselves and others from COVID-19. Post signage throughout the facility, and communicate this information verbally on a regular basis.** Sample signage and other communications materials **are available on the CDC website.** Ensure that materials can be understood by non-English speakers and those with low literacy, and make necessary accommodations for those with cognitive or intellectual disabilities and those who are deaf, blind, or low-vision.

   o   **Practice good cough etiquette:** Cover your mouth and nose with your elbow (or ideally with a tissue) rather than with your hand when you cough or sneeze, and throw all tissues in the trash immediately after use.

   o   **Practice good hand hygiene:** Regularly wash your hands with soap and water for at least 20 seconds, especially after coughing, sneezing, or blowing your nose; after using the bathroom; before eating or preparing food; before taking medication; and after touching garbage.

   o   **Avoid touching your eyes, nose, or mouth without cleaning your hands first.**

   o   **Avoid sharing eating utensils, dishes, and cups.**

   o   **Avoid non-essential physical contact.**

√   **Provide incarcerated/detained persons and staff no-cost access to:**

   o   **Soap—**Provide liquid soap where possible. If bar soap must be used, ensure that it does not irritate the skin, as this would discourage frequent hand washing.

   o   **Running water, and hand drying machines or disposable paper towels for hand washing**

   o   **Tissues** and no-touch trash receptacles for disposal

√   **Provide alcohol-based hand sanitizer with at least 60% alcohol where permissible based on security restrictions.** Consider allowing staff to carry individual-sized bottles to maintain hand hygiene.

√   **Communicate that sharing drugs and drug preparation equipment can spread COVID-19 due to potential contamination of shared items and close contact between individuals.**

## Prevention Practices for Incarcerated/Detained Persons

√   **Perform pre-intake screening and temperature checks for all new entrants. Screening should take place in the sallyport, before beginning the intake process,** in order to identify and immediately place individuals with symptoms under medical isolation. See Screening section below for the wording of screening questions and a recommended procedure to safely perform a temperature check. Staff performing temperature checks should wear recommended PPE (see PPE section below).

   o   **If an individual has symptoms of COVID-19** (fever, cough, shortness of breath):

      ▪   Require the individual to wear a face mask.

      ▪   Ensure that staff who have direct contact with the symptomatic individual wear recommended PPE.

      ▪   Place the individual under medical isolation (ideally in a room near the screening location, rather than transporting the ill individual through the facility), and refer to healthcare staff for further evaluation. (See Infection Control and Clinical Care sections below.)

      ▪   Facilities without onsite healthcare staff should contact their state, local, tribal, and/or territorial health department to coordinate effective medical isolation and necessary medical care.

- o **If an individual is a** [close contact](#) **of a known COVID-19 case (but has no COVID-19 symptoms):**
  - ▪ Quarantine the individual and monitor for symptoms two times per day for 14 days. (See [Quarantine](#) section below.)
  - ▪ Facilities without onsite healthcare staff should contact their state, local, tribal, and/or territorial health department to coordinate effective quarantine and necessary medical care.

√ **Implement** [social distancing](#) **strategies to increase the physical space between incarcerated/ detained persons (ideally 6 feet between all individuals, regardless of the presence of symptoms).** Strategies will need to be tailored to the individual space in the facility and the needs of the population and staff. Not all strategies will be feasible in all facilities. Example strategies with varying levels of intensity include:

- o **Common areas:**
  - ▪ Enforce increased space between individuals in holding cells, as well as in lines and waiting areas such as intake (e.g., remove every other chair in a waiting area)

- o **Recreation:**
  - ▪ Choose recreation spaces where individuals can spread out
  - ▪ Stagger time in recreation spaces
  - ▪ Restrict recreation space usage to a single housing unit per space (where feasible)

- o **Meals:**
  - ▪ Stagger meals
  - ▪ Rearrange seating in the dining hall so that there is more space between individuals (e.g., remove every other chair and use only one side of the table)
  - ▪ Provide meals inside housing units or cells

- o **Group activities:**
  - ▪ Limit the size of group activities
  - ▪ Increase space between individuals during group activities
  - ▪ Suspend group programs where participants are likely to be in closer contact than they are in their housing environment
  - ▪ Consider alternatives to existing group activities, in outdoor areas or other areas where individuals can spread out

- o **Housing:**
  - ▪ If space allows, reassign bunks to provide more space between individuals, ideally 6 feet or more in all directions. (Ensure that bunks are [cleaned](#) thoroughly if assigned to a new occupant.)
  - ▪ Arrange bunks so that individuals sleep head to foot to increase the distance between them
  - ▪ Rearrange scheduled movements to minimize mixing of individuals from different housing areas

- o **Medical:**
  - ▪ If possible, designate a room near each housing unit to evaluate individuals with COVID-19 symptoms, rather than having them walk through the facility to be evaluated in the medical unit. If this is not feasible, consider staggering sick call.
  - ▪ Designate a room near the intake area to evaluate new entrants who are flagged by the intake screening process for COVID-19 symptoms or case contact, before they move to other parts of the facility.

√   **Communicate clearly and frequently with incarcerated/detained persons about changes to their daily routine and how they can contribute to risk reduction.**

√   **Note that if group activities are discontinued, it will be important to identify alternative forms of activity to support the mental health of incarcerated/detained persons.**

√   **Consider suspending work release programs and other programs that involve movement of incarcerated/detained individuals in and out of the facility.**

√   **Provide** up-to-date information about COVID-19 **to incarcerated/detained persons on a regular basis, including:**

    o   Symptoms of COVID-19 and its health risks

    o   Reminders to report COVID-19 symptoms to staff at the first sign of illness

√   **Consider having healthcare staff perform rounds on a regular basis to answer questions about COVID-19.**

## Prevention Practices for Staff

√   **Remind staff to stay at home if they are sick.** Ensure that staff are aware that they will not be able to enter the facility if they have symptoms of COVID-19, and that they will be expected to leave the facility as soon as possible if they develop symptoms while on duty.

√   **Perform verbal screening (for COVID-19 symptoms and close contact with cases) and temperature checks for all staff daily on entry.** See Screening section below for wording of screening questions and a recommended procedure to safely perform temperature checks.

    o   In very small facilities with only a few staff, consider self-monitoring or virtual monitoring (e.g., reporting to a central authority via phone).

    o   Send staff home who do not clear the screening process, and advise them to follow CDC-recommended steps for persons who are ill with COVID-19 symptoms.

√   **Provide staff with up-to-date information about COVID-19 and about facility policies on a regular basis, including:**

    o   Symptoms of COVID-19 and its health risks

    o   Employers' sick leave policy

    o   **If staff develop a fever, cough, or shortness of breath while at work:** immediately put on a face mask, inform supervisor, leave the facility, and follow CDC-recommended steps for persons who are ill with COVID-19 symptoms.

    o   **If staff test positive for COVID-19:** inform workplace and personal contacts immediately, and do not return to work until a decision to discontinue home medical isolation precautions is made. Monitor CDC guidance on discontinuing home isolation regularly as circumstances evolve rapidly.

    o   **If a staff member is identified as a close contact of a COVID-19 case (either within the facility or in the community):** self-quarantine at home for 14 days and return to work if symptoms do not develop. If symptoms do develop, follow CDC-recommended steps for persons who are ill with COVID-19 symptoms.

√   **If a staff member has a confirmed COVID-19 infection, the relevant employers should inform other staff about their possible exposure to COVID-19 in the workplace, but should maintain confidentiality as required by the Americans with Disabilities Act.**

    o   Employees who are close contacts of the case should then self-monitor for symptoms (i.e., fever, cough, or shortness of breath).

**113**

√ **When feasible and consistent with security priorities, encourage staff to maintain a distance of 6 feet or more from an individual with respiratory symptoms while interviewing, escorting, or interacting in other ways.**

√ **Ask staff to keep interactions with individuals with respiratory symptoms as brief as possible.**

## Prevention Practices for Visitors

√ **If possible, communicate with potential visitors to discourage contact visits in the interest of their own health and the health of their family members and friends inside the facility.**

√ **Perform verbal screening (for COVID-19 symptoms and close contact with cases) and temperature checks for all visitors and volunteers on entry.** See Screening section below for wording of screening questions and a recommended procedure to safely perform temperature checks.

  o Staff performing temperature checks should wear recommended PPE.

  o Exclude visitors and volunteers who do not clear the screening process or who decline screening.

√ **Provide alcohol-based hand sanitizer with at least 60% alcohol in visitor entrances, exits, and waiting areas.**

√ **Provide visitors and volunteers with information to prepare them for screening.**

  o Instruct visitors to postpone their visit if they have symptoms of respiratory illness.

  o If possible, inform potential visitors and volunteers before they travel to the facility that they should expect to be screened for COVID-19 (including a temperature check), and will be unable to enter the facility if they do not clear the screening process or if they decline screening.

  o Display signage outside visiting areas explaining the COVID-19 screening and temperature check process. Ensure that materials are understandable for non-English speakers and those with low literacy.

√ **Promote non-contact visits:**

  o Encourage incarcerated/detained persons to limit contact visits in the interest of their own health and the health of their visitors.

  o Consider reducing or temporarily eliminating the cost of phone calls for incarcerated/detained persons.

  o Consider increasing incarcerated/detained persons' telephone privileges to promote mental health and reduce exposure from direct contact with community visitors.

√ **Consider suspending or modifying visitation programs, if legally permissible. For example, provide access to virtual visitation options where available.**

  o If moving to virtual visitation, clean electronic surfaces regularly. (See Cleaning guidance below for instructions on cleaning electronic surfaces.)

  o Inform potential visitors of changes to, or suspension of, visitation programs.

  o Clearly communicate any visitation program changes to incarcerated/detained persons, along with the reasons for them (including protecting their health and their family and community members' health).

  o If suspending contact visits, provide alternate means (e.g., phone or video visitation) for incarcerated/detained individuals to engage with legal representatives, clergy, and other individuals with whom they have legal right to consult.

NOTE: Suspending visitation would be done in the interest of incarcerated/detained persons' physical health and the health of the general public. However, visitation is important to maintain mental health.

If visitation is suspended, facilities should explore alternative ways for incarcerated/detained persons to communicate with their families, friends, and other visitors in a way that is not financially burdensome for them. See above suggestions for promoting non-contact visits.

√ **Restrict non-essential vendors, volunteers, and tours from entering the facility.**

## Management

If there has been a suspected COVID-19 case inside the facility (among incarcerated/detained persons, staff, or visitors who have recently been inside), begin implementing Management strategies while test results are pending. Essential Management strategies include placing cases and individuals with symptoms under medical isolation, quarantining their close contacts, and facilitating necessary medical care, while observing relevant infection control and environmental disinfection protocols and wearing recommended PPE.

## Operations

√ **Implement alternate work arrangements deemed feasible in the** Operational Preparedness **section.**

√ **Suspend all transfers of incarcerated/detained persons to and from other jurisdictions and facilities (including work release where relevant), unless necessary for medical evaluation, medical isolation/quarantine, care, extenuating security concerns, or to prevent overcrowding.**

  o If a transfer is absolutely necessary, perform verbal screening and a temperature check as outlined in the Screening section below, before the individual leaves the facility. If an individual does not clear the screening process, delay the transfer and follow the protocol for a suspected COVID-19 case— including putting a face mask on the individual, immediately placing them under medical isolation, and evaluating them for possible COVID-19 testing. If the transfer must still occur, ensure that the receiving facility has capacity to appropriately isolate the individual upon arrival. Ensure that staff transporting the individual wear recommended PPE (see Table 1) and that the transport vehicle is cleaned thoroughly after transport.

√ **If possible, consider quarantining all new intakes for 14 days before they enter the facility's general population (SEPARATELY from other individuals who are quarantined due to contact with a COVID-19 case).** Subsequently in this document, this practice is referred to as **routine intake quarantine**.

√ **When possible, arrange lawful alternatives to in-person court appearances.**

√ **Incorporate screening for COVID-19 symptoms and a temperature check into release planning.**

  o Screen all releasing individuals for COVID-19 symptoms and perform a temperature check. (See Screening section below.)

    ▪ If an individual does not clear the screening process, follow the protocol for a suspected COVID-19 case—including putting a face mask on the individual, immediately placing them under medical isolation, and evaluating them for possible COVID-19 testing.

    ▪ If the individual is released before the recommended medical isolation period is complete, discuss release of the individual with state, local, tribal, and/or territorial health departments to ensure safe medical transport and continued shelter and medical care, as part of release planning. Make direct linkages to community resources to ensure proper medical isolation and access to medical care.

    ▪ Before releasing an incarcerated/detained individual with COVID-19 symptoms to a community-based facility, such as a homeless shelter, contact the facility's staff to ensure adequate time for them to prepare to continue medical isolation, or contact local public health to explore alternate housing options.

√ **Coordinate with state, local, tribal, and/or territorial health departments.**

  o When a COVID-19 case is suspected, work with public health to determine action. See Medical Isolation section below.

  o When a COVID-19 case is suspected or confirmed, work with public health to identify close contacts who should be placed under quarantine. See Quarantine section below.

  o Facilities with limited onsite medical isolation, quarantine, and/or healthcare services should coordinate closely with state, local, tribal, and/or territorial health departments when they encounter a confirmed or suspected case, in order to ensure effective medical isolation or quarantine, necessary medical evaluation and care, and medical transfer if needed. See Facilities with Limited Onsite Healthcare Services section.

## Hygiene

√ **Continue to ensure that hand hygiene supplies are well-stocked in all areas of the facility.** (See above.)

√ **Continue to emphasize practicing good hand hygiene and cough etiquette.** (See above.)

## Cleaning and Disinfecting Practices

√ **Continue adhering to recommended cleaning and disinfection procedures for the facility at large.** (See above.)

√ **Reference specific cleaning and disinfection procedures for areas where a COVID-19 case has spent time (below).**

## Medical Isolation of Confirmed or Suspected COVID-19 Cases

**NOTE: Some recommendations below apply primarily to facilities with onsite healthcare capacity. Facilities with Limited Onsite Healthcare Services, or without sufficient space to implement effective medical isolation, should coordinate with local public health officials to ensure that COVID-19 cases will be appropriately isolated, evaluated, tested (if indicated), and given care.**

√ **As soon as an individual develops symptoms of COVID-19, they should wear a face mask (if it does not restrict breathing) and should be immediately placed under medical isolation in a separate environment from other individuals.**

√ **Keep the individual's movement outside the medical isolation space to an absolute minimum.**

  o Provide medical care to cases inside the medical isolation space. See Infection Control and Clinical Care sections for additional details.

  o Serve meals to cases inside the medical isolation space.

  o Exclude the individual from all group activities.

  o Assign the isolated individual a dedicated bathroom when possible.

√ **Ensure that the individual is wearing a face mask at all times when outside of the medical isolation space, and whenever another individual enters.** Provide clean masks as needed. Masks should be changed at least daily, and when visibly soiled or wet.

√ **Facilities should make every possible effort to place suspected and confirmed COVID-19 cases under medical isolation individually. Each isolated individual should be assigned their own housing space and bathroom where possible.** Cohorting should only be practiced if there are no other available options.

    o  If cohorting is necessary:

        ▪ **Only individuals who are laboratory confirmed COVID-19 cases should be placed under medical isolation as a cohort. Do not cohort confirmed cases with suspected cases or case contacts.**

        ▪ Unless no other options exist, do not house COVID-19 cases with individuals who have an undiagnosed respiratory infection.

        ▪ Ensure that cohorted cases wear face masks at all times.

√ **In order of preference, individuals under medical isolation should be housed:**

    o  Separately, in single cells with solid walls (i.e., not bars) and solid doors that close fully

    o  Separately, in single cells with solid walls but without solid doors

    o  As a cohort, in a large, well-ventilated cell with solid walls and a solid door that closes fully. Employ social distancing strategies related to housing in the Prevention section above.

    o  As a cohort, in a large, well-ventilated cell with solid walls but without a solid door. Employ social distancing strategies related to housing in the Prevention section above.

    o  As a cohort, in single cells without solid walls or solid doors (i.e., cells enclosed entirely with bars), preferably with an empty cell between occupied cells. (Although individuals are in single cells in this scenario, the airflow between cells essentially makes it a cohort arrangement in the context of COVID-19.)

    o  As a cohort, in multi-person cells without solid walls or solid doors (i.e., cells enclosed entirely with bars), preferably with an empty cell between occupied cells. Employ social distancing strategies related to housing in the Prevention section above.

    o  Safely transfer individual(s) to another facility with available medical isolation capacity in one of the above arrangements
(NOTE—Transfer should be avoided due to the potential to introduce infection to another facility; proceed only if no other options are available.)

If the ideal choice does not exist in a facility, use the next best alternative.

√ **If the number of confirmed cases exceeds the number of individual medical isolation spaces available in the facility, be especially mindful of cases who are at higher risk of severe illness from COVID-19.** Ideally, they should not be cohorted with other infected individuals. If cohorting is unavoidable, make all possible accommodations to prevent transmission of other infectious diseases to the higher-risk individual. (For example, allocate more space for a higher-risk individual within a shared medical isolation space.)

    o  Persons at higher risk may include older adults and persons of any age with serious underlying medical conditions such as lung disease, heart disease, and diabetes. See CDC's website for a complete list, and check regularly for updates as more data become available to inform this issue.

    o  Note that incarcerated/detained populations have higher prevalence of infectious and chronic diseases and are in poorer health than the general population, even at younger ages.

√ **Custody staff should be designated to monitor these individuals exclusively where possible.** These staff should wear recommended PPE as appropriate for their level of contact with the individual under medical isolation (see PPE section below) and should limit their own movement between different parts of the facility to the extent possible.

√ **Minimize transfer of COVID-19 cases between spaces within the healthcare unit.**

√ **Provide individuals under medical isolation with tissues and, if permissible, a lined no-touch trash receptacle.** Instruct them to:

- o **Cover** their mouth and nose with a tissue when they cough or sneeze

- o **Dispose** of used tissues immediately in the lined trash receptacle

- o **Wash hands** immediately with soap and water for at least 20 seconds. If soap and water are not available, clean hands with an alcohol-based hand sanitizer that contains at least 60% alcohol (where security concerns permit). Ensure that hand washing supplies are continually restocked.

√ **Maintain medical isolation until all the following criteria have been met. Monitor the CDC website for updates to these criteria.**

**For individuals who will be tested to determine if they are still contagious:**

- ▪ The individual has been free from fever for at least 72 hours without the use of fever-reducing medications **AND**

- ▪ The individual's other symptoms have improved (e.g., cough, shortness of breath) **AND**

- ▪ The individual has tested negative in at least two consecutive respiratory specimens collected at least 24 hours apart

**For individuals who will NOT be tested to determine if they are still contagious:**

- ▪ The individual has been free from fever for at least 72 hours without the use of fever-reducing medications **AND**

- ▪ The individual's other symptoms have improved (e.g., cough, shortness of breath) **AND**

- ▪ At least 7 days have passed since the first symptoms appeared

**For individuals who had a confirmed positive COVID-19 test but never showed symptoms:**

- o At least 7 days have passed since the date of the individual's first positive COVID-19 test **AND**

- o The individual has had no subsequent illness

√ **Restrict cases from leaving the facility while under medical isolation precautions, unless released from custody or if a transfer is necessary for medical care, infection control, lack of medical isolation space, or extenuating security concerns.**

- o If an incarcerated/detained individual who is a COVID-19 case is released from custody during their medical isolation period, contact public health to arrange for safe transport and continuation of necessary medical care and medical isolation as part of release planning.

## Cleaning Spaces where COVID-19 Cases Spent Time

**Thoroughly clean and disinfect all areas where the confirmed or suspected COVID-19 case spent time. Note—these protocols apply to suspected cases as well as confirmed cases, to ensure adequate disinfection in the event that the suspected case does, in fact, have COVID-19. Refer to the Definitions section for the distinction between confirmed and suspected cases.**

- o Close off areas used by the infected individual. If possible, open outside doors and windows to increase air circulation in the area. Wait as long as practical, up to 24 hours under the poorest air exchange conditions (consult CDC Guidelines for Environmental Infection Control in Health-Care Facilities for wait time based on different ventilation conditions), before beginning to clean and disinfect, to minimize potential for exposure to respiratory droplets.

- o Clean and disinfect all areas (e.g., cells, bathrooms, and common areas) used by the infected individual, focusing especially on frequently touched surfaces (see list above in Prevention section).

**118**

√ **Hard (non-porous) surface cleaning and disinfection**

o If surfaces are dirty, they should be cleaned using a detergent or soap and water prior to disinfection.

o For disinfection, most common EPA-registered household disinfectants should be effective. Choose cleaning products based on security requirements within the facility.

  ▪ Consult a list of products that are EPA-approved for use against the virus that causes COVID-19. Follow the manufacturer's instructions for all cleaning and disinfection products (e.g., concentration, application method and contact time, etc.).

  ▪ Diluted household bleach solutions can be used if appropriate for the surface. Follow the manufacturer's instructions for application and proper ventilation, and check to ensure the product is not past its expiration date. Never mix household bleach with ammonia or any other cleanser. Unexpired household bleach will be effective against coronaviruses when properly diluted. Prepare a bleach solution by mixing:

    - 5 tablespoons (1/3rd cup) bleach per gallon of water or

    - 4 teaspoons bleach per quart of water

√ **Soft (porous) surface cleaning and disinfection**

o For soft (porous) surfaces such as carpeted floors and rugs, remove visible contamination if present and clean with appropriate cleaners indicated for use on these surfaces. After cleaning:

  ▪ If the items can be laundered, launder items in accordance with the manufacturer's instructions using the warmest appropriate water setting for the items and then dry items completely.

  ▪ Otherwise, use products that are EPA-approved for use against the virus that causes COVID-19 and are suitable for porous surfaces.

√ **Electronics cleaning and disinfection**

o For electronics such as tablets, touch screens, keyboards, and remote controls, remove visible contamination if present.

  ▪ Follow the manufacturer's instructions for all cleaning and disinfection products.

  ▪ Consider use of wipeable covers for electronics.

  ▪ If no manufacturer guidance is available, consider the use of alcohol-based wipes or spray containing at least 70% alcohol to disinfect touch screens. Dry surfaces thoroughly to avoid pooling of liquids.

Additional information on cleaning and disinfection of communal facilities such can be found on CDC's website.

√ **Ensure that staff and incarcerated/detained persons performing cleaning wear recommended PPE.** (See PPE section below.)

√ **Food service items.** Cases under medical isolation should throw disposable food service items in the trash in their medical isolation room. Non-disposable food service items should be handled with gloves and washed with hot water or in a dishwasher. Individuals handling used food service items should clean their hands after removing gloves.

√ Laundry from a COVID-19 cases **can be washed with other individuals' laundry.**

o Individuals handling laundry from COVID-19 cases should wear disposable gloves, discard after each use, and clean their hands after.

o Do not shake dirty laundry. This will minimize the possibility of dispersing virus through the air.

o Launder items as appropriate in accordance with the manufacturer's instructions. If possible, launder items using the warmest appropriate water setting for the items and dry items completely.

o   Clean and disinfect clothes hampers according to guidance above for surfaces. If permissible, consider using a bag liner that is either disposable or can be laundered.

√   **Consult** cleaning recommendations above **to ensure that transport vehicles are thoroughly cleaned after carrying a confirmed or suspected COVID-19 case.**

## Quarantining Close Contacts of COVID-19 Cases

**NOTE: Some recommendations below apply primarily to facilities with onsite healthcare capacity. Facilities without onsite healthcare capacity, or without sufficient space to implement effective quarantine, should coordinate with local public health officials to ensure that close contacts of COVID-19 cases will be effectively quarantined and medically monitored.**

√   **Incarcerated/detained persons who are close contacts of a** confirmed or suspected COVID-19 case **(whether the case is another incarcerated/detained person, staff member, or visitor) should be placed under quarantine for 14 days (see CDC guidelines).**

o   If an individual is quarantined due to contact with a suspected case who is subsequently tested for COVID-19 and receives a negative result, the quarantined individual should be released from quarantine restrictions.

√   **In the context of COVID-19, an individual (incarcerated/detained person or staff) is considered a close contact if they:**

o   Have been within approximately 6 feet of a COVID-19 case for a prolonged period of time OR

o   Have had direct contact with infectious secretions of a COVID-19 case (e.g., have been coughed on)

Close contact can occur while caring for, living with, visiting, or sharing a common space with a COVID-19 case. Data to inform the definition of close contact are limited. Considerations when assessing close contact include the duration of exposure (e.g., longer exposure time likely increases exposure risk) and the clinical symptoms of the person with COVID-19 (e.g., coughing likely increases exposure risk, as does exposure to a severely ill patient).

√   **Keep a quarantined individual's movement outside the quarantine space to an absolute minimum.**

o   Provide medical evaluation and care inside or near the quarantine space when possible.

o   Serve meals inside the quarantine space.

o   Exclude the quarantined individual from all group activities.

o   Assign the quarantined individual a dedicated bathroom when possible.

√   **Facilities should make every possible effort to quarantine close contacts of COVID-19 cases individually.** Cohorting multiple quarantined close contacts of a COVID-19 case could transmit COVID-19 from those who are infected to those who are uninfected. Cohorting should only be practiced if there are no other available options.

o   If cohorting of close contacts under quarantine is absolutely necessary, symptoms of all individuals should be monitored closely, and individuals with symptoms of COVID-19 should be placed under medical isolation immediately.

o   If an entire housing unit is under quarantine due to contact with a case from the same housing unit, the entire housing unit may need to be treated as a cohort and quarantine in place.

o   Some facilities may choose to quarantine all new intakes for 14 days before moving them to the facility's general population as a general rule (not because they were exposed to a COVID-19 case). Under this scenario, avoid mixing individuals quarantined due to exposure to a COVID-19 case with individuals undergoing routine intake quarantine.

o If at all possible, do not add more individuals to an existing quarantine cohort after the 14-day quarantine clock has started.

√ **If the number of quarantined individuals exceeds the number of individual quarantine spaces available in the facility, be especially mindful of those who are at higher risk of severe illness from COVID-19.** Ideally, they should not be cohorted with other quarantined individuals. If cohorting is unavoidable, make all possible accommodations to reduce exposure risk for the higher-risk individuals. (For example, intensify social distancing strategies for higher-risk individuals.)

√ **In order of preference, multiple quarantined individuals should be housed:**

o Separately, in single cells with solid walls (i.e., not bars) and solid doors that close fully

o Separately, in single cells with solid walls but without solid doors

o As a cohort, in a large, well-ventilated cell with solid walls, a solid door that closes fully, and at least 6 feet of personal space assigned to each individual in all directions

o As a cohort, in a large, well-ventilated cell with solid walls and at least 6 feet of personal space assigned to each individual in all directions, but without a solid door

o As a cohort, in single cells without solid walls or solid doors (i.e., cells enclosed entirely with bars), preferably with an empty cell between occupied cells creating at least 6 feet of space between individuals. (Although individuals are in single cells in this scenario, the airflow between cells essentially makes it a cohort arrangement in the context of COVID-19.)

o As a cohort, in multi-person cells without solid walls or solid doors (i.e., cells enclosed entirely with bars), preferably with an empty cell between occupied cells. Employ social distancing strategies related to housing in the Prevention section to maintain at least 6 feet of space between individuals housed in the same cell.

o As a cohort, in individuals' regularly assigned housing unit but with no movement outside the unit (if an entire housing unit has been exposed). Employ social distancing strategies related to housing in the Prevention section above to maintain at least 6 feet of space between individuals.

o Safely transfer to another facility with capacity to quarantine in one of the above arrangements

(NOTE—Transfer should be avoided due to the potential to introduce infection to another facility; proceed only if no other options are available.)

√ **Quarantined individuals should wear face masks if feasible based on local supply, as source control, under the following circumstances** (see PPE section and Table 1):

o If cohorted, quarantined individuals should wear face masks at all times (to prevent transmission from infected to uninfected individuals).

o If quarantined separately, individuals should wear face masks whenever a non-quarantined individual enters the quarantine space.

o All quarantined individuals should wear a face mask if they must leave the quarantine space for any reason.

o Asymptomatic individuals under routine intake quarantine (with no known exposure to a COVID-19 case) do not need to wear face masks.

√ **Staff who have close contact with quarantined individuals should wear recommended PPE if feasible based on local supply, feasibility, and safety within the scope of their duties** (see PPE section and Table 1).

o Staff supervising asymptomatic incarcerated/detained persons under routine intake quarantine (with no known exposure to a COVID-19 case) do not need to wear PPE.

**121**

√ **Quarantined individuals should be monitored for COVID-19 symptoms twice per day, including temperature checks.**

   o If an individual develops symptoms, they should be moved to medical isolation immediately and further evaluated. (See Medical Isolation section above.)

   o See Screening section for a procedure to perform temperature checks safely on asymptomatic close contacts of COVID-19 cases.

√ **If an individual who is part of a quarantined cohort becomes symptomatic:**

   o **If the individual is tested for COVID-19 and tests positive:** the 14-day quarantine clock for the remainder of the cohort must be reset to 0.

   o **If the individual is tested for COVID-19 and tests negative:** the 14-day quarantine clock for this individual and the remainder of the cohort does not need to be reset. This individual can return from medical isolation to the quarantined cohort for the remainder of the quarantine period.

   o **If the individual is not tested for COVID-19:** the 14-day quarantine clock for the remainder of the cohort must be reset to 0.

√ **Restrict quarantined individuals from leaving the facility (including transfers to other facilities) during the 14-day quarantine period, unless released from custody or a transfer is necessary for medical care, infection control, lack of quarantine space, or extenuating security concerns.**

√ **Quarantined individuals can be released from quarantine restrictions if they have not developed symptoms during the 14-day quarantine period.**

√ **Meals should be provided to quarantined individuals in their quarantine spaces.** Individuals under quarantine should throw disposable food service items in the trash. Non-disposable food service items should be handled with gloves and washed with hot water or in a dishwasher. Individuals handling used food service items should clean their hands after removing gloves.

√ **Laundry from quarantined individuals can be washed with other individuals' laundry.**

   o Individuals handling laundry from quarantined persons should wear disposable gloves, discard after each use, and clean their hands after.

   o Do not shake dirty laundry. This will minimize the possibility of dispersing virus through the air.

   o Launder items as appropriate in accordance with the manufacturer's instructions. If possible, launder items using the warmest appropriate water setting for the items and dry items completely.

   o Clean and disinfect clothes hampers according to guidance above for surfaces. If permissible, consider using a bag liner that is either disposable or can be laundered.

## Management of Incarcerated/Detained Persons with COVID-19 Symptoms

**NOTE: Some recommendations below apply primarily to facilities with onsite healthcare capacity. Facilities without onsite healthcare capacity or without sufficient space for medical isolation should coordinate with local public health officials to ensure that suspected COVID-19 cases will be effectively isolated, evaluated, tested (if indicated), and given care.**

√ **If possible, designate a room near each housing unit for healthcare staff to evaluate individuals with COVID-19 symptoms, rather than having them walk through the facility to be evaluated in the medical unit.**

√ **Incarcerated/detained individuals with COVID-19 symptoms should wear a face mask and should be placed under medical isolation immediately. Discontinue the use of a face mask if it inhibits breathing. See Medical Isolation section above.**

**122**

√ **Medical staff should evaluate symptomatic individuals to determine whether COVID-19 testing is indicated.** Refer to CDC guidelines for information on evaluation and testing. See Infection Control and Clinical Care sections below as well.

√ **If testing is indicated (or if medical staff need clarification on when testing is indicated), contact the state, local, tribal, and/or territorial health department. Work with public health or private labs as available to access testing supplies or services.**

   o If the COVID-19 test is positive, continue medical isolation. (See Medical Isolation section above.)

   o If the COVID-19 test is negative, return the individual to their prior housing assignment unless they require further medical assessment or care.

## Management Strategies for Incarcerated/Detained Persons without COVID-19 Symptoms

√ **Provide clear information to incarcerated/detained persons about the presence of COVID-19 cases within the facility, and the need to increase social distancing and maintain hygiene precautions.**

   o Consider having healthcare staff perform regular rounds to answer questions about COVID-19.

   o Ensure that information is provided in a manner that can be understood by non-English speaking individuals and those with low literacy, and make necessary accommodations for those with cognitive or intellectual disabilities and those who are deaf, blind, or low-vision.

√ **Implement daily temperature checks in housing units where COVID-19 cases have been identified, especially if there is concern that incarcerated/detained individuals are not notifying staff of symptoms.** See Screening section for a procedure to safely perform a temperature check.

√ **Consider additional options to intensify social distancing within the facility.**

## Management Strategies for Staff

√ **Provide clear information to staff about the presence of COVID-19 cases within the facility, and the need to enforce social distancing and encourage hygiene precautions.**

   o Consider having healthcare staff perform regular rounds to answer questions about COVID-19 from staff.

√ **Staff identified as close contacts of a COVID-19 case should self-quarantine at home for 14 days and may return to work if symptoms do not develop.**

   o See above for definition of a close contact.

   o Refer to CDC guidelines for further recommendations regarding home quarantine for staff.

## Infection Control

Infection control guidance below is applicable to all types of correctional facilities. Individual facilities should assess their unique needs based on the types of exposure staff and incarcerated/detained persons may have with confirmed or suspected COVID-19 cases.

√ **All individuals who have the potential for direct or indirect exposure to COVID-19 cases or infectious materials (including body substances; contaminated medical supplies, devices, and equipment; contaminated environmental surfaces; or contaminated air) should follow infection control practices outlined in the CDC Interim Infection Prevention and Control Recommendations for Patients with Suspected or Confirmed Coronavirus Disease 2019 (COVID-19) in Healthcare Settings. Monitor these guidelines regularly for updates.**

- o Implement the above guidance as fully as possible within the correctional/detention context. Some of the specific language may not apply directly to healthcare settings within correctional facilities and detention centers, or to facilities without onsite healthcare capacity, and may need to be adapted to reflect facility operations and custody needs.

- o Note that these recommendations apply to staff as well as to incarcerated/detained individuals who may come in contact with contaminated materials during the course of their work placement in the facility (e.g., cleaning).

√ **Staff should exercise caution when in contact with individuals showing symptoms of a respiratory infection.** Contact should be minimized to the extent possible until the infected individual is wearing a face mask. If COVID-19 is suspected, staff should wear recommended PPE (see PPE section).

√ **Refer to PPE section to determine recommended PPE for individuals persons in contact with confirmed COVID-19 cases, contacts, and potentially contaminated items.**

## Clinical Care of COVID-19 Cases

√ **Facilities should ensure that incarcerated/detained individuals receive medical evaluation and treatment at the first signs of COVID-19 symptoms.**

- o If a facility is not able to provide such evaluation and treatment, a plan should be in place to safely transfer the individual to another facility or local hospital.

- o The initial medical evaluation should determine whether a symptomatic individual is at higher risk for severe illness from COVID-19. Persons at higher risk may include older adults and persons of any age with serious underlying medical conditions such as lung disease, heart disease, and diabetes. See CDC's website for a complete list, and check regularly for updates as more data become available to inform this issue.

√ **Staff evaluating and providing care for confirmed or suspected COVID-19 cases should follow the CDC Interim Clinical Guidance for Management of Patients with Confirmed Coronavirus Disease (COVID-19) and monitor the guidance website regularly for updates to these recommendations.**

√ **Healthcare staff should evaluate persons with respiratory symptoms or contact with a COVID-19 case in a separate room, with the door closed if possible, while wearing recommended PPE and ensuring that the suspected case is wearing a face mask.**

- o If possible, designate a room near each housing unit to evaluate individuals with COVID-19 symptoms, rather than having them walk through the facility to be evaluated in the medical unit.

√ **Clinicians are strongly encouraged to test for other causes of respiratory illness (e.g., influenza).**

√ **The facility should have a plan in place to safely transfer persons with severe illness from COVID-19 to a local hospital if they require care beyond what the facility is able to provide.**

√ **When evaluating and treating persons with symptoms of COVID-19 who do not speak English, using a language line or provide a trained interpreter when possible.**

## Recommended PPE and PPE Training for Staff and Incarcerated/Detained Persons

√ **Ensure that all staff (healthcare and non-healthcare) and incarcerated/detained persons who will have contact with infectious materials in their work placements have been trained to correctly don, doff, and dispose of PPE relevant to the level of contact they will have with confirmed and suspected COVID-19 cases.**

**124**

- o Ensure that staff and incarcerated/detained persons who require respiratory protection (e.g., N95s) for their work responsibilities have been medically cleared, trained, and fit-tested in the context of an employer's respiratory protection program.
- o For PPE training materials and posters, please visit the CDC website on Protecting Healthcare Personnel.

√ **Ensure that all staff are trained to perform hand hygiene after removing PPE.**

√ **If administrators anticipate that incarcerated/detained persons will request unnecessary PPE, consider providing training on the different types of PPE that are needed for differing degrees of contact with COVID-19 cases and contacts, and the reasons for those differences (**see Table 1). **Monitor linked CDC guidelines in Table 1 for updates to recommended PPE.**

√ **Keep recommended PPE near the spaces in the facility where it could be needed, to facilitate quick access in an emergency.**

√ **Recommended PPE for incarcerated/detained individuals and staff in a correctional facility** will vary based on the type of contact they have with COVID-19 cases and their contacts (see Table 1). Each type of recommended PPE is defined below. **As above, note that PPE shortages are anticipated in every category during the COVID-19 response.**

- o **N95 respirator**

See below for guidance on when face masks are acceptable alternatives for N95s. N95 respirators should be prioritized when staff anticipate contact with infectious aerosols from a COVID-19 case.

- o **Face mask**
- o **Eye protection**—goggles or disposable face shield that fully covers the front and sides of the face
- o **A single pair of disposable patient examination gloves**

Gloves should be changed if they become torn or heavily contaminated.

- o **Disposable medical isolation gown or single-use/disposable coveralls, when feasible**
  - ▪ If custody staff are unable to wear a disposable gown or coveralls because it limits access to their duty belt and gear, ensure that duty belt and gear are disinfected after close contact with the individual. Clean and disinfect duty belt and gear prior to reuse using a household cleaning spray or wipe, according to the product label.
  - ▪ If there are shortages of gowns, they should be prioritized for aerosol-generating procedures, care activities where splashes and sprays are anticipated, and high-contact patient care activities that provide opportunities for transfer of pathogens to the hands and clothing of staff.

√ **Note that shortages of all PPE categories are anticipated during the COVID-19 response, particularly for non-healthcare workers. Guidance for optimizing the supply of each category can be found on CDC's website:**

- o **Guidance in the event of a shortage of N95 respirators**
  - ▪ Based on local and regional situational analysis of PPE supplies, **face masks are an acceptable alternative when the supply chain of respirators cannot meet the demand.** During this time, available respirators should be prioritized for staff engaging in activities that would expose them to respiratory aerosols, which pose the highest exposure risk.
- o **Guidance in the event of a shortage of face masks**
- o **Guidance in the event of a shortage of eye protection**
- o **Guidance in the event of a shortage of gowns/coveralls**

**Table 1. Recommended Personal Protective Equipment (PPE) for Incarcerated/Detained Persons and Staff in a Correctional Facility during the COVID-19 Response**

| Classification of Individual Wearing PPE | N95 respirator | Face mask | Eye Protection | Gloves | Gown/ Coveralls |
|---|---|---|---|---|---|
| **Incarcerated/Detained Persons** | | | | | |
| Asymptomatic incarcerated/detained persons (under quarantine as close contacts of a COVID-19 case*) | Apply face masks for source control as feasible based on local supply, especially if housed as a cohort | | | | |
| Incarcerated/detained persons who are confirmed or suspected COVID-19 cases, or showing symptoms of COVID-19 | – | ✓ | – | – | – |
| Incarcerated/detained persons in a work placement handling laundry or used food service items from a COVID-19 case or case contact | – | – | – | ✓ | ✓ |
| Incarcerated/detained persons in a work placement cleaning areas where a COVID-19 case has spent time | Additional PPE may be needed based on the product label. See CDC guidelines for more details. | | | ✓ | ✓ |
| **Staff** | | | | | |
| Staff having direct contact with asymptomatic incarcerated/detained persons under quarantine as close contacts of a COVID-19 case* (but not performing temperature checks or providing medical care) | – | Face mask, eye protection, and gloves as local supply and scope of duties allow. | | | – |
| Staff performing temperature checks on any group of people (staff, visitors, or incarcerated/detained persons), or providing medical care to asymptomatic quarantined persons | – | ✓ | ✓ | ✓ | ✓ |
| Staff having direct contact with (including transport) or offering medical care to confirmed or suspected COVID-19 cases (see CDC infection control guidelines) | ✓** | | ✓ | ✓ | ✓ |
| Staff present during a procedure on a confirmed or suspected COVID-19 case that may generate respiratory aerosols (see CDC infection control guidelines) | ✓ | – | ✓ | ✓ | ✓ |
| Staff handling laundry or used food service items from a COVID-19 case or case contact | – | – | – | ✓ | ✓ |
| Staff cleaning an area where a COVID-19 case has spent time | Additional PPE may be needed based on the product label. See CDC guidelines for more details. | | | ✓ | ✓ |

\*   If a facility chooses to routinely quarantine all new intakes (without symptoms or known exposure to a COVID-19 case) before integrating into the facility's general population, face masks are not necessary.

\*\* A NIOSH-approved N95 is preferred. However, based on local and regional situational analysis of PPE supplies, face masks are an acceptable alternative when the supply chain of respirators cannot meet the demand. During this time, available respirators should be prioritized for procedures that are likely to generate respiratory aerosols, which would pose the highest exposure risk to staff.

# Verbal Screening and Temperature Check Protocols for Incarcerated/Detained Persons, Staff, and Visitors

The guidance above recommends verbal screening and temperature checks for incarcerated/detained persons, staff, volunteers, and visitors who enter correctional and detention facilities, as well as incarcerated/detained persons who are transferred to another facility or released from custody. Below, verbal screening questions for COVID-19 symptoms and contact with known cases, and a safe temperature check procedure are detailed.

√ **Verbal screening for symptoms of COVID-19 and contact with COVID-19 cases should include the following questions:**

- o *Today or in the past 24 hours, have you had any of the following symptoms?*
  - ▪ *Fever, felt feverish, or had chills?*
  - ▪ *Cough?*
  - ▪ *Difficulty breathing?*
- o *In the past 14 days, have you had contact with a person known to be infected with the novel coronavirus (COVID-19)?*

√ **The following is a protocol to safely check an individual's temperature:**

- o Perform hand hygiene
- o Put on a face mask, eye protection (goggles or disposable face shield that fully covers the front and sides of the face), gown/coveralls, and a single pair of disposable gloves
- o Check individual's temperature
- o **If performing a temperature check on multiple individuals, ensure that a clean pair of gloves is used for each individual and that the thermometer has been thoroughly cleaned in between each check.** If disposable or non-contact thermometers are used and the screener did not have physical contact with an individual, gloves do not need to be changed before the next check. If non-contact thermometers are used, they should be cleaned routinely as recommended by CDC for infection control.
- o Remove and discard PPE
- o Perform hand hygiene

**127**

| **MANAGEMENT & TRAINING CORPORATION** | Serial No. | Effective Date | Page |
|---|---|---|---|
| | 904D.03 | May 3, 2020 | 1 of 3 |
| | Approved *Scott Marquardt* | | |

Title

## RETURN TO WORK POST COVID-19 EXPOSURE - CORRECTIONS

MTC 210

### A. POLICY

It is the policy of Management & Training Corporation (MTC) to return staff to work following exposure to COVID-19 in a safe and expeditious manner in accordance with Center for Disease Control (CDC) guidance, relevant jurisdictional authority, and contract agency directives.

All MTC sites will implement mandatory social distancing strategies on an individual, group, and operational level in order to reduce the transmission of COVID-19 and mitigate the impact of staff quarantine due to close contact.

### B. DEFINITIONS

1. Asymptomatic:  Without symptoms.

2. Close Contact:

   a) Being less than six feet for fifteen continuous minutes or more from a person with symptomatic COVID-19 during the period from 48 hours prior to symptoms onset until the individual meets criteria for discontinuing home isolation.

   b) Living with or providing care to an individual with symptomatic COVID-19.

   c) Close contact time frames may need to be reconsidered when the individual has symptoms (e.g., coughing likely increases exposure risk) and whether the individual was wearing a facemask (which can efficiently block respiratory secretions from contaminating others and the environment).

3. Essential Critical Infrastructure Worker:  Includes, among other workers, personnel providing security services, including correctional staff.

4. Fever:  Having a subjective fever (feeling feverish) or a measured temperature of 100.4°F (38°C) or higher.

5. Respiratory Symptoms:  Cough or shortness of breath.

6. Symptoms:  Cough, shortness of breath, or fever.

7. Social Distancing:  Remaining at least six feet from others.

### C. PROCEDURE

1. Employees Who Have Had Close Contact with a Person with Positive COVID-19 Diagnosis

   a) Generally, MTC will direct all employees who have had close contact with an individual with a positive COVID-19 test result to quarantine at home until fourteen days have passed since the last exposure.  If the employee remains asymptomatic after the 14-day quarantine period, they may return to work.

   b) Under certain circumstances a facility, with approval of the Senior Vice President, the Regional Vice President, and the Corporate Medical Director may allow an asymptomatic essential critical infrastructure worker to return to work after less than fourteen days from exposure if the following circumstances are met:

| MANAGEMENT & TRAINING CORPORATION | Serial No. 904D.03 | Effective Date May 3, 2020 | Page 2 of 3 |
|---|---|---|---|
| | Approved *Scott Marquardt* | | |

Title

## RETURN TO WORK POST COVID-19 EXPOSURE - CORRECTIONS

MTC 210

1) The Warden and Regional Vice President determine there are critical staffing needs based on the facility emergency staffing plan that necessitate using a shorter quarantine duration to maintain a safe and secure operation.

2) The employee's temperature is taken and their symptoms assessed each day prior to the start of work.  The temperature must be taken in the absence of any fever reducing medications taken within the past 24 hours.

3) The employee should continue to self-monitor for symptoms under the supervision of the facility's risk manager or similar personnel.

4) The employee wears a face mask at all times while in the workplace for a period of fourteen days since their last exposure.  The face mask can be cloth as described in CDC guidance.

5) The employee should maintain six feet from others and practice social distancing as work duties permit.

6) The facility must continue to clean and disinfect all areas such as offices, restrooms, common areas, and shared electronic equipment regularly.

7) If the employee (or any other employee) becomes sick during the workday, they must immediately be sent home and surfaces in their workspace cleaned and disinfected.  They should be asked who they had contact with during the time they had symptoms and two days prior to the symptoms.

c) Regardless of the length of quarantine, all employees exposed to an individual with a positive COVID-19 test should self-monitor for symptoms including checking their temperature twice a day and watching for fever, cough, or shortness of breath.

d) If any employee has symptoms, they should remain at home and contact their health care provider.  They may not return to work until at least ten days have passed since the initial onset of the symptoms, and at least three days have passed without a fever (achieved without fever reducing medication) and improvement in respiratory symptoms.

2. Employees Who Have Tested Positive for COVID-19

a) If the employee has a positive COVID-19 test result and symptoms, they may return to work under the following conditions:

1) Resolution of fever without the use of fever reducing medications within the last 24 hours;

2) Improvement in respiratory symptoms; and

3) Negative results of an FDA Emergency Use Authorized molecular assay test for COVID-19 from at least two consecutive tests collected more than 24 hours apart.

OR:

1) At least three days (72 hours) have passed since recovery defined as resolution of fever without the use of fever reducing medications and improvement in respiratory symptoms; and

2) At least ten days have passed since symptoms first appeared.

Supersedes MTC Policy 904D.03 Return to Work Post COVID-19 Exposure - Corrections
dated 20 April 2020

**129**

| **MANAGEMENT & TRAINING CORPORATION** | Serial No. | Effective Date | Page |
|---|---|---|---|
| | 904D.03 | May 3, 2020 | 3 of 3 |
| | Approved *Scott Marquardt* | | |

Title

## RETURN TO WORK POST COVID-19 EXPOSURE - CORRECTIONS

MTC 210

b)  If the employee has a positive COVID-19 test result but is asymptomatic, they may return to work under the following conditions:

1)  At least ten days have passed since the date of their first positive COVID-19 test result and the employee has no subsequent illness.

c)  After returning to work, any employee with a prior positive test result shall:

1)  Wear a mask in the workplace at all times until symptoms are completely resolved or until 14 days after illness onset, whichever is longer.

2)  Be restricted from contact with severely immunocompromised patients (e.g., transplant, hematology-oncology) until 14 days after illness onset.

3)  Practice good hand hygiene, respiratory hygiene, and cough etiquette; and

4)  Self-monitor for symptoms, and seek reevaluation from a health care provider if symptoms recur or worsen.