# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## DECLARATION OF JAMISON MATUSZEWSKI
## DEPUTY FIELD OFFICE DIRECTOR
## IMMIGRATION AND CUSTOMS ENFORCEMENT
## ENFORCEMENT AND REMOVAL OPERATIONS

I, Jamison R. Matuszewski, Deputy Field Office Director, make the following statements under oath and subject to the penalty of perjury.

1.     I am employed by U.S. Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO). I currently serve as Deputy Field Office Director of the ICE/ERO San Diego Field Office.

2.     I am making this declaration at the request of the Office of the U.S. Attorney to assist this Court regarding the prospective custody status of the petitioners/plaintiffs in this case, namely Petitioner/Plaintiffs Calderon-Lopez, Mary Doe, Alcantara, and Osorio Reyna, all of whom were released from custody on Orders of Supervision in April 2020, as well as information on certain detainees recently booked into the Otay Mesa Detention Center (OMDC) and Imperial Regional Detention Facility (IRDF).

3.     None of Petitioners/Plaintiffs and no other detainee who has been released from OMDC or IRDF during the course of this litigation will be re-detained at either of those facilities or at any other facility within the control of San Diego ERO absent a material change in circumstances beyond the government's control, and consistent with CDC guidelines, ICE guidance, and all other applicable laws and court orders.

4.     Currently ICE ERO San Diego has detained seven individuals who tested positive for COVID-19 at the time of apprehension.

1

a. On or about August 4, 2020, four individuals were booked into IRDF after being apprehended by U.S. Border Patrol (USBP) near Calexico, CA, after illegally crossing into the United States through Mexico. These individuals tested positive for COVID-19 after apprehension and were booked into IRDF and, upon arrival, placed in quarantine in the negative pressure rooms at IRDF's medical housing unit. These individuals will remain in quarantine for 14 days. Apart from these individuals, IRDF has not had a detainee test positive since May 29, 2020.

b. On or about August 5, 2020, three individuals were booked into OMDC after being apprehended by USBP near Calexico, CA, after illegally crossing into the United States through Mexico. These individuals tested positive for COVID-19 after apprehension and were booked into OMDC and, upon arrival, placed in quarantine in OMDC's medical housing unit. These individuals will remain in quarantine for 14 days. Apart from these individuals, OMDC has not had an ICE detainee test positive since June 30, 2020. Whole facility testing was conducted at OMDC on July 7 - 9, 2020 when approximately 286 ICE detainees were tested except for 44 ICE detainees who declined to be tested. From that testing, there were no new COVID-19 positive test results from ICE detainees.

DATED: August 10, 2020

Jamison R. Matuszewski
Deputy Field Office Director
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
San Diego Field Office

2

20cv0756 DMS AHG