UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN RODRIGUEZ ALCANTARA; YASMANI OSORIO REYNA; MARIA FLOR CALDERON LOPEZ; and MARY DOE, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs-Petitioners,<br><br>v.<br><br>GREGORY ARCHAMBEAULT, *et al.*,<br><br>Defendants-Respondents. | Case No.: 3:20-cv-00756-DMS-AHG<br><br>**ORDER:**<br><br>**(1) SETTING CASE MANAGEMENT CONFERENCE; and**<br><br>**(2) FINDING PLAINTIFF-PETITIONERS' MOTION FOR EARLY DISCOVERY [ECF No. 126] MOOT** |

In light of District Judge Sabraw's October 19, 2020 order denying Defendants-Respondents ("Defendants") motion to dismiss (ECF No. 130), the Court finds it appropriate to **SET** a **telephonic**, **attorneys-only** Case Management Conference ("CMC") pursuant to Fed. R. Civ. P 16(b) for **November 19, 2020** at **3:00 p.m.** Counsel shall call the chambers teleconference line at **1- 877-873-8018** and use **8367902** as the access code.

The Court orders the following to occur before the CMC:

1. The parties must meet and confer pursuant to Fed. R. Civ. P. 26(f) no later than **October 30, 2020**.

///

2. The parties must file a Joint Case Management Statement by **November 9, 2020**. The Joint Case Management Statement must address all points in the "Joint Case Management Statement Requirements for Magistrate Judge Allison H. Goddard," which can be found at: https://www.casd.uscourts.gov/Judges/goddard/docs/Goddard%20Joint%20Case%20Management%20Statement%20Rules.pdf. Additionally, the parties shall address whether it would be appropriate or productive for the Court to schedule an Early Neutral Evaluation Conference in this case.

3. Initial disclosures pursuant to Rule 26(a)(1)(A-D) must occur by **November 12, 2020**.

Additionally, the Court finds that Plaintiff-Petitioners' Motion for Early Discovery is **MOOT** in light of the parties' obligation to meet and confer under Rule 26(f). *See* ECF No. 126 at 2 (Plaintiff-Petitioners sought early discovery pursuant to Rule 26(d) of the Federal Rules of Civil Procedure, which requires a court order before a party may seek discovery in advance of the Rule 26(f) conference).

**IT IS SO ORDERED.**

Dated:  October 26, 2020

_____
Honorable Allison H. Goddard
United States Magistrate Judge