UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN RODRIGUEZ ALCANTARA, et al.,<br><br>                    Plaintiff-Petitioners,<br><br>v.<br><br>GREGORY J. ARCHAMBEAULT, San Diego Field Office Director, Immigration and Customs Enforcement, et al.,<br><br>                    Defendant-Respondents. | Case No.: 3:20cv756-DMS-AHG<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND DISCOVERY DISPUTE DEADLINE**<br><br>**[ECF No. 154]** |

By joint motion, Plaintiffs request an extension of the January 21, 2020 deadline to raise discovery disputes with the Court arising from Federal Defendants' December 7, 2020 discovery responses to Plaintiffs' first sets of Interrogatories and Requests for Production. ECF No. 154. Specifically, Plaintiffs ask that the deadline be continued to March 5, 2021. *Id.*

Under Fed. R. Civ. P 16(b)(4), "[a] schedule may be modified only for good cause and with the judge's consent." "Good cause" is a non-rigorous standard that has been construed broadly across procedural and statutory contexts. *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010). The good cause standard focuses on the diligence of the party seeking to amend the scheduling order and the reasons for seeking

modification. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). In this case, the parties have not requested any previous extensions. The record before the Court demonstrates that they are meeting and conferring and diligently working together to resolve their discovery disputes. Accordingly, the Court finds good cause to **GRANT** the request.

Plaintiff shall have until **March 5, 2021** to raise any discovery disputes as to Federal Defendants' discovery responses to Plaintiffs' first sets of Interrogatories and Requests for Production.

**IT IS SO ORDERED.**

Dated: January 22, 2021

_____
Honorable Allison H. Goddard
United States Magistrate Judge