UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN RODRIGUEZ ALCANTARA, et al.,<br><br>        Plaintiff-Petitioners,<br><br>v.<br><br>GREGORY J. ARCHAMBEAULT, San Diego Field Office Director, Immigration and Customs Enforcement, et al.,<br><br>        Defendant-Respondents. | Case No.:  3:20-cv-00756-DMS-AHG<br><br>**ORDER SETTING SETTLEMENT CONFERENCE** |

The undersigned has held settlement discussions with both sides in this matter and a related matter in this Court, *Alvarez et al. v. LaRose et al.*, Case No. 3:20-cv-00782-DMS-AHG, on an ongoing basis. *See* ECF Nos. 173, 175.

To continue those efforts to facilitate an agreeable stipulation between the parties, the Court will hold an additional Settlement Conference with counsel for both sides, in both this matter and the *Alvarez* matter, on **June 11, 2021** at **2:00 PM** before Magistrate Judge Allison Goddard. All conference discussions will be informal, off the record, and confidential.

\\

\\

The following **Mandatory Procedures** will govern the conference:

1. **Personal Attendance of Parties Excused:** As with prior settlement discussions, all principal attorney(s) responsible for the litigation must attend the Settlement Conference via video. Respondents and Petitioners are excused from personal attendance. Litigation counsel attending the Settlement Conference on behalf of Respondents must be authorized to negotiate and recommend settlement offers to the government official(s) with ultimate settlement authority. All who attend must be legally and factually prepared to discuss and resolve the case.

2. **Appearances via Videoconference Required:** Like prior settlement discussions, the Settlement Conference will take place via videoconference, using the Court's official Zoom.gov account. One business day before the conference, the Court will send the Zoom invitation to all counsel who have previously participated in settlement discussions in both this case and the *Alvarez* matter. No later than **June 9, 2021**, counsel must notify the Court at efile_goddard@casd.uscourts.gov of any change to the participant list for their client(s), and must provide the email addresses for any additional participants.

**IT IS SO ORDERED.**

Dated: June 4, 2021

_____
Honorable Allison H. Goddard
United States Magistrate Judge