ACLU FOUNDATION OF SAN DIEGO & IMPERIAL COUNTIES
MONIKA Y. LANGARICA (308518)
(mlangarica@aclusandiego.org)
JONATHAN MARKOVITZ (301767)
(jmarkovitz@aclusandiego.org)
BARDIS VAKILI (247783)
(bvakili@aclusandiego.org)
DAVID LOY (229235)
(davidloy@aclusandiego.org)
P.O. Box 87131
San Diego, California 92138-7131
Telephone: (619) 398-4493

COOLEY LLP
JOHN HEMANN (165823)
(jhemann@cooley.com)
ALEXANDER GALICKI (308737)
(agalicki@cooley.com)
ALEXANDRA EBER (*Pro Hac Vice)*
(aeber@cooley.com)
ELLIE W. BARCZAK (329180)
(ebarczak@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Counsel for Plaintiff-Petitioners

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Adrian RODRIGUEZ ALCANTARA, et al.,

Plaintiff-Petitioners,

v.

Gregory J. ARCHAMBEAULT, San Diego Field Office Director, Immigration and Customs Enforcement, et al.,

Defendant-Respondents.

Case No. 20-cv-756-DMS-AHG

**JOINT MOTION FOR 30 DAY EXTENSION TO ALL PENDING COURT AND DISCOVERY DEADLINES TO ALLOW PARTIES TO ENGAGE IN CONFIDENTIAL SETTLEMENT NEGOTIATIONS**

Judge: Hon. Dana Sabraw

Plaintiff-Petitioners ("Plaintiffs") and Defendant-Respondent Archambeault, in his official capacity as San Diego Field Office Director for Immigration and Customs Enforcement and Defendant-Respondents LaRose and Marrero (hereinafter the "Defendants" and collectively, the "Parties"), by and through their respective counsel of record, hereby jointly move, for good cause shown, to extend by 30 days all pending Court and discovery deadlines, including the June 18, 2021 deadline to raise discovery disputes with the Court, the June 22, 2021 deadline to move for class certification, and all other pending discovery deadlines stemming from the parties' pending discovery requests.

Having met and conferred, the parties agree and stipulate as follows:

1. On November 20, 2020, this Court issued a Scheduling Order Regulating Discovery and Other Pre-trial Proceedings. ECF No. 149. The Order directs the Parties to complete fact and expert discovery by August 27, 2021, with any motion for class certification to be filed on or before April 23, 2021, among other deadlines. Barczak Decl. ¶ 3. The Parties have diligently pursued discovery since the Order was issued. Barczak Decl. ¶ 4. The Parties have met and conferred about several discovery disputes, filed two joint motions to extend discovery dispute deadlines in attempts to resolve the disputes without Court intervention, which the Court granted, ECF Nos. 155, 160, and raised one dispute with the Court, ECF No. 156, which resulted in the Parties resolving the dispute without further Court intervention, Barczak Decl. ¶ 4. The Parties continue to meet and confer to resolve remaining disputes. *Id.* On April 16, 2021, the Court stayed all deadlines for 60 days to allow the parties to engage in confidential settlement negotiations. ECF No. 172.

2. The Parties continue to engage in good faith efforts to resolve this case through settlement. Barczak Decl. ¶ 5. On April 2, 2021, the Parties confirmed their mutual interest in pursuing potential settlement. *Id.* On April 6, 2021, Plaintiffs sent confidential correspondence regarding potential settlement terms, pursuant to Fed. R. Evid. 408. *Id.* On May 14, Defendants responded with a settlement counterproposal.

*Id.* On May 19, 2021, the Parties participated in separate settlement conference calls with the Court. *Id.* ¶ 6. Since then, the Parties have submitted draft stay proposals with the Court and have continued to participate in follow up conference calls with the Court. *Id.* ¶ 6.

3. The next scheduled settlement conference with the Court is set for June 11, 2021. ECF No. 176. This is the same date as the deadline for Plaintiffs to respond to Defendants' first round of written discovery requests, six days before the deadline for Defendants to respond to Plaintiffs' third round of written discovery, seven days before the deadline for Plaintiffs to raise discovery disputes with the Court regarding prior discovery responses, and eleven days before the deadline for Plaintiffs' class certification motion.

Because the Parties request additional time to determine whether continued settlement discussions will be fruitful in resolving this matter, they jointly seek to extend all pending Court and discovery deadlines by 30 days in order to facilitate such discussions. Specifically, the Parties seek to extend all Court deadlines, including:

- Deadline to motion for class certification (June 22, 2021);
- Deadline to designate and disclose experts (August 20, 2021);
- Deadline to designate and disclose rebuttal experts (September 19, 2021);
- Deadline to serve any reply expert disclosures (October 10, 2021);
- Deadline to complete fact and expert discovery (October 26, 2021);
- Deadline to file pretrial motions (November 23, 2021); and,
- All other deadlines in the Court's Scheduling Order.

The Parties also stipulate to extend all deadlines to respond to or raise disputes regarding all currently pending discovery requests, including:

- Deadline for Plaintiffs to respond to Defendants' first set of requests for production of documents and first set of interrogatories (June 11,

2021);

- Deadline for Defendants to respond to Plaintiffs' third set of requests for production of documents and third set of interrogatories (June 17, 2021);
- Deadline for Plaintiffs to raise discovery disputes with the Court arising from the Defendants' December 7, 2020, and January 19, 2021, discovery responses to Plaintiffs' first sets of interrogatories and requests for production (June 18, 2021);
- Deadline for Plaintiffs to raise discovery disputes regarding Defendants' respective responses to Plaintiffs' second set of requests for production of documents and second set of interrogatories (July 12, 2021); and,
- All other deadlines arising from any Parties' discovery requests.

Should settlement discussions break down the Parties will promptly notify the Court. Barczak Decl. ¶¶ 6–7.

Dated: June 8, 2021

Respectfully Submitted,

By: */s/ Alexander Galicki*

John Hemann
Alexander Galicki
Alexandra Eber (Pro Hac Vice)
Ellie W. Barczak
jhemann@cooley.com
agalicki@cooley.com
aeber@cooley.com
ebarczak@cooley.com

COOLEY LLP

Monika Y. Langarica
Jonathan Markovitz
Bardis Vakili
David Loy

ACLU FOUNDATION OF SAN DIEGO & IMPERIAL COUNTIES

Counsel for Plaintiff-Petitioners

Dated: June 8, 2021

STRUCK LOVE BOJANOWSKI & ACEDO, PLC

By: /s/ *Rachel Love*

Jacob B. Lee
Daniel P. Struck
Rachel Love
Nicholas D. Acedo
jlee@strucklove.com
dstruck@strucklove.com
rlove@strucklove.com
nacedo@strucklove.com

Matt Mahoney
mahoney@wmalawfirm.com
WITHAM MAHONEY & ABBOTT, LLP

Attorneys for Defendant-Respondent LaRose

Dated: June 8, 2021

ROBERT S. BREWER JR.
United States Attorney

By: */s/ Betsey Boutelle*
Katherine L. Parker
Chief, Civil Division
Samuel W. Bettwy
Assistant U.S. Attorney
Rebecca G. Church
Assistant U.S. Attorney
Betsey Boutelle
Assistant U.S. Attorney
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
katherine.parker@usdoj.gov
samuel.bettwy@usdoj.gov
rebecca.church@usdoj.gov
Betsey.Boutelle@usdoj.gov

Attorneys for Federal Respondents

Dated: June 8, 2021

HIGGS FLETCHER & MACK LLP

By: */s/ John J. Rice*
John J. Rice
401 West "A" Street, Suite 2600
San Diego, CA 92101-7913
ricej@higgslaw.com

Attorney for Defendant-Respondent Marrero

**Signature Certification**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual of the United States District Court for the Southern District of California, I hereby certify that the content of this document is acceptable to counsel for the parties, and that I have obtained authorization to affix their electronic signatures to this document.

Dated: June 8, 2021

By: */s/ Alexander Galicki*
*Alexander Galicki*

251679274