1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adrian RODRIGUEZ ALCANTARA, et al.,<br><br>Plaintiff-Petitioners,<br><br>v.<br><br>Gregory J. ARCHAMBEAULT, San Diego Field Office Director, Immigration and Customs Enforcement, et al.,<br><br>Defendant-Respondents. | Case No. 20-cv-756-DMS-AHG<br><br>**ORDER GRANTING JOINT MOTION FOR 30 DAY EXTENSION TO ALL PENDING COURT AND DISCOVERY DEADLINES TO ALLOW PARTIES TO ENGAGE IN CONFIDENTIAL SETTLEMENT NEGOTIATIONS** |

23
24
25
26
27
28

**ORDER**
20-CV-756-DMS-AHG

251680532

On June 8, 2021, the Parties filed a Joint Motion for 30 Day Extension to All Pending Court and Discovery Deadlines to Allow Parties to Engage in Confidential Settlement Negotiations.  Good cause appearing, the Court **GRANTS** the Joint Motion in its entirety.

The Court extends all pending Court and discovery deadlines for 30 days as set forth in the Joint Motion.  Should settlement discussions break down, the Parties will promptly notify the Court.

IT IS SO ORDERED.

Dated:  June 18, 2021

Hon. Dana M. Sabraw, Chief Judge
United States District Court