# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN RODRIGUEZ ALCANTARA, et al., <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> GREGORY J. ARCHAMBEAULT, San Diego Filed Office Director, ICE; et al., <br><br> Defendants-Respondents. | Case No. 20cv0756 DMS AHG <br><br> **ORDER GRANTING JOINT MOTION RE: STAY** |

FOR GOOD CAUSE SHOWN, the Joint Motion Re: Stay is GRANTED. This litigation is STAYED for a period of ninety (90) days from the date of this order.

1. The case and all deadlines are hereby stayed for ninety (90) days, and all hearing dates will be taken off calendar, to be re-calendared should the stay be lifted.

2. Defendants shall provide Plaintiffs with a defined set of data at agreed-upon intervals, as negotiated with Magistrate Judge Allison H. Goddard and confirmed in Judge Goddard's email to the parties dated July 9, 2021.

//
//
//

3. Any party can move the Court to lift the stay for good cause shown before the end of the ninety (90) day period. Failure by Defendants to provide the data described in paragraph 1 above shall constitute good cause for lifting the stay.

IT IS ORDERED.

Dated: July 16, 2021

_____
Hon. Dana M. Sabraw, Chief Judge
United States District Court