| | |
|---|---|
| ACLU FOUNDATION OF SAN DIEGO & IMPERIAL COUNTIES<br>JONATHAN MARKOVITZ (301767)<br>(jmarkovitz@aclu-sdic.org)<br>BARDIS VAKILI (247783)<br>(bvakili@aclu-sdic.org)<br>P.O. Box 87131<br>San Diego, California 92138-7131<br>Telephone: (619) 398-4493 | AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>KYLE VIRGIEN (278747)<br>(kvirgien@aclu.org)<br>39 Drumm Street<br>San Francisco, CA 94111-4805<br>Telephone: (415) 621-2493 |
| COOLEY LLP<br>JOHN HEMANN (165823)<br>(jhemann@cooley.com)<br>ALEXANDER GALICKI (308737)<br>Washington, DC 20004<br>(agalicki@cooley.com)<br>ALEXANDRA EBER (*Pro Hac Vice*)<br>(aeber@cooley.com)<br>ELLIE W. BARCZAK (329180)<br>(ebarczak@cooley.com)<br>3 Embarcadero Center, 20th Floor<br>San Francisco, California 94111-4004<br>Telephone: (415) 693-2000<br>Facsimile: (415) 693-2222 | COOLEY LLP<br>MATT NGUYEN (329151)<br>(mnguyen@cooley.com)<br>1299 Pennsylvania Avenue NW, Suite 700<br>Washington, DC 20004<br>Telephone: (202) 842-7800<br>Facsimile: (202) 842-7899 |

Counsel for Plaintiff-Petitioners

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adrian RODRIGUEZ ALCANTARA, et al.,<br><br>Plaintiff-Petitioners,<br><br>v.<br><br>Gregory J. ARCHAMBEAULT, San Diego Field Office Director, Immigration and Customs Enforcement, et al.,<br><br>Defendant-Respondents. | Case No.: 3:20-cv-00756-DMS-AHG<br><br>**JOINT MOTION TO EXTEND STAY** |

1 | Having met and conferred in connection with the expiring stay entered in this litigation on July 16, 2021 and subsequently extended on October 14, 2021 for ninety (90) days), January 13, 2022 for ninety (90) days, and April 28, 2022 for ninety (90) days, the parties hereby jointly move the Court to extend the stay for an additional period until October 11, 2022. The parties have reinitiated settlement negotiations and believe a further extension of the stay would improve the productivity of those negotiations. The parties request that the following terms remain in place during the extension of the stay:

1. Defendants agree to provide Plaintiffs with a defined set of data at agreed-upon intervals, as negotiated with Magistrate Judge Allison H. Goddard and confirmed in Judge Goddard's email to the parties dated July 9, 2021.

2. Any party can move the Court to lift the stay for good cause shown before October 11, 2022. Failure by Defendants to provide the data described in paragraph 1 above shall constitute good cause for lifting the stay.

| | | |
|---|---|---|
| 1 | Dated: July 18, 2022 | Respectfully Submitted, |
| 2 | | |
| 3 | | By: /s/ *Alexander Galicki* |
| 4 | | John Hemann<br>Alexander Galicki |
| 5 | | Alexandra Eber (*Pro Hac Vice*)<br>Ellie W. Barczak |
| 6 | | Matt K. Nguyen<br>jhemann@cooley.com |
| 7 | | agalicki@cooley.com<br>aeber@cooley.com |
| 8 | | ebarczak@cooley.com<br>mnguyen@cooley.com |
| 9 | | COOLEY LLP |
| 10 | | Jonathan Markovitz |
| 11 | | Bardis Vakili<br>David Loy |
| 12 | | ACLU FOUNDATION OF SAN DIEGO & IMPERIAL COUNTIES |
| 13 | | Kyle Virgien |
| 14 | | ACLU FOUNDATION |
| 15 | | Counsel for Plaintiff-Petitioners |
| 16 | | |
| 17 | Dated: July 18, 2022 | STRUCK LOVE BOJANOWSKI & ACEDO, PLC |
| 18 | | |
| 19 | | By: /s/ *Rachel Love* |
| 20 | | Jacob B. Lee<br>Daniel P. Struck |
| 21 | | Rachel Love<br>Nicholas D. Acedo |
| 22 | | jlee@strucklove.com<br>dstruck@strucklove.com |
| 23 | | rlove@strucklove.com<br>nacedo@strucklove.com |
| 24 | | Matt Mahoney |
| 25 | | mahoney@wmalawfirm.com<br>WITHAM MAHONEY & ABBOTT, LLP |
| 26 | | |
| 27 | | Attorneys for Defendant-Respondent LaRose |
| 28 | | |

| | | |
|---|---|---|
| 1 | Dated: July 18, 2022 | RANDY S. GROSSMAN.<br>Acting United States Attorney |
| 2 | | |
| 3 | | By: /s/ Samuel W. Bettwy |
| 4 | | Katherine L. Parker<br>Chief, Civil Division |
| 5 | | Samuel W. Bettwy<br>Assistant U.S. Attorney |
| 6 | | Betsey Boutelle<br>Assistant U.S. Attorney |
| 7 | | Office of the U.S. Attorney<br>880 Front Street, Room 6293 |
| 8 | | San Diego, CA 92101-8893<br>katherine.parker@usdoj.gov |
| 9 | | samuel.bettwy@usdoj.gov<br>rebecca.church@usdoj.gov |
| 10 | | Betsey.Boutelle@usdoj.gov |
| 11 | | Attorneys for Federal Respondents |
| 12 | Dated: July 18, 2022 | HIGGS FLETCHER & MACK LLP |
| 13 | | |
| 14 | | By: /s/ John J. Rice<br>John J. Rice |
| 15 | | 401 West "A" Street, Suite 2600<br>San Diego, CA 92101-7913 |
| 16 | | ricej@higgslaw.com |
| 17 | | Attorney for Defendant-Respondent<br>Marrero |

**Signature Certification**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual of the United States District Court for the Southern District of California, I hereby certify that the content of this document is acceptable to counsel for the parties, and that I have obtained authorization to affix their electronic signatures to this document.

Dated:  July 18, 2022

By: /s/ *Alexander Galicki*
    *Alexander Galicki*

267176872