UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adrian RODRIGUEZ ALCANTARA, et al.,<br><br>  Plaintiff-Petitioners,<br><br>    v.<br><br>Gregory J. ARCHAMBEAULT, San Diego Field Office Director, Immigration and Customs Enforcement, et al.,<br><br>  Defendant-Respondents. | Case No. 20-cv-756-DMS-AHG<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND STAY** |

FOR GOOD CAUSE SHOWN, the Joint Motion to Extend Stay is GRANTED. This litigation is STAYED through October 11, 2022.

1. The case and all deadlines are hereby stayed for through October 11, 2022, and all hearing dates and deadlines will remain off calendar, to be re-calendared should the stay be lifted.

2. Defendants shall provide Plaintiffs with a defined set of data at agreed-upon intervals, as negotiated with Magistrate Judge Allison H. Goddard and confirmed in Judge Goddard's email to the parties dated July 9, 2021.

3. Any party can move the Court to lift the stay for good cause shown before October 11, 2022. Failure by Defendants to provide the data described in paragraph 1 above shall constitute good cause for lifting the stay.

IT IS ORDERED.

Dated: July 19, 2022

Hon. Dana M. Sabraw
United States District Judge

267302690