```
 1  RANDY S. GROSSMAN, Jr.
    United States Attorney
 2  KATHERINE L. PARKER, SBN 335097
    Chief, Civil Division
 3  BRETT NORRIS, SBN 224875
 4  Deputy Chief, Civil Division
    SAMUEL W. BETTWY, SBN 94918
 5  Assistant United States Attorney
 6  COLIN M. MCDONALD
    Assistant U.S. Attorney
 7  California Bar No.: 286561
 8  Office of the U.S. Attorney
    880 Front Street, Room 6293
 9  San Diego, CA 92101
    Tel: (619) 546-7634/7620/7125
10  Fax: (619) 546-7754
11  Email: Katherine.parker@usdoj.gov / brett.norris@usdoj.gov /
12  Samuel.bettwy@usdoj.gov / Colin.McDonald@usdoj.gov
13  Attorneys for the Federal Defendants-Respondents
```

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| ADRIAN RODRIGUEZ ALCANTARA, et al., | Case No.: 20cv0756-DMS-AHG |
|---|---|
| Plaintiff-Petitioners, | NOTICE OF APPEARANCE and REMOVAL OF ATTORNEY |
| v. | |
| GREGORY J. ARCHAMBEAULT, San Diego Field Office Director, ICE; et al., | |
| Defendant. | |

I, Colin M. McDonald, enter my appearance as counsel in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

<u>Name</u>

Colin M. McDonald

Samuel W. Bettwy

Betsey Boutelle

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case:

<u>Name</u>

Brett Norris

Please call me if you have any questions about this notice.

DATED: December 16, 2022           Respectfully submitted,

RANDY S. GROSSMAN, Jr.
United States Attorney

KATHERINE L. PARKER
Chief, Civil Division

BRETT NORRIS
Deputy Chief, Civil Division
Assistant U.S. Attorney

SAMUEL W. BETTWY
Assistant U.S. Attorney

 s/ Colin M. McDonald
COLIN M. MCDONALD
Assistant United States Attorney
Attorneys for the United States