ACLU FOUNDATION OF SAN DIEGO & IMPERIAL COUNTIES
JONATHAN MARKOVITZ (301767)
(jmarkovitz@aclu-sdic.org)
39 Drumm Street
P.O. Box 87131
San Diego, California 92138-7131
Telephone: (619) 398-4493

AMERICAN CIVIL LIBERTIES UNION FOUNDATION
KYLE VIRGIEN (278747)
(kvirgien@aclu.org)
San Francisco, CA 94111-4805
Telephone: (415) 621-2493

COOLEY LLP
JOHN HEMANN (165823)
(jhemann@cooley.com)
ALEXANDER GALICKI (308737)
Washington, DC 20004
(agalicki@cooley.com)
ALEXANDRA EBER (*Pro Hac Vice*)
(aeber@cooley.com)
ELLIE W. BARCZAK (329180)
(ebarczak@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

COOLEY LLP
MATT NGUYEN (329151)
(mnguyen@cooley.com)
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
Facsimile: (202) 842-7899

Counsel for Plaintiff-Petitioners

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adrian RODRIGUEZ ALCANTARA, et al.,<br><br>Plaintiff-Petitioners,<br><br>v.<br><br>Gregory J. ARCHAMBEAULT, San Diego Field Office Director, Immigration and Customs Enforcement, et al.,<br><br>Defendant-Respondents. | Case No.: 3:20-cv-00756-DMS-AHG<br><br>**JOINT MOTION TO CONTINUE THE HEARING FOR DEFENDANT-RESPONDENTS' MOTIONS FOR JUDGMENT ON THE PLEADINGS AND/OR FOR DISMISSAL** |

1  Plaintiff-Petitioners ("Plaintiffs") and Defendant-Respondent Archambeault, in his official capacity as San Diego Field Office Director for Immigration and Customs Enforcement and Defendant-Respondents LaRose and Marrero (hereinafter the "Defendants" and collectively, the "Parties"), by and through their respective counsel, jointly move, for good cause shown, to continue the hearing for this Court to hear Defendants' concurrent motions for Judgment on the Pleadings and/or for Dismissal Due to Lack of Subject Matter Jurisdiction (Dkt. Nos. 201 and 202), and joinder therein (Dkt. No. 203) (the "Hearing").

Having met and conferred the Parties agree as follows:

2. On December 12, 2022, the Parties agreed to a 30-day continuance for the Hearing, from January 6, 2023 until February 3, 2023, in order to accommodate counsels' holiday and vacation schedules.

Because the Parties agree on the above, they jointly ask this Court to continue the Hearing date from January 6, 2023, to February 3, 2023 or another similar date the Court deems appropriate.

| | | | |
|---|---|---|---|
| 1 | Dated: | December 19, 2022 | Respectfully Submitted, |

By: /s/ *Ellie W. Barczak*
John Hemann
Alexander Galicki
Alexandra Eber (*Pro Hac Vice*)
Ellie W. Barczak
Matt K. Nguyen
jhemann@cooley.com
agalicki@cooley.com
aeber@cooley.com
ebarczak@cooley.com
mnguyen@cooley.com

COOLEY LLP

Jonathan Markovitz

ACLU FOUNDATION OF SAN DIEGO & IMPERIAL COUNTIES

Kyle Virgien

ACLU FOUNDATION

Counsel for Plaintiff-Petitioners

Dated: December 19, 2022

STRUCK LOVE BOJANOWSKI & ACEDO, PLC

By: /s/ *Rachel Love*
Jacob B. Lee
Daniel P. Struck
Rachel Love
Nicholas D. Acedo
jlee@strucklove.com
dstruck@strucklove.com
rlove@strucklove.com
nacedo@strucklove.com

Matt Mahoney
mahoney@wmalawfirm.com
WITHAM MAHONEY & ABBOTT, LLP

Attorneys for Defendant-Respondent LaRose

| | | |
|---|---|---|
| Dated: | December 19, 2022 | RANDY S. GROSSMAN.<br>Acting United States Attorney |

By: /s/ *Samuel W. Bettwy*

    Katherine L. Parker
    Chief, Civil Division
    Samuel W. Bettwy
    Assistant U.S. Attorney
    Brett Norris
    Assistant U.S. Attorney
    Office of the U.S. Attorney
    880 Front Street, Room 6293
    San Diego, CA 92101-8893
    Katherine.Parker@usdoj.gov
    Samuel.Bettwy@usdoj.gov
    Brett.Norris@usdoj.gov

Attorneys for Federal Respondents

| | | |
|---|---|---|
| Dated: | December 19, 2022 | HIGGS FLETCHER & MACK LLP |

By: /s/ *John J. Rice*

    John J. Rice
    401 West "A" Street, Suite 2600
    San Diego, CA 92101-7913
    ricej@higgslaw.com

Attorney for Defendant-Respondent Marrero

**Signature Certification**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual of the United States District Court for the Southern District of California, I hereby certify that the content of this document is acceptable to counsel for the parties, and that I have obtained authorization to affix their electronic signatures to this document.

Dated:  December 19, 2022

By: /s/ Ellie W. Barczak
Ellie W. Barczak

278968349