1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adrian RODRIGUEZ ALCANTARA, et al., | Case No. 20-cv-756-DMS-AHG |
| Plaintiff-Petitioners, | **ORDER GRANTING JOINT MOTION TO CONTINUE THE HEARING FOR DEFENDANT-RESPONDENTS' MOTIONS FOR JUDGMENT ON THE PLEADINGS AND/OR FOR DISMISSAL** |
| v. | |
| Gregory J. ARCHAMBEAULT, San Diego Field Office Director, Immigration and Customs Enforcement, et al., | |
| Defendant-Respondents. | |

1    On December 19, 2022, the parties filed a Joint Motion to Continue the
2 Hearing for Plaintiffs' Opposition to Defendant-Respondents' Motion for Judgment
3 on the Pleadings and/or for Dismissal. Good cause appearing, the Court **GRANTS**
4 the Joint Motion in its entirety. The hearing for the abovementioned motions will
5 be continued to Friday, February 3, 2023, at 1:30 p.m.
6    No other dates set by the Court shall be modified based on this Order.
7    IT IS ORDERED.
8 Dated: December 20, 2022

_____
Hon. Dana M. Sabraw, Chief Judge
United States District Court