ACLU FOUNDATION OF SAN DIEGO & IMPERIAL COUNTIES
JONATHAN MARKOVITZ (301767)
(jmarkovitz@aclu-sdic.org)
39 Drumm Street
P.O. Box 87131
San Diego, California 92138-7131
Telephone: (619) 398-4493

AMERICAN CIVIL LIBERTIES UNION FOUNDATION
KYLE VIRGIEN (278747)
(kvirgien@aclu.org)
San Francisco, CA 94111-4805
Telephone: (415) 621-2493

COOLEY LLP
JOHN HEMANN (165823)
(jhemann@cooley.com)
ALEXANDER GALICKI (308737)
(agalicki@cooley.com)
ALEXANDRA EBER (*Pro Hac Vice*)
(aeber@cooley.com)
ELLIE W. BARCZAK (329180)
(ebarczak@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

COOLEY LLP
MATT NGUYEN (329151)
(mnguyen@cooley.com)
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
Facsimile: (202) 842-7899

Counsel for Plaintiff-Petitioners

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adrian RODRIGUEZ ALCANTARA, et al., <br><br> Plaintiff-Petitioners, <br><br> v. <br><br> Gregory J. ARCHAMBEAULT, San Diego Field Office Director, Immigration and Customs Enforcement, et al., <br><br> Defendant-Respondents. | Case No.: 3:20-cv-00756-DMS-AHG <br><br> **JOINT MOTION TO CONTINUE THE HEARING FOR DEFENDANT-RESPONDENTS' MOTION FOR JUDGMENT ON THE PLEADINGS AND/OR FOR DISMISSAL** |

  Plaintiff-Petitioners ("Plaintiffs") and Defendant-Respondent Archambeault, in his official capacity as San Diego Field Office Director for Immigration and Customs Enforcement and Defendant-Respondents LaRose and Marrero (hereinafter the "Defendants" and collectively, the "Parties"), by and through their respective counsel, jointly move, for good cause shown, to continue the hearing for this Court to hear Defendants' concurrent motions for Judgment on the Pleadings and/or for Dismissal Due to Lack of Subject Matter Jurisdiction (Dkt. Nos. 201 and 202), and joinder therein (Dkt. No. 203) (the "Hearing").

  Having met and conferred the Parties agree and stipulate as follows:

  1. The parties to *Alvarez v. LaRose*, 3:20-cv-00782-DMS-AHG, a related litigation before this Court including, like this case, claims by persons detained at the Otay Mesa Detention Center, have filed a joint motion with this Court seeking a 21-day continuance for an upcoming hearing on a motion to dismiss in that matter, seeking to move the hearing from February 3, 2023, to February 24, 2023, or another date the Court deems appropriate. To promote judicial efficiency, the Parties jointly request the same continuance in this matter so the hearing dates in both matters are aligned. Because the Parties agree on the above, they jointly ask this Court to continue the Hearing date to February 24, 2023, or another date the Court deems appropriate, so that the motions in both cases are heard on the same date.

| | | |
|---|---|---|
| 1 | Dated: January 19, 2023 | Respectfully Submitted, |
| 2 | | |
| 3 | | By: /s/ *Ellie W. Barczak* |
| 4 | | John Hemann<br>Alexander Galicki |
| 5 | | Alexandra Eber (*Pro Hac Vice*)<br>Ellie W. Barczak |
| 6 | | Matt K. Nguyen<br>jhemann@cooley.com |
| 7 | | agalicki@cooley.com<br>aeber@cooley.com |
| 8 | | ebarczak@cooley.com<br>mnguyen@cooley.com |
| 9 | | COOLEY LLP |
| 10 | | Jonathan Markovitz |
| 11 | | ACLU FOUNDATION OF SAN DIEGO & IMPERIAL COUNTIES |
| 12 | | Kyle Virgien |
| 13 | | ACLU FOUNDATION |
| 14 | | Counsel for Plaintiff-Petitioners |
| 15 | | |
| 16 | Dated: January 19, 2023 | STRUCK LOVE BOJANOWSKI & ACEDO, PLC |
| 17 | | By: /s/ *Rachel Love* |
| 18 | | Jacob B. Lee<br>Daniel P. Struck |
| 19 | | Rachel Love<br>Nicholas D. Acedo |
| 20 | | jlee@strucklove.com<br>dstruck@strucklove.com |
| 21 | | rlove@strucklove.com<br>nacedo@strucklove.com |
| 22 | | |
| 23 | | Matt Mahoney<br>mahoney@wmalawfirm.com<br>WITHAM MAHONEY & ABBOTT, LLP |
| 24 | | |
| 25 | | Attorneys for Defendant-Respondent LaRose |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| Dated: | January 19, 2023 | RANDY S. GROSSMAN.<br>Acting United States Attorney<br><br>By: /s/ *Samuel W. Bettwy*<br><br>Katherine L. Parker<br>Chief, Civil Division<br>Samuel W. Bettwy<br>Assistant U.S. Attorney<br>Colin McDonald<br>Assistant U.S. Attorney<br>Office of the U.S. Attorney<br>880 Front Street, Room 6293<br>San Diego, CA 92101-8893<br>Katherine.Parker@usdoj.gov<br>Samuel.Bettwy@usdoj.gov<br>Colin.McDonald@usdoj.gov<br><br>Attorneys for Federal Respondents |
| Dated: | January 19, 2023 | HIGGS FLETCHER & MACK LLP<br><br>By: /s/ *John J. Rice*<br>John J. Rice<br>401 West "A" Street, Suite 2600<br>San Diego, CA 92101-7913<br>ricej@higgslaw.com<br><br>Attorney for Defendant-Respondent Marrero |

**Signature Certification**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual of the United States District Court for the Southern District of California, I hereby certify that the content of this document is acceptable to counsel for the parties, and that I have obtained authorization to affix their electronic signatures to this document.

Dated:  January 19, 2023

By: /s/ Ellie W. Barczak
    *Ellie W. Barczak*