UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adrian RODRIGUEZ ALCANTARA, et al.,<br><br>Plaintiff-Petitioners,<br><br>v.<br><br>Gregory J. ARCHAMBEAULT, San Diego Field Office Director, Immigration and Customs Enforcement, et al.,<br><br>Defendant-Respondents. | Case No. 20-cv-756-DMS-AHG<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE THE HEARING FOR DEFENDANT-RESPONDENTS' MOTION FOR JUDGMENT ON THE PLEADINGS AND/OR FOR DISMISSAL** |

1   On January 19, 2023, the parties filed a Joint Motion to Continue the Hearing for Plaintiffs' Opposition to Defendant-Respondents' Motion for Judgment on the Pleadings and/or for Dismissal. Good cause appearing, the Court **GRANTS** the Joint Motion in its entirety. The hearing for the above-mentioned motions will be continued to Friday, March 3, 2023, at 1:30 p.m.

No other dates set by the Court shall be modified based on this Order.

IT IS ORDERED.

Dated: January 19, 2023

Hon. Dana M. Sabraw, Chief Judge
United States District Court