STRUCK LOVE BOJANOWSKI & ACEDO, PLC
Daniel P. Struck, AZ Bar #012377
*(admitted pro hac vice)*
Rachel Love, AZ Bar #019881
*(admitted pro hac vice)*
Nicholas D. Acedo, AZ Bar #021644
*(admitted pro hac vice)*
Jacob B. Lee, AZ Bar #030371
*(admitted pro hac vice)*
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Tel.: (480) 420-1600
Fax: (480) 420-1695
dstruck@strucklove.com
rlove@strucklove.com
nacedo@strucklove.com
jlee@strucklove.com

WITHAM MAHONEY & ABBOTT, LLP
Matt Mahoney, Esq., CA Bar # 211184
401 B Street, Suite 2220
San Diego, CA 92101
Tel.: (619) 407-0505
Fax: (619) 872-0711
mahoney@wmalawfirm.com

Attorneys for Defendant-Respondent LaRose

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adrian Rodriguez Alcantara, et al.,<br><br>    Plaintiffs-Petitioners,<br><br>v.<br><br>Gregory J. Archambeault, San Diego Field Office Director, Immigration and Customs Enforcement, et al.,<br><br>    Defendants-Respondents. | No. 3:20-cv-00756-DMS-AHG<br><br>**DEFNDANT-RESPONDENT LAROSE'S UNOPPOSED MOTION FOR LEAVE TO APPEAR TELEPHONICALLY AT THE HEARING ON THE FEDERAL DEFENDANTS-RESPONDENTS' MOTION FOR JUDGMENT ON THE PLEADINGS AND/OR FOR DISMISSAL**<br><br>Date: March 3, 2023<br>Time: 1:30 p.m.<br>Courtroom: 13A<br>Judge: Honorable Dana M. Sabraw |

Pursuant to CivLR 7.1(d)(2), Defendant-Respondent Warden LaRose respectfully requests that he be permitted to appear telephonically at the hearing on

Federal Defendants-Respondents' Motion for Judgment on the Pleadings and/or for Dismissal Due to Lack of Subject-Matter Jurisdiction ("MJP") (Dkt. 201) scheduled for March 3, 2023 at 1:30 p.m. (Dkt. 208.)

Jacob B. Lee, counsel for Warden LaRose, is located in Chandler, Arizona. Traveling from Arizona to California to attend oral argument necessarily requires air travel. This hearing, however, will consist solely of attorney argument and does not require testimony or evidentiary findings. Counsel for Warden LaRose does not anticipate arguing at the hearing, as Warden LaRose joined in the Federal Defendants-Respondents' MJP (Dkt. 203) but did not file a separate Motion of his own, such that argument on the MJP will be handled by counsel for the Federal Defendants-Respondents, who are local and will be participating in-person. Allowing counsel for Warden LaRose to participate by telephone will conserve resources and will in no way adversely affect either Warden LaRose's participation at the hearing or the Court's ability to receive argument on the MJP.

Therefore, and good cause appearing, Defendant-Respondent Warden LaRose respectfully requests that the Court grant his Motion to Appear Telephonically at the Hearing on the Federal Defendants-Respondents' Motion for Judgment on the Pleadings and/or for Dismissal Due to Lack of Subject-Matter Jurisdiction set for March 3, 2023. Counsel for Warden LaRose has contacted counsel for the other parties, who have stated they do not oppose this request.

Dated: February 24, 2023

By s/ Jacob B. Lee
Daniel P. Struck
dstruck@strucklove.com
Rachel Love
rlove@strucklove.com
Nicholas D. Acedo
nacedo@strucklove.com
Jacob B. Lee
jlee@strucklove.com
STRUCK LOVE BOJANOWSKI & ACEDO, PLC

Matt Mahoney, Esq.
WITHAN MAHONEY & ABBOTT, LLP
mahoney@wmalawfirm.com

Attorneys for Defendant-Respondent LaRose

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 24, 2023], to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.

Dated: February 24, 2023

By s/ Jacob B. Lee