UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| ADRIAN RODRIGUEZ ALCANTARA; YASMANI OSORIO REYNA; MARIA FLOR CALDERON LOPEZ; MARY DOE; on behalf of themselves and all others similarly situated, | Case No.: 20cv0756 DMS (AHG) |
|---|---|
| Plaintiffs-Petitioners, | **ORDER RE: ORAL ARGUMENT** |
| v. | |
| GREGORY ARCHAMBEAULT, San Diego Field Office Director, Immigration and Customs Enforcement; et al., | |
| Defendants-Respondents. | |

Defendants' motions for judgment on the pleadings and/or for dismissal are currently scheduled for hearing on March 3, 2023. The Court finds these matters suitable

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

for decision without oral argument pursuant to Civil Local Rule 7.1(d)(1). Accordingly, the March 3, 2023 hearing is vacated.[1]

**IT IS SO ORDERED**.

Dated: February 28, 2023

                                                                                                    _____
Hon. Dana M. Sabraw, Chief Judge
United States District Court

---

[1] In light of this Order, Defendant LaRose's motion to leave to appear telephonically at the hearing is denied as moot.