ACLU FOUNDATION OF SAN
DIEGO & IMPERIAL COUNTIES
JONATHAN MARKOVITZ (301767)
(jmarkovitz@aclu-sdic.org)
P.O. Box 87131
San Diego, California 92138-7131
Telephone: (619) 398-4493

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
KYLE VIRGIEN (278747)
(kvirgien@aclu.org)
39 Drumm Street
San Francisco, CA 94111-4805
Telephone: (415) 621-2493

LAW OFFICE OF BARDIS VAKILI P.C.
BARDIS VAKILI (247783)
(bardis@vakililegal.com)
ACLU Foundation of San Diego &
Imperial Counties - Cooperating
Attorney
P.O. Box 234160, Encinitas, CA 92023
Telephone: (619) 483-3490

COOLEY LLP
JOHN HEMANN (165823)
(jhemann@cooley.com)
ELLIE W. BARCZAK (329180)
(ebarczak@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA, 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

ALEXANDER GALICKI (308737)
(agalicki@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, CA 90401-4100
Telephone: (310) 883-6400
Facsimile: (310) 883-6500

ALEXANDRA EBER (*Pro Hac Vice*)
(aeber@cooley.com)
1299 Pennsylvania Ave, NW, Suite 700
Washington, DC 20004-2400
Telephone: (202) 842-7800
Facsimile: (202) 842-7899

Counsel for Plaintiff-Petitioners

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adrian RODRIGUEZ ALCANTARA, et al., <br><br> Plaintiff-Petitioners, <br><br> v. <br><br> Gregory J. ARCHAMBEAULT, San Diego Field Office Director, Immigration and Customs Enforcement, et al., <br><br> Defendant-Respondents. | Case No. 20-cv-756-DMS-AHG <br><br> **NOTICE OF APPEARANCE OF BARDIS VAKILI** <br><br> Judge:   Hon. Dana Sabraw |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as cooperating counsel on behalf of the ACLU Foundation of San Diego & Imperial Counties, representing Plaintiff-Petitioners with co-counsel in the above-captioned case. I certify that I am admitted to practice in the U.S. District Court for the Southern District of California. I am registered to receive all Notices of Electronic Filings through the CM/ECF system under the email: bvakili@vakililegal.com.

Respectfully submitted,

DATED: April 17, 2023

LAW OFFICE OF BARDIS VAKILI

**s/ Bardis Vakili**
BARDIS VAKILI

Attorney for Plaintiff-Petitioners