| | |
|---|---|
| ACLU FOUNDATION OF SAN DIEGO & IMPERIAL COUNTIES<br>JONATHAN MARKOVITZ (301767)<br>(jmarkovitz@aclu-sdic.org)<br>P.O. Box 87131<br>San Diego, California 92138-7131<br>Telephone: (619) 398-4493 | COOLEY LLP<br>JOHN HEMANN (165823)<br>(jhemann@cooley.com)<br>ELLIE W. BARCZAK (329180)<br>(ebarczak@cooley.com)<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA, 94111-4004<br>Telephone: (415) 693-2000<br>Facsimile: (415) 693-2222 |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>KYLE VIRGIEN (278747)<br>(kvirgien@aclu.org)<br>39 Drumm Street<br>San Francisco, CA 94111-4805<br>Telephone: (415) 621-2493 | ALEXANDER GALICKI (308737)<br>(agalicki@cooley.com)<br>1333 2nd Street, Suite 400<br>Santa Monica, CA 90401-4100<br>Telephone: (310) 883-6400<br>Facsimile: (310) 883-6500 |
| LAW OFFICE OF BARDIS VAKILI P.C.<br>BARDIS VAKILI (247783)<br>(bardis@vakililegal.com)<br>ACLU Foundation of San Diego & Imperial Counties - Cooperating Attorney<br>P.O. Box 234160, Encinitas, CA 92023<br>Telephone: (619) 483-3490 | ALEXANDRA EBER (*Pro Hac Vice*)<br>(aeber@cooley.com)<br>1299 Pennsylvania Ave, NW, Suite 700<br>Washington, DC 20004-2400<br>Telephone: (202) 842-7800<br>Facsimile: (202) 842-7899 |

Counsel for Plaintiff-Petitioners

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adrian RODRIGUEZ ALCANTARA, et al.,<br><br>    Plaintiff-Petitioners,<br><br>v.<br><br>Gregory J. ARCHAMBEAULT, San Diego Field Office Director, Immigration and Customs Enforcement, et al.,<br><br>    Defendant-Respondents. | Case No. 20-cv-756-DMS-AHG<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL, JONATHAN MARKOVITZ**<br><br>Judge:   Hon. Dana Sabraw |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

Please be advised that Jonathan Markovitz hereby withdraws as counsel for Plaintiff-Petitioners in the above captioned matter, as he will no longer be working for the ACLU Foundation of San Diego & Imperial Counties as of April 14, 2023. Plaintiff-Petitioners remain represented by their other attorneys of record, including attorneys for the ACLU National Prison Project, Cooley LLP, and the ACLU Foundation of San Diego & Imperial County. Therefore, no substitution of counsel will be necessary. Please remove Jonathan Markovitz from the docket as counsel of record.

Respectfully submitted,

DATED: April 17, 2023

ACLU FOUNDATION OF SAN DIEGO & IMPERIAL COUNTIES

**s/ Jonathan Markovitz**
JONATHAN MARKOVITZ

Attorney for Plaintiff-Petitioners