JOHN J. RICE (Bar No. 140865)
ricej@higgslaw.com
KYLE W. NAGEOTTE (Bar No. 285599)
nageottek@higgslaw.com
**HIGGS FLETCHER & MACK LLP**
401 West A Street, Suite 2600
San Diego, CA  92101-7910
Telephone:   (619) 236-1551
Facsimile:    (619) 696-1410

Attorneys for Defendant
SIXTO MARRERO, Facility Administrator,
Imperial Regional Detention Facility

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN RODRIGUEZ ALCANTARA; YASMANI OSORIO REYNA; MARIA FLOR CALDERON LOPEZ; MARY DOE; on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GREGORY ARCHAMBEAULT, San Diego Field Office Director, Immigration and Customs Enforcement; et al.,<br><br>Defendants. | Case No. 20-cv-0756 DMS (AHG)<br><br>**DEFENDANT'S NOTICE OF JOINDER IN FEDERAL RESPONDENTS' OBJECTION TO PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY, ECF NO. 215**<br><br>Case Filed:  April 21, 2020 |

CASE NO. 20-CV-0756 DMS (AHG)

11610980.1

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendant SIXTO MARRERO ("Marrero") hereby joins in the Objection to Plaintiffs' Notice of Supplemental Authority, ECF No. 215 filed by Federal Defendants-Respondents (Dkt. 218) on April 19, 2023. Joinder is proper because the arguments advanced by the Federal Respondents apply also to Defendant Marrero.

Dated: April 20, 2023

**HIGGS FLETCHER & MACK LLP**

By: */s/ Kyle W. Nageotte*
JOHN J. RICE
KYLE W. NAGEOTTE
Attorneys for Defendant
SIXTO MARRERO, FACILITY ADMINISTRATOR, IMPERIAL REGIONAL DETENTION FACILITY