| | |
|---|---|
| LAW OFFICES OF<br>BARDIS VAKILI, PC<br>BARDIS VAKILI (247783)<br>(bardis@vakililegal.com)<br>Cooperating Counsel – ACLU of<br>San Diego & Imperial Counties<br>P.O. Box 234160<br>Encinitas, California 92023<br>Telephone: (619) 483-3490<br><br>AMERICAN CIVIL LIBERTIES<br>UNION FOUNDATION<br>KYLE VIRGIEN (278747)<br>(kvirgien@aclu.org)<br>39 Drumm Street<br>San Francisco, CA 94111-4805<br>Telephone: (415) 621-2493<br><br>*Counsel for Plaintiff-Petitioners* | COOLEY LLP<br>JOHN HEMANN (165823)<br>(jhemann@cooley.com)<br>ELLIE W. BARCZAK (329180)<br>(ebarczak@cooley.com)<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA, 94111-4004<br>Telephone: (415) 693-2000<br>Facsimile: (415) 693-2222<br><br>ALEXANDER GALICKI (308737)<br>(agalicki@cooley.com)<br>1333 2nd Street, Suite 400<br>Santa Monica, CA 90401-4100<br>Telephone: (310) 883-6400<br>Facsimile: (310) 883-6500<br><br>ALEXANDRA EBER (*Pro Hac Vice*)<br>(aeber@cooley.com)<br>MATT NGUYEN (329151)<br>(mnguyen@cooley.com)<br>1299 Pennsylvania Ave, NW, Suite 700<br>Washington, DC 20004-2400<br>Telephone: (202) 842-7800<br>Facsimile: (202) 842-7899 |

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adrian RODRIGUEZ ALCANTARA, et al.,<br><br>       Plaintiff-Petitioners,<br><br>v.<br><br>Gregory J. ARCHAMBEAULT, San Diego Field Office Director, Immigration and Customs Enforcement, et al.,<br><br>       Defendant-Respondents. | Case No.: 3:20-cv-00756-DMS-AHG<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO SUBSTITUTE NEW CLASS REPRESENTATIVE**<br><br>Case Filed: April 21, 2020 |

## NOTICE OF MOTION AND MOTION

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD: PLEASE TAKE NOTICE THAT, on a date to be determined by this Court, Plaintiff-Petitioners ("Plaintiffs") will and hereby do move this Court to substitute a new class representative. This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the accompanying declaration of Hever Alberto Mendoza Linares, the pleadings and papers on file in this action, and such other matters as may be presented to the Court at hearings or otherwise.

## MEMORANDUM OF POINTS AND AUTHORIITES

On April 30, 2020, this Court granted Plaintiffs' motion to certify a Medically Vulnerable Subclass (the "Class") of individuals in detention at the Otay Mesa Detention Center ("Otay Mesa"). ECF No. 38. The Class was defined as "All civil immigration detainees incarcerated at Otay Mesa Detention Center who are age 60 or over or who have medical conditions that place them at heightened risk of severe illness or death from COVID-19 as defined by CDC guidelines." Since the Class was certified, the class representatives, Adrian Rodriguez Alcantara and Yasmani Osorio Reyna, have been released from custody and their removal proceedings have been resolved.

On May 22, 2023, this Court denied Federal Defendants' motion to dismiss the class claims arising out of Class members' detention and conditions of confinement at Otay Mesa and the Court ordered Plaintiffs to file a motion to substitute a new representative for the Class. ECF No. 221.

**I. SUBSTITUTION OF THE CLASS REPRESENTATIVES IS APPROPRIATE**

The Federal Rules of Civil Procedure provide that an order granting class certification may be alerted or amended at any time before final judgment. Fed. R. Civ. P. 23(c)(1)(C). This includes substitution of the named plaintiffs where their individual claims become moot. Newberg on Class Actions § 2:17 ("When mootness

of the named plaintiff's claims occurs, intervention by absentee members is freely allowed in order to substitute them as class representatives.").

In this case, the Court has found that Alcantara and Reyna's individual claims have become moot, and the Court has accordingly ordered Plaintiffs to substitute a new representative.

## II.   HEVER ALBERTO MENDOZA LINARES SHOULD BE APPOINTED AS CLASS REPRESENTATIVE

Hever Alberto Mendoza Linares is similarly situated to current Class representatives Alcantara and Reyna when they were detained.  Mr. Mendoza Linares is incarcerated at Otay Mesa and has been incarcerated at that facility since February 2020.  He is also medically vulnerable as defined by CDC guidelines.  Mr. Mendoza Linares is familiar with the current status of this case.

Mr. Mendoza Linares meets the requirements of a class representative under Rule 23(a).

### A.   Mendoza Linares's claims are typical of the Class.

Rule 23(a)(3) requires that "the claims or defenses of the representative parties are typical of the claims or defenses of the class."  Fed. R. Civ. P. 23(a)(3).  Mr. Mendoza Linares asserts claims that are typical of the Class.

Mr. Mendoza Linares asserts the same claims as the Class – like its prior representatives – pertaining to the adequacy of the protocols and procedures at Otay Mesa in response to the COVID-19 pandemic.  In addition, like all members of the Class, Mr. Mendoza Linares is medically vulnerable within the meaning of the Class definition because he is a former smoker and has hemoptysis and difficulty breathing brought on by severe acid reflux.

### B.   Mendoza Linares will fairly and adequately protect the interests of the Class.

Rule 23(b)(4) requires that the class representative "will fairly and adequately protect the interests of the class."  Fed. R. Civ. P. 23(a)(4).  Mr. Mendoza Linares

2                        PS' MTN. TO SUBSTITUTE NEW CLASS REP.
                                 3:20-CV-00756-DMS-AHG

has been incarcerated at Otay Mesa since February 2020 – the entire length of the COVID-19 pandemic – and has long been a member of the Class.  As such, Mr. Mendoza Linares is deeply familiar with the facts giving rise to Plaintiffs' claims.

Mr. Mendoza Linares is likewise familiar with the current status of this case and is ready and willing to serve as a class representative.  In support of this Motion, Mr. Mendoza Linares submits the declaration filed herewith as Exhibit 1.

### III. CONCLUSION

For the reasons set forth above, Plaintiffs' motion to substitute new class representative should be granted and Hever Alberto Mendoza Linares should be appointed Class Representative.

Dated:       June 5, 2023                              Respectfully Submitted,

By: */s/ John Hemann*
John Hemann
Alexander Galicki
Alexandra Eber (*Pro Hac Vice*)
Ellie W. Barczak
Matt Nguyen
jhemann@cooley.com
agalicki@cooley.com
aeber@cooley.com
ebarczak@cooley.com
mnguyen@cooley.com

COOLEY LLP

Bardis Vakili
bardis@vakililegal.com

LAW OFFICES OF
BARDIS VAKILI, PC

Kyle Virgien
kvirgen@aclu.org

AMERICAN CIVIL LIBERTIES UNION FOUNDATION

*Counsel for Plaintiffs*