LAW OFFICES OF
BARDIS VAKILI, PC
BARDIS VAKILI (247783)
(bardis@vakililegal.com)
Cooperating Counsel – ACLU of
San Diego & Imperial Counties
P.O. Box 234160
Encinitas, California 92023
Telephone: (619) 483-3490

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
KYLE VIRGIEN (278747)
(kvirgien@aclu.org)
39 Drumm Street
San Francisco, CA 94111-4805
Telephone: (415) 621-2493

*Counsel for Plaintiff-Petitioners*

COOLEY LLP
JOHN HEMANN (165823)
(jhemann@cooley.com)
ELLIE W. BARCZAK (329180)
(ebarczak@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA, 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

ALEXANDER GALICKI (308737)
(agalicki@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, CA 90401-4100
Telephone: (310) 883-6400
Facsimile: (310) 883-6500

ALEXANDRA EBER (*Pro Hac Vice*)
(aeber@cooley.com)
MATT NGUYEN (329151)
(mnguyen@cooley.com)
1299 Pennsylvania Ave, NW, Suite 700
Washington, DC 20004-2400
Telephone: (202) 842-7800
Facsimile: (202) 842-7899

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adrian RODRIGUEZ ALCANTARA, et al.,<br><br>Plaintiff-Petitioners,<br><br>v.<br><br>Gregory J. ARCHAMBEAULT, San Diego Field Office Director, Immigration and Customs Enforcement, et al.,<br><br>Defendant-Respondents. | Case No.: 3:20-cv-00756-DMS-AHG<br><br>**DECLARATION OF HEVER ALBERTO MENDOZA LINARES**<br><br>Case Filed: April 21, 2020 |

I, Hever Alberto Mendoza Linares, hereby swear and declare:

1. I am currently incarcerated at Otay Mesa Detention Center ("Otay Mesa"). The information set forth herein is true to the best of my knowledge, information, and belief, and if called upon to testify, I could and would testify to the following.

2. I have been incarcerated at Otay Mesa since February 2020.

3. I am a former smoker. I smoked cigarettes for approximately 10 years before becoming incarcerated.

4. I have severe acid reflux, which causes me to experience difficulty swallowing, tightness in the throat, the closing off of the throat, and hemoptysis (also known as coughing up blood).

5. I was referred by a physician to a gastrointestinal specialist for appropriate treatment of my acid reflux. After a long delay, an appointment was scheduled for me with a gastrointestinal specialist, who prescribed medication. That prescription, however, was never filled because Otay Mesa refused to pay for the medication. As a result, my acid reflux is untreated.

6. I understand the responsibilities and am prepared to serve as a class representative in this matter. I have been informed and am aware of the current status of this case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 2 day of June, 2023 in San Diego, California.

_____
Hever Alberto Mendoza Linares