| | |
|---|---|
| LAW OFFICES OF<br>BARDIS VAKILI, PC<br>BARDIS VAKILI (247783)<br>(bardis@vakililegal.com)<br>Cooperating Counsel – ACLU of<br>San Diego & Imperial Counties<br>P.O. Box 234160<br>Encinitas, California 92023<br>Telephone: (619) 483-3490<br><br>AMERICAN CIVIL LIBERTIES<br>UNION FOUNDATION<br>KYLE VIRGIEN (278747)<br>(kvirgien@aclu.org)<br>39 Drumm Street<br>San Francisco, CA 94111-4805<br>Telephone: (415) 621-2493<br><br>*Counsel for Plaintiff-Petitioners* | COOLEY LLP<br>JOHN HEMANN (165823)<br>(jhemann@cooley.com)<br>ELLIE W. BARCZAK (329180)<br>(ebarczak@cooley.com)<br>3 Embarcadero Center, 20th Floor<br>San Francisco, California 94111-4004<br>Telephone: (415) 693-2000<br>Facsimile: (415) 693-2222<br><br>ALEXANDER GALICKI (308737)<br>(agalicki@cooley.com)<br>1333 2nd Street, Suite 400<br>Santa Monica, CA 90401-4100<br>Telephone: (310) 883-6400<br>Facsimile: (310) 883-6500<br><br>ALEXANDRA EBER (*Pro Hac Vice*)<br>(aeber@cooley.com)<br>MATT NGUYEN (329151)<br>(mnguyen@cooley.com)<br>1299 Pennsylvania Ave, NW, Suite 700<br>Washington, DC 20004-2400<br>Telephone: (202) 842-7800<br>Facsimile: (202) 842-7899 |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adrian RODRIGUEZ ALCANTARA, et al.,<br><br>    Plaintiff-Petitioners,<br><br>  v.<br><br>Jamison MATUSZEWSKI, San Diego Field Office Director, Immigration and Customs Enforcement, et al.,<br><br>    Defendant-Respondents. | Case No.: 3:20-cv-00756-DMS-AHG<br><br>**NOTICE OF HEARING – PLAINTIFF'S MOTION TO SUBSTITUTE NEW CLASS REPRESENTATIVE**<br><br>Dept: 13A<br>Judge: Honorable Dana M. Sabraw<br><br>Case Filed: April 21, 2020 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on August 18, 2023, at 1:30 p.m., Plaintiffs-Petitioners will bring on for hearing Plaintiffs' Motion to Substitute New Class Representative (ECF No. 222).  Plaintiffs' counsel has met and conferred with counsel for Defendants-Respondents and this hearing date is amenable to all parties.[1]

Dated:      June 15, 2023               Respectfully submitted,

By: /s/ John Hemann
  John Hemann
  Alexander Galicki
  Alexandra Eber (*Pro Hac Vice*)
  Ellie W. Barczak
  Matt Nguyen
  jhemann@cooley.com
  agalicki@cooley.com
  aeber@cooley.com
  ebarczak@cooley.com
  mnguyen@cooley.com

COOLEY LLP

Bardis Vakili
bardis@vakililegal.com

LAW OFFICES OF
BARDIS VAKILI, PC

Kyle Virgien
kvirgen@aclu.org

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION

*Counsel for Plaintiffs*

---

[1] Pursuant to Fed. R. Civ. P. 25(d), the updated caption reflects Plaintiffs' understanding that Jamison Matuszewski now holds the position of San Diego Field Office Director, Immigration and Customs Enforcement.