UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN RODRIGUEZ ALCANTARA, et al.,<br><br>          Plaintiffs-Petitioners,<br><br>v.<br><br>GREGORY J. ARCHAMBEAULT, San Diego Field Office Director, Immigration and Customs Enforcement, et al.,<br><br>          Defendants-Respondents. | Case No.:  3:20-cv-00756-DMS-AHG<br><br>**ORDER SETTING SETTLEMENT CONFERENCE** |

Upon review of Plaintiffs-Petitioners' pending Motion to Substitute New Class Representative (ECF No. 222) and Defendants-Respondents' Motion to Dismiss Petition or Motion to Decertify Subclass (ECF No. 227), and all related briefing, the Court finds it appropriate to hold a counsel-only Settlement Conference in this action to gauge whether an agreeable resolution of the case may be reached.

Accordingly, the Court **SETS** an **attorneys-only** Settlement Conference, to take place via videoconference, on **July 21, 2023** at **9:30 AM** before Magistrate Judge Allison Goddard. Counsel should expect the Settlement Conference to last no longer than one hour. All conference discussions will be informal, off the record, and confidential.

The following **Mandatory Procedures** will govern the conference:

1. **Personal Attendance of Parties Excused:** As with prior settlement discussions, all principal attorney(s) responsible for the litigation must attend the Settlement Conference via video. Respondents and Petitioners are excused from personal attendance. Litigation counsel attending the Settlement Conference on behalf of Respondents must be authorized to negotiate and recommend settlement offers to the government official(s) with ultimate settlement authority. All who attend must be legally and factually prepared to discuss and resolve the case.

2. **Appearances via Videoconference Required:** Like prior settlement discussions, the Settlement Conference will take place via videoconference, using the Court's official Zoom.gov account. No later than **July 18, 2023**, counsel for each party shall send an email to the Court at efile_goddard@casd.uscourts.gov containing (i) the **name and title of each participant**, including the primary attorney(s) responsible for the litigation, (ii) an **email address for each participant** to receive the Zoom invitation; and (iii) a **cell phone number for that party's preferred point of contact** (and the name of the individual whose cell phone it is) for the Court to use during the conference to alert counsel via text message that the Court will soon return to that party's Breakout Room.

3. **Technical Guidance Regarding Use of Zoom:** One day before the Settlement Conference, the Court will email each identified participant an invitation to join a Zoom video conference. Each participant should plan to join the Zoom video conference **at least five minutes before** the start of the Settlement Conference to ensure that the conference begins promptly. If possible, participants are encouraged to use laptops or desktop computers for the video conference, as mobile devices often offer inferior performance. Participants shall join the video conference by following the ZoomGov Meeting hyperlink in the invitation. Zoom may then prompt participants to enter the password included in the invitation. Because Zoom may quickly deplete the battery of a participant's device, each participant should ensure that their device is plugged in or that a charging cable is readily available during the videoconference.

4. **Professional Dress and Comportment Required:** All participants shall display the same level of professionalism during the Settlement Conference and be prepared to devote their full attention to the Settlement Conference as if they were attending in person (e.g., cannot be driving or in a car while speaking to the Court) and should be prepared to appear on camera. Counsel shall conduct themselves as if proceeding in a courtroom, including by dressing in appropriate courtroom attire.

**IT IS SO ORDERED.**

Dated: July 12, 2023

_____
Honorable Allison H. Goddard
United States Magistrate Judge