ANDREW R. HADEN
Acting United States Attorney
KATHERINE L. PARKER, SBN 335097
Chief, Civil Division
SAMUEL W. BETTWY, SBN 94918
Assistant U.S. Attorney
COLIN M. MCDONALD, SBN 286561
Assistant U.S. Attorney
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
619-546-7634/7125/9144 / 619-546-7751 (fax)

Attorneys for Federal Respondents

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN RODRIGUEZ ALCANTARA, et al.,<br><br>Plaintiffs-Petitioners,<br><br>v.<br><br>GREGORY J. ARCHAMBEAULT, San Diego Field Office Director, ICE, et al.,<br><br>Defendants-Respondents. | Case No. 20cv0756 DMS AHG<br><br>**JOINT MOTION TO MOVE DATE OF SETTLEMENT CONFEERENCE**<br><br>DATE: July 21, 2023<br>TIME: 9:30 a.m.<br>CTRM: 13A<br><br>Hon. Allison H. Goddard |

The parties move jointly that the July 21, 2023 settlement conference be moved to August 14, 2023.

On July 12, 2023, the Court scheduled a settlement conference to take place on July 21, 2023, at 9:30 a.m. [ECF No. 228.] At that time, however, undersigned counsel for the Federal Defendants-Respondents will be attending a memorial service for their former Civil Division Chief, Tom Stahl. The memorial service is scheduled to take place at 10:00 a.m. at the La Jolla All Hallows Catholic Church.

|   |   |   |
|---|---|---|
| 1 | | Counsel for the Plaintiffs-Petitioners and for the co-Defendants-Respondents do not object to moving the date and agree, after consulting with chambers, that the hearing should be moved to August 14, 2023. |

Counsel for the Plaintiffs-Petitioners and for the co-Defendants-Respondents do not object to moving the date and agree, after consulting with chambers, that the hearing should be moved to August 14, 2023.

Counsel also agree that the August 18, 2023 hearing on the pending motions should be moved back.

                                                                                           Respectfully submitted,

DATED: July 13, 2023                ANDREW R. HADEN
                                                                                Attorney for the United States,
                                                                                Acting under Authority Conferred
                                                                                by 28 U.S.C. § 515

                                                                                KATHERINE L. PARKER
                                                                                Chief, Civil Division

                                                                                s/ *Samuel W. Bettwy*
                                                                                SAMUEL W. BETTWY
                                                                                Assistant U.S. Attorney

                                                                                s/ *Colin M. McDonald*
                                                                                COLIN M. MCDONALD
                                                                                Assistant U.S. Attorney

                                                                                Attorneys for Respondents

DATED: July 13, 2023                COOLEY LLP

                                                                                By: *s/ Ellie W. Barczak*

                                                                                John Hemann
                                                                                Alexander Galicki
                                                                                Alexandra Eber (Pro Hac Vice)
                                                                                Ellie W. Barczak
                                                                                Matt K. Nguyen

                                                                                COOLEY LLP

                                                                                Bardis Vakili
                                                                                LAW OFFICES OF BARDIS VAKILI, PC

                                                                                Kyle Virgien
                                                                                ACLU FOUNDATION

                                                                                Attorneys for Plaintiff-Petitioners

DATED: July 13, 2023

STRUCK LOVE BOJANOWSKI & ACEDO, PLC

By: *s/ Rachel Love*
Jacob B. Lee
Daniel P. Struck
Rachel Love
Nicholas D. Acedo

Matt Mahoney, Esq.
WITHAM MAHONEY& ABBOTT, LLP

Attorneys for Defendant-Respondent LaRose

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual of the United States District Court for the Southern District of California, I hereby certify that the content of this document is acceptable to the above signed counsel, and that I have obtained authorization to affix their electronic signature to this document.

DATED:  July 13, 2023

*s/ Samuel Bettwy*
SAMUEL BETTWY
Assistant U.S. Attorney