1
2
3
4
5

LAW OFFICES OF
BARDIS VAKILI, PC
BARDIS VAKILI (247783)
(bardis@vakililegal.com)
Cooperating Counsel – ACLU of
San Diego & Imperial Counties
P.O. Box 234160
Encinitas, California 92023
Telephone:  (619) 483-3490

COOLEY LLP
JOHN HEMANN (165823)
(jhemann@cooley.com)
ELLIE W. BARCZAK (329180)
(ebarczak@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA, 94111-4004
Telephone:  (415) 693-2000
Facsimile:  (415) 693-2222

6
7
8
9
10

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
KYLE VIRGIEN (278747)
(kvirgien@aclu.org)
39 Drumm Street
San Francisco, CA 94111-4805
Telephone:  (415) 621-2493

*Counsel for Plaintiff-Petitioners*

ALEXANDER GALICKI (308737)
(agalicki@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, CA 90401-4100
Telephone:  (310) 883-6400
Facsimile:  (310) 883-6500

ALEXANDRA EBER (*Pro Hac Vice*)
(aeber@cooley.com)
MATT NGUYEN (329151)
(mnguyen@cooley.com)
1299 Pennsylvania Ave, NW, Suite 700
Washington, DC 20004-2400
Telephone:  (202) 842-7800
Facsimile:  (202) 842-7899

11
12
13
14
15

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

16
17
18
19
20
21
22
23
24
25
26
27
28

Adrian RODRIGUEZ ALCANTARA, et al.,

                          Plaintiff-Petitioners,

v.

Jamison MATUSZEWSKI, San Diego Field Office Director, Immigration and Customs Enforcement, et al.,

                          Defendant-Respondents.

Case No.:  3:20-cv-00756-DMS-AHG

**JOINT MOTION TO CONTINUE THE HEARING FOR PLAINTIFF-PETITIONERS' MOTION TO SUBSTITUTE NEW CLASS REPRESENTATIVE AND DEFENDANT-RESPONDENTS' MOTION TO DISMISS PETITION OR MOTION TO DECERTIFY SUBCLASS**

**JOINT MOTION TO CONTINUE HEARING**
3:20-cv-00756-DMS-AHG

Plaintiff-Petitioners ("Plaintiffs") and Defendants-Respondents ("Defendants" and, together with Plaintiffs, the "Parties"), by and through their respective counsel, jointly move, for good cause shown, to continue the hearing for this Court to hear Plaintiffs' Motion to Substitute New Class Representative (ECF No. 222) and Defendants' Motion to Dismiss Petition or Motion to Decertify Subclass (ECF No. 227) (the "Hearing").

Having met and conferred the Parties agree as follows:

1. On July 12, 2023, Magistrate Judge Allison H. Goddard set a settlement conference for July 21, 2023. (ECF No. 228).

2. On July 13, 2023, the Federal Defendants notified Plaintiffs of a scheduling conflict on July 21, 2023. The Parties conferred and agreed to stipulate to continue the settlement conference to August 14, 2023, four days before the currently noticed Hearing.

3. In order to allow sufficient time for any settlement negotiations that may result from the settlement conference, on July 17, 2023, the Parties agreed to a 35-day continuance for the Hearing, from August 18, 2023, until September 22, 2023.

The Parties agree on the above, and, after consulting with chambers, jointly ask this Court to continue the Hearing date from August 18, 2023, to September 22, 2023 at 1:30pm.

1  Dated:        July 17, 2023                    Respectfully Submitted,

2

3                                                By:  */s/ Alexandra Eber*
                                                    John Hemann
4                                                   Alexander Galicki
                                                    Alexandra Eber (*Pro Hac Vice*)
5                                                   Ellie W. Barczak
                                                    Matt K. Nguyen
6                                                   jhemann@cooley.com
                                                    agalicki@cooley.com
7                                                   aeber@cooley.com
                                                    ebarczak@cooley.com
8                                                   mnguyen@cooley.com

9                                                COOLEY LLP

10                                               Bardis Vakili

11                                               LAW OFFICES OF BARDIS VAKILI,
                                                 PC
12
                                                 Kyle Virgien
13
                                                 ACLU FOUNDATION
14
                                                 Counsel for Plaintiff-Petitioners
15

16  Dated:        July 17, 2023                  STRUCK LOVE BOJANOWSKI & ACEDO,
                                                 PLC
17

18                                               By:  */s/ Rachel Love*
                                                    Jacob B. Lee
19                                                  Daniel P. Struck
                                                    Rachel Love
20                                                  Nicholas D. Acedo
                                                    jlee@strucklove.com
21                                                  dstruck@strucklove.com
                                                    rlove@strucklove.com
22                                                  nacedo@strucklove.com

23                                               Matt Mahoney
                                                 mahoney@wmalawfirm.com
24                                               WITHAM MAHONEY & ABBOTT,
                                                 LLP
25
                                                 Attorneys for Defendant-Respondent
26                                               LaRose

27

28

Dated:      July 17, 2023

ANDREW R. HAYDEN
Acting United States Attorney

By:  /s/ Samuel W. Bettwy

Andrew R. Haden
Acting U.S. Attorney
Katherine L. Parker
Chief, Civil Division
Samuel W. Bettwy
Assistant U.S. Attorney
Colin M. McDonald
Assistant U.S. Attorney
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Katherine.Parker@usdoj.gov
Samuel.Bettwy@usdoj.gov
Colin.McDonald@usdoj.gov

Attorneys for Federal Respondents

4

1

## **Signature Certification**

2        Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and

3   Procedures Manual of the United States District Court for the Southern District of

4   California, I hereby certify that the content of this document is acceptable to counsel for

5   the parties, and that I have obtained authorization to affix their electronic signatures to this

6   document.

7

8   Dated:  July 17, 2023

9                                          By:  */s/ Alexandra Eber*

10                                              Alexandra Eber

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT MOTION TO CONTINUE HEARING
3:20-cv-00756-DMS-AHG