# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adrian RODRIGUEZ ALCANTARA, et al.,<br><br>        Plaintiff-Petitioners,<br><br>v.<br><br>Gregory J. ARCHAMBEAULT, San Diego Field Office Director, Immigration and Customs Enforcement, et al.,<br><br>        Defendant-Respondents. | Case No.: 3:20-cv-00756-DMS-AHG<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE THE HEARING FOR PLAINTIFF-PETITIONERS' MOTION TO SUBSTITUTE NEW CLASS REPRESENTATIVE AND DEFENDANT-RESPONDENTS' MOTION TO DISMISS PETITION OR MOTION TO DECERTIFY SUBCLASS** |

FOR GOOD CAUSE SHOWN, the Parties' Joint Motion to Continue the Hearing for Plaintiff-Petitioners' Motion to Substitute New Class Representative (ECF No. 222) and Defendant-Respondents' Motion to Dismiss Petition or Motion to Decertify Subclass (ECF No. 227) is GRANTED.

Accordingly, the Court RE-SETS the Hearing date from August 18, 2023 to September 22, 2023 at 1:30pm.

IT IS ORDERED.

Dated: July 18, 2023

_____
Hon. Dana M. Sabraw, Chief Judge
United States District Court