UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN RODRIGUEZ ALCANTARA, et al.,<br><br>　　　　　　　Plaintiffs-Petitioners,<br><br>v.<br><br>GREGORY J. ARCHAMBEAULT, San Diego Field Office Director, Immigration and Customs Enforcement, et al.,<br><br>　　　　　　　Defendants-Respondents. | Case No.: 3:20-cv-00756-DMS-AHG<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE SETTLEMENT CONFERENCE**<br><br>**[ECF No. 229]** |

　　　　Before the Court is the parties' Joint Motion to Move Date of Settlement Conference. ECF No. 229. The parties jointly request that the Settlement Conference currently set for July 21, 2023 be continued, because counsel for Federal Defendants-Respondents will be attending a memorial service for former Civil Division Chief Tom Stahl that morning. *Id.* at 1.

　　　　Good cause appearing, the Joint Motion is **GRANTED**. However, upon consultation with counsel for all parties, the Court has selected an earlier date than the one the parties request in the motion. The Settlement Conference is hereby **CONTINUED** to **July 25, 2023** at **2:00 PM** before Magistrate Judge Allison Goddard. As before, the Settlement Conference shall take place via videoconference and shall be **attorneys-only**.

Counsel should expect the Settlement Conference to last no longer than one hour. All conference discussions will be informal, off the record, and confidential.

If they have not done so already, no later than **July 21, 2023**, counsel for each party shall send an email to the Court at efile_goddard@casd.uscourts.gov containing (i) the **name and title of each participant**, including the primary attorney(s) responsible for the litigation, (ii) an **email address for each participant** to receive the Zoom invitation; and (iii) a **cell phone number for that party's preferred point of contact** (and the name of the individual whose cell phone it is) for the Court to use during the conference to alert counsel via text message that the Court will soon return to that party's Breakout Room.

Counsel are instructed to review the Court's prior Order setting the Settlement Conference (ECF No. 228) for technical guidance regarding the use of Zoom, if needed. Additionally, the Court's requirements regarding professional dress and comportment, as set forth in the prior Order, remain in place.

**IT IS SO ORDERED.**

Dated: July 19, 2023

_____
Honorable Allison H. Goddard
United States Magistrate Judge