UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN RODRIGUEZ ALCANTARA, et al.,<br><br>Plaintiffs-Petitioners,<br><br>v.<br><br>GREGORY J. ARCHAMBEAULT, San Diego Field Office Director, Immigration and Customs Enforcement, et al.,<br><br>Defendants-Respondents. | Case No.: 3:20-cv-00756-DMS-AHG<br><br>**ORDER:**<br><br>**(1) SETTING FURTHER SETTLEMENT CONFERENCE AND RELATED DEADLINES; and**<br><br>**(2) STAYING BRIEFING ON PENDING MOTIONS** |

The Court held a Settlement Conference in this action on July 25, 2023, to discuss the prospect of settlement with the parties. Based on the discussions with counsel for each side, the Court **ORDERS** as follows:

(1) No later than **August 8, 2023**, Plaintiffs' counsel must provide a settlement proposal via email to defense counsel, with the Court copied at efile_Goddard@casd.uscourts.gov. The proposal must include Plaintiffs' total attorney fee amount incurred to date.

(2) Defense counsel must provide a responsive settlement proposal to Plaintiffs' counsel by **August 29, 2023**.

   (3)  The Court will hold a further Settlement Conference on **September 29, 2023** at **9:30 a.m.** before Magistrate Judge Allison H. Goddard.

  As before, the Settlement Conference shall take place via videoconference, using the Court's official Zoom account. No later than **September 25, 2023**, counsel for each party shall send an email to the Court at efile_goddard@casd.uscourts.gov containing (i) the **name and title of each participant**, including all parties and party representatives with full settlement authority, claims adjusters for insured defendants, and the primary attorney(s) responsible for the litigation; (ii) an **email address for each participant** to receive the Zoom invitation; and (iii) a **cell phone number for that party's preferred attorney point of contact** for the Court to use during the conference to alert counsel via text message that the Court will soon return to that party's Breakout Room.

  At least one day before the Settlement Conference, the Court will email each identified participant an invitation to join a Zoom videoconference. Each participant should plan to join the conference **at least five minutes before** the start time to ensure that the conference begins promptly. If possible, participants are encouraged to use laptops or desktop computers for the video conference, as mobile devices often offer inferior performance. Because Zoom may quickly deplete the battery of a participant's device, each participant should ensure that their device is plugged in or that a charging cable is readily available during the videoconference.

  All participants shall display the same level of professionalism during the Settlement Conference and be prepared to devote their full attention to the Settlement Conference as if they were attending in person (e.g., cannot be driving or in a car while speaking to the Court) and should be prepared to appear on camera. All participants must appear and conduct themselves as if the conference is proceeding in a courtroom, including by dressing in appropriate courtroom attire.

  Additionally, to allow the parties to focus their efforts on settlement negotiations, and upon consultation with the presiding District Judge in this action, the Court hereby **STAYS** the briefing schedules for the pending Motion to Substitute New Class

Representative (ECF No. 222) and Motion to Dismiss Petition or Motion to Decertify Subclass (ECF No. 227).

**IT IS SO ORDERED.**

Dated: July 26, 2023

_____
Honorable Allison H. Goddard
United States Magistrate Judge