UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN RODRIGUEZ ALCANTARA, et al.,<br><br>            Plaintiffs-Petitioners,<br><br>v.<br><br>GREGORY J. ARCHAMBEAULT, San Diego Field Office Director, Immigration and Customs Enforcement, et al.,<br><br>            Defendants-Respondents. | Case No.: 3:20-cv-00756-DMS-AHG<br><br>**ORDER RESETTING SETTLEMENT CONFERENCE** |

Due to a conflict on the Court's calendar, and to avoid further delay of settlement negotiations, the Settlement Conference previously set for September 29, 2023 is hereby **RESET** for **September 13, 2023** at **2:00 p.m.** before Magistrate Judge Allison H. Goddard. The parties' August 8 and August 29 deadlines to exchange settlement proposals remain in place as previously set.

As before, the Settlement Conference shall take place via videoconference, using the Court's official Zoom account. No later than **September 8, 2023**, counsel for each party shall send an email to the Court at efile_goddard@casd.uscourts.gov containing (i) the **name and title of each participant**, including all parties and party representatives with full settlement authority, claims adjusters for insured defendants, and the primary

attorney(s) responsible for the litigation; (ii) an **email address for each participant** to receive the Zoom invitation; and (iii) a **cell phone number for that party's preferred attorney point of contact** for the Court to use during the conference to alert counsel via text message that the Court will soon return to that party's Breakout Room.

The parties must review and adhere to the requirements and technical guidelines set forth in the Court's previous Order setting the Settlement Conference (ECF No. 234), including the Court's requirement of professional dress and comportment.

**IT IS SO ORDERED.**

Dated: July 28, 2023

_____
Honorable Allison H. Goddard
United States Magistrate Judge