1   ANDREW R. HADEN
    Acting United States Attorney
2   KATHERINE L. PARKER, SBN 335097
    Chief, Civil Division
3   SAMUEL W. BETTWY, SBN 94918
    Assistant U.S. Attorney
4   COLIN M. McDONALD, SBN 286561
    Assistant U.S. Attorney
5   Office of the U.S. Attorney
    880 Front Street, Room 6293
6   San Diego, CA 92101-8893
7   619-546-7634/7125/9144 / 619-546-7751 (fax)

8   Attorneys for Federal Defendants-Respondents (Respondents)

9

10                  UNITED STATES DISTRICT COURT

11                SOUTHERN DISTRICT OF CALIFORNIA

12

13   ADRIAN RODRIGUEZ ALCANTARA,          Case No. 20cv0756 DMS AHG
     et al.,
14
15            Plaintiffs-Petitioners,     **WITHDRAWAL OF DOCUMENT
                                          (ECF No. 225)**
16        v.

17   GREGORY J. ARCHAMBEAULT, San
     Diego Filed Office Director, ICE; et al.,
18
19            Defendants-Respondents.

20        Per instructions of the Clerk of the Court, dated August 9, 2023, Respondents hereby

21   withdraw file ECF No. 225 (July 7, 2023 Motion to File Documents under Seal), which

22   will be refiled with the signatures of both counsel of record for the Federal Respondents

23   (corrected copy attached).

24   ///

25   ///

26   ///

27

28

     Withdrawal of document              1                    20cv0756 DMS AHG

1    DATED: August 9, 2023          Respectfully submitted,

2                                   ANDREW R. HADEN
                                    Acting United States Attorney
3

4                                   KATHERINE L. PARKER
                                    Chief, Civil Division
5
                                    s/ *Samuel W. Bettwy*
6                                   SAMUEL. W. BETTWY
                                    Assistant U.S. Attorney
7
                                    s/ *Colin M. McDonald*
8                                   COLIN M. McDONALD
                                    Assistant U.S. Attorney
9
                                    Attorneys for Respondents
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28