LAW OFFICES OF
BARDIS VAKILI, PC
BARDIS VAKILI (247783)
(bardis@vakililegal.com)
Cooperating Counsel – ACLU of
San Diego & Imperial Counties
P.O. Box 234160
Encinitas, California 92023
Telephone: (619) 483-3490

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
KYLE VIRGIEN (278747)
(kvirgien@aclu.org)
39 Drumm Street
San Francisco, CA 94111-4805
Telephone: (415) 621-2493

*Counsel for Plaintiff-Petitioners*

COOLEY LLP
JOHN HEMANN (165823)
(jhemann@cooley.com)
ELLIE W. BARCZAK (329180)
(ebarczak@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

ALEXANDER GALICKI (308737)
(agalicki@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, CA 90401-4100
Telephone: (310) 883-6400
Facsimile: (310) 883-6500

ALEXANDRA EBER (*Pro Hac Vice*)
(aeber@cooley.com)
MATT NGUYEN (329151)
(mnguyen@cooley.com)
1299 Pennsylvania Avenue NW, Ste 700
Washington, DC 20004
Telephone: (202) 842-7800
Facsimile: (202) 842-7899

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adrian RODRIGUEZ ALCANTARA, et al.,<br><br>Plaintiff-Petitioners,<br><br>v.<br><br>Gregory J. ARCHAMBEAULT, San Diego Field Office Director, Immigration and Customs Enforcement, et al.,<br><br>Defendant-Respondents. | Case No.: 3:20-cv-00756-DMS-AHG<br><br>**JOINT SCHEDULING MOTION**<br><br>Date: November 17, 2023<br>Time: 1:30 p.m.<br>Dept: 13A<br>Judge: Honorable Dana M. Sabraw<br><br>Case Filed: April 21, 2020 |

Plaintiff-Petitioners ("Plaintiffs") and Defendants-Respondents ("Defendants" and, together with Plaintiffs, the "Parties"), by and through their respective counsel, jointly move, for good cause shown, to continue the hearing for this Court to hear Plaintiffs' Motion to Substitute New Class Representative (ECF No. 222) and Defendants' Motion to Dismiss Petition or Motion to Decertify Subclass (ECF No. 227) (the "Hearing").

Having met and conferred the Parties agree as follows:

1. On July 26, 2023, in light of the upcoming settlement conference, the Court stayed the briefing schedules for the pending Motion to Substitute New Class Representative (ECF No. 222) and Motion to Dismiss Petition or Motion to Certify the Subclass (ECF No. 227). (ECF No. 234).

2. On July 28, 2023, Magistrate Judge Allison H. Goddard set a settlement conference for September 13, 2023. (ECF No. 235).

3. On September 13, 2023, the Parties participated in a settlement conference before Magistrate Judge Allison H. Goddard but did not reach a settlement.

4. In order to allow sufficient time for briefing the outstanding motions before this Court, on September 20, 2023, the Parties agreed to continue the Hearing from September 22, 2023, until November 17, 2023.

5. The Parties agreed that Defendants' deadline to file Oppositions to Plaintiffs' Motion to Substitute (ECF No. 222) and Plaintiffs' deadline to file Oppositions to the Federal Respondents' Motion to Dismiss or Decertify Subclass (ECF No. 227) be October 26, 2023.

6. The Parties agreed that the deadline to file Replies in support of Plaintiffs' Motion to Substitute (ECF No. 222) and Federal

1 | Respondents' Motion to Dismiss or Decertify Subclass (ECF
2 | No. 227) be November 9, 2023.
3 |     The Parties agree on the above, and, after consulting with chambers, jointly
4 | ask this Court to continue the Hearing date from September 22, 2023, to November
5 | 17, 2023 at 1:30pm.

Dated: September 21, 2023

Respectfully Submitted,

By: */s/ Ellie W. Barczak*
Ellie W. Barczak
John Hemann
Alexander Galicki
Alexandra Eber (*Pro Hac Vice*)
Matt K. Nguyen
jhemann@cooley.com
agalicki@cooley.com
aeber@cooley.com
ebarczak@cooley.com
mnguyen@cooley.com

COOLEY LLP

Bardis Vakili
LAW OFFICES OF BARDIS VAKILI, PC

Kyle Virgien
ACLU FOUNDATION

Counsel for Plaintiff-Petitioners

| | | |
|---|---|---|
| 1 | Dated: September 21, 2023 | STRUCK LOVE BOJANOWSKI & ACEDO, PLC |
| 2 | | |
| 3 | | By: /s/ *Jacob B. Lee* |
| 4 | | Jacob B. Lee<br>Daniel P. Struck |
| 5 | | Rachel Love<br>Nicholas D. Acedo |
| 6 | | jlee@strucklove.com<br>dstruck@strucklove.com |
| 7 | | rlove@strucklove.com<br>nacedo@strucklove.com |
| 8 | | Matt Mahoney |
| 9 | | mahoney@wmalawfirm.com<br>WITHAM MAHONEY & ABBOTT, LLP |
| 10 | | |
| 11 | | Attorneys for Defendant-Respondent LaRose |
| 12 | | |
| 13 | Dated: September 21, 2023 | ANDREW R. HAYDEN<br>Acting United States Attorney |
| 14 | | |
| 15 | | By: /s/ *Samuel W. Bettwy* |
| 16 | | Andrew R. Haden |
| 17 | | Acting U.S. Attorney<br>Katherine L. Parker |
| 18 | | Chief, Civil Division<br>Samuel W. Bettwy |
| 19 | | Assistant U.S. Attorney<br>Colin M. McDonald |
| 20 | | Assistant U.S. Attorney<br>Office of the U.S. Attorney |
| 21 | | 880 Front Street, Room 6293<br>San Diego, CA 92101-8893 |
| 22 | | Katherine.Parker@usdoj.gov<br>Samuel.Bettwy@usdoj.gov |
| 23 | | Colin.McDonald@usdoj.gov |
| 24 | | Attorneys for Federal Respondents |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

## Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual of the United States District Court for the Southern District of California, I hereby certify that the content of this document is acceptable to counsel for the parties, and that I have obtained authorization to affix their electronic signatures to this document.

Dated: September 21, 2023

By: /s/ *Ellie W. Barczak*

291391521