| | |
|---|---|
| LAW OFFICES OF<br>BARDIS VAKILI, PC<br>BARDIS VAKILI (247783)<br>(bardis@vakililegal.com)<br>Cooperating Counsel – ACLU of<br>San Diego & Imperial Counties<br>P.O. Box 234160<br>Encinitas, California 92023<br>Telephone:  (619) 483-3490<br><br>AMERICAN CIVIL LIBERTIES<br>UNION FOUNDATION<br>KYLE VIRGIEN (278747)<br>(kvirgien@aclu.org)<br>39 Drumm Street<br>San Francisco, CA 94111-4805<br>Telephone:  (415) 621-2493<br><br>*Counsel for Plaintiff-Petitioners* | COOLEY LLP<br>JOHN HEMANN (165823)<br>(jhemann@cooley.com)<br>ELLIE W. BARCZAK (329180)<br>(ebarczak@cooley.com)<br>3 Embarcadero Center, 20th Floor<br>San Francisco, California 94111-4004<br>Telephone:  (415) 693-2000<br>Facsimile:   (415) 693-2222<br><br>ALEXANDER GALICKI (308737)<br>(agalicki@cooley.com)<br>1333 2nd Street, Suite 400<br>Santa Monica, CA 90401-4100<br>Telephone: (310) 883-6400<br>Facsimile: (310) 883-6500<br><br>ALEXANDRA EBER (*Pro Hac Vice*)<br>(aeber@cooley.com)<br>MATT NGUYEN (329151)<br>(mnguyen@cooley.com)<br>1299 Pennsylvania Avenue NW, Ste 700<br>Washington, DC 20004<br>Telephone:  (202) 842-7800<br>Facsimile:   (202) 842-7899 |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adrian RODRIGUEZ ALCANTARA, et al.,<br><br>             Plaintiff-Petitioners,<br><br>     v.<br><br>Gregory J. ARCHAMBEAULT, San Diego Field Office Director, Immigration and Customs Enforcement, et al.,<br><br>             Defendant-Respondents. | Case No.: 3:20-cv-00756-DMS-AHG<br><br>**ORDER GRANTING IN PART AND DENYING IN PART JOINT SCHEDULING MOTION**<br><br>Dept:      13A<br>Judge:    Honorable Dana M. Sabraw |

1     FOR GOOD CAUSE SHOWN, the Parties' Joint Scheduling Motion to
2  Continue the Hearing for Plaintiff-Petitioners' Motion to Substitute New Class
3  Representative (ECF No. 222) and Defendant-Respondents' Motion to Dismiss
4  Petition or Motion to Decertify Subclass (ECF No. 227) is GRANTED in part and
5  DENIED in part.  Specifically, the Court grants the motion to extend the deadline for
6  Plaintiffs to file their opposition to Defendants' motion to dismiss to **October 26,**
7  **2023**.  Defendants have already filed an opposition to Plaintiffs' motion to substitute
8  a new class representative, so there is no need to extend that deadline.  The parties'
9  respective reply briefs shall be filed on or before **November 9, 2023**.  The September
10 22, 2023 hearing is continued to **November 17, 2023**, at **1:30pm**.

11     IT IS ORDERED.

12 Dated:  September 22, 2023

_____
Hon. Dana M. Sabraw, Chief Judge
United States District Court