STRUCK LOVE BOJANOWSKI & ACEDO, PLC
Daniel P. Struck, AZ Bar #012377
*(admitted pro hac vice)*
Rachel Love, AZ Bar #019881
*(admitted pro hac vice)*
Nicholas D. Acedo, AZ Bar #021644
*(admitted pro hac vice)*
Jacob B. Lee, AZ Bar #030371
*(admitted pro hac vice)*
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Tel.:  (480) 420-1600
Fax:  (480) 420-1695
dstruck@strucklove.com
rlove@strucklove.com
nacedo@strucklove.com
jlee@strucklove.com

WITHAM MAHONEY & ABBOTT, LLP
Matt Mahoney, Esq., CA Bar # 211184
401 B Street, Suite 2220
San Diego, CA 92101
Tel.: (619) 407-0505
Fax: (619) 872-0711
mahoney@wmalawfirm.com

Attorneys for Defendant-Respondent LaRose

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Adrian Rodriguez Alcantara, et al., <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> Gregory J. Archambeault, San Diego Field Office Director, Immigration and Customs Enforcement, et al., <br><br> Defendants-Respondents. | No. 3:20-cv-00756-DMS-AHG <br><br> **DEFENDANT-RESPONDENT WARDEN LAROSE'S JOINDER IN FEDERAL RESPONDENTS' MOTION TO DISMISS PETITION OR MOTION TO DECERTIFY SUBCLASS (ECF No. 227)** |

PLEASE TAKE NOTICE that Defendant-Respondent Warden LaRose joins in the Federal Respondents' Motion to Dismiss Petition or Motion to Decertify Subclass (ECF No. 227).  Joinder is proper because the arguments advanced by the Federal Respondents apply also to Defendant-Respondent Warden LaRose.

Dated: September 25, 2023

By s/ Jacob B. Lee
Daniel P. Struck
dstruck@strucklove.com
Rachel Love
rlove@strucklove.com
Nicholas D. Acedo
nacedo@strucklove.com
Jacob B. Lee
jlee@strucklove.com
STRUCK LOVE BOJANOWSKI & ACEDO, PLC

Matt Mahoney, Esq.
WITHAN MAHONEY & ABBOTT, LLP
mahoney@wmalawfirm.com

Attorneys for Defendant-Respondent LaRose

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 25, 2023, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.

Dated: September 25, 2023

By s/ Jacob B. Lee