# EXHIBIT 1

| | |
|---|---|
| 1 | STRUCK LOVE BOJANOWSKI & ACEDO, PLC |
|   | Daniel P. Struck, AZ Bar #012377 |
| 2 | *(admitted pro hac vice)* |
|   | Rachel Love, AZ Bar #019881 |
| 3 | *(admitted pro hac vice)* |
|   | Nicholas D. Acedo, AZ Bar #021644 |
| 4 | *(admitted pro hac vice)* |
|   | Jacob B. Lee, AZ Bar #030371 |
| 5 | *(admitted pro hac vice)* |
|   | 3100 West Ray Road, Suite 300 |
| 6 | Chandler, Arizona 85226 |
|   | Tel.: (480) 420-1600 |
| 7 | Fax: (480) 420-1695 |
|   | dstruck@strucklove.com |
| 8 | rlove@strucklove.com |
|   | nacedo@strucklove.com |
| 9 | jlee@strucklove.com |
| 10 | WITHAM MAHONEY & ABBOTT, LLP |
|    | Matt Mahoney, Esq., CA Bar # 211184 |
| 11 | 401 B Street, Suite 2220 |
|    | San Diego, CA 92101 |
| 12 | Tel.: (619) 407-0505 |
|    | Fax: (619) 872-0711 |
| 13 | mahoney@wmalawfirm.com |
| 14 | Attorneys for Defendant-Respondent LaRose |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Adrian Rodriguez Alcantara, et al., | NO. 3:20-cv-00756-DMS-AHG |
| Plaintiffs-Petitioners, | **DECLARATION OF JACOB B. LEE** |
| v. | |
| Gregory J. Archambeault, San Diego Field Office Director, Immigration and Customs Enforcement, et al., | |
| Defendants-Respondents. | |

I, JACOB B. LEE, make the following Declaration:

1. I am over the age of 18 years and am competent to testify to the matters set forth in this Declaration.

---

Declaration of Jacob B. Lee                                    3:20-cv-00756-DMS-AHG

2. I am counsel for Defendant-Respondent C. LaRose ("Warden LaRose") in this matter.

3. On September 19, 2023, after the Court asked the parties to propose briefing schedules for the Motion to Substitute and Motion to Dismiss/Decertify, counsel for the Federal Defendants proposed that Plaintiffs file their Opposition to the Motion to Dismiss/Decertify and their Reply in support of the Motion to Substitute within two weeks (i.e., by October 3, 2023) and that the Federal Defendants file their Reply in support of the Motion to Dismiss/Decertify within two weeks after that (i.e., by October 17, 2023).

4. Before counsel for Plaintiffs provided a substantive response, I advised the parties that Warden LaRose intended to file a separate Opposition to the Motion to Substitute, asked to have until October 6, 2023 to do so due to commitments and deadlines in other matters, and stated that I was open to giving Plaintiffs the time they need for their Reply.

5. Counsel for Plaintiffs responded that they understood that Warden LaRose "opted against" filing an Opposition by the deadline but stated they would consider Warden LaRose's request if I would give them a preview of the arguments Warden LaRose intended to make in his Opposition.

6. On September 20, 2023, I declined to do so, and instead laid out the timeline of events discussed above to demonstrate that the deadline for Warden LaRose's Opposition never actually expired before it was stayed, such that he should have an opportunity to file it now that briefing was being re-opened.

7. Counsel for the Federal Defendants agreed to Warden LaRose's proposed briefing schedule, which included a deadline for all Oppositions to the Motion to Substitute.

8. Counsel for Plaintiffs conceded that Warden LaRose should be allowed to file an Opposition to the Motion to Substitute but proposed later briefing deadlines to accommodate their commitments and deadlines in other matters.

9. I proposed minor revisions to Plaintiffs' proposed briefing schedule to accommodate the Veterans Day holiday, and Plaintiffs and the Federal Defendants agreed.

10. The next morning, on September 21, 2023, the parties agreed on the language of the Joint Scheduling Motion, and I and counsel for the Federal Defendants gave permission for Plaintiffs to file it.

11. I did not consider at the time the confusion that might be caused by a request for a deadline for "Defendants" to respond to the Motion to Substitute when the Federal Defendants had already filed their Opposition to the Motion, the effect of which became clear when I received the Court's September 22 Order denying that particular request.

12. I therefore promptly prepared a proposed Joint Motion for Revised Scheduling Order and sent it to counsel for the other parties for approval at 1:58 p.m. PDT on September 22, 2023.

13. Counsel for the Federal Defendants responded within minutes, stating that they approved the Joint Motion.

14. Counsel for Plaintiffs did not respond until 7:30 a.m. PDT on September 25, 2023.

15. Although they had previously agreed to ask for October 26, 2023, as the deadline for all Oppositions to the Motion to Substitute knowing that the practical effect of the deadline would be to allow Warden LaRose to file his separate Opposition, counsel for Plaintiffs refused to consent to the proposed Joint Motion.

16. Instead, they opined that the Court was likely already aware of the filings and deadlines discussed above when it denied the request for a deadline for "Defendants" to file Oppositions to the Motion to Substitute and stated that they could not take a position one way or another on the proposed Joint Motion without getting a preview of the arguments Warden LaRose intends to make in his Opposition.

17. I informed Plaintiffs that I would file the Motion and note their non-position.

18. Thus, Plaintiffs are aware of Warden LaRose's intent to file this Motion as required by CivLR 83.3(g)(2).

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED this 25th day of September, 2023, in Chandler, Arizona.

*s/Jacob B. Lee*
JACOB B. LEE