STRUCK LOVE BOJANOWSKI & ACEDO, PLC
Daniel P. Struck, AZ Bar #012377
*(admitted pro hac vice)*
Rachel Love, AZ Bar #019881
*(admitted pro hac vice)*
Nicholas D. Acedo, AZ Bar #021644
*(admitted pro hac vice)*
Jacob B. Lee, AZ Bar #030371
*(admitted pro hac vice)*
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Tel.: (480) 420-1600
Fax: (480) 420-1695
dstruck@strucklove.com
rlove@strucklove.com
nacedo@strucklove.com
jlee@strucklove.com

WITHAM MAHONEY & ABBOTT, LLP
Matt Mahoney, Esq., CA Bar # 211184
401 B Street, Suite 2220
San Diego, CA 92101
Tel.: (619) 407-0505
Fax: (619) 872-0711
mahoney@wmalawfirm.com

Attorneys for Defendant-Respondent LaRose

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adrian Rodriguez Alcantara, et al.,<br><br>Plaintiffs-Petitioners,<br><br>v.<br><br>Gregory J. Archambeault, San Diego Field Office Director, Immigration and Customs Enforcement, et al.,<br><br>Defendants-Respondents. | No. 3:20-cv-00756-DMS-AHG<br><br>**ORDER GRANTING WARDEN LAROSE'S EX PARTE MOTION FOR REVISED SCHEDULING ORDER**<br><br>Courtroom: 13A<br>Judge: Honorable Dana M. Sabraw |


FOR GOOD CAUSE SHOWN, Warden LaRose's Ex Parte Motion for Revised Scheduling Order is GRANTED.

Accordingly, Warden LaRose may file an Opposition to Plaintiffs' Plaintiffs' Motion to Substitute New Class Representative (Dkt. 222) on or before October 26, 2023. All other deadlines in the Court's September 22, 2023 Order (Dkt. 240) remain unchanged.

IT IS ORDERED.

Dated: September 28, 2023

_____
Hon. Dana M. Sabraw, Chief Judge
United States District Judge