# INDEX TO EXHIBITS

*Alcantara, et al. v. Archambeault, et al.*
No. 3:20-cv-00756-DMS-AHG

| EXHIBIT | DESCRIPTION | PAGE NOS. |
|---|---|---|
| Exhibit 1 | Declaration of C. LaRose (with Attachments A–F) | 001–005 |
| Attachment A | Threat Assessment (Filed Unredacted Under Seal) | 006–013 |
| Attachment B | ICE Letter (Filed Unredacted Under Seal) | 014–015 |
| Attachment C | June 14, 2021 Disciplinary Report (Filed Unredacted Under Seal) | 016–021 |
| Attachment D | July 26, 2021 Disciplinary Report (Filed Unredacted Under Seal) | 022–026 |
| Attachment E | December 4, 2021 Disciplinary Report (Filed Unredacted Under Seal) | 027–033 |
| Attachment F | February 22, 2022 Disciplinary Report (Filed Unredacted Under Seal) | 034–045 |