# EXHIBIT 1

## Declaration of Warden C. LaRose (w/Attachments A-F)

```
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
Daniel P. Struck, AZ Bar #012377
(admitted pro hac vice)
Rachel Love, AZ Bar #019881
(admitted pro hac vice)
Nicholas D. Acedo, AZ Bar #021644
(admitted pro hac vice)
Jacob B. Lee, AZ Bar #030371
(admitted pro hac vice)
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Tel.: (480) 420-1600
Fax: (480) 420-1695
dstruck@strucklove.com
rlove@strucklove.com
nacedo@strucklove.com
jlee@strucklove.com

WITHAM MAHONEY & ABBOTT, LLP
Matt Mahoney, Esq., CA Bar # 211184
401 B Street, Suite 2220
San Diego, CA 92101
Tel.: (619) 407-0505
Fax: (619) 872-0711
mahoney@wmalawfirm.com
```

Attorneys for Defendant-Respondent LaRose

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Adrian Rodriguez Alcantara, et al.,<br><br>Plaintiffs-Petitioners,<br><br>v.<br><br>Gregory J. Archambeault, San Diego Field Office Director, Immigration and Customs Enforcement, et al.,<br><br>Defendants-Respondents. | NO. 3:20-cv-00756-DMS-AHG<br><br>**DECLARATION OF WARDEN C. LaROSE** |

I, C. LaRose, make the following Declaration:

1. I am over the age of 18 years and am competent to testify to the matters set forth in this Declaration. I make this Declaration in support of my Response to Plaintiffs' Motion to Substitute New Class Representative (Dkt. 222).

Declaration of Warden C. LaRose                                  3:20-cv-00756-DMS-AHG

Exhibit 1
001

2. I am currently employed by CoreCivic as the Senior Warden of CoreCivic's Otay Mesa Detention Facility ("OMDC") in San Diego, California, a position I have held since August 2019. I have been employed by CoreCivic since February 2016, when I became the Warden at CoreCivic's Northeast Ohio Correctional Center ("NEOCC") in Youngstown, Ohio, a position I held until July 2019.

3. Prior to my employment with CoreCivic, Inc., I was employed by the Ohio Department of Rehabilitation and Correction ("ODRC") for approximately 20 years, where I most recently served as Warden at two facilities.

4. During my career with ODRC, I started as a correctional officer and later served as a lieutenant, captain, administrative captain, and deputy warden of operations.

5. I am familiar with the allegations raised in this lawsuit. I am also familiar with Hever Alberto Mendoza-Linares, a U.S. Immigration and Customs Enforcement ("ICE") detainee at OMDC and Plaintiffs' proposed new class representative.

6. Mendoza-Linares has been detained at OMDC off and on since early 2020. He is currently detained at OMDC.

7. Mendoza-Linares has a history of provoking and attempting to provoke other detainees into assaulting him.

8. On March 10, 2020, Mendoza-Linares was punched in the face by a detainee in his pod. Medical staff evaluated Mendoza-Linares and cleared him to return to general population ("GP"). (*See* Threat Assessment dated April 22, 2021, a true and correct copy of which is attached as Attachment A, at 2.)

9. On October 6, 2020, Mendoza-Linares was assaulted by a detainee in his pod, who kicked and punched Mendoza-Linares repeatedly in the torso. Security staff escorted Mendoza-Linares to medical in a wheelchair. Medical staff kept Mendoza-Linares in medical for 23 hours for observation. (Id.)

Declaration of Warden C. LaRose            2            3:20-cv-00756-DMS-AHG

Exhibit 1
002

10. On or about March 16, 2021, ICE requested an investigation to determine whether Mendoza-Linares had safety issues in L Pod, the GP pod in which he was housed. Security Threat Group ("STG") Officer Rodriguez interviewed Mendoza-Linares and two other detainees in the pod. Although he did not conclude that Mendoza-Linares's safety was at risk, he did determine that Mendoza-Linares was harassing one of the other interviewed detainees, who is a transgender female—calling her names, pinching his nose when he walked by her, and hanging up the phone as she tried to make a call. (Id. at 3.)

11. On April 13, 2021, Mendoza-Linares was assaulted by another detainee in his pod, who punched Mendoza-Linares in the face and upper torso multiple times. Responding officers deployed OC spray to the assailant's face when he refused verbal orders to stop assaulting Mendoza-Linares. (Id. at 1, 3.) The incident started when Mendoza-Linares tried to change the channel of the television in the pod, telling another detainee who was watching that channel "f--- you" in response to the detainee's protest. (Id. at 4.)

12. Because Mendoza-Linares had also been assaulted by other detainees on the two previous occasions discussed above, Unit Manager ("UM") Hogue requested an involuntary protective custody ("PC") investigation to preserve the safety of Mendoza-Linares and the other detainees in his pod, as well as the orderly operations of the facility. (Id. at 1) Mendoza-Linares was placed in administrative segregation pending the outcome of the investigation.

13. As part of the PC investigation, STG Officer Rodriguez interviewed Mendoza-Linares and 32 other detainees in L Pod. (Id. at 4–8.)

14. Twenty-two detainees reported that Mendoza-Linares was "problematic" in L Pod. Specifically, they reported that he seemed to constantly be harassing other detainees and "pushing [their] buttons," reporting either that he had harassed them personally or that they had seen him harass others in the pod. Per the detainees, Mendoza-Linares's actions included swearing at them, calling them

names, trying to provoke them into fighting him, knocking over checkerboards during a game, bullying them, mocking their religious beliefs, spitting on them, threatening to destroy their legal paperwork, attempting to control the TV, using racial slurs, mocking their sexuality, etc. Several opined that the pod was calmer without him there. (Id.)

15. Six detainees reported that Mendoza-Linares was trying to "get beat up" so that he could appear to be a victim and get a U-visa, which I understand is a visa given to victims of criminal activity who have suffered mental or physical abuse and are helpful to law enforcement in the investigation or prosecution of criminal activity, to avoid criminal prosecution in his home country of El Salvador. (Id. at 5–8.) (*See also* https://www.uscis.gov/humanitarian/victims-of-criminal-activity-u-nonimmigrant-status, last accessed October 24, 2023.) One of the six reported hearing Mendoza-Linares tell someone from an advocacy group of this plan. (Att. A at 5.)

16. STG Officer Rodriguez concluded that, whether to get a U-visa or for behavioral reasons, Mendoza-Linares was attempting to provoke other detainees to fight or assault him, causing safety and security concerns for Mendoza-Linares and other detainees in L Pod. (Id. at 8.)

17. Because there were no immediate threats to Mendoza-Linares's safety, however, he was returned to GP on April 23, 2021.

18. During the brief period in which he was back in GP, Mendoza-Linares continued to provoke other detainees, resulting in ICE compliance officers speaking with those detainees. (*See* Letter dated May 17, 2021, to C. LaRose, a true and correct copy of which is attached as Attachment B.)

19. ICE also reported that Mendoza-Linares asked ICE personnel questions regarding his safety that suggested to ICE that he intended to "deliberately put[ ] himself in a position to be assaulted." (Id. at 2.)

20.     ICE therefore determined on April 29, 2021, that Mendoza-Linares should remain in PC for the foreseeable future, and ICE personnel informed Mendoza-Linares of that decision on that date. (Id.)

21.     Mendoza-Linares was later released from PC back to GP on June 8, 2021, where he continued to harass and attempt to provoke other detainees, resulting in disciplinary segregation. (*See, e.g.,* Incidents of Prohibited Acts and Notices of Charges dated June 24, 2021; July 26, 2021; December 4, 2021; and February 22, 2022, true and correct copies of which are attached as Attachments C–F, respectively.)

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED this 26th day of October, 2023, at San Diego, California.

_____
C. LaRose