STRUCK LOVE BOJANOWSKI & ACEDO, PLC
Daniel P. Struck, AZ Bar #012377
*(admitted pro hac vice)*
Rachel Love, AZ Bar #019881
*(admitted pro hac vice)*
Nicholas D. Acedo, AZ Bar #021644
*(admitted pro hac vice)*
Jacob B. Lee, AZ Bar #030371
*(admitted pro hac vice)*
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Tel.: (480) 420-1600
Fax: (480) 420-1695
dstruck@strucklove.com
rlove@strucklove.com
nacedo@strucklove.com
jlee@strucklove.com

WITHAM MAHONEY & ABBOTT, LLP
Matt Mahoney, Esq., CA Bar # 211184
401 B Street, Suite 2220
San Diego, CA 92101
Tel.: (619) 407-0505
Fax: (619) 872-0711
mahoney@wmalawfirm.com

Attorneys for Defendant-Respondent LaRose

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adrian Rodriguez Alcantara, et al., <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> Gregory J. Archambeault, San Diego Field Office Director, Immigration and Customs Enforcement, et al., <br><br> Defendants-Respondents. | NO. 3:20-cv-00756-DMS-AHG <br><br> **DECLARATION OF WARDEN C. LaROSE** |

I, C. LaRose, make the following Declaration:

1. I am over the age of 18 years and am competent to testify to the matters set forth in this Declaration. I make this Declaration in support of the Federal

1. Defendants' Reply in support of their Motion to Dismiss Petition or to Decertify Subclass (Dkt. 227).

2. I am currently employed by CoreCivic as the Senior Warden of CoreCivic's Otay Mesa Detention Facility ("OMDC") in San Diego, California, a position I have held since August 2019.

3. OMDC has a total capacity of 1,358 general population beds for U.S. Immigration and Customs Enforcement ("ICE") detainees. As of November 7, 2023, OMDC houses 1,329 ICE detainees. The current average length of stay for ICE detainees at OMDC is 65 days.

4. As of November 7, 2023, OMDC has no COVID-positive detainees.

5. Over the past six months, 35 ICE detainees at OMDC have tested positive for COVID-19, as follows:

    a. October—2
    b. September—7
    c. August—8
    d. July—7
    e. June—4
    f. May—7

6. Each of these detainees recovered fully and was released back to general population. None of them required hospitalization.

7. OMDC follows ICE's Post-Pandemic Emergency COVID-19 Guidelines and Protocols Version 2.0 ("ERO Guidelines").[1] Among other things, the ERO Guidelines require facilities housing ICE detainees to determine their COVID-19 operational status each week using the following measures:

---

[1] See https://www.ice.gov/doclib/coronavirus/eroCOVID19PostPandemicEmergencyGuidelinesProtocol_07132023.pdf, last accessed Nov. 7, 2023.

a. hospital admissions for COVID-19 in the county as published by the Centers for Disease Control and Prevention ("CDC")[2];

b. medical isolation rate (calculated by adding the number of detainees isolated for COVID-19 anywhere in the facility to the number of detainees hospitalized for COVID-19, and then divided by the total number of detainees in the facility at the time of measurement); and

c. hospitalization or death since the previous measurement period caused primarily by COVID-19.

(ERO Guidelines at 8.)

8. Once these values are determined, the ERO Guidelines require the facility to follow a decision matrix to determine its status for the week as either GREEN or RED. (Id.)

9. The facility status is GREEN if there are fewer than two hospitalizations or deaths caused primarily by COVID-19, the medical isolation rate is less than 2%, and the CDC hospital risk status is low. (Id. at 9.)

10. Except for a brief period in December 2022 and January 2023 during which the CDC set San Diego County's hospital risk status to medium, OMDC has been on GREEN status since September 30, 2022.

///

///

///

---

[2] *See* https://covid.cdc.gov/covid-data-tracker/#maps_new-admissions-rate-county, last accessed Nov. 7, 2023.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct to the best of my knowledge. EXECUTED this 08 day of November, 2023, at San Diego, California.

_____
C. LaRose