1  LAW OFFICES OF
   BARDIS VAKILI, PC
2  BARDIS VAKILI (247783)
   (bardis@vakililegal.com)
3  Cooperating Counsel – ACLU of
   San Diego & Imperial Counties
4  P.O. Box 234160
   Encinitas, California 92023
5  Telephone:  (619) 483-3490

6  AMERICAN CIVIL LIBERTIES
   UNION FOUNDATION
7  KYLE VIRGIEN (278747)
   (kvirgien@aclu.org)
8  39 Drumm Street
   San Francisco, CA 94111-4805
9  Telephone: (415) 621-2493

10 *Counsel for Plaintiff-Petitioners*

COOLEY LLP
JOHN HEMANN (165823)
(jhemann@cooley.com)
ELLIE W. BARCZAK (329180)
(ebarczak@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA, 94111-4004
Telephone:  (415) 693-2000
Facsimile:   (415) 693-2222

ALEXANDER GALICKI (308737)
(agalicki@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, CA 90401-4100
Telephone: (310) 883-6400
Facsimile: (310) 883-6500

ALEXANDRA EBER (*Pro Hac Vice*)
(aeber@cooley.com)
MATT K. NGUYEN (329151)
(mnguyen@cooley.com)
1299 Pennsylvania Ave, NW, Suite 700
Washington, DC 20004-2400
Telephone: (202) 842-7800
Facsimile: (202) 842-7899

14

## UNITED STATES DISTRICT COURT

15

## SOUTHERN DISTRICT OF CALIFORNIA

16

| | |
|---|---|
| 17  Adrian RODRIGUEZ ALCANTARA, et al., | Case No.: 3:20-cv-00756-DMS-AHG |
| 18                     Plaintiff-Petitioners, | **DECLARATION OF ARTEMIO GARCIA ILLENES** |
| 19  v. | Case Filed:  April 21, 2020 |
| 20  Gregory J. ARCHAMBEAULT, San Diego Field Office Director, Immigration and Customs Enforcement, et al., | |
| 21 | |
| 22                     Defendant-Defendants. | |

23

24

25

26

27

28

**DECL. OF ARTEMIO GARCIA ILLENES**

I, Artemio Garcia Illenes, hereby swear and declare:

1.      I am incarcerated at Otay Mesa Detention Center and my A-Number is 092-169-635. The information set forth herein is true to the best of my knowledge, information, and belief, and if called upon to testify, I could and would testify to the following.

2.      I was born in 1960. I am 63 years old. I have been incarcerated in the Otay Mesa Detention Center for nearly three years.

3.      I am very concerned about my health, and about contracting COVID in particular. I have contracted COVID once already, and it was very scary. When I find out people in the facility have COVID, I often just stay in my cell because I don't want people to infect me. I have asthma and chronic allergies, high blood pressure and cholesterol, and I have had repeated bouts with flu. I also have chronic head pain and prostate issues, and at times have urinated blood while I have been here. I have also been diagnosed with major depressive disorder and have mild panic attacks. My memory is also not as good as it used to be, which I think comes from some of my medical problems or a fall that I had while incarcerated that injured my head.

4.      I believe I received two shots of the COVID vaccine. I am told that new updated versions of the COVID vaccine came out in September and October of this year, but Otay Mesa staff have not told me whether I am eligible. Winter is coming and if there is another COVID outbreak here, I want to have the latest version of the vaccine, because I want to be as protected against COVID as possible. Although I am aware that people have contracted COVID recently, I have not heard of anyone getting medication for it. I have not heard anything from the facility about antiviral medications for COVID.

5.      I want to join the lawsuit seeking better protection against COVID. I am

1                                    DECL. OF ARTEMIO GARCIA ILLENES

1  concerned about the quality of medical care here, and I do not believe they would

2  treat COVID quickly or effectively if I caught it, because they do not seem to provide

3  any medical care quickly.  I understand the responsibilities of being a class

4  representative, and I am prepared to serve as a class representative in this case.

5       Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the

6  foregoing is true and correct.

7

8

9       EXECUTED this 25th day of October, 2023 in San Diego, California.

10

11

12       Artemio Garcia Illenes

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2                                   DECL. OF ARTEMIO GARCIA ILLENES