LAW OFFICES OF
BARDIS VAKILI, PC
BARDIS VAKILI (247783)
(bardis@vakililegal.com)
Cooperating Counsel – ACLU of
San Diego & Imperial Counties
P.O. Box 234160
Encinitas, California 92023
Telephone: (619) 483-3490

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
KYLE VIRGIEN (278747)
(kvirgien@aclu.org)
39 Drumm Street
San Francisco, CA 94111-4805
Telephone: (415) 621-2493

*Counsel for Plaintiff-Petitioners*

COOLEY LLP
JOHN HEMANN (165823)
(jhemann@cooley.com)
ELLIE W. BARCZAK (329180)
(ebarczak@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA, 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

ALEXANDER GALICKI (308737)
(agalicki@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, CA 90401-4100
Telephone: (310) 883-6400
Facsimile: (310) 883-6500

ALEXANDRA EBER (*Pro Hac Vice*)
(aeber@cooley.com)
MATT K. NGUYEN (329151)
(mnguyen@cooley.com)
1299 Pennsylvania Ave, NW, Suite 700
Washington, DC 20004-2400
Telephone: (202) 842-7800
Facsimile: (202) 842-7899

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adrian RODRIGUEZ ALCANTARA, et al.,<br><br>Plaintiff-Petitioners,<br><br>v.<br><br>Gregory J. ARCHAMBEAULT, San Diego Field Office Director, Immigration and Customs Enforcement, et al.,<br><br>Defendant-Defendants. | Case No.: 3:20-cv-00756-DMS-AHG<br><br>**DECLARATION OF AWAIS MUHAMMAD**<br><br>Case Filed: April 21, 2020 |

I, Awais Muhammad, hereby swear and declare:

1. I am incarcerated at Otay Mesa Detention Center and my A-Number is 213-591-569. Immigration authorities list my name as Muhammad Awais, but they have gotten my names backwards. The information set forth herein is true to the best of my knowledge, information, and belief, and if called upon to testify, I could and would testify to the following.

2. I have been incarcerated in the Otay Mesa Detention Center for nearly four years. My case is back in front of the immigration court, after my case was remanded from the Ninth Circuit.

3. I was here when the pandemic started. I have contracted COVID-19 twice, including once in the beginning of the pandemic. When I contracted COVID the first time, my symptoms were very bad. I really felt like I was going to die. The doctors in the detention center tried to treat me, but it did not work. I had pain everywhere, difficulty breathing, and light-headedness. The second time I contracted COVID, I don't recall them treating me at all.

4. I still have significant respiratory problems. I have had a cough for many months that will not go away. I have severe pain in my throat, eyes, and back. I also get tunnel-vision and severe dizziness when I stand up. I also have low blood pressure and pain in my extremities. I believe these conditions place me at heightened risk from COVID-19.

5. I have repeatedly asked for treatment and to see a specialist, but the facility's responses have always been slow, and they never seem to take my medical concerns seriously. They will give me Tylenol or ibuprofen and medicine for anxiety and depression, but that is about all.

6. Because of my symptoms and conditions, I am very scared to contract

COVID again. I have received a full dose of the Moderna vaccine, as well as a booster. I would like to remain up to date with the latest version of the COVID booster. I understand that a new updated version of this booster came out in September or October of this year, but Otay Mesa staff have not made any announcements about these updated versions or have told me whether I am eligible. If I were to contract COVID again, I hope the doctors here will be able to treat me. But even though I have heard of people contracting COVID recently, I have not heard of anyone receiving antiviral medication for it.

7. I want to join the lawsuit seeking better protection against COVID, because I want to help make sure people receive proper treatment and protection. If I can help others avoid the suffering I have gone through, then I want to help. I understand the responsibilities and am prepared to serve as a class representative in this case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 25th day of October, 2023 in San Diego, California.

M. Awais
Awais Muhammad