UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN RODRIGUEZ ALCANTARA; YASMANI OSORIO REYNA; MARIA FLOR CALDERON LOPEZ; MARY DOE; on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs-Petitioners,<br><br>v.<br><br>GREGORY ARCHAMBEAULT, San Diego Field Office Director, Immigration and Customs Enforcement; et al.,<br><br>    Defendants-Respondents. | Case No.: 20cv0756 DMS (AHG)<br><br>**ORDER RE: ORAL ARGUMENT** |

  Plaintiffs' motion to substitute new class representative and Defendants' motion to dismiss or to decertify subclass are currently scheduled for hearing on November 17, 2023. The Court finds these matters suitable for decision without oral argument pursuant to Civil Local Rule 7.1(d)(1). Accordingly, the November 17, 2023 hearing is vacated.

  **IT IS SO ORDERED**.

DATED: November 13, 2023

                    Hon. Dana M. Sabraw, Chief Judge
                    United States District Court