STRUCK LOVE BOJANOWSKI & ACEDO, PLC
Daniel P. Struck, AZ Bar #012377
*(admitted pro hac vice)*
Rachel Love, AZ Bar #019881
*(admitted pro hac vice)*
Nicholas D. Acedo, AZ Bar #021644
*(admitted pro hac vice)*
Jacob B. Lee, AZ Bar #030371
*(admitted pro hac vice)*
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Tel.: (480) 420-1600
Fax: (480) 420-1695
dstruck@strucklove.com
rlove@strucklove.com
nacedo@strucklove.com
jlee@strucklove.com

WITHAM MAHONEY & ABBOTT, LLP
Matt Mahoney, Esq., CA Bar # 211184
401 B Street, Suite 2220
San Diego, CA 92101
Tel.: (619) 407-0505
Fax: (619) 872-0711
mahoney@wmalawfirm.com

Attorneys for Defendant-Respondent LaRose

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adrian Rodriguez Alcantara, et al.,<br><br>Plaintiffs-Petitioners,<br><br>v.<br><br>Gregory J. Archambeault, San Diego Field Office Director, Immigration and Customs Enforcement, et al.,<br><br>Defendants-Respondents. | NO. 3:20-cv-00756-DMS-AHG<br><br>**DECLARATION OF WARDEN C. LaROSE** |

I, C. LaRose, make the following Declaration:

1.   I am over the age of 18 years and am competent to testify to the matters set forth in this Declaration. I make this Declaration in support of Defendants' Response to Plaintiffs' Motion to Add New Plaintiffs (Dkt. 250).

2. I am currently employed by CoreCivic as the Senior Warden of CoreCivic's Otay Mesa Detention Facility ("OMDC") in San Diego, California, a position I have held since August 2019.

3. OMDC has a total capacity of 1,358 general population beds for U.S. Immigration and Customs Enforcement ("ICE") detainees. As of November 28, 2023, OMDC housed 1,179 ICE detainees.

4. OMDC has only three ICE detainees who have been at the facility since 2020:

    a. Awais Muhammad, admitted March 18, 2020;

    b. Hever Mendoza-Linares, admitted July 20, 2020; and

    c. Artemio Garcia-Illenes, admitted November 27, 2020.

5. The ICE detainee with the next-longest detention at OMDC was admitted on February 28, 2022, more than one year after OMDC first began offering the COVID-19 vaccine to detainees in January 2021.

6. OMDC has only 16 ICE detainees who were admitted in 2022. The remainder of the 1,179 ICE detainees at OMDC were admitted on or after January 9, 2023.

/ / /

/ / /

/ / /

/ / /

/ / /

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED this 29 day of November, 2023, at San Diego, California.

_____
C. LaRose