**TABLE CONTENTS**

| | |
|---|---|
| TABLE OF AUTHORITIES | ii |
| I. INTRODUCTION | 1 |
| II. BACKGROUND | 2 |
| III. THE PROPOSED CLASS REPRESENTATIVES | 2 |
|     A. ARTEMIO GARCIA-ILLENES | 3 |
|     B. AWAIS MUHAMMAD | 6 |
| IV. ANALYSIS | 10 |
|     A. MUHAMMAD DOES NOT APPEAR TO BE A SUBCLASS MEMBER | 10 |
|     B. INADEQUACY UNDER FED. R. CIV. P. 23(a)(4) | 11 |
|     C. LACK OF TYPICALITY UNDER FED. R. CIV. P. 23(a)(3) | 14 |
|     D. MOOTNESS DUE TO COVID-19 VACCINATION STATUS | 16 |
| V. CONCLUSION | 17 |

# TABLE OF AUTHORITIES

**Cases**

*Amchem Prod., Inc. v. Windsor*, 521 U.S. 591 (1997) ...................................................... 13
*Amswiss Int'l Corp. v. Heublein, Inc.*, 69 F.R.D. 663 (N.D. Ga. 1975) .............................. 12
*Betts v. Reliable Collection Agency, Ltd.*, 659 F.2d 1000 (9th Cir. 1981) ......................... 11
*Ellis v. Costco Wholesale Corp.*, 657 F.3d 970 (9th Cir. 2011) ................................... 13, 15
*Franco-Gonzalez v. Holder*, 2014 WL 5475097 (C.D. Cal. Oct. 29, 2014) ......................... 3
*Gary Plastic Packaging Corp. v. Merrill Lynch*, 903 F.2d 176 (2d Cir. 1990) ................. 15
*Greene v. Brown*, 451 F. Supp. 1266 (E.D. Va. 1978) ....................................................... 12
*Hall v. Nat'l Recovery Sys., Inc.*, 1996 WL 467512 (M.D. Fla. Aug. 9, 1996) .................. 11
*Hanon v. Dataproducts Corp.*, 976 F.2d 497 (9th Cir. 1992) ................................. 14, 15, 16
*Harris v. Vector Marketing Corp.*, 753 F. Supp. 2d 996 (N.D. Cal. 2010) ........................ 11
*Hoexter v. Simmons*, 140 F.R.D. 416 (D. Ariz. 1991) ....................................................... 15
*Kilpatrick v. J.C. Bradford & Co.*, 827 F.2d 718 (11th Cir. 1987) .................................... 12
*Kouchi v. Am. Airlines, Inc.*, 2021 WL 6104391 (C.D. Cal. Oct. 27, 2021) ...................... 12
*Martinez v. CoreCivic*, 2021 WL 2550319 (D.N.M. June 22, 2021) ...................... 13, 15, 16
*Nunez v. BAE Sys. San Diego Ship Repair Inc.*, 292 F. Supp. 3d 1018 (S.D. Cal. 2017) .. 11
*Smyth v. Carter*, 168 F.R.D. 28 (W.D. Va. 1996) .............................................................. 12
*Staton v. Boeing Co.*, 327 F.3d 938 (9th Cir. 2003) ........................................................... 11
*Surowitz v. Hilton Hotels*, 383 U.S. 363 (1966) ................................................................. 13
*United States v. Folkes*, 2022 WL 1469387 (E.D.N.Y. May 10, 2022) ............................. 16
*United States v. King*, 2021 WL 736422 (S.D.N.Y. Feb. 24, 2021) .................................. 13
*United States v. Singh*, 525 F. Supp. 3d 543 (M.D. Pa. Mar. 11, 2021) ............................ 16
*United States v. Williams*, 2021 WL 966028 (W.D.N.C. Mar. 15, 2021) .......................... 16
*Wal-Mart Stores, Inc. v. Dukes*, 564 U.S. 338 (2011) ....................................................... 10

**Statutes**

8 U.S.C. 1227(a)(2)(A)(iii) ..................................................................................................... 3

**Rules**

Fed. R. Civ. P. 23(a)(3) .................................................................................................. 14, 18
Fed. R. Civ. P. 23(a)(4) ........................................................................................... 10, 11, 18

**Regulations**

8 C.F.R. § 1240.4 ................................................................................................................... 3

**Other Authorities**

*Matter of M-A-M-*, 25 I&N Dec. 474 (BIA 2011) ............................................................... 3