LAW OFFICES OF
BARDIS VAKILI, PC
BARDIS VAKILI (247783)
(bardis@vakililegal.com)
Cooperating Counsel – ACLU of
San Diego & Imperial Counties
P.O. Box 234160
Encinitas, California 92023
Telephone: (619) 483-3490

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
KYLE VIRGIEN (278747)
(kvirgien@aclu.org)
39 Drumm Street
San Francisco, CA 94111-4805
Telephone: (415) 621-2493

*Counsel for Plaintiff-Petitioners*

COOLEY LLP
JOHN HEMANN (165823)
(jhemann@cooley.com)
ELEANOR W. BARCZAK (329180)
(ebarczak@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:  (415) 693-2000
Facsimile:   (415) 693-2222

ALEXANDER G. GALICKI (308737)
(agalicki@cooley.com)
355 S. Grand Avenue, Suite 900
Los Angeles, CA 90071-1560
Telephone:  (213) 561-3250
Facsimile:  (213) 561-3244

ALEXANDRA EBER (*Pro Hac Vice*)
(aeber@cooley.com)
MATT K. NGUYEN (329151)
(mnguyen@cooley.com)
1299 Pennsylvania Avenue NW, Ste 700
Washington, DC 20004
Telephone:  (202) 842-7800
Facsimile:   (202) 842-7899

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adrian RODRIGUEZ ALCANTARA, et al., <br><br> Plaintiff-Petitioners, <br><br> v. <br><br> Gregory J. ARCHAMBEAULT, San Diego Field Office Director, Immigration and Customs Enforcement, et al., <br><br> Defendant-Respondents. | Case No.: 3:20-cv-00756-DMS-AHG <br><br> **DECLARATION OF ELEANOR W. BARCZAK IN SUPPORT OF REPLY IN SUPPORT OF PLAINTIFFS' MOTION TO ADD NEW PLAINTIFFS** <br><br> Date:      December 15, 2023 <br> Time:     1:30pm <br> Dept:     13A <br> Judge:    Honorable Dana M. Sabraw <br><br> Case Filed: April 21, 2020 |

I, Eleanor W. Barczak, declare as follows:

1.     I am an attorney duly licensed to practice law in the State of California and am admitted to practice before this Court.  I am an associate with the law firm of Cooley LLP, attorneys of record for Plaintiff-Petitioners ("Plaintiffs").  I have personal knowledge of the matters set forth herein and, if called as a witness, I could and would competently testify thereto.

2.     On October 25, 2023, Plaintiffs served Defendant-Respondents with Plaintiffs' Fourth Set of Interrogatories.  Pursuant to Federal Rules of Civil Procedure FRCP 33(b)(2), Defendant Respondent's responses were due on November 24, 2023.  On November 14, 2023, my colleague emailed Defendant-Respondents confirming their request for a one week extension given the Thanksgiving holiday.  Based on the extension, Defendant-Respondents' responses were due on December 1, 2023.

3.     On November 9, 2023, on behalf of my clients, my co-counsel and I filed a motion to add Mr. Awais Muhammad and Mr. Artemio Garcia Illenes as Class representatives (the "Motion").  (EFC No. 250.)  Defendant Respondents opposed this Motion on December 1, 2023 (the "Opposition").  (ECF Nos. 254 and 256.)

4.     On the same day Defendant-Respondents filed their Opposition, they served responses to Plaintiff's Fourth Set of Interrogatories.  The information within the interrogatory responses is directly related to Plaintiffs' Motion as well as Plaintiffs' response to Defendant-Respondents' Opposition but was not available at the time of Plaintiffs' original filing.  A true and correct copy of Defendant Respondent LaRose's Responses to Plaintiffs' Fourth Set of Interrogatories is attached hereto as **Exhibit 1**.

5.     I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed on December 8, 2023, in San Francisco, California.

///

///

1

2

3 By: */s/ Eleanor W. Barczak*
Eleanor W. Barczak

4

5

6 295112963

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit 1

1   STRUCK LOVE BOJANOWSKI & ACEDO, PLC
    Daniel P. Struck, AZ Bar #012377
2   *(admitted pro hac vice)*
    Rachel Love, AZ Bar #019881
3   *(admitted pro hac vice)*
    Nicholas D. Acedo, AZ Bar #021644
4   *(admitted pro hac vice)*
    Jacob B. Lee, AZ Bar #030371
5   *(admitted pro hac vice)*
    3100 West Ray Road, Suite 300
6   Chandler, Arizona 85226
    Tel.: (480) 420-1600
7   Fax: (480) 420-1695
    dstruck@strucklove.com
8   rlove@strucklove.com
    nacedo@strucklove.com
9   jlee@strucklove.com

10  WITHAM MAHONEY & ABBOTT, LLP
    Matt Mahoney, Esq., CA Bar # 211184
11  401 B Street, Suite 2220
    San Diego, CA 92101
12  Tel.: (619) 407-0505
    Fax: (619) 872-0711
13  mahoney@wmalawfirm.com

14  *Attorneys for Defendant-Respondent LaRose*

15              **UNITED STATES DISTRICT COURT**

16            **SOUTHERN DISTRICT OF CALIFORNIA**

17  Adrian Rodriguez Alcantara, et al.,        NO. 3:20-cv-00756-DMS-AHG

18                 Plaintiffs-Petitioners,     **RESPONDENT WARDEN**
                                               **LAROSE'S ANSWER TO**
19  v.                                         **PLAINTIFF-PETITIONERS'**
                                               **FOURTH SET OF**
20  Gregory J. Archambeault, San Diego         **INTERROGATORIES TO**
    Field Office Director, Immigration and     **DEFENDANT-RESPONDENTS**
21  Customs Enforcement, et al.,

22                 Defendants-Respondents.

23
24          Respondent Warden LaRose ("Warden LaRose"), through counsel, answers

25  Plaintiff-Petitioners' Fourth Set of Interrogatories to Defendants-Respondents

26  pursuant to Rules 26 and 33, Federal Rules of Civil Procedure. Warden LaRose

27  reserves the right to supplement these answers, as necessary.

28

## ANSWERS TO INTERROGATORIES

**INTERROGATORY NO. 12:**

Identify, by date and quantity ordered, all orders that have been placed by Otay Mesa Detention Center for COVID-19 Antiviral Medication.

**ANSWER TO INTERROGATORY NO. 12:**

**Respondent LaRose objects that this request is vague and ambiguous as to the meaning of the term "ordered." For purposes of responding to this interrogatory, Respondent LaRose assumes that "ordered" refers to placement of an "order" to maintain a certain therapeutic medication in stock in the facility pharmacy and available for administration rather than an individual provider order or prescription for a certain detainee. Respondent LaRose also objects that this request is vague, overbroad as to time, and not relevant nor proportionate to the needs of the case to the extent that it is unlimited as to time, particularly where certain Emergency Use Authorizations for certain therapeutic treatments have been paused by the Food and Drug Administration. Respondent LaRose also objects that this request is overbroad in scope and not relevant nor proportionate to the needs of the case to the extent that it seeks information not at issue in the Complaint, which alleges that there is no treatment for COVID-19. (*See* Dkt. 1 at ¶ 6.)**

**Without waiving and subject to these objections, Respondent LaRose states that no orders have been placed at OMDC in 2023 to maintain supplies of oral ritonavir-boosted nirmatrelvir, intravenous remdesivir, or molnupiravir as clinic stock medications due to the readily availability of these at more than 80 commercial pharmacy locations within a 30 mile radius from the facility, as of the date of this response. *See* HHS Administration for Strategic Preparedness & Response, Therapeutic Distribution Locator for Provider Use at: https://covid-19-therapeutics-locator-dhhs.hub.arcgis.com/. Further, beginning November 1, 2023, the distribution of Emergency Use**

**Authorization-labelled ritonavir-boosted nirmatrelvir by the United States government started transitioning to the distribution of commercially available, FDA-approved ritonavir-booster nirmatrelvir by Pfizer, which should only increase market availability.**

**INTERROGATORY NO. 13:**

Identify, by date, name of person offered medication, and medically-vulnerable status of person offered medication, all offers of COVID-19 Antiviral Medication made by Otay Mesa Detention Center medical staff to Subclass Members.

**ANSWER TO INTERROGATORY NO. 13:**

**Respondent LaRose objects that this interrogatory is vague, overbroad as to time, and not relevant nor proportionate to the needs of the case to the extent that it is unlimited to time, particularly where certain Emergency Use Authorizations for certain therapeutic treatments have been paused by the Food and Drug Administration. Respondent LaRose also objects that this interrogatory is vague and ambiguous as to the term "offered," since neither oral ritonavir-boosted nirmatrelvir, intravenous remdesivir, nor molnupiravir are authorized for non-prescription over-the-counter use such that they may be "offered" to any individual, but rather must be prescribed by a licensed provider based upon their appropriate clinical judgment. Respondent LaRose also objects that this request is overbroad in scope and not relevant nor proportionate to the needs of the case to the extent that it seeks information not at issue in the Complaint, which alleges that there is no treatment for COVID-19. (*See* Dkt. 1 at ¶ 6.) Respondent LaRose also objects that this request is unduly burdensome and disproportionate to the needs of the case to the extent that it seeks specifics regarding individual patient encounters which may or may not be documented in the medical record, and that any response would require a manual review of each detainee's medical file at any time**

from when CoreCivic assumed responsibility for providing medical care at OMDC on September 10, 2020 to the present to determine whether: (1) the patient had symptoms of COVID-19, (2) the patient had a condition at the time of the encounter which made them potential members of the medically vulnerable subclass,[1] and (3) the provider discussed antiviral medication therapies with the patient. To the extent that "offered" is intended to have the same or substantially similar meaning as "prescribed," this Interrogatory is duplicative of Interrogatory No. 14, below.

**INTERROGATORY NO. 14:**

Identify, by date, name of person prescribed medication, and medically-vulnerable status of person prescribed medication, all prescriptions of COVID-19 Antiviral Medication that have been made by Otay Mesa Detention Center medical staff to Subclass Members.

**ANSWER TO INTERROGATORY NO. 14:**

Respondent LaRose objects that this request is overly broad as to time, unduly burdensome, not relevant, and disproportionate to the needs of the case, particularly where independent medical provider clinical treatment decisions are not capable of determination or evaluation on a class-wide basis, as advised in the National Institutes of Health COVID-19 Treatment Guidelines (**https://files.covid19treatmentguidelines.nih.gov/guidelines/covid19 treatmentguidelines.pdf**). In particular, provider decisions needs to include whether or not the patient is likely to complete the treatment course so as to avoid the emergence of drug resistance, whether a patient has other prescriptions or conditions for which a particular antiviral therapy may be contraindicated by the FDA prescribing information, vaccination history,

---

[1] **The burden in conducting this review is discussed more fully in Respondent LaRose's Response to Petitioner's Fourth Request for Production, Request No. 16, which is incorporated by reference.**

length of time between symptom onset and the provider encounter, and whether or not the detainee it at high risk of progressing to severe COVID-19. Respondent LaRose also objects that this request is overbroad in scope and not relevant nor proportionate to the needs of the case to the extent that it seeks information not at issue in the Complaint, which alleges that there is no treatment for COVID-19. (*See* Dkt. 1 at ¶ 6.)

Without waiving and subject to the foregoing objections, no provider at OMDC has prescribed oral ritonavir-boosted nirmatrelvir, intravenous remdesivir, or molnupiravir between May 15, 2023 and November 15, 2023.

**INTERROGATORY NO. 15:**

Identify, by date, name of person who took a dose, and medically-vulnerable status of person who took a dose, all Doses of COVID-19 Antiviral Medication dispensed to Subclass Members.

**ANSWER TO INTERROGATORY NO. 15:**

Respondent LaRose objects that this interrogatory is duplicative of the foregoing Interrogatory No 14, to the extent it seeks information pertaining to doses of COVID-19 antiviral therapeutics prescribed and administered at OMDC and incorporates his objections and responses to Interrogatory No. 14 as if set forth fully herein.

To the extent that this Interrogatory, which is unlimited in time, seeks information pertaining to doses of COVID-19 antiviral therapeutics administered to ICE detainees at OMDC in the community before their detention or after their discharge from OMDC, or at other detention or correctional facilities (either before or after their detention at OMDC), Respondent LaRose objects that it is overly broad, not relevant, and disproportionate to the needs of the case. Respondent LaRose lacks sufficient information to be able to provide any response to this interrogatory as to these time periods.

1  **INTERROGATORY NO. 16:**

2     Identify the number of Courses of COVID-19 Antiviral Medication that Otay

3  Mesa Detention Center has on site and available to prescribe to people in US

4  Marshals Service custody, current as of the response date, and the number of doses

5  that have been received by Otay Mesa Detention Center from each supplier of

6  COVID-19 Antiviral Medication.

7  **ANSWER TO INTERROGATORY NO. 16:**

8     **Respondent LaRose objects that this interrogatory is not relevant and**

9  **therefore is grossly disproportionate to the needs to this case where no**

10  **members of the medically vulnerably subclass, which is defined as including**

11  **only "civil immigration detainees" (Dkt. 38 at 2), are in U.S. Marshals Service**

12  **Custody. Respondent LaRose objects that this interrogatory is duplicative and**

13  **subsumed by the foregoing Interrogatory No. 12 to the extent that it seeks**

14  **general information, irrespective of detainee population, relating to clinic**

15  **stock of antiviral therapeutics maintained at OMDC, and incorporates his**

16  **objections and responses to Interrogatory No. 12 as if set forth fully herein.**

17     Dated: December 1, 2023     STRUCK LOVE BOJANOWSKI & ACEDO, PLC

18

19     By /s/ Jacob B. Lee
        Daniel P. Struck
20        Rachel Love
        Nicholas D. Acedo
21        Jacob B. Lee
        dstruck@strucklove.com
22        rlove@strucklove.com
        nacedo@strucklove.com
23        jlee@strucklove.com

24     Matt Mahoney, Esq.
        WITHAM MAHONEY & ABBOTT, LLP
25        mahoney@wmalawfirm.com

26     *Attorneys for Defendant-Respondent*
        *LaRose*

27

28

## PROOF OF SERVICE

I am a citizen of the United States and am over the age of eighteen years, and not a party to the within action. My business address is Struck Love Bojanowski & Acedo, PLC, 3100 West Ray Road, Suite 300, Chandler, AZ 85226. On December 1, 2023, I served the following document(s):

**RESPONDENT WARDEN LAROSE'S ANSWERS TO PLAINTIFF-PETITIONERS' FOURTH SET OF INTERROGATORIES TO DEFENDANT-RESPONDENTS**

☒   **BY E-MAIL** to:

**COOLEY LLP**
John Hemann
Ellie W. Barczak
3 Embarcadero Center, 20th Floor
San Francisco, CA, 94111-4004
Tel.: (415) 693-2000
Fax: (415) 693-2222
jhemann@cooley.com
ebarczak@cooley.com

Alexander Galicki
1333 2nd Street, Suite 400
Santa Monica, CA 90401-4100
Tel.: (310) 883-6400
Fax: (310) 883-6500
agalicki@cooley.com

Alexandra Eber
Matt K. Nguyen
1299 Pennsylvania Ave, NW, Suite 700
Washington, DC 20004-2400
Tel.: (202) 842-7800
Fax: (202) 842-7899
aeber@cooley.com
mnguyen@cooley.com

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
Kyle Virgien
39 Drumm Street
San Francisco, CA 94111-4805
Tel.: (415) 621-2493
kvirgien@aclu.org

**LAW OFFICES OF BARDIS VAKILI, PC**
Bardis Vakili
Cooperating Counsel – ACLU of San Diego & Imperial Counties
P.O. Box 234160
Encinitas, California 92023
Tel.: (619) 483-3490
bardis@vakililegal.com

*Attorneys for Plaintiff-Petitioners*

1

2  **TARA K. MCGRATH**
   **United States Attorney**
3  Katherine L. Parker
   Chief, Civil Division
   Samuel W. Bettwy
4  Assistant U.S. Attorney
   Colin M. McDonald
5  Assistant U.S. Attorney
   Office of the U.S. Attorney
6  880 Front Street, Room 6293
   San Diego, CA 92101-8893
7  Tel. (619) 546-7634/ 7125/ 9144
   samuel.bettwy@usdoj.gov
8  samuel.bettwy@usdoj.gov
   colin.mcdonald@usdoj.gov
9
   *Attorneys for Federal Defendants-Respondents*
10

11      I declare that I am employed in the office of a member who is admitted pro
   hac vice in this Court at whose direction the service was made. I declare under
12 penalty of perjury that the forgoing is true and correct.

13      Executed on December 1, 2023, at Chandler, Arizona.

14
                                          /s/Allen Rowley
15                            _____

16

17

18

19

20

21

22

23

24

25

26

27

28