UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN RODRIGUEZ ALCANTARA; YASMANI OSORIO REYNA; MARIA FLOR CALDERON LOPEZ; MARY DOE; on behalf of themselves and all others similarly situated,<br><br>Plaintiffs-Petitioners,<br><br>v.<br><br>GREGORY ARCHAMBEAULT, San Diego Field Office Director, Immigration and Customs Enforcement; et al.,<br><br>Defendants-Respondents. | Case No.: 20cv0756 DMS (AHG)<br><br>**ORDER RE: ORAL ARGUMENT** |

Plaintiffs' motion to add new plaintiffs is currently scheduled for hearing on December 15, 2023. The Court finds this matter suitable for decision without oral argument pursuant to Civil Local Rule 7.1(d)(1). Accordingly, the December 15, 2023 hearing is vacated.

**IT IS SO ORDERED**.

Dated: December 11, 2023

Hon. Dana M. Sabraw, Chief Judge
United States District Court