UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| ADRIAN RODRIGUEZ ALCANTARA, et al.,<br><br>　　　　　　Plaintiffs-Petitioners,<br><br>v.<br><br>GREGORY J. ARCHAMBEAULT, San Diego Field Office Director, Immigration and Customs Enforcement, et al.,<br><br>　　　　　　Defendants-Respondents. | Case No.:  3:20-cv-00756-DMS-AHG<br><br>**ORDER SETTING DISCOVERY CONFERENCE** |
|---|---|

　　　This matter comes before the Court pursuant to an emailed request to chambers for a conference with the Court to address a discovery dispute regarding the scope of Defendants' duty to supplement their response to one of Plaintiffs' Requests for Production.

　　　The Court will hold a Discovery Conference on the dispute on **February 23, 2024** at **4:15 p.m.** before the Honorable Allison H. Goddard. The Discovery Conference shall take place via videoconference. The Court hereby issues the following guidelines governing the videoconference:

　　　A.　　The Court will use its official Zoom video conferencing account to hold the hearing. **If you are unfamiliar with Zoom:** Zoom is available on

computers through a download on the Zoom website (https://zoom.us/meetings) or on mobile devices through the installation of a free app. Joining a Zoom conference does not require creating a Zoom account, but it does require downloading the .exe file (if using a computer) or the app (if using a mobile device). Participants are encouraged to create an account, install Zoom and familiarize themselves with Zoom in advance of the hearing.[1]  There is a cost-free option for creating a Zoom account.

B. Chambers staff will email the Zoom invitation to all counsel included on the existing email thread regarding these issues. Counsel are responsible for ensuring that any other participants receive the Zoom invitation. If possible, participants are encouraged to use laptops or desktop computers for the video conference, as mobile devices often offer inferior performance. Participants shall join the video conference by following the ZoomGov Meeting hyperlink in the invitation. **Participants who do not have Zoom already installed on their device when they click on the ZoomGov Meeting hyperlink will be prompted to download and install Zoom before proceeding**. Zoom will then prompt participants to enter the password included in the invitation.

C. All participants shall display the same level of professionalism during the hearing and be prepared to devote their full attention to the hearing as if they were attending in person, i.e., cannot be driving while speaking to the Court. Because Zoom may quickly deplete the battery of a participant's device, each participant should  ensure that their device is plugged in or that a charging cable is readily available during the videoconference.

D. Counsel are advised that although the hearing will take place on Zoom, all

---

[1]     For help getting started with Zoom, visit: https://support.zoom.us/hc/en-us/categories/200101697-Getting-Started

2

participants shall appear and conduct themselves as if it is proceeding in a courtroom, including by dressing in appropriate courtroom attire.

**IT IS SO ORDERED.**

Dated: February 8, 2024

_____
Honorable Allison H. Goddard
United States Magistrate Judge