UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN RODRIGUEZ ALCANTARA, et al.,<br><br>　　　　　　　Plaintiffs-Petitioners,<br><br>v.<br><br>GREGORY J. ARCHAMBEAULT, San Diego Field Office Director, Immigration and Customs Enforcement, et al.,<br><br>　　　　　　　Defendants-Respondents. | Case No.: 3:20-cv-00756-DMS-AHG<br><br>**ORDER:**<br><br>**(1) SETTING BRIEFING SCHEDULE FOR JOINT MOTION FOR RESOLUTION OF DISCOVERY DISPUTE; and**<br><br>**(2) SETTING DEADLINE FOR JOINT CASE SCHEDULE PROPOSAL** |

　　　The Court held a Discovery Conference on February 23, 2024 to discuss a dispute regarding the scope of Defendants' duty to supplement their response to one of Plaintiffs' Requests for Production. As ordered during the conference, the Court SETS the following briefing schedule to govern the parties' Joint Motion for Resolution of this issue:

(1) No later than **March 4, 2024**, counsel for Defendants must provide a draft of the Joint Motion to Plaintiffs' counsel, which should set forth Defendants' position as a motion for protective order.

(2) Plaintiffs' counsel must provide a responsive draft of the Joint Motion containing

Plaintiffs' position in opposition to the motion for protective order no later than **March 11, 2024**.

(3) Thereafter, counsel for both parties must meet and confer regarding any changes that either side would like to make to its portion of the Joint Motion prior to filing, with the understanding that each side should have provided—at least in substance—a complete statement of its position in the initial drafts.

(4) Defendants must file the Joint Motion by **March 12, 2024**.

(5) The Joint Motion shall be limited to **ten pages** in length (five pages per side), not including exhibits.

If either side believes that the other side has participated in unfair gamesmanship by, e.g., propounding entirely new substantive arguments in final draft changes at the eleventh hour, and they cannot resolve their dispute during the meet-and-confer process required of counsel before filing, counsel should alert the Court to that issue via email at efile_goddard@casd.uscourts.gov. Counsel are encouraged to continue meeting and conferring on the dispute throughout the motion drafting process.

By the same deadline of **March 12, 2024**, the parties must file a Joint Case Schedule Proposal. The case schedule proposal need not comply with all of Judge Goddard's requirements for a Joint Case Management Statement, but each side must explain from their perspective what remains to be done in discovery and must propose discovery deadlines. The Court will set a Case Management Conference after reviewing the Joint Case Schedule Proposal.

**IT IS SO ORDERED.**

Dated: February 27, 2024

_____
Honorable Allison H. Goddard
United States Magistrate Judge