```
TARA K. McGRATH
United States Attorney
KATHERINE L. PARKER, SBN 335097
Chief, Civil Division
SAMUEL W. BETTWY, SBN 94918
Assistant U.S. Attorney
COLIN M. MCDONALD, SBN 286561
Assistant U.S. Attorney
MARY CILE GLOVER-ROGERS, SBN 321254
Assistant U.S. Attorney
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
619-546-7634/7125/9144/7643 619-546-7751 (fax)
Email: Katherine.parker@usdoj.gov / Samuel.bettwy@usdoj.gov /
Colin.McDonald@usdoj.gov / Mary.Glover-Rogers@usdoj.gov
```

Attorneys for the Federal Defendants-Respondents

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN RODRIGUEZ ALCANTARA, et al.,<br><br>            Plaintiffs-Petitioners,<br>     v.<br>GREGORY J. ARCHAMBEAULT, San Diego Field Office Director, ICE; et al.,<br><br>            Defendants-Respondents. | Case No. 20cv0756-DMS-AHG<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as counsel for the Federal Defendants. I certify that I am admitted to practice in this Court. I should receive all Notices of Electronic Filings relating to activity in this case through the following contact

information:

    Mary Cile Glover-Rogers
    Mary.Glover-Rogers@usdoj.gov

All other documents not filed electronically should be mailed to the following address:

    Mary Cile Glover-Rogers
    Assistant U.S. Attorney
    Office of the U.S. Attorney
    880 Front Street, Room 6293
    San Diego, CA 92101

This notice is purely for the purpose of obtaining documents in this case and does not constitute a waiver of any defense or objection.

DATED:     March 11, 2024        Respectfully submitted,

                                             TARA K. McGRATH
                                             United States Attorney

                                             KATHERINE L. PARKER
                                             Chief, Civil Division

                                             SAMUEL. W. BETTWY
                                             Assistant U.S. Attorney

                                             COLIN M. MCDONALD
                                             Assistant U.S. Attorney

                                             s/ *Mary Cile Glover-Rogers*
                                             MARY CILE GLOVER-ROGERS
                                             Assistant U.S. Attorney
                                             Attorneys for Defendants-Respondents