TARA K. McGRATH
United States Attorney
KATHERINE L. PARKER, SBN 335097
Chief, Civil Division
SAMUEL W. BETTWY, SBN 94918
Assistant U.S. Attorney
COLIN M. MCDONALD, SBN 286561
Assistant U.S. Attorney
MARY CILE GLOVER-ROGERS, SBN 321254
Assistant U.S. Attorney
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
619-546-7634/7125/9144/7643 619-546-7751 (fax)
Email: Katherine.parker@usdoj.gov / Samuel.bettwy@usdoj.gov /
Colin.McDonald@usdoj.gov / Mary.Glover-Rogers@usdoj.gov

Attorneys for the Federal Defendants-Respondents

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN RODRIGUEZ ALCANTARA, et al.,<br><br>Plaintiffs-Petitioners,<br><br>v.<br><br>GREGORY J. ARCHAMBEAULT, San Diego Field Office Director, ICE; et al.,<br><br>Defendants-Respondents. | Case No. 20cv0756-DMS-AHG<br><br>**JOINT CASE SCHEDULE PROPOSAL** |

Plaintiffs-Petitioners Adrian Rodriguez Alcantara (Plaintiffs-Petitioners), the Federal Defendants-Respondents (Federal Defendants), and Defendant-Respondent Warden Christopher J. LaRose (Warden LaRose) jointly submit the following joint case schedule proposal in accordance with the Court's February 27, 2024 Order (ECF No. 261).

1. **Amendment of Pleadings and Additional Parties**

    All parties reserve their right to seek to amend the pleadings to add or delete parties;

add, delete, or narrow claims; and add, delete, or revise affirmative defenses as necessary.

2. **Initial Disclosures**

All parties made the required disclosures under Rule 26(a) on November 12, 2020, in accordance with the Court's October 26, 2020 Order (ECF No. 131). Warden LaRose supplemented initial disclosures on January 19, 2021. After meeting and conferring on the discovery issues identified below, **on or before March 12, 2024**, all parties will supplement initial disclosures as needed as required under Federal Rule of Civil Procedure 26(e).

3. **Discovery**

Discovery opened in this case on October 30, 2020. (ECF No. 131.) By agreement of the parties, the Court stayed the case on July 16, 2021 (ECF No. 183), and then extended the stay through November 10, 2022 (ECF No. 199). In its October 12, 2022 Order, the Court indicated that "all hearing dates and deadlines will remain off calendar, to be re-calendared should the stay be lifted." (ECF No. 199). The stay lifted on November 11, 2022. The parties filed a series of briefs, culminating in three motions that remain pending (i.e., the Federal Defendants' Motion for Judgment on the Pleadings (ECF No. 222), the Federal Defendants' Motion to Dismiss for Lack of Jurisdiction and/or to Decertify the Class (ECF No. 227), and Plaintiffs-Petitioners' Motion to Add New Plaintiffs (ECF No. 250) (Pending Motions)).

On February 23, 2024, the parties participated in a discovery dispute conference regarding Defendants' supplementation of their responses to Request for Production No. 16, at which time the Court ordered briefing. Since then, the parties have continued to negotiate, and they have reached a resolution where Warden LaRose will produce the initial set of medical records on or before March 12, 2024, with two supplementations to occur on or before: (1) the Amendment of Pleadings deadline and (2) the Supplemental Fact Discovery Cut-Off date (defined below).

The parties propose an agreed schedule below, with some deadlines tied to the resolution of the Pending Motions.

/ / /

4. **Scheduling**

The parties propose the following dates for a scheduling order in this case:

a. All initial fact discovery shall be completed by all parties by: June 12, 2024, at which time discovery will be stayed until the Court issues rulings on Pending Motions.

b. Any motion to amend the complaint shall be filed by: 30 days after Court issues ruling on Pending Motions or July 12, 2024, whichever is later.

c. All supplemental fact discovery shall be completed by all parties by: 60 days after Court issues ruling on Pending Motions or August 12, 2024, whichever is later (begins when the Court issues the ruling).

d. All parties shall submit a joint scheduling proposal regarding pre-trial disclosures, the Local Rule 16.1(f)(4) meet and confer, preparation of the Proposed Final Pretrial Conference Order, the final Pretrial Conference, and Trial by: the supplemental fact discovery cut-off (referenced in the preceding sub-paragraph).

e. Plaintiffs shall designate their experts in writing and shall comply with the disclosure provisions in Rule 26(a)(2) of the Federal Rules of Civil Procedure by: One month after the supplemental fact discovery cut-off.

f. Defendants shall designate their rebuttal experts in writing and shall comply with the disclosure provisions in Rule 26(a)(2) by: Four weeks after initial designation of experts.

g. Plaintiffs shall serve any reply expert disclosures by: Four weeks after designations of Defendants' rebuttal experts.

h. All expert discovery shall be completed by all parties by: Three weeks after Plaintiff serves reply expert disclosures.

i. Dispositive Motion Deadline: 30 days after expert discovery cut-off. The moving party shall request a hearing as close to 60 days after the date on which

1  they file their motion as is possible. Oppositions shall be due 28 days prior to
2  this hearing date, and replies shall be due 7 days prior to this hearing date.

3  DATED:       March 11, 2024            Respectfully submitted,

4                                         TARA K. McGRATH
                                          United States Attorney
5

6                                         KATHERINE L. PARKER
                                          Chief, Civil Division
7
                                          s/ *Samuel W. Bettwy*
8                                         SAMUEL. W. BETTWY
                                          Assistant U.S. Attorney
9
                                          s/ *Colin M. McDonald*
10                                        COLIN M. MCDONALD
                                          Assistant U.S. Attorney
11
                                          s/ *Mary Cile Glover-Rogers*
12                                        MARY CILE GLOVER-ROGERS
                                          Assistant U.S. Attorney
13

14
                                          Attorneys for Defendants-Respondents
15
    DATED:       March 11, 2024            COOLEY LLP
16

17                                         By: *s/ Matt K. Nguyen*

18                                         John Hemann
                                           Alexander Galicki
19                                         Alexandra Eber (Pro Hac Vice)
                                           Ellie W. Barczak
20                                         Matt K. Nguyen

21                                         COOLEY LLP
22
                                           Bardis Vakili
23                                         LAW OFFICES OF BARDIS VAKILI, PC

24                                         Kyle Virgien
                                           ACLU FOUNDATION
25

26                                         Attorneys for Plaintiff-Petitioners

27  / / /

28

4

|   |   |   |
|---|---|---|
| DATED: | March 11, 2024 | STRUCK LOVE BOJANOWSKI & ACEDO, PLC |

By: *s/Jacob B. Lee*
Jacob B. Lee
Daniel P. Struck
Rachel Love
Nicholas D. Acedo

Matt Mahoney, Esq.
WITHAM MAHONEY& ABBOTT, LLP

Attorneys for Defendant-Respondent LaRose

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual of the United States District Court for the Southern District of California, I hereby certify that the content of this document is acceptable to the above signed counsel, and that I have obtained authorization to affix their electronic signature to this document.

DATED: March 11, 2024        *s/ Mary Cile Glover-Rogers*
MARY CILE GLOVER-ROGERS
Assistant U.S. Attorney