# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN RODRIGUEZ ALCANTARA, et al., <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> GREGORY J. ARCHAMBEAULT, San Diego Field Office Director, Immigration and Customs Enforcement, et al., <br><br> Defendants-Respondents. | Case No.: 3:20-cv-00756-DMS-AHG <br><br> **ORDER SETTING CASE MANAGEMENT CONFERENCE** |

This matter comes before the Court upon review of the parties' Joint Case Schedule Proposal. ECF No. 263. The Court will hold a Case Management Conference ("CMC") to set the dates in the case schedule on **April 2, 2024** at **1:15 p.m.** before Magistrate Judge Allison H. Goddard. The CMC shall take place via videoconference for all attendees, using the Court's official Zoom account. Chambers staff will circulate the Zoom invitation to all counsel of record at least one day prior to the CMC.

In the meantime, if they have not done so already, the parties must comply with their existing stipulations regarding supplementation of initial disclosures and Warden LaRose's agreement to produce the initial set of medical records that was the subject of the

parties' discovery dispute discussed during the February 23 conference. *See* ECF No. 263 at 2.

**IT IS SO ORDERED.**

Dated:  March 14, 2024

_____
Honorable Allison H. Goddard
United States Magistrate Judge