UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN RODRIGUEZ ALCANTARA; YASMANI OSORIO REYNA; MARIA FLOR CALDERON LOPEZ; MARY DOE; on behalf of themselves and all others similarly situated,<br><br>Plaintiffs-Petitioners,<br><br>v.<br><br>GREGORY ARCHAMBEAULT, San Diego Field Office Director, Immigration and Customs Enforcement; et al.,<br><br>Defendants-Respondents. | Case No.: 20cv0756 DMS (AHG)<br><br>**ORDER GRANTING MOTION TO FILE DOCUMENTS UNDER SEAL** |

Before the Court is the Federal Defendants' Motion to File Documents Under Seal. The Court finds good cause to file the documents under seal. Accordingly, the motion is **GRANTED**. The Clerk of Court shall file the documents under seal.

**IT IS SO ORDERED**.

Dated: March 15, 2024

Hon. Dana M. Sabraw, Chief Judge
United States District Court