

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Adrian Rodriguez Alcantara on behalf of themselves and all others similarly situated; (see attachment)

**Plaintiff,**

V.

Gregory J. Archambeault San Diego Field Office Director, Immigration and Customs Enforcement: (see attachment)

**Defendant.**

Civil Action No.  20CV0756-DMS-AHG

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Defendants' motion to dismiss the case as moot is granted.

Date:      3/20/24

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ J. Petersen

J. Petersen, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 20CV0756-DMS-AHG

Adrian Rodriguez Alcantara, on behalf of themselves and all others similarly situated; Yasmani Osorio Reyna, on behalf of themselves and all others similarly situated; Maria Flor Calderon Lopez, on behalf of themselves and all other similarly situated; Mary Doe, on behalf of themselves and all others similarly situated

_____
                Plaintiffs,


                V.


Gregory J. Archambeault, San Diego Field Office Director, Immigration and Customs Enforcement; James Dobson, Otay Mesa Detention Center Officer in Charge, Immigration and Customs Enforcement; Jesus Reyna, Calexico Assistant Field Office Director; Christopher J. LaRose, Senior Warden, Otay Mesa Detention Center; Sixto Marrero, Facility Administrator, Imperial Regional Detention Facility; Matthew T. Albence, Deputy Director and Senior Official Performing the Duties of the Director of Immigration and Customs Enforcement; Chad Wolf, Acting Secretary of Homeland Security; Warden LaRose

_____
                Defendants